JUL 24 2023 PM 1:33
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Theodora F. Antar                              ,
Plaintiff(s),

v.                                    Case No. _____

Matthew J. Lodice                              ,
Defendant(s)

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1)  I am unable to pay such fees, costs, or give security therefor.
(2)  I am entitled to commence this action against the defendant(s).
(3)  I request that the Court direct the United States Marshal's Service to serve process in this matter.

*Theodora Antar*
Original Signature

Theodora Antar
Name (print or type)

856 Shagbark Drive
Street Address

Orange        CT           06477
City          State        Zip Code

203-273-8419
Telephone Number

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Theodora F. Antar ,
Plaintiff(s),

v.                                                      Case No. ---------------------------

Matthew J. Lodice ,
Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married _____ Separated _____ Divorced _X_
If separated or divorced, are you paying any support? Yes _X_ No _____
Dependents: Spouse _____ Children # _2_ Others # _____
Describe any others you support: _____
How many children **under the age of 18** do you support financially? _2_

**RESIDENCE**
Street Address: 856 Shagbark Drive
City: Orange     State: CT
Zip Code: 06477     Telephone: 203-273-8419

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School    K 1 2 3 4 5 6 7 8    High School    9 10 11 12
College    1 2 3 4    Post-Graduate    ①2 3 4

2

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long have you worked for this employer? _____
Gross weekly income before taxes or other deductions: _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): March/April 2023
The name of my last employer: self formerly
Address: _____ Telephone #: ( ) _____
Last gross weekly income received: 450

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Gross weekly income before taxes or other deductions: _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ per month for myself and the following family members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits, complete the following:
I have been receiving (TYPE) _____ benefits since (DATE) _____.
I am receiving $_____ per month.

Do you receive <u>any other income</u>, of any kind?   Yes x___   No ____
If yes, how much? $ 147 per week (week, month, or year)
What is the source of this income? _____
_____

**ASSETS**
Do you own any real property, such as land or a house?   Yes ____   No x___
If yes, what kind of property is it? _____
Property Address: _____
Whose name is the property in? _____
Estimated value: _____

3

Amount owed: _____ Owed to: _____
Total: _____ Monthly payment _____
Annual income from rental or other use of property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____ Amount Owed: _____

Do you own any other valuable property, such as boats, motorcycles, or machinery?
If yes, please describe the property and provide its estimated value:
_____
_____
_____

Cash on hand:
Balance in savings, money market, and similar accounts: 100 _____
Balance in checking accounts: 200 _____

Stocks, bonds, mutual funds or other investments owned:
Total value of investments: _____
Describe the nature of the investments: _____

**OBLIGATIONS:**
Monthly rental on house or apartment: $ _____
Monthly mortgage payment on house: $ 1650
Gas/heating oil bill per month: $ 250
Electric bill per month: $ 405
Phone bill per month: $ 100
Car payments per month: $ _____
Car insurance payments per month: $ 247
Other types of insurance payments per month $ _____
Monthly payments on outstanding debts: $ 800
   Please list: american express   $ _____
   Please list: chase   $ _____
   Please list: wells fargo   $ _____
   Please list: _____   $ _____
Alimony or child support payments: $ 333.67
Estimated monthly expenditure on food: $ 850
Estimated monthly expenditure on clothing: $ 20
Other necessary expenditures:
   medication   $ 200

**Total amount of monthly obligations:** $ 4855.67

4

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____

Other information pertinent to financial status:
I am currently a law student and am unable to work and am struggling to pay bills.
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 07/24/2023

*Theodora Antar*
**Original Signature of Affiant**

(Rev. 9-17-20)