**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — See Back/Page 2
**ADA Notice** — See Back/Page 2

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
Antar, Theodora F. vs. Lodice, Matthew J.

| Judicial District | Housing Session | Small Claims | Geographic Area number | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| | | | 23 | 235 Church St, New Haven, CT |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney
Theodora Antar

Juris number of attorney or firm

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
856 Shagbark drive

Post office box

Telephone number *(Area code first)*
2032738419

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| Orange | CT | 06477 | | Theodoraantar@gmail.c |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☒ **The Plaintiff** *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
☐ **The Defendant** *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only:
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
　　☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8).* _____
2. ☐ This appearance is in addition to an appearance already on file.            *(Name and Juris Number)*

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 9/4/19 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 9/4/19 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to
Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ | | | |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**APPEARANCE**

JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions** — *See Back/Page 2*
**ADA Notice** — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number
19 5046828

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
Theodora Antar   VS   Marshu Lodice

☐ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
235 Church Street, New Haven, CT 06510

Scheduled Court date *(Criminal/Motor Vehicle Matters)*
10/7/19

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
Marshu Lodice

Juris number of attorney or firm

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
48 Quarry Hill Rd

Post office box

Telephone number *(Area code first)*

City/town
Waterbury

State
CT

Zip code
06706

Fax number *(Area code first)*

E-mail address

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☒ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*
▶

Name of person signing at left *(Print or type)*
Marshu Lodice

Date signed
11/7/19

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*For Court Use Only*
Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
NOV 07 2019
CHIEF CLERK'S OFFICE

Signed *(Signature of filer)*

Print or type name of person signing

Date signed

Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

*Clicking on the question marks (?) will give you information about that section of the form.*
*Al hacer clic en el signo de interrogación (?) obtendrá información sobre esa parte del formulario.*

**APPEARANCE** ?
JD-CL-12 Rev. 9-13
P. B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions** — See Back/Page 2
**ADA Notice** — See Back/Page 2

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.* ?

Return date ?

Docket number ?
NNH-FA19-5046828-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

☑ Judicial District    ☐ Housing Session    ☐ Small Claims    ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
235 Church St, New Haven, CT

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

**Please Enter the Appearance of** ?   Theodora Antar

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney ?
Theodora Antar

Juris number of attorney or firm

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
856 Shagbark drive

Post office box

Telephone number *(Area code first)*
2032738419

City/town
Orange

State
CT

Zip code
06477

Fax number *(Area code first)*

E-mail address ?
theodoraantar@gmail.cox

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☑ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
2. ☐ This appearance is in addition to an appearance already on file.

*(Name and Juris Number)*

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☑ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*
▶

Name of person signing at left *(Print or type)*
Theodora Antar

Date signed
3/1/21

**Certification** ?
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

For Court Use Only

Signed *(Signature of filer)*
▶

Print or type name of person signing

Date signed

Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

☐ Print Form         ☐ Reset Form

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — See Back/Page 2
**ADA Notice** — See Back/Page 2

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date: _____

Docket number: **FA19-5046828**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*   Theodora Antar   VS   Matthew Lodice

☑ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

---

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney   **Matthew Lodice**

Juris number of attorney or firm

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*   **48 Quarry Hill Rd**

Post office box

Telephone number *(Area code first)*   **860 518 2388**

City/town   **Waterbury**   State   **CT**   Zip code   **06706**   Fax number *(Area code first)*   E-mail address   **MatthewLodice@Gmail.com**

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☑ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
    ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*

Name of person signing at left *(Print or type)*   **Matthew Lodice**   Date signed   **3/5/21**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Theodora Antar
856 Shagbark Dr
Orange CT 06477

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

MAR 0 5 2021

**CHIEF CLERK'S OFFICE**

For Court Use Only

Signed *(Signature of filer)*   Print or type name of person signing   **Matthew Lodice**   Date signed   **3/5/21**   Telephone number   **(860) 518 2388**

*If necessary, attach an additional sheet or sheets with the name of each party and the address to which the copy was mailed or delivered to.

Clicking on the question marks ( ? ) will give you information about that section of the form.
*Al hacer clic en el signo de interrogación (?) obtendrá información sobre esa parte del formulario.*

**APPEARANCE** ?
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions** — See Back/Page 2
**ADA Notice** — See Back/Page 2

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

Return date ?

[✓] *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.* ?

Docket number ?
**NNH-FA19-504688-5**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)* ?

| [✓] Judicial District | [ ] Housing Session | [ ] Small Claims | [ ] Geographic Area number | Address of Court *(Number, street, town and zip code)* 235 Church St, New Haven, CT |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

**Please Enter the Appearance of** ?  Theodora Antar

Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney
Theodora Antar

Juris number of attorney or firm

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
856 Shagbark drive

Post office box

Telephone number *(Area code first)*
203 273 8419

| City/town Orange | State CT | Zip code 06477 | Fax number *(Area code first)* | E-mail address ? theodoraantar @gmail.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

[✓] The Plaintiff *(includes the person suing another person).*
[ ] All Plaintiffs.
[ ] The following Plaintiff(s) only: _____
[ ] The Defendant *(includes the person being sued or charged with a crime).*
[ ] The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
[ ] All Defendants.
[ ] The following Defendant(s) only: _____
[ ] Other *(Specify):* _____
[ ] This is a Family Matters case and my appearance is for: *("x" one or both)*

[ ] matters in the Family Division of the Superior Court    [ ] Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party you "x'd" above, put an "x" in box 1 or 2 below:*

1. [ ] This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____

2. [ ] This appearance is in addition to an appearance already on file.

(Name and Juris Number)

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** ?   [✓] Yes   [ ] No

| Signed *(individual/attorney or self-represented party)* | Name of person signing at left *(Print or type)* Theodora Antar | Date signed 3/11/21 |

**Certification**
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 3/11/21 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:
Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing Theodora Antar | Date signed 3/11/21 | Telephone number 203 273 8419 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.*

[ Print Form ]                    [ Reset Form ]

*(stamp)* Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 12 2021
CHIEF
CLERK'S
OFFICE

# APPEARANCE

JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-8, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — See Back/Page 2
**ADA Notice** — See Back/Page 2

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date:

Docket number: NNH-FA19-5046828 J

**Name of case** *(Full name of Plaintiff vs. Full name of Defendent)* Antar Vs Lodice

☑ Judicial District ☐ Housing Session ☐ Small Claims ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)* 235 Church St, New Haven CT

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of Theodora Antar

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney: Theodora Antar

Juris number of attorney or firm:

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* 854 Shagbark drive

Post office box:

Telephone number *(Area code first)* 2032738419

City/town Orange  State CT  Zip code 06477  Fax number *(Area code first)*  E-mail address: Theodora.antar@gmail.co

in the case named above for: *("x" one of the following parties, if this is a Family Matters case, also indicate the scope of your appearance)*

☑ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☑ matters in the Family Division of the Superior Court ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____

2. ☐ This appearance is in addition to an appearance already on file. *(Name and Juris Number)*

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** ☐ Yes ☐ No

Signed *(Individual attorney or self-represented party)* ►   Name of person signing at left *(Print or type)* Theodora Antar   Date signed 3/17/2021

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:

Signed *(Signature of filer)* ►   Print or type name of person signing   Date signed   Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.*

[ Print Form ]   [ Reset Form ]

CHIEF CLERK'S OFFICE — MAR 17 2021 — Judicial District of New Haven SUPERIOR COURT FILED — For Court Use

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*
ADA Notice — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☑ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number: NNH-FA19-5046828-S

Name of case *(Full name of Plaintiff vs. Full name of Defendant)*
Theodora F. Antar vs. Matthew J. Lodice

| Judicial District | Housing Session | Small Claims | Geographic Area number |

Address of Court *(Number, street, town and Zip code)*
235 Church St New Haven CT

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
Theodora Antar

Juris number of attorney or firm

**Mailing Address** *(Number, street)* *(Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
856 Sharpark drive

Post office box

Telephone number *(Area code first)*
2032738419

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
| Orange | CT | 06477 | | theodora.antar@gmail.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☒ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

    ☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**    ☐ Yes    ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* Theodora Antar | Date signed 3.29.22 |

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Judicial District of New Haven
**SUPERIOR COURT**
*For Court Use Only*
**FILED**

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
48 Quarry Hill Rd, Watebury, CT.

**MAR 29 2022**

**CHIEF CLERK'S OFFICE**

| Signed *(Signature of filer)* | Print or type name of person signing Theodora Antar | Date signed 3/29/22 | Telephone number 2032738419 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**PLEASE TAKE NOTE:**

YOU MUST CERTIFY ON YOUR MOTION TO TRANSFER THAT YOU ARE MAILING A
COPY OF YOUR MOTION TO THE ATTORNEY GENERAL'S OFFICE

165 CAPITOL AVE., 4TH FLOOR

HARTFORD, CT  06106

INCLUDING YOUR <u>SIGNATURE AND DATE </u>YOU MAILED IT.


FAMILY SUPPORT MAGISTRATE DIVISION

# APPEARANCE

JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*
**ADA Notice** — *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
| --- |
| 4/12/2022 |
| Docket number |
| NNHFA195046828 |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

Antar, Theodora v Lodice, Matthew

| Judicial District | Housing Session | Small Claims | Geographic Area number | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney

Matthew Lodice

| Juris number of attorney or firm |
| --- |

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is one registered or affiliated with your juris number. That address cannot be changed in this form.)*

23 Lyman St

| Post office box | Telephone number *(Area code first)* |
| --- | --- |
| | 860 518 2389 |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| New Britain | CT | 06053 | | Matthew Lodice |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☒ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court  ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**  ☐ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* ▶ | Name of person signing at left *(Print or type)* Matthew Lodice | Date signed 4/12/22 |
| --- | --- | --- |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

SUPERIOR COURT
FILED
APR 12 2022

| For Court Use Only |
| --- |

| Signed *(Signature of filer)* ▶ | Print or type name of person signing | Date signed | Telephone number |
| --- | --- | --- | --- |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.



STATE OF CONNECTICUT
**OFFICE OF THE CHIEF CLERK**
**SUPERIOR COURT**
235 Church Street
New Haven, CT 06510-0999

Judicial District of New Haven
SUPERIOR COURT
FILED
**MAY 20 2022**
**CHIEF CLERK'S OFFICE**

AA 19-5040828

#153.10

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 06510
02 7H
0006037756

$ 000.53⁰

APR 18 2022

Matthew Lodice
48 Quarry Hill Rd
Waterby

NIXIE        015    DC 1        0005/18/22
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 06510099999    *2484-02648-27-37

06510>0999

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| | |
|---|---|
| Return date *(For Civil/Family cases)* | |
| **Sep-06-2019** | |
| Docket Number | |
| **NNH-FA-19-5046828-S** | |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| Housing Session ☐ | Judicial District ☒ | Geographic Area ☐ | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **ZINGARO & CRETELLA LLC** | Juris number *(For attorney/law firm)* **419037** |
|---|---|
| Mailing address **30 CHURCH HILL ROAD UNIT 201** | Post Office box number | Telephone number *(Area code first)* **203-777-7755** |

| City/town **NEWTOWN** | State **CT** | Zip code **06470** | Fax number **203-367-0493** | E-mail address **alexandra@zcrlaw.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| ☒ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ **Other** *(Specify):* _____

☒ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☒ matters in the Family Division of the Superior Court      ☒ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☒ This appearance is in place of the appearance of:   Self Represented: THEODORA F ANTAR
                                          *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* **417831** | Name of person signing at left *(Print or type)* **DONALD J CRETELLA JR** | Date signed **Aug 05 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____Aug 05 2022____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**
**THEODORA F ANTAR (Self Represented) - 856 SHAGBARK DRIVE ORANGE, CT 06477**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **417831** | Print or type name of person signing **DONALD J CRETELLA JR** | Date signed **Aug 05 2022** |
|---|---|---|

**Continuation of JDCL12 Appearance Form for NNH-FA-19-5046828-S**

**Submitted By ZINGARO & CRETELLA LLC (419037)**

**Certification of Service (Continued from JDCL12)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| **Sep-06-2019** |
| Docket Number |
| **NNH-FA-19-5046828-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)* Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| Housing Session ☐ | Judicial District ☒ | Geographic Area ☐ | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **THEODORA F ANTAR** | Juris number *(For attorney/law firm)* |

| Mailing address **856 SHAGBARK DRIVE** | Post Office box number | Telephone number *(Area code first)* **2032738419** |

| City/town **ORANGE** | State **CT** | Zip code **06477** | Fax number | E-mail address **THEODORAANTAR@GMAIL.COM** |

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
| ☒ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
   ☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                              *Name and Juris Number (if applicable) to be replaced*

2. ☒ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* **Lookittstheo** | Name of person signing at left *(Print or type)* **Theodora  Antar** | Date signed **Mar 10 2023** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ Mar 10 2023 _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511
ZINGARO & CRETELLA LLC - 30 CHURCH HILL ROAD/UNIT 201/NEWTOWN, CT 06470**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **Lookittstheo** | Print or type name of person signing **Theodora  Antar** | Date signed **Mar 10 2023** |

**Continuation of JDCL12 Appearance Form for NNH-FA-19-5046828-S**

**Submitted By Theodora Antar (Lookittstheo)**

**Certification of Service (Continued from JDCL12)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| --- |
| **Sep-06-2019** |
| Docket Number |
| **NNH-FA-19-5046828-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **THEODORA F ANTAR** | Juris number *(For attorney/law firm)* |
| --- | --- |

| Mailing address **856 SHAGBARK DRIVE** | | Post Office box number | Telephone number *(Area code first)* **2032738419** |
| --- | --- | --- | --- |

| City/town **ORANGE** | State **CT** | Zip code **06477** | Fax number | E-mail address **THEODORAANTAR@GMAIL.COM** |
| --- | --- | --- | --- | --- |

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
| --- | --- |
| ☒ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
    ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as  ☐ a Public Defender **or**  ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☒ This appearance is in place of the appearance of:   ZINGARO & CRETELLA LLC 419037
                                                                              *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)  ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* **lookittstheo** | Name of person signing at left *(Print or type)* **Theodora  Antar** | Date signed **May 18 2023** |
| --- | --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____May 18 2023_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**
**ZINGARO & CRETELLA LLC - 30 CHURCH HILL ROAD/UNIT 201/NEWTOWN, CT 06470**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)* **lookittstheo** | Print or type name of person signing **Theodora  Antar** | Date signed **May 18 2023** |
| --- | --- | --- |

**Continuation of JDCL12 Appearance Form for NNH-FA-19-5046828-S**

**Submitted By Theodora Antar (lookittstheo)**

**Certification of Service (Continued from JDCL12)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**SHORT CALENDAR LIST
CLAIM/RECLAIM**
JD-CL-6   Rev. 10-19
P.B. §§ 11-13, 11-18, 17-31, 17-45, 19-16, 22-2, 25-34, 25a-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Note:** If you are an attorney and the file is electronic, and you are not exempt from
E-filing, do not use this form. Use the 'E-file a reclaim' option in the E-filing system.

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

*Instructions*
1. Use this form for reclaiming motions or for motions that must be claimed by rule.
   Do not file this form with original motions.
2. File the completed form with the clerk of court.
3. Keep a copy for your records.
4. Give a copy to each attorney or self-represented party of record.

Return date
**Sep-06-2019**

Docket number
**NNH-FA-19-5046828-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[x] Judicial District    [ ] Housing Session    Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

The:  [x] Plaintiff    [ ] Defendant    [ ] Support Enforcement Officer
[ ] Other *(Specify)*

is claiming or reclaiming the following motion(s) for the **SHORT CALENDAR LIST:**

| Date Motion was filed | Number of Motion *(If known)* | Title of Motion |
|---|---|---|
| NOV 30 2021 | 132.00 | PJ MOD SUPPORT CUSTODY |
| MAR 17 2022 | 146.10 | PJ MOD CUSTODY VISITATION |
| MAR 17 2022 | 148.00 | MOTION FOR MODIFICATION |
| MAY 20 2022 | 165.00 | PJ MOD CUSTODY VISITATION |
| JUN 29 2022 | 187.00 | MOTION FOR CONTEMPT |
| JUL 5 2022 | 190.00 | MOTION TO DISMISS |
| JUL 25 2022 | 201.00 | MOT APPT GUARDIAN AD LIT |
| JUL 25 2022 | 202.00 | MOTION FOR MENTAL OR PHYSICAL EXAM |
| | | |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date)____May-24-2023____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was
received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.
Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511
MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ Lookittstheo | THEODORA ANTAR | May-24-2023 |

| Mailing address *(Number, street, town, state and zip code)* | Telephone number |
|---|---|
| 856 SHAGBARK DRIVE ORANGE, CT 06477 | 203-273-8419 |

[ ] Superior Court *(Other than Family Support Magistrate Matters)*    [x] Assigned for Trial    [x] Family Support Magistrate Matters

**SHORT CALENDAR LIST**
**CLAIM/RECLAIM**
JD-CL-6   Rev. 10-19
P.B. §§ 11-13, 11-18, 17-31, 17-45, 19-16, 22-2, 25-34, 25a-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Note:** If you are an attorney and the file is electronic, and you are not exempt from
E-filing, do not use this form. Use the 'E-file a reclaim' option in the E-filing system.

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

*Instructions*
1. Use this form for reclaiming motions or for motions that must be claimed by rule.
   Do not file this form with original motions.
2. File the completed form with the clerk of court.
3. Keep a copy for your records.
4. Give a copy to each attorney or self-represented party of record.

Return date
**Sep-06-2019**

Docket number
**NNH-FA-19-5046828-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [x] Judicial District   [ ] Housing Session | Address of court *(Number, street, town and zip code)*  **235 CHURCH STREET NEW HAVEN, CT 06510** |
|---|---|

The: [x] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer
      [ ] Other *(Specify)*

is claiming or reclaiming the following motion(s) for the **SHORT CALENDAR LIST:**

| Date Motion was filed | Number of Motion *(If known)* | Title of Motion |
|---|---|---|
| JUL 25 2022 | 205.00 | PJ MOD VISITATION |
| AUG 4 2022 | 216.00 | REQ TO BRING AUDIO/VIS EQUIP INTO COURT (JD-CL-90) |
| OCT 17 2022 | 225.00 | MOT APPT GUARDIAN AD LIT |
| NOV 21 2022 | 237.00 | MOTION FOR CONTEMPT |
| DEC 21 2022 | 240.00 | MOTION TO COMPEL |
| JAN 26 2023 | 243.00 | MOTION FOR CONTEMPT |
| MAR 13 2023 | 247.00 | PJ MOD CUSTODY VISITATION |
|  |  |  |
|  |  |  |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date) _____May-24-2023_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was
received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**
**MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)*  ▶ Lookittstheo | Print or type name of person signing  **THEODORA ANTAR** | Date signed  **May-24-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)*  **856 SHAGBARK DRIVE ORANGE, CT 06477** |  | Telephone number  **2032738419** |

[x] Superior Court *(Other than Family Support Magistrate Matters)*   [ ] Assigned for Trial   [ ] Family Support Magistrate Matters



**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

| This form is available in other language(s). |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*There are instructions and important notices on page 2 (the back) of this form.*
*Read page 2 before filling out this form.*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date (For Civil/Family cases) |
| --- |
| **June 15, 2023** |
| Docket Number |
| **NNH-FA19-5046828-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**Theodora F. Antar v. Matthew J. Lodice**

| | | | Address of court *(Number, street, town and zip code)* | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |
| | ☒ | | **235 Church St, New Haven, CT, 06510** | |
| Housing Session | Judicial District | Geographic Area | | |

## Enter the Appearance of

Name *(Your name or name of official, firm, professional corporation, or individual attorney)*

**Diamanto Antonellis**

Juris number *(For attorney/law firm)*

Mailing address

**21 Burma Rd**

Post Office box number

Telephone number *(Area code first)*

**203-610-1001**

| City/town | State | Zip code | Fax number | E-mail address |
| --- | --- | --- | --- | --- |
| **Woodbridge** | **CT** | **06525** | | **antonellisd5@gmail.com** |

in the case named above for: *(Select one of the following parties. See descriptions/notes on page 2 of this form.)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only:

☒ **Other** *(Specify):*  **Third Party Appearance Requesting Visitation & Motion to Intervene**

☒ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☒ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                   *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of:
                                          *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| *Diamanto Antonellis* | **Diamanto Antonellis** | **5/31/23** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ **5/31/23** _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Matthew J Lodice, 23 Lyman st, Apt #2, New Britain, CT, 06053 ; Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477**

**FOR COURT USE ONLY**

Judicial District of New Haven
SUPERIOR COURT
**FILED**

MAY 3 1 2023

CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
| --- | --- | --- |
| *Diamanto Antonellis* | **Diamanto Antonellis** | **5/31/23** |

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

| | STATE OF CONNECTICUT |
| --- | --- |
| **This form is available in other language(s).** | **SUPERIOR COURT** |
| | www.jud.ct.gov |



*There are instructions and important notices on page 2 (the back) of this form.*
*Read page 2 before filling out this form.*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| --- |
| **June 15, 2023** |
| Docket Number |
| **NNH-FA19-5046828-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**Theodora F. Antar v. Matthew J. Lodice**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)* **235 Church St, New Haven, CT, 06510** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **Irene Antar** | | Juris number *(For attorney/law firm)* |
| --- | --- | --- |
| Mailing address **21 Burma Rd** | Post Office box number | Telephone number *(Area code first)* **203-507-9956** |
| City/town **Woodbridge** | State **CT** | Zip code **06525** | Fax number | E-mail address **ireneantar@gmail.com** |

in the case named above for: *(Select one of the following parties. See descriptions/notes on page 2 of this form.)*

| **PLAINTIFF** | **DEFENDANT** |
| --- | --- |
| ☐ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☒ **Other** *(Specify):*  **Third Party Appearance Requesting Visitation & Motion to Intervene**

☒ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☒ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                                    (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                                                    *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* *Irene Antar* | Name of person signing at left *(Print or type)* **Irene Antar** | Date signed **5/31/23** |
| --- | --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____5/31/23_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to:

**Matthew J Lodice, 23 Lyman st, Apt #2, New Britain, CT, 06053 ; Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477**

**FOR COURT USE ONLY**

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 05 2023

CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* *Irene Antar* | Print or type name of person signing **Irene Antar** | Date signed **5/31/23** |
| --- | --- | --- |

Sep 04 19, 07:05p     8609733640

Aug 23 19, 03:10p     8609733640     p.1

**CUSTODY/VISITATION APPLICATION — PARENT**
JD-FM-161   Rev. 10-18
C.G.S. §§ 46b-56, 46b-61; P.A. 18-75 § 4
P.B. §§ 25-3, 25-4, 25-5

Judicial District of New Haven
SUPERIOR COURT
STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

FILED
CHIEF CLERK'S OFFICE

| Court use only |
| --- |
| APPLCUS | APPLVIS |
| Use for custody applications | Use for visitation applications |

☒ Custody    ☐ Visitation

**Instructions**

1. Check the "Custody" or "Visitation" box above, and complete pages 1 and 2 of this form. Attach the Order to Attend Hearing (form JD-FM-162), Notice of Automatic Court Orders (form JD-FM-158), and Affidavit Concerning Children (form JD-FM-164).

2. By the first date that this case appears on a court docket (the first scheduled date for this case), you must file the accompanying document(s) listed in number 1 below that apply to you and that prove an existing legal relationship between the parent(s) and the child or children. You must redact (remove) any personal identifying information, as defined by Section 4-7 of the Connecticut Practice Book, from these documents.

3. If you are a grandparent or a third party (not a legal parent), and you want to file for visitation with the child or children, use the Verified Petition for Visitation — Grandparents & Third Parties (form JD-FM-221).

| Judicial District of — | At (Town) | Docket number |
| --- | --- | --- |
| New Haven | New Haven | FA19.5046828 S |

| Applicant's name (Last, first, middle initial) | Respondent's name (Last, first, middle initial) |
| --- | --- |
| Amar Theodora F. | Lodice Matthew J |

| Other parent's name (If other parent is not the respondent)(Last, first, middle initial) | Other parent's address (If other parent is not the respondent) |
| --- | --- |

Additional respondent's name (If applicable) (Last, first, middle initial)

1. I am the child or children's   ☒ Mother   ☐ Father
   By the first scheduled date for this case, I will file the applicable accompanying document(s) from this list that prove an existing legal relationship between the parent(s) and the child or children named in this application with any personal identifying information, as defined by Section 4-7 of the Connecticut Practice Book, redacted (removed):
   - A copy of a birth certificate naming me as one of the parents;
   - A copy of a properly executed (finalized) acknowledgement of paternity;
   - A court order or decree naming me as a legally responsible parent (including an adoptive parent);
   - A gestational agreement giving me parental rights (see Section 7-36 of the Connecticut General Statutes);
   - Document(s) showing that the child or children was/were born during my marriage; or
   - Any other evidence that I think is sufficient (enough) to convince the court that I am a legal parent of the child or children.

2. The respondent(s) is/are the: ☐ Mother ☒ Father ☐ Grandparent ☐ Other (Specify): _____

3. I want ("x" one)   ☒ custody of the child (or children) listed below:
       ☐ visitation rights with the child (or children) listed below:    (Attach additional sheets if necessary)

| Child's name (First, middle, last) | Date of birth | Name(s) of parent(s) or guardian(s) (First, middle initial, last) |
| --- | --- | --- |
| Angelina Maria Lodice | 5/21/19 | Theodora Amar & Matthew Lodice |
| | | |
| | | |

4. Connecticut has the authority to decide this case and should decide this case because: ("x" all that apply)

a. ☒ Connecticut is the home state of the child (or children) at the time of the filing of this case.

b. ☒ The child (or children) has (or have) lived in Connecticut for the past 6 months, or from birth if the child (or children) is (or are) younger than 6 months old.

c. ☐ The child (or children) lived in Connecticut for at least 6 months but was (or were) taken from Connecticut less than 6 months ago by a person claiming custody, and a parent or guardian continues to live here.

d. ☒ The child (or children) and at least one parent have a significant connection to Connecticut, and there is substantial evidence in Connecticut concerning the child's (or children's) present or future care, protection, training, and personal relationships.

e. ☐ The child (or children) is (or are) in Connecticut now and has (or have) been abandoned, or there is an emergency affecting the child's (or children's) well-being.

f. ☒ No other state has an interest in hearing this case, and it is in the best interest of the child (or children) for a Connecticut court to hear the case.

Page 1 of 2

[ Print Form ]        [ Reset Form ]

**Additional Instructions:**

- *If you are the mother or father and want custody, go to Number 5 below, and continue from there.*
- *If you are the mother or father and want visitation, go to the Claim For Relief section below, and continue from there.*

5. The applicant, respondent, or any child (or children) listed has (or have) received financial support and/or HUSKY from the State of Connecticut:

Financial Support *("x one")*  ☐ Yes   ☒ No   ☐ Do not know

HUSKY Health Insurance *("x one")*  ☒ Yes   ☐ No   ☐ Do not know

*If you checked yes for Financial Support and/or HUSKY, send a copy of this Application, Order to Attend Hearing, Notice of Automatic Court Orders, and any other document filed with this application to the Office of the Attorney General, 55 Elm St., Hartford, CT 06106, and file the Certification of Notice (form JD-FM-175) with the court clerk.*

6. The applicant, respondent, or any child (or children) listed has (or have) received financial support from a city or town in Connecticut:   *("x" one)*

☐ Yes (City or town): _____   ☒ No   ☐ Do not know

*If you checked yes, send a copy of this Application, Order to Attend Hearing, Notice of Automatic Court Orders, and any other document filed with this application to the City or Town Clerk of the city or town providing assistance, and file the Certification of Notice (form JD-FM-175) with the court clerk.*

## Claim For Relief

☒ **For Custody** *(The Applicant asks the Court for custody orders) ("x" all that apply):*

**Regarding decision-making responsibility:**

☒ Sole legal custody

☐ Joint legal custody

☒ A parenting responsibility plan, which includes a plan for the parental decision-making regarding the minor child (or children)

**And**

**Regarding physical custody:**

☒ Primary residence with: _Theodora Antar 856 Shagbark dr Orange, CT, 064_

☒ A parental physical access schedule and/or visitation

**Regarding child support:** *(If custody application — includes cash medical, health insurance, unreimbursed medical expenses, and qualifying child care)*

☒ Child Support

☒ An order for the educational support of my child (or children) for post-high school education or training under Section 46b-56c of the Connecticut General Statutes.

☒ **For Visitation** *(The Applicant asks the Court for visitation orders as follows):*

_I want a set schedule for visitation._

| Signature of Applicant or Petitioner | Print name of person signing at left  Theodora Antar | Date signed 8.23.19 |
| Address 856 Shagbark drive, Orange CT, 06477 | | Telephone (Area code first) 2032738419 |

_William ?_
_my Commission_
_expires 3.31.2024_

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

JD-FM-181   Rev. 10-18                          Page 2 of 2

[ Print Form ]                                              [ Reset Form ]

**ORDER TO ATTEND HEARING
AND NOTICE TO THE RESPONDENT**
JD-FM-162 Rev. 5-15
P.B. §§ 25-3, 25-4

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.
2. Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).
3. Bring both completed forms to the Court Clerk's Office to get a hearing date.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

| Judicial District of New Haven | At (Town) New Haven, CT | |
|---|---|---|
| Address of court (Number, street, city) 235 Church St. New Haven, CT | | Docket number FA19 5046828-S |
| Applicant's or Petitioner's name (Last, first, middle initial) Antar, Theodora, F. | Address (Number, street, town, zip code) 856 Shagbark drive, Orange, CT 06477 | |
| Respondent's name (Last, first, middle initial) Lodie, Matthew, J. | Address (Number, street, town, zip code) 48 Quarry Hill Rd, Waterbury, CT | |

**Notice to the Respondent** – *Read this carefully if you are the Respondent and have been served with these papers.*

1. The Application or Petition attached to these papers states what the applicant or petitioner is asking the Court to order in this case.
2. The Court has ordered you to come to a hearing on this Application or Petition at the date and time shown below. If you do not come to the hearing on this Application or Petition, the Court may issue a civil arrest order against you and/or enter temporary or permanent orders, which may include judgment against you for what is asked for in the Application or Petition.
3. If you want to get notices about your case, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address.
4. You can get the "Appearance" form (JD-CL-12) at the Court address above or at the Judicial Branch web site at www.jud.ct.gov.
5. If you have questions about the Application or Petition, Hearing or Notice of Automatic Court Orders (JD-FM-158), you should talk to an attorney. The Clerk of Court is not allowed to give advice on legal questions.

**Order**

The attached Application or Petition asks for custody of, or visitation with, a child or children. It has been reviewed by the Court. Based on the Application or Petition, you are **ordered to attend a court hearing** to explain why the applicant's or petitioner's requests should not be granted. If you do not come to the court hearing, a civil arrest order (capias) may be issued against you and the court may enter custody or visitation orders that affect you.

| Date of court hearing 10/10/19 | Time of court hearing 930 A.m. | Address of court (Number, street, town) 0650 235 Church St New Haven CT | Room number 3E |
|---|---|---|---|
| By the court (Goodrow, J.) | J. | Signed (Assistant Clerk) | Date signed 9/9/19 |

**TO ANY PROPER OFFICER:**
**By Authority of the State of Connecticut,** you must serve a true and attested copy of the court orders above, the Application or Petition and Notice of Automatic Court Orders on the respondent at least **twelve days** before the scheduled hearing date listed above and return it to court at least **six days** before the scheduled hearing date.

**Return of Service**

Judicial District of New Haven
SUPERIOR COURT
FILED

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Attend Hearing

☐ personally with the respondent.

SEP 06 2019

| | Fees |
|---|---|

☐ at the current home of the respondent at (Number, street, town or city):

CHIEF CLERK'S OFFICE

| | Endorsement |
|---|---|
| | Service |

The original Application or Petition and Notice of Automatic Court Orders are attached.

| Signed (State Marshal, proper officer) | Title of signer | Travel |
|---|---|---|
| County | Date of service | Total |

**NOTICE OF AUTOMATIC
COURT ORDERS**
JD-FM-158  Rev. 10-18
P.B. § 25-5; P.A. 18-14

*Notice to Plaintiff: Attach to Divorce (Dissolution of Marriage) Complaint/Cross
Complaint (JD-FM-159), Dissolution of Civil Union Complaint/Cross Complaint
(JD-FM-159A), Custody/Visitation Application (JD-FM-161), and any
Annulment Complaint (JD-FM-240) or Legal Separation Complaint (JD-FM-237).*



www.jud.ct.gov

*Notice to Defendant: In cases of dissolution or legal separation, if you or your attorney do not file a written Appearance
form (JD-CL-12) by _____ (30 days after the return date), the plaintiff can ask the Court to enter judgment
against you for the relief requested in the complaint without further notice to you.*

The following automatic orders shall apply to both parties, with service of the automatic orders to be made with service of
process of a summons and complaint for dissolution of marriage or civil union, legal separation, or annulment, along with a
blank Appearance form (JD-CL-12) or an application for custody or visitation. An automatic order shall not apply if there is a
prior, contradictory order of a judicial authority. The automatic orders shall be effective with regard to the plaintiff or the
applicant upon the signing of the complaint, or the application and with regard to the defendant or the respondent upon
service and shall remain in place during the pendency of the action, unless terminated, modified, or amended by further order
of a judicial authority upon motion of either of the parties:

**In all cases involving a child or children, whether or not the parties are married or in a civil union:**

(1) Neither party shall permanently remove the minor child or children from the state of Connecticut, without written
consent of the other party or order of a judicial authority.

(2) A party vacating the family residence shall notify the other party or the other party's attorney, in writing, within forty-
eight hours of such move, of an address where the relocated party can receive communication. This provision shall not
apply if and to the extent there is a prior, contradictory order of a judicial authority.

(3) If the parents of minor children live apart during this proceeding, they shall assist their children in having contact with
both parties, which is consistent with the habits of the family, personally, by telephone, and in writing. This provision
shall not apply if and to the extent there is a prior, contradictory order of a judicial authority.

(4) Neither party shall cause the children of the marriage or the civil union to be removed from any medical, hospital and
dental insurance coverage, and each party shall maintain the existing medical, hospital and dental insurance coverage
in full force and effect.

(5) The parties shall participate in the parenting education program within sixty days of the return day or the complaint or
within sixty days from the filing of the application.

(6) These orders do not change or replace any existing court orders, including criminal protective and civil restraining
orders.

**In all cases involving a marriage or civil union, whether or not there are children:**

(1) Neither party shall sell, transfer, exchange, assign, remove, or in any way dispose of, without the consent of the other
party in writing, or an order of a judicial authority, any property, except in the usual course of business or for customary
and usual household expenses or for reasonable attorney's fees in connection with this action.

(2) Neither party shall conceal any property.

(3) Neither party shall encumber (except for the filing of a lis pendens) without the consent of the other party, in writing, or
an order of a judicial authority, any property except in the usual course of business or for customary and usual
household expenses or for reasonable attorney's fees in connection with this action.

(4) Neither party shall cause any asset, or portion thereof, co-owned or held in joint name, to become held in his or her
name solely without the consent of the other party, in writing, or an order of the judicial authority.

(5) Neither party shall incur unreasonable debts hereafter, including, but not limited to, further borrowing against any credit
line secured by the family residence, further encumbrancing any assets, or unreasonably using credit cards or cash
advances against credit cards.

(6) Neither party shall cause the other party to be removed from any medical, hospital and dental insurance coverage, and
each party shall maintain the existing medical, hospital and dental insurance coverage in full force and effect.

(7) Neither party shall change the beneficiaries of any existing life insurance policies, and each party shall maintain the
existing life insurance, automobile insurance, homeowners or renters insurance policies in full force and effect.

(8) If the parties are living together on the date of service of these orders, neither party may deny the other party use of the
current primary residence of the parties, whether it be owned or rented property, without order of a judicial authority.
This provision shall not apply if there is a prior, contradictory order of a judicial authority.

**In all cases:**

(1) The parties shall each complete and exchange sworn financial statements substantially in accordance with a form
prescribed by the chief court administrator within thirty days of the return day. The parties may thereafter enter and
submit to the court a stipulated interim order allocating income and expenses, including, if applicable, proposed orders
in accordance with the uniform child support guidelines.

(2) The case management date for this case is 10/10/19. The parties shall comply with Section 25-50 to
determine if their actual presence at the court is required on that date.

# By Order of The Court

**Failure to obey these orders may be punishable by contempt of court. If you object to or seek modification of these
orders during the pendency of the action, you have the right to a hearing before a judge within a reasonable time.**

JD-FM-158  Rev. 10-18 (Page 1 of 2)                    (Continued on Page 2)

## Summary of Automatic Court Orders

The court orders on page 1 of this form apply to both parties in this case, unless there is already a court order which is different than one of these orders. The automatic court orders apply to the plaintiff or the applicant when the attached Complaint or Application is signed. They apply to the defendant or respondent when a copy of the Complaint or Application, and the Notice of Automatic Court Orders are served *(delivered to the defendant/respondent by an authorized person)*. The automatic court orders are summarized below, but you must follow the actual orders on page 1 of this form. If you do not understand the actual automatic court orders, you may want to talk to an attorney.

**In all cases that involve a child, whether or not the parties are married or in a civil union:**
- Neither party may permanently take the child(ren) from Connecticut without written agreement or a court order;
- If you move out of the family home, you must tell the other party in writing within 48 hours about your new address or a place where you can receive mail;
- If both parents of the child(ren) live apart, both parties must help the child(ren) continue usual contact with both parents in person, by telephone and in writing;
- Neither party may take the child(ren) off any existing medical, hospital, doctor, or dental insurance policy or let any such insurance policy end;
- Both parties must participate in a parenting education program within 60 days of the return date of the complaint or within 60 days from the filing of the application for custody or visitation;
- None of these orders change or replace any court order that already exists.

**In all cases that involve a marriage or civil union, whether or not there are children, neither party may:**
- Sell, exchange, take away, give away or dispose of any property without written agreement with the other party or a court order except in their usual business or for usual expenses for the home or for reasonable attorney's fees for this case;
- Hide any property;
- Mortgage any property except in their usual business or for usual expenses for the house or for reasonable attorney's fees for this case without written agreement or a court order;
- Have any asset or an asset that is owned by both parties become owned only by him or her without written agreement or a court order;
- Go into unreasonable debt by borrowing money or using credit cards or cash advances unreasonably;
- Take the other off any existing medical, hospital, doctor or dental insurance policy or let any such insurance coverage end;
- Change the terms or named beneficiaries of any existing insurance policy or let any existing insurance coverage end, including life, automobile, homeowner's or renter's insurance;
- Deny use of the family home to the other person without a court order, if you are living together on the date the court papers are delivered.

**In all cases:**
- Both parties must complete and give to each other sworn financial affidavits within 30 days of the return date;
- Both parties must attend a case management conference on the date given on page 1 of this form, unless you both agree on all issues and file a Case Management Agreement form with the court clerk on or before that date.

**If you do not obey these orders while your case is pending, you may be punished by being held in contempt of court. If you object to these orders or want them changed, you have a right to a hearing before a judge within a reasonable time, by filing a motion to modify these orders with the court clerk.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

Sep 04 19, 07:06p

Aug 23 19, 03:11p                                                    8609733640                    p.4

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 2-15
C.G.S. § 46b-115s
P.B. § 25-57

STATE OF CONNECTICUT
SUPERIOR COURT
COURT OF PROBATE
www.jud.ct.gov

| Court Use Only |
|---|
| AFFACUS |

*Instructions*

Fill out this form completely. You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At (Town) | Probate District name and number | Docket number |
|---|---|---|---|
| New Haven | New Haven | | FA19504682B-S |

| Plaintiff/Applicant's (Last, first, middle initial) | Defendant/Respondent's (Last, first, middle initial) |
|---|---|
| Antal Meolora, F. | Lodice, Matthew J. |

**You must provide information about the past five years for each child affected by this case. Provide the information below. If you need more space, use form JD-FM-164A.**

| Child's name (First, middle, last) | | | Date of birth (Month, day, year) |
|---|---|---|---|
| Angelina Maria Lodice | | | 5/21/2019 |

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From 5/21/19 To The present | 856 Shagbark Dr. Orange, CT 06477 | Theodora Antal, Julianna Viglione | Mother, Sister |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

| Child's name (First, middle, last) | Date of birth (Month, day, year) | ☐ Residence information is same as for child above. (If not same, provide information.) |
|---|---|---|

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From ___ To The present | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

☐ Check here if additional children are listed on JD-FM-164A.

Page 1 of 2

| Print Form | | Reset Form |
|---|---|---|

1. *(Check one)*   ☒ I have   ☐ I have not   been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody or visitation with any child listed in this affidavit. If you checked "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

_Preston + Antar vs Grand Nations Jr Connecticut_
_Sole Custody of Juilanna Rights_

*(Check item 2 or 3 below)*

2. ☒ I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐ I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location *(including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Check one)*   ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

Name: _____

Address: _____
*(unless confidential)*

5. The mother of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes     ☒ No     ☐ Do not know

6. A child has been born to the mother named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes     ☒ No     ☐ Do not know     if yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

| Signature | Print name of person signing |
|---|---|
| | Franalone Antar |

Sworn before me (Assistant Clerk/Commissioner of Superior Court/Notary Public)
8.23.2019

My Commission Expires 3.31.2024

Date signed: 8.23.2019

JD-FM-164   Rev. 2-15                                                        Page 2 of 2

You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

[ Print Form ]                                    [ Reset Form ]

**APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY**
JD-FM-75   Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

This form must be used only for family and family support magistrate matters. For civil, housing and small claims matters, use form JD-CV-120.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to person asking to have the fees waived or for appointment of an attorney (applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing on the application.

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a family support magistrate.
2. If the application is granted, notify the applicant and counsel, if appointed.
3. If the application for fees payable to the court or for cost of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

**To: The Superior Court**

Name of case: Theodora Antar vs. Matthew Lodice

Docket number (if applicable): FA19509046828

Judicial District: New Haven

Address of court: 235 Church St New Haven, CT

Name of applicant (Last, first, middle initial): Antar, Theodora, E.

Address of applicant (Number, street, town, state and zip): 856 Shagbark Drive, Orange, CT

Telephone (Area code first): 2035273841

**Type of proceeding ("X" all that apply)**
- [ ] Contempt
- [ ] Dissolution of Marriage (Divorce)
- [ ] Dissolution of Civil Union
- [ ] Appellate matter (Supreme or Appellate Court)
- [x] Motion to Open or Modify
- [x] Application for Custody
- [x] Application or Petition for Visitation
- [x] Paternity
- [ ] Other (Specify):

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. ("X" all that apply)
- [x] Entry fee (fee to file case)
- [x] Filing fee (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify): _____
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [x] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal

(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are:

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** (another person who is supported by you)
Total number of dependents (not including yourself): 2

**2. Monthly Income**
A. Gross monthly income (before deductions): 498.33
B. Net monthly income after taxes from monthly employment
C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here): 0

Total Monthly Income (B+C): 498.33

**3. Monthly Expenses**
A. Rent/Mortgage: 1456.50
B. Real Estate Taxes: 0.00
C. Utilities (telephone, fuel heat, electric, water, gas, cable, etc.): 300.00
D. Food (less SNAP (food stamps), if any): 800.00
E. Clothing: 300.00
F. Insurance Premiums (medical/dental, auto, life, home): 20.00
G. Medical/Dental: 80.00
H. Transportation (bus, gasoline, etc.): 300.00
I. Child Care: 400.00
J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify):

Total Monthly Expenses: 4156.50

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | 260,000 | 255,000 | 5,000.00 |
| B. Motor Vehicles | 27,000 | 27,000 | 0 |
| C. Other Personal Property (for example, jewelry, furniture) | | | 0 |
| D. Savings Account Balance (Total of all accounts) | | | 0 |
| E. Checking Account Balance (Total of all accounts) | | | 0 |
| F. Cash | | | 0 |
| G. Other Assets (Specify): | | | 0 |
| Total Assets | | | 5,000.00 |

Judicial District of New Haven
SUPERIOR COURT
FILED
SEP 04 2019
CHIEF CLERK'S OFFICE

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loan | 29,000 | 560 |
| Credit cards | 20,000 | 500 |
| Total Liabilities | 49,000 | 1160 |

[ Print Form ]     Page 1 of 3     [ Reset Form ]

101

Name of case: *Theodora Antar vs. Matthew Indie*          Docket number *(if applicable)*: FA19504628

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

*Child support and money saved*

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left: *Theodora Antar* | Date signed: *8.23.19* |
|---|---|---|

| Subscribe and sworn to before me: | On *(Date)*: *8.23.2019* | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |
|---|---|---|

*My Commission Expires 3.31.2024*

## Order

The Court, having found the applicant *("X" all that apply):*   ☐ Not indigent   ☒ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State   *State Rates*
        ☒ Costs of service of process not to exceed:   $
        ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
        ☐ Other *(Specify):*

    2. The following fees are waived   ☒ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):*

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is   ☐ Appointed *(Name):*

☐ Denied. If denied only in part, specify:

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)*: *S. Klan* | On *(Date)*: *9/6/19* | Signed *(Judge, FSM, Assistant Clerk)*: *S. Klan* | Date signed: *9/6/19* |
|---|---|---|---|

## Request For Hearing On Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶

| Signed *(Applicant)* | Date signed |
|---|---|

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

| Name of case | Docket number (if applicable) |
|---|---|
|  | FA19504682B |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent ☐ Indigent and unable to pay    hereby orders the application:

☐ Granted as follows:
   ☐ 1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed    $ _____
      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 53-6.
      ☐ Other (Specify): _____
   ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
                                          ☐ Other (Specify): _____

☐ Denied for the following reason(s):

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court (Print or type name of Judge/FSM) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
|  |  |  |  |

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**PARENTING EDUCATION
PROGRAM - ORDER,
CERTIFICATE AND RESULTS**
JD-FM-149   Rev. 11-12
C.G.S. §§ 46b-1, 46b-56, 46b-69b, 46b-231(m)(12)

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| FOR COURT USE ONLY |
|---|
| ☒ ORDPEP (Order for participation) |
| ☒ FNOPEP (Finding of inability to pay) |
| ☐ CERTPEP (Certification of results) |
| Court Location    *New Haven* |

**Instructions — Press Hard, you are making 4 copies.**

*To person taking part in the program:*
1. Provide name of case and docket number if available in designated boxes.
2. Complete Section 2 if you are attending the Program to comply with the Automatic Orders or to comply with an order of the court or family support magistrate.
3. If you believe you are unable to pay or indigent, complete and submit form JD-FM-75, Application for Waiver of Fees/Appointment of Counsel Family before attending the program.
4. YOU MUST bring this form and any approved Fee Waiver form to the service provider.
5. Select a service provider from a list available at the clerk's office and contact that provider to arrange attendance and to tell it the name of any person that you do not want to be with in the same program.
6. Give the original and ALL copies of the form to the service provider.

*To Clerk:*
1. If program participation is ordered by the court or family support magistrate, enter court location above and docket number and complete section 1.
2. Keep gold copy and give original and remaining copies to participant.

*To Service Provider:*
1. Complete Section 3 and return original and green copy to the appropriate Family Division Office.
2. Give/send pink copy to participant.
3. Keep yellow copy for your records.

*To Family Services:*
1. Upon receipt of Completion Certificate from service provider, complete section 4 and forward original to the superior court listed.
2. Keep green copy for your records.

Name of case  *(Plaintiff vs. Defendant)*    *Antar, Theodora v. Iodice, Matthew*    Docket number   *FA19504 6828 5*

## Section 1 - Court Order/Family Support Magistrate Order  *(To be completed by Clerk)*

Name of participant *(Person taking part in the program)*    *Theodora Antar*

*(Select One)*

☒ **Court Order**
The participant named above has been ordered to take part in a parenting education program established under Section 46b-69b of the Connecticut General Statutes. The court finds that this individual:

OR

☐ **Family Support Magistrate Order**
All parties being present before the Family Support Magistrate Division, it is ordered that the participant named above take part in a parenting education program established under Section 46b-69b of the Connecticut General Statutes. It is found that participation is necessary and that this individual:

*(Select One)*

☐ **Is Able** to pay directly to the service provider the appropriate fee for participating in a parenting education program.

OR

☒ **Is Indigent or Unable** to pay to take part in a parenting education program and all costs for participation in a program shall be covered by the service provider under the provisions of Section 46b-69b of the Connecticut General Statutes.

By the Court/Family Support Magistrate Division  *(Print or type name of Judge/FSM)*   *(Klau J)*   Signed  *(Judge, FSM, Assistant Clerk)*   Date Ordered  *9/6/19*

## Section 2 - Participant Information  *(To be completed by Participant - print or type)*

Name and address of participant  *(Number, street, town and zip code)*

"X" if applicable

☐ I request not to be assigned to the same group as:  *(Name of person)* _____

☐ "X" this box if you are attending the parenting education program to comply with the Automatic Orders *(Section 25-5 of the Connecticut Practice Book).*

## Section 3 - Completion Certificate  *(To be completed by Service Provider)*

Name of Service Provider

Date(s) of Participation                      Location at Which Program Was Provided

**To: The Court Support Services Division, Family Services Unit of the Superior Court**

The participant named above was scheduled to participate in our Parenting Education Program. It is certified that the participant:

☐ satisfactorily completed the program.   ☐ did not satisfactorily complete the program for the following reason(s):   ☐ lack of attendance

☐ other *(specify):*

Signed  *(Authorized Person)*           Print or Type Name of Person Signing at Left           Date Signed

## Section 4 - Participation Results  *(To be completed by Family Services)*

**To: The Superior Court**
The Court Support Services Division, Family Services Unit of the Superior Court certifies the results of participation as indicated above.

Signed  *(Authorized Family Division Person)*     Print or Type Name of Person Signing at Left     Date Signed

*102/103*

**PARENTING EDUCATION
PROGRAM - ORDER,
CERTIFICATE AND RESULTS**
JD-FM-149   Rev. 11-12
C.G.S. §§ 46b-1, 46b-56, 46b-69b, 46b-231(m)(12)

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

FOR COURT USE ONLY
☒ ORDPEP (Order for participation)
☐ FNOPEPF (Finding of inability to pay)
☒ CERTPEP (Certification of results)

Court Location
**New Haven**

**Instructions — Press Hard, you are making 4 copies.**

*To person taking part in the program:*
1. *Provide name of case and docket number if available in designated boxes.*
2. *Complete Section 2 if you are attending the Program to comply with the Automatic Orders or to comply with an order of the court or family support magistrate.*
3. *If you believe you are unable to pay or indigent, complete and submit form JD-FM-75, Application for Waiver of Fees/Appointment of Counsel Family before attending the program.*
4. *YOU MUST bring this form and any approved Fee Waiver form to the service provider.*
5. *Select a service provider from a list available at the clerk's office and contact that provider to arrange attendance and to tell it the name of any person that you do not want to be with in the same program.*
6. *Give the original and ALL copies of the form to the service provider.*

*To Clerk:*
1. *If program participation is ordered by the court or family support magistrate, enter court location above and docket number and complete section 1.*
2. *Keep gold copy and give original and remaining copies to participant.*

*To Service Provider:*
1. *Complete Section 3 and return original and green copy to the appropriate Family Division Office.*
2. *Give/send pink copy to participant.*
3. *Keep yellow copy for your records.*

*To Family Services:*
1. *Upon receipt of Completion Certificate from service provider, complete section 4 and forward original to the superior court listed.*
2. *Keep green copy for your records.*

Name of case *(Plaintiff vs. Defendant)*
**Antar, Theodora v. Iodice Matthew**

Docket number
**FA195046828 S**

## Section 1 - Court Order/Family Support Magistrate Order *(To be completed by Clerk)*

Name of participant *(Person taking part in the program)*
**Theodora Antar**

*(Select One)*

☒ **Court Order**
The participant named above has been ordered to take part in a parenting education program established under Section 46b-69b of the Connecticut General Statutes. The court finds that this individual:

OR

☐ **Family Support Magistrate Order**
All parties being present before the Family Support Magistrate Division, it is ordered that the participant named above take part in a parenting education program established under Section 46b-69b of the Connecticut General Statutes. It is found that participation is necessary and that this individual:

*(Select One)*

☐ **Is Able** to pay directly to the service provider the appropriate fee for participating in a parenting education program.

OR

☒ **Is Indigent or Unable** to pay to take part in a parenting education program and all costs for participation in a program shall be covered by the service provider under the provisions of Section 46b-69b of the Connecticut General Statutes.

By the Court/Family Support Magistrate Division *(Print or type name of Judge/FSM)*
**(Klau J.)**

Signed *(Judge, FSM, Assistant Clerk)*

Date Ordered
**9|6|19**

## Section 2 - Participant Information *(To be completed by Participant - print or type)*

Name and address of participant *(Number, street, town and zip code)*

"X" if applicable

☐ I request not to be assigned to the same group as: *(Name of person)*

☐ "X" this box if you are attending the parenting education program to comply with the Automatic Orders *(Section 25-5 of the Connecticut Practice Book).*

## Section 3 - Completion Certificate *(To be completed by Service Provider)*

Name of Service Provider

Date(s) of Participation

Location at Which Program Was Provided

**To: The Court Support Services Division, Family Services Unit of the Superior Court**

The participant named above was scheduled to participate in our Parenting Education Program. It is certified that the participant:

☐ satisfactorily completed the program.   ☐ did not satisfactorily complete the program for the following reason(s):   ☐ lack of attendance

☐ other *(specify):*

Signed *(Authorized Person)*

Print or Type Name of Person Signing at Left

Date Signed

## Section 4 - Participation Results *(To be completed by Family Services)*

**To: The Superior Court**
The Court Support Services Division, Family Services Unit of the Superior Court certifies the results of participation as indicated above.

Signed *(Authorized Family Division Person)*

Print or Type Name of Person Signing at Left

Date Signed

**102/103**

Sep 04 19, 07:07p Case 3:23-cv-00985-JAM Document 14-1 Filed 08/04/23 Page 33 of 229 p.10
Aug 23 19, 03:10p 8609733640 p.3

8609733640

# STATE OF CONNECTICUT
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF LIVE BIRTH

SFN: 2019-07-013446

| Child's Name: *(first)* | *(middle)* | *(last)* | |
|---|---|---|---|
| ANGELINA | MARIA | LODICE | |

| Sex: | | | |
|---|---|---|---|
| FEMALE | | | |

| | Date of Birth: | Time of Birth: | Weight: |
|---|---|---|---|
| | May 21, 2019 | 04:40 P | 6 lbs 6 ounces |

| Birthplace: | | Town of Birth: | County of Birth: |
|---|---|---|---|
| YALE-NEW HAVEN HOSPITAL | | NEW HAVEN | NEW HAVEN |

| Mother's Name *(first)* | *(middle)* | *(last)* | |
|---|---|---|---|
| THEODORA | FATMA | ANTAR | |

| Mother's Maiden Name: *(first)* | *(middle)* | *(last)* | |
|---|---|---|---|
| THEODORA | FATMA | ANTAR | |

| Mother's Birth State or Foreign Country: | CONNECTICUT | Mother's Date of Birth: | SEPTEMBER 07, 1991 |
|---|---|---|---|

| Mother's Residence Street: | Town: | State or Foreign Country: | Zip: |
|---|---|---|---|
| 856 SHAGBARK DRIVE | ORANGE | CONNECTICUT | 06477 |

| Father's Name *(first)* | *(middle)* | *(last)* | |
|---|---|---|---|
| MATTHEW | JOHN | LODICE | |

| Father's Birth State or Foreign Country: | CONNECTICUT | Father's Date of Birth: | MAY 11, 1983 |
|---|---|---|---|

| Certifier's Name: | Title: | Date Certified: |
|---|---|---|
| KAITLIN A O'CONNOR | DO | MAY 21, 2019 |

| Certifier's Address: | 20 YORK STREET, NEW HAVEN, CONNECTICUT, 06510 |
|---|---|

| Registered By: | | |
|---|---|---|
| LISA D. WILSON | | TOWN REGIST |

| Date Registered: | | Place Regist |
|---|---|---|
| MAY 30, 2019 | | NEW HA |

*I HEREBY CERTIFY THAT THIS IS A TRUE CERTIFICATE OF LIVE BIRTH ISSUED FROM THE OFFICIAL RECORDS ON FILE*

| Date Issued: | Place of Issuance |
|---|---|
| AUGUST 14, 2019 | PLYMOUTI |

SIGNATURE OF ISSUING REGISTRAR *Erica Caldiya Asst*

*This is not a legal document unless displaying a raised seal and a signature of the issuing Registrar*



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*104*

**ORDER TO ATTEND HEARING
AND NOTICE TO THE RESPONDENT**
JD-FM-162 Rev. 5-15
P.B. §§ 25-3, 25-4

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. *Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
2. *Attach this form to a completed Custody/Visitation Application -- Parent (JD-FM-161) or Verified Petition for Visitation -- Grandparents & Third Parties (JD-FM-221).*
3. *Bring both completed forms to the Court Clerk's Office to get a hearing date.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

| | |
|---|---|
| Judicial District of: New Haven | At (Town): New Haven |
| Address of court (Number, street, city): 235 Church St, New Haven, CT | Docket number: FA19504 6828-5 |
| Applicant's or Petitioner's name (Last, first, middle initial): Antar, Theodora, F. | Address (Number, street, town, zip code): 856 Shaybark Drive, Orange CT 06477 |
| Respondent's name (Last, first, middle initial): Lodice, Matthew, J. | Address (Number, street, town, zip code): 48 Quarry Hill Rd, Waterbury, CT |

**Notice to the Respondent** *- Read this carefully if you are the Respondent and have been served with these papers.*

1. The Application or Petition attached to these papers states what the applicant or petitioner is asking the Court to order in this case.
2. The Court has ordered you to come to a hearing on this Application or Petition at the date and time shown below. If you do not come to the hearing on this Application or Petition, the Court may issue a civil arrest order against you and/or enter temporary or permanent orders, which may include judgment against you for what is asked for in the Application or Petition.
3. If you want to get notices about your case, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address.
4. You can get the "Appearance" form (JD-CL-12) at the Court address above or at the Judicial Branch web site at www.jud.ct.gov.
5. If you have questions about the Application or Petition, Hearing or Notice of Automatic Court Orders (JD-FM-158), you should talk to an attorney. The Clerk of Court is not allowed to give advice on legal questions.

## Order

The attached Application or Petition asks for custody of, or visitation with, a child or children. It has been reviewed by the Court. Based on the Application or Petition, **you are ordered to attend a court hearing** to explain why the applicant's or petitioner's requests should not be granted. If you do not come to the court hearing, a civil arrest order (capias) may be issued against you and the court may enter custody or visitation orders that affect you.

| Date of court hearing: 11/7/19 | Time of court hearing: 9:30 A.m. | Address of court (Number, street, town): 235 Church St New Haven CT | Room number: 3E |
|---|---|---|---|

| By the court: (Goodrow, J.) J. | Signed (Assistant Clerk): | Date signed: 10/7/19 |
|---|---|---|

**TO ANY PROPER OFFICER:**
**By Authority of the State of Connecticut,** you must serve a true and attested copy of the court orders above, the Application or Petition and Notice of Automatic Court Orders on the respondent at least **twelve days** before the scheduled hearing date listed above and return it to court at least **six days** before the scheduled hearing date.

Judicial District of New Haven
SUPERIOR COURT
FILED

SEP 06 2019

CHIEF CLERK'S OFFICE

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Attend Hearing

☐ personally with the respondent.

☐ at the current home of the respondent at (Number, street, town or city):

| | Fees |
| | Endorsement |

The original Application or Petition and Notice of Automatic Court Orders are attached.

| Signed (State Marshal, proper officer) | Title of signer | Travel |
|---|---|---|
| County | Date of service | Total |

105

**CUSTODY/VISITATION**
**APPLICATION — PARENT**
JD-FM-181  Rev. 10-18
C.G.S. §§ 46b-56, 46b-61; P.A. 18-75 § 4
P.B. §§ 25-3, 25-4, 25-5

Judicial District of New Haven
SUPERIOR COURT
FILED
STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

AUG 2 9 2019

CHIEF CLERK'S OFFICE

| | Court use only |
|---|---|
| APPLCUS | APPLVIS |
| Use for custody applications | Use for visitation applications |

☒ Custody        ☐ Visitation

**Instructions**
1. Check the "Custody" or "Visitation" box above, and complete pages 1 and 2 of this form. Attach the Order to Attend Hearing (form JD-FM-162), Notice of Automatic Court Orders (form JD-FM-158), and Affidavit Concerning Children (form JD-FM-164).
2. By the first date that this case appears on a court docket (the first scheduled date for this case), you must file the accompanying document(s) listed in number 1 below that apply to you and that prove an existing legal relationship between the parent(s) and the child or children. You must redact (remove) any personal identifying information, as defined by Section 4-7 of the Connecticut Practice Book, from these documents.
3. If you are a grandparent or a third party (not a legal parent), and you want to file for visitation with the child or children, use the Verified Petition for Visitation — Grandparents & Third Parties (form JD-FM-221).

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | FA195046828S |

| Applicant's name (Last, first, middle initial) | Respondent's name (Last, first, middle initial) |
|---|---|
| Antar Theodora F. | Lodice, Matthew J |

| Other parent's name (If other parent is not the respondent)(Last, first, middle initial) | Other parent's address (If other parent is not the respondent) |
|---|---|

Additional respondent's name (If applicable) (Last, first, middle initial)

---

1. I am the child or children's ☒ Mother  ☐ Father
   By the first scheduled date for this case, I will file the applicable accompanying document(s) from this list that prove an existing legal relationship between the parent(s) and the child or children named in this application with any personal identifying information, as defined by Section 4-7 of the Connecticut Practice Book, redacted (removed):
   - A copy of a birth certificate naming me as one of the parents;
   - A copy of a properly executed (finalized) acknowledgement of paternity;
   - A court order or decree naming me as a legally responsible parent (including an adoptive parent);
   - A gestational agreement giving me parental rights (see Section 7-36 of the Connecticut General Statutes);
   - Document(s) showing that the child or children was/were born during my marriage; or
   - Any other evidence that I think is sufficient (enough) to convince the court that I am a legal parent of the child or children.

2. The respondent(s) is/are the: ☐ Mother ☒ Father ☐ Grandparent ☐ Other (Specify): _____

3. I want ("x" one)    ☒ custody of the child (or children) listed below:
   ☐ visitation rights with the child (or children) listed below:    (Attach additional sheets if necessary)

| Child's name (First, middle, last) | Date of birth | Name(s) of parent(s) or guardian(s) (First, middle initial, last) |
|---|---|---|
| Angelina Maria Lodice | 5/21/19 | Theodora Antar & Matthew Lodice |
| | | |
| | | |

4. Connecticut has the authority to decide this case and should decide this case because: ("x" all that apply)

a. ☒ Connecticut is the home state of the child (or children) at the time of the filing of this case.

b. ☒ The child (or children) has (or have) lived in Connecticut for the past 6 months, or from birth if the child (or children) is (or are) younger than 6 months old.

c. ☐ The child (or children) lived in Connecticut for at least 6 months but was (or were) taken from Connecticut less than 6 months ago by a person claiming custody, and a parent or guardian continues to live here.

d. ☒ The child (or children) and at least one parent have a significant connection to Connecticut, and there is substantial evidence in Connecticut concerning the child's (or children's) present or future care, protection, training, and personal relationships.

e. ☐ The child (or children) is (or are) in Connecticut now and has (or have) been abandoned, or there is an emergency affecting the child's (or children's) well-being.

f. ☒ No other state has an interest in hearing this case, and it is in the best interest of the child (or children) for a Connecticut court to hear the case.

[ Print Form ]                    [ Reset Form ]

**Additional Instructions:**

- *If you are the mother or father and want custody, go to Number 5 below, and continue from there.*
- *If you are the mother or father and want visitation, go to the Claim For Relief section below, and continue from there.*

5. The applicant, respondent, or any child (or children) listed has (or have) received financial support and/or HUSKY from the State of Connecticut:

Financial Support *("x one")*  ☐ Yes  ☒ No  ☐ Do not know

HUSKY Health Insurance *("x one")*  ☒ Yes  ☐ No  ☐ Do not know

*If you checked yes for Financial Support and/or HUSKY, send a copy of this Application, Order to Attend Hearing, Notice of Automatic Court Orders, and any other document filed with this application to the Office of the Attorney General, 55 Elm St., Hartford, CT 06106, and file the Certification of Notice (form JD-FM-175) with the court clerk.*

6. The applicant, respondent, or any child (or children) listed has (or have) received financial support from a city or town in Connecticut:  *("x" one)*

☐ Yes *(City or town):* _____  ☒ No  ☐ Do not know

*If you checked yes, send a copy of this Application, Order to Attend Hearing, Notice of Automatic Court Orders, and any other document filed with this application to the City or Town Clerk of the city or town providing assistance, and file the Certification of Notice (form JD-FM-175) with the court clerk.*

## Claim For Relief

☒ **For Custody** *(The Applicant asks the Court for custody orders) ("x" all that apply):*

**Regarding decision-making responsibility:**

☒ Sole legal custody

☐ Joint legal custody

☒ A parenting responsibility plan, which includes a plan for the parental decision-making regarding the minor child (or children)

**And**

**Regarding physical custody:**

☒ Primary residence with: _Theodora Antar  856 Shrijbark dr Orange, CT, 064_

☒ A parental physical access schedule and/or visitation

**Regarding child support:** *(If custody application — includes cash medical, health insurance, unreimbursed medical expenses, and qualifying child care)*

☒ Child Support

☒ An order for the educational support of my child (or children) for post-high school education or training under Section 46b-56c of the Connecticut General Statutes.

☒ **For Visitation** *(The Applicant asks the Court for visitation orders as follows):*

_I want a set schedule for visitation._

| Signature of Applicant or Petitioner | Print name of person signing at left _Theodora Antar_ | Date signed _8.23.19_ |
|---|---|---|
| Address _856 Shrijbark drive, Orange CT 06477_ | | Telephone (Area code first) _203 273 8419_ |

*[handwritten left margin]* _Elizabeth Fout / Commission is Fout / Expires 3.31.2024_

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

[ Print Form ]  [ Reset Form ]

**·NOTICE OF AUTOMATIC**
**COURT ORDERS**
JD-FM-158   Rev. 10-18
P.B. § 25-5; P.A. 18-14



| |
|---|
| *Notice to Plaintiff:* Attach to Divorce (Dissolution of Marriage) Complaint/Cross Complaint (JD-FM-159), Dissolution of Civil Union Complaint/Cross Complaint (JD-FM-159A), Custody/Visitation Application (JD-FM-161), and any Annulment Complaint (JD-FM-240) or Legal Separation Complaint (JD-FM-237). |

| |
|---|
| *Notice to Defendant:* In cases of dissolution or legal separation, if you or your attorney do not file a written Appearance form (JD-CL-12) by _____ (30 days after the return date), the plaintiff can ask the Court to enter judgment against you for the relief requested in the complaint *without further notice to you.* |

www.jud.ct.gov

The following automatic orders shall apply to both parties, with service of the automatic orders to be made with service of process of a summons and complaint for dissolution of marriage or civil union, legal separation, or annulment, along with a blank Appearance form (JD-CL-12) or an application for custody or visitation. An automatic order shall not apply if there is a prior, contradictory order of a judicial authority. The automatic orders shall be effective with regard to the plaintiff or the applicant upon the signing of the complaint, or the application and with regard to the defendant or the respondent upon service and shall remain in place during the pendency of the action, unless terminated, modified, or amended by further order of a judicial authority upon motion of either of the parties:

**In all cases involving a child or children, whether or not the parties are married or in a civil union:**

(1) Neither party shall permanently remove the minor child or children from the state of Connecticut, without written consent of the other party or order of a judicial authority.

(2) A party vacating the family residence shall notify the other party or the other party's attorney, in writing, within forty-eight hours of such move, of an address where the relocated party can receive communication. This provision shall not apply if and to the extent there is a prior, contradictory order of a judicial authority.

(3) If the parents of minor children live apart during this proceeding, they shall assist their children in having contact with both parties, which is consistent with the habits of the family, personally, by telephone, and in writing. This provision shall not apply if and to the extent there is a prior, contradictory order of a judicial authority.

(4) Neither party shall cause the children of the marriage or the civil union to be removed from any medical, hospital and dental insurance coverage, and each party shall maintain the existing medical, hospital and dental insurance coverage in full force and effect.

(5) The parties shall participate in the parenting education program within sixty days of the return day or the complaint or within sixty days from the filing of the application.

(6) These orders do not change or replace any existing court orders, including criminal protective and civil restraining orders.

**In all cases involving a marriage or civil union, whether or not there are children:**

(1) Neither party shall sell, transfer, exchange, assign, remove, or in any way dispose of, without the consent of the other party in writing, or an order of a judicial authority, any property, except in the usual course of business or for customary and usual household expenses or for reasonable attorney's fees in connection with this action.

(2) Neither party shall conceal any property.

(3) Neither party shall encumber (except for the filing of a lis pendens) without the consent of the other party, in writing, or an order of a judicial authority, any property except in the usual course of business or for customary and usual household expenses or for reasonable attorney's fees in connection with this action.

(4) Neither party shall cause any asset, or portion thereof, co-owned or held in joint name, to become held in his or her name solely without the consent of the other party, in writing, or an order of the judicial authority.

(5) Neither party shall incur unreasonable debts hereafter, including, but not limited to, further borrowing against any credit line secured by the family residence, further encumbrancing any assets, or unreasonably using credit cards or cash advances against credit cards.

(6) Neither party shall cause the other party to be removed from any medical, hospital and dental insurance coverage, and each party shall maintain the existing medical, hospital and dental insurance coverage in full force and effect.

(7) Neither party shall change the beneficiaries of any existing life insurance policies, and each party shall maintain the existing life insurance, automobile insurance, homeowners or renters insurance policies in full force and effect.

(8) If the parties are living together on the date of service of these orders, neither party may deny the other party use of the current primary residence of the parties, whether it be owned or rented property, without order of a judicial authority. This provision shall not apply if there is a prior, contradictory order of a judicial authority.

**In all cases:**

(1) The parties shall each complete and exchange sworn financial statements substantially in accordance with a form prescribed by the chief court administrator within thirty days of the return day. The parties may thereafter enter and submit to the court a stipulated interim order allocating income and expenses, including, if applicable, proposed orders in accordance with the uniform child support guidelines.

(2) The case management date for this case is _11/7/19_  The parties shall comply with Section 25-50 to determine if their actual presence at the court is required on that date.

# By Order of The Court

**Failure to obey these orders may be punishable by contempt of court. If you object to or seek modification of these orders during the pendency of the action, you have the right to a hearing before a judge within a reasonable time.**

JD-FM-158   Rev. 10-18   (Page 1 of 2)                    (Continued on Page 2)

## Summary of Automatic Court Orders

The court orders on page 1 of this form apply to both parties in this case, unless there is already a court order which is different than one of these orders. The automatic court orders apply to the plaintiff or the applicant when the attached Complaint or Application is signed. They apply to the defendant or respondent when a copy of the Complaint or Application, and the Notice of Automatic Court Orders are served *(delivered to the defendant/respondent by an authorized person)*. The automatic court orders are summarized below, but you must follow the actual orders on page 1 of this form. If you do not understand the actual automatic court orders, you may want to talk to an attorney.

**In all cases that involve a child, whether or not the parties are married or in a civil union:**

- Neither party may permanently take the child(ren) from Connecticut without written agreement or a court order;
- If you move out of the family home, you must tell the other party in writing within 48 hours about your new address or a place where you can receive mail;
- If both parents of the child(ren) live apart, both parties must help the child(ren) continue usual contact with both parents in person, by telephone and in writing;
- Neither party may take the child(ren) off any existing medical, hospital, doctor, or dental insurance policy or let any such insurance policy end;
- Both parties must participate in a parenting education program within 60 days of the return date of the complaint or within 60 days from the filing of the application for custody or visitation;
- None of these orders change or replace any court order that already exists.

**In all cases that involve a marriage or civil union, whether or not there are children, neither party may:**

- Sell, exchange, take away, give away or dispose of any property without written agreement with the other party or a court order except in their usual business or for usual expenses for the home or for reasonable attorney's fees for this case;
- Hide any property;
- Mortgage any property except in their usual business or for usual expenses for the house or for reasonable attorney's fees for this case without written agreement or a court order;
- Have any asset or an asset that is owned by both parties become owned only by him or her without written agreement or a court order;
- Go into unreasonable debt by borrowing money or using credit cards or cash advances unreasonably;
- Take the other off any existing medical, hospital, doctor or dental insurance policy or let any such insurance coverage end;
- Change the terms or named beneficiaries of any existing insurance policy or let any existing insurance coverage end, including life, automobile, homeowner's or renter's insurance;
- Deny use of the family home to the other person without a court order, if you are living together on the date the court papers are delivered.

**In all cases:**

- Both parties must complete and give to each other sworn financial affidavits within 30 days of the return date;
- Both parties must attend a case management conference on the date given on page 1 of this form, unless you both agree on all issues and file a Case Management Agreement form with the court clerk on or before that date.

**If you do not obey these orders while your case is pending, you may be punished by being held in contempt of court. If you object to these orders or want them changed, you have a right to a hearing before a judge within a reasonable time, by filing a motion to modify these orders with the court clerk.**

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 2-15
C.G.S. § 45b-115s
P.B. § 25-57

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
www.jud.ct.gov

Court Use Only
**AFFACUS**

*Instructions*
*Fill out this form completely. You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.*

| Judicial District of | At (Town) | Probate District name and number | Docket number |
|---|---|---|---|
| New Haven | New Haven | | FA19504628.5 |

Plaintiff/Applicant's (Last, first, middle initial)
Antar, Medora, F.

Defendant/Respondent's (Last, first, middle initial)
Lodice, Matthew J.

**You must provide information about the past five years for each child affected by this case. Provide the information below. If you need more space, use form JD-FM-164A.**

Child's name (First, middle, last)
Angelina Maria Lodice

Date of birth (Month, day, year)
5/21/2019

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From 5/21/19 To The present | 856 Shagbark Dr. Orange CT. 06477 | Theodora Antar Julianna Vigliotti | Mother Sister |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

Child's name (First, middle, last)

Date of birth (Month, day, year)

☐ Residence information is same as for child above. (If not same, provide information)

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From ___ To The present | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

☐ Check here if additional children are listed on JD-FM-164A.

Page 1 of 2

[ Print Form ]                    [ Reset Form ]

1. *(Check one)*  [X] I have   [ ] I have not        been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you checked "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

Theodora Antar vs Grant Mahon jr unmarried
Sole Custody of Juliana rights unmarried

*(Check item 2 or 3 below)*

2. [X] I do not know of other civil or criminal cases in Connecticut or another state, now or in the past,  that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. [ ] I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case,  including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location  *(including state)* |
|---|---|---|
| Nature of proceeding | | |
| Case name | Docket number | Court location  *(including state)* |
| Nature of proceeding | | |

4. *(Check one)*    [X] No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

[ ] The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

    **Name:** _____

    **Address:** _____

    *(unless confidential)*

5. The mother of the child(ren) named in the Complaint or Application is pregnant.

[ ] Yes   [X] No   [ ] Do not know

6. A child has been born to the mother named in the Complaint or Application after the filing  of the Complaint or Application.

[ ] Yes   [X] No   [ ] Do not know    If yes, fill in the following:

| Child's name | Date of birth  *(Month, day, year)* |
|---|---|
| | |

Signature: _____

Sworn to before me (Assistant Clerk/Commissioner of Superior Court/Notary Public)
8.23.2019

Print name of person signing: Theodora Antar

My Commission Expires 3.31.2024

Date signed: 8.23.2019

JD-FM-164   Rev. 2-15

Page 2 of 2

---

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

[ Print Form ]          [ Reset Form ]



# STATE OF CONNECTICUT
### CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF LIVE BIRTH

**SFN: 2019-07-013446**

| Child's Name: *(first)* | *(middle)* | | *(last)* | |
|---|---|---|---|---|
| ANGELINA | MARIA | | LODICE | |

| Sex: | Date of Birth: | Time of Birth: | | Weight: |
|---|---|---|---|---|
| FEMALE | May 21, 2019 | 04:40 P | | 6 lbs 6 Ounces |

| Birthplace: | | Town of Birth: | County of Birth: |
|---|---|---|---|
| YALE-NEW HAVEN HOSPITAL | | NEW HAVEN | NEW HAVEN |

| Mother's Name *(first)* | *(middle)* | | *(last)* | |
|---|---|---|---|---|
| THEODORA | FATMA | | ANTAR | |

| Mother's Maiden Name: *(first)* | *(middle)* | | *(last)* | |
|---|---|---|---|---|
| THEODORA | FATMA | | ANTAR | |

| Mother's Birth State or Foreign Country: | CONNECTICUT | | Mother's Date of Birth: | SEPTEMBER 07, 1991 |
|---|---|---|---|---|

| Mother's Residence Street: | | Town: | State or Foreign Country: | Zip: |
|---|---|---|---|---|
| 856 SHAGBARK DRIVE | | ORANGE | CONNECTICUT | 06477 |

| Father's Name *(first)* | *(middle)* | | *(last)* | |
|---|---|---|---|---|
| MATTHEW | JOHN | | LODICE | |

| Father's Birth State or Foreign Country: | CONNECTICUT | | Father's Date of Birth: | MAY 11, 1983 |
|---|---|---|---|---|

| Certifier's Name: | Title: | Date Certified: |
|---|---|---|
| KAITLIN A. O'CONNOR | DO | MAY 21, 2019 |

| Certifier's Address: | 20 YORK STREET, NEW HAVEN, CONNECTICUT, 06510 |
|---|---|

| Registered By: | |
|---|---|
| LISA D WILSON | TOWN REGIST |

| Date Registered: | Place Regist |
|---|---|
| MAY 30, 2019 | NEW HA |

*I HEREBY CERTIFY THAT THIS IS A TRUE CERTIFICATE OF LIVE BIRTH ISSUED FROM THE OFFICIAL RECORDS ON FILE*

| Date Issued: | Place of Issuance |
|---|---|
| AUGUST 14, 2019 | PLYMOUTH |

SIGNATURE OF ISSUING REGISTRAR   *Erica Caliva Asst.*

*This is not a legal document unless displaying a raised seal and a signature of the issuing Registrar*



1788
CONNECTICUT CHARTER OAK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## OFFICER'S RETURN

STATE OF CONNECTICUT

ss:   Waterbury, October 8, 2019

COUNTY OF NEW HAVEN

Then and there by virtue hereof, I served the within named respondent **MATTHEW J LODICE,** by leaving at the usual place of abode of said respondent at 48 Quarry Hill Road, Waterbury, CT 06706, a true attested copy of the original Order to Attend Hearing and Notice to the Respondent, Custody Visitation Application – Parent, Affidavit Concerning Children, Certificate of Live Birth, Appearance and Notice of Automatic Court Orders with my endorsement thereon.

The within and foregoing is the original Order to Attend Hearing and Notice to the Respondent, Custody Visitation Application – Parent, Affidavit Concerning Children, Appearance, Certificate of Live Birth and Notice of Automatic Court Orders with my doings hereon endorsed.

ATTEST:

FEE:
Service             $ 40.00
Copies                 9.00
Endorsements           .80
Travel               19.60
Total:              $ 69.40

RICHARD M. FRY
STATE MARSHAL
NEW HAVEN COUNTY

Judicial District of New Haven
SUPERIOR COURT
FILED

OCT 10 2019

CHIEF CLERK'S OFFICE

P'S RETSERV 107

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT  Rev. 2-16
P.B. §§ 25-30, 25a-15

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Court Use Only |
| --- |
| FINAFFS |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

Docket number
NNH- FA -    -    -S
19 504 6828

## Instructions

Use this short version if your **gross annual income** is less than $75,000 (see Section I. Income) and your **total net assets** are less than $75,000 (see Section IV. Assets). Otherwise, use the long version, form JD-FM-6-LONG.

| For the Judicial District of | At (Address of Court) |
| --- | --- |
| NEW HAVEN | 235 CHURCH STREET NEW HAVEN CT 06510 |

Name of case
Antar, Theodora F. vs Lodice Matthew

Name of affiant (Person submitting this form)
Theodora Antar                    ☒ Plaintiff   ☐ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

NOV. 07 2019

**CHIEF CLERK'S OFFICE**

## I. Income

**1) Gross Weekly Income/Monies and Benefits From All Sources**

Computed based on year-to-date, but no less than the last 13 weeks. If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain: 19,000

Paid: ☐ Weekly   ☐ Bi-weekly   ☐ Monthly   ☐ Semi-monthly   ☒ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
| --- | --- |
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

(a) 

| | Employer | Address | | Base Pay: |
| --- | --- | --- | --- | --- |
| Job 1 | Casanova Remodeling | PO Box 283 Plymouth CT | ☒ Salary ☐ Wages | $ 19,000 |
| Job 2 | | | ☐ Salary ☐ Wages | $ |
| Job 3 | | | ☐ Salary ☐ Wages | $ |

Total of base pay from salary and wages of all jobs ........................ $

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| (b) Overtime | $ | (j) | Child Support (Actually received) | $ | 6000 |
| (c) Self-employment | $ | (k) | Alimony (Actually received) | $ | |
| (d) Tips | $ | (l) | Rental and income producing property | $ | |
| (e) Social Security | $ | (m) | Contributions from household member(s) | $ | |
| (f) Disability | $ | (n) | Cash income | $ | |
| (g) Unemployment | $ | (o) | Veterans Benefits | $ | |
| (h) Worker's compensation | $ | (p) | Other: | $ | |
| (i) Public Assistance (Welfare, TFA payments) | $ | | | | |

**(q) Total Gross Weekly Income/Monies and Benefits From All Sources** (Add items a through p) $ 25,000

Hours worked per week 40
Gross yearly income from prior tax year. Provide amount of income, not copies of forms ........................ $
List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

No

(Page 1 of 4)

108

**2) Mandatory Deductions** *(If consistent deductions don't occur every pay check **provide average amounts**.)*

| | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ___ exemptions)* | $ _____ | $ _____ | $ _____ | $ _____ |
| (2) Social Security or Mandatory Retirement | $ _____ | $ _____ | $ _____ | $ _____ |
| (3) State income tax deductions *(claiming ___ exemptions)* | $ _____ | $ _____ | $ _____ | $ _____ |
| (4) Medicare | $ _____ | $ _____ | $ _____ | $ _____ |
| (5) Health insurance | $ _____ | $ _____ | $ _____ | $ _____ |
| (6) Union dues | $ _____ | $ _____ | $ _____ | $ _____ |
| (7) Prior court order — child support or alimony | $ _____ | $ _____ | $ _____ | $ _____ |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $ _____ | $ _____ | $ _____ | $ _____ |

**3) Net Weekly Income** .................................................................................. $ _480_

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits
From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

Home:

Rent or Mortgage *(Principal, Interest — Real Estate Taxes and Insurance if escrowed)* ☐ $ _461_    Property taxes and assessments ........... ☐ $ _50_

Utilities:

Oil .................................................. ☐ $ _100_    Telephone/Cell/Internet....................... ☐ $ _20_
Electricity ....................................... ☐ $ _30_    Trash Collection .................................. ☐ $ _20_
Gas ................................................ ☐ $ _10_    T.V./Internet ...................................... ☐ $ _20_
Water and Sewer ............................ ☐ $ _15_

Groceries *(after food stamps):* Including household supplies, formula, diapers ......................... ☐ $ _300_

Transportation:

Gas/Oil ........................................... ☐ $ _50_    Auto Loan or Lease ............................. ☐ $ _100_
Repairs/Maintenance ...................... ☐ $ _70_    Public Transportation........................... ☐ $ _0_
Automobile Insurance/Tax/Registration ... ☐ $ _100_

Insurance Premiums:

Medical/Dental *(Out-of-pocket expense after Health Savings Account/Plan)*....... ☐ $ _10_    Life ..................................................... ☐ $ ____

Uninsured Medical/Dental not paid by insurance ................................................... ☐ $ ____

Clothing .............................................................................................................. ☐ $ ____

Child(ren):

Child Support of this case .................... ☐ $ ____    Child Care Expense *(after deductions, credits and subsidies)*.............. ☐ $ _200_

Child Support of other children other than this case *(attach a copy of the order)* ... ☐ $ ____    Child(ren)'s activities *(e.g., lessons, sports, etc.)* ................... ☐ $ _10_

Alimony: Payable to this spouse ............... ☐ $ ____    Alimony: Payable to another spouse ...... ☐ $ ____

Extraordinary travel expenses for visitation with child(ren) ................................................ ☐ $ ____

Other *(Specify):* _____ ☐ $ ____

**Total Weekly Expenses Not Deducted From Pay** ............................................ $ _1606.00_

## III. Liabilities *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred/ Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
| Credit Cards | ☐ Sole ☒ Joint | $ 30,000 | | $ 300 |
| Student Loans | ☐ Sole ☒ Joint | $ 30,000 | | $ 300 |

JD-FM-6-SHORT   Rev. 2-16                          (Page 2 of 4)

| | Ownership | | Balance | |
|---|---|---|---|---|
| | ☐ Sole ☐ Joint | $ | | $ |
| | ☐ Sole ☐ Joint | $ | | $ |
| | ☐ Sole ☐ Joint | $ | | $ |

**(A). Total Liabilities**  *(Total Balance Due on Debts)*..................................... $

**(B). Total Weekly Liabilities Expense**  ....................................................................... $ *600*

# IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

## A. Real Estate *(including time share)*

| Address | Ownership | | | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity *(d = a minus (b + c))* | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| | S | JTS | JTO | | | | | |
| Home | ☒ | ☐ | ☐ | $ 260,000 | $ 270,000 | $ | $ -10,000 | $ |
| Other | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |

**Total Net Value of Real Estate:** $ -10,000

## B. Motor Vehicles

| Year | Make | Model | Ownership | | | a. Value | b. Loan Balance | c. Equity *(c = a minus b)* | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| | | | S | JTS | JTO | | | | |
| 1: 2014 | Acura | MDX | ☑ | ☐ | ☐ | $ 12,000 | $ 30,000 | $ -18,000 | $ |
| 2: | | | ☐ | ☐ | ☐ | $ | | | |

**Total Net Value of Motor Vehicles:** $ -18,000

## C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| Institution | Account Number *(last 4 numbers only)* | Ownership | | | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|
| | | S | JTS | JTO | | |
| Checking | | ☐ | ☐ | ☐ | $ | $ 100 |
| Savings | | ☐ | ☐ | ☐ | $ | $ 1000 |
| Other | | ☐ | ☐ | ☐ | $ | |

**Total Net Value of Bank Accounts:** $ 1100

## D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ |
| | | | $ |

**Total Net Value of Stocks, Bonds, Mutual Funds:** $ 0

## E. Insurance  *(exclude children)* D = Disability    L = Life

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |

**Total Net Value of Insurance:** $ 0

## F. Retirement Plans  *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | Current Balance/ Value |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | $ |
| | | | | ☐ Yes ☐ No | $ |

**Total Net Value of Retirement Plans:** $ 0

## G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | Value |
|---|---|---|
| | % | $ |

**Total Net Value of Business Interest/Self-Employment:** $ 0

**H. Other Assets**

| Name of Asset | Current Balance/ Value | Name of Asset | Current Balance/ Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | Total Net Value of Other Assets: $ | 0 |

**I. Total Net Value All Assets** *(add items A through H)*................................................................. $  *n/a*

-26,900

## V. Child(ren)'s Assets

*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number *(last 4 numbers only)* | Listed Beneficiary | Person Who Controls the Account *(Fiduciary)* | Current Balance/ Value |
|---|---|---|---|---|
| TD Bank | | Julianna Vigilante | | $ |
| | | | | $ |
| | | | Total Net Value of Child(ren)'s Assets: | $ |

## VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| | |

Do you or any member of your family have HUSKY Health Insurance Coverage? ☐ Yes ☐ No ☐ I Don't Know
If Yes, whom?

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

## Summary *(Use the amounts shown in Sections I. through IV.)*

Total Net Weekly Income *(See Section I. 3)* ..................................................................... $  480

Total Weekly Expenses and Liabilities *(Total From Section II. + III.(B))* ................... $  2206

Total Cash Value of Assets *(See Section IV. I.)* ................................................................. $ -26,900

Total Liabilities *(Total Balance Due on Debts) (See Section III. (A))* ........................... $  60,000

## Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.

I, ____Theodora Arthur____ the ☐ Plaintiff ☐ Defendant herein, residing at
__856 Shaybien Dr Orange CT____ , telephone number __2032738410__ , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed (Affiant) | | Date signed 11.7.19 |
|---|---|---|
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes) | Print name and title of person signing at left  M. Imme Jr. | Date signed 11/7/19 |

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT   Rev. 2-16
P.B. §§ 25-30, 25a-15

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| FINAFFS |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

Docket number
NNH-FA - - -S

19504 6828

## Instructions

*Use this short version if your **gross annual income is less than $75,000** (see Section I. Income) and your **total net assets are less than $75,000** (see Section IV. Assets). Otherwise, use the long version, form JD-FM-6-LONG.*

| For the Judicial District of | At *(Address of Court)* |
| --- | --- |
| NEW HAVEN | 235 CHURCH STREET NEW HAVEN CT 06510 |

Name of case

*Theodora Antar* vs *Matthew Lodice*

Name of affiant *(Person submitting this form)*

*Matthew Lodice*          ☐ Plaintiff   ☑ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

## I. Income

**1) Gross Weekly Income/Monies and Benefits From All Sources**

Computed based on year-to-date, but no less than the last 13 weeks.  If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain:

Judicial District of New Haven
SUPERIOR COURT
FILED

NOV 07 2019

CHIEF CLERK'S OFFICE

Paid: ☐ Weekly   ☐ Bi-weekly   ☐ Monthly   ☐ Semi-monthly   ☑ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
| --- | --- |
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

(a)

| | Employer | Address | | | Base Pay: |
| --- | --- | --- | --- | --- | --- |
| Job 1 | *Self Employed* | | ☑ Salary ☐ Wages | $ | 13500 |
| Job 2 | | | ☐ Salary ☐ Wages | $ | |
| Job 3 | | | ☐ Salary ☐ Wages | $ | |

Total of base pay from salary and wages of all jobs ..................................... $

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (b) | Overtime ............................................... | $ | (j) | Child Support *(Actually received)*............ | $ | |
| (c) | Self-employment.................................... | $ | (k) | Alimony *(Actually received)* .................... | $ | |
| (d) | Tips......................................................... | $ | (l) | Rental and income producing property.... | $ | |
| (e) | Social Security ...................................... | $ | (m) | Contributions from household member(s) | $ | |
| (f) | Disability............................................... | $ | (n) | Cash income.......................................... | $ | |
| (g) | Unemployment ...................................... | $ | (o) | Veterans Benefits ................................. | $ | |
| (h) | Worker's compensation ........................ | $ | (p) | Other: _____ | $ | |
| (i) | Public Assistance *(Welfare, TFA payments)* ............................................... | $ | | | | $ 259.62 |

**(q) Total Gross Weekly Income/Monies and Benefits From All Sources** *(Add items a through p)*  $ ~~207.09~~

Hours worked per week _____

Gross yearly income from prior tax year. Provide amount of income, not copies of forms.............................. $

List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

109

**2) Mandatory Deductions**  *(If consistent deductions don't occur every pay check **provide average amounts**.)*

| | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ___ exemptions)* | $_____ | $_____ | $_____ | $_____ |
| (2) Social Security or Mandatory Retirement | $_____ | $_____ | $_____ | $_____ |
| (3) State income tax deductions *(claiming ___ exemptions)* | $_____ | $_____ | $_____ | $_____ |
| (4) Medicare | $_____ | $_____ | $_____ | $_____ |
| (5) Health insurance | $_____ | $_____ | $_____ | $_____ |
| (6) Union dues | $_____ | $_____ | $_____ | $_____ |
| (7) Prior court order — child support or alimony | $_____ | $_____ | $_____ | $_____ |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $_____ | $_____ | $_____ | $_____ |

**3) Net Weekly Income**............................................................................................  $ **259**

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| | |
|---|---|
| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

**Home:**
Rent or Mortgage *(Principal, Interest — Real Estate Taxes and Insurance if escrowed)* ☐ $_____   Property taxes and assessments ........... ☐ $_____

**Utilities:**
Oil ............................................................ ☐ $_____   Telephone/Cell/Internet........................... ☐ $_____
Electricity ................................................ ☐ $_____   Trash Collection ..................................... ☐ $_____
Gas ......................................................... ☐ $_____   T.V./Internet .......................................... ☐ $_____
Water and Sewer..................................... ☐ $_____

Groceries *(after food stamps):* Including household supplies, formula, diapers ......................... ☐ $_____

**Transportation:**
Gas/Oil .................................................... ☐ $_____   Auto Loan or Lease ................................ ☐ $_____
Repairs/Maintenance .............................. ☐ $_____   Public Transportation.............................. ☐ $_____
Automobile Insurance/Tax/Registration ... ☐ $_____

**Insurance Premiums:**
Medical/Dental *(Out-of-pocket expense after Health Savings Account/Plan)*.. ☐ $_____   Life ....................................................... ☐ $_____
Uninsured Medical/Dental not paid by insurance ................................................................. ☐ $_____
Clothing .................................................................................................................................. ☐ $_____

**Child(ren):**
Child Support of this case .................... ☐ $_____   Child Care Expense *(after deductions, credits and subsidies)*........................... ☐ $_____
Child Support of other children other than this case *(attach a copy of the order)*....... ☒ $ ~~157~~ 157   Child(ren)'s activities *(e.g., lessons, sports, etc.)* ..................................................... ☐ $_____
Alimony: Payable to this spouse .............. ☐ $_____   Alimony: Payable to another spouse ...... ☐ $_____
Extraordinary travel expenses for visitation with child(ren) ................................................... ☐ $_____
Other *(Specify):* _____ ☐ $_____

**Total Weekly Expenses Not Deducted From Pay** ......................................................... $ **157**

## III. Liabilities *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred/ Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
| | ☐ Sole ☐ Joint | $ | | $ |
| | ☐ Sole ☐ Joint | $ | | $ |

| | | Ownership | | a. Fair Market Value (Estimate) | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity (d = a minus (b + c)) | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| | | ☐ Sole | ☐ Joint | $ | | | $ | |
| | | ☐ Sole | ☐ Joint | $ | | | $ | |
| | | ☐ Sole | ☐ Joint | $ | | | $ | |

**(A). Total Liabilities** *(Total Balance Due on Debts)* ................................. $

**(B). Total Weekly Liabilities Expense** ................................................................ $ *157*

## IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

### A. Real Estate *(including time share)*

| Address | Ownership S | JTS | JTO | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity (d = a minus (b + c)) | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| Home | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| Other | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |

Total Net Value of Real Estate: $

### B. Motor Vehicles

| Year | Make | Model | Ownership S | JTS | JTO | a. Value | b. Loan Balance | c. Equity (c = a minus b) | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |
| 2: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |

Total Net Value of Motor Vehicles: $ *0*

### C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| Institution | Account Number *(last 4 numbers only)* | Ownership S | JTS | JTO | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|
| Checking | | ☐ | ☐ | ☐ | $ | $ *100* |
| Savings | | ☐ | ☐ | ☐ | $ | $ *200* |
| Other | | ☐ | ☐ | ☐ | $ | $ |

Total Net Value of Bank Accounts: $ *300*

### D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ |
| | | | $ |

Total Net Value of Stocks, Bonds, Mutual Funds: $

### E. Insurance *(exclude children)* D = Disability     L = Life

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |

Total Net Value of Insurance: $

### F. Retirement Plans *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | Current Balance/ Value |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | $ |
| | | | | ☐ Yes ☐ No | $ |

Total Net Value of Retirement Plans: $

### G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | Value |
|---|---|---|
| | % | $ |

Total Net Value of Business Interest/Self-Employment: $

**H. Other Assets**

| Name of Asset | Current Balance/ Value | Name of Asset | Current Balance/ Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | Total Net Value of Other Assets: $ | *0* |

**I. Total Net Value All Assets** *(add items A through H)*............................................................................... $ *300*

## V. Child(ren)'s Assets

*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number (last 4 numbers only) | Listed Beneficiary | Person Who Controls the Account (Fiduciary) | Current Balance/ Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | Total Net Value of Child(ren)'s Assets: $ | *0* |

## VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| | |
| | |

Do you or any member of your family have HUSKY Health Insurance Coverage?   ☐ Yes   ☐ No   ☐ I Don't Know
If Yes, whom?

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

## Summary *(Use the amounts shown in Sections I. through IV.)*

**Total Net Weekly Income** *(See Section I. 3)*..................................................................................... $ *259.62*

**Total Weekly Expenses and Liabilities** *(Total From Section II. + III.(B))*...................................... $ *157.00*

**Total Cash Value of Assets** *(See Section IV. I.)* ........................................................................... $ *300.00*

**Total Liabilities** *(Total Balance Due on Debts) (See Section III. (A))*............................................ $ *0*

## Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

I, _Marsha Locke_ the ☐ Plaintiff ☒ Defendant herein, residing at _48 Quarry Hill Road_ , telephone number _860 518 2388_ , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed (Affiant) | | Date signed 11/7/19 |
|---|---|---|
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes) | Print name and title of person signing at left _M. Lucie Jr._ | Date signed 11/7/19 |

JD-FM-6-SHORT   Rev. 2-16                    (Page 4 of 4)



CCSG-1 Rev. 7-15
C.G.S. §46b-215a
§46b-215a-6, Regulations of
Connecticut State Agencies

**STATE OF CONNECTICUT**
**COMMISSION FOR CHILD SUPPORT GUIDELINES**
WORKSHEET for the Connecticut Child Support and Arrearage Guidelines



| THEODORA | MATTHEW | CUSTODIAN |
|---|---|---|
| Theodora Antar | Matthew  Lodice | ☒ THEODORA ☐   MATTHEW ☐   OTHER: |

| COURT | D.N./CASE NO. 19504 6828 | NUMBER OF CHILDREN 1 |
|---|---|---|

| CHILD'S NAME | DATE OF BIRTH | CHILD'S NAME | DATE OF BIRTH | CHILD'S NAME | DATE OF BIRTH |
|---|---|---|---|---|---|
| Angelina | 1/1/2019 | | | | |
| | | | | | |

*All money amounts in this worksheet may be rounded to the nearest dollar*

## I. NET INCOME (Weekly amounts)

| | | THEODORA | MATTHEW |
|---|---|---|---|
| 1. | Gross income (attach verification) | $ 365 | $ 260 |
| 1a. | Number of hours used in calculation    THEODORA    MATTHEW | | |
| 2. | Federal income tax (excluding Self Employment Tax and Earned Income Credit) | $ (27) | $ 3 |
| 3. | Social security tax or mandatory retirement | $ 23 | $ 16 |
| 4. | Medicare tax | $ 5 | $ 4 |
| 5. | State and local income tax (based on all allowable exemptions, deductions and credits) | $ 0 | $ 0 |
| 6. | Medical/hospital/dental insurance premiums (including Husky) for parent and all legal dependents | $ 0 | $ 0 |
| 7. | Court-ordered life insurance for benefit of child | $ 0 | $ 0 |
| 8. | Court-ordered disability insurance | $ | $ |
| 9. | Mandatory union dues or fees (only if deducted by employer) | $ | $ |
| 10. | Mandatory uniforms and tools (only if deducted by employer) | $ | $ |
| 11. | Non-arrearage payments on court ordered alimony and child support awards (for other than parent/child(ren) of this order) | $ 0 | $ 0 |
| 12. | Amount reserved to support qualified child(ren) (line 12f times line 12a) | $ 0 | $ 0 |

### Qualified Child Deduction Section

| | | THEODORA | MATTHEW |
|---|---|---|---|
| 12a. | Number of qualified children | $ 0 | $ 0 |
| 12b. | Total # children for qualified child calculation Number of children on this order + line 12a = | $ | $ |
| 12c. | Sum of lines 2-11 | $ | $ |
| 12d. | Line 1 - line 12c = | $ | $ |
| 12e. | Amount from schedule based on the parent's line 12d income and total # of children (line 12b) | $ | $ |
| 12f. | Line 12e / line 12b = | $ | $ |

| | | THEODORA | MATTHEW |
|---|---|---|---|
| 13. | Add lines 2 through 12 and enter amount here | $ 1 | $ 23 |
| 14. | Net weekly income (line 1 - line 13 =) | $ 364 | $ 237 |

## II. CURRENT SUPPORT

| | | THEODORA | MATTHEW |
|---|---|---|---|
| 15. | Combined net weekly income (Add both parents' line 14 income. Round to the nearest $10) | $ 600 | |
| 16. | Basic child support obligation (from Schedule of Basic Child Support Obligations) *[Low Income]* | $ 55 | |
| 17. | Each parent's percentage share of line 15 (line 14 for each parent / line 15) | 60.67 % | 39.33 % |
| | *(If noncustodial parent is a low-income obligor, skip this line and enter line 16 amount in noncustodial parent's column on ln 18.)* | | |
| 18. | Each parent's share of the basic child support obligation (line 17 x line 16 for each parent) | $ 0 | $ 55 |
| 19. | Social security dependency benefits adjustment | $ | $ 0 |
| 20. | Presumptive current support amount (line 18 - line 19 =) (Rounded to the nearest dollar) | $ 0 | $ 55 |
| | (Enter noncustodial parent's amount on line 30.) | | |

Judicial District of New Haven
SUPERIOR COURT
FILED
NOV 07 2019
CHIEF CLERK'S OFFICE



Registered to Connecticut Judicial Service Center.  Licensed to Judicial Branch, State of the state.  All other uses prohibited by law.  (c)  Family Law Software, Inc. v 21.01 11/7/2019 3:30pm  Theodora Antar & Matthew

## III. NET DISPOSABLE INCOME

| | | | THEODORA | MATTHEW |
|---|---|---|---|---|
| 21. | Line 14 + line 30 (for custodial parent); line 14 - line 30 (for noncustodial parent) | | $ 419 | $ 182 |
| 22. | Noncustodial parent's line 19 amount (social security dependency benefits for child) | | $ 0 | |
| 23. | Line 21 + line 22 (for custodial parent); line 21 - line 22 (for noncustodial parent) | | $ 419 | $ 182 |

## IV. UNREIMBURSED MEDICAL EXPENSE

| | | | | |
|---|---|---|---|---|
| 24. | Add both parents' line 23 amounts and enter it here: (combined net disposable income) | | $ 601 | |
| 25. | Each parent's percentage share of combined net disposable income | | 70 % | 30 % |
| | (Line 23 for each parent / line 24; then x 100 and round to the nearest whole %) | | | |
| | *If the noncustodial parent is a low-income obligor (based on line 14 Net Weekly Income), go to line 26.* | | | |
| | *If the noncustodial parent is not a low-income obligor (based on line 14 Net Weekly Income), enter these percentages on line 33b.* | | | |
| 26. | Compare the noncustodial parent's line 25 amount to 50%. Enter the lower percentage on line 33b for the noncustodial parent. | | | |
| | Then take 100 - line 33b for the noncustodial parent and enter the amount on line 33b for the custodial parent. | | | |

## V. CHILD CARE CONTRIBUTION

| | |
|---|---|
| 27. | Does the noncustodial parent's line 23 amount fall within the shaded area of the schedule? If yes, go to line 28. |
| | If no, skip line 28 and enter the noncustodial parent's line 25 percentage on line 34b. |
| 28. | Does the custodial parent's line 23 amount fall within the shaded area of the schedule? |
| | If no, enter 20% on line 34b as the noncustodial parent's child care contribution. |
| | If yes, compare the line 25 amount for the noncustodial parent to 50% and enter the lower amount on line 34b. |

## VI. ARREARAGE PAYMENT

| | |
|---|---|
| 29. | Line 30 * .20 =    $                    *OR* amount determined in A, B, C or D, below (check box that applies):           $ |
| | ☐  A. If noncustodial parent is a low-income obligor, enter the greater of 10% of line 30 or $1 per week, unless paragraph B below applies. |
| | ☐  B. If the child is living with the obligor, enter: (1) $1 per week if the obligor's gross income is less than or equal to 250% of poverty level, OR (2) 20% |
| | of an imputed support obligation for the child if the obligor's gross income is greater than 250% of poverty level. |
| | ☐  C. If there is no current support order and paragraph B above does not apply, enter: (1) 20% of an imputed support obligation if the parents have a present |
| | duty to provide support for the child, OR (2) 100% of an imputed support obligation if the parents have no present duty to provide support for the individual. |
| | ☐  D. If paragraphs A, B and C above, do not apply and the sum of the current support and arrearage payments would exceed 55% of the noncustodial parent's line 14 amount, enter 55% of the noncustodial parent's line 14 amount - line 30 amount. |

## VII. SUMMARY OF WORKSHEET

| | | | **Total Child Support Award Calculation** | |
|---|---|---|---|---|
| 30. | Presumptive current support (from line 20): $    55 | | | |
| 31. | Arrearage payment (from line 29): $ | | Line 30 Amount: | $    55 |
| 32. | Total arrearage: $        *(broken down as noted below)* | | Line 31 Amount: | $ |
| | State arrearage: $          Family arrearage: $ | | Line 33a Amount: | $    0 |
| 33 | a. Cash medical:     $        0 | | Line 34 Amounts: | |
| | b. Unreimbursed medical expenses: THEODORA    70 % / MATTHEW    30 % | | a Cash Child Care Amt: | $ |
| 34 | a. Child Care Contribution:    $ | | b Equivalent of percent: | $ |
| | b. Child Care Contribution: MATTHEW    20 % | | **Total Child Support Award** | $    55 |
| | | | **(enter this amount on line 35a.)** | |
| 35 | a. Total child support award (excluding % amounts for unknown costs): $    55 | | | |
| | b. Total child support award as a % of the obligor's net income: $    23.21 % (line 35a / line 14 of the obligor; then x 100) | | | |

## VIII. DEVIATION CRITERIA (Attach additional sheet if necessary)

| | |
|---|---|
| 36. | Reason(s) for deviation from presumptive support amounts: (Check all boxes that apply.)      ☒ Check here if deviating by agreement. |

| Parent's other financial resources | Extraordinary parental expenses | Coordination of total family support |
|---|---|---|
| ☐ substantial assets | ☐ significant visitation expenses | ☐ division of assets and liabilities |
| ☐ parent's earning capacity | ☐ unreimbursed employment expenses | ☐ provision of alimony |
| ☐ parental support provided to a minor obligor | ☐ unreimbursed medical/disability expenses | ☐ tax planning considerations |
| ☐ recurring gifts of spouse or domestic partner | **Needs of parent's other dependents** | **Special circumstances** |
| ☐ employment over 45 hours per week | ☐ resources available to qualified child | ☐ shared physical custody |
| **Extraordinary expenses for child** | ☐ child care expenses for qualified child | ☐ extraordinary disparity in parental income |
| ☐ education expenses | ☐ verified support for non-resident child | ☒ best interests of the child |
| ☐ unreimbursable medical expenses | ☐ significant and essential needs of a spouse | ☐ total award exceeds 55% of obligor's net |
| ☐ special needs | | ☐ other equitable factors (explain) |

| PREPARED BY | TITLE | DATE |
|---|---|---|
| Connecticut Judicial Service Center | | 11/07/2019 |

Registered to Connecticut Judicial Service Center. Licensed to Judicial Branch, State of the state. All other uses prohibited by law. (c) Family Law Software, Inc. v 21.01 11/7/2019 3:30pm Theodora Antar & Matthew

**AGREEMENT FORM**
JD-FM-231  New 9-14

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

NOV 07 2019

CHIEF CLERK'S OFFICE

Court Use Only
**AGREMNT**

*Instructions:*
*Complete form, make copies for yourself*
*and give the original to the Court Clerk.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

| Judicial District of | Address of court | Date ordered |
|---|---|---|
| New Haven | 235 Church St, New Haven, CT | 11/7/19 |

| Name of case | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew | 195046828 |

Ref# 106   This agreement applies to the following motions: *(number or name)*   Matter continued to
mother can take child to polar express on 12/13 as planned.

Select
☐ Pendente Lite Dissolution   ☐ Post Judgment Dissolution   ☐ Never Married   ☐ Final Judgment   ☐ Temporary Restraining Order Hearing

Agreement of the parties   Father agrees to pay $120/week in child support starting on Thursday, 11/7/19, Father will pick up @ 50% of all daycare/medical. Child from daycare and keep until 11/10/19. Father will drop off child at mother's residence 11/10/19 at 3pm. Father will also be sure to drop child off at swim lessons and any other extra curricular activities that she may enroll in. If father has additional availability during the week, he can take Angelina any time Monday through Friday 8am-6pm as desired while mother is at work. He must let mother know by 8:00pm night before if he plans on taking her during work hours Mon-Fri. Father can keep child later than 6pm or overnight on extra days as well, as long as mother agrees. If mother doesn't agree, he must bring child home at 6pm. Father will pick up child 11/19 from daycare and keep until morning of 11/22. Father will bring child to daycare morning of 11/22. Father will have child from 11/27 at 6pm-12/2. He shall drop off at daycare morning of 12/2/19. Father will pick up child 12/5 from daycare and keep until 12/8 at 3pm. Father will pick up child 12/16 @ on or before 6pm and keep until 8pm on 12/16, pick up 12/19 and keep until 9pm 12/25. Pick up

Monetary orders comply with the Child Support and Arrearage Guidelines:  ☐ Yes  ☐ No   12/29 and keep to

If the orders differ from the guidelines, state the reason(s) for the deviation: 1/3/20 until 1/2 can keep until 12/20 keep to 1/30/20 3pm   1/2 1/2 at 8pm pick pick up 1/9/20 to 1/12/20.   12/13 at 8pm pick up 12/9 keep to

We hereby certify that the above conforms with the agreement of the parties.

| Signed (Plaintiff/Plaintiff's attorney) | Date | Signed (Defendant/Defendant's attorney) | Date |
|---|---|---|---|
| If mother has an event planned during father's | | | |

| Signed (Guardian ad Litem/Attorney for the Minor Child) | Date | Approved and so ordered (Judge/Family Support Magistrate) | Date |
|---|---|---|---|
| time, father shall allow her to take child to event with | | | |

After this, parties will work out visitation on a week by week basis. Mother can get passport. mother giving consent?

Parties agree to share joint legal custody of the minor child.

Primary Residence with mother.

11/7/19

11/7/19

Judicial District of New Haven
SUPERIOR COURT
FILED

NOV 07 2019

CHIEF CLERK'S OFFICE

PRESENT: P / ATTY
D / ATTY
AMC
GAL

APPROVED AND SO
ORDERED BY THE COURT

Klau                    J.

S. Kennedy  TAC/AA
ASST. CLERK

11/7/19

DATE

**CUSTODY/VISITATION JUDGMENT**
JD-FM-184 Rev. 3-14
P.B. §§ 6-2 through 6-5, 17-4, 17-9, 17-43, 25-38

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| **J FILE** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Instructions:** *Type or print with black ink and file with Court Clerk within 60 days of the judgment.*

| Judicial District of | At *(Town)* | Docket number |
| --- | --- | --- |
| New Haven | New Havem | NNHFA195046828S |

| Name of Judge | Date of Judgment |
| --- | --- |
| Daniel J. Klau | 11/7/19 |

| Applicant's name *(Last, first, middle initial)* | Respondent's name *(Last, first, middle initial)* |
| --- | --- |
| ANTAR, THEODORA, F | LODICE, MATTHEW, J |

| Applicant's address | Respondent's address |
| --- | --- |
| 856 SHAGBARK DRIVE ORANGE, CT 06477 | 48 Quarry Hill Road Waterbury, CT 06706 |

☐ Check here if additional parties are listed on the reverse (page 2).

1. An application asking for custody or visitation and other relief was filed in this court on *(date):* ___**09/06/2019**___

2. Status of case *(check one):*

   ☒ Respondent filed an Appearance

   ☐ Respondent failed to file an Appearance (defaulted) and the Court finds that: (a) the Application was properly served on the Respondent, and (b) the Respondent is not now nor within the past thirty days has been, in the military service.

3. The Court in this case heard the evidence and finds the following *(check all that apply):*

   ☒ The applicant is the ___mother___ and the respondent is the _father_
   <span style="font-size:smaller">*(State relationship)*</span>                                      <span style="font-size:smaller">*(State relationship)*</span>

   of the following minor child(ren) with the following birth dates:

| Name of Child  *(First, middle, last)* | Date of birth *(Month, day, year)* |
| --- | --- |
| Angelina Marie Lodice | 5/21/19 |
| | |
| | |
| | |
| | |
| | |

   ☒ The applicant and the respondent are living separate and apart.

   ☒ This Court has jurisdiction to make custody and visitation orders.

   ☒ The written agreement between the parties is fair and equitable under all the circumstances..

**Based on these facts, the Court orders:**

   ☒ The agreement between the parties is attached and its terms are incorporated by reference.

   ☐ Sole custody to: _____

   ☒ Joint legal custody to: _mother_____ and _father_____

   Primary residence with: _mother_____

   ☐ Visitation as follows:

   _____

   _____

   _____

*(Continued on back/page 2)*

| Docket number |
|---|
| NNHFA195046828S |

☐ Child support as follows: _____

    ☐ Payable through the State of Connecticut

    ☐ Immediate income withholding. *(See Notice to Nonappearing Obligor of Income Withholding Order, JD-FM-70, if Respondent has not filed an appearance.)*

    ☐ Contingent income withholding

☐ Medical insurance coverage and unreimbursed medical costs as follows:

☐ Child care costs as follows:

☐ Regarding educational support orders, pursuant to Connecticut General Statute § 46b-56c:

    ☐ The Court finds that the parties have made a knowing and intelligent waiver of their right to request an educational support order; or

    ☐ The Court reserves jurisdiction to determine educational support orders; or

    ☐ The Court enters an educational support order *(Attach additional sheets if necessary).*

☒ Other:
    **See Agreement dated 11/7/19.**

| By the Court *(Full name of Judge)* | Signed *(Judge/Assistant Clerk)* | Print name of person signing at left | Date of judgment |
|---|---|---|---|
| **Daniel J. Klau** | | **Daniel J. Klau** | **11/7/19** |

## Attorney Certification: *(Completed by attorneys only if both the applicant and respondent were represented by attorneys)*

**I hereby certify that the foregoing judgment file conforms to the judgment entered by the court.**

| Applicant's attorney | Print name | Date signed |
|---|---|---|
| Respondent's attorney | Print name | Date signed |

## Continuation of Parties - Additional Applicants

| Name *(Last, first, middle initial)* | Address |
|---|---|
| | |
| | |
| | |

## Continuation of Parties - Additional Respondents

| Name *(Last, first, middle initial)* | Address |
|---|---|
| | |
| | |
| | |

JD-FM-184  *(Back/page 2)*  Rev. 3-14                    *(Page 2 of 2)*

Docket No. FA _**17504 6820**_

_**Antar**_

vs.

_**Lodice**_

Superior Court

Judicial District of New Haven

At New Haven

Date: _**11/7/19**_ , 20____

| FINAL JUDGMENT DISPOSITION WORKSHEET |
|---|

☐ Judgment of Dismissal (C-JODD)

_____

_____

☐ Judgment of Dismissal (for use in Restraining Orders where Respondent Could Not Be Served/ Service Unsuccessful) (C-JNOSERV)

_____

☒ Judgment Without Trial (C- JWT)

_**See Agreement dated 11/7/19**_

_**& file**_

☐ Judgment After Hearing the Extension of a Restraining Order Pursuant to C.G.S. §46b-15 (C-JDGARGR)

_____

_____

_____

☐ Judgment After Trial (C-JDGACT)

_____

_____

☐ Judgment of Denial of Restraining Order Pursuant to C.G.S. §46b-15

    ☐ On Ex Parte Application (C-JDGARDN)

    ☐ After Hearing (C-JDGARDN)

_____

_____

By The Court ( _**Klau**_ , J.)

_____  _**11/7/19**_

TAC / Assistant Clerk / Judge      Date

Present:

☑ P/ATTY.

☑ D/ATTY.

☐ AMC

☐ GAL

Rev. 9/16

Docket No. FA __19504 6828__

__Antar__

vs.

__Codice__

Superior Court

Judicial District of New Haven

At New Haven

Date: __11|7|19__, 20____

---

### FINAL JUDGMENT DISPOSITION WORKSHEET

---

☐ Judgment of Dismissal (C-JQDD)

_____

_____

☐ Judgment of Dismissal (for use in Restraining Orders where Respondent Could Not Be Served/ Service Unsuccessful) (C-JNOSERV)

_____

_____

☒ Judgment Without Trial (C-JWT) __See Agreement dated 11/7/19__
__& file__

☐ Judgment After Hearing the Extension of a Restraining Order Pursuant to C.G.S. §46b-15 (C-JDGARGR)

_____

_____

☐ Judgment After Trial (C-JDGACT)

_____

☐ Judgment of Denial of Restraining Order Pursuant to C.G.S. §46b-15

　　☐ On Ex Parte Application (C-JDGARDN)

　　☐ After Hearing (C-JDGARDN)

_____

_____

Present:

☒ P/ATTY.

☒ D/ATTY.

☐ AMC

☐ GAL

Rev. 9/16

By The Court (　__Klau__

_____

TAC / Assistant Clerk / Judge

__11/7/19__

Date

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**

JD-FM-173 Rev. 2-15
C.G.S. § 46b-87; 46b-220 P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| | COURT USE ONLY |
|---|---|
| MFCONTP | Use this docket legend when the Certification has been filled out, but there is no Order to Attend Hearing and Notice. |
| CONTCPL | Use this docket legend when the Order to Attend Hearing and Notice has been filled and the "Before Judgment" box is checked. |
| CONTCIT | Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "After Judgment" box is checked. |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

(Check one) ☐ Before Judgment (pendente lite)    ☑ After Judgment

| Judicial District of New Haven | At (Town) New Haven | Docket number FA19-5046828 |
|---|---|---|

| Plaintiff's name (Last, first, middle initial) Antar, Theodora | Defendant's name (Last, first, middle initial) Lodice, Matthew |
|---|---|

| Plaintiff's address (Number, street, city, state, zip code) 856 Shagbark Dr, Orange, CT 06477 | Defendant's address (Number, street, city, state, zip code) 48 Quarry Hill Rd, Waterbury, CT 06706 |
|---|---|

I, the ☐ Plaintiff ☑ Defendant, respectfully represent that this Court issued an order on 11/7/19 (month, day, year) directing the

☒ plaintiff ☐ defendant to (fill out only the box (or boxes) below for the order (or orders) you are claiming was (or were) disobeyed):

| Pay child support in the amount of per | Pay alimony in the amount of per | Pay arrearages in the amount of per | Total balance owed | As of (Date) |
|---|---|---|---|---|

Have visitation or parenting time as follows: (Attach a copy of the visitation schedule if available)

Pay medical bills or provide health insurance as follows:

Other: Mother withheld child from father for 4 weeks and then when father had child, Mother refused to pickup child unless father agreed not to go to court.

The ☐ plaintiff or ☑ defendant has disobeyed the court order in the following ways: (Please be specific. Include the amount of any past due amount you claim is due as of the date of this motion or another specific date.)
Mother has refused to take back child leaving child with father for majority of time

I ask the Court to find the ☒ plaintiff ☐ defendant in contempt. I certify that the above information is true to the best of my knowledge.

| Signature* | Date 3/5/21 | Telephone (Area code first) 860 518 2388 |
|---|---|---|
| Name of attorney or self-represented litigant | Address of attorney or self-represented litigant | |

## Certification (Complete if motion is filed before judgment (pendente lite))

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed (Signature of filer) ▶ | Print or type name of person signing | Date signed |
|---|---|---|
| Mailing address (Number, street, town, state and zip code) | | Telephone number |

## Order To Attend Hearing and Notice (To be completed by the Court)

The court orders ☑ the plaintiff ☐ the defendant to attend a hearing at the time and place shown below to show why you are not in contempt. The Court also orders the ☐ plaintiff ☑ the defendant to give notice to the opposing party of the Motion and of the time and place where the Court will hear it, by having a true and attested copy of the Motion and this Order mailed or delivered to the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of mailing or delivery must be made to this Court at least **6 days** before the hearing.

| By the Court (Judge/Assistant Clerk) | Date signed 3/10/21 | Court Use |
|---|---|---|

| Hearing To Be Held At | Superior Court, Judicial District of New Haven remote result plan date | Date 7/15/21 | Time 3:15 PM | Room number (if known) | Telephone (Area code first) 203-503-6800 |
|---|---|---|---|---|---|

**If you do not come to the court hearing, a civil arrest order (capias) may be issued against you.**

(Continued on page 2)     *Check appropriate court: ☑ Superior Court ☐ Family Support Magistrate Division

Judicial District of New Haven SUPERIOR COURT CLERK'S OFFICE FILED MAR 5 2021

## Summons

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order to Attend Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **six days** before the hearing.

| Person to be served | Address |
|---|---|
| *Theodore Anter* | |

Assistant Clerk

Date signed  3/10/01

## Order

The Court has heard the above Motion and finds that the ☐ plaintiff  ☐ defendant:

☐ **is not in contempt.**   ☐ **is in contempt in the following way(s):**

☐ owes past due amount (arrears) as of _____ in the amount of _____.

☐ other *(specify)* : _____

_____

**It is ordered:**

☐ payment in the amount of _____ for current support and _____ on past due by *(date)* _____.

☐ income withholding in the amount of _____.

☐ incarceration

☐ attorney's fees

☐ marshal's fees

☐ this matter is continued to _____ at _____.
　　　　　　　　　　　　　　*(date)*　　　　*(time)*

☐ other *(specify):* _____

_____

_____

_____

| By the Court *(Judge/Family Support Magistrate)* | Signed *(Assistant Clerk)* | Date of order |
|---|---|---|
| | | |

## Return of Service

I left a true and attested copy of the Motion for Contempt ☐ in the hands of the defendant  ☐ in the hands of the plaintiff

☐ at the current home of the ☐ defendant or ☐ plaintiff at _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(Number, street, town or city)*

The original Motion is attached.

| Name and title | County | Date of service |
|---|---|---|
| | | |

## For Use By Any Proper Officer As Defined by C.G.S. § 52-50(a) Only

### Fee information:

| | |
|---|---|
| Copy | _____ |
| Endorsement | _____ |
| Service | _____ |
| Travel | _____ |
| Total | _____ |

JD-FM-173   Rev. 2-15

**Page 2**

Date: 7 / 15 / 21   Time: 3:15 pm

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

ORDER    438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

ORDER

ORDER REGARDING:
03/05/2021 114.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See agreement dated 6/16/2021 approved by the court on 6/18/2021.

Judicial Notice (JDNO) was sent regarding this order.

438575

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

19-5046828

State of Connecticut

Town of: **Orange**                                    **April 7, 2021**

County of: **New Haven**

     .Then and there by virtue hereof and by direction of The Clerk Of the Court, I made due and legal service upon the within named Plaintiff: **Theodora Antar,** by leaving at the usual place of abode at **856 Shagbark Drive, Orange, Connecticut,** a true and attested copy of the within, Motion For Contempt/ Contempt Citation, Order To Attend Hearing and Notice, Summons, Notice Of Mandatory Resolution Plan Date and JDNO Notice, with my endorsement thereon.

     The within and foregoing is the Original, Motion For Contempt/ Contempt Citation, Order To Attend Hearing and Notice, Summons, Notice Of Mandatory Resolution Plan Date and JDNO Notice, with my doings endorsed hereon.

Attest:

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

APR 09 2021

**CHIEF CLERK'S OFFICE**

Willie Davis
State Marshal

| Services: | $20.00 |
|---|---|
| Conform: | $4.00 |
| Travel: | $0.00 |
| Endorsement: | $1.20 |
| **Total:** | $25.20 |

𝒟's Retserv                              114.10

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**
JD-FM-173 Rev. 2-15
C.G.S. § 46b-87; 46b-220 P.B. § 25-27

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

| FOR COURT USE ONLY | |
|---|---|
| MFCONTP | Use this docket legend when the Certification was filled out, but there is no Order to Attend Hearing and Notice. |
| CONTCPL | Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "Before Judgment" box is checked. |
| CONTCIT | Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "After Judgment" box is checked. |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

*(Check one)* ☐ Before Judgment (pendente lite) ☑ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | FA19-5046828 |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora | Ledice, Matthew |

| Plaintiff's address (Number, street, city, state, zip code) | Defendant's address (Number, street, city, state, zip code) |
|---|---|
| 856 Shagbark Dr, Orange, CT 06477 | 48 Quarry Hill Rd, Waterbury, CT 06706 |

I, the ☐ Plaintiff ☑ Defendant, respectfully represent that this Court issued an order on 11/7/19 *(month, day, year)* directing the

☒ plaintiff ☐ defendant to *(fill out only the box (or boxes) below for the order (or orders) you are claiming was (or were) disobeyed):*

| Pay child support in the amount of per | Pay alimony in the amount of per | Pay arrearages in the amount of per | Total balance owed | As of (Date) |
|---|---|---|---|---|

| Have visitation or parenting time as follows: *(Attach a copy of the visitation schedule if available)* |
|---|

| Pay medical bills or provide health insurance as follows: |
|---|

Other: Mother withheld child from father for 4 weeks and then when Father had child, Mother refused to pickup child unless Father agreed not to go to court

The ☐ plaintiff or ☐ defendant has disobeyed the court order in the following ways: *(Please be specific. Include the amount of any past due amount you claim is due as of the date of this motion or another specific date.)*

Mother has refused to take back child leaving child with Father for majority of time

I ask the Court to find the ☒ plaintiff ☐ defendant in contempt. I certify that the above information is true to the best of my knowledge.

| Signature* | Date | Telephone (Area code first) |
|---|---|---|
| | 3/5/21 | 860 518 2388 |

| Name of attorney or self-represented litigant | Address of attorney or self-represented litigant |
|---|---|

## Certification *(Complete if motion is filed before judgment (pendente lite))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

| Mailing address (Number, street, town, state and zip code) | | Telephone number |
|---|---|---|

## Order To Attend Hearing and Notice *(To be completed by the Court)*

The court orders ☑ the plaintiff ☐ the defendant to attend a hearing at the time and place shown below to show why you are not in contempt. The Court also orders the ☐ plaintiff ☑ the defendant to give notice to the opposing party of the Motion and of the time and place where the Court will hear it, by having a true and attested copy of the Motion and this Order mailed or delivered to the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of mailing or delivery must be made to this Court at least **6 days** before the hearing.

| By the Court (Judge/Assistant Clerk) | Date signed | Court Use |
|---|---|---|
| | 3/10/21 | |

| **Hearing To Be Held At** | Superior Court, Judicial District of New Haven | Date 7/15/21 | Time 3:15 PM | Room number (if known) |
|---|---|---|---|---|
| | remote certus plan date | | | 203-503-6809 |

**If you do not come to the court hearing, a civil arrest order (capias) may be issued against you.**

*(Continued on page 2)* *Check appropriate court: ☑ Superior Court ☐ Family Support Magistrate Division

Judicial District of New Haven SUPERIOR COURT FILED MAR 5 2021 CLERK'S OFFICE

**Summons**

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order to Attend Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **six days** before the hearing.

| Person to be served | Address |
|---|---|
| *Theodora Anter* | |

| Assistant Clerk | Date signed |
|---|---|
| | 3/10/21 |

**Order**

The Court has heard the above Motion and finds that the ☐ plaintiff  ☐ defendant:

☐ **is not in contempt.**  ☐ **is in contempt in the following way(s):**

☐ owes past due amount (arrears) as of _____ in the amount of _____ .

☐ other *(specify)* : _____

_____

**It is ordered:**

☐ payment in the amount of _____ for current support and _____ on past due by *(date)* _____

☐ income withholding in the amount of _____

☐ incarceration

☐ attorney's fees

☐ marshal's fees

☐ this matter is continued to _____ at _____
 *(date)*  *(time)*

☐ other *(specify):* _____

_____

_____

_____

| By the Court *(Judge/Family Support Magistrate)* | Signed *(Assistant Clerk)* | Date of order |
|---|---|---|
| | | |

## Return of Service

*I left a true and attested copy of the Motion for Contempt* ☐ in the hands of the defendant  ☐ in the hands of the plaintiff

☐ at the current home of the ☐ defendant or ☐ plaintiff at _____
 *(Number, street, town or city)*

The original Motion is attached.

| Name and title | County | Date of service |
|---|---|---|
| | | |

## For Use By Any Proper Officer As Defined by C.G.S. § 52-50(a) Only

### Fee information:

Copy _____

Endorsement _____

Service _____

Travel _____

Total _____

Date: 7 / 15 / 21   Time: 3:15 PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

CLERK, SUPERIOR COURT                          MATTHEW J LODICE
JUDICIAL DISTRICT OF NEW HAVEN                  48 QUARRY HILL RD.
235 CHURCH STREET                              WATERBURY, CT 06701
NEW HAVEN, CT 06510


**Docket Number: NNH-FA-19-5046828-S     Notice Issued: 03/10/2021**
**Case Caption: ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

                           JDNO NOTICE                    Sequence #: 1

07/15/2021 AT 3:15PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date
and time above. The purpose is to provide an opportunity to learn about
the court process, determine the specific issues in your case, the
likelihood of reaching an agreement, and the amount of court involvement
needed. At the end, an Action Plan will be recommended by Family Services
to the court.

Family Services will conduct your Resolution Plan Date remotely using
Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE. If you are unable
to participate remotely by video using a smart phone, tablet, or computer,
please contact the undersigned immediately to discuss what other options
may be available.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3
and 25-4 to consider agreements and to make scheduling or other
appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12,
WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this
notice. The form can be found at
https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email
address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to
you with instructions for how to participate.

ALL COUNSEL AND PARTIES OF RECORD MUST ATTEND.  FAILURE TO PROVIDE THE
REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN
DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS
BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached
a FINAL agreement on ALL issues in your case and you have submitted your
agreement to the court prior to the date shown above.

Questions should be directed to:
Erin A. Krygier, Family Caseflow Coordinator
203-503-6804
erin.krygier@jud.ct.gov

**APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY**
JD-FM-75  Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

*This form must be used only for family and family support magistrate matters. For civil, housing and small claims matters, use form JD-CV-120.*

**To: The Superior Court**

**Instructions to person asking to have the fees waived or for appointment of an attorney (applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing on the application.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a family support magistrate.
2. If the application is granted, notify the applicant and counsel, if appointed.
3. If the application for fees payable to the court or for costs of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

| Name of case | Antar Vs Lodice | Docket number *(if applicable)* FA19-5046828 |
|---|---|---|

| Judicial District | New Haven | Address of court | New haven |
|---|---|---|---|

| Name of applicant *(Last, first, middle initial)* | Lodice Matthew | Address of applicant *(Number, street, town, state and zip)* 48 Quarry Hill Rd, Waterbury, CT 06706 | Telephone *(Area code first)* 860 518 2388 |
|---|---|---|---|

**Type of proceeding** *("x" all that apply)*

| [X] Contempt | [X] Motion to Open or Modify | [ ] Paternity |
|---|---|---|
| [ ] Dissolution of Marriage (Divorce) | [ ] Application for Custody | [ ] Other (Specify): |
| [ ] Dissolution of Civil Union | [ ] Application or Petition for Visitation | |
| [ ] Appellate matter (Supreme or Appellate Court) | | |

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. ("X" all that apply)

| [ ] Entry fee *(fee to file case)* | [X] Costs of service of process *(delivery of papers by state marshal or other proper officer)* |
|---|---|
| [X] Filing fee *(fee to file motion, etc.)* | [ ] Costs for participating in parenting education under C.G.S. § 46b-69b |
| [ ] Appellate filing fee (Supreme or Appellate Court) | [ ] Cost of the transcript for appeal |
| [ ] Other *(For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify)* | Judicial District of New Haven |

**SUPERIOR COURT**

## Grounds for Appeal

*(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of transcript for appeal.)*

The grounds on which I propose to appeal are:

FILED
MAR 0 5 2021

## Appointment of Counsel *(This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)*

[ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** *(another person who is supported by you)*

Total number of dependents *(not including yourself)* [3]

**2. Monthly Income**

| A. Gross monthly income (before deductions) | |
|---|---|
| B. Net monthly income after taxes from monthly employment | |
| C. Other income *(for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here):* | |
| **Total Monthly Income (B+C)** | 0 |

**3. Monthly Expenses**

| A. Rent/Mortgage | 500 |
|---|---|
| B. Real Estate Taxes | |
| C. Utilities *(telephone, fuel heat, electric, water, gas, cable, etc.)* | |
| D. Food *(less SNAP (food stamps), if any)* | 300 |
| E. Clothing | 100 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental | |
| H. Transportation *(bus, gasoline, etc.)* | 200 |
| I. Child Care | |
| J. Other *(medical, dental, child support paid, alimony paid, etc.) (Specify):* | $1,114.00 |
| **Total Monthly Expenses** | $2,214.00 |

**CHIEF CLERK'S OFFICE**

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $4500.00 | 9,500.00 | Motor Vehicle |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | 0 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Credit Card | 3000 | 150 |
| **Total Liabilities** | 3000 | 150 |

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

I Just Lost my Job and Live with mother. Been living off reserves but running out

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| | Matthew Lodice | 3/5/21 |
| Subscribed and sworn to before me: | On *(Date)* 3/5/21 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

## Order

The Court, having found the applicant *("X" all that apply):*  ☐ Not indigent   ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State

      ☒ Costs of service of process not to exceed:  $ Statutory Rate

      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

      ☐ Other *(Specify):* _____

    2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

      ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Maureen Price-Boreland | 3/8/2021 | | 3/8/2021 |

## Request For Hearing On Denied Application

*The following section applies only to a* **denial** *of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

| ▶ Signed *(Applicant)* | Date signed |
|---|---|
| | |

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Order After Hearing

The Court, having found the applicant  ☐ Not indigent    ☐ Indigent and unable to pay    hereby orders the application:

☐ Granted as follows:

☐ 1. The following costs are ordered paid by the State

☐ Costs of service of process not to exceed    $ _____

☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

☐ Other *(Specify)*: _____

☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**MOTION FOR MODIFICATION**

JD-FM-174 Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ Before judgment  ☒ After judgment  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of _New Haven_ | At (Town) _New haven_ | Docket number _FA19-5046828_ |
|---|---|---|

Plaintiff's name _Theodora Antar_
Plaintiff's address *(Number, street, city, state, zip code)* _856 Shagbark Dr, Orange, CT_

Defendant's name _Matthew Lodice_
Defendant's address *(Number, street, city, state, zip code)* _48 Quarry Hill Rd. Waterbury, CT 06706_

**Type of Motion to Modify**
☒ Child Support  ☐ Alimony  ☒ Custody  ☒ Visitation  ☐ Other *(Specify):* _____

I, _Matthew Lodice_ , ☐ the Plaintiff ☒ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated _11/7/19_ directing _Matthew Lodice_ , residing at
*(Name)*
_48 Quarry Hill Road, Waterbury, CT 06706_ , to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: $ _120_ every (per) _week_ | Pay alimony in the amount of: $ _____ every (per) ____ |
|---|---|

Pay arrearages as follows:
$ _____ every (per) ____ on the total arrearage owed $ _____ as of *(date)* _____

| Have custody of the child/children: *(Select one)* ☒ Joint legal custody ☐ Sole custody | Have visitation or parenting time as follows: _Parent descretion_ | Primary residence of children with: _Theodora Antar_ |
|---|---|---|

| Provide health insurance coverage ☐ No ☐ Yes | Pay _50_ % of unreimbursed medical expenses | Provide HUSKY/cash medical $ _____ every (per) ____ |
|---|---|---|

| Contribute to child care _50_ % or $ _____ | Other *(Specify):* |
|---|---|

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:
_Parents can no longer agree to terms of Visitation_

☒ The order for current child support is substantially different from the current child support and arrearage presumptive child support order, as follows:
_Lost Job_

Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 08 2021
CHIEF CLERK'S OFFICE

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support
☐ Increase current support
☒ Decrease current support

☐ Find arrearage and order payment
☐ Provide HUSKY/cash medical
☐ Contribute to child care

☐ Order immediate income withholding
☐ Provide health insurance coverage
☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify custody as follows: _Father have Primary Residency_

*(Continued on page 2)*

Select appropriate court: ☐ Superior Court ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Antar | Matthew Lodice | FA19-5046828 |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

Mother will take daughter Friday night until Monday morning

## e. Other [ ]
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name | Title *(If applicable)* | Date signed |
|---|---|---|---|
| | Matthew Lodice | | 3/5/21 |

| Address *(Number, street, city, state, zip code)* | Phone number |
|---|---|
| 48 Quarry Hill Rd, Waterbury CT 06706 | (860) 860 5182388 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)_____* to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [✓] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Haven | Date 7/15/21 |
|---|---|---|
| | Court Address remote revised plan date | Room Number | Time 3:15 pm |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| Theodora Antar | |

| By the Court (Goodrow, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 3/10/21 |
|---|---|---|

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   and   [ ] Further orders *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

## For Court Use Only
Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Page 2)  Rev. 3-20

[ Print Form ]   [ Reset Form ]

Date: 7 / 5 / 21   Time: 3:15 PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE

A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED

If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED

About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |



☐ **Before judgment**   ☒ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

Judicial District of **New Haven**   At *(Town)* **New haven**   Docket number **FA19-5046828**

Plaintiff's name **Theodora Antar**   Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Dr, Orange, CT**

Defendant's name **Matthew Lodice**   Defendant's address *(Number, street, city, state, zip code)* **48 Quarry Hill Rd. Waterbury, CT 06706**

Type of Motion to Modify
☒ Child Support   ☐ Alimony   ☒ Custody   ☒ Visitation   ☐ Other *(Specify):*

I, **Matthew Lodice** , ☐ the Plaintiff ☒ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **11/7/19** directing **Matthew Lodice** , residing at
*(Name)*
**48 Quarry Hill Road, Waterbury, CT 06706** , to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
| $ **120** every (per) **Week** | $ every (per) |

Pay arrearages as follows:
$ _____ every (per) _____ on the total arrearage owed of $ _____ as of *(date)*

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
| ☒ Joint legal custody  ☐ Sole custody | **Parent descretion** | **Theodora Antar** |

| Provide health insurance coverage ☐ No ☐ Yes | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical $ _____ every (per) |

| Contribute to child care **50** % or $ _____ | Other *(Specify):* |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or boxes, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:
**Parents can no longer agree to terms of Visitation**

☒ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
**Lost Job**

Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 08 2021
CHIEF CLERK'S OFFICE

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes ☐ No
    If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

| ☐ Order current support | ☐ Find arrearage and order payment | ☐ Order immediate income withholding |
| ☐ Increase current support | ☐ Provide HUSKY/cash medical | ☐ Provide health insurance coverage |
| ☒ Decrease current support | ☐ Contribute to child care | ☐ Other |

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify custody as follows:
**Father have Primary Residency**

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Antar | Matthew Lodice | FA19-5046828 |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

Mother will take daughter Friday night until Monday morning

## e. Other [ ]
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name Matthew Lodice | Title *(If applicable)* | Date signed 3/5/21 |
|---|---|---|---|
| Address *(Number, street, city, state, zip code)* 48 Quarry hill Rd, Waterbury CT 06706 | | | Phone number 860 518 2388 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)_____* to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* ▶ | Print or type name of person signing | Date signed |
|---|---|---|

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [✓] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➤ | Superior Court Judicial District of New Haven | Date 7/15/21 |
|---|---|---|
| | Court Address revok revisit plan date | Room Number / Time 3:15 Pm |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Theodora Antar | Address | |
|---|---|---|
| By the Court (Goodrow, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 3/10/21 |

## Order   The court has heard this motion and orders it

[ ] **Granted**   [ ] **Denied**   **and**   [ ] **Further orders** *(if applicable):*

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

## For Court Use Only

Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Page 2) Rev. 3-20

[Print Form]   [Reset Form]

Date: 7 / 15 / 21   Time: 3:15 PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

ORDER    438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

## ORDER

ORDER REGARDING:
03/08/2021 116.00 POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT,
CUSTODY, VISITATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

See agreement dated 6/16/2021 approved by the court on 6/18/2021.

Judicial Notice (JDNO) was sent regarding this order.

438575

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

*19-5046828*

State of Connecticut

Town of: **Orange**                                    **April 7, 2021**

County of: **New Haven**

Then and there by virtue hereof and by direction of The Clerk Of the Court, I made due and legal service upon the within named Plaintiff: **Theodora Antar,** by leaving at the usual place of abode at **856 Shagbark Drive, Orange, Connecticut,** a true and attested copy of the within, Motion For Modification, Order For Hearing And Summons and Notice Of Mandatory Resolution Plan Date, with my endorsement thereon.

The within and foregoing is the Original, Motion For Modification, Order For Hearing And Summons and Notice Of Mandatory Resolution Plan Date, with my doings endorsed hereon.

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

APR 09 2021

**CHIEF CLERK'S OFFICE**

Attest:

Willie Davis

State Marshal

| Services: | $40.00 |
|-----------|--------|
| Conform: | $3.00 |
| Travel: | $23.30 |
| Endorsement: | $1.20 |
| **Total:** | $67.50 |

*D's Retserv*                                    116.10

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

For information on ADA accommodations,
contact a court clerk or go to: **www.jud.ct.gov/ADA**.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ **Before judgment**   ☑ **After judgment** *If the court has ordered you to attach a request for leave with a motion for a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New haven | New haven | FA19-5046828 |

Plaintiff's name: Theodora Antar
Plaintiff's address *(Number, street, city, state, zip code)*: 856 Shagbark Dr, Orange, CT

Defendant's name: Matthew Lodice
Defendant's address *(Number, street, city, state, zip code)*: 48 Quarry Hill Rd. Waterbury, CT 06706

**Type of Motion to Modify**
☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify):* ___

I, Matthew Lodice *(Name)*, ☐ the Plaintiff ☑ the Defendant ☐ a Support Enforcement Officer, state that:

1. This Court issued an order dated 11/7/19 directing Matthew Lodice *(Name)*, residing at
48 Quarry Hill Road, Waterbury, CT 06706 *(Number, street, city, state, zip code)* to: *(Complete the boxes that apply to your motion)*

| Pay current support in the amount of: $ 120 every *(per)* Week | Pay alimony in the amount of: $ ___ every *(per)* ___ |
|---|---|

| Pay arrearages as follows: $ ___ every *(per)* ___ | on the total arrearage owed of $ ___ | as of *(date)* ___ |
|---|---|---|

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody ☐ Sole custody | Have visitation or parenting time as follows: Parent Descretion | Primary residence of children with: Theodora Antar |
|---|---|---|

| Provide health insurance coverage ☐ No ☐ Yes | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical $ ___ every *(per)* ___ |
|---|---|---|

| Contribute to child care 50 % or $ ___ | Other *(Specify):* ___ | |
|---|---|---|

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Parents can no longer agree to terms of Visitation

☑ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
Lost Job

Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 0 8 2021
CHIEF CLERK'S OFFICE

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the court a certified mail, return receipt copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support
☐ Increase current support
☑ Decrease current support
☐ Find arrearage and order payment
☐ Provide HUSKY/cash medical
☐ Contribute to child care
☐ Order immediate income withholding
☐ Provide health insurance coverage
☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows: Father have Primary Residency

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

**Print Form**   **Reset Form**

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**
JD-FM-75  Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

This form must be used only for family and family
support magistrate matters. For civil, housing and small
claims matters, use form JD-CV-120.

**To: The Superior Court**

**Instructions to person asking to have the fees
waived or for appointment of an attorney
(applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of
   a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your
   case will be filed or is/was pending.
4. If your application for fees payable to the court
   or for costs of service of process is denied, you
   may ask for a hearing on the application.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a
   family support magistrate.
2. If the application is granted, notify the applicant and
   counsel, if appointed.
3. If the application for fees payable to the court or for costs
   of service of process is denied, and upon the request of
   the applicant, schedule a hearing on the application.

| | | |
|---|---|---|
| Name of case Antar Vs Lodice | | Docket number (if applicable) FA19-5046828 |
| Judicial District New Haven | Address of court New haven | |
| Name of applicant (Last, first, middle initial) Lodice, Matthew | Address of applicant (Number, street, town, state and zip) 48 Quarry Hill Rd, Waterbury, CT 06706 | Telephone (Area code first) 860 518 2388 |

**Type of proceeding**
("x" all that apply)

- [X] Contempt
- [ ] Dissolution of Marriage (Divorce)
- [ ] Dissolution of Civil Union
- [ ] Appellate matter (Supreme or Appellate Court)
- [X] Motion to Open or Modify
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Paternity
- [ ] Other (Specify):

## Fee Waiver/Payment of Costs
I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. ("X" all that apply)

- [X] Entry fee (fee to file case)
- [X] Filing fee (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify):
- [X] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 0 5 2021
CHIEF CLERK'S OFFICE

## Grounds for Appeal
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of transcript for appeal.)
The grounds on which I propose to appeal are:

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** (another person who is supported by you)

Total number of dependents (not including yourself) [ 3 ]

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | |
| B. Net monthly income after taxes from monthly employment | |
| C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here): | |
| **Total Monthly Income (B+C)** | 0 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 500 |
| B. Real Estate Taxes | |
| C. Utilities (fuel heat, electric, water, gas, cable, etc.) | |
| D. Food (less SNAP (food stamps), if any) | 300 |
| E. Clothing | 100 |
| F. Insurance Premiums (medical/dental, auto, life, home) | |
| G. Medical/Dental | |
| H. Transportation (bus, gasoline, etc.) | 200 |
| I. Child Care | |
| J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify): | $1,114.00 |
| **Total Monthly Expenses** | $2214.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $4500.00 | 9,500.00 | Motor Vehicle |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| **Total Assets** | | | 0 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Credit Card | 3000 | 150 |
| | | |
| **Total Liabilities** | 3000 | 150 |

[ Print Form ]     [ Reset Form ]

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I Just Lost My Job and Live with Mother. Been Living off reserves but running out

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left  Matthew Lodice | Date signed  3/5/21 |
|---|---|---|
| Subscribed and sworn to before me: | On *(Date)*  3/5/21 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

## Order

The Court, having found the applicant *("X" all that apply)*: ☐ Not indigent   ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

   1. The following costs are ordered paid by the State

     ☒ Costs of service of process not to exceed:   $ Statutory Rate

     ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

     ☐ Other *(Specify):* _____

   2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

     ☐ Other *(Specify):* _____

   3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

   4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)*  Maureen Price Boreland | On *(Date)*  3/5/2021 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed  3/5/2021 |
|---|---|---|---|

## Request For Hearing On Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____

| Signed *(Applicant)* | Date signed |
|---|---|

| **Hearing to be held at the Court location shown on page 1 on the date and time shown below:** | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

JD-FM-75  Rev. 1-19 | Page 2 of 3

[ Print Form ]   [ Reset Form ]

| Name of case | Docket number *(If applicable)* |
|---|---|
|  |  |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed    $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
|  |  |  |  |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

Print Form      Reset Form

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☒ **After judgment** *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

Judicial District of _New haven_   At *(Town)* _New haven_   Docket number _FA19-5046828_

Plaintiff's name _Theodora Antar_   Plaintiff's address *(Number, street, city, state, zip code)* _856 Shagbark Dr, Orange, CT_

Defendant's name _Matthew Lodice_   Defendant's address *(Number, street, city, state, zip code)* _48 Quarry Hill Rd. Waterbury, CT 06706_

Type of Motion to Modify
☒ Child Support   ☐ Alimony   ☒ Custody   ☒ Visitation   ☐ Other *(Specify):* _____

I, _Matthew Lodice_ , ☐ the Plaintiff ☒ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated _11/7/19_ directing _Matthew Lodice_ , residing at
*(Name)*
_48 Quarry Hill Road, Waterbury, CT 06706_ , to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: $ _120_ every (per) _week_ | Pay alimony in the amount of: $ ____ every (per) ____ |
| Pay arrearages as follows: $ ____ every (per) ____ | on the total arrearage owed of $ ____ as of *(date)* ____ |
| Have custody of the children: *(Select one)* ☒ Joint legal custody ☐ Sole custody | Have visitation or parenting time as follows: _Parent descretion_ | Primary residence of children with: _Theodora Antar_ |
| Provide health insurance coverage ☐ No ☐ Yes | Pay _50_ % of unreimbursed medical expenses | Provide HUSKY/cash medical $ ____ every (per) ____ |
| Contribute to child care _50_ % or $ ____ | Other *(Specify):* | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:
_Parents can no longer agree to terms of Visitation_

☒ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
_Lost Job_

Judicial District of New Haven
SUPERIOR COURT
FILED

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

MAR 08 2021

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give them a copy, your motion may take longer to decide.

CHIEF CLERK'S OFFICE

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support   ☐ Find arrearage and order payment   ☐ Order immediate income withholding
☐ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☒ Decrease current support   ☐ Contribute to child care   ☐ Other ____

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☒ Modify custody as follows:
_Father have Primary Residency_

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket Number |
|---|---|---|
| Theodora Antar | Matthew Lodice | FA19-5046828 |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

Mother will take daughter Friday night until Monday morning

## e. Other [ ]
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name | Title *(If applicable)* | Date signed |
|---|---|---|---|
| | Matthew Lodice | | 3/5/21 |

| Address *(Number, street, city, state, zip code)* | Phone number |
|---|---|
| 48 Quarry hill Rd, Waterbury CT 06706 | 860 5182388 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)_____* to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
[ ] Plaintiff   [✓] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of  New Haven | Date 7/15/21 |
| | Court Address  remote revised plan date | Room Number   Time 3:15 Pm |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| Theodora Antar | |

| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |
|---|---|---|
| (Goodrow, J.) | | 3/10/21 |

## Order   The court has heard this motion and orders it

[ ] **Granted**   [ ] **Denied**   **and**   [ ] **Further orders** *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

## For Court Use Only
Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Page 2)  Rev. 3-20

[Print Form]        [Reset Form]

Date: 7/15/21   Time: 3:15 PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**
JD-FM-75  Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

**This form must be used only for family and family
support magistrate matters. For civil, housing and small
claims matters, use form JD-CV-120.**

**To: The Superior Court**

**Instructions to person asking to have the fees
waived or for appointment of an attorney
(applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of
a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your
case will be filed or is/was pending.
4. If your application for fees payable to the court
or for costs of service of process is denied, you
may ask for a hearing on the application.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a
family support magistrate.
2. If the application is granted, notify the applicant and
counsel, if appointed.
3. If the application for fees payable to the court or for costs
of service of process is denied, and upon the request of
the applicant, schedule a hearing on the application.

| Name of case | | Docket number (If applicable) |
|---|---|---|
| Antar  vs  Lodice | | FA19-5046828 |

| Judicial District | Address of court | |
|---|---|---|
| New Haven | New Haven | |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip) | Telephone (Area code first) |
|---|---|---|
| Lodice  Matthew | 48 Quarry Hill Rd, Waterbury, CT 06706 | 860 518 2388 |

| Type of proceeding ("x" all that apply) | [X] Contempt | [X] Motion to Open or Modify | [ ] Paternity |
|---|---|---|---|
| | [ ] Dissolution of Marriage (Divorce) | [ ] Application for Custody | [ ] Other (Specify) |
| | [ ] Dissolution of Civil Union | [ ] Application or Petition for Visitation | |
| | [ ] Appellate matter (Supreme or Appellate Court) | | |

## Fee Waiver/Payment of Costs
I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  ("X" all that apply)

- [ ] Entry fee (fee to file case)
- [X] Filing fee (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify):

- [X] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of transcript for appeal.)
The grounds on which I propose to appeal are: _____

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
MAR 0 5 2021
**CHIEF CLERK'S OFFICE**

## Financial Affidavit

**1. Dependents** (another person who is supported by you)

Total number of dependents (not including yourself)  **3**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | |
| B. Net monthly income after taxes from monthly employment | |
| C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here): | |
| **Total Monthly Income (B+C)** | **0** |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 500 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, fuel heat, electric, water, gas, cable, etc.) | |
| D. Food (less SNAP (food stamps), if any) | 300 |
| E. Clothing | 100 |
| F. Insurance Premiums (medical/dental, auto, life, home) | |
| G. Medical/Dental | |
| H. Transportation (bus, gasoline, etc.) | 200 |
| I. Child Care | |
| J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify): | $1,114.00 |
| **Total Monthly Expenses** | $2,214.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $4500.00 | 9,500.00 | Motor Vehicle |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| | | **Total Assets** | **0** |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Credit Card | 3000 | 150 |
| | | |
| | | |
| | | |
| **Total Liabilities** | **3000** | **150** |

[Print Form]  [Reset Form]

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I Just Lost my Job and Live with mother. Been living off reserves but running out

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | **Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.**

| Signed *(Applicant)* | | Print name of person signing at left | Date signed |
|---|---|---|---|
| | | Matthew Loddice | 3/5/21 |
| Subscribed and sworn to before me: | On *(Date)* 3/5/21 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* | |

## Order

The Court, having found the applicant ("X" all that apply): ☐ Not indigent  ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State

        ☒ Costs of service of process not to exceed:  $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

        ☐ Other *(Specify)*: _____

    2. The following fees are waived  ☐ Entry fee  ☒ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify)*: _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is  ☐ Appointed *(Name)*: _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Maureen Price-Boreland | 3/5/2021 | | 3/5/2021 |

## Request For Hearing On Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

| ▶ Signed *(Applicant)* | | Date signed |
|---|---|---|
| | | |

| **Hearing to be held at the Court location shown on page 1 on the date and time shown below:** | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

Print Form      Reset Form

| Name of case | Docket number *(If applicable)* |
|---|---|

## Order After Hearing

The Court, having found the applicant ☐ Not indigent ☐ Indigent and unable to pay     hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

       ☐ Costs of service of process not to exceed    $ _____

       ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

    ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

                                      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

Print Form          Reset Form

**MOTION FOR CONTEMPT /**
**CONTEMPT CITATION**
JD-FM-173 Rev. 2-15
C.G.S. § 46b-87; 46b-220 P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY |
|---|
| MFCONTP |
| CONTCPL |
| CONTCIT |

Use this docket legend when the Certification has been filled out, but there is no Order to Attend Hearing and Notice.

Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "Before Judgment" box is checked.

Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "After Judgment" box is checked.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

(Check one)  ☐ Before Judgment (pendente lite)  ☑ After Judgment

Judicial District of: **New Haven**  At (Town): **New Haven**  Docket number: **NNH-FA19-5046820**

Plaintiff's name (Last, first, middle initial): **Antar, Theodora F.**
Defendant's name (Last, first, middle initial): **Lodice Matthew**

Plaintiff's address (Number, street, city, state, zip code): **856 Shagpark Drive, Orange, CT 06477**
Defendant's address (Number, street, city, state, zip code): **48 Quarry Hill Rd, Waterbury, CT**

I, the ☑ Plaintiff ☐ Defendant, respectfully represent that this Court issued an order on **11/7/2019** (month, day, year) directing the

☐ plaintiff ☑ defendant to (fill out only the box (or boxes) below for the order (or orders) you are claiming was (or were) disobeyed):

| Pay child support in the amount of: **120** per **week** | Pay alimony in the amount of: per | Pay arrearages in the amount of: per | Total balance owed: **520.00** | As of (Date): **3/1/21** |
|---|---|---|---|---|

Have visitation or parenting time as follows: (Attach a copy of the visitation schedule if available):
**States we are to arrange visitation on week by week basis**

Pay medical bills or provide health insurance as follows:
**50% medical 50% childcare**

Other: **He is refusing to pay any child support or childcare and refuses all attempts I have made to set up visitation.**

The ☐ plaintiff or ☑ defendant has disobeyed the court order in the following ways: (Please be specific. Include the amount of any past due amount you claim is due as of the date of this motion or another specific date.)
**Defendant is refusing to see his daughter. He repeatedly copies shared parenting time and refuses our court emails etc.**

I ask the Court to find the ☐ plaintiff ☑ defendant in contempt. I certify that the above information is true to the best of my knowledge.

Signature:  Date: **3/1/21**  Telephone (Area code first): **2032738419**

Name of attorney or self-represented litigant: **Theodora Antar**
Address of attorney or self-represented litigant: **856 Shagpark Drive, Orange, CT 06477**

**Certification  (Complete if motion is filed before judgment (pendente lite))**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **3/1/21** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was mailed or delivered to:
**Matthew Lodice, 48 Quarry Hill Rd, Waterbury, CT**

*If necessary attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

Signed (Signature of filer): ►  Print or type name of person signing: **Theodora Antar**  Date signed: **3/1/21**

Mailing address (Number, street, town, state and zip code): **856 Shagpark Drive, Orange, CT 06477**  Telephone number: **2032738419**

**Order To Attend Hearing and Notice  (To be completed by the Court)**
The court orders ☐ the plaintiff ☑ the defendant to attend a hearing at the time and place shown below to show why you are not in contempt. The Court also orders the ☑ plaintiff ☐ the defendant to give notice to the opposing party of the Motion and of the time and place where the Court will hear it, by having a true and attested copy of the Motion and this Order mailed or delivered to the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of mailing or delivery must be made to this Court at least **6 days** before the hearing.

By the Court (Judge/Assistant Clerk):  Date signed: **3/16/21**

| **Hearing To Be Held At** | Superior Court, Judicial District at: **New Haven** | Date: **7/15/21** | Time: **3:15 Pm** |
|---|---|---|---|
| | Court address: | Room number (if known): | Telephone (Area code first): **203-503-6640** |

If you do not come to the court hearing, a civil arrest order (capias) may be issued against you.

(Continued on page 2)  *Check appropriate court: ☑ Superior Court  ☐ Family Support Magistrate Division

☐ Print Form   ☐ Reset Form

## Summons

**TO ANY PROPER OFFICER:**
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order to Attend Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **six days** before the hearing.

| Person to be served | Address | |
|---|---|---|
| Matthew Lodice | | |

| Assistant Clerk | Date signed |
|---|---|
| | 3/16/21 |

## Order

The Court has heard the above Motion and finds that the ☐ plaintiff ☐ defendant:

☐ **Is not in contempt.** ☐ **is in contempt in the following way(s):**

☐ owes past due amount (arrears) as of _____ in the amount of _____

☐ other (specify) : _____

**It is ordered:**

☐ payment in the amount of _____ for current support and _____ on past due by (date) _____

☐ income withholding in the amount of _____

☐ incarceration

☐ attorney's fees

☐ marshal's fees

☐ this matter is continued to _____ at _____
      (date)                        (time)

☐ other (specify): _____

| By the Court (Judge/Family Support Magistrate) | Signed (Assistant Clerk) | Date of order |
|---|---|---|
| | | |

## Return of Service

I left a true and attested copy of the Motion for Contempt ☐ in the hands of the defendant ☐ in the hands of the plaintiff

☐ at the current home of the ☐ defendant or ☐ plaintiff at _____
                                                              (Number, street, town or city)

The original Motion is attached.

| Name and title | County | Date of service |
|---|---|---|
| | | |

## For Use By Any Proper Officer As Defined by C.G.S. § 52-50(a) Only

### Fee information:

| | |
|---|---|
| Copy | _____ |
| Endorsement | _____ |
| Service | _____ |
| Travel | _____ |
| Total | _____ |

JD-FM-173   Rev. 2-15                    **Page 2**

[ Print Form ]                                            [ Reset Form ]

Date: 7/15/21   Time: 3:15 Pm

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

ORDER    438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
  V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

6/18/2021

## ORDER

ORDER REGARDING:
03/12/2021 118.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See agreement dated 6/16/2021 approved by the court on 6/18/2021.

Judicial Notice (JDNO) was sent regarding this order.

438575
_____

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

19-5096828

## Summons

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order to Attend Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **six days** before the hearing.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

| Assistant Clerk | Date signed |
|---|---|
| | 3/16/21 |

## Order

The Court has heard the above Motion and finds that the ☐ plaintiff ☐ defendant:

☐ **is not in contempt.** ☐ **is in contempt in the following way(s):**

☐ owes past due amount (arrears) as of _____ in the amount of _____

☐ other *(specify)* : _____

_____

It is ordered:

☐ payment in the amount of _____ for current support and _____ on past due by *(date)* _____

☐ income withholding in the amount of _____

☐ incarceration

☐ attorney's fees

☐ marshal's fees

☐ this matter is continued to _____ at _____
                                *(date)*          *(time)*

☐ other *(specify)*: _____

Judicial District of New Haven
SUPERIOR COURT
FILED

APR 24 2021

CHIEF CLERK'S OFFICE

_____

_____

| By the Court (Judge/Family Support Magistrate) | Signed (Assistant Clerk) | Date of order |
|---|---|---|
| | | |

## Return of Service

I left a true and attested copy of the Motion for Contempt ☐ in the hands of the defendant ☐ in the hands of the plaintiff

☒ at the current home of the ☒ defendant or ☐ plaintiff at 48 Quary Hill Road, Waterbury, CT
                                                                     *(Number, street, town or city)*

The original Motion is attached.

| Name and title | County | Date of service |
|---|---|---|
| MICHAEL BROWN, STATE MARSHAL | New Haven | 4/14/21 |

## For Use By Any Proper Officer As Defined by C.G.S. § 52-50(a) Only

### Fee information:

| | |
|---|---|
| Copy | _____ |
| Endorsement | _____ |
| Service | _____ |
| Travel | _____ |
| Total | _____ |

JD-FM-173   Rev. 2-15

**Page 2**

[ Print Form ]           [ Reset Form ]

118.10

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**

JD-FM-75   Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

This form must be used only for family and family
support magistrate matters. For civil, housing and small
claims matters, use form JD-CV-120.

**To: The Superior Court**

**Instructions to person asking to have the fees
waived or for appointment of an attorney
(applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of
   a court clerk, a notary public or an attorney.
3. Bring your form to the superior court where your
   case will be filed or is/was pending.
4. If your application for fees payable to the court
   or for costs of service of process is denied, you
   may ask for a hearing on the application.

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a
   family support magistrate.
2. If the application is granted, notify the applicant and
   counsel, if appointed.
3. If the application for fees payable to the court or for costs
   of service of process is denied, and upon the request of
   the applicant, schedule a hearing on the application.

| Name of case | | Docket number (if applicable) |
|---|---|---|
| Antar, Theodora I. vs. Lodice Matthew | | NNH CV19 507447 FST FSTCV 195048508 |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip) | Telephone (Area code first) |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange CT | 2032738419 |

Type of proceeding
("X" all that apply)
- [ ] Contempt
- [ ] Dissolution of Marriage (Divorce)
- [ ] Dissolution of Civil Union
- [ ] Appellate matter (Supreme or Appellate Court)
- [x] Motion to Open or Modify
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Paternity
- [ ] Other (Specify):

## Fee Waiver/Payment of Costs
I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  ("X" all that apply)
- [x] Entry fee (fee to file case)
- [x] Filing fee (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

District of New Haven
SUPERIOR COURT
FILED
MAR 12 2021

## Grounds for Appeal
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are:

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

CHIEF CLERK'S OFFICE

## Financial Affidavit

**1. Dependents** (another person who is supported by you)

Total number of dependents (not including yourself) **2**

**2. Monthly Income**
A. Gross monthly income (before deductions) **1795**
B. Net monthly income after taxes from monthly employment **1600**
C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here):

Total Monthly Income (B+C) **1600**

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1765.50 |
| B. Real Estate Taxes | 500.00 |
| C. Utilities (telephone, fuel heat, electric, water, gas, cable, etc.) | 600.00 |
| D. Food (less SNAP (food stamps), if any) | 1000.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums (medical/dental, auto, life, home) | 250.00 |
| G. Medical/Dental | 300.00 |
| H. Transportation (bus, gasoline, etc.) | 300.00 |
| I. Child Care | 300.00 |
| J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify): Medical | 250.00 |
| **Total Monthly Expenses** | 5285.66 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | 264,000 | 280000 | Real Estate -11,000 |
| B. Motor Vehicles | 5000 | 10500 | Motor Vehicle -5500 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property 0 |
| D. Savings Account Balance (Total of all accounts) | | | Savings 300 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 275 |
| F. Cash | | | Cash 100 |
| G. Other Assets (Specify): | | | Other Assets |
| | | **Total Assets** | 15,825 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Credit Card | 10,000 | 300.00 |
| Student Loan | 50,000 | 400.00 |
| **Total Liabilities** | | |

Print Form      Page 1 of 3      Reset Form

| Name of case | Docket number (If applicable) |
|---|---|
| | |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 3/5/21 |

| Subscribed and sworn to before me: | On (Date) March 5, 2021 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) Carole S. Churchill | Notary Public My Commission Expires 4/30/2023 |
|---|---|---|---|

## Order

The Court, having found the applicant ("X" all that apply): ☐ Not indigent    ☐ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

1. The following costs are ordered paid by the State
   ☒ Costs of service of process not to exceed:    $ *statutory*
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other (*Specify*): _____

2. The following fees are waived   ☒ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other (*Specify*): _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is   ☐ Appointed (*Name*): _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) 3/15/21 | Signed (Judge, FSM, Assistant Clerk) | Date signed 3/15/2021 |
|---|---|---|---|

## Request For Hearing On Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

| ▶ Signed (Applicant) | Date signed |
|---|---|
| | |

**Hearing to be held at the Court location shown on page 1 on the date and time shown below:**

| Hearing on (Date) | At (Time) | Room number | Signed (Assistant Clerk) |
|---|---|---|---|
| | | | |

JD-FM-75 Rev. 1-19

[Print Form]    [Reset Form]

| Name of case | Docket number *(if applicable)* |
|---|---|
|  |  |

## Order After Hearing

The Court, having found the applicant    ☐ Not indigent    ☐ Indigent and unable to pay    hereby orders the application:

☐ Granted as follows:

     ☐ 1. The following costs are ordered paid by the State

         ☐ Costs of service of process not to exceed    $ _____

         ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

         ☐ Other *(Specify):* _____

     ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

                                         ☐ Other *(Specify):* _____

☐ Denied for the following reason(s):

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | | Date signed |
|---|---|---|---|---|
|  |  |  |  |  |

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**MOTION FOR CONTEMPT/ CONTEMPT CITATION**
JO-FM-173 Rev. 2-15
C.G.S. § 46b-87; 46b-220 P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| MFC | CONTP |
| CON | TCPL |
| CON | TCIT |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

(Check one) ☐ Before Judgment (pendente lite) ☑ After Judgment

Judicial District of **New Haven**  At (Town) **New Haven**  Docket number **NNH-FA19-5046882**

Plaintiff's name (Last, first, middle initial) **Antar, Theodora F.**

Defendant's name (Last, first, middle initial) **Lodice Matthew**

Plaintiff's address (Number, street, city, state, zip code) **856 Shagbark drive, Orange, CT 06477**

Defendant's address (Number, street, city, state, zip code) **48 Quarry Hill Rd, Waterbury, CT**

I, the ☑ Plaintiff ☐ Defendant, respectfully represent that this Court issued an order on **11/7/2019** directing the

☐ plaintiff ☑ defendant to (fill out only the box (or boxes) below for the order (or orders) you are claiming was (or were) disobeyed):

| Pay child support in the amount of **120** per **week** | Pay alimony in the amount of per | Pay arrearages in the amount of per | Total balance owed **520.00** As of (Date) **3/1/21** |
|---|---|---|---|

Have visitation or parenting time as follows: (Attach a copy of the visitation schedule if available)
**States we are to arrange visitation on week by week basis**

Pay medical bills or provide health insurance as follows:
**50% medical 50% childcare.**

Other
**He is refusing to pay any child support or childcare and refused all attempts I have made to set up visitation.**

The ☐ plaintiff or ☑ defendant has disobeyed the court order in the following ways. (Please be specific. Include the amount of any past due amount you claim is due as of the date of this motion or another specific date.)
**Defendant is refusing to see his daughter. He repeatedly ignores named parenting time and refuses our calls/emails/etc.**

I ask the Court to find the ☐ plaintiff ☑ defendant in contempt. I certify that the above information is true to the best of my knowledge.

Signature  Date **3/1/21**  Telephone (Area code first) **2032738419**

Name of attorney or self-represented litigant **Theodora Antar**  Address of attorney or self-represented litigant **856 Shagbark drive, Orange, CT 06477**

**Certification  (Complete if motion is filed before judgment (pendente lite))**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **3/1/21** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was mailed or delivered to
**Matthew Lodice, 48 Quarry Hill Rd, Waterbury, CT**

*If necessary attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

Signed (Signature of filer) ▶  Print or type name of person signing **Theodora Antar**  Date signed **3/1/21**

Mailing address (Number, street, town, state and zip code) **856 Shagbark drive, Orange, CT 06477**  Telephone number **2032738419**

**Order To Attend Hearing and Notice  (To be completed by the Court)**
The court orders ☐ the plaintiff ☑ the defendant to attend a hearing at the time and place shown below to show why you are not in contempt. The Court also orders the ☑ plaintiff ☐ the defendant to give notice to the opposing party of the Motion and of the time and place where the Court will hear it, by having a true and attested copy of the Motion and this Order mailed or delivered to the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of mailing or delivery must be made to this Court at least **6 days** before the hearing.

By the Court (Judge/Assistant Clerk)  Date **3/16/21**

| Hearing To Be Held At | Superior Court, Judicial District at **New Haven** | Date **7/15/21** | Time **3:15 pm** | Telephone (Area code first) **203-503-6800** |
|---|---|---|---|---|
| | Court address | | Room number (if known) | |

If you do not come to the court hearing, a civil arrest order (capias) may be issued against you.

(Continued on page 2)  *Check appropriate court: ☐ Superior Court ☐ Family Support Magistrate Division

[ Print Form ]  [ Reset Form ]

SUPERIOR COURT
FILED
NEW HAVEN
MAR 12 2021
CLERK'S OFFICE

110

# MOTION FOR MODIFICATION

JD-FM-174 Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| | STATE OF CONNECTICUT |
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **SUPERIOR COURT** www.jud.ct.gov |

☐ Before judgment  ☑ **After judgment** *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
| New Haven | New Haven | NNH-FA19-5046828-S |

Plaintiff's name: Theodora F. Antar
Plaintiff's address *(Number, street, city, state, zip code)*: 856 Shagbark Drive, Orange, CT, 06477

Defendant's name: Matthew Lodice
Defendant's address *(Number, street, city, state, zip code)*: 48 Quarry Hill Rd, Waterbury, CT, 06706

Type of Motion to Modify
☐ Child Support  ☐ Alimony  ☑ Custody  ☑ Visitation  ☐ Other *(Specify)*:

I, Theodora Antar, ☑ the Plaintiff  ☐ the Defendant  ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **11/7/2019** directing **Matthew Lodice**, residing at
*(Name)*
48 Quarry Hill Rd, Waterbury, CT, 06706 to: (Complete **Judicial District of New Haven SUPERIOR COURT** to your motion)
*(Number, street, city, state, zip code)*

**FILED**

| Pay current support in the amount of: $ 120 every (per) **week** | Pay alimony in the amount of: $ every (per) |
| Pay arrearages as follows: $ every (per) on the total arrearage owed of $ as of (date) | **MAR 15 2021** |
| Have custody of the child/children: *(Select one)* ☑ Joint legal custody ☐ Sole custody **work out week by week bas** | Primary residence of children with: **CHIEF CLERK'S OFFICE** |
| Provide health insurance coverage ☑ No ☐ Yes | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical $ every (per) |
| Contribute to child care **50** % or $ | Other *(Specify)*: |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*
☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father is refusing to see the child and refuses to pay child support
☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
He is also refusing to pay childcare costs

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*
☑ Order current support  ☐ Find arrearage and order payment  ☑ Order immediate income withholding
☐ Increase current support  ☐ Provide HUSKY/cash medical  ☐ Provide health insurance coverage
☐ Decrease current support  ☑ Contribute to child care  ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase  ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows:
requesting he take her Thurs-Mon *(evening)* (morning)
as previously agreed upon.

*(Continued on page 2)*  Select appropriate court: ☑ Superior Court  ☐ Family Support Magistrate Division

Print Form     Reset Form

119
120

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Antar | Matthew Lodice | NNH-FA19-5046828-S |

**d. Visitation/Parenting Time**

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify visitation (parenting time) as follows:

child will father Thursday evenings-Monday morning every weekend.

**e. Other** ☑
*(Please be specific)* All communication strictly via email, right of 1st refus

| Signature (Self-represented party or attorney) | Print name | Title (if applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 3/11/21 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 856 Shugpark Drive, Orange, CT, 06477 | 2032738419 |

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 3/11/21 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 3/11/21 |

**Order for Hearing and Summons** *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least 12 days before the date of the hearing. Proof of service must be made to this Court at least 6 days before the date of hearing.

| Hearing to be held at ▶ | Superior Court, Judicial District of New Haven | Date 7/15/21 |
|---|---|---|
| | Court Address: remote review plan de Po | Room Number | Time 3:15 Pm |

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least 12 days before the date of the hearing, and file proof of service with this Court at least 6 days before the hearing.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

By the Court (Goodrow, J.)

| Assistant Clerk/Support Enforcement Officer | Date signed 3/16/21 |
|---|---|

**Order** The court has heard this motion and orders it

☐ Granted ☐ Denied **and** ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**

Fee for Motion to Modify: ☐ Paid ☑ Waived

JD-FM-174 (Page 2) Rev. 3-20

Print Form        Reset Form

Date: 7/15/21 Time: 3:15 PM

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
(Select one)

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ Before judgment   ☑ After Judgment   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

Judicial District of **New Haven**   At (Town) **New Haven**   Docket number **NNH-FA19-5046828-S**

Plaintiff's name **Theodora F. Antar**   Plaintiff's address (Number, street, city, state, zip code) **856 Shagbark Drive, Orange, CT, 06477**

Defendant's name **Matthew Lodice**   Defendant's address (Number, street, city, state, zip code) **48 Quarry Hill Rd, Waterbury, CT, 06706**

Type of Motion to Modify
☐ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other (Specify):

I, **Theodora Antar** (Name), ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:

1. This Court issued an order dated **11/7/2019** directing **Matthew Lodice** (Name), residing at **48 Quarry Hill Rd, Waterbury, CT, 06706** (Number, street, city, state zip code) to: (Complete all that apply to your motion)

Judicial District of New Haven **SUPERIOR COURT**
**FILED**
**MAR 15 2021**
**CHIEF CLERK'S OFFICE**

Pay current support in the amount of: $ **120** every (per) **week**
Pay alimony in the amount of: $ _____ every (per) _____
Pay arrearages as follows: $ _____ every (per) _____ on the total arrearage owed of $ _____ as of (date) _____

Have custody of the child/children: (Select one)
☑ Joint legal custody   ☐ Sole custody

Have visitation or parenting time as follows: **work out week by week basis**

Primary residence of children with: _____

Provide health insurance coverage
☑ No   ☐ Yes   Pay **50** % of unreimbursed medical expenses
Provide HUSKY/cash medical $ _____ every (per) _____

Contribute to child care ☑ **50** % or $ _____   Other (Specify): _____

2. You must explain briefly the facts that are the reasons why you are asking for this modification. (Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
**Father is refusing to see the child and refuses to pay child support**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
**He is also refusing to pay childcare costs.**

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:
_____

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes   ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes   ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** (Select all that apply)

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*
☑ Order current support
☐ Increase current support
☐ Decrease current support
☐ Find arrearage and order payment
☐ Provide HUSKY/cash medical
☐ Contribute to child care
☑ Order immediate income withholding
☐ Provide health insurance coverage
☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows:
**requesting he take her Thurs-Mon mornings as previously agreed upon. (evenings)**

(Continued on page 2)

Select appropriate court: ☑ Superior Court   ☐ Family Support Magistrate Division

119
120

Plaintiff's name
_Theodora Antar_

Defendant's name
_Matthew Lodice_

Docket number
_NNH-FA19 5046828-S_

**d. Visitation/Parenting Time**
(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)

☑ Modify visitation (parenting time) as follows:

_Child w/ father thursday evenings - monday morning every weekend._

**e. Other** ☑ _All communication strictly via email, right of 1st refus_
(Please be specific)

Signature (Self-represented party or attorney)

Print name
_Theodora Antar_

Title (If applicable)

Date signed
_3/11/21_

Address Number, street, city, state, zip code)
_856 Shagbark drive, Orange, CT, 06477_

Phone number
_2032738419_

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date) _3/11/21_ to all attorneys and self-represented parties of record and that written consent for electronic delivery was
received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
_Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706_

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

Signed (Self-represented party or attorney)
▶

Print or type name of person signing
_Theodora Antar_

Date signed
_3/11/21_

## Order for Hearing and Summons (To be completed by Clerk or Support Enforcement Officer, if applicable)

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
☑ Plaintiff   ☐ Defendant   ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time
and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any
proper officer at least 12 days before the date of the hearing. Proof of service must be made to this Court at least 6 days before the date
of hearing.

| Hearing to be held at ➡ | Superior Court, Judicial District of _New Haven_ | Date _4/15/21_ |
| | Court Address _remote virtual plan de P__ | Room Number | Time _3:15 PM_ |

TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and
Summons on the person named below in one of the ways required by law at least 12 days before the date of the hearing, and file proof of
service with this Court at least 6 days before the hearing.

Person to be served _Matthew Lodice_

Address

By the Court _(Goodrow, J.)_

Assistant Clerk/Support Enforcement Officer

Date signed _3/16/21_

**Order**   The court has heard this motion and orders it

☐ Granted   ☐ Denied   and   ☐ Further orders (if applicable):

By the Court (Judge/Family Support Magistrate/Assistant Clerk)

Date Ordered

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)  Rev. 3-20

Print Form

Reset Form

Date: _7/15/21_ Time: _3:15 PM_

NOTICE OF MANDATORY RESOLUTION PLAN DATE
A Resolution Plan Date has been scheduled with Family Services for the date and time above. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

Family Services will conduct your Resolution Plan Date remotely using Microsoft Teams. DO NOT COME TO COURT ON THE DATE ABOVE.

A judge will be available for a hearing pursuant to Practice Book Sec. 25-3 and 25-4 to consider agreements and to make scheduling or other appropriate orders.

EMAIL ADDRESSES MUST BE PROVIDED
If not already done, you MUST file a completed Appearance, form JD-CL-12, WHICH MUST INCLUDE A VALID EMAIL ADDRESS, within 3 days of getting this notice. The form can be found at https://www.jud.ct.gov/webforms/forms/CL012.pdf. If you have no email address and cannot get one, please call the number below immediately.

ADDITIONAL INSTRUCTIONS WILL BE PROVIDED
About 2 weeks prior to your Resolution Plan Date, an email will be sent to you with instructions for how to participate.

FAILURE TO PROVIDE THE REQUESTED CONTACT INFORMATION OR TO PARTICIPATE IN THE RESOLUTION PLAN DATE AS SCHEDULED MAY RESULT IN THE IMPOSITION OF SANCTIONS AND/OR ORDERS BEING ENTERED AGAINST YOU.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted your agreement to the court prior to the date shown above.

Questions should be directed to:
Erin Krygier
203-503-6804
Erin.Krygier@jud.ct.gov

ORDER    438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

ORDER

ORDER REGARDING:
03/15/2021 120.00 POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT,
CUSTODY, VISITATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

See agreement dated 6/16/2021 approved by the court on 6/18/2021.

Judicial Notice (JDNO) was sent regarding this order.

438575

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

## STATE MARSHAL RETURN

STATE OF CONNECTICUT )
                         ) ss:  Waterbury            April 14, 2021
COUNTY OF NEW HAVEN )

     Then and there by virtue hereof and at the special direction of the plaintiff on April 14, 2021, I made due and legal service by leaving a true and attested copy of the within Motion for Modification, Order for Hearing and Summons with my doings endorsed thereon at the usual place of abode of MATTHEW LODICE at 48 Quarry Hill Road, Waterbury, CT.

     The within and foregoing is the original Motion for Modification, Order for Hearing and Summons with my doings endorsed hereon.

Judicial District of New Haven
SUPERIOR COURT
FILED

APR 22 2021

CHIEF CLERK'S OFFICE

ATTEST:

MICHAEL BROWN STATE MARSHAL

120.10
P's RETSERV

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| | | STATE OF CONNECTICUT |
|---|---|---|
| **For information on ADA accommodations,** contact a court clerk or go to: *www.jud.ct.gov/ADA.* | | **SUPERIOR COURT** www.jud.ct.gov |

☐ **Before judgment**  ☑ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew Lodice | 48 Quarry Hill Rd, Waterbury, CT, 06706 |

**Type of Motion to Modify**
☐ Child Support  ☐ Alimony  ☑ Custody  ☑ Visitation  ☐ Other *(Specify)*:

I, __Theodora Antar__ , ☑ the Plaintiff ☐ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated __11/7/2019__ directing __Matthew Lodice__ , residing at
   *(Name)*
   __48 Quarry Hill Rd, Waterbury, CT, 06706__ to: *(Complete the part that applies to your motion)*
   *(Number, street, city, state, zip code)*

Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 15 2021
CHIEF CLERK'S OFFICE

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) Week | $ every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ every (per) | on the total arrearage owed of $ | as of (date) |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☑ Joint legal custody  ☐ Sole custody | work out week by week bas | |

| Provide health insurance coverage | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☑ No ☐ Yes | | $ every (per) |

| Contribute to child care | Other *(Specify)*: |
|---|---|
| 50 % or $ | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

   ☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
   __Father is refusing to see the child and refuses to pay child support__

   ☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
   __He is also refusing to pay childcare costs__

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.  ☑ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.  ☑ Yes  ☐ No
   If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support
☐ Increase current support
☐ Decrease current support

☐ Find arrearage and order payment
☐ Provide HUSKY/cash medical
☑ Contribute to child care

☑ Order immediate income withholding
☐ Provide health insurance coverage
☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows:
__requesting he take her Thurs - Mon evening as previously agreed upon__

| *(Continued on page 2)* | Select appropriate court: ☑ Superior Court ☐ Family Support Magistrate Division |
|---|---|

Print Form          Reset Form

11-
120

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Antar | Matthew Lodice | NNH-FA19-5046828-S |

**d. Visitation/Parenting Time**

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify visitation (parenting time) as follows:

Child w/ father thursday evenings-monday morning every weekend.

**e. Other** ☑ all communication strictly via email right of 1st refus
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 3/11/21 |
| Address (Number, street, city, state, zip code) | | | Phone number |
| 856 Shugpark drive, Orange, CT, 06477 | | | 2032738419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 3/11/21 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 3/11/21 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Haven | | Date 4/5/21 |
|---|---|---|---|
| | Court Address remote - remote plan de Pc | Room Number | Time 3:15PM |

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address | |
|---|---|---|
| Matthew Lodice | | |
| By the Court (Goodrow, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 3/16/21 |

## Order    The court has heard this motion and orders it

☐ Granted    ☐ Denied    **and**    ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)  Rev. 3-20

[Print Form]          [Reset Form]

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**
JD-FM-75 Rev. 1-19
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63, 63-6

This form must be used only for family and family
support magistrate matters. For civil, housing and small
claims matters, use form JD-CV-120.
**To: The Superior Court**

**Instructions to person asking to have the fees
waived or for appointment of an attorney
(applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of
   a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your
   case will be filed or is/was pending.
4. If your application for fees payable to the court
   or for costs of service of process is denied, you
   may ask for a hearing on the application.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a
   family support magistrate.
2. If the application is granted, notify the applicant and
   counsel, if appointed.
3. If the application for fees payable to the court or for costs
   of service of process is denied, and upon the request of
   the applicant, schedule a hearing on the application.

Name of case: Antar, Theodora F. vs. Lodice Matthew

Docket number (if applicable): NNH CV19 5047447

Judicial District: New Haven

Address of court: 235 Church St, New Haven, CT

Name of applicant (Last, first, middle initial): Antar, Theodora F.

Address of applicant (Number, street, town, state and zip): 856 Shagbark Drive, Orange, CT

Telephone (Area code first): 2032738419

Type of proceeding ("X" all that apply):
- [ ] Contempt
- [ ] Dissolution of Marriage (Divorce)
- [ ] Dissolution of Civil Union
- [ ] Appellate matter (Supreme or Appellate Court)
- [x] Motion to Open or Modify
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Paternity
- [ ] Other (Specify):

## Fee Waiver/Payment of Costs
I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. ("X" all that apply)
- [x] Entry fee (fee to file case)
- [x] Filing fee (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education
- [ ] Cost of the transcript for appeal

SUPERIOR COURT
District of New Haven
FILED
MAR __ 2021
CHIEF CLERK'S OFFICE

## Grounds for Appeal
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal)
The grounds on which I propose to appeal are:

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** (another person who is supported by you)
Total number of dependents (not including yourself): 2

**2. Monthly Income**
A. Gross monthly income (before deductions): 1795
B. Net monthly income after taxes from employment: 1600
C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here):

Total Monthly Income (B+C): 1600

**3. Monthly Expenses**
A. Rent/Mortgage: 1765.50
B. Real Estate Taxes: 500.00
C. Utilities (telephone, fuel heat, electric, water, gas, cable, etc.): 600.00
D. Food (less SNAP (food stamps), if any): 1000.00
E. Clothing: 20.00
F. Insurance Premiums (medical/dental, auto, life, home): 250.00
G. Medical/Dental: 300.00
H. Transportation (bus, gasoline, etc.): 300.00
I. Child Care: 300.00
J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify): Medical 250.00

Total Monthly Expenses: 5285.66

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | 260,000 | 280000 | Real Estate -11,000 |
| B. Motor Vehicles | 5000 | 10500 | Motor Vehicle -5500 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property 0 |
| D. Savings Account Balance (Total of all accounts) | | | Savings 300 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 275 |
| F. Cash | | | Cash 100 |
| G. Other Assets (Specify): | | | Other Assets |
| | | Total Assets | -15,825 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Credit Card | 10,000 | 300.00 |
| Student Loan | 30,000 | 400.00 |
| Total Liabilities | 10 | |

Page 1 of 3

[Print Form] [Reset Form]

Name of case _____ | Docket number *(if applicable)*

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

Signed *(Applicant)* _____ | Print name of person signing at left *Theodora Antzy* | Date signed *3/5/21*

Subscribed and sworn to before me: | On *(Date)* March 5, 2021 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* Carole S. Churchill
Carole S. Churchill

Notary Public
My Commission Expires
6/30/2023

## Order

The Court, having found the applicant *("X" all that apply):* ☐ Not indigent ☐ Indigent and unable to pay

☐ Indigent or unable to pay for *parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☑ Granted as follows:

1. The following costs are ordered paid by the State
   ☑ Costs of service of process not to exceed: $ *statutory*
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):*

2. The following fees are waived ☑ Entry fee ☑ Filing fee ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):*

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify:

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* Goodrow, J. | On *(Date)* 3/15/21 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed 3/15/2021

## Request For Hearing On Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ Signed *(Applicant)* _____ | Date signed _____

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

JD-FM-75 Rev. 1-19 | Print Form | Page 2 of 3 | Reset Form

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent ☐ Indigent and unable to pay hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed   $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s):

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

JD-FM-75 Rev. 1-19

Print Form          Page 3 of 3          Reset Form

**NOTICE OF IV-D CHILD SUPPORT
ENFORCEMENT SERVICES**

JD-FM-261  Rev. 1-18
C.G.S. §§ 46b-215 (f), 46b-231(b)(13), 46b-231 (m)(4)
P.B. § 25a-1A

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
|---|
| **IVDNOS** |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ |
| **CLOSIVD** |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ |

**INSTRUCTIONS TO FILER**
*1. When IV-D child support enforcement services are provided to the parties or the child or children in this case, check the "Notice of Services" box. If the court file is electronic, use the "Create IV-D Authorized Filer Status" function to enter the agency juris number as an Authorized Filer, and upload this form into the file as "Notice of IV-D Child Support Enforcement Services." If the court file is a paper file, file this form with the clerk.*
*2. File an updated notice of services using the appropriate procedure described above for electronic and paper files when the responsibility for providing IV-D services changes to a new cooperating agency.*
*3. If the IV-D child support enforcement services are terminated, check the "Notice of Closure" box, and upload this form to the electronic file as "Notice of Closure of IV-D Child Support Enforcement Services," or file this form with the clerk for cases with paper files.*

**INSTRUCTIONS TO CLERK**
*1. If "Notice of Services" is checked, and this form was filed on paper, enter or update the agency juris number as an Authorized Filer, and code this form using the IVDNOS docket legend.*
*2. After receipt of a Notice of Services, schedule any post judgment motions to modify or enforce child support orders on the Family Support Magistrate docket, and send a copy of any order affecting child support to the appropriate agency and the state case registry.*
*3. If "Notice of Closure" is checked, code this form using the CLOSIVD docket legend (if filed on paper), remove all IV-D Authorized Filers from the case, and schedule all future motions on the regular Family docket.*

# To: The Superior Court of the State of Connecticut

| Case name | Docket number (*if known*) |
|---|---|
| **ANTAR, THEODORA, F  v. LODICE, MATTHEW, J** | **NNH-FA19-5046828S** |

| Court address |
|---|
| **235 CHURCH STREET NEW HAVEN, CT 06510** |

| Agency name | Juris number |
|---|---|
| **SES-NEW HAVEN** | **104033** |

| Agency address | Agency phone number |
|---|---|
| **414-A CHAPEL STREET, 2ND FLOOR, NEW HAVEN, CT 06511** | **(203) 789-7485** |

(*"X" only one of the following*)

[x] **Notice of Services**

The parties or the child or children in this case are recipients of Title IV-D child support enforcement services. The IV-D child support agency is currently monitoring and enforcing child support payments, balances, and/or medical support in this case.

Therefore, the IV-D child support agency listed above is an interested government entity and an Authorized Filer in this case as authorized by law.

[ ] **Notice of Closure**

The parties or the child or children in this case are no longer recipients of Title IV-D child support enforcement services. The IV-D agency and any cooperating agency are no longer providing any IV-D child support enforcement services with respect to the parties or the child or children in this case. The parties have been informed that IV-D services are no longer being provided.

Therefore, the IV-D agency and any cooperating agency are no longer interested government entities or Authorized Filers in this case.

| Signed | Print name | |
|---|---|---|
| **KMonroe** | **Monroe, Kevin L** | |
| Title | Agency | Date signed |
| **Support Enforcement Assistant** | **Support Enforcement Services** | **Mar-29-2021** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-195
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY |
| MFCSE |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number
NNHFA195046828-S

Name of case (Full name of Plaintiff v. Full name of Defendant)
Antar Theadora F. Vs. Lodice Matthew

| ☑ Judicial District | ☐ Housing Session | ☐ Geographical Area Number | Address of Court (Number, street, town and zip code) 235 Church St, New Haven, CT |

| Date of Motion 5/5/2021 | Sequence Number on Short Calendar (if applicable) | Name of Judge Who Scheduled the Event this Continuance is Requested for (if applicable) |

| Date of Scheduled Event 7/15/2021 | Person Making Motion is: ☐ Plaintiff's Attorney  ☑ Plaintiff  ☐ Defendant's Attorney  ☐ Defendant  ☐ Other |

| Firm Name, if Applicable | Address | Phone Number (with area code) |

**Event For Which Continuance Is Requested:** *("X" applicable box(es) and explain below)*

| ☐ Arbitration | ☐ Early Intervention Conference | ☐ Pretrial |
| ☐ Administrative Appeal Hearing | ☐ Fact-Finding | ☐ Status Conference |
| ☐ Attorney Trial Referee Proceeding | ☐ Foreclosure Mediation | ☐ Trial Management Conference |
| ☐ Court Trial | ☐ Jury Trial | ☑ Other Remote dissolution |
| ☐ Judicial-Alternative Dispute Resolution (J-ADR) | ☐ Hearing In Damages | Pwn |

**Reason(s) For Continuance Request:** *("X" reason(s) and provide an explanation)*

| ☐ Counsel not ready | | ☐ Discovery not complete |
| ☐ Lay witness not available (Name of witness) | | |
| ☐ Counsel not available | | ☐ Other |
| ☑ Party not available (Name of party) Theadora Antar | | |
| ☐ Expert witness not available (Name of witness) | | |

*Continue explanation, if necessary:*
I am having a medical procedure on this date and am unable to attend the hearing I also need more time to hire proper council

For the above reason(s), I request this case be continued to (date): 9/1/21   or ☐ at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
☐ Consent  ☑ Do Not Consent  ☐ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) 5/5/21 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
48 Quarry Hill Rd, Waterbury, CT, 06706

| Signed (signature of filer) | Print or type name of person signing Theadora Antar | Date signed 5/5/21 |
| Mailing address (Number, street, town, state and zip code) 1856 Shadpot Drive, Orange, CT, 06477 | | Telephone number 2032738419 |

**Order**
| Motion For Continuance is: ☐ Granted  ☐ Denied | Matter Continued To: | Signed (Judge) | Date |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.*

[ Print Form ]          [ Reset Form ]

*Superior Court / Judicial District of New Haven / FILED MAY 05 2021 / CHIEF CLERK'S OFFICE*

123

ORDER   434439

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/6/2021

ORDER

ORDER REGARDING:
05/05/2021 123.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER:

Granted in part; Caseflow shall reschedule the hearing to a date and time to be determined by Caseflow.

Judicial Notice (JDNO) was sent regarding this order.

434439

Judge: KAREN GOODROW

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| MFCSE |

**Instructions To Person Making Motion**
Fill out all sections except the order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.

Docket number
NNHFA195046828-S

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
Antar Theodora F. vs. Lodice, Matthew

[✓] Judicial District   [ ] Housing Session   [ ] Geographical Area Number

Address of Court *(Number, street, town and zip code)*
235 Church St, New Haven, CT

Date of Motion
5/5/2021

Sequence Number on Short Calendar *(If applicable)*

Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)*

Date of Scheduled Event
7/15/2021

Person Making Motion is:
[ ] Plaintiff's Attorney   [✓] Plaintiff   [ ] Defendant's Attorney   [ ] Defendant   [ ] Other

Firm Name, if Applicable

Address

Phone Number (with area code)

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

[ ] Arbitration
[ ] Administrative Appeal Hearing
[ ] Attorney Trial Referee Proceeding
[ ] Court Trial
[ ] Judicial-Alternative Dispute Resolution (J-ADR)

[ ] Early Intervention Conference
[ ] Fact-Finding
[ ] Foreclosure Mediation
[ ] Jury Trial
[ ] Hearing In Damages

[ ] Pretrial
[ ] Status Conference
[ ] Trial Management Conference
[✓] Other  Remote resolution plan date

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

[ ] Counsel not ready
[ ] Lay witness not available *(Name of witness)*
[ ] Counsel not available
[✓] Party not available *(Name of party)*  Theodora Antar
[ ] Expert witness not available *(Name of witness)*

[ ] Discovery not complete
[ ] Other

Continue explanation, if necessary:
I am having a medical procedure on this date and am unable to attend the hearing I also need more time to hire proper counsel

For the above reason(s), I request this case be continued to (date): 9/1/21   or   [ ] at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
[ ] Consent   [✓] Do Not Consent   [ ] Have No ~~Objection~~ to the above motion for continuance and requested continuance date.
**Note:** An agreement to continue a matter does not mean that the motion will automatically be granted by the court.
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

Judicial District of New Haven
SUPERIOR COURT

MAY 10 2021

CHIEF CLERK'S OFFICE

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 5/5/21 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
48 Quarry Hill Rd, Waterbury, CT, 06706

Signed (Signature of filer)

Print or type name of person signing
Theodora Antar

Date signed
5/5/21

Mailing address *(Number, street, town, state and zip code)*
1856 Shelpark Drive, Orange, CT, 06477

Telephone number
2032738419

| Order | Motion For Continuance is: [ ] Granted [ ] Denied | Matter Continued To: | Signed *(Judge)* | Date |
| --- | --- | --- | --- | --- |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

[ Print Form ]          [ Reset Form ]

124

**REQUEST FOR APPROVAL OF
FINAL AGREEMENT WITHOUT
COURT APPEARANCE**
JD-FM-282  New 5-20
C.G.S. § 46b-66; E.O. 7CC

| For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA.** |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*


| COURT USE ONLY |
|---|
| FINAGR |
| ‖‖‖‖‖‖‖‖‖‖ |

**Instructions to Parties:**
*If you have reached a final agreement on your dissolution, legal separation, custody/visitation case, or any pending motions and you would like to have your agreement approved without coming to court, submit this form along with a signed, written agreement, current appearances for each party, and any required supporting documents to the clerk. If the agreement contains a child support order and either party or a child is receiving IV-D services, you must have the Assistant Attorney General sign off on your agreement.*

***This process is not for temporary restraining orders or Family Support Magistrate matters.***
*For a final agreement on a temporary restraining order, you must come to court on the hearing date.*

**Instructions to Clerk:**
*Upon receipt, if the agreement applies to any minor children submit this request, the relevant motion(s) and any accompanying documents to CSSD-Family Services at FamilyCourtAgreements@jud.ct.gov. Otherwise, submit all paperwork to the court for consideration.*

| Judicial district | Address of court | Return Date |
|---|---|---|
| **NEW HAVEN** | **235 CHURCH ST** | |

| Name of case | Docket number |
|---|---|
| **ANTAR, THEODORA F. VS. LODICE, MATTHEW J.** | **NNH-FA-19-5046828-S** |

1. This request seeks the entry of a final judgment in our: *(Select one)*
   - ☐ action for dissolution of marriage or legal separation; or
   - ☒ custody/visitation action; or
   - ☐ it applies to the following motions or pleadings:

| Motion Entry Number *(if applicable)* | Title of Motion or Pleading | Date |
|---|---|---|
| 120.00 | POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPOR | 03/15/2021 |
| 118.00 | CONTEMPT CITATION ISSUED POST JUDGMENT | 03/12/2021 |
| 116.00 | POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPOR | 03/08/2021 |
| 114.00 | CONTEMPT CITATION ISSUED POST JUDGMENT | 03/05/2021 |

2. The final written agreement being submitted concerns the custody, access, or support of a minor child or children.
   ☒ Yes ☐ No

**Statement of Parties**
The undersigned parties state that their agreement is fair and equitable and in their child/children's best interest (if applicable). Both parties understand that the written agreement being submitted constitutes a full final agreement in their dissolution, legal separation, custody/visitation matter, or on the motions listed above. Both parties state they have not been forced to sign this agreement. By agreement and consent, both parties request that the agreement be accepted by the court and made an order of the court without the need for a court appearance.

| Signed (Plaintiff) | Print or type name of person signing **THEODORA ANTAR** | Telephone number (Required) **203-273-8419** |
|---|---|---|
| | E-mail address **THEODORAANTAR@GMAIL.COM** | Date signed **06/16/2021** |

| Signed (Plaintiff's Attorney) | Print or type name of person signing | Telephone number (Required) |
|---|---|---|
| | E-mail address | Date signed |

| Signed (Defendant) | Print or type name of person signing **MATTHEW LODICE** | Telephone number (Required) **203-919-9528** |
|---|---|---|
| | E-mail address **MATTHEWLODICE@GMAIL.COM** | Date signed **06/16/2021** |

| Signed (Defendant's Attorney) | Print or type name of person signing | Telephone number (Required) |
|---|---|---|
| | E-mail address | Date signed |

| Signed (Guardian Ad Litem/Attorney for the Minor Child, if applicable) | Print or type name of person signing | Telephone number (Required) |
|---|---|---|
| | E-mail address | Date signed |

| Signed (Assistant Attorney General, if applicable) | Print or type name of person signing | Telephone number (Required) |
|---|---|---|
| | E-mail address | Date signed |

Judicial District of New Haven
SUPERIOR COURT
FILED
JUN 16 2021
CHIEF CLERK'S OFFICE

| Print Form | Reset Form |
|---|---|

ORDER    438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

ORDER

ORDER REGARDING:
06/16/2021 125.00 REQUEST FOR APPROVAL OF FINAL AGREEMENT WITHOUT COURT
APPEARANCE (FORM JD-FM-282)

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

The court approves the parties' agreement dated June 16, 2021 (#128). The court finds the agreement is
fair and equitable and in the best interest of the minor child, Angelina Lodice DOB 05/21/2019. The
prior agreement (#111) remains in effect except as changed by this agreement (#128). This agreement
resolves all pending matters.

Judicial Notice (JDNO) was sent regarding this order.

438575
_____

Judge: MARGARET M MURPHY

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPROVAL OF FINAL AGREEMENT ON MOTION(S)**

JD-FM-280 New 5-20
E.O. 7CC

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| COURT USE ONLY |
| --- |
| AFFMOT |

**Note:**
Each party must complete and file his or her own affidavit. If the facts stated in the two affidavits conflict, the court may not be able to act without scheduling a hearing to be attended by the parties.

| Judicial district | Address of court |
| --- | --- |
| **NEW HAVEN** | **235 CHURCH ST** |

| Name of case | Docket number |
| --- | --- |
| **ANTAR, THEODORA F. VS. LODICE, MATTHEW** | **NNH-FA-19-5046828-S** |

I, *(name)* **MATTHEW LODICE** _____, state under oath that:

1. This affidavit is made based on my own personal knowledge, and I understand the obligation of an oath.

2. I am over 18 years of age and competent to testify to the matters stated in this affidavit.

3. I am a party to the above case.

4. The other party to this case and I have entered into a written Agreement dated **6/15/2021** which we have submitted to the court and which represents our full agreement on the following: *(Select only one box and fill in blank, if applicable)*
   - [x] All pending unresolved motions in this case; OR
   - [ ] Only the following motion(s) as designated by the name and file entry number of each such motion:

   _____

   _____

5. I have read the entire Agreement carefully and I understand it completely. I have signed it voluntarily, and no one pressured or forced me to do so. I have no unanswered questions about the Agreement.

6. Neither a restraining order, issued pursuant to section 46b-15 of the Connecticut General Statutes, nor a protective order, issued pursuant to section 46b-38c of the Connecticut General Statutes, between the other party to this case and me is in effect; and no application for either order is pending before any court.

7. Under all the facts and circumstances of my case, I believe that the Agreement is fair and equitable. If the other party to this case and I have any minor children who are mentioned in or affected by the Agreement, I believe the Agreement is in their best interests.

8. If the other party to this case and I have one or more minor children and the Agreement includes a provision regarding child support which deviates from the Child Support Guidelines, I believe that it would be appropriate or inequitable to apply the Guidelines for the following reason(s):

   _____

   _____

9. I am asking the court to approve the Agreement and to make it an order of the court, without necessity for either party to appear in court at a hearing for that purpose.

I certify under the penalties of perjury that the statements above and on any attached document are true, complete, and accurate to the best of my knowledge and belief. I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.

| Signed *(Affiant)* | Date signed 6/16/21 |
| --- | --- |
| Signed *(Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes)* — *Lauren Mondak, Notary Public* | Date signed 6/16/21 |

*[Notary seal: LAUREN MONDAK, NOTARY PUBLIC, COMMISSION EXPIRES JANUARY 31, 2026, STATE OF CONNECTICUT]*

*[Court stamp: SUPERIOR COURT, Judicial District of New Haven, FILED JUN 16 2021, CHIEF CLERK'S OFFICE]*

[ Print Form ]   [ Reset Form ]

ORDER   438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

ORDER

ORDER REGARDING:
06/16/2021 126.00 AFFIDAVIT IN SUPPORT OF REQUEST FOR APPROVAL OF FINAL
AGREEMENT ON MOTION(S) (FORM JD-FM-280)

The foregoing, having been considered by the Court, is hereby:

ORDER: ACCEPTED

Judicial Notice (JDNO) was sent regarding this order.

438575

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR APPROVAL OF
FINAL AGREEMENT ON MOTION(S)**
JD-FM-280  New 5-20
E.O. 7CC

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |
|---|---|

**COURT USE ONLY**
AFFMOT



**Note:**
Each party must complete and file his or her own affidavit. If the facts stated in the two affidavits conflict, the court may not be able to act without scheduling a hearing to be attended by the parties.

| Judicial district **NEW HAVEN** | Address of court **235 CHURCH ST** | |
|---|---|---|
| Name of case **ANTAR, THEODORA F. VS. LODICE, MATTHEW** | | Docket number **NNH-FA-19-5046828-S** |

I, *(name)*  **THEODORA ANTAR**_____, state under oath that:

1. This affidavit is made based on my own personal knowledge, and I understand the obligation of an oath.

2. I am over 18 years of age and competent to testify to the matters stated in this affidavit.

3. I am a party to the above case.

4. The other party to this case and I have entered into a written Agreement dated  **6/15/2021**  which we have submitted to the court and which represents our full agreement on the following: *(Select only one box and fill in blank, if applicable)*
   [X] All pending unresolved motions in this case; **OR**
   [ ] Only the following motion(s) as designated by the name and file entry number of each such motion:

   _____
   _____
   _____

5. I have read the entire Agreement carefully and I understand it completely. I have signed it voluntarily, and no one pressured or forced me to do so. I have no unanswered questions about the Agreement.

6. Neither a restraining order, issued pursuant to section 46b-15 of the Connecticut General Statutes, nor a protective order, issued pursuant to section 46b-38c of the Connecticut General Statutes, between the other party to this case and me is in effect, and no application for either order is pending before any court.

7. Under all the facts and circumstances of my case, I believe that the Agreement is fair and equitable. If the other party to this case and I have any minor children who are mentioned in or affected by the Agreement, I believe the Agreement is in their best interests.

8. If the other party to this case and I have one or more minor children and the Agreement includes a provision regarding child support which deviates from the Child Support Guidelines, I believe that it would be inappropriate or inequitable to apply the Guidelines for the following reason(s):

   _____
   _____
   _____

9. I am asking the court to approve the Agreement and to make it an order of the court, without necessity for either party to appear in court at a hearing for that purpose.

I certify under the penalties of perjury that the statements above and on any attached document are true, complete, and accurate to the best of my knowledge and belief. I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.

| Signed (Affiant) | | Date signed 6/16/21 |
|---|---|---|
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk, Judge or Proper Officer under Section 1-24 of the Connecticut General Statutes) | Type name and title of person signing at left  Lauren Mundak, Notary Public | Date signed 6/16/21 |

LAUREN MONDAK
NOTARY PUBLIC
COMMISSION EXPIRES
JANUARY 31, 2026
STATE OF CONNECTICUT

Judicial Branch Superior Court
FILED
JUN 16 2021
CHIEF CLERK'S OFFICE

[ Print Form ]     [ Reset Form ]

ORDER   438575

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/18/2021

<u>ORDER</u>

ORDER REGARDING:
06/16/2021 127.00 AFFIDAVIT IN SUPPORT OF REQUEST FOR APPROVAL OF FINAL
AGREEMENT ON MOTION(S) (FORM JD-FM-280)

The foregoing, having been considered by the Court, is hereby:

ORDER: ACCEPTED

Judicial Notice (JDNO) was sent regarding this order.

438575
_____

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**AGREEMENT FORM**
JD-FM-231 New 9-14

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



Court Use Only
**AGREMNT**

**Instructions:**
*Complete form, make copies for yourself*
*and give the original to the Court Clerk.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

| Judicial District of | Address of court | Date ordered |
|---|---|---|
| **New Haven** | **235 Church St New Haven CT** | **06/15/2021** |

| Name of case | Docket number |
|---|---|
| **Antar, Theodora F. vs. Lodice, Matthew** | **NNH-FA19-5046828-S** |

| This agreement applies to the following motions: *(number or name)* | Matter continued to |
|---|---|
| **POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT, CUSTODY, VISITATION** | **09/02/2021** |

Select
☐ Pendente Lite Dissolution    ☐ Post Judgment Dissolution    ☒ Never Married    ☐ Final Judgment    ☐ Temporary Restraining Order Hearing

Agreement of the parties

**1. RIGHT OF FIRST REFUSAL: IF EITHER PARENT IS UNABLE TO PARENT THE CHILD FOR A PERIOD IN EXCESS OF THREE (3) HOURS DURING THEIR PARENTING TIME, SAID PARENT SHALL FIRST ASK THE OTHER PARENT IF HE/SHE CAN PARENT THE CHILD BEFORE ALLOWING ANYONE ELSE TO WATCH THE CHILD (WITH THE EXCEPTION OF THE CHILD'S MATERNAL AND PATERNAL GRANDPARENTS)**

**2. WHEN THE CHILD IS WITH HER FATHER, THE MOTHER SHALL HAVE ONE PHONE CALL (OR VIDEO CALL IF DESIRED) EACH NIGHT WITH THE CHILD TO SAY GOODNIGHT. THE FATHER SHALL ENSURE THAT SAID CALL IS ANSWERED OR IMMEDIATELY RETURNED UPON RECIEPT OF A VOICEMAIL MESSAGE FROM MOTHER. WHEN THE CHILD IS WITH HER MOTHER THE FATHER SHALL HAVE ONE PHONE CALL (OR VIDEO CALL IF DESIRED) EACH NIGHT WITH THE CHILD TO SAY GOODNIGHT. THE MOTHER SHALL ENSURE THAT SAID CALL IS ANSWERED OR IMMEDIATELY RETURNED UPON RECIEPT OF A VOICEMAIL MESSAGE FROM FATHER.**

**3. IN CASE OF AN EMERGENCY (ILLNESS, INJURY, AND THE LIKE), THE PARENTS SHALL IMMEDIATELY AND DIRECTLY CONTACT EACH OTHER VIA TELEPHONE CALL OR TEXT MESSAGE.**

**4. BOTH PARENTS ARE RESPONSIBLE FOR TAKING THE CHILD TO ALL OF HER RELIGIOUS, EDUCATIONAL, SPORTING, EXTRACURRICULAR, AND SOCIAL ACTIVIES (INCLUDING, BUT NOT LIMITED TO, SUNDAY SCHOOL, DANCE, SWIMMING, AND BIRTHDAY PARTIES) IN WHICH THE CHILD IS INVOLVED THAT OCCUR DURING THEIR PARENTING TIME.**

**5. FATHER WILL DROP CHILD OFF AT MOTHER'S HOUSE AT 10:00 AM ON MOTHER'S DAY**

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*JUN 16 2021*
*CHIEF CLERK'S OFFICE*

Monetary orders comply with the Child Support and Arrearage Guidelines: ☐ Yes ☐ No
If the orders differ from the guidelines, state the reason(s) for the deviation:

We hereby certify that the above conforms with the agreement of the parties.

| Signed (Plaintiff/Plaintiff's attorney) | Date | Signed (Defendant/Defendant's attorney) | Date |
|---|---|---|---|
| | 6/16/21 | | 6/16/21 |

| Signed (Guardian ad Litem/Attorney for the Minor Child) | Date | Approved and so ordered (Judge/Family Support Magistrate) | Date |
|---|---|---|---|

[ Print Form ]      [ Reset Form ]



**AGREEMENT FORM**
JD-FM-231 New 9-14

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Court Use Only
**AGREMNT**

*Instructions:*
*Complete form, make copies for yourself and give the original to the Court Clerk.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

| Judicial District of | Address of court | Date ordered |
|---|---|---|
| **New Haven** | **235 Church St** | **06/15/2021** |

| Name of case | Docket number |
|---|---|
| Antar, Theodora F., vs. Lodice, Matthew | **NNH-FA19-5046828-S** |

| This agreement applies to the following motions: *(number or name)* | Matter continued to |
|---|---|
| **POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT, CUSTODY, VISITATION** | **09/02/2021** |

Select
☐ Pendente Lite Dissolution  ☐ Post Judgment Dissolution  ☒ Never Married  ☐ Final Judgment  ☐ Temporary Restraining Order Hearing

Agreement of the parties

**6. THANKSGIVING: THE FATHER SHALL PICK THE CHILD UP FROM HER MOTHER ON THANKSGIVING AT 2:00PM AND KEEP HER OVERNIGHT.**

**7. HALLOWEEN AND 4TH OF JULY: ON EVEN YEARS, CHILD WILL SPEND HALLOWEEN/4TH OF JULY WITH THE FATHER. ON ODD YEARS, CHILD WILL SPEND HALLOWEEN/4TH OF JULY WITH THE MOTHER.**

**8. BIRTHDAY AND NAME DAY: BIRTHDAY AND NAME DAY SHALL BOTH BE SHARED EQUALLY. IF DESIRED, THE DAY MAY BE SPLIT IN HALF. MORNING IS 7:30AM-2:00PM. NIGHT IS 2:00PM-8:30PM. ALTERNATIVE IS DOING A JOINT PARTY/CELEBRATION FOR THE CHILD AND CELEBRATING TOGETHER AS A FAMILY.**

**9. THE MOTHER SHALL MAKE ALL RELIGIOUS DECISIONS FOR THE CHILD**

**10. ALL EDUCATIONAL DECISIONS MUST BE MADE BY THE PARENTS TOGETHER**

**11. ALL MEDICAL DECISIONS MUST BE MADE BY THE PARENTS TOGETHER.**

**12. STARTING ON JULY 1, 2021, FATHER WILL PICK UP CHILD EVERY FRIDAY AT 5:30 PM FROM THE MOTHER. PICK UP LOCATION FOR THE CHILD WILL BE AT CUMBERLAND FARMS GAS STATION LOCATED AT 527 NORTH MAIN ST, NAUGATUCK, CT, 06770. FATHER SHALL DROP OFF CHILD TO MOTHER EVERY MONDAY AT 9:00 AM. DROP OFF LOCATION FOR THE CHILD WILL BE AT CUMBERLAND FARMS GAS STATION LOCATED AT 527 NORTH MAIN ST, NAUGATUCK, CT, 06770**

Monetary orders comply with the Child Support and Arrearage Guidelines:  ☐ Yes  ☐ No

If the orders differ from the guidelines, state the reason(s) for the deviation:

We hereby certify that the above conforms with the agreement of the parties.

| Signed (Plaintiff/Plaintiff's attorney) | Date 6/16/21 | Signed (Defendant/Defendant's attorney) | Date 6/16/21 |
|---|---|---|---|
| Signed (Guardian ad Litem/Attorney for the Minor Child) | Date | Approved and so ordered (Judge/Family Support Magistrate) | Date |

Print Form    Reset Form

**AGREEMENT FORM**
JD-FM-231 New 9-14

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| Court Use Only |
| --- |
| **AGREMNT** |
|  |

*Instructions:*
*Complete form, make copies for yourself*
*and give the original to the Court Clerk.*

| ADA NOTICE |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

| Judicial District of | Address of court | | Date ordered |
| --- | --- | --- | --- |
| **New Haven** | **235 Church St** | | **06/15/2021** |

| Name of case | Docket number |
| --- | --- |
| **Antar, Theodora F., vs. Lodice, Matthew** | **NNH-FA19-5046828-S** |

| This agreement applies to the following motions: *(number or name)* | Matter continued to |
| --- | --- |
| **POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT, CUSTODY, VISITATION** | **09/02/2021** |

Select
☐ Pendente Lite Dissolution  ☐ Post Judgment Dissolution  ☒ Never Married  ☐ Final Judgment  ☐ Temporary Restraining Order Hearing

Agreement of the parties

**13.. CHRISTMAS: IN ODD YEARS CHILD STAYS WITH FATHER ON CHRISTMAS EVE AND SLEEPS OVERNIGHT, FATHER**

**DROPS OFF AT MOTHER'S HOUSE AT 2PM ON CHRISTMAS DAY. IN EVEN YEARS, THE CHILD STAYS WITH MOTHER ON**

**CHRISTMAS EVE AND SLEEPS OVERNIGHT, MOTHER DROPS OFF AT FATHER'S HOUSE AT 2PM ON CHRISTMAS DAY. DROP**

**OFF EXCHANGE ON CHRISTMAS EVE (IF NEEDED) WILL OCCUR AT 6:00 PM**

**15. GREEK ORTHODOX EASTER- CHILD SPENDS GREEK ORTHODOX EASTER WITH MOTHER**

**16. CATHOLIC EASTER- CHILD SPENDS CATHOLIC EASTER WITH FATHER**

**17. GREEK PALM SUNDAY- GREEK PALM SUNDAY SHALL BE SPENT WITH MOTHER. IF CATHOLIC EASTER FALLS ON SAME**

**DAY AS GREEK EASTER OR GREEK PALM SUNDAY, THEN DAY SHALL BE SPLIT EVENLY (7:30AM-2:30PM, 2:30-8:30PM)**

**18. ON DAYS THAT MUST BE SPLIT EVENLY, THE PERSON WHO'S DAY IT IS REGUARLY GETS TO CHOOSE FIRST WHAT**

**TIME SLOT THEY WANT MORNING OR NIGHT.**

**19. THE FOLLOWING TERMS WILL REMAIN IN EFFECT FROM THE AGREEMENT DATED 11/7/2019- BOTH PARENTS WILL**

**SHARE JOINT LEGAL CUSTODY OF THE CHILD, PRIMARY RESIDENCY WILL BE WITH THE MOTHER. FATHER WILL PAY $120**

**PER WEEK IN CHILD SUPPORT AND 50% OF UNREIMBURSED MEDICAL AND 50% OF UNREIMBURSED CHILDCARE.**

Monetary orders comply with the Child Support and Arrearage Guidelines: ☐ Yes  ☐ No

If the orders differ from the guidelines, state the reason(s) for the deviation:

We hereby certify that the above conforms with the agreement of the parties.

| Signed *(Plaintiff/Plaintiff's attorney)* | Date | Signed *(Defendant/Defendant's attorney)* | |
| --- | --- | --- | --- |
| | 6·16·21 | | |
| Signed *(Guardian ad Litem/Attorney for the Minor Child)* | Date | Approved and so ordered *(Judge/Family Support Magistrate)* | Date |

[Print Form]          [Reset Form]

ORDER    438575

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
   V.                                       AT NEW HAVEN
LODICE, MATTHEW, J
                                              6/18/2021


ORDER


ORDER REGARDING:
06/16/2021 127.00 AFFIDAVIT IN SUPPORT OF REQUEST FOR APPROVAL OF FINAL
AGREEMENT ON MOTION(S) (FORM JD-FM-280)

The foregoing, having been considered by the Court, is hereby:

ORDER: ACCEPTED

Judicial Notice (JDNO) was sent regarding this order.

438575
_____

Judge: MARGARET M MURPHY
Processed by: Kiara Clemons

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY | |
| --- | --- |
| MFCONTP | Certification has been filled out. |
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of | At *(Town)* | Docket number |
| --- | --- | --- |
| New Haven | New Haven | NNH-FA19-5046828-S |

Plaintiff's name: Antar, Theodora F.
Plaintiff's address *(Number, street, city, state, zip code)*: 856 Snagpark Drive Orange, CT 06477

Defendant's name: Lodice Matthew
Defendant's address *(Number, street, city, state, zip code)*: 48 Quarry Hill Rd Wallingford, CT

Third Party's name *(if applicable)*:
Third Party's address *(Number, street, city, state, zip code)*:

I am the ☑ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.
On *(date)* 6/15/21 the court made an order that *(name)* Matthew Lodice is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Matthew was ordered to pay child support, childcare, and medical costs. He is refusing to pay and owes $1200.00 in unpaid child support and $221.00 in unpaid childcare. He also hasn't been giving me right of first refusal

**Claim for Relief**
I ask the court to find *(name)* Matthew Lodice in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☑ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name: Theodora Antar | Date: 11/30/21 |
| --- | --- | --- |
| Mailing address of self-represented party or attorney: 856 Snagpark Drive  Orange  CT 06477 | | |
| E-mail address: theodoraantar@gmail.com | | Phone number *(Area code first)*: 2037364L9 |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | Court Use Only |
| --- | --- |
| | **Judicial District of New Haven SUPERIOR COURT FILED NOV 29 2021 CHIEF CLERK'S OFFICE** |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* ▶ | Print or type name | Date signed |
| --- | --- | --- |

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

Is this a family support magistrate (IV-D) matter? ☐ Yes   ☐ No

Page 1

130

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar | Iodice | 19 504 68 28 |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court

order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on

(date) 2/10/22 at (time) 2:00 PM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| New Haven | 3C | 203-503-6800 |
| Court location (Number, street and town) | | |
| 235 Church St. New Haven CT 06510 | | |

**OR**

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;

• Attend this court event by following the instructions that are sent to your e-mail address by the court; and

• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew Iodice | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| Grossman J. | | 12/13/21 |

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-20

| | |
|---|---|
| | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*(Select one)*

☐ **Before judgment**   ☑ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of _New Haven_ | At *(Town)* _New Haven_ | Docket number _NNH-FA19-5046828-S_ |
|---|---|---|

| Plaintiff's name _Antar, Theodora F._ | Plaintiff's address *(Number, street, city, state, zip code)* _85E Shadow Lane, Orange, CT 06477_ |
|---|---|

| Defendant's name _Lodice, Matthew_ | Defendant's address *(Number, street, city, state, zip code)* _48 Quarry Hill Rd, Waterbury, CT_ |
|---|---|

Type of Motion to Modify

☑ Child Support   ☐ Alimony   ☐ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, _Theodora Antar_ , ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated _6/15/21_ directing _Matthew Lodice_
*(Name)*
_48 Quarry Hill Rd, Waterbury, CT_
*(Number, street, city, state, zip code)*  to: *(Complete the boxes that apply to your motion)*

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
**NOV 30 2021**
**CHIEF CLERK'S OFFICE**

| Pay current support in the amount of: $ _100_ every (per) _week_ | Pay alimony in the amount of: $ _____ every (per) ____ |
|---|---|
| Pay arrearages as follows: $ _____ every (per) ____ | on the total arrearage owed of $ _____ as of ____ |
| Have custody of the child/children: *(Select one)* ☑ Joint legal custody   ☐ Sole custody | Have visitation or parenting time as follows: _agreement signed 6/15/21_ | Primary residence of children with _Mother_ |
| Provide health insurance coverage ☐ No   ☐ Yes | Pay _50_ % of unreimbursed medical expenses | Provide HUSKY/cash medical $ _____ every (per) |
| Contribute to child care _50_ % or $ _____ | Other *(Specify):* | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
_Matthew makes substantially more money and has not been consistent w/ visitation_

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
_____

3: The ☐ plaintiff   ☐ defendant   is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:
_____

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes   ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes   ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support
☑ Increase current support
☐ Decrease current support
☐ Find arrearage and order payment
☐ Provide HUSKY/cash medical
☐ Contribute to child care
☑ Order immediate income withholding
☐ Provide health insurance coverage
☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody as follows:
_change drop off/pick up location_

*(Continued on page 2)*   Select appropriate court: ☑ Superior Court   ☑ Family Support Magistrate Division

2 /0 /22 at 2:00 PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-20

| | For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|---|

*(Select one)*

☐ **Before judgment**   ☑ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of New Haven | At *(Town)* New Haven | Docket number NNH-FA19-5046828-S |
|---|---|---|
| Plaintiff's name Antar, Theodora F. | Plaintiff's address *(Number, street, city, state, zip code)* 856 Niagara Drive, Orange, CT 06477 | |
| Defendant's name Lodice, Matthew | Defendant's address *(Number, street, city, state, zip code)* 48 Quarry Hill Rd, Waterbury, CT | |

Type of Motion to Modify
☑ Child Support   ☐ Alimony   ☐ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, Theodora Antar *(Name)*   ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:

1. This Court issued an order dated 6/15/21 directing Matthew Lodice *(Name)*
48 Quarry Hill Rd, Waterbury, CT
*(Number, street, city, state, zip code)*
to: *(Complete the boxes that apply to your motion)*

Judicial District of New Haven
SUPERIOR COURT
FILED
**NOV 30 2021**
CHIEF CLERK'S OFFICE

| Pay current support in the amount of: $ 100 every (per) Week | Pay alimony in the amount of: $ every (per) |
|---|---|
| Pay arrearages as follows: $ every (per) on the total arrearage owed of $ as of | |

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody   ☐ Sole custody | Have visitation or parenting time as follows: agreement signed @ 6/15/21 | Primary residence of children with: Mother |
|---|---|---|
| Provide health insurance coverage ☐ No   ☐ Yes | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical $ every (per) |
| Contribute to child care 50 % or $ | Other *(Specify):* | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Matthew makes substantially more money and has not been consistent w/ visiting

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes   ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.   ☐ Yes   ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☐ Find arrearage and order payment   ☑ Order immediate income withholding
☑ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows:
change drop off/pick up location

*(Continued on page 2)*   Select appropriate court: ☑ Superior Court   ☑ Family Support Magistrate Division

2 /0 /22 at 2:00 PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**

JD-FM-75   Rev. 9-21
C.G.S. §§ 46b-231, 52-259b; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. vs. Lodge, Matthew | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora, F. | 856 Shagbark drive, Orange, CT 06477 | 203 273 8419 |

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)* (Specify):
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Paternity
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify):
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**Grounds for Appeal** *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are:

NOV 29 2021

**Appointment of Counsel** *(This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**CHIEF CLERK'S OFFICE**

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)* [ 2 ]

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 2,000.00 |
| B. Net monthly income *(after taxes)* from employment | 1,270.00 |
| C. Other income (TFA, Social Security, child support, alimony, etc.) *(Specify which one(s) here):* | + 377.00 |
| **Total Monthly Income (B+C)** | 1,647.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1,750.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 300.00 |
| D. Food, *not including SNAP (food stamps)* | 200.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | 300.00 |
| G. Medical/Dental *(costs not covered by insurance)* | 50.00 |
| H. Transportation *(bus, gasoline, etc.)* | 560.00 |
| I. Child Care | 390.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | 3,570.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 6,000.00 | 8,900.00 | Motor Vehicle -2,900.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings 1000.00 |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 300.00 |
| F. Cash | | | Cash 100.00 |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | **Total Assets** | -1,300.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 25,000.00 | 450.00 |
| Credit cards | 10,000.00 | 800.00 |
| | | |
| | | |
| **Total Liabilities** | 35,000.00 | 1250.00 |

131

Name of case: Antar, Theodora F. vs. Louie, Matthew

Docket Number (If applicable): NNH-FA19-5046828-S

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left: Theodora Antar | Date signed: 11/29/21 |
|---|---|---|
| Subscribed and sworn to before me: | On (Date): 11/29/21 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *("X" all that apply)*: ☐ Not indigent   ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

   1. The following costs are ordered paid by the State
      ☒ Costs of service of process not to exceed: $ State rates
      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6:
      ☐ Other *(Specify)*: _____

   2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify)*: _____

   3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

   4. Counsel is   ☐ Appointed *(Name)*: _____

☐ Denied. If denied only in part, specify:

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate): Kenefick | On (Date): 11/30/21 | Signed (Judge, FSM, Assistant Clerk) | Date signed: 11/30/21 |
|---|---|---|---|

JD-FM-75   Rev. 9-21

| Name of case | Docket number  *(If applicable)* |
|---|---|
| | |

## Request For Hearing On Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐   I request a court hearing on the application.

▶ _____   _____
Signed *(Applicant)*                                                          Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant        ☐ Not indigent        ☐ Indigent and unable to pay        hereby orders the application:

☐   Granted as follows:
      ☐   1. The following costs are ordered paid by the State
          ☐ Costs of service of process not to exceed        $ _____
          ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
          ☐ Other *(Specify)*: _____
      ☐   2. The following fees are waived        ☐ Entry fee        ☐ Filing fee        ☐ Appellate filing fee (Supreme or Appellate Court)
          ☐ Other *(Specify)*: _____

☐   Denied for the following reason(s): _____

☐   The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

19-5046828

STATE MARSHAL RETURN

STATE OF CONNECTICUT )
                        ) ss:  Oxford             December 26, 2021
COUNTY OF NEW HAVEN )

       Then and there by virtue hereof and at the special direction of the plaintiff, on December 26, 2021, I made due and legal service by leaving a true and attested copy of the within Motion for Contempt/Contempt Citation, Mandatory Resolution Plan Date and Motion for Modification with my doings endorsed thereon at the usual place of abode of MATTHEW LODICE at 48 Quarry Hill Road, Waterbury, CT.

       The within and foregoing is the original Motion for Contempt/Contempt Citation, Mandatory Resolution Plan Date and Motion for Modification with my doings endorsed hereon.

       ATTEST:

                       MICHAEL BROWN, STATE MARSHAL

Judicial District of New Haven
SUPERIOR COURT
FILED

JAN 1 0 2022

CHIEF CLERK'S OFFICE

134

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S.§§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-20
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☑ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of New Haven | At *(Town)* New Haven | Docket number NNH-FA19-5046828-S |
|---|---|---|

| Plaintiff's name Antar, Theodora F. | Plaintiff's address *(Number, street, city, state, zip code)* 852 Madison Ave, Orange, CT 06477 |
|---|---|

| Defendant's name Lodie, Matthew | Defendant's address *(Number, street, city, state, zip code)* 48 Quarry Hill Rd, Waterbury, CT |
|---|---|

Type of Motion to Modify
☑ Child Support    ☐ Alimony    ☐ Custody    ☑ Visitation    ☐ Other *(Specify)*

I, Theodora Antar , ☑ the Plaintiff  ☐ the Defendant  ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated 6/15/21 directing Matthew Lodie
*(Name)*

48 Quarry Hill Rd, Waterbury, CT to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

**Judicial District of New Haven**
**SUPERIOR COURT**
**FILED**

**NOV 30 2021**

| Pay current support in the amount of: $ 100 every *(per)* Week | Pay alimony in the amount of: $ every *(per)* |
|---|---|

| Pay arrearages as follows: $ every *(per)* | on the total arrearage owed of $ as of |
|---|---|

**CHIEF CLERK'S OFFICE**

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody  ☐ Sole custody | Have visitation or parenting time as follows: agreement signed 6/15/21 | Primary residence of children with Mother |
|---|---|---|

| Provide health insurance coverage ☐ No  ☐ Yes | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical $ every *(per)* |
|---|---|---|

| Contribute to child care 50 % or $ | Other *(Specify)*: |
|---|---|

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Matthew makes substantially more money and has not been consistent with visitation

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes ☐ No
    If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support          ☐ Find arrearage and order payment      ☑ Order immediate income withholding
☑ Increase current support       ☐ Provide HUSKY/cash medical            ☐ Provide health insurance coverage
☐ Decrease current support       ☐ Contribute to child care              ☐ Other _____

**b. Alimony** *(You must file a sworn Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody as follows:
Change drop off/pick up location

*(Continued on page 2)*        Select appropriate court:   ☑ Superior Court      ☑ Family Support Magistrate Division

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| COURT USE ONLY | |
| --- | --- |
| MFCONTP | Certification has been filled out. |
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of | At (Town) | Docket number |
| --- | --- | --- |
| New Haven | New Haven | NNH-FA19-5046828-S |
| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) | |
| Antal, Theodora F. | 856 Ingraham Drive, Orange, CT, 06477 | |
| Defendant's name | Defendant's address (Number, street, city, state, zip code) | |
| Lodice Matthew | 48 Quarry Hill Rd, Waterbury, CT | |
| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) | |

I am the  ☑ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* 6/15/21 the court made an order that *(name)* Matthew Lodice is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Matthew was ordered to pay child support, childcare, and medical costs. He is refusing to pay and owes $1200.00 in unpaid child support and $221.00 in unpaid childcare. He also hasn't been giving me right of first refusal.

**Claim for Relief**

I ask the court to find *(name)* Matthew Lodice in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)* ☑ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name | Date |
| --- | --- | --- |
| | Theodora Antal | 11/30/21 |
| Mailing address of self-represented party or attorney | | |
| 856 Ingraham Drive   Orange   06477 | | |
| E-mail address | Phone number (Area code first) | |
| theodoraantal@gmail.com | 2032738469 | |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Court Use Only

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**NOV 29 2021**

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name | Date signed |
| --- | --- | --- |
| ▶ | | |

**CHIEF CLERK'S OFFICE**

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

Is this a family support magistrate (IV-D) matter? ☐ Yes   ☐ No

Page 1

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar | Lodice | 19 504 6828 |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on (date) 2/10/22 at (time) 2:00PM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be   ☐ a hearing   ☑ a Resolution Plan Date*   ☐ a Case Date   ☐ Other: _____
This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| New Haven | 3C | 203-503-6800 |
| Court location (Number, street and town) | | |
| 235 Church St. New Haven CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:
  • File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
  • Attend this court event by following the instructions that are sent to your e-mail address by the court; and
  • Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

  You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

**\*About Resolution Plan Dates**
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the court (Judge/Assistant clerk) | Date signed |
| (Grossman, J.) | 12/13/21 |

2/10/22 at 2:00PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 9-21
C.G.S. §§ 46b-231, 52-259b; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew | NNH-FA19-5041628-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora, F. | 856 Shagbark drive, Orange, CT 06477 | 203 273 8419 |

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.) (Specify):*
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Paternity
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):*
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
**NOV 29 2021**

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**CHIEF CLERK'S OFFICE**

## Financial Affidavit

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)* **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 2,000.00 |
| B. Net monthly income *(after taxes) from employment* | 1,270.00 |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):* | + 377.00 |
| **Total Monthly Income (B+C)** | 1,647.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1,750.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 300.00 |
| D. Food, *not including SNAP (food stamps)* | 200.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | 300.00 |
| G. Medical/Dental *(costs not covered by insurance)* | 50.00 |
| H. Transportation *(bus, gasoline, etc.)* | 560.00 |
| I. Child Care | 390.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | 3,570.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 6,000.00 | 8,900.00 | Motor Vehicle -2,900.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings 1000.00 |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 500.00 |
| F. Cash | | | Cash 100.00 |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | -1,300.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 25,000.00 | 450.00 |
| Credit Card | 10,000.00 | 800.00 |
| | | |
| **Total Liabilities** | 35,000.00 | 1250.00 |

Page 1 of 3

Name of case: Antar, Theodora F. vs. Louie, Matthew          Docket number *(if applicable)* NNH-FA19-5046828-S

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | ***Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.***

| Signed (Applicant) | | Print name of person signing at left  Theodora Antar | Date signed 11/29/21 |
|---|---|---|---|
| Subscribed and sworn to before me: | On (Date) 11/29/21 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) | |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant ("X" all that apply): ☐ Not indigent ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State

      ☒ Costs of service of process not to exceed:   $ State rates

      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

      ☐ Other *(Specify):* _____

    2. The following fees are waived    ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

      ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate)  Kendrick | On (Date) 11/30/21 | Signed (Judge, FSM, Assistant Clerk) | Date signed 11/30/21 |
|---|---|---|---|

JD-FM-75  Rev. 9-21                                     Page 2 of 3

| Name of case | Docket number  *(If applicable)* |
|---|---|
| | |

## Request For Hearing On Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____  _____
Signed *(Applicant)*                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

  ☐ 1. The following costs are ordered paid by the State

    ☐ Costs of service of process not to exceed   $ _____

    ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

    ☐ Other *(Specify):* _____

  ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other *(Specify):* _____

☐ Denied for the following reason(s):

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
|---|
| MFCSE |

**Instructions To Person Making Motion**
Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.

Docket number: NNH-FA19-5046828-S

Name of case (Full name of Plaintiff y. Full name of Defendant): Antar, Theodora F vs. Lodice, Matthew J.

☐ Judicial District   ☐ Housing Session   ☒ Geographical Area Number 23

Address of Court (Number, street, town and zip code): 235 Church St, New Haven, CT

Date of Motion: 02/7/22

Sequence Number on Short Calendar (If applicable):

Name of Judge Who Scheduled the Event this Continuance is Requested for (If applicable):

Date of Scheduled Event: 02/10/22

Person Making Motion is: ☐ Plaintiff's Attorney  ☒ Plaintiff  ☐ Defendant's Attorney  ☐ Defendant  ☐ Other

Firm Name, if Applicable: Theodora Antar

Address: 856 Shagbark drive, Orange, CT

Phone Number (with area code): 2032738419

## Event For Which Continuance Is Requested: ("X" applicable box(es) and explain below)

☐ Arbitration
☐ Administrative Appeal Hearing
☐ Attorney Trial Referee Proceeding
☐ Court Trial
☐ Judicial-Alternative Dispute Resolution (J-ADR)

☐ Early Intervention Conference
☐ Fact-Finding
☐ Foreclosure Mediation
☐ Jury Trial
☐ Hearing In Damages

☐ Pretrial
☐ Status Conference
☐ Trial Management Conference
☒ Other resolution plan date

## Reason(s) For Continuance Request: ("X" reason(s) and provide an explanation)

☐ Counsel not ready
☐ Lay witness not available (Name of witness)
☐ Counsel not available
☐ Party not available (Name of party)
☐ Expert witness not available (Name of witness)

☐ Discovery not complete
☒ Other

Continue explanation, if necessary: Need more time to retain proper counsel

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*FEB 07 2022*
*CHIEF CLERK'S OFFICE*

**For the above reason(s), I request this case be continued to (date):** 3/14/22   or   ☐ at the court's discretion

**I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:**
☐ Consent  ☐ Do Not Consent  ☒ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
**I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) 2/7/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
48 Quarry Hill Rd, Waterbury, CT, 06706

Signed (Signature of filer): ▶

Print or type name of person signing: Theodora Antar

Date signed: 2/7/22

Mailing address (Number, street, town, state and zip code): 856 Shagbark drive, Orange, CT, 06477

Telephone number: 2082738419

**Order**

Motion For Continuance is: ☒ Granted  ☐ Denied

Matter Continued To:

Signed (Judge): Consi Man, J.

Date: 2/8/22

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

[ Print Form ]          [ Reset Form ]

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

2/8/2022

<u>ORDER</u>

ORDER REGARDING:
02/07/2022 135.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

| APPLICATION FOR CONTEMPT ORDER, INCOME WITHHOLDING, AND/OR OTHER RELIEF<br>JD-FM-15   Rev. 3-17<br>C.G.S. §§ 46b-215, 46b-220, 46b-231, 52-362;<br>45 CFR 303.6 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | 731274*2 | Court Use Only<br>**CITWFRD** |
|---|---|---|---|

| **To Support Enforcement Officer**<br>1. Complete "Application" and "Order and Summons."<br>2. Forward to proper officer for service.<br>3. Keep a copy for your files.<br>4. Return original to clerk after service. | **Instructions**<br>**To Clerk**<br>1. Check all information for accuracy.<br>2. Sign the "Order" and "Summons"<br>3. Return original to preparer.<br>**To Proper Officer**<br>See instructions on back/page 2. | **ADA Notice**<br>The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |
|---|---|---|

**Application**

This Application is against *(Give name and address of respondent)* Matthew J. Lodice, 48 QUARRY HILL RD , WATERBURY, CT

"x" all that apply

and is for: [X] A Contempt Order   [ ] An Income Withholding   [ ] A Plan to pay past-due support   [ ] An Order to participate in work activities

Name of case *(Plaintiff vs. Defendant)*
Theodora F. Antar vs. Matthew J. Lodice

Docket number
NNHFA195046828S

Judicial District
NEW HAVEN

Address of Court *(Number, street, and town)*
235 CHURCH STREET, NEW HAVEN, CT 06510

Name of applicant *(Support Enforcement Officer making application)*
Michael Landry

Address of applicant *(Number, street, and town)*
SES, 414-A CHAPEL ST., NEW HAVEN, CT

| Date of judgment or agreement<br>11/7/19 | Amount of Order<br>$ 120.00/WEEK | Total balance owed<br>$ 1874.47 | Delinquency *(Amount overdue)*<br>$ 1874.47 | As of *(Date)*<br>01/13/22 |
|---|---|---|---|---|

Health insurance ordered
[ ] Not made available   [ ] Not maintained

Contributions not made
[ ] Child care   [ ] Unreimbursed medical expenses

*I certify that the information given above is true to the best of my knowledge and belief:*

| Signed | Title *(If applicable)* SSEO | Date signed 1/13/22 |
|---|---|---|
| Name of person signing<br>Michael Landry | Address *(Number, street, and town)*<br>414-A CHAPEL ST., NEW HAVEN, CT | Telephone number<br>(203) 789-7485 |

**Order And Summons**

The respondent named above is ordered to come to the Superior Court/Family Support Magistrate Division at:

| Address of Superior Court/Family Support Magistrate Division<br>235 CHURCH STREET, NEW HAVEN, CT | On *(Day of week)*<br>WEDNESDAY | Date *(Month, day, year)*<br>3/9/22 | Time *(A.M./P.M.)*<br>10:00 AM |
|---|---|---|---|

to: "x" all that apply

1. [X] Give the reason or reasons why he or she should not be found to be in contempt of court for:
   [X] not paying support,
   [ ] not paying child care,
   [ ] not paying unreimbursed medical expense contributions,
   [ ] not providing or maintaining health insurance as ordered by the Court or by the Family Support Magistrate.

2. [X] Give the reason or reasons why:
   [ ] an income withholding should not be ordered against the respondent,
   [X] a license suspension should not be ordered against the respondent,
   [ ] an order for a plan to pay any past-due support should not be ordered against the respondent,
   [ ] an order to participate in work activities should not be ordered against the respondent.

**To: Any Proper Officer**
**By Authority of the State of Connecticut, you** are commanded to serve and make return of service of this application and order on the respondent named above according to law at least 12 days, inclusive, before the court appearance "Date" indicated below.

| By the Court/Family Support Magistrate Division<br>Augilar | [ ] J.<br>[ ] F.S.M | Signed *(Assistant Clerk, Support Enforcement Officer)* | Date signed<br>1/13/22 |
|---|---|---|---|

## Notice To Respondent *(To be completed by proper officer)*

1. You have been ordered to be in court at:

| Address of Superior Court/Family Support Magistrate Division<br>235 CHURCH STREET, NEW HAVEN, CT | On *(Day of week)*<br>WEDNESDAY | Date *(Month, day, year)*<br>3/9/22 | Time *(A.M./P.M.)*<br>10:00 AM |
|---|---|---|---|

2. If you do not come to court on the court date and time shown above, a capias may be issued *(ordered)* for your arrest and an income withholding may be ordered against your income.

3. Your ability to pay is the most important thing that the court will look at when deciding whether you are in contempt (have failed to follow the court order) and what the consequences will be for that contempt.

4. In certain situations, the Court or Family Support Magistrate may order that your motor vehicle driver's license, commercial driver's license, or your professional, occupational, or recreational license (if you have one) is suspended if you have failed to follow the support order. The Court or Family Support Magistrate may also order a plan for payment of any past-due support and require you to take part in work activities so that you can follow the support order.

*(Page 1 of 2)*          **CONTEMPT ORDER/INCOME WITHHOLDING**

**Order** *(For use by Court/Family Support Magistrate Division only)*

This application has been heard and it is found that the Respondent is in arrears as of *(date)* _____ in the

amount of $_____. It is **ordered:**

| By the Court/Family Support Magistrate Division | ☐ J.<br>☐ F.S.M. | Signed *(Assistant Clerk)* | Date of Order |
|---|---|---|---|
| | | | |

**Instructions To Proper Officer**

*1. If applicable, fill in information required in the "Order and Summons" section and the "Notice to Respondent" section on front before making service.*
*2. Serve the copy on the respondent.*
*3. Complete the "Return of Service" section below and return.*

## Return of Service

Then and there by virtue of the original application, and by order of the Court or Family Support Magistrate Division,
I served the Respondent with a true and attested copy of the original application, order and summons by *(specify
method of service)* Left Abode At 48 Quarry hill Rd, Waterbury CT 06706

The within and foregoing is the original application, order and summons with my doings thereon endorsed.

| Signed *(State Marshal, Support Enforcement Off., Proper Officer)* | Print name and title of signer | Date served |
|---|---|---|
| *Ezekiel H S* | **Ezekiel Howard Sr. SSI** | 02·15·22 |

| COPY | _____ |
|---|---|
| ENDORSEMENT | _____ |
| SERVICE | _____ |
| TRAVEL | _____ |
| TOTAL | _____ |

A TRUE AND ATTESTED COPY, ATTEST: _____

*(State Marshal or proper officer)*

JD-FM-15 (back/page 2)   Rev. 3-17

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**

JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | |
| [barcode] | *Certification has been filed out.* |
| **CONTCPL** | *Motion is "Before Judgment," but no certification has been filed out. Fill out and attach Page 2.* |
| [barcode] | |
| **CONTCIT** | *Motion is "After Judgment," but no certification has been filed out. Fill out and attach Page 2.* |
| [barcode] | |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* [ ] Before Judgment (pendente lite)   [x] After Judgment

| Judicial District of | At *(Town )* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew J. Lodice | 48 Quarry Hill Rd, Waterbury, CT, 06706 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the  [x] Plaintiff  [ ] Defendant  [ ] Third Party  in this case.

On *(date)* 06/18/2021  the court made an order that *(name)* Matthew J. Lodice _____ is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
Matthew has refused to give me the right of first refusal in watching our daughter countless times. He has had strangers, his minor children, and others watch the 2 year old child without giving me right of first refusal. He refuses to tell me where she is and who she is being watched by, and doesn't give me an option to watch her first. He then on 2/7/2022 did not show up at our designated meeting place on our agreement and refused to return the child to me and currently is refusing to return her to me. He states that he will not follow any part of our agreement. He hasnt paid child support or child care costs in 5 months either, despite them both also being part of our court order. He refuses to make medical, educational decisions together like stated in agreement

**Claim for Relief**

I ask the court to find *(name)* Matthew J. Lodice _____ in contempt and to enter any other orders the court
finds appropriate.  *(Select only if this applies)* [x] I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora F. Antar | 02/11/2022 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| theodoraantar@gmail.com | (203)273-8419 |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically
on *(date)* 02/11/2022  to all attorneys and self-represented parties of record and that written consent for electronic delivery
was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | Court Use Only |
|---|---|
| Matthew J. Lodice 48 Quarry Hill Rd Waterbury, CT, 06706 | Judicial District of New Haven SUPERIOR COURT FILED FEB 14 2021 CHIEF CLERK'S OFFICE |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| | Theodora F. Antar | 02/11/2022 |

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | Is this a family support magistrate (IV-D) matter? [x] Yes [ ] No |
|---|---|

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court

order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* 4|12|22 at *(time)* 10³⁰ Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 31 | (203) 503·6800 |

Court location *(Number, street and town)*
235 Church Street, New Haven

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this
court event, unless you have already done so;
• Attend this court event by following the instructions that are sent to your e-mail address by
the court; and
• Contact the court clerk's office before the scheduled time of this court event if you are
unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not
have or cannot get an e-mail address, or if you do not have access to an electronic device
that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices,
including notices about court events. If your contact information changes, you must file a new Appearance form with
the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case.*
*If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also*
*participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the*
*opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and
of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper
officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before
the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached
Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least
**12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew Lodice | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| (Grossman, J.) | | 2|23|22 |

Page 2

4 / 12 / 22 at 10³⁰ Am

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

ORDER    439610

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

4/12/2022

ORDER

ORDER REGARDING:
02/14/2022 137.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Agreement #153 and order of the court dated 4/12/2022

Judicial Notice (JDNO) was sent regarding this order.

439610

Judge: MAUREEN PRICE-BORELAND
Processed by: Nancy Bauer

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 1-22

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | | **NNHFA195046828S** |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| --- | --- | --- | --- |
| | **No** | **Yes** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **No** | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **MATTHEW J LODICE** | **Yes** | | | |

| **Case Description** | Case type | | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- | --- |
| | **Custody** | | | **Contempt** | **136.00** |
| | Type of Judgment | | | Type of service | |

| **Children** *(if parentage action, fill in date of birth)* | Name | D.O.B. *(If parentage action)* | Name | D.O.B. *(If parentage action)* |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| **Order** |
| --- |

| Continuance | CONTINUED TO 6/1/2022 10AM |
| --- | --- |
| | Update on custody |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **JENNIFER SUSANNE AGUILAR, F.S.M.** | **Dylan Wingard (By the Clerk 089998)** | **3/9/2022** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**



# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. vs. Ladice, Matthew | FA195046885 |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora F. | 775 Church St, New Haven, | 2052738419 |

## Type of proceeding *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)*: ___
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):* ___
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: ___

MAR 09 2022

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**CHIEF CLERK'S OFFICE**

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)* __2__

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 650.00 |
| B. Net monthly income *(after taxes) from employment* | |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):* Child support | + 460 = |
| **Total Monthly Income (B+C)** | 1110.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | 250.00 |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 700.00 |
| D. Food, *not including SNAP (food stamps)* | 500.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | 500.00 |
| G. Medical/Dental *(costs not covered by insurance)* | 500.00 |
| H. Transportation *(bus, gasoline, etc.)* | 800.00 |
| I. Child Care | 540 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | 5,310 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 3000.00 | 7000.00 | Motor Vehicle −4000.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 100.00 |
| F. Cash | | | Cash 20.00 |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | −3880.00 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 30,000 | 800.00 |
| Credit cards | 16,000 | 300.00 |
| **Total Liabilities** | 46,000.00 | 1100.00 |

Name of case  Antar, Theodora t. W. Lodge, Worth CW   NNH-FA19 5046828-5

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left Theodora Antar | Date signed 03/09/2022 |
| Subscribed and sworn to before me: | On (Date) 3/9/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent ☑ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☑ Granted as follows:

    1. The following costs are ordered paid by the State
      ☑ Costs of service of process not to exceed:  $ State rate
      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
      ☐ Other *(Specify):* _____

    2. The following fees are waived ☐ Entry fee ☐ Filing fee ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Maureen Price-Boreland | On (Date) 3/10/2022 | Signed (Judge, FSM, Assistant Clerk) | Date Signed 3/10/2022 |

| Name of case | Docket number *(if applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐   I request a court hearing on the application.

▶ _____   _____
Signed *(Applicant)*                                         Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant     ☐ Not indigent     ☐ Indigent and unable to pay     hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed     $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived     ☐ Entry fee     ☐ Filing fee     ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**

JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| Newhaven | New haven | FA19-5046885 |

| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) |
|---|---|
| Theodora Antar | 856 Shagbark Dr, Orange, CT |

| Defendant's name | Defendant's address (Number, street, city, state, zip code) |
|---|---|
| Matthew Lodice | 48 Quarry Hill Rd, Waterbury, CT |

| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) |
|---|---|
| | |

I am the ☐ Plaintiff   ☑ Defendant   ☐ Third Party   in this case.

On *(date)* _____ the court made an order that *(name)* Theodora Antar _____ is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Mother has not followed agreement in any way. Dad has taken
full responsibility of raising said child. Motions for custody
have been filed

**Claim for Relief**

I ask the court to find *(name)* Theodora Antar _____ in contempt and to enter any other orders the court

finds appropriate. *(Select only if this applies)* ☐ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name | Date |
|---|---|---|
| | Matthew Lodice | 3/9/22 |

| Mailing address of self-represented party or attorney |
|---|
| 48 Quarry Hill Rd   Waterbury CT, 06706 |

| E-mail address | Phone number (Area code first) |
|---|---|
| MatthewLodice@Gmail.con | 860 518 2388 |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically
on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery
was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

| | Court Use Only |
|---|---|
| | CHIEF CLERK'S OFFICE
Judicial District of New Haven
SUPERIOR COURT
FILED
MAR 0 9 2022 |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name | Date signed |
|---|---|---|
| ▶ | | |

For information on ADA accommodations,
contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter? ☐ Yes   ☑ No

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| | | 19 504 6828 |

### Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☑ Plaintiff  ☐ Defendant  ☐ Third Party  **to attend** a court event on *(date)* 4/12/22 at *(time)* 10:30 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be  ☐ a hearing  ☑ a Resolution Plan Date*  ☐ a Case Date  ☐ Other:

This court event will be held  ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Hav | 3D | 203-503-6800 |
| Court location *(Number, street and town)* | | |
| 235 Church St New Have CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;

• Attend this court event by following the instructions that are sent to your e-mail address by the court; and

• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***

*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

### Order to Give Notice

The court orders the  ☐ Plaintiff  ☑ Defendant  ☐ Third Party  to **give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served - Theodora Antar | Address |
|---|---|
| By the court (Judge/Assistant clerk) (Grossman, J) | Date signed 3/23/22 |

ORDER   439610

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
  V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

4/12/2022

ORDER

ORDER REGARDING:
03/09/2022 140.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Agreement #153 and order of the court dated 4/12/2022

Judicial Notice (JDNO) was sent regarding this order.

439610
_____

Judge: MAUREEN PRICE-BORELAND
Processed by: Nancy Bauer

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| ☐ **Before judgment** | ☐ **After judgment** | *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.* |

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | Newhaven | FA19-5046828 |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora Antar | 856 Shagbark Dr, Orange, CT |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew Lodice | 48 Quarry Hill Rd, Waterbury, CT 06706 |

**Type of Motion to Modify**
☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, _Matthew Lodice_ , ☐ the Plaintiff  ☐ the Defendant  ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated _____ directing _Matthew Lodice_ , residing at
*(Name)*

_____ (Number, city, state, zip code) to: *(Complete the boxes that apply to your motion)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) Week | $ every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ every (per) | on the total arrearage owed | as of (date) |

Judicial District of New Haven
SUPERIOR COURT
FILED

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☑ Joint legal custody  ☐ Sole custody | | Theodora Antar |

MAR 10 2022

| Provide health insurance coverage | | Provide HUSKY/cash medical |
|---|---|---|
| ☐ No ☐ Yes | Pay ___% of unreimbursed medical expenses | $ every (per) |

**CHIEF CLERK'S OFFICE**

| Contribute to child care | Other *(Specify):* |
|---|---|
| % or $ | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☐ Since the date of the order, the circumstances in this case have changed substantially, as follows:

_The mother stopped talking child and father has majority of time_

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff  ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.  ☑ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

| ☐ Order current support | ☐ Find arrearage and order payment | ☐ Order immediate income withholding |
|---|---|---|
| ☐ Increase current support | ☐ Provide HUSKY/cash medical | ☐ Provide health insurance coverage |
| ☐ Decrease current support | ☐ Contribute to child care | ☐ Other _____ |

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody as follows:
_Father to become Custodial Parent Full Custody_

| *(Continued on page 2)* | Select appropriate court: ☑ Superior Court | ☐ Family Support Magistrate Division |

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Anter | Matthew Lodice | |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

— To be determined when Father has Custody based on Males Ability

## e. Other [ ]
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name | Title *(If applicable)* | Date signed |
|---|---|---|---|
| | Matthew Lodice | | 3/9/22 |
| Address *(Number, street, city, state, zip code)* | | | Phone number |
| 48 Quarry Hill Road, Waterbury CT 06706 | | | 860 518 2388 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)_____* to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [X] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at ▶ | Superior Court, Judicial District of New Haven | | Date 4/12/22 |
|---|---|---|---|
| | Court Address 235 Church St. New Have, CT 06510 | Room Number 3D | Time 10:30 AM |

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| Theodora Anter | |
| By the Court (Grossman, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 3/23/22 |

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   **and**   [ ] Further orders *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Page 2)   Rev. 3-20

4 / 1/2/-22 at 10:30 Am

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ **Before judgment**   ☐ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | Newhaven | FA19-5046828 |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora Antar | 856 Shagbark Dr, Orange, CT |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew Lodice | 48 Quarry Hill Rd, Waterbury, CT 06706 |

Type of Motion to Modify
☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify)*:

I, **Matthew Lodice**                 , ☐ the Plaintiff  ☐ the Defendant  ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated _____ directing **Matthew Lodice** , residing at _____
*(Name)*

_____ to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) Week | $ every (per) |

| Pay arrearages as follows: | |
|---|---|
| $ every (per) | on the total arrearage owed $ ~~SUPERIOR COURT~~ as of *(date)* |

Judicial District of New Haven
SUPERIOR COURT
FILED

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☑ Joint legal custody  ☐ Sole custody | | Theodora Antar |

MAR 10 2022

| Provide health insurance coverage | | Provide HUSKY/cash medical |
|---|---|---|
| ☐ No  ☐ Yes | Pay ____ % of unreimbursed medical expenses | $ every (per) |

| Contribute to child care | Other *(Specify)*: |
|---|---|
| ____ % or $ | |

**CHIEF CLERK'S OFFICE**

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☐ Since the date of the order, the circumstances in this case have changed substantially, as follows:
The mother stopped talking child and father has majority of time

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes  ☐ No
4.b. Any person that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes  ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support          ☐ Find arrearage and order payment        ☐ Order immediate income withholding
☐ Increase current support      ☐ Provide HUSKY/cash medical               ☐ Provide health insurance coverage
☐ Decrease current support      ☐ Contribute to child care                     ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody as follows:
Father to become Custodial Parent Full Custody

*(Continued on page 2)*   Select appropriate court: ☑ Superior Court   ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora Anter | Mathew Lodice | |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify visitation (parenting time) as follows:

— To be determined when Father has custody based on Mothers Ability

## e. Other ☐
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name | Title *(If applicable)* | Date signed |
|---|---|---|---|
| | Mathew Lodice | | 3/9/22 |
| Address *(Number, street, city, state, zip code)* | | | Phone number |
| 48 Quarry Hill Road, Waterbury Ct  06706 | | | 8065823388 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)*_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☐ Plaintiff  ☒ Defendant  ☐ Support Enforcement Officer  to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at ➡ | Superior Court, Judicial District of  New Haven | | Date  4/12/22 |
|---|---|---|---|
| | Court Address  235 Church St. New Haven, CT 06510 | Room Number  3D | Time  10:30 AM |

### TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served  Theodora Anter | Address |
|---|---|
| By the Court  (Grossman, J.) | Assistant Clerk/Support Enforcement Officer | Date signed  3/23/22 |

## Order  The court has heard this motion and orders it

☐ Granted  ☐ Denied  **and**  ☐ Further orders *(if applicable):*

_____

_____

| By the Court  *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:  ☐ Paid   ☐ Waived

JD-FM-174 (Page 2)  Rev. 3-20

4/1/21/22 at 10:30 Am

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

5/31/2023

ORDER

ORDER REGARDING:
03/10/2022 142.00 POST-JUDGMENT MOTION FOR MODIFICATION - CUSTODY, VISITATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**APPLICATION FOR WAIVER OF FEES/**
**PAYMENT OF COSTS/APPOINTMENT**
**OF COUNSEL - FAMILY**
JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6
*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees is denied by the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Theodora Antar v Matthew Lodice | FA19-5046828 |

| Judicial District | Address of court |
|---|---|
| Newhaven | 235 Church St, NewHaven, CT 06510 |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Lodice Matthew | 48 Quarry Hill Rd, Waterbury, CT 06706 | 860 518 2388 |

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [x] Motion for Modification
- [x] Contempt
- [ ] Application for Custody
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Parentage
- [ ] Application or Petition for Visitation
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Cross Complaint
- [ ] Other *(ex parte custody, etc.)* (Specify): _____

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs ...... *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Costs for participating in parenting education program
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Cost of the transcript for appeal
- [ ] Other *(certified copy of judgment, etc.)* (Specify): _____

**Grounds for Appeal** *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

**Appointment of Counsel** *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)* [ 1 ]

**2. Monthly Income**

A. Gross monthly income *(before deductions)* ............... [ 500 ]

B. Net monthly income *(after taxes)* from employment ......... [ ]

C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):* [ + ]

Total Monthly Income (B+C) [ 500 ]

**3. Monthly Expenses**

A. Rent/Mortgage ........................... [ 1000 ]

B. Real Estate Taxes........................ [ ]

C. Utilities *(telephone, electric, water, gas, cable, etc.)* [ ]

D. Food, *not including SNAP (food stamps)*.. [ 600 ]

E. Clothing ............................... [ ]

F. Insurance Premiums *(medical/dental, auto, life, home)*........ [ ]

G. Medical/Dental *(costs not covered by insurance)*............ [ ]

H. Transportation *(bus, gasoline, etc.)*....... [ -800 ]

I. Child Care .................................. [ 1200 ]

J. Other *(child support, alimony, etc.) (Specify):* [ ]

Total Monthly Expenses [ 3600 ]

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate ......... | | | Real Estate |
| B. Motor Vehicles.... | 3500 | 6000 | Motor Vehicle |
| C. Other Personal Property............ *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)*........ | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* ...... | | | Checking |
| F. Cash. | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | Total Assets | -2500 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Liabilities | | 1430 |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Matthew Lodice | 3/9/22 |
| Subscribed and sworn to before me: | On (Date) 3/9/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☑ **Indigent and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☑ **Granted** as follows:

    1. The following costs are ordered paid by the State
        ☑ Costs of service of process not to exceed:   $ _State rate_
        ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
        ☐ Other *(Specify):* _____

    2. The following fees are waived   ☐ Entry fee   ☑ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is   ☐ Appointed *(Name):* _____

☐ **Denied.** If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Maureen Price-Boreland | 3/10/2022 | | 3/10/2022 |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐  I request a court hearing on the application.

▶ _____    _____
Signed *(Applicant)*                                                                       Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed    $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the Superior Court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

Name of case (Name of plaintiff v. Name of defendant): Theodora Antar

Docket number (If applicable): FA 19 5046828

Judicial District: New Haven

Address of court: 235 Church St New Haven

Name of applicant (Last, first, middle initial): Antar, Theodora F

Address of applicant (Number, street, town, state and zip code): 856 Sheybank Drive, Orange 06477

Phone number: 2032738419

## Type of proceeding *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other (ex parte custody, etc.) (Specify):
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs between *(select all that apply)*

- [ ] Entry fee (fee to file a new case)
- [x] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [ ] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*MAR 17 2022*
*CHIEF CLERK'S OFFICE*

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal)*

The grounds on which I propose to appeal are:

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)*: 2

### 2. Monthly Income

A. Gross monthly income (before deductions) .................. 800.00

B. Net monthly income (after taxes) from employment ..........

C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):

Total Monthly Income (B+C): 800.00

### 3. Monthly Expenses

A. Rent/Mortgage ............................. 2000.00
B. Real Estate Taxes........................... 500.00
C. Utilities (telephone, electric, water, gas, cable, etc.) ... 500.00
D. Food, not including SNAP (food stamps).. 800.00
E. Clothing ...................................... 20.00
F. Insurance Premiums (medical/dental, auto, life, home)........ 400.00
G. Medical/Dental (costs not covered by insurance)............. 500.00
H. Transportation (bus, gasoline, etc.).... 1000.00
I. Child Care ................................... 600.00
J. Other (child support, alimony, etc.) (Specify):

Total Monthly Expenses: 6320.00

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate ........ | | | Real Estate |
| B. Motor Vehicles.... | 5000 | 6000 | Motor Vehicle −1000 |
| C. Other Personal Property ........ (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts)........ | | | Savings |
| E. Checking Account Balance (Total of all accounts) ...... | | | Checking 0 |
| F. Cash........................................ | | | Cash 0 |
| G. Other Assets (Specify): | | | Other Assets 0 |
| | | Total Assets | −1000 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| 30,000 student loan | 30,000 | 500.00 |
| 30000 credit card | 30,000 | 200.00 |
| | | |
| | | |
| Total Liabilities | 60,000 | 700.00 |

Page 1 of 3

Name of case: Antar, Theodora F vs Lodle, Matthew    Docket number (If applicable) NNH-FA19504698 S1

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ►**

*Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left: Theodora Antar | Date signed 3/17/22 |

| Subscribed and sworn to before me: | On (Date) 3/17/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*: ☐ Not indigent   ☑ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☑ Granted as follows:

  1. The following costs are ordered paid by the State

    ☑ Costs of service of process not to exceed:   $ _Statutory Rates_

    ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

    ☐ Other *(Specify)*: _____

  2. The following fees are waived   ☐ Entry fee   ☑ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other *(Specify)*: _____

  3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  4. Counsel is   ☐ Appointed *(Name)*: _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Susan A. Connors | On (Date) 3/17/22 | Signed (Judge, FSM, Assistant Clerk) | Date signed 3/17/22 |

JD-FM-75   Rev. 12-21    Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                     Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant  ☐ Not indigent  ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed     $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**
JD-FM-222  Rev. 12-21
C.G.S. § 46b-56f; P.A. 21-15

| This form is available in other language(s). |
| --- |

For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions**
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is not yet a case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

| Court Use Only |
| --- |
| EXPCUS |
| |

| Judicial District of | At *(Town)* | Return date *(If applicable)* | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **New Haven** | 04/12/2022 | **NNH-FA19-5046828-S** |

Name of case *(Plaintiff v. Defendant)*
**Antar, Theodora F. vs. Lodice, Matthew J.**

1. I, *(Name and address)* **Theodora Antar, 856 Shagbark Drive, Orange, CT**

am the Applicant for this emergency ex parte order of custody, and I am the ☒ Parent  ☐ Legal Guardian  of the

following child or children for whom I am seeking this order *(attach additional sheets if necessary):*

| Child's Name *(First, Middle Initial, Last)* | Date of birth *(Month, day, year)* |
| --- | --- |
| **Angelina Maria Lodice** | **05/21/2019** |
| | |
| | |

2. The Respondent *(Name and address)* **Matthew John Lodice, 48 Quarry Hill Rd, Waterbury, CT**

is the ☒ Parent  ☐ Legal Guardian  of the child or children named above.

3. I am filing or there is already a pending matter in which I am a party for:

☐ divorce *(dissolution of marriage).*

☐ annulment.

☒ post-judgment modification of custody.

☐ legal separation.

☒ custody of the child or children named above.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

**I ask the Court to enter the following ex parte orders:**

☒ Temporary legal and physical custody to **Theodora Antar**

☐ Visitation as follows: _____

☐ No visitation.

☒ Respondent may not remove the child or children from the State of Connecticut.

☒ Respondent may not interfere with Applicant's custody of the child or children.

☒ Respondent may not interfere with the educational program of the child or children.

☒ Other *(specify):*

I am requesting that Matthew John Lodice must return the minor child to me immediately and stop withholding her from me. I am asking that he is ordered to also stop withholding her medical and educational care and that he stop refusing to give me my court ordered right of first refusal and having strangers babysit her.

*(stamp: Judicial District of New Haven SUPERIOR COURT MAR 17 2022 CHIEF CLERK'S OFFICE)*

| Signed *(Attorney or self-represented party)* | Printed name of person signing Theodora Antar | Date signed 3/17/2122 |
| --- | --- | --- |
| Address *(Number, street, town or city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** | | Telephone number ( 203 ) 273 - 8419 |

| ☒ Print Form | Page 1 of 3 | ☒ Reset Form |
| --- | --- | --- |

145

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Affidavit

I, *(Name)* __Theodora Antar__ , am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children)*:

1. An emergency ex parte order is required because *(attach additional sheets if necessary)*:

Matthew offered to keep Angelina with him for the week of 3/7/22-3/14/22 after stating that he was not going to pay his court ordered 50% of her childcare costs for her private babysitter that usually babysits her in my home. He stated that he is not working and that he can stay with her every day since he claims to have no income or job. He stated that he would meet me on 3/15/22 at 999 Silver Lane, Trumbull, CT for a scheduled dentist appointment for Angelina. Our court order states we are to make all medical decisions for Angelina together. Matthew contacted me on 3/15/22 to tell me he was running late. When I explained to him that we could not reschedule the appointment and that they were okay with us being late, he then went behind my back and canceled the appointment without my knowledge. I went to the appointment at 5pm on 3/15/22 expecting that Matthew would meet me there with our child so she could receive medical care. Matthew instead stopped responding and stated he would make all medical decisions for her on his own, despite our court order from 6/18/2021 stating that those decisions need to be made together. He then stated in an email when I asked him to bring my child home immediately, that I could come get her any time I want from his mother's house at 48 Quarry Hill Rd, Waterbury, CT. Matthew has filed all court documents under this address, as well. However, he no longer lives there since December 2021. Waterbury police confirmed on 3/15/22 after I asked them to perform a wellness check that neither my child or her father lived there. See page 2.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I [x] have ☐ have not   been a party or a witness or participated in any other capacity in cases in Connecticut or in any other state concerning custody or any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*
__NNH-FA19-5046828-S last order 6/18/2021__

4. *(Select one)*

[x] I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is)*:
__I have told him via email that I would file for an emergency ex parte order of custody if he did not return my child to me and he is still refusing to return her to me or to honor any other part of our court order from 6/18/2021.__

☐ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

| I certify that the statements above are true to the best of my knowledge and belief. | Signed (Affiant) | Print name of person signing _Theodora Antar_ |
|---|---|---|
| *Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public)* | | Date signed 3/17/22 |

Print Form                Page 2 of 3                Reset Form

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Order *(To be completed by the court)*

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☑ Other: *Schedule for an immediate hearing*

_____

☐ This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).

| By the Court *(Judge)* | Date ordered |
|---|---|
| | 3/17/22 |

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* 4|8|22 at *(time)* 9³⁰ Am.

This hearing will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3E | (203) 503·6800 |
| Court location *(Number, street and town)* | | |
| 235 Church Street, New Haven | | |

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
- Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least **5 days** before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address | |
|---|---|---|
| *Matthew Lodice* | | |
| By the Court | Assistant Clerk | Date signed |
| *(Connors, J.)* | | 3|18|22 |



Continued from page 1

Matthew told me via email that I could come get my child any
time that I wanted from the 48 quarry hill rd in Waterbury
address where he keeps claiming to live. I drove there on
3/25/22 after him refusing to answer any of my emails or calls or
allow me to access my child. I am the primary residence for the
child as well as the custodial parent. I demanded that he bring
her back home and he stated I would have to go to his home to
get her.
When I arrived, nobody was home. I contacted the Waterbury
Police Department to conduct a wellness check on my daughter.
The police stated that upon arrival, the only person who was at
48 Quarry Hill Rd Waterbury CT was Roy Bowers, the stepdad
of Matthew Lodice. Roy stated that Matthew moved to
Newington in December 2021, and told the officer that he had
no way of getting in touch with him or the minor child and that
he did not know where he lives now or have any communication
with him. The case number from the Waterbury Police for this
incident is 22-25336.
The Waterbury Police then instructed me to contact the Orange
Police Department, stating that my child's primary residence is
in Orange and that they would have to help try and locate her.
After many emails to Matthew asking him where my child was
and why he was refusing to bring her home and refusing to take
her to medical appointments or to her babysitter during the
week, he did not respond to any. The Orange Police were able to
get in touch with him. He told the Orange Police that he has
been living in Newington since December of 2021 and he
admitted to lying to the court and lying to me about his address.
I have tried to have him served before by a marshal and was also
unable to due to the fact that he refuses to disclose his address. I
believe he should have to disclose his address so both the court
as well as child support can be aware of it. Also, I want to know
where my child will be residing while under his custody to make
sure that the conditions are suitable for a 2 year old little girl. I
can not have any police department do a welfare check because
nobody knows the address of where he is living with the child.
He told the Orange police that he would not be willing to take

③

my child home on 3/15/22. The Orange Police advised me to file an emergency ex parte order. The case number for Orange Police from the incident on 3/15/22 and their discussion with him is 22-9388. I am asking that my child be returned home to me immediately at my home at 856 Shagbark Drive Orange CT and that the court order her father to stop withholding the child from me and refusing my ordered right of first refusal. She has not been able to go to the doctor because he is refusing to take her or take her home. I want my child back. This is not fair to her. I miss my child and he has not allowed me to see her at all or talk to her. This is causing great psychological damage to my daughter who desperately needs me her mother. I am also asking that the court order Matthew to disclose his address so for safety reasons I know where my child will reside while in his care. I feel that she may be in danger and I have no way to confirm otherwise. Matthew has blocked me and refuses to return any emails, as well.



ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

4/8/2022

## ORDER

ORDER REGARDING:
03/17/2022 145.00 APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY

Plaintiff Present. Defendant Present.

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Tiffany McCormick

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR MODIFICATION**

JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☑ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

Judicial District of **New Haven**   At *(Town)* **New Haven**   Docket number **NNH-FA19-5046828-S**

Plaintiff's name **Antar, Theodora Antar**   Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark drive, Orange, CT, 06477**

Defendant's name **Loube, Matthew J.**   Defendant's address *(Number, street, city, state, zip code)* **48 Quarry Hill Rd, Waterbury, CT**

Type of Motion to Modify
☐ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify)*

I, **Theodora Antar**   ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **6/18/2021** directing **Matthew Loube**, residing
*(Name)*
**48 Quarry Hill Rd, waterbury, CT** to: *(Complete the boxes that apply to your motion.)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: $ **20** every *(per)* **week** | Pay alimony in the amount of: $ every *(per)* |

| Pay arrearages as follows: $ every *(per)* | on the total arrearage owed of $ | as of *(date)* |

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody ☐ Sole custody | Have visitation or parenting time as follows: **weekend Fri 530 - mon 930** | Primary residence of child/children with: **mom** |

| Provide health insurance coverage ☑ No ☐ Yes | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical $ every *(per)* |

| Contribute to child care **50** % or $ | Other *(Specify)* **follow order** |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*
☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
**Father making more money, not following agreement, returning to child**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No

If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*
☑ Order current support   ☑ Find arrearage and order payment   ☑ Order immediate income withholding
☑ Increase current support   ☑ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☑ Other **return child immediately**

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows: **remove father's visitation**

*(Continued on page 2)*   Select appropriate court: ☑ Superior Court   ☐ Family Support Magistrate Division

**14610**

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Anton Theodora F. | Lodice, Matthew J | NNH-FA19-5046828-5 |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify visitation (parenting time) as follows: mother's discretion

## e. Other ☑ remove weekly visit
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name Theodora Anton | Title (If applicable) | Date signed 8/17/22 |
|---|---|---|---|
| Address (Number, street, city, state, zip code) 856 Shagbark drive, Orange, CT | | | Phone number 2037138419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) ▶ | Print or type name of person signing | Date signed |
|---|---|---|

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the ☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least 12 **5 days** before the date of the hearing. Proof of service must be made to this Court at least 6 days before the date of hearing.

| **Hearing to be held at** ▶ | Superior Court, Judicial District of New Haven | | Date 4 8 22 |
|---|---|---|---|
| | Court Address 235 Church Street | Room Number 3E | Time 9:30 am |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least 12 **5 days** before the date of the hearing, and file proof of service with this Court at least 6 days before the hearing.

| Person to be served matthew Lodice | Address |  |
|---|---|---|
| By the Court (Connors, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 3 18 22 |

## Order   The court has heard this motion and orders it

☐ Granted    ☐ Denied   **and**   ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify: ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)  Rev. 3-20

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available *in other language(s).* |
| --- |

| Court Use Only |
| --- |
| **AFFACUS** |
| ‖‖‖‖‖‖‖‖‖‖ |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At *(Town)* | Probate District name and number | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **New Haven** | | **NNH-FA19-5046828-S** |

| Plaintiff/Applicant's name *(Last, first, middle initial)* | Defendant/Respondent's name *(Last, first, middle initial)* |
| --- | --- |
| **Antar, Theodora F.** | **Lodice, Matthew J.** |

**You must provide information about the past five years for each child affected by this case. Provide the information below. if you need more space, use form JD-FM-164A.**

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* |
| --- | --- |
| **Angelina Maria Lodice** | **05/21/2019** |

| Dates(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
| --- | --- | --- | --- |
| From **05/21/2019** To **The present** *(date)* | **856 Shagbark Drive, Orange CT 06477** | Julianna Viglione, Theodora Antar | **mom/sister** |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* | Residence information is same as for child above. *(If not same, provide information)* ☐ |
| --- | --- | --- |

| Dates(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
| --- | --- | --- | --- |
| From _____ To **The present** *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | *Judicial District of New Haven* *SUPERIOR COURT* | |
| From _____ To _____ *(date)* *(date)* | | **MAR 17 2022** | |
| From _____ To _____ *(date)* *(date)* | | *CHIEF CLERK'S OFFICE* | |

☐   Select here if additional children are listed on JD-FM-164A.

**Page 1 of 2**

⊞ Print Form ⊞        ⊞ Reset Form ⊞

147

1. *(Select one)*   [×] I have   [ ] I have not   been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

__NNH-FA19-5046828-S__

*(Select item 2 or 3 below)*

2. [×] I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. [ ] I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Select one)*   [×] No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

[ ] The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

Name: _____

Address: _____
*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

[ ] Yes      [ ] No      [ ] Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

[ ] Yes      [×] No      [ ] Do not know      If yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

Signature _____   Print name of person signing   Theodore Antar

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*   Kittim Hannah

Date signed   3/17/22

JD-FM-164   Rev. 1-22   **Page 2 of 2**

> You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

[Print Form]      [Reset Form]

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☑ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

Judicial District of: New Haven   At (Town): New Haven   Docket number: NNH-FA19-5046828-S

Plaintiff's name: Antar, Theodora Antar   Plaintiff's address (Number, street, city, state, zip code): 856 Shagbark drive, Orange, CT, 06477

Defendant's name: Locke, Matthew J.   Defendant's address (Number, street, city, state, zip code): 48 Quarry Hill Rd, Waterbury, CT

Type of Motion to Modify
☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, Theodora Antar   ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated 6/18/2021 directing Matthew Locke, residing
*(Name)*
48 Quarry Hill Rd, waterbury, CT  to: *(Complete the boxes that apply to your motion.)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: $ 120 every (per) week | Pay alimony in the amount of: $ every (per) |

| Pay arrearages as follows: $ every (per) | on the total arrearage owed of $ | as of (date) |

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody ☐ Sole custody | Have visitation or parenting time as follows: weekend Fri 530 - mon 930 | Primary residence of child with: mom |

| Provide health insurance coverage ☑ No ☐ Yes | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical every (per) |

| Contribute to child care 50 % or $ | Other *(Specify):* follow order |

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*
☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father making more money, not following agreement, refusing to return child
☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☑ Find arrearage and order payment   ☑ Order immediate income withholding
☑ Increase current support   ☑ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☑ Contribute to child care   ☑ Other return child immediately

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows: remove father's visitation

*(Continued on page 2)*   Select appropriate court: ☑ Superior Court   ☐ Family Support Magistrate Division

14610

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Anton Theodora F. | Lodice, Matthew J | NNH-FA19-5046828-S |

**d. Visitation/Parenting Time**

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify visitation (parenting time) as follows:  mother's discretion

**e. Other** ☑ remove weekly visits
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodou Antur | | 8/17/22 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 656 Shagbark drive, orange, CT | 2857738419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least ~~12 days~~ 5 before the date of the hearing. Proof of service must be made to this Court ~~at least 6 days~~ before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of New Haven | | Date 4 8 22 |
|---|---|---|---|
| | Court Address 235 Church Street | Room Number 3E | Time 9:30 Am |

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least ~~12 days~~ 5 before the date of the hearing, and file proof of service with this Court at ~~least 6 days~~ before the hearing.

| Person to be served | Address |
|---|---|
| matthew Lodice | |

| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |
|---|---|---|
| (Connors, J.) | | 3 18 22 |

## Order   The court has heard this motion and orders it

☐ Granted    ☐ Denied   and   ☐ Further orders (if applicable):

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)   Rev. 3-20

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

*This form is available in other language(s).*

| Court Use Only |
|---|
| **AFFACUS** |

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
*Fill out this form completely.*
*You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.*

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Probate District name and number | Docket number **NNH-FA19-5046828-S** |
|---|---|---|---|

| Plaintiff/Applicant's name *(Last, first, middle initial)* **Antar, Theodora F.** | Defendant/Respondent's name *(Last, first, middle initial)* **Lodice, Matthew J.** |
|---|---|

**You must provide information about the past five years for each child affected by this case. Provide the information below.**
**If you need more space, use form JD-FM-164A.**

Child's name *(First, middle, last)* **Angelina Maria Lodice** — Date of birth *(Month, day, year)* **05/21/2019**

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From **05/21/2019** To **The present** *(date)* | **856 Shagbark Drive, Orange CT 06477** | Julianna Viglione, Theodora Antar | **mom/sister** |
| From _____ To _____ *(date)*   *(date)* | | | |
| From _____ To _____ *(date)*   *(date)* | | | |
| From _____ To _____ *(date)*   *(date)* | | | |
| From _____ To _____ *(date)*   *(date)* | | | |

Child's name *(First, middle, last)* — Date of birth *(Month, day, year)* — ☐ Residence information is same as for child above. *(If not same, provide information)*

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From _____ To **The present** *(date)* | | | |
| From _____ To _____ *(date)*   *(date)* | | | |
| From _____ To _____ *(date)*   *(date)* | | *Judicial District of New Haven SUPERIOR COURT* | |
| From _____ To _____ *(date)*   *(date)* | | **MAR 17 2022** | |
| From _____ To _____ *(date)*   *(date)* | | *CHIEF CLERK'S OFFICE* | |

☐ Select here if additional children are listed on JD-FM-164A.

*Page 1 of 2*

[ Print Form ]          [ Reset Form ]

147

1. *(Select one)*  ☒ I have  ☐ I have not       been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

<u>NNH-FA19-5046828-S</u>

*(Select item 2 or 3 below)*

2. ☒  I do not know of other civil or criminal cases in Connecticut or another state, now or in the past,  that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐  I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case,  including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Select one)*  ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

**Name:** _____

**Address:** _____

*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes       ☐ No       ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes       ☒ No       ☐ Do not know       If yes, fill in the following:

| Child's name | Date of birth  *(Month, day, year)* |
|---|---|

Signature

Print name of person signing: Theodore Antony

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*

Date signed: 3/17/22

JD-FM-164   Rev. 1-22

*Page 2 of 2*

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

▣Print Form▣          ▣Reset Form▣

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
|---|

| Court Use Only |
|---|
| **AFFACUS** |

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At *(Town)* | Probate District name and number | Docket number |
|---|---|---|---|
| **New Haven** | **New Haven** | | **NNH-FA19-5046828-S** |

| Plaintiff/Applicant's name *(Last, first, middle initial)* | Defendant/Respondent's name *(Last, first, middle initial)* |
|---|---|
| **Antar, Theodora F.** | **Lodice, Matthew J.** |

You must provide information about the past five years for each child affected by this case. Provide the information below.
If you need more space, use form JD-FM-164A.

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* |
|---|---|
| **Angelina Maria Lodice** | **05/21/2019** |

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From **05/21/2019** To **The present** *(date)* | **856 Shagbark Drive, Orange CT 06477** | **Julianna Viglione, Theodora Antar** | **mom/sister** |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* | ☐ Residence information is same as for child above. *(If not same, provide information)* |
|---|---|---|

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From _____ To **The present** *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | *Judicial District of New Haven* *SUPERIOR COURT* | |
| From _____ To _____ *(date)* *(date)* | | **MAR 17 2022** | |
| From _____ To _____ *(date)* *(date)* | | *CHIEF CLERK'S OFFICE* | |

☐ Select here if additional children are listed on JD-FM-164A.

| Print Form | Reset Form |
|---|---|

*Page 1 of 2*

147

1. **(Select one)**  ☒ I have  ☐ I have not      been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

<u>NNH-FA19-5046828-S</u>

**(Select item 2 or 3 below)**

2. ☒ I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐ I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location *(including state)* |
|---|---|---|
| Nature of proceeding | | |

4. **(Select one)**  ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

Name: _____

Address: _____
*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes        ☐ No        ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes      ☒ No      ☐ Do not know      If yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

| Signature | Print name of person signing  Theodore Antar |
|---|---|
| Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)* | Date signed  3/17/22 |

JD-FM-164   Rev. 1-22                                                                                 *Page 2 of 2*

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

[Print Form]                          [Reset Form]

# MOTION FOR MODIFICATION

JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

For information on ADA accommodations,
contact a court clerk or go to: www.jud.ct.gov/ADA.

*(Select one)*

☐ Before judgment   ☑ After judgment   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar, Theodora | 856 Snagbark drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Lodice Matthew J. | 48 Quarry Hill Rd, Waterbury, CT |

**Type of Motion to Modify**

☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify)*

I, **Theodora Antar** , ☑ the Plaintiff ☐ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **6/18/2021** directing **Matthew Lodice** , residing
**48 Quarry Hill Rd, Waterbury, CT** to: *(Complete the boxes that apply to your motion.)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) week | $ every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ every (per) | on the total arrearage owed of $ | as of (date) |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of child/children with: |
|---|---|---|
| ☑ Joint legal custody ☐ Sole custody | weekend Fri 530 - mon 930 | mom |

| Provide health insurance coverage | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☑ No ☐ Yes | | $ every (per) |

| Contribute to child care | Other *(Specify)* |
|---|---|
| 50 % or $ | follow order |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father making more money, not following agreement, reporting to PCP to child

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No

If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☑ Find arrearage and order payment   ☑ Order immediate income withholding
☑ Increase current support   ☑ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☑ Other return child immediately

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease

the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody, as follows: remove father's visitation

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☑ Family Support Magistrate Division

148

Plaintiff's name: Arror, Theodora F.    Defendant's name: Lodice, Matthew J    Docket number: NNH-FA19-5046828-S

### d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify visitation (parenting time) as follows:

mother's discretion

### e. Other ☑ Remove weekly visits
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| *[signature]* | Theodora Arror | | 5/17/22 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 856 Shagbark drive, orange, CT | 2037738419 |

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |

### Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the ☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Haven | | Date 6/1/22 |
|---|---|---|---|
| | Court Address 235 church st New Haven ct | Room Number 3A | Time 10:00 AM |

### TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |
|---|---|---|
| Clgo ferguson | | 3/18/22 |

### Order   The court has heard this motion and orders it

☐ Granted   ☐ Denied   and   ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|
| | |

### For Court Use Only

Fee for Motion to Modify: ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)   Rev. 3-20

ORDER   435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
     V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

5/30/2023

ORDER

ORDER REGARDING:
03/17/2022 148.00 MOTION TO MODIFY - GENERAL

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Agreement #153.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

## ORDER

ORDER REGARDING:
03/17/2022 148.00 MOTION TO MODIFY - GENERAL

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

19-5046828

## OFFICER'S RETURN

STATE OF CONNECTICUT

ss:   Waterbury, March 24, 2022

COUNTY OF NEW HAVEN

Then and there by virtue hereof, I served the within named defendant, **MATTHEW J. LODICE** by leaving at the usual place of abode of said defendant at 48 Quarry Hill Road, Waterbury, CT; a true and attested copy of the original Application for Emergency Ex Parte Order of Custody, Affidavit, Motion for Modification, Affidavit Concerning Children and Motion for Modification with my endorsement thereon.

The within and foregoing is the Application for Emergency Ex Parte Order of Custody, Affidavit, Motion for Modification, Affidavit Concerning Children and Motion for Modification with my doings hereon endorsed.

ATTEST:

RICHARD M FRY
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service          $  40.00
Copies              12.00
Endorsements         5.20
Travel              21.94
Total:           $ 79.14

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

MAR 2 8 2022

**CHIEF CLERK'S OFFICE**

**APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**

JD-FM-222  Rev. 12-21
C.G.S. § 46b-56f; P.A. 21-15

| This form is available in other language(s). |
| --- |

**For information on ADA accommodations, contact a court clerk or go to:** *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions**
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

| Court Use Only |
| --- |
| EXPCUS |
| ||||||||||||||| |

| Judicial District of | At *(Town)* | Return date *(If applicable)* | Docket number |
| --- | --- | --- | --- |
| New Haven | New Haven | 04/12/2022 | NNH-FA19-5046828-S |

Name of case *(Plaintiff v. Defendant)*
**Antar, Theodora F. vs. Lodice, Matthew J.**

1. I, *(Name and address)* **Theodora Antar, 856 Shagbark Drive, Orange, CT**

am the Applicant for this emergency ex parte order of custody, and I am the ☒ Parent ☐ Legal Guardian of the following child or children for whom I am seeking this order *(attach additional sheets if necessary):*

| Child's Name *(First, Middle Initial, Last)* | Date of birth *(Month, day, year)* |
| --- | --- |
| Angelina Maria Lodice | 05/21/2019 |
| | |
| | |

2. The Respondent *(Name and address)* **Matthew John Lodice, 48 Quarry Hill Rd, Waterbury, CT**

is the ☒ Parent ☐ Legal Guardian of the child or children named above.

3. I am filing or there is already a pending matter in which I am a party for:

☐ divorce *(dissolution of marriage).* ☐ legal separation.

☐ annulment. ☒ custody of the child or children named above.

☒ post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

**I ask the Court to enter the following ex parte orders:**

☒ Temporary legal and physical custody to **Theodora Antar**

☐ Visitation as follows: _____

☐ No visitation.

☒ Respondent may not remove the child or children from the State of Connecticut.

☒ Respondent may not interfere with Applicant's custody of the child or children.

☒ Respondent may not interfere with the educational program of the child or children.

☒ Other *(specify):*

**I am requesting that Matthew John Lodice must return the minor child to me immediately and stop withholding her from me. I am asking that he is ordered to also stop withholding her medical and educational care and that he stop refusing to give me my court ordered right of first refusal and having strangers babysit her.**

*Judicial District of New Haven
SUPERIOR COURT
MAR 17 2022
CHIEF CLERK'S OFFICE*

| Signed *(Attorney or self-represented party)* | Printed name of person signing
Theodora Antar | Date signed
3/17/22 |
| --- | --- | --- |
| Address *(Number, street, town or city, state, zip code)*
**856 Shagbark Drive, Orange, CT, 06477** | Telephone number
( 203 ) 273 - 8419 | |

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Affidavit

I, (Name) __Theodora Antar_____, am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children)*:

1. An emergency ex parte order is required because *(attach additional sheets if necessary)*:

 Matthew offered to keep Angelina with him for the week of 3/7/22-3/14/22 after stating that he was not going to pay his court ordered 50% of her childcare costs for her private babysitter that usually babysits her in my home. He stated that he is not working and that he can stay with her every day since he claims to have no income or job. He stated that he would meet me on 3/15/22 at 999 Silver Lane, Trumbull, CT for a scheduled dentist appointment for Angelina. Our court order states we are to make all medical decisions for Angelina together. Matthew contacted me on 3/15/22 to tell me he was running late. When I explained to him that we could not reschedule the appointment and that they were okay with us being late, he then went behind my back and canceled the appointment without my knowledge. I went to the appointment at 5pm on 3/15/22 expecting that Matthew would meet me there with our child so she could receive medical care. Matthew instead stopped responding and stated he would make all medical decisions for her on his own, despite our court order from 6/18/2021 stating that those decisions need to be made together. He then stated in an email when I asked him to bring my child home immediately, that I could come get her any time I want from his mother's house at 48 Quarry Hill Rd, Waterbury, CT. Matthew has filed all court documents under this address, as well. However, he no longer lives there since December 2021. Waterbury police confirmed on 3/15/22 after I asked them to perform a wellness check that neither my child or her father lived there. See page 2.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I [x] have [ ] have not been a party or a witness or participated in any other capacity in cases in Connecticut or in any other state concerning custody or any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*
 NNH-FA19-5046828-S last order 6/18/2021

4. *(Select one)*

 [x] I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is)*:
 I have told him via email that I would file for an emergency ex parte order of custody if he did not return my child to me and he is still refusing to return her to me or to honor any other part of our court order from 6/18/2021.

 [ ] No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

| I certify that the statements above are true to the best of my knowledge and belief | Signed (Affiant) | Print name of person signing meodora Antar |
|---|---|---|
| *Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public)* | | Date signed 3/17/22 |

| Print Form | Page 2 of 3 | Reset Form |
|---|---|---|

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Order *(To be completed by the court)*

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☑ Other: _Schedule for an immediate hearing_

☐ This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).

| By the Court *(Judge)* | Date ordered |
|---|---|
| _[signature]_ | 3/17/22 |

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* 4 8 22 at *(time)* 9³⁰ Am.

This hearing will be held   ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3E | (203) 503 6800 |
| Court location *(Number, street and town)* 235 Church Street, New Haven | | |

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
- Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least **5 days** before the date of the hearing, and file proof of service with this Court.

| Person to be served Matthew Lodice | Address | | |
|---|---|---|---|
| By the Court (Connors, J.) | Assistant Clerk _[signature]_ | Date signed 3 18 22 | |

| Print Form | Page 3 of 3 | Reset Form |



Continued from page 1

Matthew told me via email that I could come get my child any
time that I wanted from the 48 quarry hill rd in Waterbury
address where he keeps claiming to live. I drove there on
3/25/22 after him refusing to answer any of my emails or calls or
allow me to access my child. I am the primary residence for the
child as well as the custodial parent. I demanded that he bring
her back home and he stated I would have to go to his home to
get her.
When I arrived, nobody was home. I contacted the Waterbury
Police Department to conduct a wellness check on my daughter.
The police stated that upon arrival, the only person who was at
48 Quarry Hill Rd Waterbury CT was Roy Bowers, the stepdad
of Matthew Lodice. Roy stated that Matthew moved to
Newington in December 2021, and told the officer that he had
no way of getting in touch with him or the minor child and that
he did not know where he lives now or have any communication
with him. The case number from the Waterbury Police for this
incident is 22-25336.
The Waterbury Police then instructed me to contact the Orange
Police Department, stating that my child's primary residence is
in Orange and that they would have to help try and locate her.
After many emails to Matthew asking him where my child was
and why he was refusing to bring her home and refusing to take
her to medical appointments or to her babysitter during the
week, he did not respond to any. The Orange Police were able to
get in touch with him. He told the Orange Police that he has
been living in Newington since December of 2021 and he
admitted to lying to the court and lying to me about his address.
I have tried to have him served before by a marshal and was also
unable to due to the fact that he refuses to disclose his address. I
believe he should have to disclose his address so both the court
as well as child support can be aware of it. Also, I want to know
where my child will be residing while under his custody to make
sure that the conditions are suitable for a 2 year old little girl. I
can not have any police department do a welfare check because
nobody knows the address of where he is living with the child.
He told the Orange police that he would not be willing to take

③

my child home on 3/15/22. The Orange Police advised me to file an emergency ex parte order. The case number for Orange Police from the incident on 3/15/22 and their discussion with him is 22-9388. I am asking that my child be returned home to me immediately at my home at 856 Shagbark Drive Orange CT and that the court order her father to stop withholding the child from me and refusing my ordered right of first refusal. She has not been able to go to the doctor because he is refusing to take her or take her home. I want my child back. This is not fair to her. I miss my child and he has not allowed me to see her at all or talk to her. This is causing great psychological damage to my daughter who desperately needs me her mother. I am also asking that the court order Matthew to disclose his address so for safety reasons I know where my child will reside while in his care. I feel that she may be in danger and I have no way to confirm otherwise. Matthew has blocked me and refuses to return any emails, as well.



**MOTION FOR MODIFICATION**

JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
(Select one)

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☑ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

Plaintiff's name: Antar, Theodora Antar
Plaintiff's address (Number, street, city, state, zip code): 856 Shagbark drive, Orange, CT, 06477

Defendant's name: Louie, Matthew J.
Defendant's address (Number, street, city, state, zip code): 48 Quarry Hill Rd, Waterbury, CT

Type of Motion to Modify: ☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other (Specify):

I, Theodora Antar, ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
(Name)

1. This Court issued an order dated 6/18/2021 directing Matthew Louie, residing
(Name)
48 Quarry Hill Rd, waterbury, CT to: (Complete the boxes that apply to your motion)
(Number, street, city, state, zip code)

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 20 every (per) week 1x | $ every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ every (per) | on the total arrearage owed of $ | as of (date) |

| Have custody of the child/children: (Select one) | Have visitation or parenting time as follows: | Primary residence of child/with: |
|---|---|---|
| ☑ Joint legal custody ☐ Sole custody | weekend Fri 530 - mon 930 | mom |

| Provide health insurance coverage | Pay 50% of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☑ No ☐ Yes | | $ every (per) |

| Contribute to child care | Other (Specify): |
|---|---|
| 50% or $ | follow order |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father making more money, not following agreement, refusing to return child

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☑ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☑ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** (Select all that apply)

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☑ Find arrearage and order payment   ☑ Order immediate income withholding
☐ Increase current support   ☑ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☐ Other return child immediately

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows: remove father's visitation

(Continued on page 2)   Select appropriate court: ☑ Superior Court   ☐ Family Support Magistrate Division

*(stamp)* Judicial District of New Haven SUPERIOR COURT MAR 17 2022 CHIEF CLERK'S OFFICE

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
|---|

| Court Use Only |
|---|
| **AFFACUS** |

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At *(Town)* | Probate District name and number | Docket number |
|---|---|---|---|
| **New Haven** | **New Haven** | | **NNH-FA19-5046828-S** |

| Plaintiff/Applicant's name *(Last, first, middle initial)* | Defendant/Respondent's name *(Last, first, middle initial)* |
|---|---|
| **Antar, Theodora F.** | **Lodice, Matthew J.** |

You must provide information about the past five years for each child affected by this case. Provide the information below.
If you need more space, use form JD-FM-164A.

| Child's name *(First, middle, last)* | | Date of birth *(Month, day, year)* |
|---|---|---|
| **Angelina Maria Lodice** | | **05/21/2019** |

| Dates(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From **05/21/2019** To **The present** *(date)* | **856 Shagbark Drive, Orange CT 06477** | Julianna Viglione, Theodora Antar | **mom/sister** |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* | ☐ Residence information is same as for child above. *(If not same, provide information)* |
|---|---|---|

| Dates(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From _____ To **The present** *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | *Judicial District of New Haven SUPERIOR COURT* | |
| From _____ To _____ *(date)* *(date)* | | *MAR 17 2022* | |
| From _____ To _____ *(date)* *(date)* | | *CHIEF CLERK'S OFFICE* | |
| From _____ To _____ *(date)* *(date)* | | | |

☐ Select here if additional children are listed on JD-FM-164A.

*Page 1 of 2*

| Print Form | | Reset Form |
|---|---|---|

1. *(Select one)*  ☒ I have  ☐ I have not      been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

__NNH-FA19-5046828-S__ _____

_____

_____

*(Select item 2 or 3 below)*

2. ☒  I do not know of other civil or criminal cases in Connecticut or another state, now or in the past,  that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐  I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case,  including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Select one)*  ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody
or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights
regarding any child listed here:

**Name:** _____

**Address:** _____

*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes        ☐ No        ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes        ☒ No        ☐ Do not know        If yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

Signature: _(signature)_                  Print name of person signing: Theodore Antar

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*

Date signed: 3/17/22

JD-FM-164    Rev. 1-22

*Page 2 of 2*

---

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

[ Print Form ]                    [ Reset Form ]

CHILD SUPPORT ISSUES ON YOUR FILE ARE
ASSIGNED TO THE FAMILY SUPPORT
MAGISTRATE DIVISION. ISSUES REGARDING
CUSTODY/VISITATION PERTAINING TO THIS FILE
ARE HEARD BY THE SUPERIOR COURT FAMILY
COURT DIVISION. THESE MATTERS ARE
SCHEDULED BY THE DIFFERENT COURTS ON
DIFFERENT DATES.

THEREFORE, YOUR MOTION HAS BEEN COPIED
AND SCHEDULED FOR TWO SEPARATE DAYS: ONE
TO ADDRESS CUSTODY/VISITATION ISSUES IN
FAMILY COURT AND ONE TO ADDRESS THE
CHILD SUPPORT ISSUES IN FAMILY SUPPORT
MAGISTRATE COURT.

BE SURE TO HAVE BOTH MOTIONS SERVED TO
THE OTHER PARTY AND MAKE NOTE OF BOTH
COURT DATES.

FEEL FREE TO CONTACT THE COURT IF YOU
HAVE ANY QUESTIONS.

# MOTION FOR MODIFICATION

JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

**For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ **Before judgment**   ☑ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar Theodora Antar | 856 Snagbark drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Locke Matthew J. | 48 Quarry Hill Rd, Waterbury, CT |

**Type of Motion to Modify**
☑ Child Support   ☐ Alimony   ☑ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, Theodora Antar   ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated 6/18/2021 directing Matthew Locke, residing at
*(Name)*
48 Quarry Hill Rd, Waterbury, CT   to: *(Complete the boxes that apply to your motion.)*
*(Number, street, city, state, zip code)*

*(Stamp: Judicial District of New Haven, SUPERIOR COURT, MAR 17 2022, CHIEF CLERK'S OFFICE)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 20 every (per) week | $ every (per) |

| Pay arrearages as follows: | | | |
|---|---|---|---|
| $ every (per) | on the total arrearage owed of $ | | as of *(date)* |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☑ Joint legal custody   ☐ Sole custody | weekend Fri 530 - mon 930 | mom |

| Provide health insurance coverage | Pay 50 % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☑ No   ☐ Yes | $ | $ every (per) |

| Contribute to child care | Other *(Specify)* |
|---|---|
| 50 % or $ | follow order |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father making more money, not following agreement, revenge on child to

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☑ Yes   ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.   ☑ Yes   ☐ No

If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☑ Find arrearage and order payment   ☐ Order immediate income withholding
☑ Increase current support   ☑ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☑ Other own child immediately

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☑ Modify custody as follows:
remove father's visitation

*(Continued on page 2)*

Select appropriate court:  ☐ Superior Court   ☑ Family Support Magistrate Division

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

## To: The Superior Court

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Theodora Antar | FA 19 50 96828 |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St New Haven |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora F | 856 Shagbark Drive, Orange 06477 | 203 273 8419 |

## Type of proceeding (select all that apply)

☐ Motion to Open Judgment
☑ Motion for Modification
☐ Contempt
☐ Application for Custody
☐ Dissolution of Marriage/Civil Union (Divorce)
☐ Parentage
☐ Application or Petition for Visitation
☐ Appellate Matter (Supreme or Appellate Court)
☐ Cross Complaint
☐ Other (ex parte custody, etc.) (Specify): _____

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs (select all that apply)

☐ Entry fee (fee to file a new case)
☐ Costs of service of process (delivery of papers by state marshal or other proper officer)
☑ Filing fee(s) (fee to file motion, etc.)
☐ Costs for participating in parenting education under C.G.S. § 46b-69b
☐ Appellate filing fee (Supreme or Appellate Court)
☐ Cost of the transcript for appeal
☐ Other (certified copy of judgment, etc.) (Specify): _____

## Grounds for Appeal (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal)

The grounds on which I propose to appeal are: _____

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

☐ I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents (people supported by you)

Total number of dependents (not including yourself) [2]

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income (before deductions) | 800.00 |
| B. Net monthly income (after taxes) from employment | |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): | + |
| | = |
| **Total Monthly Income (B+C)** | 800.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | 500.00 |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | 500.00 |
| D. Food, not including SNAP (food stamps) | 800.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums (medical/dental, auto, life, home) | 400.00 |
| G. Medical/Dental (costs not covered by insurance) | 500.00 |
| H. Transportation (bus, gasoline, etc.) | 1000.00 |
| I. Child Care | 600.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| **Total Monthly Expenses** | 6320.00 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 5000 | 6000 | Motor Vehicle −1000 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings 0 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 0 |
| F. Cash | | | Cash 0 |
| G. Other Assets (Specify): | | | Other Assets 0 |
| | | **Total Assets** | −1000 |

### 5. Liabilities/Debts (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets.")

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| 30,000 student loan | 30,000 | 500.00 |
| 30,000 credit card | 30,000 | 200.00 |
| | | |
| | | |
| **Total Liabilities** | 60,000 | 700.00 |

Judicial District of New Haven
SUPERIOR COURT
FILED
MARCH 17 2022
CHIEF CLERK'S OFFICE

| Name of case | Docket number *(If applicable)* |
|---|---|
| Antal, Theodora F vs Lodge Matthew | NNHFA195046282 81 |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | ***Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.***

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antal | 3/17/22 |

| Subscribed and sworn to before me: | On *(Date)* 3/17/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent  ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State

        ☒ Costs of service of process not to exceed:  $ Statutory Rates

        ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

        ☐ Other *(Specify):* _____

    2. The following fees are waived  ☐ Entry fee  ☒ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is  ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Susan A. Connors | 3/17/22 | | 3/17/22 |

JD-FM-75  Rev. 12-21 | Page 2 of 3

| Name of case | Docket number  *(If applicable)* |
|---|---|
|  |  |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐  I request a court hearing on the application.

▶ _____    _____
Signed *(Applicant)*                                                         Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
|  |  |  |  |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay       hereby orders the application:

☐  Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed   $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify)*: _____

☐  Denied for the following reason(s): _____

☐  The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
|  |  |  |  |

19-5046828

STATE OF CONNECTICUT )
                     )
COUNTY OF NEW HAVEN )        ss:

Then and there and by virtue hereof, I made service upon the within named defendant

Matthew J. Lodice

by leaving a true and attested copy of the within Motion For Contempt, with my
endorsement thereon.

Could not make personal in hand Service on
Matthew J. Lodice, Contempt motion given To
me with one day left To serve it

The within and foregoing is the original Motion For Contempt with my doings
and endorsement hereon.

Fee:
Travel
Copy
Service
Endorsement

_____
State Marshal for New Haven County

Judicial District of New Haven
SUPERIOR COURT
FILED

APR 0 4 2022

CHIEF CLERK'S OFFICE

150

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | |
| ‖‖‖‖‖‖‖‖‖‖ | *Certification has been filled out.* |
| **CONTCPL** | |
| ‖‖‖‖‖‖‖‖‖‖ | *Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2.* |
| **CONTCIT** | |
| ‖‖‖‖‖‖‖‖‖‖ | *Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2.* |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* [ ] Before Judgment (pendente lite)   [x] After Judgment

| Judicial District of | At *(Town )* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **48 Quarry Hill Rd, Waterbury, CT, 06706** |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the [x] Plaintiff  [ ] Defendant  [ ] Third Party  in this case.

On *(date)* 06/18/2021   the court made an order that *(name)* Matthew J. Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
Matthew has refused to give me the right of first refusal in watching our daughter countless times. He has had strangers, his minor children, and others watch the 2 year old child without giving me right of first refusal. He refuses to tell me where she is and who she is being watched by, and doesn't give me an option to watch her first. He then on 2/7/2022 did not show up at our designated meeting place on our agreement and refused to return the child to me and currently is refusing to return her to me. He states that he will not follow any part of our agreement. He hasnt paid child support or child care costs in 5 months either, despite them both also being part of our court order. He refuses to make medical, educational decisions together like stated in agreement

**Claim for Relief**

I ask the court to find *(name)* Matthew J. Lodice   in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)* [x] I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | **Theodora F. Antar** | **02/11/2022** |

| Mailing address of self-represented party or attorney |
|---|
| **856 Shagbark Drive, Orange, CT, 06477** |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| **theodoraantar@gmail.com** | **(203)273-8419** |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)*  02/11/2022   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew J. Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706

Court Use Only

Judicial District of New Haven
SUPERIOR COURT
FILED

FEB 1 4 2021

CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| | **Theodora F. Antar** | **02/11/2022** |

**For information on ADA accommodations,**
**contact a court clerk or go to:** *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter? [x] Yes  [ ] No

Page 1

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodore F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on *(date)* 4|12|22 at *(time)* 10³⁰ Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 31 | (203) 503·6800 |
| Court location *(Number, street and town)* | | |
| 235 Church Street, New Haven | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| *Matthew Lodice* | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| *(Grossman, J.)* | | 2|23|22 |

# APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees is denied to the court for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring this form to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees are payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew | FA195046828S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora F. | 235 Church St, New Haven, | 2032738419 |

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)* (Specify): 
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify):
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: 

MAR 09 2022

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

CHIEF CLERK'S OFFICE

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)*  2

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 650.00 |
| B. Net monthly income *(after taxes)* from employment | |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* (Specify which one(s) here): Child Support | + 460 = |
| Total Monthly Income (B+C) | 1110.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | 250.00 |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 100.00 |
| D. Food, *not including SNAP (food stamps)* | 500.00 |
| E. Clothing | 20.00 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | 500.00 |
| G. Medical/Dental *(costs not covered by insurance)* | 500.00 |
| H. Transportation *(bus, gasoline, etc.)* | 800.00 |
| I. Child Care | 540 |
| J. Other *(child support, alimony, etc.)* (Specify): | |
| Total Monthly Expenses | 5,310 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 3000.00 | 7000.00 | Motor Vehicle -4000.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 100.00 |
| F. Cash | | | Cash 20.00 |
| G. Other Assets (Specify): | | | Other Assets |
| Total Assets | | | -3680.00 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 30,000 | 800.00 |
| Credit cards | 16,000 | 300.00 |
| Total Liabilities | 46,000.00 | 1100.00 |

Page 1 of 3

| Name of case | Docket number (if applicable) |
|---|---|
| Antar, Theodora F. vs. Lowe, Martin CW | NNH-FA19 504 6828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 03/09/2022 |

| Subscribed and sworn to before me: | On (Date) 3/9/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

   1. The following costs are ordered paid by the State
     ☒ Costs of service of process not to exceed:   $ State rate
     ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
     ☐ Other *(Specify):* _____

   2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
     ☐ Other *(Specify):* _____

   3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

   4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Maureen Bar.-Berdun | 3/10/2022 | | 3/10/2022 |

JD-FM-75   Rev. 12-21                    Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed   $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

JD-FM-75   Rev. 12-21                                    Page 3 of 3

Docket Number: _NNH-FA19-5046828-S_ **SUPERIOR COURT OF CONNECTICUT**

Plaintiff _Theodora F. Antar_     **JUDICIAL DISTRICT OF NEW HAVEN AT NEW HAVEN**

v.

Defendant _Matthew J. Lodice_     Date:

## MOTION TO TRANSFER

The Plaintiff / Defendant respectfully moves that this matter be transferred to the _Milford Superior Court_ for the following reason(s):

_I reside in Orange, CT since December 2017._
_Since I am in the jurisdiction of_
_Milford Superior court due to my address, I am_
_requesting that my case be moved_

By the Plaintiff / Defendant

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all parties of record including:

_Matthew Lodice_
_48 Quam Hill Rd_
_Waterbury, CT_

(Signature)

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

MAR 2 9 2022

**CHIEF CLERK'S OFFICE**

151
151.10

Docket Number: 19 504 68 28

SUPERIOR COURT OF
CONNECTICUT

Plaintiff Ante

JUDICIAL DISTRICT OF
NEW HAVEN
AT NEW HAVEN

v.

Defendant Lodice

Date:

ORDER

The foregoing is hereby granted / denied.

_____

**Order For Hearing and Summons** *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☑ Plaintiff    ☐ Defendant    ☐ Support Enforcement Officer    to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of New Haven | | Date 6/14/22 | |
|---|---|---|---|---|
| | Court Address 235 Church St, New Haven, CT 06510 | | Room Number 3C | Time 2:00 PM |

To any proper officer:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served Matthew Lodice | Address | |
|---|---|---|
| By the Court (Grossman, J.) | Assistant Clerk/Support Enforcement Officer | Date Signed 3.31.22 |

**Order**    The court has heard this motion and orders it

☐ Granted    ☐ Denied    and    ☐ Further orders *(if applicable)*:

_____

_____

_____

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**

Fee for Motion to Modify:    ☐ Paid    ☐ Waived

JD-FM-174 (Back/Page 2)   Rev. 2-13

6/14/22 at 2:00 pm

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

Docket Number: NNH-FA19-5046828-S   SUPERIOR COURT OF
CONNECTICUT

Plaintiff   Theodora F. Antar   JUDICIAL DISTRICT OF
NEW HAVEN
AT NEW HAVEN

v.

Defendant   Matthew J. Lodice   Date:

## MOTION TO TRANSFER

The Plaintiff / Defendant respectfully moves that this matter be transferred to the
Milford Superior Court _____ for the following reason(s):

I reside in Orange, CT since December, 2017.
Since I am in the jurisdiction of
Milford superior court due to my address, I am
requesting that my case be moved

By the Plaintiff / Defendant

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all parties of record including:

Matthew Lodice
48 Quarry Hill Rd
Wallingford, CT

(Signature)

Judicial District of New Haven
SUPERIOR COURT
FILED

MAR 2 9 2022

CHIEF CLERK'S OFFICE

151
151.10

Docket Number: 19 504 68 28

**SUPERIOR COURT OF CONNECTICUT**

**JUDICIAL DISTRICT OF NEW HAVEN AT NEW HAVEN**

Plaintiff _Antc_

v.

Defendant _Lodice_

Date:

## ORDER

The foregoing is hereby granted / denied.

_____

**Order For Hearing and Summons** *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☑ Plaintiff   ☐ Defendant   ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of  New Haven | | Date 6/14/22 |
|---|---|---|---|
| | Court Address  235 Church St, New Haven, CT 06510 | Room Number  3C | Time  2:00 PM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served  Matthew Lodice | Address | |
|---|---|---|
| By the Court  (Grossman, J.) | Assistant Clerk/Support Enforcement Officer | Date Signed  3/31/22 |

**Order**   The court has heard this motion and orders it

☐ Granted   ☐ Denied   **and**   ☐ Further orders *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☐ Waived

JD-FM-174 (Back/Page 2)   Rev. 2-13

_6/14/22_ at _2:00pm_

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

ORDER   439610

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

4/12/2022

ORDER

ORDER REGARDING:
03/29/2022 151.10 MOTION TO TRANSFER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

439610
_____

Judge: MAUREEN PRICE-BORELAND
Processed by: Nancy Bauer

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

DOCKET No.: FA19504 6828

SUPERIOR COURT

Antar, Theodora F.

**PLAINTIFF**

J.D. of NEW HAVEN

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

MAR 3 0 2022

AT NEW HAVEN

V.

Lodice, Matthew J.

**DEFFENDANT**

**CHIEF CLERK'S OFFICE**

DATE March 30th, 2022

**MOTION FOR** Financial Discovery

I am asking for the last three years of tax returns, all personal and business bank accounts, credit card statements, venmo records, cashapp records, Robinhood statements, webull statements, TD Bank business checking account, People's Bank accounts, Wells Fargo accounts, and any and all other financial records including business records for whole house remodeling LLC. I want to see all federal and state income tax returns, IRS forms W-2, 1099 and K-1 within last three years, all paystubs, statements for all accounts, statements showing interest in retirement accounts, life insurance statements, and a written appraisal concerning any asset owned by defendant or his LLC whole house remodeling.

**THE PLAINTIFF/DEFENDANT**

BY:
Name, Pro se: Theodora Antar, Pro se
Address:
Phone No.:

152

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:  GRANTED/DENIED.

THE COURT

BY: _____

Judge/Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on (date) 8/30/2022 to all attorneys and self –represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

_(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)_

Matthew J. Lodice
48 Quarry Hill Rd
Waterbury, CT

_____
(Name), self-represented party

Theodora Antar

ORDER    435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/29/2022

<u>ORDER</u>

ORDER REGARDING:
03/30/2022 152.00 MOTION FOR ORDER RE DISCOVERY MOTION OR REQUEST PB CH 13

The foregoing, having been considered by the Court, is hereby:

ORDER:

In light of the order concluding the pending contempt and vacating the July 11, 2022 court date the request for financial discovery is denied.
See entry #183.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**AGREEMENT FORM**

JD-FM-231  New 9-14

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Court Use Only
**AGREMNT**

*Instructions:*
*Complete form, make copies for yourself*
*and give the original to the court clerk.*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with
Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the
ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

| Judicial District of<br>**New Haven** | Address of Court<br>**235 Church Street, New Haven, CT 06510** | Date ordered<br>**4/12/2022** |
|---|---|---|

| Name of case<br>**Antar, Theodora, F vs Lodice, Matthew, J** | Docket number<br>**NNH FA195046828S** |
|---|---|
| This agreement applies to the following motions: (number or name) | Matter continued to |

Select

☐ Pendente Lite Dissolution   ☐ Post Judgment Dissolution   ☒ Never Married   ☐ Final Judgment   ☐ Temporary Restraining Order Hearing

Agreement of the parties

The Parties agree to the following modification to their Parenting Plan; The mother shall drop the child off to the home of the Paternal Grandmother each Friday any time after 8:30am commencing April 15, 2022.

The father shall drop the child off to day care each Monday by 9:00am with the exception of April 18, 2022 and April 25, 2022 or any other times that day care is not available. On those occasions the father shall drop the child off to the home of the Maternal Grandmother any time after 8:00am.

On April 17, 2022 the father will drop the child off to St. Barbara Greek Orthodox Church in Orange, CT, by 10:00am and the mother will drop the child off to the home of the Paternal Grandmother by 2:00pm.

On April 24, 2022 the father will drop of the child to the mother's home by 10:00am and the child will stay with the mother.

The parents agree to celebrate the minor child's birthday with a joint birthday party to be held on May 21, 2022. The parents further agree to share any costs equally.

The parties are requesting a hearing for the Motion to Transfer.

Monetary orders comply with the Child Support and Arrearage Guidelines:   ☐ Yes   ☐ No

If the orders differ from the guidelines, state the reason(s) for the deviation:

We hereby certify that the above conforms with the agreement of the parties.

| Signed (Plaintiff/Plaintiff's attorney) | Date<br>4.12.2022 | Signed (Defendant/Defendant's attorney) | Date<br>4/12/22 |
|---|---|---|---|
| Signed (Guardian ad Litem/Attorney for the Minor Child) | Date | Approved and so ordered (Judge/Family Support Magistrate) | Date |

Page 1 of 1

ORDER   439610

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

4/12/2022

<u>ORDER</u>

ORDER REGARDING:
04/12/2022 153.00 AGREEMENT

All Parties Present.

The foregoing, having been heard by the Court, is hereby:

ORDER:

The Court finds the parties' Agreement, dated 04/12/2022, to be fair and equitable and in the best interest of the minor child. The Agreement is approved and made an order of the Court.

The Agreement dated 06/16/2021 # (128.00), item number 12 is modified to be consistent with this agreement dated today, 04/12/2022.

Both motions for contempt citation issued post judgment Plaintiff's (137.00) and Defendant's (140.00) are resolved through the agreement dated 04/12/2022.

The motion to transfer, plaintiff's #151.10 is denied.

The parties are to use OurFamilyWizard downloaded and ready to go by 04/15/2022 and Defendant Father will pay the fees associated with the APP.

The parties shall schedule phone contact with each parent when the minor child is with the other parent for 7:00PM. The parties will not engage in disparaging acts or conversations during the brief phone contact. The parties will be flexible in recognizing the limitations of the child's age and appropriate attention span.

The parties are scheduled for a hearing with the Family Magistrate court for 6/1/2022.

The Superior Court defers to the Family Magistrate Court on the outstanding motions, #142, 146.01 and #152 for the hearing on 6/1/2022.


The defendant shall re-engage paying Child support to the plaintiff, $120.00 per week on Friday by 6PM starting this Friday, 15, 2022. The final amount is subject to the decision of the Family Magistrate Court's hearing on 6/1/2022.

The RPD scheduled for 6/14/2022 shall be marked off.

A copy of these orders shall be mailed to both parties at their address on file.

Judicial Notice (JDNO) was sent regarding this order.

439610

Judge: MAUREEN PRICE-BORELAND
Processed by: Haley Murray

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MEMORANDUM OF
RESOLUTION SCREENING**

JD-FM-290 Rev. 2-21
P.B. 25-61

| For Information on ADA accommodations, contact a court clerk or go to: ***www.jud.ct.gov/ADA*** |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Judicial District of **New Haven** | Address of court **235 Church Street, New Haven, CT 06510** | |
|---|---|---|
| Name of case **Antar, Theodora, F vs Lodice, Matthew, J** | | Docket Number **NNH FA195046828S** |

Resolution Plan Date:   **04/12/2022**      Family Relations Counselor:   **Schaene Shatto**

**Participants:**   [X] Plaintiff      [ ] Plaintiff's Attorney

[X] Defendant      [ ] Defendant's Attorney

[ ] Neither party participated      [ ] GAL/AMC

**Type of Action:**   [ ] Dissolution   [ ] Custody   [X] Visitation   [ ] Legal Separation   [ ] Other:

**Case Status:**   [ ] Pendente Lite   [X] Post Judgment      Date of Judgment:   **11/07/2019**

**Motions:**

Pending Motion #1                                    [ ] Resolved   [ ] Unresolved

Pending Motion #2                                    [ ] Resolved   [ ] Unresolved

Pending Motion #3                                    [ ] Resolved   [ ] Unresolved

**Agreements:**   The parties have a   [ ] Temporary   [X] Final   agreement with regard to the following:

[ ] All Issues   [ ] Financial Issues   [X] Parental Issues

[ ] Other:

**Above Agreements:**   [X] Are being submitted for approval by the court on the Resolution Plan Date

[ ] Are being submitted for court consideration on the papers

[ ] Require a hearing for court consideration

Estimated hearing time needed for all unresolved motions:

[ ] Discovery: the following special issues may need to be considered by the court when ordering a schedule for discovery:

**Family Services has triaged the above-referenced matter and the following services are recommended as part of the Resolution Plan:**

[ ] Mediation   [ ] Conflict Resolution Conference   [ ] General Case Management   [ ] Intensive Case Management
[ ] EIP   [ ] Family Relations Pretrial   [ ] Issue Focused Evaluation   [ ] Comprehensive Evaluation   [X] No Services
[ ] Judicial Pretrial   Issue(s) to be addressed:

Requested Time to Complete Referral:

The recommended services:

[ ] Are being submitted for order by the court on the Resolution Plan Date

[ ] Are being submitted for court consideration on the papers

[ ] Require a hearing for court consideration

**Case Recommendation for Resolution Track**   [ ] A   [X] B   [ ] C

**Additional Information:**

Both Parties presented for today's Resolution Plan Date. A Partial Agreement has been e-filed regarding the Parenting Plan. A hearing is requested regarding the Motion to Transfer.

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75, Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

**Use only for family/family support magistrate matters.**
**For civil, housing and small claims, use form JD-CV-120.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring this form to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

**To: The Superior Court**

| | |
|---|---|
| Name of case (Name of plaintiff v. Name of defendant) Antar, Theodora F. vs. Lodile, Matthew J. | Docket number (If applicable) NNH-FA19-5046828-S |
| Judicial District New Haven | Address of court 235 Church St, New Haven, CT |
| Name of applicant (Last, first, middle initial) Antar, Theodora F. | Address of applicant (Number, street, town, state and zip code) 856 Shagbark drive, Orange, CT 06477 | Phone number 2032738419 |

## Type of proceeding (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): Motion to Transfer
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. (select all that apply)

- [ ] Entry fee (fee to file a new case)
- [ ] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

*SUPERIOR COURT FILED APR 05 2022 CLERK'S OFFICE*

## Grounds for Appeal (Complete if requesting waiver of Appellate filing fee/payment of cost for the transcript for appeal.)

The grounds on which I propose to appeal are: _____

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents (people supported by you)

Total number of dependents (not including yourself) [2]

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income (before deductions) | 2,000.00 |
| B. Net monthly income (after taxes) from employment | |
| | + |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): Child support | 460.00 |
| | = |
| Total Monthly Income (B+C) | 2,460.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2,000.00 |
| B. Real Estate Taxes | 416.66 |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | 845.00 |
| D. Food, not including SNAP (food stamps) | 950.00 |
| E. Clothing | 10.00 |
| F. Insurance Premiums (medical/dental, auto, life, home) | 625.00 |
| G. Medical/Dental (costs not covered by insurance) | 200.00 |
| H. Transportation (bus, gasoline, etc.) | 825.00 |
| I. Child Care | 680.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| Total Monthly Expenses | 6,551.66 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 8,000.00 | 12,000.00 | Motor Vehicle -4,000.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings 35.00 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 200.00 |
| F. Cash | | | Cash 100.00 |
| G. Other Assets (Specify): | | | Other Assets |
| | | Total Assets | -3,665.00 |

### 5. Liabilities/Debts (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 25,000.00 | 400.00 |
| Credit cards | 17,000.00 | 200.00 |
| | | |
| | | |
| Total Liabilities | 42,000.00 | 600.00 |

Page 1 of 3

Name of case   Antar, Theodora F. Vs. Loatie, Matthew J.    Docket number *(if applicable)*   NNH-PA19-5046828-S

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left  Theodora Antar | Date signed 4/5/22 |
| Subscribed and sworn to before me: | On *(Date)* 4/5/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order**  *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☒ Not indigent      ☐ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education program* under C.G.S. § 46b-69b, hereby orders the application:

☐ Granted as follows:

  1. The following costs are ordered paid by the State

    ☐ Costs of service of process not to exceed:   $ _____

    ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

    ☐ Other *(Specify):* _____

  2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other *(Specify):* _____

  3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  4. Counsel is   ☐ Appointed *(Name):* _____

☒ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)*  Susan A. Connors | On *(Date)* 4/6/22 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed 4/6/22 |

JD-FM-75   Rev. 12-21          Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                                      Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed   $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |