**CASEFLOW REQUEST/
REQUEST FOR EARLIER
HEARING ON MOTION(S)**
JD-FM-292  New 9-21

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instruction**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*

*Note: If the request is granted, the court will try to schedule the event for the requested date.
However, if that date is not available, it will be scheduled for the next available date.*

COURT USE ONLY
FACFREQ

Name of case *(Plaintiff v. Defendant)*
Antar, Theodora F. vs Lodice, Matthew J

Judicial District of
New Haven

Date of scheduled event *(if applicable)*
06/1/2022

Name of Judge who scheduled the event *(if applicable)*

Docket number
NNH FA 19 5046828 - S

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

Judicial District of New Haven
**SUPERIOR COURT
FILED**

APR 1 8 2022

☐ A Status Conference on or about *(date)* _____

☐ Pretrial on or about *(date):* _____

☐ An earlier hearing date for motion(s) currently scheduled on *(date)* _____

I am, or I am the attorney for, the party who has filed the following motion(s) in this case: **CHIEF CLERK'S OFFICE**

This case is already scheduled for the following court events:

| Case Date(s): | Trial or Specially Assigned Hearing Date(s): | Other: *(specify event and date)* |
|---|---|---|
| | | |

My estimate of the total time required to conduct a hearing on the above motion(s) is: _____

The tentative list of witnesses I intend to call and the amount of time anticipated to be needed for the testimony of each, including reasonable cross-examination, is as follows:

| Name of Witness | Time needed | Name of Witness | Time needed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I understand that, if necessary, I may call additional witnesses if I follow all advance notice requirements.

I am unavailable for a hearing on the following days before the next court event that is already scheduled.

| Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | ☐ | | | | ☐ | | |
| | ☐ | | | | ☐ | | | | ☐ | | |
| | ☐ | | | | ☐ | | | | ☐ | | |

**Note: The other party has 5 days to file a response to any request for an earlier hearing date.**

☐ A hearing to address scheduling and related issues following a Resolution Plan Date attended by the parties on *(date)* _____, before the court enters scheduling orders.

☒ Other: Motion # 142 be sent to family and not magistrate since it only involves custody.

This case is already scheduled for the following court events:

| Case Date(s): | Trial or Specially Assigned Hearing Date(s): | Other: *(specify event and date)* |
|---|---|---|
| 06/01/2022 | 06/01/2022 | |

**Reason(s) for request** *(must be completed for all requests of any type):*

This motion only involves custody and should be heard in our family docket.

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | FA                            - S |

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐ Consent        ☑ Do not consent to the action requested above

| Signed *(Person making request)* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|
| | Theodora Antar |

The person requesting the action is the:

☑ Plaintiff        ☐ Defendant        ☐ Attorney for Plaintiff        ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* | Date 4/8/2022 |
|---|---|

## Order

Request is

☐ Granted        ☑ ~~Denied~~

The court further orders:

#142   is   a   request
to   modify   child   support.

| Signed *(Judge)* (Grossman, J) | Date 4-19-22 |
|---|---|

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

4/19/2022

## ORDER

ORDER REGARDING:
04/18/2022 156.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Motion #142.00 is a request to modify child support.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | *Certification has been filled out.* |
| **CONTCPL** | *Motion is "Before Judgment," but no certification has been filed out. Fill out and attach Page 2.* |
| **CONTCIT** | *Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2.* |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Lodice, Matthew John | 23 Lyman St, apt #3, New Britain CT, 06053 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the ☒ Plaintiff ☐ Defendant ☐ Third Party in this case.

On *(date)* 06/18/2021   the court made an order that *(name)* Matthew John Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
Agreement page 1 #1 states mother gets right of first refusal. Father has not given mother right of first refusal on multiple occasions. Most recent was on 4/16/22 when he left my child with his ex-wife Monica Perez without giving me right of first refusal. He has also done this several other times and never once has given me right of first refusal and constantly leaves her with other people during his visitation time without first giving me the right of first refusal.
Agreement page 1 # 2 states that father is to ensure nightly phonecalls occurs. on 4/12/22 judge also ordered a 7:00Pm nightly call set time. Matthew did not call on 4/15/22 or on 4/16/22 or on 4/17/22 despite being court ordered to do so. See attached pages.

**Claim for Relief**

I ask the court to find *(name)* Matthew John Lodice   in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge:

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | **Theodora Antar** | 04/18/2022 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | |
|---|---|
| theodoraantar@gmail.com | |

| | Phone number *(Area code first)* |
|---|---|
| | 2032738419 |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 4/18/22   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* |
|---|
| Matthew Lodice |
| 23 Lyman St, Apt #3 |
| New Britain, CT, 06053 |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ► | Theodora Antar | 04/18/2022 |

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Court Use Only
~~Judicial District of New Haven~~
**SUPERIOR COURT**
**FILED**

**APR 1 8 2022**

**CHIEF CLERK'S OFFICE**

Is this a family support magistrate (IV-D) matter? ☐ Yes  ☒ No

Page 1

157

Continued from page 1.

On page 1, #4 of our agreement from 6/18/2021, it states that Matthew is required to take Angelina to all of her religious, educational, sporting, extracurricular, and social activities during his parenting time. I have asked him to take her to several religious activities and he has refused to take her to any of them.

On page 2 #8 of our agreement it states that birthday must be split equally or celebrated with a joint party. On 4/12/22 the judge ordered us to do a joint party together and split the costs. I have emailed Matthew multiple times asking about venue location, and other logistics and he has refused to respond and refuses to plan or coordinate anything for the party or provide any financial assistance in paying for it, despite being ordered to do both on 4/12/22

On page 2 #9 it states mother makes all religious decisions for the child. Father has refused to accept any religious decisions and states that when she is with him he will not take her to any religious events or acknowledge anything that is religious in nature for her, despite me making those decisions and asking him to support them.

On page 3 # 19 it states that father must pay 50% of unreimbursed childcare costs as well as $120 a week in child support. On 4/12/22 the judge also re-ordered him to pay a minimum of $120 a week in child support no later than 4/15/22. As of today, 4/18/22 he has not paid a single dollar. He states that he will not pay me a single dollar in child care or child support unless he is incarcerated and forced to pay by a judge. He stated that he will not pay anything at all and that he claims to lie about his income and state he has no income in an effort to eliminate his child support. He has not paid a single dollar since 11/20/2021. He said that the judge's order for him to begin paying again on 4/12/22 means nothing to him and he states that he knows he can get away with not paying, and that he doesn't believe that he can go to jail, lose his license or professional HIC license, pay fines, or have any other sanctions imposed upon him and states that the court will not do anything and he can go as long as he likes without paying. He says he will never pay again.

On 4/12/22 the judge ordered Matthew to download the Our Family Wizard app and use it for all communication between us and was ordered to pay for the annual subscription for us, as well. He was told to do this no later than 4/15/22. It is now 4/18/22 and he has refused, stating that he has no money and doesn't want to pay for it. The judge ordered him to do it and he is refusing, stating he will not do what the judge said and that he would rather have no communication than to pay for the Our Family Wizard app, despite being ordered to do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on (date) 6/28/22 at (time) 2:00 PM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: New Haven | Room number (if known) 3E | Phone number (Area code first) 203-503-6800 |
|---|---|---|
| Court location (Number, street and town) 235 Church St New Haven CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

**\*About Resolution Plan Dates**
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew John Lodice | | |
| By the court (Judge/Assistant clerk) (Grossman J.) | | Date signed 4/20/22 |

ORDER     435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/30/2023

ORDER

ORDER REGARDING:
04/18/2022 157.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The plaintiff has filed to prove, by clear and convincing evidence, that the defendant violated court orders.

The motion for contempt is denied.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

## ORDER

ORDER REGARDING:
04/18/2022 157.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |

[ ] **Before judgment**   [X] **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Lodice, Matthew John | 23 Lyman st, apt #3, New Britain, CT, 06053 |

Type of Motion to Modify
[X] Child Support   [ ] Alimony   [X] C...

I, **Theodora Antar**
*(Name)*

*(handwritten: f[ ] by P 4/19/20 SHocu 20 PJMSC)*

[ ] a Support Enforcement Officer, state that:

1: This Court issued an order dated

**23 Lyman st, apt #3, New Britain, C...**
*(Number, street, city, state, zip code)*

, residing at

to... *(does not apply to your motion).*

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
**APR 19 2022**
as of *(date)*

**CHIEF CLERK'S OFFICE**

| Pay current support in the amount of: | | |
|---|---|---|
| $ 120 | every (per) week | |
| Pay arrearages as follows: | | |
| $ | every (per) | |

Have custody of the child/children: *(Select one)*
[X] Joint legal custody   [ ] Sole custod...

Primary residence of children with:

...the
HUSKY/cash medical

every (per)

Provide health insurance coverage
[X] No  [ ] Yes   Pay

Contribute to child care
50 % or $   term...

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

[X] Since the date of the order, the circumstances in this case have changed substantially, as follows:

   **Matthew has refused to follow all parts of our agreement from 6/18/21 and judge's subsequent orders from 4/12/22**

[ ] The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The [ ] plaintiff [ ] defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. [X] Yes  [ ] No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. [X] Yes  [ ] No
   If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

[X] Order current support          [X] Find arrearage and order payment          [ ] Order immediate income withholding
[X] Increase current support       [ ] Provide HUSKY/cash medical                [ ] Provide health insurance coverage
[ ] Decrease current support       [X] Contribute to child care                 [ ] Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

[ ] Increase  [ ] Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify custody as follows:
   **sole custody to mother**

*(handwritten: 157.50 57.60 15...)*

*(Continued on page 2)*

Select appropriate court:  [X] Superior Court   [ ] Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

**d. Visitation/Parenting Time**
*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify visitation (parenting time) as follows:

**e. Other** ☒ Sole custody to mother. _Increase Child Support_
*(Please be specific)*

| Signature (self-represented party or attorney) | Print name | Title *(if applicable)* | Date signed |
|---|---|---|---|
| | **Theodora Antar** | | **04/18/2022** |
| Address *(Number, street, city, state, zip code)* | | | Phone number |
| **856 Shagbark Drive, Orange, CT, 06477** | | | **2032738419** |

**Certification**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)*_____04/18/2022_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.
Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew John Lodice**
**23 Lyman st, apt #3, New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | **Theodora Antar** | **04/18/2022** |

**Order for Hearing and Summons** *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
☑ Plaintiff.   ☐ Defendant   ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➜ | Superior Court, Judicial District of New Haven | | Date 6/28/22 |
|---|---|---|---|
| | Court Address 235 Church St New Haven CT 06510 | Room Number 3E | Time 2:00 Pm |

**TO ANY PROPER OFFICER:**
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Matthew John Lodice | Address |
|---|---|
| By the Court (Groumen Jc) | Assistant Clerk/Support Enforcement Officer | Date signed 4/20/22 |

**Order**   The court has heard this motion and orders it

☐ Granted   ☐ Denied   and   ☐ Further orders *(if applicable):*

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify: ☐ Paid   ☑ Waived

JD-FM-174 (Page 2)  Rev. 3-20

*6 /28/22 at 2:00 PM*

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |

☐ **Before judgment**  ☒ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Docket number **NNH-FA19-5046828-S** |
| Plaintiff's name **Antar, Theodora F.** | Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** | |
| Defendant's name **Lodice, Matthew John** | Defendant's address *(Number, street, city, state, zip code)* **23 Lyman st, apt #3, New Britain, CT, 06053** | |

Type of Motion to Modify
☒ Child Support  ☐ Alimony  ☒ C...

I, **Theodora Antar**
*(Name)*

1: This Court issued an order dated ___

**23 Lyman st, apt #3, New Britain, C**
*(Number, street, city, state, zip code)*

Pay current support in the amount of:
$ **120** every (per) **week**

Pay arrearages as follows:
$ ___ every (per) ___

Have custody of the child/children: *(Select one)*
☒ Joint legal custody  ☐ Sole custod...

Provide health insurance coverage
☒ No  ☐ Yes

Contribute to child care
**50** % or $ ___

*[handwritten: fled by P 4/19/20 SHocu 20 PJmSc]*

☐ a Support Enforcement Officer, state that:

_____, residing at

to: *(Complete the boxes that apply to your motion).*

Pay...

Other
term...

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**APR 19 2022**

as of *(date)* ___

Primary residence of children with:
___

**CHIEF CLERK'S OFFICE**
USKY/cash medical

every (per) ___

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

**Matthew has refused to follow all parts of our agreement from 6/18/21 and judge's subsequent orders from 4/12/22**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes  ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☒ Order current support  ☒ Find arrearage and order payment  ☒ Order immediate income withholding
☒ Increase current support  ☐ Provide HUSKY/cash medical  ☐ Provide health insurance coverage
☐ Decrease current support  ☒ Contribute to child care  ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase  ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing, file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify custody as follows:
**sole custody to mother**

*[handwritten: 157.50 57.60]*

*(Continued on page 2)*  Select appropriate court: ☒ Superior Court  ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

## d. Visitation/Parenting Time
*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify visitation (parenting time) as follows:

## e. Other ☒ Sole custody to mother. Increase Child Support
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name<br>Theodora Antar | Title (if applicable) | Date signed<br>04/18/2022 |
|---|---|---|---|
| Address (Number, street, city, state, zip code)<br>856 Shagbark Drive, Orange, CT, 06477 | | | Phone number<br>2032738419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **04/18/2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew John Lodice**
**23 Lyman st, apt #3, New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing<br>Theodora Antar | Date signed<br>04/18/2022 |
|---|---|---|

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☑ Plaintiff.  ☐ Defendant  ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of<br>New Haven | | Date<br>6/28/22 |
|---|---|---|---|
| | Court Address<br>235 Church St New Haven CT 06510 | Room Number<br>3E | Time<br>2:00 Pm |

TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served<br>Matthew John Lodice | Address |
|---|---|

| By the Court<br>Groumon J | Assistant Clerk/Support Enforcement Officer | Date signed<br>4/20/22 |
|---|---|---|

## Order   The court has heard this motion and orders it

☐ Granted    ☐ Denied    and    ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:  ☐ Paid    ☑ Waived

JD-FM-174 (Page 2)   Rev. 3-20

6 128 22 at 2:00PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

5/31/2023

<u>ORDER</u>

ORDER REGARDING:
04/19/2022 157.60 POST-JUDGMENT MOTION FOR MODIFICATION - CHILD SUPPORT,
CUSTODY

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.

**To: The Superior Court**

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Antar, Theodora F. vs Lodice, Matthew | NNH-FA19-5046828-S |

| Judicial District of court | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark drive, Orange, CT | 2032738419 |

## Type of proceeding (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other (ex parte custody, etc.) (Specify):
- [X] Mo...      P1, 6R
- [ ] Dis...     4/19/22
- [ ] Ap...      43119
- [X] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay ... y the fees and costs below.  (select all that apply)

- [ ] Entry fee (fee to file a new case)
- [X] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify): ___
- [ ] ...delivery of papers by state marshal or other proper officer
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal  (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents (people supported by you)**

Total number of dependents (not including yourself)  **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | 800.00 |
| B. Net monthly income (after taxes) from employment | + |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): | = |
| Total Monthly Income (B+C) | 800.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1750.00 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | |
| D. Food, not including SNAP (food stamps) | 600.00 |
| E. Clothing | |
| F. Insurance Premiums (medical/dental, auto, life, home) | 200.00 |
| G. Medical/Dental (costs not covered by insurance) | 50.00 |
| H. Transportation (bus, gasoline, etc.) | 400.00 |
| I. Child Care | 400.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| Total Monthly Expenses | 3400.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 8000 | 9000 | Motor Vehicle  -1000.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings  500.00 |
| E. Checking Account Balance (Total of all accounts) | | | Checking  100.00 |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| | | Total Assets | -600 |

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**APR 18 2022**

...IEF CLERK'S OFFICE

**5. Liabilities/Debts** (for example, credit card balances, loans etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loan | 25,000.00 | 200.00 |
| Child card | 5000.00 | 200.00 |
| **Total Liabilities** | 30,000.00 | 400.00 |

Page 1 of 3

Name of case: Antar Theodora F. W. Lodlee, Mathew

Docket number *(if applicable)*: NNH-FA19-5046828-S

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶**  *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(applicant)* | | Print name of person signing at left: Theodora Antar | Date signed: 4/18/2022 |
|---|---|---|---|
| Subscribed and sworn to before me: | On *(Date)* 4/18/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* | |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order**  *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☒ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

  1. The following costs are ordered paid by the State
   ☒ Costs of service of process not to exceed: $ State Rates
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):* _____

  2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):* _____

  3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  4. Counsel is ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge, Fam. Sup. Magistrate)*: Susan A. Connors | On *(Date)*: 4/19/22 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed: 4/19/22 |
|---|---|---|---|

JD-FM-75   Rev. 12-21                                    Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                              Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed     $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

JD-FM-75   Rev. 12-21

Page 3 of 3

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Lodice, Matthew John | 23 Lyman St, apt #3, New Britain CT, 06053 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the ☒ Plaintiff  ☐ Defendant  ☐ Third Party  in this case.

On *(date)* 06/18/2021 the court made an order that *(name)* Matthew John Lodice is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Agreement page 1 #1 states mother gets right of first refusal. Father has not given mother right of first refusal on multiple occasions. Most recent was on 4/16/22 when he left my child with his ex-wife Monica Perez without giving me right of first refusal. He has also done this several other times and never once has given me right of first refusal and constantly leaves her with other people during his visitation time without first giving me the right of first refusal.

Agreement page 1 # 2 states that father is to ensure nightly phonecalls occurs. on 4/12/22 judge also ordered a 7:00Pm nightly call set time. Matthew did not call on 4/15/22 or on 4/16/22 or on 4/17/22 despite being court ordered to do so. See attached pages.

**Claim for Relief**

I ask the court to find *(name)* Matthew John Lodice in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | **Theodora Antar** | **04/18/2022** |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| theodoraantar@gmail.com | 2032738419 |

**Certification**   *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 4/18/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew Lodice
23 Lyman St, Apt #3
New Britain, CT, 06053

Court Use Only
Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
**APR 18 2022**
**CHIEF CLERK'S OFFICE**

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | **Theodora Antar** | **04/18/2022** |

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter?  ☐ Yes  ☒ No

Page 1

157

Continued from page 1.

On page 1, #4 of our agreement from 6/18/2021, it states that Matthew is required to take Angelina to all of her religious, educational, sporting, extracurricular, and social activities during his parenting time. I have asked him to take her to several religious activities and he has refused to take her to any of them.

On page 2 #8 of our agreement it states that birthday must be split equally or celebrated with a joint party. On 4/12/22 the judge ordered us to do a joint party together and split the costs. I have emailed Matthew multiple times asking about venue location, and other logistics and he has refused to respond and refuses to plan or coordinate anything for the party or provide any financial assistance in paying for it, despite being ordered to do both on 4/12/22

On page 2 #9 it states mother makes all religious decisions for the child. Father has refused to accept any religious decisions and states that when she is with him he will not take her to any religious events or acknowledge anything that is religious in nature for her, despite me making those decisions and asking him to support them.

On page 3 # 19 it states that father must pay 50% of unreimbursed childcare costs as well as $120 a week in child support. On 4/12/22 the judge also re-ordered him to pay a minimum of $120 a week in child support no later than 4/15/22. As of today, 4/18/22 he has not paid a single dollar. He states that he will not pay me a single dollar in child care or child support unless he is incarcerated and forced to pay by a judge. He stated that he will not pay anything at all and that he claims to lie about his income and state he has no income in an effort to eliminate his child support. He has not paid a single dollar since 11/20/2021. He said that the judge's order for him to begin paying again on 4/12/22 means nothing to him and he states that he knows he can get away with not paying, and that he doesn't believe that he can go to jail, lose his license or professional HIC license, pay fines, or have any other sanctions imposed upon him and states that the court will not do anything and he can go as long as he likes without paying. He says he will never pay again.

On 4/12/22 the judge ordered Matthew to download the Our Family Wizard app and use it for all communication between us and was ordered to pay for the annual subscription for us, as well. He was told to do this no later than 4/15/22. It is now 4/18/22 and he has refused, stating that he has no money and doesn't want to pay for it. The judge ordered him to do it and he is refusing, stating he will not do what the judge said and that he would rather have no communication than to pay for the Our Family Wizard app, despite being ordered to do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on (date) 6/28/22 at (time) 2:00 P M and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| New Haven | 3F | 203-503-6800 |
| Court location (Number, street and town) | | |
| 235 Church St. New Haven CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew John Lodice | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| Grossman J. | | 4/20/22 |

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



[ ] **Before judgment**   [X] **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Antar, Theodora F.** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Lodice, Matthew John** | **23 Lyman st, apt #3, New Britain, CT, 06053** |

Type of Motion to Modify
[X] Child Support   [ ] Alimony   [X] C...

I, **Theodora Antar**
*(Name)*

[ ] a Support Enforcement Officer, state that:

1. This Court issued an order dated ___

_____, residing at

**23 Lyman st, apt #3, New Britain, (**
*(Number, street, city, state, zip code)*

*(handwritten: f(2) by P   4/19/22   SHocu 20   PJnSc)*

Judicial District of New Haven
SUPERIOR COURT
**FILED**

**APR 19 2022**

as of *(date)*

Pay current support in the amount of:
$ **120** every (per) **week**

Primary residence of children with:

Pay arrearages as follows:
$ _____ every (per) _____

Have custody of the child/children: *(Select one)*
[X] Joint legal custody   [ ] Sole custod...

...IEF CLERK'S OFFICE
HUSKY/cash medical
every (per)

Provide health insurance coverage
[X] No   [ ] Yes   Pay

Contribute to child care
**50** % or $   term...

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

[X] Since the date of the order, the circumstances in this case have changed substantially, as follows:

**Matthew has refused to follow all parts of our agreement from 6/18/21 and judge's subsequent orders from 4/12/22**

[ ] The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

_____

3. The [ ] plaintiff [ ] defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   [X] Yes   [ ] No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.   [X] Yes   [ ] No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

[X] Order current support        [X] Find arrearage and order payment        [X] Order immediate income withholding
[X] Increase current support     [ ] Provide HUSKY/cash medical              [ ] Provide health insurance coverage
[ ] Decrease current support     [X] Contribute to child care                [ ] Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

[ ] Increase   [ ] Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify custody as follows:
sole custody to mother

*(Continued on page 2)*   Select appropriate court: [X] Superior Court   [ ] Family Support Magistrate Division

| Plaintiff's name * | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

## d. Visitation/Parenting Time
*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify visitation (parenting time) as follows:

## e. Other ☒ Sole custody to mother. Increase child support
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 04/18/2022 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)____04/18/2022____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew John Lodice**
23 Lyman st, apt #3, New Britain, CT, 06053

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 04/18/2022 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☒ Plaintiff  ☐ Defendant  ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ▶ | Superior Court, Judicial District of New Haven | Date 6/28/22 |
|---|---|---|

| Court Address 235 Church ST New Haven CT 06510 | Room Number 3E | Time 2:00 Pm |
|---|---|---|

## TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Matthew John Lodice | Address | |
|---|---|---|
| By the Court Grossman J. | Assistant Clerk/Support Enforcement Officer | Date signed 4/20/22 |

## Order   The court has heard this motion and orders it

☐ Granted   ☐ Denied   **and**   ☐ Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:  ☐ Paid   ☒ Waived

JD-FM-174 (Page 2)  Rev. 3-20

6 / 28 / 22 at 2:00PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

**APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY**
JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Antar, Theodora F. vs Iodice, Matthew | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shadybrook drive, Orange CT | 2032738419 |

**Type of proceeding** (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other (ex parte custody, etc.) (Specify):
- [ ] Mo_____ (...orce)
- [ ] Dis_____
- [ ] Ap_____ (e Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

*(handwritten: P1, GR   4/19/22   43194)*

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay f_____ y the fees and costs below. (select all that apply)

- [ ] Entry fee (fee to file a new case)
- [x] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [ ] _____ delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

**Grounds for Appeal** (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)

The grounds on which I propose to appeal are: _____

**Appointment of Counsel** (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

- [ ] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** (people supported by you)

Total number of dependents (not including yourself) **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | 800.00 |
| B. Net monthly income (after taxes) from employment | |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): | + |
| | = |
| Total Monthly Income (B+C) | 800.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1750.00 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | |
| D. Food, not including SNAP (food stamps) | 600.00 |
| E. Clothing | |
| F. Insurance Premiums (medical/dental, auto, life, home) | 200.00 |
| G. Medical/Dental (costs not covered by insurance) | 50.00 |
| H. Transportation (bus, gasoline, etc.) | 400.00 |
| I. Child Care | 400.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| Total Monthly Expenses | 3400.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 8000 | 9000 | Motor Vehicle −1000.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings 500.00 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 100.00 |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| | | Total Assets | −600 |

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*APR 18 2022*
*CHIEF CLERK'S OFFICE*

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loan | 25,000.00 | 200.00 |
| Credit card | 5000.00 | 200.00 |
| Total Liabilities | 30,000.00 | 400.00 |

Page 1 of 3

| Name of case | Docket number (If applicable) |
|---|---|
| Antar Theodora F. W. Pearce Matthew | NNH-FA19-5046828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 4/18/2022 |

| Subscribed and sworn to before me: | On (Date) 4/18/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order**  *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

　　1. The following costs are ordered paid by the State

　　　☒ Costs of service of process not to exceed:   $ State Rates

　　　☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

　　　☐ Other *(Specify):*

　　2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

　　　☐ Other *(Specify):*

　　3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

　　4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge, Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Susan A Connors | 4/19/22 | | 4/19/22 |

JD-FM-75   Rev. 12-21 | Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent  ☐ Indigent and unable to pay          hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed     $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived  ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**CASEFLOW REQUEST/
REQUEST FOR EARLIER
HEARING ON MOTION(S)**

JD-FM-292  New 9-21

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instruction**

*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*

**Note:** *If the request is granted, the court will try to schedule the event for the requested date.
However, if that date is not available, it will be scheduled for the next available date.*

COURT USE ONLY
FACFREQ

Name of case *(Plaintiff v. Defendant)*

**Antar, Theodora F. Vs. Lodice, Matthew J.**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| **New Haven** | 06/28/2022 | | **NNH FA 195046828** - S |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about *(date)* _____

☐ Pretrial on or about (date): _____

☒ An earlier hearing date for motion(s) currently scheduled on *(date)* 06/28/2022 _____

I am, or I am the attorney for, the party who has filed the following motion(s) in this case:
**Motion for Contempt, Motion for Modification**

This case is already scheduled for the following court events:

| Case Date(s): | Trial or Specially Assigned Hearing Date(s): | Other: *(specify event and date)* |
|---|---|---|
| 06/28/2022 | | |

My estimate of the total time required to conduct a hearing on the above motion(s) is: **30 min** _____

The tentative list of witnesses I intend to call and the amount of time anticipated to be needed for the testimony of each, including reasonable cross-examination, is as follows:

| Name of Witness | Time needed | Name of Witness | Time needed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I understand that, if necessary, I may call additional witnesses if I follow all advance notice requirements.

I am unavailable for a hearing on the following days before the next court event that is already scheduled.

| Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | ☐ | | | | ☐ | | |
| | ☐ | | | | ☐ | | | | ☐ | | |
| | ☐ | | | | ☐ | | | | ☐ | | |

**Note: The other party has 5 days to file a response to any request for an earlier hearing date.**

☐ A hearing to address scheduling and related issues following a Resolution Plan Date attended on *(date)* _____, before the court enters scheduling orders.

☐ Other: _____

This case is already scheduled for the following court events:

| Case Date(s): | Trial or Specially Assigned Hearing Date(s): | Other: *(specify event and date)* |
|---|---|---|
| 06/28/2022 | | |

Judicial District of New Haven
SUPERIOR COURT
FILED

APR 2 5 2022

CHIEF CLERK'S OFFICE

**Reason(s) for request** *(must be completed for all requests of any type)*:

On 4/12/22 the Judge ordered the defendant to download Our Family Wizard app for all communication regarding the child by 4/15/22. Judge also ordered defendant to pay child support by 4/15/22 at 6:00PM. I filed motion for contempt because defendant still has not downloaded the app and is refusing to download or pay for it despite being court ordered to do both. I also filed a motion for modification of custody and child support. It is now 4/20/22 and he has not downloaded the app. Our hearing for both of these motions that I filed on 4/18/22 is set for 6/28/22, however we were also ordered on 4/12/22 to have a joint birthday party and split the costs equally which is to take place on 5/21/22 for our daughter. Defendant is refusing to communicate via the app and I have no way to communicate with him regarding planning the party for the child. I am requesting a date prior to 5/21/22.

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| **Antar, Theodora F. Vs. Lodice, Matthew J.** | **NNH FA 195046828** **- S** |

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action. **All Counsel and Self-represented Parties:**

☐ Consent   ☒ Do not consent to the action requested above

| Signed (Person making request) | Name of attorney and juris number or self-represented party (Print or type) |
|---|---|
| | Theodora Antar |

The person requesting the action is the:

☒ Plaintiff   ☐ Defendant   ☐ Attorney for Plaintiff   ☐ Attorney for Defendant

| Firm name (If applicable) | Address | Telephone number (with area code) |
|---|---|---|
| | 856 Shagbark drive, Orange, CT | 2032738419 |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed (Individual attorney or self-represented party) | Date |
|---|---|
| | 4/20/2022 |

## Order

Request is

☐ Granted   ☒ Denied

The court further orders:

| Signed (Judge) | Date |
|---|---|
| (Crossman, J) | 4-27-22 |

ORDER    435701

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
          V.                                        AT NEW HAVEN
LODICE, MATTHEW, J
                                              4/27/2022


ORDER


ORDER REGARDING:
04/25/2022 158.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier


This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

Docket #: NNH-FA19-5046828-S                    Superior Court

Antar, Theodora F.                      Judicial District of New Haven

Vs. Lodice, Matthew J.                          at New Haven
                                   Date:      April 20, 2022

### Motion of Reconsideration For Denial Order For Case flow Request

The plaintiff Theodora F. Antar moves that the court reconsider the plaintiff's case flow request to move

the defendant's motion #142.00 filed on 3/10/2022 by the defendant Matthew John Lodice for a POST-

JUDGMENT MOTION FOR MODIFICATION-CUSTODY, VISITATION to family court because:

The defendant's motion for modification asks to modify **only** custody. In his motion #142, the defendant

asks that custody be modified so that he has sole custody and asks that visitation be modified once he

gains sole custody and sees mother's ability for visits. This motion does not ask to modify child support

or mention child support in any way. My case flow request to move motion #142 to be heard in family

court was denied with the reason for denial stating that the modification involves child support. However,

after looking at the motion#142, it does not mention child support at all, and is strictly a motion filed by

the defendant to modify custody of the minor child. I currently have primary residency and father and I

share joint custody. His motion #142 has nothing to do with child support at all, and should be heard by a

family judge to determine who should have sole custody of the minor child with a trial as stated at our

court date in family court on 4/12/2022 . I am requesting that motion #142.00 filed by the defendant be

heard in family court at a scheduled half day hearing as we were told,  and not on 6/1 in front of the

magistrate as it is currently scheduled for.  Wherefore the plaintiff prays judgment granting this action.

BY: _____

Judicial District of New Haven
SUPERIOR COURT
FILED

**APR 25 2022**

CHIEF CLERK'S OFFICE

Name, Pro se: Theodora Antar

Address 856 Shagbark drive, Orange, CT, 06477

Phone Number: 2032738419

Denied .
J. Grossman
4/29/22

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
 V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
 AT NEW HAVEN

5/25/2022

ORDER

ORDER REGARDING:
04/25/2022 159.00 MOTION TO REARGUE/RECONSIDER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

*19:5046828*

STATE OF CONNECTICUT )
                       ) ss. New Britain          May 5, 2022
COUNTY OF HARTFORD   )

      Then and there by virtue hereof, on May 5, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew John

Lodice, the within named defendant, 23 Lyman Street, Apt. #3, New Britain, CT,

a true and attested verified copy of the original Motion for Modification with my

endorsement thereon.

      The within and foregoing is the original Motion for Modification with my

endorsement thereon.

                                   ATTEST

                                   Alan F. Zaniewski
                                   State Marshal
                                   Hartford County

Fees:

| Pages | $ | 3.00 |
| Ends. | | 1.20 |
| Service | | 40.00 |
| Travel | | 20.88 |
| | | |
| Total | $ | 65.08 |

Judicial District of New Haven
SUPERIOR COURT
FILED

MAY 1 6 2022

CHIEF CLERK'S OFFICE

STATE OF CONNECTICUT )
                     ) ss. New Britain                    May 5, 2022
COUNTY OF HARTFORD   )

Then and there by virtue hereof, on May 5, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew John

Lodice, the within named defendant, 23 Lyman Street, Apt. #3, New Britain, CT,

a true and attested verified copy of the original Motion for Contempt with my

endorsement thereon.

The within and foregoing is the original Motion for Contempt with my

endorsement thereon.

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

MAY 1 6 2022

             OFFICE

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| Pages | $ | 3.00 |
| Ends. | | 1.20 |
| Service | | 20.00 |
| Travel | | 0 |
| | | |
| Total | $ | 24.20 |



19-5046828

6/28/22 at 2:00PM

A MANDATORY Resolution Plan Date has been scheduled with Family Services for the date and time above. ALL PARTIES AND THEIR COUNSEL, IF ANY, MUST COME TO THE COURTHOUSE FOR THIS EVENT. The purpose is to provide an opportunity to learn about the court process, determine the specific issues in your case, the likelihood of reaching an agreement, and the amount of court involvement needed. At the end, an Action Plan will be recommended by Family Services to the court.

A judge will be available for a hearing, to consider agreements, and to make scheduling or other appropriate orders.

At least 2 days before your Resolution Plan Date, you must do the following:

1. Contact Family Services if there is a protective order or restraining order in place between the parties.

2. Each party or their attorney must complete a financial affidavit and exchange it with the other party. Financial affidavit forms can be found here, https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

You may be excused from your Resolution Plan Date ONLY if you have reached a FINAL agreement on ALL issues in your case and you have submitted the agreement to the court for approval in advance.

Instructions on how to request the entry of judgment by agreement, or the approval of any final agreement, in a divorce, legal separation or custody/visitation action without a court hearing can be found here, https://jud.ct.gov/family/FArequest.htm.

If a party or their counsel do not follow this order, sanctions may be imposed by the court which may include a monetary sanction, the entry of a nonsuit, default or dismissal.
If counsel or the parties do not appear with Family Services on the assigned Resolution Plan Date, the court may dismiss the case or decide the same as an unopposed matter.

Judicial District of New Haven
SUPERIOR COURT
FILED

MAY 16 2022

CHIEF CLERK'S OFFICE

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 26-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ **Before judgment**  ☒ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
| --- | --- | --- |
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Antar, Theodora F. | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Lodice, Matthew John | **23 Lyman st, apt #3, New Britain, CT, 06053** |

Type of Motion to Modify
☒ Child Support   ☐ Alimony   ☒ Custody   ☐ Visitation   ☐ Other *(Specify):* _____

I, **Theodora Antar** _____ , ☒ the Plaintiff  ☐ the Defendant  ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated  __06/18/2021__  directing  **Matthew John Lodice** _____ , residing at
*(Name)*

**23 Lyman st, apt #3, New Britain, CT, 06053** _____  to: *(Only items that apply to your motion).*
*(Number, street, city, state, zip code)*

Judicial District of New Haven
SUPERIOR COURT
FILED

APR 19 2022

CHIEF CLERK'S OFFICE

| Pay current support in the amount of: | Pay alimony in the amount of: |
| --- | --- |
| $ 120  every (per) week | $  every (per) |

| Pay arrearages as follows: | | |
| --- | --- | --- |
| $  every (per) | on the total arrearage owed of  $ | as of *(date)* |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
| --- | --- | --- |
| ☒ Joint legal custody  ☐ Sole custody | every weekend | mother |

| Provide health insurance coverage | | Provide HUSKY/cash medical |
| --- | --- | --- |
| ☒ No  ☐ Yes | Pay  50  % of unreimbursed medical expenses | $  every (per) |

| Contribute to child care | Other *(Specify):* |
| --- | --- |
| 50  % or $ | **terms of our agreement dated 06/18/2021** |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

   **Matthew has refused to follow all parts of our agreement from 6/18/21 and judge's subsequent orders from 4/12/22**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.  ☒ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes ☐ No
  If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*
☒ Order current support   ☒ Find arrearage and order payment   ☒ Order immediate income withholding
☒ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☒ Contribute to child care   ☐ Other _____

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase  ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☒ Modify custody as follows:
  **sole custody to mother**

*(Continued on page 2)*  Select appropriate court: ☒ Superior Court  ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

## d. Visitation/Parenting Time
*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify visitation (parenting time) as follows:

## e. Other   ☒ Sole custody to mother.   Increase child support
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name **Theodora Antar** | Title (If applicable) | Date signed **04/18/2022** |
|---|---|---|---|
| Address (Number, street, city, state, zip code) **856 Shagbark Drive, Orange, CT, 06477** | | | Phone number **2032738419** |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* __04/18/2022__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew John Lodice**
**23 Lyman st, apt #3, New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) ▶ | Print or type name of person signing **Theodora Antar** | Date signed **04/18/2022** |
|---|---|---|

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
☒ Plaintiff  ☐ Defendant  ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Haven | Date 6/28/22 |
|---|---|---|
| | Court Address 235 Church St New Haven CT 06510 | Room Number 3E   Time 2:00 Pm |

TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Matthew John Lodice | Address |
|---|---|
| By the Court Grossman JI | Assistant Clerk/Support Enforcement Officer | Date signed 4/20/22 |

## Order   The court has heard this motion and orders it

☐ Granted    ☐ Denied    **and**    ☐ Further orders *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:  ☐ Paid   ☒ Waived

JD-FM-174 (Page 2)  Rev. 3-20

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | COURT USE ONLY |
|---|---|
| **MFCONTP** | *Certification has been filled out.* |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of **New Haven** | At *(Town )* **New Haven** | Docket number **NNH-FA19-5046828-S** |
|---|---|---|

| Plaintiff's name **Antar, Theodora F.** | Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** |
|---|---|
| Defendant's name **Lodice, Matthew John** | Defendant's address *(Number, street, city, state, zip code)* **23 Lyman St, apt #3, New Britain CT, 06053** |
| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |

I am the  ☒ Plaintiff   ☐ Defendant   ☐ Third Party  in this case.

On *(date)* **06/18/2021**   the court made an order that *(name)* **Matthew John Lodice**   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Agreement page 1 #1 states mother gets right of first refusal. Father has not given mother right of first refusal on multiple occasions. Most recent was on 4/16/22 when he left my child with his ex-wife Monica Perez without giving me right of first refusal. He has also done this several other times and never once has given me right of first refusal and constantly leaves her with other people during his visitation time without first giving me the right of first refusal.

Agreement page 1 # 2 states that father is to ensure nightly phonecalls occurs. on 4/12/22 judge also ordered a 7:00Pm nightly call set time. Matthew did not call on 4/15/22 or on 4/16/22 or on 4/17/22 despite being court ordered to do so. See attached pages.

**Claim for Relief**

I ask the court to find *(name)* **Matthew John Lodice**   in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name **Theodora Antar** | Date **04/18/2022** |
|---|---|---|
| Mailing address of self-represented party or attorney **856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address **theodoraantar@gmail.com** | Phone number *(Area code first)* **2032738419** | |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **4|18|22**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
**Matthew Lodice**
**23 Lyman St, Apt #3**
**New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name **Theodora Antar** | Date signed **04/18/2022** |
|---|---|---|

Court Use Only
Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**APR 1 8 2022**

**CHIEF CLERK'S OFFICE**

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter?  ☐ Yes   ☒ No

Page 1

Continued from page 1.

On page 1, #4 of our agreement from 6/18/2021, it states that Matthew is required to take Angelina to all of her religious, educational, sporting, extracurricular, and social activities during his parenting time. I have asked him to take her to several religious activities and he has refused to take her to any of them.

On page 2 #8 of our agreement it states that birthday must be split equally or celebrated with a joint party. On 4/12/22 the judge ordered us to do a joint party together and split the costs. I have emailed Matthew multiple times asking about venue location, and other logistics and he has refused to respond and refuses to plan or coordinate anything for the party or provide any financial assistance in paying for it, despite being ordered to do both on 4/12/22

On page 2 #9 it states mother makes all religious decisions for the child. Father has refused to accept any religious decisions and states that when she is with him he will not take her to any religious events or acknowledge anything that is religious in nature for her, despite me making those decisions and asking him to support them.

On page 3 # 19 it states that father must pay 50% of unreimbursed childcare costs as well as $120 a week in child support. On 4/12/22 the judge also re-ordered him to pay a minimum of $120 a week in child support no later than 4/15/22. As of today, 4/18/22 he has not paid a single dollar. He states that he will not pay me a single dollar in child care or child support unless he is incarcerated and forced to pay by a judge. He stated that he will not pay anything at all and that he claims to lie about his income and state he has no income in an effort to eliminate his child support. He has not paid a single dollar since 11/20/2021. He said that the judge's order for him to begin paying again on 4/12/22 means nothing to him and he states that he knows he can get away with not paying, and that he doesn't believe that he can go to jail, lose his license or professional HIC license, pay fines, or have any other sanctions imposed upon him and states that the court will not do anything and he can go as long as he likes without paying. He says he will never pay again.

On 4/12/22 the judge ordered Matthew to download the Our Family Wizard app and use it for all communication between us and was ordered to pay for the annual subscription for us, as well. He was told to do this no later than 4/15/22. It is now 4/18/22 and he has refused, stating that he has no money and doesn't want to pay for it. The judge ordered him to do it and he is refusing, stating he will not do what the judge said and that he would rather have no communication than to pay for the Our Family Wizard app, despite being ordered to do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on *(date)* 6/28/22 at *(time)* 2:00 PM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other:

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3F | 203-503-6800 |

Court location *(Number, street and town)*
235 Church St. New Haven, CT 06510

**OR**

☐ remotely (online by video). You are ordered to:

> • File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
> • Attend this court event by following the instructions that are sent to your e-mail address by the court; and
> • Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.
>
> You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

**\*About Resolution Plan Dates**
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew John Lodice | |

By the court (Judge/Assistant clerk)
(Grosman J.)

Date signed
4/26/22

Page 2

**APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY**

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters. For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case (Name of plaintiff v. Name of defendant) Antar, Theodora F. vs Lodice, Matthew | Docket number (If applicable) NNH-FA19-5046828-S |
|---|---|
| Judicial District New Haven | Address of court 235 Church St, New Haven, CT |
| Name of applicant (Last, first, middle initial) Antar, Theodora F. | Address of applicant (Number, street, town, state and zip code) 856 Shagbark Drive, Orange CT | Phone number 2032738419 |

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other (ex parte custody, etc.) (Specify): ___
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

*I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  (select all that apply)*

- [ ] Entry fee (fee to file a new case)
- [x] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify): ___
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

**Grounds for Appeal**  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: ___

**Appointment of Counsel**  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | 800.00 |
| B. Net monthly income (after taxes) from employment | |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): ___ | + |
| | = |
| **Total Monthly Income (B+C)** | 800.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 1750.00 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | |
| D. Food, not including SNAP (food stamps) | 600.00 |
| E. Clothing | |
| F. Insurance Premiums (medical/auto, life, home) | 200.00 |
| G. Medical/Dental (costs not covered by insurance) | 50.00 |
| H. Transportation (bus, gasoline, etc.) | 400.00 |
| I. Child Care | 400.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| **Total Monthly Expenses** | 2400.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 8000 | 9000 | Motor Vehicle -1000.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings 500.00 |
| E. Checking Account Balance (Total of all accounts) | | | Checking 100.00 |
| F. Cash | | | Cash |
| G. Other Assets (Specify): ___ | | | Other Assets -600 |
| | | | Total Assets -600 |

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**APR 18 2022**

CHIEF CLERK'S OFFICE

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loan | 25,000.00 | 200.00 |
| Credit card | 5000.00 | 200.00 |
| | | |
| | | |
| **Total Liabilities** | 30,000.00 | 400.00 |

| Name of case | | (If applicable) |
|---|---|---|
| Antar, Theodora F. W. v. Larki, Matthew | | WNH-FA19-5046828-S |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | ***Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.***

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 4/18/2022 |
| Subscribed and sworn to before me: | On (Date) 4/18/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent  ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

1. The following costs are ordered paid by the State
   ☒ Costs of service of process not to exceed:  $ State Rates
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):* _____

2. The following fees are waived  ☐ Entry fee  ☒ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):* _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is  ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Susan A. Connors | 4/19/22 | | 4/19/22 |

JD-FM-75   Rev. 12-21                                  Page 2 of 3

| Name of case | Docket number (If applicable) |
|---|---|

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                           Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
   ☐ 1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed   $ _____
      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
   ☐ Other *(Specify):* _____
   ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

JD-FM-75   Rev. 12-21                                        Page 3 of 3

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | |
| ‖‖‖‖‖‖‖‖‖ | Certification has been filled out. |
| **CONTCPL** | |
| ‖‖‖‖‖‖‖‖‖ | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | |
| ‖‖‖‖‖‖‖‖‖ | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

(Select one) ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address (Number, street, city, state, zip code) |
|---|---|
| Lodice, Matthew John | 23 Lyman St, apt #3, New Britain CT, 06053 |

| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) |
|---|---|
| | |

I am the ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On (date) 06/18/2021 ___ the court made an order that (name) Matthew John Lodice ___ is not following.

**Court Order and ways the Order has not been followed**
(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)

Agreement page 1 #1 states mother gets right of first refusal. Father has not given mother right of first refusal on multiple occasions. Most recent was on 4/16/22 when he left my child with his ex-wife Monica Perez without giving me right of first refusal. He has also done this several other times and never once has given me right of first refusal and constantly leaves her with other people during his visitation time without first giving me the right of first refusal.

Agreement page 1 # 2 states that father is to ensure nightly phonecalls occurs. on 4/12/22 Judge also ordered a 7:00Pm nightly call set time. Matthew did not call on 4/15/22 or on 4/16/22 or on 4/17/22 despite being court ordered to do so. See attached pages.

**Claim for Relief**

I ask the court to find (name) Matthew John Lodice ___ in contempt and to enter any other orders the court finds appropriate. (Select only if this applies) ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name | Date |
|---|---|---|
| *[signature]* | Theodora Antar | 04/18/2022 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number (Area code first) |
|---|---|
| theodoraantar@gmail.com | 2032738419 |

**Certification** (Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 4 18 22 ___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | |
|---|---|
| Matthew Lodice
23 Lyman St, Apt #3
New Britain, CT, 06053 | *Court Use Only*
**Judicial District of New Haven**
**SUPERIOR COURT**
**FILED**
**APR 1 8 2022**
**CHIEF CLERK'S OFFICE** |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name | Date signed |
|---|---|---|
| ▶ *[signature]* | Theodora Antar | 04/18/2022 |

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter?  ☐ Yes  ☒ No

157

Continued from page 1.

On page 1, #4 of our agreement from 6/18/2021, it states that Matthew is required to take Angelina to all of her religious, educational, sporting, extracurricular, and social activities during his parenting time. I have asked him to take her to several religious activities and he has refused to take her to any of them.

On page 2 #8 of our agreement it states that birthday must be split equally or celebrated with a joint party. On 4/12/22 the judge ordered us to do a joint party together and split the costs. I have emailed Matthew multiple times asking about venue location, and other logistics and he has refused to respond and refuses to plan or coordinate anything for the party or provide any financial assistance in paying for it, despite being ordered to do both on 4/12/22

On page 2 #9 it states mother makes all religious decisions for the child. Father has refused to accept any religious decisions and states that when she is with him he will not take her to any religious events or acknowledge anything that is religious in nature for her, despite me making those decisions and asking him to support them.

On page 3 # 19 it states that father must pay 50% of unreimbursed childcare costs as well as $120 a week in child support. On 4/12/22 the judge also re-ordered him to pay a minimum of $120 a week in child support no later than 4/15/22. As of today, 4/18/22 he has not paid a single dollar. He states that he will not pay me a single dollar in child care or child support unless he is incarcerated and forced to pay by a judge. He stated that he will not pay anything at all and that he claims to lie about his income and state he has no income in an effort to eliminate his child support. He has not paid a single dollar since 11/20/2021. He said that the judge's order for him to begin paying again on 4/12/22 means nothing to him and he states that he knows he can get away with not paying, and that he doesn't believe that he can go to jail, lose his license or professional HIC license, pay fines, or have any other sanctions imposed upon him and states that the court will not do anything and he can go as long as he likes without paying. He says he will never pay again.

On 4/12/22 the judge ordered Matthew to download the Our Family Wizard app and use it for all communication between us and was ordered to pay for the annual subscription for us, as well. He was told to do this no later than 4/15/22. It is now 4/18/22 and he has refused, stating that he has no money and doesn't want to pay for it. The judge ordered him to do it and he is refusing, stating he will not do what the judge said and that he would rather have no communication than to pay for the Our Family Wizard app, despite being ordered to do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew John | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on *(date)* 6/28/22 at *(time)* 2:00 PM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other:

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: New Haven | Room number *(if known)* 3E | Phone number *(Area code first)* 203-503-6800 |
|---|---|---|
| Court location *(Number, street and town)* 235 Church St. New Haven, CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

  • File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
  • Attend this court event by following the instructions that are sent to your e-mail address by the court; and
  • Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

  You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served Matthew John Lodice | Address |
|---|---|
| By the court (Judge/Assistant clerk) Grossman, J. | Date signed 4/20/22 |

Page 2

**APPLICATION FOR WAIVER OF FEES/**
**PAYMENT OF COSTS/APPOINTMENT**
**OF COUNSEL - FAMILY**
JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if applicable.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

Name of case *(Name of plaintiff v. Name of defendant)*: Antar, Theodora F. VS. Lodice, Matthew

Docket number *(If applicable)*: NNH-FA19-5046828 S

Judicial District: New Haven

Address of court: 235 Church St. New Haven CT

Name of applicant *(Last, first, middle initial)*: Antar, Theodora

Address of applicant *(Number, street, town, state and zip code)*: 856 Shagbark Drive, Orange, CT 06477

Phone number: 2032738419

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.) (Specify):* _____
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):* _____
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED

**Grounds for Appeal**   *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

MAY 20 2022

**Appointment of Counsel**   *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

CHIEF CLERK'S OFFICE

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*: 2

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 1200 |
| B. Net monthly income *(after taxes)* from employment | |
| C. Other income *(TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):* | + |
| | = |
| **Total Monthly Income (B+C)** | 1200 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 300.00 |
| D. Food, *not including SNAP (food stamps)* | 800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | 50.00 |
| H. Transportation *(bus, gasoline, etc.)* | 800.00 |
| I. Child Care | 200.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | 4150.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 10,000 | 18,000 | Motor Vehicle −8000 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 200.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets −7800 |
| **Total Assets** | | | −7800 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | $30,000 | $400.00 |
| Credit cards | $20,000 | $800.00 |
| | | |
| **Total Liabilities** | 50,000 | 1200 |

Page 1 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| Anfar,Theodora F. VS. Matthew Lodice | |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Anfar | 6/20/22 |
| Subscribed and sworn to before me: | On *(Date)* 5/20/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent ☑ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☑ Granted as follows:

1. The following costs are ordered paid by the State
 ☑ Costs of service of process not to exceed: $ _State rate_
 ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
 ☐ Other *(Specify):* _____

2. The following fees are waived ☐ Entry fee ☑ Filing fee ☐ Appellate filing fee (Supreme or Appellate Court)
 ☐ Other *(Specify):* _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam/ Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Maureen Kelm Boreland | 5/20/2022 | | 5/20/2022 |

JD-FM-75 Rev. 12-21 — Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____   _____
Signed *(Applicant)*                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed   $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**

JD-FM-222  Rev. 12-21
C.G.S. § 46b-56f; P.A. 21-15

| *This form is available in other language(s).* |
|---|

For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
|---|
| **EXPCUS** |

**Instructions**
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

| Judicial District of | At (Town) | Return date (If applicable) | Docket number |
|---|---|---|---|
| **New Haven** | **New Haven** | | **NNH-FA19-5046828-S** |

Name of case (Plaintiff v. Defendant)
**Antar, Theodora F. Vs. Lodice, Matthew**

1. I, *(Name and address)* Theodora Antar, 856 Shagbark Drive, Orange, CT

am the Applicant for this emergency ex parte order of custody, and I am the  [x] Parent   [ ] Legal Guardian   of the following child or children for whom I am seeking this order *(attach additional sheets if necessary):*

| Child's Name (First, Middle Initial, Last) | Date of birth (Month, day, year) |
|---|---|
| Angelina M. Lodice | 05/21/2019 |
| | |
| | |

*Judicial District of New Haven*
*SUPERIOR COURT*

2. The Respondent *(Name and address)* Matthew Lodice, 23 Lyman St, New Britain, CT

is the [x] Parent   [ ] Legal Guardian   of the child or children named above.

**MAY 20 2022**

3. I am filing or there is already a pending matter in which I am a party for:

[ ] divorce *(dissolution of marriage).*          [ ] legal separation.

**CHIEF CLERK'S OFFICE**

[ ] annulment.          [x] custody of the child or children named above.

[x] post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

## I ask the Court to enter the following ex parte orders:

[x] Temporary legal and physical custody to mother

[ ] Visitation as follows: _____

[ ] No visitation.

[x] Respondent may not remove the child or children from the State of Connecticut.

[x] Respondent may not interfere with Applicant's custody of the child or children.

[x] Respondent may not interfere with the educational program of the child or children.

[x] Other *(specify):*

I am asking that the court immediately remove the child from the defendant's custody as he consistently has agreed to bring

her to religious and educational events and then refused. He has substance abuse issues and mental health issues that are

untreated. He is refusing to allow me to have custody of the child despite orders stating that he must share her birthday 5/21/22

with me equally with a shared joint party. This was ordered on 4/12/22 by Honorable Judge Maureen Price Boreland. I am

asking that he immediately be asked to stop interfering with my custody and that the court take into consideration the following

| Signed (Attorney or self-represented party) | Printed name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 5/20/22 |
| Address (Number, street, town or city, state, zip code) | Telephone number |
| 856 Shagbark Drive, Orange, CT, 06477 | (203) 273-8419 |

Page 1 of 3

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. Vs. Lodice, Matthew | NNH-FA19-5046828-S |

## Affidavit

I, *(Name)* **Theodora Antar**_____, am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children)*:

1. An emergency ex parte order is required because *(attach additional sheets if necessary)*:

The father of my child is refusing to follow the court order and is withholding my child from me. He told me that if I try to go get the child that he will have me arrested for harrassment and that if I contact the police he will have me arrested. He is court ordered to allow me to be with the child tomorrow and is refusing. He has refused many times to follow the court order and confirms things only to cancel and refuse at the last minute. This is causing extreme psychological harm to my child. She is expecting to see my family and me tomorrow and she is distraught that is is withholding her. See page 2 .

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I ☑ have ☐ have not   been a party or a witness or participated in any other capacity in cases in Connecticut or in any other state concerning custody or any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

4/12/22 order from Judge Price-Boreland

4. *(Select one)*

☐ I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is)*:

☑ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

My child is in danger of severe emotional and psychological damage by father refusing to let me see her. Her birthday is tomorrow.

| I certify that the statements above are true to the best of my knowledge and belief | Signed *(Affiant)* | Print name of person signing |
|---|---|---|
| | | Theodora Antar |
| Subscribed and sworn to before me (Assistant Clerk) Commissioner of Superior Court, Notary Public) | | Date signed 5/20/22 |

Page 2

Part of our agreement states that father must return the child to the home of the paternal grandmother at 2:00PM on the same day. It also stated that on April 24, 2022 that the father would drop the child off to the mother's home by 10:00AM and that the child will stay with the mother. The defendant is in contempt because on April 24, 2022, he did not show up to drop off the child at my home. I waited for 30 minutes and then had to leave. He then showed up at my home 15 min after I had already left. I saw on the camera that he tried ringing the doorbell numerous times. I had to call my mother to go and get the child after he also called the police in an attempt to say that I did not show up. I have the camera footage of the incident proving that he was not there to drop her off at 10 and did not show up until 10:45. I told him in the app that I waited over 20 minutes and that he did not show up once again violating the court order. I told him I was on my way to work as I had gotten called in. I asked him to please start following the court order moving forward.

Additionally, the order from 4/12/22 also stated that the parents agreed to celebrate the minor child's birthday with a joint birthday party to be held on May 21, 2022. The parents further agreed to share any costs equally per the order. In addition, the order from 4/12/22 which was ordered by The Honorable Judge Maureen Price-Boreland, further states that the court found the agreement to be fair and equitable and in the best interest of the minor child and approved the agreement and order. The order also stated that the parents shall schedule phone contact with each parent when the minor child is with the other parent for 7:00PM. It was also ordered that the parties will not engage in disparaging acts or conversations during the brief phone contact, and that the

parties would be flexible in recognizing the limitations of the child's age and appropriate attention span.

The defendant is in contempt because he did not start paying child support or download the app by 4/15/22. He first downloaded the app on 4/21/22, 6 days after he was ordered to do it by. I repeatedly asked him to download the app from 4/12/22 on, and he refused to listen. He continued to send me many emails and continued to communicate via email despite being ordered to use the app. I was forced to ask the police to ask him not to contact me anymore outside of the app. Only then did he agree to download and pay for the app. He disparaged the court by waiting 6 days to download the app, and by not paying a penny in court ordered child support since November 2021. He asked me to acknowledge that I received his first test message on 4/21/22 at 10:17AM. I replied that I got it on 4/21/22 at 8:02 PM. Prior to this, On 4/21/22 at 7:51PM I contacted him in the app with an attached itinerary and detailed event regarding a religious obligation for our child. I said "See attached. Please confirm you will be bringing her as you are court ordered to take her to all religious events during your visitation time."

He responded at 7:52 PM, 1 minute later, and said "Yes" and confirmed that he would take her. On 4/21/22 at 7:53PM he sent another message stating "Yes she will be there Saturday, Sunday too?" and confirmed for a second time that he would be taking her to this religious event, per our court order. On 4/21/22 at 8:11PM, he messaged me in the app asking when does Angelina's new school start, despite it being on our court order. responded by telling him to please see the calendar for 4/22/22-4/29/22 for all details regarding Angelina and transitions, as I had uploaded everything into the app's calendar. I messaged him at 8:24PM asking him to confirm that he was able to follow the court ordered schedule from 4/22/22-4/29/22 that I uploaded in the app. I included the religious event on 4/23/22 in the calendar as well as details about all drop off/pick up details. He then began

deleting and altering the schedule that I put in and stated at 8:12Pm that that if I did not stop changing it to what the accurate schedule was that he would continue to change it back. At 8:13PM I stated that the schedule I uploaded was correct and reflective of our court order. I asked him to please not change it anymore and to see the court order if he is confused about our plan.

I messaged him in the app on 4/30/22 at 9:04 AM showing an attached form from Angelina's school and told him to be sure to bring all of the items needed for her first day. He replied at 6:20 AM on 5/2/22 stating "Angelina is sick today and won't be going to school." However, the night before, she did not seem sick at all when I spoke to her via phone. I asked him to take her to the doctor and he refused. He was supposed to make both educational and medical decisions with me together, yet refused. He was court ordered to take her to daycare and refused, and then withheld her from me for 24 hours after.

Our order from 6/16/21 states that I make all religious decisions for our child, and it also states that both parents are responsible for taking the child to all of her religious, educational, sporting, extracurricular, and social activities (included, but not limited to Sunday school, dance, swimming, and birthday parties) in which the child is involved that occur during their parenting time.

The defendant had already confirmed multiple times on 4/21/22 and prior to that via email that he would bring the child to the religious event at the church on 4/23/22. On 4/23/22 at 6:05 Am, he texted my mother outside of the app stating "Hey Dee, I'm sorry but I can't bring Angelina today. Theo set up in court that Angelina is getting dropped off tomorrow for church. If you or Theo want to come pick up Angelina today you are more than welcome to but I won't be able to make it down this morning. Again I'm so sorry."

He refused, less than 4 hours prior to the start time, to take her to a crucial religious event that he confirmed he would take her to multiple times. I had the New Britain Police Department perform a wellness check on my child after he did not bring her to church for 10:00AM. They stated she was well and that the defendant was still refusing to comply with the order and stated that I should file a motion for contempt in family court and that they can not enforce civil orders.

The agreement also states that birthday and name day shall be both shared equally. It also states that if desired, the day be split in half morning 7:30AM-2:00PM OR night 2:00PM-8:30PM. The agreement states that the alternative is doing a joint party/celebration for the child and celebrating together as a family. It also states that all educational and medical decisions must be made by the parties together.

I filed another motion for contempt on 4/18/22 regarding the fact that Matthew had refused to download the app and was making it so we had no way to communicate and therefore could not plan the court ordered joint birthday party to be held on 5/21/22. I filed a caseflow request on 4/20/22 asking that the court move our 6/28/22 hearing up to a date prior to 5/21/22 so that we were able to comply with the order regarding the party and the caseflow request was denied.

When I first asked him about the birthday party in the parenting app after he finally downloaded it on 4/21/22 at 8:43PM, I asked if he could send a 50% deposit to book it and he stated that he has no money and needed to know how much, where, and wanted to discuss it and see proof and talk to the place. I explained to him that he was ordered to download the app and since he waited so long that many venues were already booked. I asked him if he is going to pay half of the booking fee and he said he needed details such as where, when, what time, how much, who is going, and who is invited. We discussed the party further and I sent him pricing options. I asked if he could send deposit via the family wizard app and he said no, stating he will only send

money to the place directly and that he will never send me any money, despite being court ordered to pay half the party. He asked me to make a party list and send it, and said we could discuss location. He told me his budget was :$200 for the party, and on 4/21/22 at 9:22 PM he mentioned that I am court ordered to do the party with him and to pay half. After several back and forth communications regarding the party, I told him that if he did not commit that I would opt into doing 2 separate parties and splitting the day equally like our agreement states. He finally on 4/21/22 at 9:34 PM stated that he wanted to do a $299 package and spend $100 non the other stuff cake decorations after I sent him an attached package from the venue. I explained that that would only cover 10 bouncers and that I wanted to invite the new friends from her new school to her party. He stated that he would do 5 bouncers each and said if we want to add on more we can pay the difference then. Eventually, at 9:41 pm he said "Fine 300. I can't do anymore." And agreed to spent $300 each as the budget for the party.  He stated that he would send me the money the following week and that he wanted to confirm with the place that I booked it at before sending me any money. He then asked me again when I was planning on having the party, despite it being the actual date of our child's birth and being a court ordered date for the party.

On 4/28/22 at 6:54 AM the defendant contacted me in the app again asking me If I had made any final decisions on where and when I wanted to do Angelina's party, and stated that he was ready to put the deposit down. At 9:36 AM he stated he was in Orange and asked if I wanted to meet him for a coffee to discuss the party details. At 12:57 PM he asked "What are we doing about Angelina's party? Are you joining us for her party or no?" I replied at 6:25 PM stating "I called everywhere and they are all booked. Urbain air has it open. Everywhere else is booked solid." I asked what package he wanted and sent the link as well as my suggestion of which one I thought we should do. He commented on the price seeming high, and we continued to discuss it.

He then, for the second time, asked me what day I wanted to do it, despite it being court ordered for her actual birthday of 5/21/22. I replied that it would be the day that it stated on the court order. He asked what came with the party, and then asked if I had a list of who to invite. We continued to discuss options back and forth. On 4/28/22 at 7:32 PM I told him I had narrowed it down to 2 options of Urban air in orange or Cheshire which would limit us to 15 people total,. I said if not we can opt into splitting the day. He stated he planned to bring 7 children.

He then stopped responding and on 4/29/22 at 8:20 PM I stated "Why are you ignoring my message regarding the birthday?" At 6:56 AM on 4/30/22, he replied stating "I sent you the money for the party. Set it up where you want." He sent me $300 via zelle. I asked him at 7:06 AM "So you are letting me make all the decisions myself? Is that all the money you are contributing? How many people are you inviting because we still need to buy food and invitations and decorations and goodie bags and stuff. How many people total are you planning to invite? How many kids and how many adults?"

At 7:08 Am, he replied stating "I gave you three hundred, you said you wanted it at urban air on Saturday the 21st" He then started saying disparaging and insulting comments to me stating "I'm sorry that you have no family or friends because you made everyone hate you but our family is very close" and "Most of my family wants nothing to do with you because of all of your issues and grief that you have caused them. So I don't know how many will come knowing you will be there."

He continued to refuse to speak to me about the party after that and I told him that after 3+ weeks of trying and his failure to work together or speak respectfully and not use abusive language toward me that I didn't feel comfortable doing the joint celebration and that I wanted to opt into splitting the day in half.

He responded at 7:37 AM stating that I am court ordered to share this birthday with him and that he sent me $300 and that I cannot steal that money. He said "I told you we can do it at urban air. It's 7 kids invited. $600 is not enough for a 3rd birthday party. I gave you 300 so we can set up the party. I figured after the invites if everyone does come and we have to add on more we will pay for it then."

He continued to speak in a disrespectful manner to me accusing me of not being a good human and not doing what's best for our daughter. I explained there may be additional costs and he stated to use the $600 budget. At 7:56AM he stated "We only need to pay for the kids. It's a kid's party."

On 4/30/22 at 7:51AM I sent him 2 attachments showing what I was booking. I stated "I'm going to book this now and I will nneed you to send some more money to do a cake." I explained that it included 2 pizzas and he replied at 7:57 Am stating "I would change it to 4 or 5 pizzas." I asked for more money to accommodate that and he stated that the bill is 400 and if we pay half that leaves 200 left in our budget. He said "I sent you $300.00. The bill is $400 we are paying half each. How does that not cover that." On 4/30/22 at 7:52 PM I booked the party and sent documentation of the party booking info as attachments to the defendant in the app showing him all of the details.

Furthermore, he stated that he acknowledged what was included in our package as well for the $400.00. At 8:06 Am on 5/1/11 he said "Im required to pay half the party. You sent me a bill for $400.00 total. I sent you $300.00 so that covers my half up to $600.00. Stop playing games and set up the party. You are only trying to hurt her and steal from e. Focus on Angelina this is for her."

We continued to discuss whether or not we needed more money to pay for everything and he said "You can't take my money and then say you are throwing your own party. That is stealing. You need to do what's best for Angelina. Stop this already. You have $600 for the party and it costs $400.00. You can make the rest happen with $200.00. If it ends up being more in the end because more kids showed up then expected we will address that then." He stated that there is "$200.00 of usable money, use that" On 5/2/22 at 9:50 am he stated that "Cakes are 40 and you don't need to spend $150.00 on a cake. And that still leaves $50.00"

At 4:12 Pm he said "I'm not paying for a custom cake that cost $150 that crazy. I don't have money like that I don't mind covering half the party and throwing you the extra hundred that I did for the other stuff. But I'm not giving you extra money because you want an expensive cake. You can get an Encanto cake from stop and shop for $40.00"

I asked him if he thinks that his deliberate refusal to pay his court ordered support for our child doesn't hurt her and he stated on 5/3/22 at 8:34AM that "I hope you seek out the psychological help that you desperately need. I sent you the money for the party. Please continue to set it up."

Then, on 5/6/22 at 9:50 am he messaged asking what the plan is for her party, despite us having discussed in great detail the day, time, place, and details of the event in the app. I did not respond because I was busy working and did not have time to repeat what was already discussed and acknowledged.

On 5/10/22 at 8:30 he asked again "are you going to plan Angelina's party or not? I sent you the money for the party. Everyone in my family keeps asking what we are doing this paty. You are court ordered to share this party with me."

arrested. He stated that he has plans for the entire day for Angelina and will be out of his home for the entire day and night and is refusing to bring her to the party, despite us having paid and booked and confirmed it and 15 total guests attending.

On 5/11/22 he agreed to bring Angelina to religious event the following Sunday. He then refused on Sunday stating he can not bring her. He stated I would have to get her, despite the order stating he must bring her to the event. He is also refusing to pay %50 of court ordered child care costs.

5/20/22

(clerk) 5/20/22

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Antar, Theodora F. Vs. Lodice, Matthew | NNH-FA19-5046828-S |

## Order (To be completed by the court)

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

   ☐ Temporary legal and physical custody to _____

   ☐ Visitation as follows: _____

   ☐ No visitation.

   ☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

   ☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

   ☐ Respondent may not interfere with the educational program of the child or children named in the application.

   ☐ Other: _____

_____

_____

☑ This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).

| By the Court (Judge) | Date ordered |
|---|---|
| Maureen Price-Boreland | 5 / 20 / 2022 |

## Order for Notice and Summons (To be completed by clerk)

The court orders that a hearing on this Application be held on (date) 6/22/22 at (time) 9:30 Am.

This hearing will be held    ☑ in person at:

| Superior Court, Judicial District of: New Haven | Room number (If known) 3C | Phone number (Area code first) (203) 503-6800 |
|---|---|---|
| Court location (Number, street and town) 235 Church Street, New Haven | | |

   ☐ remotely (online by video). You are ordered to:

     • File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
     • Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
     • Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

     You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least 5 days before the date of the hearing, and file proof of service with this Court.

| Person to be served Matthew Lodice | Address |
|---|---|
| By the Court (Price-Boreland, J.) | Assistant Clerk | Date signed 5/20/22 |

STATE OF CONNECTICUT )
                              ) ss. New Britain          June 1, 2022
COUNTY OF HARTFORD   )

       Then and there by virtue hereof, on June 1, 2022, in the Town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew Lodice,

the within named defendant, 23 Lyman Street, New Britain, CT, a true and

attested verified copy of the original Application for Emergency Ex Parte Order of

Custody, Affidavit and Order for Hearing and Summons and Affidavit Concerning

Children with my endorsement thereon.

       The within and foregoing is the original Application for Emergency Ex

Parte Order of Custody, Affidavit and Order for Hearing and Summons and

Affidavit Concerning Children with my doings hereon endorsed.

                                  ATTEST

                                  Alan F. Zaniewski
                                  State Marshal
                                  Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 14.00 |
| Ends. | | 2.00 |
| Service | | 40.00 |
| Miles Travel | | |
| | | |
| Total | $ | |

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 17 2022

CHIEF CLERK'S OFFICE

| **APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**<br>JD-FM-222 Rev. 12-21<br>C.G.S. § 46b-56f; P.A. 21-15 | **This form is available in other language(s).** | For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA.** | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov |
|---|---|---|---|

**Instructions**
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

**Court Use Only**

EXPCUS

‖‖‖‖‖‖‖‖‖‖‖

| Judicial District of<br>**New Haven** | At (Town)<br>**New Haven** | Return date (If applicable) | Docket number<br>**NNH-FA19-5046828-S** |
|---|---|---|---|

Name of case (Plaintiff v. Defendant)
**Antar, Theodora F. Vs. Lodice, Matthew**

1. I, (Name and address) Theodora Antar, 856 Shagbark Drive, Orange, CT

am the Applicant for this emergency ex parte order of custody, and I am the ☒ Parent ☐ Legal Guardian of the following child or children for whom I am seeking this order (attach additional sheets if necessary):

| Child's Name (First, Middle Initial, Last) | Date of birth (Month, day, year) |
|---|---|
| Angelina M. Lodice | 05/21/2019 |
| | |
| | |

Judicial District of New Haven
SUPERIOR COURT

2. The Respondent (Name and address) Matthew Lodice, 23 Lyman St, New Britain, CT

MAY 20 2022

is the ☒ Parent ☐ Legal Guardian of the child or children named above.

CHIEF CLERK'S OFFICE

3. I am filing or there is already a pending matter in which I am a party for:

☐ divorce (dissolution of marriage).      ☐ legal separation.

☐ annulment.      ☒ custody of the child or children named above.

☒ post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

## I ask the Court to enter the following ex parte orders:

☒ Temporary legal and physical custody to mother

☐ Visitation as follows: _____

☐ No visitation.

☒ Respondent may not remove the child or children from the State of Connecticut.

☒ Respondent may not interfere with Applicant's custody of the child or children.

☒ Respondent may not interfere with the educational program of the child or children.

☒ Other (specify):

I am asking that the court immediately remove the child from the defendant's custody as he consistently has agreed to bring her to religious and educational events and then refused. He has substance abuse issues and mental health issues that are untreated. He is refusing to allow me to have custody of the child despite orders stating that he must share her birthday 5/21/22 with me equally with a shared joint party. This was ordered on 4/12/22 by Honorable Judge Maureen Price Boreland. I am asking that he immediately be asked to stop interfering with my custody and that the cour take into consideration the following

| Signed (Attorney or self-represented party) | Printed name of person signing<br>Theodora Antar | Date signed<br>5/20/22 |
|---|---|---|
| Address (Number, street, town or city, state, zip code)<br>856 Shagbark drive, Orange, CT, 06477 | | Telephone number<br>(203) 273 - 8419 |

Page 1 of 3

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. Vs. Lodice, Matthew | NNH-FA19-5046828-S |

## Affidavit

I, *(Name)* **Theodora Antar** _____, am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children)*:

1. An emergency ex parte order is required because *(attach additional sheets if necessary)*:

The father of my child is refusing to follow the court order and is withholding my child from me. He told me that if I try to go get

the child that he will have me arrested for harrassment and that if I contact the police he will have me arrested. He is court

ordered to allow me to be with the child tomorrow and is refusing. He has refused many times to follow the court order and

confirms things only to cancel and refuse at the last minute. This is causing extreme psychological harm to my child. She is

expecting to see my family and me tomorrow and she is distraught that is is withholding her. See page 2 .

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I ☑ have ☐ have not been a party or a witness or participated in any other capacity in cases in Connecticut or in any other state concerning custody or any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

4/12/22 order from Judge Price-Boreland

4. *(Select one)*

☐ I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is)*:

☑ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

My child is in danger of severe emotional and

psycological damage by father refusing to let me see her

Her birthday is tomorrow.

| I certify that the statements above are true to the best of my knowledge and belief | Signed *(Affiant)* | Print name of person signing Theodora Antar |
|---|---|---|
| *Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public)* | | Date signed 5/20/22 |

Page 2

Part of our agreement states that father must return the child to the home of the paternal grandmother at 2:00PM on the same day. It also stated that on April 24, 2022 that the father would drop the child off to the mother's home by 10:00AM and that the child will stay with the mother. The defendant is in contempt because on April 24, 2022, he did not show up to drop off the child at my home. I waited for 30 minutes and then had to leave. He then showed up at my home 15 min after I had already left. I saw on the camera that he tried ringing the doorbell numerous times. I had to call my mother to go and get the child after he also called the police in an attempt to say that I did not show up. I have the camera footage of the incident proving that he was not there to drop her off at 10 and did not show up until 10:45. I told him in the app that I waited over 20 minutes and that he did not show up once again violating the court order. I told him I was on my way to work as I had gotten called in. I asked him to please start following the court order moving forward.

Additionally, the order from 4/12/22 also stated that the parents agreed to celebrate the minor child's birthday with a joint birthday party to be held on May 21, 2022. The parents further agreed to share any costs equally per the order. In addition, the order from 4/12/22 which was ordered by The Honorable Judge Maureen Price-Boreland, further states that the court found the agreement to be fair and equitable and in the best interest of the minor child and approved the agreement and order. The order also stated that the parents shall schedule phone contact with each parent when the minor child is with the other parent for 7:00PM. It was also ordered that the parties will not engage in disparaging acts or conversations during the brief phone contact, and that the

parties would be flexible in recognizing the limitations of the child's age and appropriate attention span.

The defendant is in contempt because he did not start paying child support or download the app by 4/15/22. He first downloaded the app on 4/21/22, 6 days after he was ordered to do it by. I repeatedly asked him to download the app from 4/12/22 on, and he refused to listen. He continued to send me many emails and continued to communicate via email despite being ordered to use the app. I was forced to ask the police to ask him not to contact me anymore outside of the app. Only then did he agree to download and pay for the app. He disparaged the court by waiting 6 days to download the app, and by not paying a penny in court ordered child support since November 2021. He asked me to acknowledge that I received his first test message on 4/21/22 at 10:17AM. I replied that I got it on 4/21/22 at 8:02 PM. Prior to this, On 4/21/22 at 7:51PM I contacted him in the app with an attached itinerary and detailed event regarding a religious obligation for our child. I said "See attached. Please confirm you will be bringing her as you are court ordered to take her to all religious events during your visitation time."

He responded at 7:52 PM, 1 minute later, and said "Yes" and confirmed that he would take her. On 4/21/22 at 7:53PM he sent another message stating "Yes she will be there Saturday, Sunday too?" and confirmed for a second time that he would be taking her to this religious event, per our court order. On 4/21/22 at 8:11PM, he messaged me in the app asking when does Angelina's new school start, despite it being on our court order. responded by telling him to please see the calendar for 4/22/22-4/29/22 for all details regarding Angelina and transitions, as I had uploaded everything into the app's calendar. I messaged him at 8:24PM asking him to confirm that he was able to follow the court ordered schedule from 4/22/22-4/29/22 that I uploaded in the app. I included the religious event on 4/23/22 in the calendar as well as details about all drop off/pick up details. He then began

deleting and altering the schedule that I put in and stated at 8:12Pm that that if I did not stop changing it to what the accurate schedule was that he would continue to change it back. At 8:13PM I stated that the schedule I uploaded was correct and reflective of our court order. I asked him to please not change it anymore and to see the court order if he is confused about our plan.

I messaged him in the app on 4/30/22 at 9:04 AM showing an attached form from Angelina's school and told him to be sure to bring all of the items needed for her first day. He replied at 6:20 AM on 5/2/22 stating "Angelina is sick today and won't be going to school." However, the night before, she did not seem sick at all when I spoke to her via phone. I asked him to take her to the doctor and he refused. He was supposed to make both educational and medical decisions with me together, yet refused. He was court ordered to take her to daycare and refused, and then withheld her from me for 24 hours after.

Our order from 6/16/21 states that I make all religious decisions for our child, and it also states that both parents are responsible for taking the child to all of her religious, educational, sporting, extracurricular, and social activities (included, but not limited to Sunday school, dance, swimming, and birthday parties) in which the child is involved that occur during their parenting time.

The defendant had already confirmed multiple times on 4/21/22 and prior to that via email that he would bring the child to the religious event at the church on 4/23/22. On 4/23/22 at 6:05 Am, he texted my mother outside of the app stating "Hey Dee, I'm sorry but I can't bring Angelina today. Theo set up in court that Angelina is getting dropped off tomorrow for church. If you or Theo want to come pick up Angelina today you are more than welcome to but I won't be able to make it down this morning. Again I'm so sorry."

He refused, less than 4 hours prior to the start time, to take her to a crucial religious event that he confirmed he would take her to multiple times. I had the New Britain Police Department perform a wellness check on my child after he did not bring her to church for 10:00AM. They stated she was well and that the defendant was still refusing to comply with the order and stated that I should file a motion for contempt in family court and that they can not enforce civil orders.

The agreement also states that birthday and name day shall be both shared equally. It also states that if desired, the day be split in half morning 7:30AM-2:00PM OR night 2:00PM-8:30PM. The agreement states that the alternative is doing a joint party/celebration for the child and celebrating together as a family. It also states that all educational and medical decisions must be made by the parties together.

I filed another motion for contempt on 4/18/22 regarding the fact that Matthew had refused to download the app and was making it so we had no way to communicate and therefore could not plan the court ordered joint birthday party to be held on 5/21/22. I filed a caseflow request on 4/20/22 asking that the court move our 6/28/22 hearing up to a date prior to 5/21/22 so that we were able to comply with the order regarding the party and the caseflow request was denied.

When I first asked him about the birthday party in the parenting app after he finally downloaded it on 4/21/22 at 8:43PM, I asked if he could send a 50% deposit to book it and he stated that he has no money and needed to know how much, where, and wanted to discuss it and see proof and talk to the place. I explained to him that he was ordered to download the app and since he waited so long that many venues were already booked. I asked him if he is going to pay half of the booking fee and he said he needed details such as where, when, what time, how much, who is going, and who is invited. We discussed the party further and I sent him pricing options. I asked if he could send deposit via the family wizard app and he said no, stating he will only send

money to the place directly and that he will never send me any money, despite being court ordered to pay half the party. He asked me to make a party list and send it, and said we could discuss location. He told me his budget was :$200 for the party, and on 4/21/22 at 9:22 PM he mentioned that I am court ordered to do the party with him and to pay half. After several back and forth communications regarding the party, I told him that if he did not commit that I would opt into doing 2 separate parties and splitting the day equally like our agreement states. He finally on 4/21/22 at 9:34 PM stated that he wanted to do a $299 package and spend $100 non the other stuff cake decorations after I sent him an attached package from the venue. I explained that that would only cover 10 bouncers and that I wanted to invite the new friends from her new school to her party. He stated that he would do 5 bouncers each and said if we want to add on more we can pay the difference then. Eventually, at 9:41 pm he said "Fine 300. I can't do anymore." And agreed to spent $300 each as the budget for the party. He stated that he would send me the money the following week and that he wanted to confirm with the place that I booked it at before sending me any money. He then asked me again when I was planning on having the party, despite it being the actual date of our child's birth and being a court ordered date for the party.

On 4/28/22 at 6:54 AM the defendant contacted me in the app again asking me If I had made any final decisions on where and when I wanted to do Angelina's party, and stated that he was ready to put the deposit down. At 9:36 AM he stated he was in Orange and asked if I wanted to meet him for a coffee to discuss the party details. At 12:57 PM he asked "What are we doing about Angelina's party? Are you joining us for her party or no?" I replied at 6:25 PM stating "I called everywhere and they are all booked. Urbain air has it open. Everywhere else is booked solid." I asked what package he wanted and sent the link as well as my suggestion of which one I thought we should do. He commented on the price seeming high, and we continued to discuss it.

He then, for the second time, asked me what day I wanted to do it, despite it being court ordered for her actual birthday of 5/21/22. I replied that it would be the day that it stated on the court order. He asked what came with the party, and then asked if I had a list of who to invite. We continued to discuss options back and forth. On 4/28/22 at 7:32 PM I told him I had narrowed it down to 2 options of Urban air in orange or Cheshire which would limit us to 15 people total,. I said if not we can opt into splitting the day. He stated he planned to bring 7 children.

He then stopped responding and on 4/29/22 at 8:20 PM I stated "Why are you ignoring my message regarding the birthday?" At 6:56 AM on 4/30/22, he replied stating "I sent you the money for the party. Set it up where you want." He sent me $300 via zelle. I asked him at 7:06 AM "So you are letting me make all the decisions myself? Is that all the money you are contributing? How many people are you inviting because we still need to buy food and invitations and decorations and goodie bags and stuff. How many people total are you planning to invite? How many kids and how many adults?"

At 7:08 Am, he replied stating "I gave you three hundred, you said you wanted it at urban air on Saturday the 21st" He then started saying disparaging and insulting comments to me stating "I'm sorry that you have no family or friends because you made everyone hate you but our family is very close" and "Most of my family wants nothing to do with you because of all of your issues and grief that you have caused them. So I don't know how many will come knowing you will be there."

He continued to refuse to speak to me about the party after that and I told him that after 3+ weeks of trying and his failure to work together or speak respectfully and not use abusive language toward me that I didn't feel comfortable doing the joint celebration and that I wanted to opt into splitting the day in half.

He responded at 7:37 AM stating that I am court ordered to share this birthday with him and that he sent me $300 and that I cannot steal that money. He said "I told you we can do it at urban air. It's 7 kids invited. $600 is not enough for a 3rd birthday party. I gave you 300 so we can set up the party. I figured after the invites if everyone does come and we have to add on more we will pay for it then."

He continued to speak in a disrespectful manner to me accusing me of not being a good human and not doing what's best for our daughter. I explained there may be additional costs and he stated to use the $600 budget. At 7:56AM he stated "We only need to pay for the kids. It's a kid's party."

On 4/30/22 at 7:51AM I sent him 2 attachments showing what I was booking. I stated "I'm going to book this now and I will nneed you to send some more money to do a cake." I explained that it included 2 pizzas and he replied at 7:57 Am stating "I would change it to 4 or 5 pizzas." I asked for more money to accommodate that and he stated that the bill is 400 and if we pay half that leaves 200 left in our budget. He said "I sent you $300.00. The bill is $400 we are paying half each. How does that not cover that." On 4/30/22 at 7:52 PM I booked the party and sent documentation of the party booking info as attachments to the defendant in the app showing him all of the details.

Furthermore, he stated that he acknowledged what was included in our package as well for the $400.00. At 8:06 Am on 5/1/11 he said "Im required to pay half the party. You sent me a bill for $400.00 total. I sent you $300.00 so that covers my half up to $600.00. Stop playing games and set up the party. You are only trying to hurt her and steal from e. Focus on Angelina this is for her."

We continued to discuss whether or not we needed more money to pay for everything and he said "You can't take my money and then say you are throwing your own party. That is stealing. You need to do what's best for Angelina. Stop this already. You have $600 for the party and it costs $400.00. You can make the rest happen with $200.00. If it ends up being more in the end because more kids showed up then expected we will address that then." He stated that there is "$200.00 of usable money, use that" On 5/2/22 at 9:50 am he stated that "Cakes are 40 and you don't need to spend $150.00 on a cake. And that still leaves $50.00"

At 4:12 Pm he said "I'm not paying for a custom cake that cost $150 that crazy. I don't have money like that I don't mind covering half the party and throwing you the extra hundred that I did for the other stuff. But I'm not giving you extra money because you want an expensive cake. You can get an Encanto cake from stop and shop for $40.00"

I asked him if he thinks that his deliberate refusal to pay his court ordered support for our child doesn't hurt her and he stated on 5/3/22 at 8:34AM that "I hope you seek out the psychological help that you desperately need. I sent you the money for the party. Please continue to set it up."

Then, on 5/6/22 at 9:50 am he messaged asking what the plan is for her party, despite us having discussed in great detail the day, time, place, and details of the event in the app. I did not respond because I was busy working and did not have time to repeat what was already discussed and acknowledged.

On 5/10/22 at 8:30 he asked again "are you going to plan Angelina's party or not? I sent you the money for the party. Everyone in my family keeps asking what we are doing this paty. You are court ordered to share this party with me."

arrested. He stated that he has plans for the entire day for Angelina and will be out of his home for the entire day and night and is refusing to bring her to the party, despite us having paid and booked and confirmed it and 15 total guests attending.

On 5/11/22 he agreed to bring Angelina to religious event the following Sunday. He then refused on Sunday stating he can not bring her. He stated I would have to get her, despite the order stating he must bring her to the event. He is also refusing to pay %50 of court ordered child care costs.

5|20|22

(clerk) 5|20|22

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. Vs. Lodice, Matthew | NNH-FA19-5046828-S |

## Order *(To be completed by the court)*

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☐ Other:

_____

_____

_____

☑ **This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).**

| By the Court *(Judge)* | Date ordered |
|---|---|
| Maureen Price- Boreland | 5 / 20 / 2022 |

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* 6/22/22 at *(time)* 9³⁰ Am.

This hearing will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | (203) 503-6800 |
| Court location *(Number, street and town)* | | |
| 235 Church Street, New Haven | | |

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
• Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least 5 days before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address | | |
|---|---|---|---|
| Matthew Lodice | | | |
| By the Court | Assistant Clerk | | Date signed |
| (Price- Boreland, J.) | | | 5 / 20 / 22 |

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
| --- |

| Court Use Only |
| --- |
| **AFFACUS** |

STATE OF CONNECTICUT
SUPERIOR COURT
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At *(Town)* | Probate District name and number | Docket number |
| --- | --- | --- | --- |
| New Haven | New Haven | | FA19504682 |

| Plaintiff/Applicant's name *(Last, first, middle initial)* | Defendant/Respondent's name *(Last, first, middle initial)* |
| --- | --- |
| Antar, Theodora F. | Lodice Matthew J. |

**You must provide information about the past five years for each child affected by this case. Provide the information below.
If you need more space, use form JD-FM-164A.**

| Child's name *(First, middle, last)* | | | Date of birth *(Month, day, year)* |
| --- | --- | --- | --- |
| Angelina Maria Lodice | | | |

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
| --- | --- | --- | --- |
| From 5/21/19 To **The present** *(date)* | 852 Shagbark drive, Orange, CT | Theodora Antar Julianna Viglione | mom sister |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | | |

| Child's name *(First, middle, last)* | Date of birth *(Month, day, year)* | ☐ Residence information is same as for child above. *(If not same, provide information)* |
| --- | --- | --- |
| | | |

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
| --- | --- | --- | --- |
| From _____ To **The present** *(date)* | | | |
| From _____ To _____ *(date)* *(date)* | | Judicial District of New Haven SUPERIOR COURT | |
| From _____ To _____ *(date)* *(date)* | | MAY 20 2022 | |
| From _____ To _____ *(date)* *(date)* | | CHIEF CLERK'S OFFICE | |
| From _____ To _____ *(date)* *(date)* | | | |

☐ Select here if additional children are listed on JD-FM-164A.

*Page 1 of 2*

1. *(Select one)* ☒ I have ☐ I have not been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

*next court date 6/28/22 same docket.*

*(Select item 2 or 3 below)* .

2. ☒ I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐ I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Select one)* ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

**Name:** _____

**Address:** _____
*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes    ☒ No    ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes    ☒ No    ☐ Do not know    If yes, fill in the following:

| Child's name | Date of birth  *(Month, day, year)* |
|---|---|
| | |

Signature _____

Print name of person signing *Theodora Antzer*

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*

Date signed *5/20/22*

JD-FM-164   Rev. 1-22

***Page 2 of 2***

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173¹ Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | |
| [barcode] | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but |
| [barcode] | no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but |
| [barcode] | no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Docket number **NNH-FA19-5046828-S** |
|---|---|---|

| Plaintiff's name **Antar, Theodora F.** | Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** |
|---|---|

| Defendant's name **Lodice, Matthew J.** | Defendant's address *(Number, street, city, state, zip code)* **23 Lyman St, New Britain, CT, 06053** |
|---|---|

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|

I am the ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* 04/12/2022 _____ the court made an order that *(name)* Matthew Lodice _____ is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The defendant was ordered to download the MyFamilyWizard App by 4/15/2022. He was also ordered to resume paying child support by 4/15/2022. He was also ordered to follow the agreement and orders which were ordered on 4/12/2022 stating that the drop off location for the child would be at the paternal grandmother's home on Friday's any time after 8:30AM, and that the father should bring the child to daycare every monday with the exception of 4/18, 4/25, and any other times daycare is unavailable. The order also stated that he will drop off child to maternal grandmother on days when daycare is unavailable. The order also stated that on 4/17/22 the father would drop the child off at St Barbara Greek Orthodox Church and that mother would bring SEE PAGE 2

**Claim for Relief**

I ask the court to find *(name)* Matthew Lodice _____ in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name Theodora Antar | Date 5/20/22 |
|---|---|---|

| Mailing address of self-represented party or attorney 856 Shagbark Drive, Orange, CT, 06477 |
|---|

| E-mail address Theodoraantar@gmail.com | Phone number *(Area code first)* 2032738419 |
|---|---|

**Certification**   *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 5/20/22 _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
**MATTHEW LODICE**
**23 LYMAN ST**
**NEW BRITAIN, CT, 06053**

| | Court Use Only |
|---|---|
| | CHIEF CLERK'S OFFICE   MAY 20 2022   Judicial District of New Haven SUPERIOR COURT FILED |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* ▶ | Print or type name **THEODORA ANTAR** | Date signed **05/20/2022** |
|---|---|---|

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter? ☐ Yes ☐ No

Page 1

Page 2

...the child to the home of the paternal grandmother at 2:00PM on the same day. It also stated that on April 24, 2022 that the father would drop the child off to the mother's home by 10:00AM and that the child will stay with the mother. The defendant is in contempt because on April 24, 2022, he did not show up to drop off the child at my home. I waited for 30 minutes and then had to leave. He then showed up at my home 15 min after I had already left. I saw on the camera that he tried ringing the doorbell numerous times. I had to call my mother to go and get the child after he also called the police in an attempt to say that I did not show up. I have the camera footage of the incident proving that he was not there to drop her off at 10 and did not show up until 10:45..I told him in the app that I waited over 20 minutes and that he did not show up once again violating the court order. I told him I was on my way to work as I had gotten called in. I asked him to please start following the court order moving forward.

Additionally, the order from 4/12/22 also stated that the parents agreed to celebrate the minor child's birthday with a joint birthday party to be held on May 21, 2022. The parents further agreed to share any costs equally per the order. In addition, the order from 4/12/22 which was ordered by The Honorable Judge Maureen Price-Boreland, further states that the court found the agreement to be fair and equitable and in the best interest of the minor child and approved the agreement and order. The order also stated that the parents shall schedule phone contact with each parent when the minor child is with the other parent for 7:00PM. It was also ordered that the parties will not engage in disparaging acts or conversations during the brief phone contact, and that the parties would be flexible in recognizing the limitations of the child's age and appropriate attention span.

The defendant is in contempt because he did not start paying child support or download the app by 4/15/22. He first downloaded the app on 4/21/22, 6 days after he was ordered to do it by. I repeatedly asked him to download the app from 4/12/22 on, and he refused to listen. He continued to send me many emails and continued to communicate via email despite being ordered to use the app. I was forced to ask the police to ask him not to contact me anymore outside of the app. Only then did he agree to download and pay for the app. He disparaged the court by waiting 6 days to download the app, and by not paying a penny in court ordered child support since November 2021. He asked me to acknowledge that I received his first test message on 4/21/22 at 10:17AM. I replied that I got it on 4/21/22 at 8:02 PM. Prior to this, On 4/21/22 at 7:51PM I contacted him in the app with an attached itinerary and detailed event regarding a religious obligation for our child. I said "See attached. Please confirm you will be bringing her as you are court ordered to take her to all religious events during your visitation time."

He responded at 7:52 PM, 1 minute later, and said "Yes" and confirmed that he would take her. On 4/21/22 at 7:53PM he sent another message stating "Yes she will be there Saturday, Sunday too?" and confirmed for a second time that he would be taking her to this religious event, per our court order. On 4/21/22 at 8:11PM, he messaged me in the app asking when does Angelina's new school start, despite it being on our court order. responded by telling him to please see the calendar for 4/22/22-4/29/22 for all details regarding Angelina and transitions, as I had uploaded everything into the app's calendar. I messaged him at 8:24PM asking him to confirm that he was able to follow the court ordered schedule from 4/22/22-4/29/22 that I uploaded in the app. I included the religious event on 4/23/22 in the calendar as well as details about all drop off/pick up details. He then began deleting and altering the schedule that I put in and stated at 8:12Pm that that if I did not stop changing it to what the accurate schedule was that he would continue to change it back. At 8:13PM

I stated that the schedule I uploaded was correct and reflective of our court order. I asked him to please not change it anymore and to see the court order if he is confused about our plan.

I messaged him in the app on 4/30/22 at 9:04 AM showing an attached form from Angelina's school and told him to be sure to bring all of the items needed for her first day. He replied at 6:20 AM on 5/2/22 stating "Angelina is sick today and won't be going to school." However, the night before, she did not seem sick at all when I spoke to her via phone. I asked him to take her to the doctor and he refused. He was supposed to make both educational and medical decisions with me together, yet refused. He was court ordered to take her to daycare and refused, and then withheld her from me for 24 hours after.

Our order from 6/16/21 states that I make all religious decisions for our child, and it also states that both parents are responsible for taking the child to all of her religious, educational, sporting, extracurricular, and social activities (included, but not limited to Sunday school, dance, swimming, and birthday parties) in which the child is involved that occur during their parenting time.

The defendant had already confirmed multiple times on 4/21/22 and prior to that via email that he would bring the child to the religious event at the church on 4/23/22. On 4/23/22 at 6:05 Am, he texted my mother outside of the app stating "Hey Dee, I'm sorry but I can't bring Angelina today. Theo set up in court that Angelina is getting dropped off tomorrow for church. If you or Theo want to come pick up Angelina today you are more than welcome to but I won't be able to make it down this morning. Again I'm so sorry."

He refused, less than 4 hours prior to the start time, to take her to a crucial religious event that he confirmed he would take her to multiple times. I had the New Britain Police Department perform a wellness check on my child after he did not bring her to church for 10:00AM. They

stated she was well and that the defendant was still refusing to comply with the order and stated that I should file a motion for contempt in family court and that they can not enforce civil orders.

The agreement also states that birthday and name day shall be both shared equally. It also states that if desired, the day be split in half morning 7:30AM-2:00PM OR night 2:00PM-8:30PM. The agreement states that the alternative is doing a joint party/celebration for the child and celebrating together as a family. It also states that all educational and medical decisions must be made by the parties together.

I filed another motion for contempt on 4/18/22 regarding the fact that Matthew had refused to download the app and was making it so we had no way to communicate and therefore could not plan the court ordered joint birthday party to be held on 5/21/22. I filed a caseflow request on 4/20/22 asking that the court move our 6/28/22 hearing up to a date prior to 5/21/22 so that we were able to comply with the order regarding the party and the caseflow request was denied.

When I first asked him about the birthday party in the parenting app after he finally downloaded it on 4/21/22 at 8:43PM, I asked if he could send a 50% deposit to book it and he stated that he has no money and needed to know how much, where, and wanted to discuss it and see proof and talk to the place. I explained to him that he was ordered to download the app and since he waited so long that many venues were already booked. I asked him if he is going to pay half of the booking fee and he said he needed details such as where, when, what time, how much, who is going, and who is invited. We discussed the party further and I sent him pricing options. I asked if he could send deposit via the family wizard app and he said no, stating he will only send money to the place directly and that he will never send me any money, despite being court ordered to pay half the party. He asked me to make a party list and send it, and said we could discuss location. He told me his budget was :$200 for the party, and on 4/21/22 at 9:22 PM he mentioned

that I am court ordered to do the party with him and to pay half. After several back and forth communications regarding the party, I told him that if he did not commit that I would opt into doing 2 separate parties and splitting the day equally like our agreement states. He finally on 4/21/22 at 9:34 PM stated that he wanted to do a $299 package and spend $100 non the other stuff cake decorations after I sent him an attached package from the venue. I explained that that would only cover 10 bouncers and that I wanted to invite the new friends from her new school to her party. He stated that he would do 5 bouncers each and said if we want to add on more we can pay the difference then. Eventually, at 9:41 pm he said "Fine 300. I can't do anymore." And agreed to spent $300 each as the budget for the party.  He stated that he would send me the money the following week and that he wanted to confirm with the place that I booked it at before sending me any money. He then asked me again when I was planning on having the party, despite it being the actual date of our child's birth and being a court ordered date for the party.

On 4/28/22 at 6:54 AM the defendant contacted me in the app again asking me If I had made any final decisions on where and when I wanted to do Angelina's party, and stated that he was ready to put the deposit down. At 9:36 AM he stated he was in Orange and asked if I wanted to meet him for a coffee to discuss the party details. At 12:57 PM he asked "What are we doing about Angelina's party? Are you joining us for her party or no?" I replied at 6:25 PM stating "I called everywhere and they are all booked. Urbain air has it open. Everywhere else is booked solid." I asked what package he wanted and sent the link as well as my suggestion of which one I thought we should do. He commented on the price seeming high, and we continued to discuss it. He then, for the second time, asked me what day I wanted to do it, despite it being court ordered for her actual birthday of 5/21/22. I replied that it would be the day that it stated on the court order. He asked what came with the party, and then asked if I had a list of who to invite. We continued

to discuss options back and forth. On 4/28/22 at 7:32 PM I told him I had narrowed it down to 2 options of Urban air in orange or Cheshire which would limit us to 15 people total,. I said if not we can opt into splitting the day. He stated he planned to bring 7 children.

He then stopped responding and on 4/29/22 at 8:20 PM I stated "Why are you ignoring my message regarding the birthday?" At 6:56 AM on 4/30/22, he replied stating "I sent you the money for the party. Set it up where you want." He sent me $300 via zelle. I asked him at 7:06 AM "So you are letting me make all the decisions myself? Is that all the money you are contributing? How many people are you inviting because we still need to buy food and invitations and decorations and goodie bags and stuff. How many people total are you planning to invite? How many kids and how many adults?"

At 7:08 Am, he replied stating "I gave you three hundred, you said you wanted it at urban air on Saturday the 21st" He then started saying disparaging and insulting comments to me stating "I'm sorry that you have no family or friends because you made everyone hate you but our family is very close" and "Most of my family wants nothing to do with you because of all of your issues and grief that you have caused them. So I don't know how many will come knowing you will be there."

He continued to refuse to speak to me about the party after that and I told him that after 3+ weeks of trying and his failure to work together or speak respectfully and not use abusive language toward me that I didn't feel comfortable doing the joint celebration and that I wanted to opt into splitting the day in half.

He responded at 7:37 AM stating that I am court ordered to share this birthday with him and that he sent me $300 and that I cannot steal that money. He said "I told you we can do it at urban air. It's 7 kids invited. $600 is not enough for a 3rd birthday party. I gave you 300 so we can

set up the party. I figured after the invites if everyone does come and we have to add on more we will pay for it then."

He continued to speak in a disrespectful manner to me accusing me of not being a good human and not doing what's best for our daughter. I explained there may be additional costs and he stated to use the $600 budget. At 7:56AM he stated "We only need to pay for the kids. It's a kid's party."

On 4/30/22 at 7:51AM I sent him 2 attachments showing what I was booking. I stated "I'm going to book this now and I will nneed you to send some more money to do a cake." I explained that it included 2 pizzas and he replied at 7:57 Am stating "I would change it to 4 or 5 pizzas." I asked for more money to accommodate that and he stated that the bill is 400 and if we pay half that leaves 200 left in our budget. He said "I sent you $300.00. The bill is $400 we are paying half each. How does that not cover that." On 4/30/22 at 7:52 PM I booked the party and sent documentation of the party booking info as attachments to the defendant in the app showing him all of the details.

Furthermore, he stated that he acknowledged what was included in our package as well for the $400.00. At 8:06 Am on 5/1/11 he said "Im required to pay half the party. You sent me a bill for $400.00 total. I sent you $300.00 so that covers my half up to $600.00. Stop playing games and set up the party. You are only trying to hurt her and steal from e. Focus on Angelina this is for her."

We continued to discuss whether or not we needed more money to pay for everything and he said "You can't take my money and then say you are throwing your own party. That is stealing. You need to do what's best for Angelina. Stop this already. You have $600 for the party and it costs $400.00. You can make the rest happen with $200.00. If it ends up being more in the end

because more kids showed up then expected we will address that then." He stated that there is "$200.00 of usable money, use that" On 5/2/22 at 9:50 am he stated that "Cakes are 40 and you don't need to spend $150.00 on a cake. And that still leaves $50.00"

At 4:12 Pm he said "I'm not paying for a custom cake that cost $150 that crazy. I don't have money like that I don't mind covering half the party and throwing you the extra hundred that I did for the other stuff. But I'm not giving you extra money because you want an expensive cake. You can get an Encanto cake from stop and shop for $40.00"

I asked him if he thinks that his deliberate refusal to pay his court ordered support for our child doesn't hurt her and he stated on 5/3/22 at 8:34AM that "I hope you seek out the psychological help that you desperately need. I sent you the money for the party. Please continue to set it up."

Then, on 5/6/22 at 9:50 am he messaged asking what the plan is for her party, despite us having discussed in great detail the day, time, place, and details of the event in the app. I did not respond because I was busy working and did not have time to repeat what was already discussed and acknowledged.

On 5/10/22 at 8:30 he asked again "are you going to plan Angelina's party or not? I sent you the money for the party. Everyone in my family keeps asking what we are doing this paty. You are court ordered to share this party with me."

Once again I was working and did not respond after he had acknowledged multiple times the details of the party and stated to use the leftover budget for extras.

On 5/20/22 he stated that he is doing his own party and will not allow me to see my child on her birthday. He stated if I attempt to come to get her to split the day in half that he will have me arrested for harassing him. He stated if I get the police involved that he will also have me

Once again I was working and did not respond after he had acknowledged multiple times the details of the party and stated to use the leftover budget for extras.

On 5/20/22 he stated that he is doing his own party and will not allow me to see my child on her birthday. He stated if I attempt to come to get her to split the day in half that he will have me arrested for harassing him. He stated if I get the police involved that he will also have me arrested. He stated that he has plans for the entire day for Angelina and will be out of his home for the entire day and night and is refusing to bring her to the party, despite us having paid and booked and confirmed it and 15 total guests attending.

On 5/11/22 he agreed to bring Angelina to religious event the following Sunday. He then refused on Sunday stating he can not bring her. He stated I would have to get her, despite the order stating he must bring her to the event. He is also refusing to pay %50 of court ordered child care costs.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew J. | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* 6/22/22 at *(time)* 930 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☒ a hearing ☐ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | (203) 503-6800 |

Court location *(Number, street and town)*
235 Church Street, New Haven

**OR**

☐ remotely (online by video). You are ordered to:

- • File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- • Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- • Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least ~~12 days~~ before the date of the court event. Proof of service must be made to this court ~~at least 6 days~~ before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least ~~12 days~~ before the date of the court event, and file proof of service with this court ~~at least 6 days~~ before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

By the court (Judge/Assistant clerk)
(Price-Boreland, J.)

| | Date signed |
|---|---|
| | 5/20/22 |

Page 2

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/28/2022

ORDER

ORDER REGARDING:
05/20/2022 163.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

See order of the court dated 6/28/2022

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Bauer

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☒ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
| --- | --- | --- |
| New Haven | New Haven | NNH-FA19-5046828 |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Theodora Antar | 856 Shagbark drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Matthew Lodice | 23 Lyman St, New Britain, CT |

**Type of Motion to Modify**
☒ Child Support   ☐ Alimony   ☒ Custody   ☑ Visitation   ☐ Other *(Specify):*

I, Theodora Antar , ☑ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **4/12/22** directing **Matthew Lodice** , residing at
*(Name)*
**23 Lyman St, New Britain, CT** to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: $ **120** every (per) **Week** | Pay alimony in the amount of: $ _____ every (per) _____ |
| --- | --- |

Pay arrearages as follows:
$ _____ every (per) _____ on the total arrearage owed of $ _____ as of (date) _____

| Have custody of the child/children: *(Select one)* ☑ Joint legal custody   ☐ Sole custody | Have visitation or parenting time as follows: every weekend | Primary residence of children with: |
| --- | --- | --- |

| Provide health insurance coverage ☐ No   ☐ Yes | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical $ _____ every (per) _____ |
| --- | --- | --- |

| Contribute to child care **50** % or $ _____ | Other *(Specify):* |
| --- | --- |

*Judicial District of New Haven*
*SUPERIOR COURT*
*MAY 2 2022*
*CHIEF CLERK'S OFFICE*

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☑ Since the date of the order, the circumstances in this case have changed substantially, as follows:
Father is refusing to follow court order regarding visitation custody and child support

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff   ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes   ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.   ☐ Yes   ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☑ Order current support   ☐ Find arrearage and order payment   ☑ Order immediate income withholding
☑ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☑ Contribute to child care   ☐ Other _____

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing and file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☑ Modify custody as follows: remove father's custody. sole custody to the mother

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Matthew Lodice | |

## d. Visitation/Parenting Time
*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

Mother's ore discretion

## e. Other [ ]
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 5 / 20 / 22 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 856 Shagpark drive, Orange, CT, 06477 | 2032738419 |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 5/20/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Matthew Lodice, 23 Lyman St New Britan CT

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 5/20/22 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*
The Court orders that a hearing be held at the time and place shown below. The Court also orders the
[X] Plaintiff  [ ] Defendant  [ ] Support Enforcement Officer  to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least ~~12 days~~ 5 before the date of the hearing. Proof of service must be made to this Court at ~~least 6 days~~ before the date of hearing.

| Hearing to be held at → | Superior Court, Judicial District of New Haven | | Date 6 / 22 / 22 |
|---|---|---|---|
| | Court Address 235 Church Street | Room Number 3C | Time 930 Am |

## TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least ~~12 days~~ 5 before the date of the hearing, and file proof of service with this Court at ~~least 6 days~~ before the hearing.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the Court (Price Boreland, J.) | Assistant Clerk/Support Enforcement Officer | Date signed 5/20/22 |

## Order   The court has heard this motion and orders it
[ ] Granted   [ ] Denied   and   [ ] Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:  [ ] Paid   [X] Waived

JD-FM-174 (Page 2)  Rev. 3-20

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☒ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828 |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora Antar | 656 Shagbark drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew Lodice | 23 Lyman St, New Britain, CT |

**Type of Motion to Modify**
☒ Child Support   ☐ Alimony   ☒ Custody   ☒ Visitation   ☐ Other *(Specify):*

I, **Theodora Antar** , ☒ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **4/12/22** directing **Matthew Lodice** , residing at
*(Name)*
**23 Lyman St, New Britain, CT** to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) week | $ every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ every (per) | on the total arrearage owed of $ | as of *(date)* |

☒ Have custody of the child/children: *(Select one)*
☒ Joint legal custody   ☐ Sole custody

Have visitation or parenting time as follows:
every weekend

Primary residence of children with:

| Provide health insurance coverage | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☐ No  ☐ Yes | | $ every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| **50** % or $ | |

*[stamp: Judicial District of New Haven SUPERIOR COURT MAY 2 0 2022 CHIEF CLERK'S OFFICE]*

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*
☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

Father is refusing to follow court order regarding visitation custody

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child and support order, as follows: child support

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes   ☐ No
4.b. Any child that this motion is about receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*
☒ Order current support   ☐ Find arrearage and order payment   ☒ Order immediate income withholding
☐ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☒ Modify custody as follows:
remove father's custody sole custody to the mother 164 165

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

Plaintiff's name: Antar, Theodora F.

Defendant's name: Matthew Lodice

Docket number:

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

Mother's one discretion

## e. Other [ ]
*(Please be specific)*

Signature (Self-represented party or attorney):

Print name: Theodora Antar

Title (If applicable):

Date signed: 5/20/22

Address (Number, street, city, state, zip code): 886 Shugpark drive, Orange, CT, 06477

Phone number: 2032738419

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 5/20/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Matthew Lodice, 23 Lyman St New Britan CT

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

Signed (Self-represented party or attorney):

Print or type name of person signing: Theodora Antar

Date signed: 5/20/22

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[X] Plaintiff  [ ] Defendant  [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least ~~12 days~~ 5 before the date of the hearing. Proof of service must be made to this Court at ~~least 6 days~~ before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of New Haven | | | Date 6 22 22 |
| | Court Address 235 Church Street | | Room Number 3C | Time 9:30 Am |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least ~~12 days~~ 5 before the date of the hearing, and file proof of service with this Court at least ~~6 days~~ before the hearing.

Person to be served: Matthew Lodice

Address:

By the Court (Price Borelandi, J.)

Assistant Clerk/Support Enforcement Officer:

Date signed: 5/20/22

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   and   [ ] Further orders *(if applicable)*:

By the Court (Judge/Family Support Magistrate/Assistant Clerk)

Date Ordered

## For Court Use Only

Fee for Motion to Modify   [ ] Paid   [X] Waived

JD-FM-174 (Page 2)  Rev. 3-20

19-5046828

STATE OF CONNECTICUT )
                     ) ss. New Britain            June 1, 2022
COUNTY OF HARTFORD   )

Then and there by virtue hereof, on June 1, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew Lodice,

3rd Floor

the within named defendant, 23 Lyman Street, New Britain, CT, a true and

attested verified copy of the original Motion for Modification with my endorsement

thereon.

The within and foregoing is the original Motion for Modification with my

endorsement thereon.


ATTEST

Alan F. Zaniewski
State Marshal
Hartford County


Fees:

Pages      $      2.00
Ends.            .80
Service        20.00
Travel          0

Total      $     22.80


Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 17 2022

CHIEF CLERK'S OFFICE

165 10

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

**For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ **Before judgment**   ☒ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-5 |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora Antar | 856 Shagbark drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew Lodice | 23 Lyman St, New Britain, CT |

**Type of Motion to Modify**
☒ Child Support   ☐ Alimony   ☒ Custody   ☐ Visitation   ☐ Other *(Specify):*

I, **Theodora Antar** *(Name)*, ☒ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:

1. This Court issued an order dated **4/12/22** directing **Matthew Lodice** *(Name)*, residing at **23 Lyman St, New Britain, CT** *(Number, street, city, state, zip code)* to: *(Complete the boxes that apply to your motion)*

*Judicial District of New Haven*
*SUPERIOR COURT*
*MAY 2 3 2022*
*CHIEF CLERK'S OFFICE*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120 every (per) week | $ every (per) |

**Pay arrearages as follows:**
$ _____ every (per) _____ on the total arrearage owed of $ _____ as of *(date)*

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☐ Joint legal custody  ☐ Sole custody | every weekend | |

| Provide health insurance coverage | Pay **50** % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☐ No  ☐ Yes | | $ every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| **50** % or $ | |

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:
**Father is refusing to follow court order regarding visitation custody and child**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:
**child spor**

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☐ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes ☐ No
   If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☒ Order current support        ☐ Find arrearage and order payment        ☒ Order immediate income withholding
☒ Increase current support     ☐ Provide HUSKY/cash medical             ☐ Provide health insurance coverage
☐ Decrease current support     ☒ Contribute to child care               ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*
☒ Modify custody as follows:
**remove fathers custody sole custody for the mother**

*(Continued on page 2)*     Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

ORDER

ORDER REGARDING:
05/20/2022 165.00 POST-JUDGMENT MOTION FOR MODIFICATION - CUSTODY, VISITATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
| --- |

| Court Use Only |
| --- |
| **AFFACUS** |

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

**Instructions:**
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of New Haven | At (Town) New Haven | Probate District name and number | Docket number FA19 504 6828 |
| --- | --- | --- | --- |

| Plaintiff/Applicant's name (Last, first, middle initial) Antar, Theodora F. | Defendant/Respondent's name (Last, first, middle initial) Lodice Matthew, J |
| --- | --- |

**You must provide information about the past five years for each child affected by this case. Provide the information below.
If you need more space, use form JD-FM-164A.**

Child's name (First, middle, last) **Angelina Maria Lodice**      Date of birth (Month, day, year)

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
| --- | --- | --- | --- |
| From 5/21/19 To **The present** (date) | 852 Shagbark drive, Orange, CT | Theodora Antar Julianna Viglione | mom sister |
| From _____ To _____ (date) (date) | | | |
| From _____ To _____ (date) (date) | | | |
| From _____ To _____ (date) (date) | | | |
| From _____ To _____ (date) (date) | | | |

Child's name (First, middle, last)      Date of birth (Month, day, year)      ☐ Residence information is same as for child above. (If not same, provide information)

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
| --- | --- | --- | --- |
| From _____ To **The present** (date) | | | |
| From _____ To _____ (date) (date) | | Judicial District of New Haven SUPERIOR COURT | |
| From _____ To _____ (date) (date) | | MAY 20 2022 | |
| From _____ To _____ (date) (date) | | CHIEF CLERK'S OFFICE | |
| From _____ To _____ (date) (date) | | | |

☐ Select here if additional children are listed on JD-FM-164A.      **Page 1 of 2**

1. *(Select one)* ☒ I have   ☐ I have not       been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

*next court date 6/28/22 same docket.*

*(Select item 2 or 3 below)*

2. ☒  I do not know of other civil or criminal cases in Connecticut or another state, now or in the past,  that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☐  I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case,  including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

| Case name | Docket number | Court location  *(Including state)* |
|---|---|---|
| Nature of proceeding | | |

4. *(Select one)* ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

**Name:** _____

**Address:** _____

*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes   ☒ No   ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes   ☒ No   ☐ Do not know   If yes, fill in the following:

| Child's name | Date of birth  *(Month, day, year)* |
|---|---|
| | |

Signature ▸ _____   Print name of person signing  *Theodora Antcer*

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*   Date signed  5/20/22

JD-FM-164   Rev. 1-22                                                                           Page 2 of 2

> **You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**MOTION FOR CONTINUANCE**
JD-CV-21  Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| **MFCSE** |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number
**NNH-FA19-5046828-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**Antar, Theodora F. vs Lodice, Matthew J.**

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number | Address of Court *(Number, street, town and zip code)*  **235 Church St, New Haven, CT** |
| --- | --- | --- | --- |

| Date of Motion  **05/25/2022** | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
| --- | --- | --- |

| Date of Scheduled Event  **06/22/2022** | Person Making Motion is:  [ ] Plaintiff's Attorney  [X] Plaintiff  [ ] Defendant's Attorney  [ ] Defendant  [ ] Other |
| --- | --- |

| Firm Name, if Applicable | Address  **856 Shagbark Drive, Orange, CT, 06477** | Phone Number (with area code)  **2032738419** |
| --- | --- | --- |

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

[ ] Arbitration
[ ] Administrative Appeal Hearing
[ ] Attorney Trial Referee Proceeding
[ ] Court Trial
[ ] Judicial-Alternative Dispute Resolution (J-ADR)

[ ] Early Intervention Conference
[ ] Fact-Finding
[ ] Foreclosure Mediation
[ ] Jury Trial
[ ] Hearing In Damages

[ ] Pretrial
[ ] Status Conference
[ ] Trial Management Conference
[X] Other  **hearing**

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

Judicial District of New Haven
SUPERIOR COURT
FILED

[ ] Counsel not ready
[ ] Lay witness not available *(Name of witness)*
[ ] Counsel not available
[X] Party not available *(Name of party)*  **Theodora Antar**
[ ] Expert witness not available *(Name of witness)*

[ ] Discovery not complete
[ ] Other

MAY 26 2022

CHIEF CLERK'S OFFICE

Continue explanation, if necessary:
**I have oral surgery scheduled on this date and time. I am asking that this be moved to a later date after 6/27/2022**

For the above reason(s), I request this case be continued to (date):  **06/27/2022**  or  [ ] at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
[ ] Consent  [ ] Do Not Consent  [X] Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
**I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)*  **05/25/2022**  to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew Lodice**
**23 Lyman st, Apt 3**
**New Britain, CT**

| Signed *(Signature of filer)* | Print or type name of person signing  **Theodora Antar** | Date signed  **05/25/2022** |
| --- | --- | --- |

| Mailing address *(Number, street, town, state and zip code)*  **856 Shagbark Drive, Orange, CT, 06477** | Telephone number  **2032738419** |
| --- | --- |

| **Order** | Motion For Continuance is:  [ ] Granted  [ ] Denied | Matter Continued To:  6/28/22 | Signed *(Judge)* | Date  5-26-22 |
| --- | --- | --- | --- | --- |

(Grossman, J)

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/26/2022

ORDER

ORDER REGARDING:
05/26/2022 167.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

This matter is continued to 6/28/22 at 930AM.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**APPLICATION FOR ISSUANCE OF SUBPOENA**
JD-CL-136 Rev. 1-17
P.B. § 7-19; C.G.S. § 52-161b

Judicial District of New Haven
SUPERIOR COURT
FILED
MAY 25 2022
CHIEF CLERK'S OFFICE

STATE OF CONNECTICUT
**SUPERIOR COURT**
**JUDICIAL BRANCH**
*www.jud.ct.gov*

**Note to Applicant:**
If you submit this application and it is denied in whole or in part, you may submit a *Request for Hearing on Denied Application for Issuance of Subpoena* (form JD-CL-137).

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

*COURT USE ONLY*
AISBPPP

[X] Judicial District [ ] Housing Session [ ] Geographical Area
At: **235 Church St, New Haven, CT, 06510**

Docket Number: **NNH-FA19-5046828-S**
Name of Case: **Theodora F. Antar vs. Matthew Lodice**

Type of Court Case
[ ] Civil [ ] Housing [ ] Family [X] Family Support Magistrate [ ] Criminal/Motor Vehicle

## Application

I am a self-represented party in the case named above and I want to require the person or people listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena(s) should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena(s).

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

***To Applicant:*** **(Answer the questions below unless the case that you want to subpoena a witness for is a criminal case in which you are the defendant. If you are the defendant in a criminal case, skip to the next section.)**

*State whether you have been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b or 53a-73a), or stalking (C.G.S. §§ 53a-181c, 53a-181d or 53a-181e.)* [ ] Yes [X] No

*If yes, are you asking to subpoena the victim of your crime?* [ ] Yes [ ] No

### Name(s) and Address(es) of Person or People I am Asking to Subpoena

**1.** Name of person: **Gregory Gallo**
Address *(Number, street, and town)*: **27 Bartman Rd, Higganum, CT, 06441**

I believe testimony from this person is necessary because: *(Fill in this box)*
**The defendant listed this individual as a reference on a reference list for recent jobs completed for his construction company. Defendant stated that Mr. Gallo hired him to perform a complete roof job on his home in Higganum, as well as a complete remodel of the property at 23 Lyman St, New Britain, CT which he also owns. This individual is also the landlord for the defendant.**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, working and that he has completed recent work for him and that the defendant is paying rent regularly to him since December 2021 to now, despite the defendant stating that he has no income and claims to be unable to pay his court ordered child support or childcare expenses.**

I want this person ordered to bring the following item(s) to Court:
**Signed Contracts from Whole House Remodeling LLC for work performed at 27 Bartman Rd, Higganum, CT and 23 Lyman St, New Britain St, Current lease for Matthew Lodice for 23 Lyman St, Apt#3, New Britain CT, proof of income submitted by Matthew Lodice at the time of lease signing.**

**2.** Name of person: **James Lambo**
Address *(Number, street, and town)*: **54 Joy Rd, Middlebury, CT, 06762**

I believe testimony from this person is necessary because *(Fill in this box)*
**The defendant listed this individual as a reference on a reference list for recent jobs completed for his construction company. Defendant stated that Mr. Lambo hired him to perform a complete roof job on his home in Middlebury, CT.**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, working and that he has completed recent work for him. This is despite the fact that the defendant is stating that he has no income and claims to be unable to pay his court ordered child support or childcare expenses.**

I want this person ordered to bring the following item(s) to Court
**Signed contracts from Whole House Remodeling LLC for work performed at 54 Joy Rd, Middlebury, CT, 06762.**

108

*(Continued on next page)*

**Type of Proceeding(s) I am Requesting Subpoena(s) For** *("X" appropriate box)*

| | | |
|---|---|---|
| [X] | Trial/hearing scheduled for *(Date)*<br>**6/1/2022, 6/28/2022** | Before Judge *(If known)* |
| [ ] | Pre-judgment remedy hearing scheduled for *(Date)* | |
| [ ] | Short Calendar matter scheduled for *(Date)* | Before Judge/Magistrate/Hearing Officer *(If known)* |
| [X] | Family Support Magistrate hearing scheduled for *(Date)*<br>**06/01/2022** | |
| [ ] | Other *(Specify)* | |

| Signed *(Self-represented Applicant)* | Print name<br>**Theodora Antar** | Telephone Number *(Area code first)*<br>**2032738419** | Date signed<br>**05/25/2022** |
|---|---|---|---|

## Order

Having conducted a review of this application pursuant to Practice Book Section 7-19, and having considered the nature of the scheduled proceeding and future opportunities for examination of witnesses, the application is:

[ ] granted.

[X] denied.

Having granted the application, the clerk of this court is directed to issue the subpoena(s):

[ ] As requested above.

[ ] As requested above, except: _____

[ ] As to the following individuals only: _____

| By the Court | Signed *(Judge or Family Support Magistrate)* | Date of Order<br>5/27/22 |
|---|---|---|

JD-CL-136   Rev. 1-17

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

# APPLICATION
# FOR ISSUANCE OF SUBPOENA
JD-CL-136   Rev. 1-17
P.B. §-7-19; C.G.S. § 52-161b

STATE OF CONNECTICUT
**SUPERIOR COURT**
**JUDICIAL BRANCH**
*www.jud.ct.gov*



**Note to Applicant:**
If you submit this application and it is denied in whole or in part, you may submit a *Request for Hearing on Denied Application for Issuance of Subpoena* (form JD-CL-137).

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

| COURT USE ONLY |
|---|
| AISBPPP |

| | | | At |
|---|---|---|---|
| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area | **235 Church St, New Haven, CT, 06510** |

| Docket Number | Name of Case |
|---|---|
| **NNH-FA19-5046828-S** | **Theodora F. Antar vs. Matthew Lodice** |

Type of Court Case
[ ] Civil    [ ] Housing    [ ] Family    [X] Family Support Magistrate    [ ] Criminal/Motor Vehicle

## Application

I am a self-represented party in the case named above and I want to require the person or people listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena(s) should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena(s).

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

***To Applicant:*** **(Answer the questions below unless the case that you want to subpoena a witness for is a criminal case in which you are the defendant. If you are the defendant in a criminal case, skip to the next section.)**

*State whether you have been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b or 53a-73a), or stalking (C.G.S. §§ 53a-181c, 53a-181d or 53a-181e.)*   [ ] Yes   [X] No

*If yes, are you asking to subpoena the victim of your crime?*   [ ] Yes   [ ] No

## Name(s) and Address(es) of Person or People I am Asking to Subpoena

| 1. | Name of person **Lizette Symes** | Address (Number, street, and town) **2 West Main St, Waterbury, CT, 06702** |
|---|---|---|

I believe testimony from this person is necessary because: *(Fill in this box)*
**The defendant has a business checking account at TD Bank which Lizette Symes is the branch manager for. The defendant has had a business checking account with this branch since April of 2021.**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, receiving regular deposits in his business bank account under the name of Whole House Remodeling LLC, despite him stating that he has no income and claiming to be unable to pay his court ordered child support or child care costs.**

I want this person ordered to bring the following item(s) to Court:
**All bank statements for Whole House Remodeling LLC from April 2021-present.**

| 2. | Name of person | Address (Number, street, and town) |
|---|---|---|

I believe testimony from this person is necessary because *(Fill in this box)*

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

I believe that the person will testify that (state what you believe the person will say in court):

**MAY 2 5 2022**

I want this person ordered to bring the following item(s) to Court

**CHIEF CLERK'S OFFICE**

*(Continued on next page)*

**Type of Proceeding(s) I am Requesting Subpoena(s) For** *("X" appropriate box)*

| | | |
|---|---|---|
| [X] | Trial/hearing scheduled for *(Date)*<br>**6/1/2022, 6/28/2022** | Before Judge *(If known)* |
| [ ] | Pre-judgment remedy hearing scheduled for *(Date)* | |
| [ ] | Short Calendar matter scheduled for *(Date)* | Before Judge/Magistrate/Hearing Officer *(If known)* |
| [X] | Family Support Magistrate hearing scheduled for *(Date)*<br>**06/01/2022** | |
| [ ] | Other *(Specify)* | |

| Signed *(Self-represented Applicant)* | Print name<br>**Theodora Antar** | Telephone Number *(Area code first)*<br>**2032738419** | Date signed<br>**05/25/2022** |
|---|---|---|---|
| ▶ | | | |

## Order

Having conducted a review of this application pursuant to Practice Book Section 7-19, and having considered the nature of the scheduled proceeding and future opportunities for examination of witnesses, the application is:

[ ] granted.

[X] denied.

Having granted the application, the clerk of this court is directed to issue the subpoena(s):

[ ] As requested above.

[ ] As requested above, except: _____

[ ] As to the following individuals only: _____

| By the Court | Signed *(Judge or Family Support Magistrate)* | Date of Order<br>5/27/22 |
|---|---|---|

JD-CL-136   Rev. 1-17

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**APPLICATION
FOR ISSUANCE OF SUBPOENA**
JD-CL-136, Rev. 1-17
P.B. § 7-19; C.G.S. § 52-161b

STATE OF CONNECTICUT
**SUPERIOR COURT
JUDICIAL BRANCH**
*www.jud.ct.gov*

**Note to Applicant:**
If you submit this application and it is denied in whole or in part, you may submit a *Request for Hearing on Denied Application for Issuance of Subpoena* (form JD-CL-137).

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

| COURT USE ONLY |
| --- |
| AISBPPP |

| | | | | |
| --- | --- | --- | --- | --- |
| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area | **At** 235 Church St, New Haven, CT, 06510 | |
| **Docket Number** NNH-FA19-5046828-S | | **Name of Case** Theodora F. Antar vs. Matthew Lodice | | |

**Type of Court Case**

[ ] Civil     [ ] Housing     [ ] Family     [X] Family Support Magistrate     [ ] Criminal/Motor Vehicle

## Application

I am a self-represented party in the case named above and I want to require the person or people listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena(s) should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena(s).

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

***To Applicant: (Answer the questions below unless the case that you want to subpoena a witness for is a criminal case in which you are the defendant. If you are the defendant in a criminal case, skip to the next section.)***

*State whether you have been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b or 53a-73a), or stalking (C.G.S. §§ 53-181c, 53-181d or 53-181e.)*   [ ] Yes   [X] No

*If yes, are you asking to subpoena the victim of your crime?*   [ ] Yes   [ ] No

## Name(s) and Address(es) of Person or People I am Asking to Subpoena

| | | |
| --- | --- | --- |
| **1.** | Name of person **Gabriel Mina** | Address *(Number, street, and town)* **47 Quarry Hill Rd, Waterbury, CT** |

I believe testimony from this person is necessary because: *(Fill in this box)*
**The defendant has employed this individual as a worker for his remodeling company Whole House Remodeling LLC since April 2021 to present.**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, working and making enough money to also afford to pay him as his employee, despite him stating that he has no income and claiming to be unable to pay his court ordered child support or child care costs.**

I want this person ordered to bring the following item(s) to Court:
**Copies of all payments received from Matthew John Lodice and Whole House Remodeling LLC from April 2021 to present, copy of 2021 1099 from Whole House Remodeling LLC**

| | | |
| --- | --- | --- |
| **2.** | Name of person | Address *(Number, street, and town)* |

I believe testimony from this person is necessary because *(Fill in this box)*

Judicial District of New Haven
**SUPERIOR COURT
FILED**

I believe that the person will testify that (state what you believe the person will say in court):

**MAY 2 5 2022**

I want this person ordered to bring the following item(s) to Court

**CHIEF CLERK'S OFFICE**

*(Continued on next page)*

**Type of Proceeding(s) I am Requesting Subpoena(s) For**   *("X" appropriate box)*

| | Trial/hearing scheduled for *(Date)* | Before Judge *(If known)* |
|---|---|---|
| [X] | 6/1/2022, 6/28/2022 | |

| | Pre-judgment remedy hearing scheduled for *(Date)* |
|---|---|
| [ ] | |

| | Short Calendar matter scheduled for *(Date)* | Before Judge/Magistrate/Hearing Officer *(If known)* |
|---|---|---|
| [ ] | | |

| | Family Support Magistrate hearing scheduled for *(Date)* |
|---|---|
| [X] | 06/01/2022 |

| | Other *(Specify)* |
|---|---|
| [ ] | |

| Signed *(Self-represented Applicant)* | Print name | Telephone Number *(Area code first)* | Date signed |
|---|---|---|---|
| ▶ | Theodora Antar | 2032738419 | 05/25/2022 |

## Order

Having conducted a review of this application pursuant to Practice Book Section 7-19, and having considered the nature of the scheduled proceeding and future opportunities for examination of witnesses, the application is:

[ ] granted.

[X] denied.

Having granted the application, the clerk of this court is directed to issue the subpoena(s):

[ ] As requested above.

[ ] As requested above, except: _____

[ ] As to the following individuals only: _____

| By the Court | Signed *(Judge or Family Support Magistrate)* | Date of Order |
|---|---|---|
| | | 5/27/22 |

JD-CL-136   Rev. 1-17

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**APPLICATION
FOR ISSUANCE OF SUBPOENA**
JD-CL-136   Rev. 1-17
P.B. § 7-19; C.G.S. § 52-161b

STATE OF CONNECTICUT
**SUPERIOR COURT
JUDICIAL BRANCH**
*www.jud.ct.gov*

**Note to Applicant:**
If you submit this application and it is denied in whole or in part, you may submit a *Request for Hearing on Denied Application for Issuance of Subpoena* (form JD-CL-137).

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

| | |
|---|---|
| COURT USE ONLY | |
| AISBPPP | |

| | | | |
|---|---|---|---|
| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area | At **235 Church St, New Haven, CT, 06510** |

| Docket Number | Name of Case |
|---|---|
| **NNH-FA19-5046828-S** | **Theodora F. Antar vs. Matthew Lodice** |

Type of Court Case
[ ] Civil   [ ] Housing   [ ] Family   [X] Family Support Magistrate   [ ] Criminal/Motor Vehicle

## Application

I am a self-represented party in the case named above and I want to require the person or people listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena(s) should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena(s).

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

***To Applicant:*** **(Answer the questions below unless the case that you want to subpoena a witness for is a criminal case in which you are the defendant. If you are the defendant in a criminal case, skip to the next section.)**

*State whether you have been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b or 53a-73a), or stalking (C.G.S. §§ 53a-181c, 53a-181d or 53a-181e.)*   [ ] Yes   [X] No

*If yes, are you asking to subpoena the victim of your crime?*   [ ] Yes   [ ] No

### Name(s) and Address(es) of Person or People I am Asking to Subpoena

| **1.** | Name of person **Tom Salvador, Gill Foundation** | Address *(Number, street, and town)* **115 Waterbury Rd, Prospect, CT 06712** |
|---|---|---|

I believe testimony from this person is necessary because *(Fill in this box)*
**The defendant listed this individual as a reference on a reference list for recent jobs completed for his construction company. Defendant stated that Mr. Salvador hired him to perform a complete roof job on the business known as The Gil Foundation located at 115 Waterbury Rd ,Prospect, CT, 06712**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, working and that he has completed recent work for him, despite the defendant stating that he has no income and claims to be unable to pay his court ordered child support or childcare expenses.**

I want this person ordered to bring the following item(s) to Court:
**Signed Contracts from Whole House Remodeling LLC for work performed at 115 Waterbury Rd, Prospect, CT, 06712**

| **2.** | Name of person | Address *(Number, street, and town)* |
|---|---|---|

I believe testimony from this person is necessary because *(Fill in this box)*

Judicial District of New Haven
**SUPERIOR COURT
FILED**

I believe that the person will testify that (state what you believe the person will say in court):

MAY 2 5 2022

CHIEF CLERK'S OFFICE

I want this person ordered to bring the following item(s) to Court

*(Continued on next page)*

**Type of Proceeding(s) I am Requesting Subpoena(s) For**   *("X" appropriate box)*

| | | |
|---|---|---|
| [x] | Trial/hearing scheduled for *(Date)*<br>**6/1/2022, 6/28/2022** | Before Judge *(If known)* |
| [ ] | Pre-judgment remedy hearing scheduled for *(Date)* | |
| [ ] | Short Calendar matter scheduled for *(Date)* | Before Judge/Magistrate/Hearing Officer *(If known)* |
| [x] | Family Support Magistrate hearing scheduled for *(Date)*<br>**06/01/2022** | |
| [ ] | Other *(Specify)* | |

| Signed *(Self-represented Applicant)* | Print name<br>**Theodora Antar** | Telephone Number *(Area code first)*<br>**2032738419** | Date signed<br>**05/25/2022** |
|---|---|---|---|

## Order

Having conducted a review of this application pursuant to Practice Book Section 7-19, and having considered the nature of the scheduled proceeding and future opportunities for examination of witnesses, the application is:

[ ] granted.

[✓] denied.

Having granted the application, the clerk of this court is directed to issue the subpoena(s):

[ ] As requested above.

[ ] As requested above, except: _____

[ ] As to the following individuals only: _____

| By the Court | Signed *(Judge or Family Support Magistrate)* | Date of Order<br>5/27/22 |
|---|---|---|

JD-CL-136   Rev. 1-17

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**APPLICATION
FOR ISSUANCE OF SUBPOENA**
JD-CL-136   Rev. 1-17
P.B. §.7-19; C.G.S. § 52-161b

STATE OF CONNECTICUT
**SUPERIOR COURT
JUDICIAL BRANCH**
*www.jud.ct.gov*



**Note to Applicant:**
If you submit this application and it is denied in whole or in part, you may submit a *Request for Hearing on Denied Application for Issuance of Subpoena* (form JD-CL-137).

**Instructions to Clerk:**
*If a self-represented applicant in any Civil, Family, Family Support Magistrate or Housing case has been convicted of a family violence crime or of any of the other statutes listed in the Application section and is seeking to subpoena the victim of such crime, schedule a hearing and give the applicant notice of the date, time and location of the hearing. Do not schedule such hearings for Criminal matters.*

| COURT USE ONLY |
| --- |
| AISBPPP |

| | | | At |
| --- | --- | --- | --- |
| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area | **235 Church St, New Haven, CT, 06510** |

| Docket Number | Name of Case |
| --- | --- |
| **NNH-FA19-5046828-S** | **Theodora F. Antar vs. Matthew Lodice** |

Type of Court Case
[ ] Civil   [ ] Housing   [ ] Family   [X] Family Support Magistrate   [ ] Criminal/Motor Vehicle

## Application

I am a self-represented party in the case named above and I want to require the person or people listed below to testify in this case. I think that the testimony is necessary and ask that the judge or family support magistrate in this case review this application without notice to the other parties in this case. If this case has not been assigned to a specific judge or family support magistrate, I ask that the administrative judge or any judge or family support magistrate designated by the administrative judge review my application without notice to the other parties in this case. If the judge or family support magistrate decides that the subpoena(s) should be issued, I ask the judge or family support magistrate to have the clerk of the court issue the subpoena(s).

I understand that I have to give any subpoena(s) issued to a state marshal (an individual authorized to serve the person(s) being subpoenaed) or other authorized person and I must pay the state marshal or other authorized person a fee for serving the subpoena(s) unless the court determines that I am financially unable to pay for such expenses.

***To Applicant:* (Answer the questions below unless the case that you want to subpoena a witness for is a criminal case in which you are the defendant. If you are the defendant in a criminal case, skip to the next section.)**

*State whether you have been convicted of a family violence crime (C.G.S. § 46b-38a), risk of injury to children (C.G.S. § 53-21), sexual assault (C.G.S. §§ 53a-70, 53a-70a, 53a-70b, 53a-71, 53a-72a, 53a-72b or 53a-73a), or stalking (C.G.S. §§ 53a-181c, 53a-181d or 53a-181e.)*   [ ] Yes   [X] No

*If yes, are you asking to subpoena the victim of your crime?*   [ ] Yes   [ ] No

## Name(s) and Address(es) of Person or People I am Asking to Subpoena

| 1. | Name of person **David Zeoli** | Address *(Number, street, and town)* **66 Waterbury Rd, Prospect, CT, 06712** |
| --- | --- | --- |

I believe testimony from this person is necessary because: *(Fill in this box)*
**The defendant personal checking account at Wells Fargo which David Zeoli is the branch manager for. The defendant has had a personal checking account with this branch since January of 2020.**

I believe that the person will testify that (state what you believe the person will say in court):
**This person will be able to testify that the defendant is, in fact, receiving regular deposits in his personal bank account under the name of Matthew John Lodice, despite him stating that he has no income and claiming to be unable to pay his court ordered child support or child care costs.**

I want this person ordered to bring the following item(s) to Court:
**All bank statements for Matthew John Lodice from January 2020-present.**

| 2. | Name of person | Address *(Number, street, and town)* |
| --- | --- | --- |

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
MAY 2 5 2022

I believe testimony from this person is necessary because *(Fill in this box)*

I believe that the person will testify that (state what you believe the person will say in court):

CHIEF CLERK'S OFFICE

I want this person ordered to bring the following item(s) to Court

*(Continued on next page)*

**Type of Proceeding(s) I am Requesting Subpoena(s) For**   *("X" appropriate box)*

| | Trial/hearing scheduled for *(Date)* | Before Judge *(If known)* |
|---|---|---|
| ☒ | 6/1/2022, 6/28/2022 | |

| | Pre-judgment remedy hearing scheduled for *(Date)* |
|---|---|
| ☐ | |

| | Short Calendar matter scheduled for *(Date)* | Before Judge/Magistrate/Hearing Officer *(If known)* |
|---|---|---|
| ☐ | | |

| | Family Support Magistrate hearing scheduled for *(Date)* |
|---|---|
| ☒ | 06/01/2022 |

| | Other *(Specify)* |
|---|---|
| ☐ | |

| Signed *(Self-represented Applicant)* | Print name | Telephone Number *(Area code first)* | Date signed |
|---|---|---|---|
| ▶ | Theodora Antar | 2032738419 | 05/25/2022 |

# Order

Having conducted a review of this application pursuant to Practice Book Section 7-19, and having considered the nature of the scheduled proceeding and future opportunities for examination of witnesses, the application is:

☐ granted.

☒ denied.

Having granted the application, the clerk of this court is directed to issue the subpoena(s):

☐ As requested above.

☐ As requested above, except: _____

☐ As to the following individuals only: _____

| By the Court | Signed *(Judge or Family Support Magistrate)* | Date of Order |
|---|---|---|
| | | 5/27/22 |

JD-CL-136  Rev. 1-17

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**CASEFLOW REQUEST/
REQUEST FOR EARLIER
HEARING ON MOTION(S)**
JD-FM-292  New 9-21

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| COURT USE ONLY |
|---|
| FACFREQ |

**Instruction**
Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.

***Note:*** *If the request is granted, the court will try to schedule the event for the requested date.
However, if that date is not available, it will be scheduled for the next available date.*

Name of case *(Plaintiff v. Defendant)*
**Antar, Theodora F. vs Lodice, Matthew J.**

| Judicial District of<br>**New Haven** | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number<br>**NNH FA 19-5046828**        - S |
|---|---|---|---|

## I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

[X] A Status Conference on or about *(date)* 6/1/2022

[ ] Pretrial on or about *(date):* _____

[ ] An earlier hearing date for motion(s) currently scheduled on *(date)* _____

I am, or I am the attorney for, the party who has filed the following motion(s) in this case:

This case is already scheduled for the following court events:

| Case Date(s): | Trial or Specially Assigned Hearing Date(s): | Other: *(specify event and date)* |
|---|---|---|
|  |  |  |

My estimate of the total time required to conduct a hearing on the above motion(s) is: _____

The tentative list of witnesses I intend to call and the amount of time anticipated to be needed for the testimony of each, including reasonable cross-examination, is as follows:

| Name of Witness | Time needed | Name of Witness | Time needed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I understand that, if necessary, I may call additional witnesses if I follow all advance notice requirements.

I am unavailable for a hearing on the following days before the next court event that is already scheduled.

| Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. | Day | Full | A.M. | P.M. |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | [ ] |  |  |  | [ ] |  |  |  | [ ] |  |  |
|  | [ ] |  |  |  | [ ] |  |  |  | [ ] |  |  |
|  | [ ] |  |  |  | [ ] |  |  |  | [ ] |  |  |

**Note: The other party has 5 days to file a response to any request for an earlier hearing date.**

[ ] A hearing to address scheduling and related issues following a Resolution Plan Date attended by the parties on *(date)* _____, before the court enters scheduling orders.

[X] Other: I am asking that my motions 130, 131, and 132 which were filed on 11/29/22 ~~Judicial District of New Haven~~

Judicial District of New Haven
SUPERIOR COURT
FILED

This case is already scheduled for the following court events:

| Case Date(s):<br>6/1/22, 6/22/22, 6/28/22 | Trial or Specially Assigned Hearing Date(s):<br>6/1/22, 6/22/22, 6/28/22 | Other: (specify event and date)<br>MAY 31 2022 |
|---|---|---|

**Reason(s) for request (must be completed for all requests of any type):**

I filed motions 130 ( contempt citation issued post judgment), 131 (order to show cause) 132 (post judgment motion for ~~CHIEF CLERK'S OFFICE~~ modification -child support, custody) on 11/29/2021. I called today, 5/25/22 and spoke to the supervisor of the Clerk's office who stated that no court dates were ever scheduled for these three motions and that I needed to file a caseflow request in order to get a hearing on these motions. I am requesting that motions #130, #131, and #132 in this case be scheduled for a hearing date as soon as possible, since they were originally filed six months ago and as of today no date has been scheduled. They were originally set for a date in february 2022 which then got continued to march 2022. On the 3/9/2022 date, the judge continued the case to 6/1/22, however the motions #130, #131, and #132 are not set to be heard on that date. I am requesting they be heard 6/1.

| Name of case *(Plaintiff v. Defendant)*<br>**Antar, Theodora F. vs Lodice, Matthew J.** | Docket number<br>**NNH FA 19-5046828**   **- S** |
|---|---|

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐ Consent        ☒ Do not consent to the action requested above

| Signed *(Person making request)* | Name of attorney and juris number or self-represented party *(Print or type)*<br>**Theodora Antar** |
|---|---|

The person requesting the action is the:

☒ Plaintiff        ☐ Defendant        ☐ Attorney for Plaintiff        ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address<br>**856 Shagbark Drive, Orange, CT, 06477** | Telephone number *(with area code)*<br>**(203) 273-8419** |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(individual attorney or self-represented party)* | Date<br>**05/25/2022** |
|---|---|

## Order

Request is

☒ Granted        ☐ Denied

The court further orders:    Motion will
be Assigned a RMD.

| Signed *(Judge)*   (Grossman, J) | Date   5-31-22 |
|---|---|

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/1/2022

<u>ORDER</u>

ORDER REGARDING:
05/31/2022 173.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Motions will be assigned an Resolution Plan Date.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 1-22

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | | **NNHFA195046828S** |
| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| | **No** | **Yes** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **Yes** | | | |
| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| **MATTHEW J LODICE** | **Yes** | | | |

| **Case Description** | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | **Support** | | **Contempt** | **136** |
| | Type of Judgment | | Type of service | |
| | | | | |

| **Children** *(if parentage action, fill in date of birth)* | **Name** | **D.O.B.** *(If parentage action)* | **Name** | **D.O.B.** *(If parentage action)* |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| **Order** | |
| --- | --- |
| **Child Support** | ARREARAGE $ **4,034.47** as of **5/24/2022** to be paid to **Plaintiff** at $ **24** per **Week**, to be secured via **income withholding** |
| **Contempt** | FOUND IN CONTEMPT - **DEFENDANT** Committed to Commissioner of Correction, purge amount of **$2,160** ordered, **Review date 06/29/2022** |
| **Additional Orders** | **By clear and convincing evidence the court finds that the Defendant was subject to a court order, the order was valid and unambiguous, the Defendant had knowledge of the order and the ability to pay it, the Defendant's failure to pay the order was willful, and the Defendant is in contempt of a court order.** |
| **Continuance** | CONTINUED TO 06/29/2022 at 10am for purge review and 07/11/2022 at 2pm for special hearing |
| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| **FREDERIC GILMAN, F.S.M.** | **Michael Imme (By the Clerk 089998)** | 6/1/2022 |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

Docket #: NNH-FA19-5046828-S

Antar, Theodora F.

Vs. Lodice, Matthew J.

Superior Court

Judicial District of New Haven

at New Haven

Date:      May 20, 2022

## Motion To Dismiss-Insufficiency of Process and Service of Process

The plaintiff Theodora F. Antar moves that the court dismiss the defendant's motion #142.00

filed on 3/10/2022 by the defendant Matthew John Lodice for a POST-JUDGMENT MOTION

FOR MODIFICATION-CUSTODY, VISITATION because:

The writ, summons and complaint was not returned to the clerk, as of record appears. Plaintiff

was never served with this motion.

I am requesting that motion #142.00 filed by the defendant be dismissed due to insufficiency of

process or insufficiency in the service of process.

Wherefore the plaintiff prays judgment dismissing this action.

BY: _____

Name, Pro se: _Theodora Antar, Pro se_

Judicial District of New Haven
SUPERIOR COURT
FILED

MAY 25 2022

CHIEF CLERK'S OFFICE

Address _856 Shagbark drive, Orange, CT 06477_

Phone Number: _2032738419_

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to*. | For Court Use Only |
|---|---|
| Matthew Lodice<br>23 Lyman St, New Britain, CT, 06053 | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| | Theodora Antar | 5-20-22 | 2032738419 |

If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)* (Specify): _____
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify):
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

### 2. *Monthly* Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | $1,200.00 |
| B. Net monthly income *(after taxes)* from employment | $1,200.00 |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* (Specify which one(s) here): | + $0.00 |
| **Total Monthly Income (B+C)** | = $1,200.00 |

### 3. *Monthly* Expenses

| | |
|---|---|
| A. Rent/Mortgage | $2,000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $300.00 |
| D. Food, *not including SNAP (food stamps)* | $800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | $50.00 |
| H. Transportation *(bus, gasoline, etc.)* | $800.00 |
| I. Child Care | $200.00 |
| J. Other *(child support, alimony, etc.)* (Specify): | |
| **Total Monthly Expenses** | **$4,150.00** |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $10,000.00 | $18,000.00 | Motor Vehicle -$8,000.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking $200.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | **Total Assets** | **-$7,800.00** |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $30,000.00 | $400.00 |
| credit cards | $20,000.00 | $800.00 |
| **Total Liabilities** | **$50,000.00** | **$1,200.00** |

Judicial District of New Haven
SUPERIOR COURT
FILED
MAY 31 2022
CHIEF CLERK'S OFFICE

Page 1 of 3

| Name of case | Docket Number (If applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | **Theodora Antar** | 05/25/2022 |

| Subscribed and sworn to before me: | On (Date) 5/26/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |
|---|---|---|

**MARILYN A. PERZAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2024

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

### Order *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☐ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☐ Granted as follows:

　1. The following costs are ordered paid by the State
　　☐ Costs of service of process not to exceed:   $ _____
　　☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
　　☐ Other *(Specify):* _____

　2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
　　☐ Other *(Specify):* _____

　3. ☐All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

　4. Counsel is   ☐ Appointed *(Name):* _____

☒ Denied. If denied only in part, specify: Applicant should provide most

☐ The application for waiver of the payment of a fee of fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.   recent pay statent.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Grossmn, J | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed 6-1-22 |
|---|---|---|---|

JD-FM-75   Rev. 12-21       Applicadron does   Page 2 of 3   not with testing Frn   April 8, 2022   e incne.

| Name of case | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____    _____
Signed *(Applicant)*                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant    ☐ Not indigent    ☐ Indigent and unable to pay        hereby orders the application:

☐ Granted as follows:

   ☐ 1. The following costs are ordered paid by the State

      ☐ Costs of service of process not to exceed    $ _____

      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

      ☐ Other *(Specify):* _____

   ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**HIC #** **0662092**



# WHOLE HOUSE

## REMODELING

# 203.919.9528

| | |
|---|---|
| **Siding** | **Roofing** |
| **Flooring** | **Decking** |
| **Painting** | **Gutters** |
| **Bath** | **Kitchen** |

## LICENSED AND FULLY INSURED



**203.919.9528**

WHOLE HOUSE REMODELING

# Now's The Time to
# Remodel!



## LICENSED AND FULLY INSURED

## $500 OFF
### Projects Over $3000

 **SECRETARY OF THE STATE OF CONNECTICUT**

## CERTIFICATE OF ORGANIZATION
LIMITED LIABILITY COMPANY - DOMESTIC

| FILING PARTY(CONFIRMATION WILL BE SENT TO THIS ADDRESS) | |
|---|---|
| **Name:** WHOLE HOUSE REMODELING | |
| **Mailing** 48 QUARRY HILL ROAD<br>**Address:** | FILING #0007301853 PG 1 OF 2<br>VOL E-00154 PAGE 1827<br>FILED ON 04/16/2021 04:57 PM<br>SECRETARY OF THE STATE OF CONNECTICUT |
| **City:** WATERBURY | |
| **State:** CT                     **Zip:** 06706 | |
| **Country:** USA | |

**1. NAME OF LIMITED LIABILITY COMPANY - REQUIRED:** (MUST INCLUDE BUSINESS DESIGNATION I.E LLC, L.L.C., ETC.)

    WHOLE HOUSE REMODELING LLC

**2. LLC'S PRINCIPAL OFFICE ADDRESS - REQUIRED:**(NO P.O. BOX) PROVIDE FULL ADDRESS.

| | |
|---|---|
| **Street:** | 48 QUARRY HILL ROAD |
| **City:** | WATERBURY |
| **State:** | CT                     **Zip:** 06706 |
| **Country:** | USA |

**3. MAILING ADDRESS, REQUIRED** - PROVIDE FULL ADDRESS. (P.O.BOX IS ACCEPTABLE)

| | |
|---|---|
| **Street:** | 48 QUARRY HILL ROAD |
| **City:** | WATERBURY |
| **State:** | CT                     **Zip:** 06706 |
| **Country:** | USA |

**4. NAICS CODE**          **NAICS SUB CODE**

23 (Construction)      236118 (Residential Remodelers)

**5. APPOINTMENT OF REGISTERED AGENT - REQUIRED:** (COMPLETE A OR B NOT BOTH)

☒ **A. IF AGENT IS AN INDIVIDUAL.**

  **PRINT OR TYPE FULL LEGAL NAME:**

  MATTHEW LODICE

| **CT BUSINESS ADDRESS**<br>(P.O. BOX NOT ACCEPTABLE) IF NONE, MUST STATE "NONE" | | **CONNECTICUT RESIDENCE ADDRESS (REQUIRED)**<br>(P.O. BOX NOT ACCEPTABLE) | |
|---|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | **Street:** | 48 QUARRY HILL ROAD |
| **City:** | WATERBURY | **City:** | WATERBURY |
| **State:** | CT           **Zip:** 06706 | **State:** | CT        **Zip:** 06706 |
| **Country:** | USA | **Country:** | USA |

| **CONNECTICUT MAILING ADDRESS (REQUIRED)** (P.O. BOX ACCEPTABLE) | |
|---|---|
| **Street:** | 48 QUARRY HILL ROAD |
| **City:** | WATERBURY |
| **State:** | CT                     **Zip:** 06706 |
| **Country:** | USA |



Full

PLAINTIFF'S
EXHIBIT

2

6/1/22

```
FILING #0007301853 PG 2 OF 2
     VOL E-00154 PAGE 1828
  FILED ON 04/16/2021 04:57 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**SIGNATURE ACCEPTING APPOINTMENT:** [This document has been executed and filed electronically]
MATTHEW LODICE

☐ **B. IF AGENT IS A BUSINESS:**
**PRINT OR TYPE NAME OF BUSINESS AS IT APPEARS ON OUR RECORDS:**

| **CT BUSINESS ADDRESS** (P.O. BOX NOT ACCEPTABLE) | **CT MAILING ADDRESS** (P.O. BOX ACCEPTABLE) |
|---|---|
| **Street:**    NONE | **Street:**    NONE |
| **City:** | **City:** |
| **State:**                        **Zip:** | **State:**                        **Zip:** |
| **Country:** | **Country:** |

**SIGNATURE ACCEPTING APPOINTMENT ON BEHALF OF AGENT:** [This document has been executed and filed electronically]
**PRINT NAME & TITLE OF PERSON SIGNING:**

**6. MANAGER OR MEMBER INFORMATION - REQUIRED:** (MUST LIST ATLEAST ONE MANAGER OR MEMBER OF THE LLC.)

| **NAME / TITLE :** MATTHEW LODICE / MANAGER | |
|---|---|
| **BUSINESS ADDRESS** | **RESIDENCE ADDRESS** |
| **Street:**    48 QUARRY HILL ROAD | **Street:**    48 QUARRY HILL ROAD |
| **City:**    WATERBURY | **City:**    WATERBURY |
| **State:**    CT                **Zip:**  06706 | **State:**    CT                **Zip:**  06706 |
| **Country:**  USA | **Country:**  USA |

**7. ENTITY EMAIL ADDRESS-REQUIRED:** (IF NONE, MUST STATE "NONE.")
   WHOLEHOUSEREMODELING@GMAIL.COM

**8 . EXECUTION - REQUIRED:** (SUBJECT TO PENALTY OF FALSE STATEMENT) [This document has been executed and filed electronically]

   **Date: (MM/DD/YYYY)** 04/16/2021

| **NAME OF ORGANIZER**<br>(print/type) | **SIGNATURE**<br>(required) |
|---|---|
| MATTHEW LODICE | MATTHEW LODICE |

I asked my mother to ask
Matthew to purcha...
underwear for Angelina
on 3/6/22, this package
was delivered. He ordered it.
Refuses to pay
due to "no money"
Yet Can buy on amazon

requesting
we
subpoena—
- amazon
  prime
- venmo
- Zelle
- TD Bank
- W... Bank

how2recycle.in

PAPER



E12

A-30.1E
DRIVE
AID 7935
/CML
1BA0155/3110204
CYCL 1

LAS2 | 0.4 Lbs | 03/06 | DCY9

Angelina Lodice
856 SHAGBARK DR
06477 – 1422 ORANGE, CT United States

PLAINTIFF'S
EXHIBIT
3 6/22

CYCLE 1

TBA015373110204

DCY9

PHL7
& CY9

HFD5
D CY9

XxnzLBnxN
1 / 6030

M2



This pad was taken off the market on 12/30/21.
**Explore listings in the same area.**

**$950**                                    No longer available

🛏 1 bed    🛁 1 bath    📏 600 sqft

23 Lyman St #3                              🗑 Condo
New Britain, CT 06053

**∧ Find similar homes**



**This listing**    **52 Lawlor St #1N**    **30 Gillett St**    **603**

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: Re: Screenshot (Mar 7, 2022 7:59:15 AM)
Date: Mar 7, 2022 at 9:06:15 AM
To: Theodora Antar theodoraantar@gmail.com



What's sad is I can't even tell Angelina where we are going.. because I don't want to let her down when you don't show up. Everything you are saying about girlfriends and spending all this money is not true at all. I know it's hard for your traumatized brain to grasp all this but you are creating that false narrative in your own mind. None of it is true. I'm not not paying you for any other reason other than the fact that I cannot afford it. I don't care about the court cases at all. You are the only one who has been in contempt of the court order and I have every piece of proof I need. I'm sorry I cannot afford any child support or daycare and we will decide in court what the best course of action is to rectify it. We will also be changing the child support along with how we communicate. We may also be changing custody and primary residency. Nothing you say matters to me what matters is what the court says. I will not be sending money so please stop asking. I have no money to send

On Mon, Mar 7, 2022, 8:54 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or not. But I told you I have no money and I'm not sending anything. So whether you

choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see
you at 9:30. i hope you love our son and are there for him. you never even
heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much
better without you in it. I still don't believe you're pregnant nor do I believe
it's mine if you are. I guess we will just have to wait and see if you have a
baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you
even called me on march 2, 2022 at 132 am trying to come over. you tried
to come over again after that too. and sorry but a BLOOD TEST can NOT
ever in any circumstance show a false positive lmao. and if you
didnt believe me after i told you, showed u proof, blood test, piss test,
everything, if u still thought i wasnt why did u cum in me again on the 5th
lol. you said the same with angelina so i am not worried. i just want you to
be a good dad.

On Mon, Mar 7, 2022 at 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
well should have thought about that before you came in me on 11/13/21
when our son was conceived

On Mon, Mar 7, 2022 at 8:31 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
At that time I was saying those things. But a lot has changed since then. I have no interest in ever being with you. I have no interest in having more children with you. If you are pregnant with my child and I will raise that child as I do all my other ones and take on my full responsibility as a father. But I will have no part in dealing with you at all. I never want to see you or be with you again. You showed me something about you being pregnant from 4 months ago. But nothing in the last couple months. False positives can come up all the time, on top of the fact that a quarter of pregnancies don't even stick.

On Mon, Mar 7, 2022, 8:27 AM Theodora Antar <theodoraantar@gmail.com> wrote:
I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,


On Mon, Mar 7, 2022 at 8:24 AM Theodora Antar

<theodoraantar@gmail.com> wrote:
its at 12pm today at my ob

On Mon, Mar 7, 2022 at 8:22 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
None of what you just said is factual. You do not get the makeup
things and they magically become true. That's not how real life works. I
already told you I've not been able to afford to child support, that's
why we are going to court for that. You always say come to the
ultrasound but you never tell me where and what time. You keep
saying you are pregnant, but with no proof other than a screenshot or
a video of a pregnancy test. If you were truly pregnant and you wanted
me to be part of it and it was mine, then you would just do that and not
play so many games. Time to grow up and be a parent for the children
you do have let alone the imaginary one you're making up. I hope you
are not pregnant because the last thing this world needs is it another
child to have you as its mother.

On Mon, Mar 7, 2022, 8:18 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
That's interesting, what did you do with the $5000 deposit you made?
Interesting that you just sell only cash deals now and keep money in
the personal account. If you can afford to buy new boots and new
underwear and send money on Venmo to people on a regular basis
then you can afford to pay child support. If you can afford to send
money for drug addicts who overdosed and died then you can afford
to pay for daycare for the kid. See you at 9:30! Also, it would be nice if
you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:16 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

I am making no money and am broke. All my accounts are negative
and can't afford the child support nor the extra daycare. Whether I
am paying the chd support or not doesn't mean you don't have
responsibilities to our daughter. Your constant refusal and contempt
are just grounds for you to lose custody. All this will come up in court.
Please have a nice day. If you would like to talk to Angelina, please
call. She would at least like to talk to you since she can't see you,
again

On Mon, Mar 7, 2022, 8:08 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Matthew,

Please send me your court ordered child care and child support
money. I don't understand why you are blatantly refusing to pay the
court ordered child support and child care for our child. If you want
me to be your personal babysitter during the week and take her 5/7
days a week, then you need to pay for half the sitter so i can work
and child support so we can survive. gas is 5 a gallon and babysitter
is expensive and not to mention food prices have increased. Please,
do the right thing and send me the money. We are just trying to
survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court

ordered support.

On Mon, Mar 7, 2022 at 8:03 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
What am I supposed to tell our daughter now she's asking if we are
going to yiayias and if she going to see mommy. I have to tell her
no? Her mother doesn't want to take her again? I hope you know
that what you are doing only hurts Angelina and your relationship
with her. It doesn't hurt me at all. Time to grow up and do what's
best for her. I will be filing for custody and primary residency. With
this inconsistency you don't deserve to have her.

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Mar 7, 2022 7:59:15 AM)**
Date: **Mar 7, 2022 at 8:54:38 AM**
To: **Theodora Antar** theodoraantar@gmail.com

Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or not. But I told you I have no money and I'm not sending anything. So whether you choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar <theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see you at 9:30. i hope you love our son and are there for him. you never even heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much better without you in it. I still don't believe you're pregnant nor do I believe it's mine if you are. I guess we will just have to wait and see if you have a baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you
even called me on march 2, 2022 at 132 am trying to come over. you tried
to come over again after that too. and sorry but a BLOOD TEST can NOT
ever in any circumstance show a false positive lmao. and if you
didnt believe me after i told you, showed u proof, blood test, piss test,
everything, if u still thought i wasnt why did u cum in me again on the 5th
lol. you said the same with angelina so i am not worried. i just want you to
be a good dad.

On Mon, Mar 7, 2022 at 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
well should have thought about that before you came in me on 11/13/21
when our son was conceived

On Mon, Mar 7, 2022 at 8:31 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
At that time I was saying those things. But a lot has changed since then. I
have no interest in ever being with you. I have no interest in having more
children with you. If you are pregnant with my child and I will raise that
child as I do all my other ones and take on my full responsibility as a
father. But I will have no part in dealing with you at all. I never want to see
you or be with you again. You showed me something about you being
pregnant from 4 months ago. But nothing in the last couple months. False
positives can come up all the time, on top of the fact that a quarter of
pregnancies don't even stick.

On Mon, Mar 7, 2022, 8:27 AM Theodora Antar
<theodoraantar@gmail.com> wrote:

I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,


On Mon, Mar 7, 2022 at 8:24 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
its at 12pm today at my ob

On Mon, Mar 7, 2022 at 8:22 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
None of what you just said is factual. You do not get the makeup things and they magically become true. That's not how real life works. I already told you I've not been able to afford to child support, that's why we are going to court for that. You always say come to the ultrasound but you never tell me where and what time. You keep saying you are pregnant, but with no proof other than a screenshot or a video of a pregnancy test. If you were truly pregnant and you wanted me to be part of it and it was mine, then you would just do that and not play so many games. Time to grow up and be a parent for the children you do have let alone the imaginary one you're making up. I hope you are not pregnant because the last thing this world needs is it another child to

have you as its mother.

On Mon, Mar 7, 2022, 8:18 AM Theodora Antar <theodoraantar@gmail.com> wrote:
That's interesting, what did you do with the $5000 deposit you made? Interesting that you just sell only cash deals now and keep money in the personal account. If you can afford to buy new boots and new underwear and send money on Venmo to people on a regular basis then you can afford to pay child support. If you can afford to send money for drug addicts who overdosed and died then you can afford to pay for daycare for the kid. See you at 9:30! Also, it would be nice if you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419


On Mar 7, 2022, at 8:16 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


I am making no money and am broke. All my accounts are negative and can't afford the child support nor the extra daycare. Whether I am paying the chd support or not doesn't mean you don't have responsibilities to our daughter. Your constant refusal and contempt are just grounds for you to lose custody. All this will come up in court. Please have a nice day. If you would like to talk to Angelina, please call. She would at least like to talk to you since she can't see you, again

On Mon, Mar 7, 2022, 8:08 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Matthew,

Please send me your court ordered child care and child support
money. I don't understand why you are blatantly refusing to pay the
court ordered child support and child care for our child. If you want
me to be your personal babysitter during the week and take her 5/7
days a week, then you need to pay for half the sitter so i can work
and child support so we can survive. gas is 5 a gallon and babysitter
is expensive and not to mention food prices have increased. Please,
do the right thing and send me the money. We are just trying to
survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court
ordered support.

On Mon, Mar 7, 2022 at 8:03 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
What am I supposed to tell our daughter now she's asking if we are
going to yiayias and if she going to see mommy. I have to tell her no?
Her mother doesn't want to take her again? I hope you know that
what you are doing only hurts Angelina and your relationship with
her. It doesn't hurt me at all. Time to grow up and do what's best for
her. I will be filing for custody and primary residency. With this
inconsistency you don't deserve to have her.



**WHOLE HOUSE REMODELING LLC**
48 QUARRY HILL RD
WATERBURY, CT 06706

06-21

1029

51-309/111
523

PAY TO THE
ORDER OF _Theodora antar_

DATE _11/2/21_

_Two hundred seventy_                    $ _276.00_

**TD Bank**
America's Most Convenient Bank®

DOLLARS

FOR _Ad Plymouth november_

"00⦙0 29"  ⦙0⦙⦙⦙03093⦙:  4394435436"

Full

PLAINTIFF'S
EXHIBIT

7

6/1/22

money paid from
his business account
for advertising of his
new company.

He took out multiple
advertisements.

9:13

< **Payment**

 **Matthew Lodice** paid **Samantha D'Occhio**

Jan 9, 2022 at 1:28 AM ⊕ Public

**The pot**

♡ Be the first person to like this.

 **You**
57s
How about you pay child support or child care for our kid instead you deadbeat piece of shit

 **You**
1s
Got money for whores, gambling, alcohol, etc but cant pay child care or child support ? What a fucking deadbeat

Full

PLAINTIFF'S
EXHIBIT

8

6/1/22

Sending money to friends for recreational purposes, while refusing to contribute to child support or childcare

Write a comment

☺                                    Send



## Help Jason get laid to rest

## $12,365 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

*Full*

PLAINTIFF'S
EXHIBIT

*9*

*6/1/22*

*matthew donated to this*

👤 Erica Sagnella is organizing this fundraiser.

---

Created December 8, 2021

🏷 Funerals & Memorials

## Organizer



9:14

🔒 gofundme.com

**Donations**          ☆ Top   ✕

**Donate now**

Krista Ematrudo
**$25** • 2 mos

Amanda Reis
**$50** • 2 mos

Carla Andreas
**$20** • 2 mos

Thomas Brandt
**$200** • 2 mos

Karen & Roy Bowers
**$200** • 2 mos

Matthew Lodice
**$30** • 2 mos

Amelia DeLucia
**$10** • 2 mos

Kaitlyn Sagnella
**$100** • 2 mos

Kelly Sagnella

Matthew's parents also donated while knowing he is in contempt

matthew paid $30 to a drug addicts funeral ^in January but hadn't paid a dollar in child suppoa since december



Concer tix start @ $122.45

Full

PLAINTIFF'S EXHIBIT

10

6/1/22

9:15



SUPERMATT_
**Posts**



**supermatt_**
Queens, New York

•••





Full

**PLAINTIFF'S EXHIBIT**

11

6/1/22

  

**19 likes**

**supermatt_** Tool concert with my boy

February 23

← attended an expensive Concert in ny on 2/23/22



supermatt_ · 3w
Bobby Darin · Splsh Splash

    

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Jan 16, 2022 at 1:25:09 AM**
To: **Theodora Antar** theodoraantar@gmail.com

---

I hate you so much. Everything about you. I hate how you ruin my life and still make my life difficult even after we haven't been together in so long. You are a bad human. I hope you find misery with someone else so bad

> On Sun, Jan 9, 2022, 8:36 PM Theodora Antar <theodoraantar@gmail.com> wrote:
>
> Why do you need to plan your day? I know youre lying cuz ur not even able to write me a check. So thanks for the lie. Lmk when u send the zelle. Im at lonsdale st
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419

*Full*

PLAINTIFF'S
EXHIBIT

*12*

*6/1/22*

> On Jan 9, 2022, at 8:29 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

*N ability to pay*

> What is going on for tomorrow, are you taking Angelina or not. You can get a check when you get her tomorrow. I need to know if you are meeting me for her at 930 or not. I need to plan my day and next move. I'm going to bed now so let me know ASAP
>
> > On Sun, Jan 9, 2022 at 20:26 Theodora Antar <theodoraantar@gmail.com> wrote:
> >
> > I am pregnant, my friend invited me to watch football. I didnt spend any money. And unfortunately i cant do that because you will just turn around and not pay. Im not dumb. Come outside in 10.

From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Apr 10, 2022 at 10:21:52 PM**
To: **Theodora Antar** theodoraantar@gmail.com

I was thinking about asking you if you wanted to come up for dinner one night
this week?--
Matthew Lodice
Whole House Remodeling
<u>203–919–9528</u>

*Full*

**PLAINTIFF'S
EXHIBIT**

13

6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Apr 17, 2022 at 9:06:17 PM**
To: **Theodora Antar** theodoraantar@gmail.com

Do you want to set something up?

On Sun, Apr 17, 2022 at 17:12 Matthew Lodice <matthewlodice@gmail.com>
wrote:
We ate at moms for dinner** we are home now

On Sun, Apr 17, 2022 at 17:12 Matthew Lodice <matthewlodice@gmail.com>
wrote:
Ok. I didn't make dinner. We are at moms for Easter . What time would you like
to come over?

On Sun, Apr 17, 2022 at 17:11 Theodora Antar <theodoraantar@gmail.com>
wrote:
Right now

Sincerely,

Theodora Antar
(203)273-8419



On Apr 17, 2022, at 5:10 PM, Matthew Lodice <matthewlodice@gmail.com>
wrote:


When ever is good for you! When are you free?

On Sun, Apr 17, 2022 at 16:54 Theodora Antar
<theodoraantar@gmail.com> wrote:
So when are you having me over for dinner like you said ??

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919–9528
--
Matthew Lodice
Whole House Remodeling
203–919–9528
--
Matthew Lodice
Whole House Remodeling
203–919–9528
--
Matthew Lodice
Whole House Remodeling
203–919–9528

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: Mar 7, 2022 at 10:18:44 AM
To: **Theodora Antar** theodoraantar@gmail.com

---

No money is coming. Since math is not your strong subject. You take her 4.5 days out of 7. That's only 64% and child support. That's only one day away from splitting down the middle. Which is what I'm requesting with no child support. So ok.. call it 90

On Mon, Mar 7, 2022, 10:15 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Lmao I agreed to take her 90% of the time on the condition that you would continue to pay child support as well as childcare so that I could work and not be stuck with her every day unable to work because you won't help pay for childcare. You havent paid a penny since november and expect your girlfriend to do your part. You are the only deadbeat. Send the childcare money and ill meet you wherever you like.

Sincerely,

Theodora Antar
(203)273-8419



Full
PLAINTIFF'S
EXHIBIT
15
6/1/22

On Mar 7, 2022, at 10:13 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Personal babysitter? I'd that the way you see being with your daughter when you're supposed to be? That's so sad. I feel so bad for her. I'm glad she has good role models on this side of things. We got her taken care of, no worries. Stay a dead beat

On Mon, Mar 7, 2022, 10:03 AM Theodora Antar

<theodoraantar@gmail.com> wrote:

If u want me to be your personal babysitter you can start by paying 50% court ordered childcare costs in addition child support. I appreciate you helping more by taking her with you on vacation since you havent contributed a single dollar to her care since november. Anyway I will not be replying to any more emails. If u need me u can call or text. Have a great day! Hope you show up at the ultrasound

Sincerely,

Theodora Antar
(203)273-8419

 Gmail                **Theodora Antar <theodoraantar@gmail.com>**

---

### (no subject)
1 message

---

**Matthew Lodice <matthewlodice@gmail.com>**        Wed, Feb 24, 2021 at 8:42 AM
To: Theodora Antar <Theodoraantar@gmail.com>

Can you take Angelina back today so I can work for at least 2 days. I need money to be able to pay you



**Message 46 of 50**

| | |
|---|---|
| **Sent:** | 05/11/2022 at 10:06 AM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/11/2022 at 10:18 AM*) |
| **Subject:** | Re: R.o.f.r |

Who is the sitter and I'll need proof of the babysitting and a receipt from the sitter for tax purposes

---

**On 05/11/2022 at 09:48 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/11/2022 at 10:05 AM*) |
| **Subject:** | R.o.f.r |

I'm working today until 10 PM. Would you like to have a angelina from 7:30 PM to 10 PM? If not I will have to have the sitter take her and send you a bill. Please let me know ASAP.



 Our family wizard

**Message 26 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 02:23 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 02:23 PM*) |
| **Subject:** | Re: Childcare |

Are you being honest or trying to steal from me?

### On 05/04/2022 at 02:21 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 02:22 PM*) |
| **Subject:** | Re: Childcare |

70 per week. If you go under expenses in our family wizard you will see that I have an open ticket you can pay through there or zelle me.

### On 05/04/2022 at 12:26 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 02:21 PM*) |
| **Subject:** | Re: Childcare |

How much do I owe?

### On 05/04/2022 at 11:14 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 12:26 PM*) |
| **Subject:** | Childcare |

Please send the money its due friday.



Full

PLAINTIFF'S
EXHIBIT

18

6/1/22



**Message 31 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 05:08 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 05:21 PM*) |
| **Subject:** | Re: Court ordered support |

I'm waiting for something. I'm going to be doing my taxes this week so they will give what is owed from that and then I'll be caught up. Then I'll start paying until I have custody of Angelina. Then you'll pay me

---

### On 05/04/2022 at 05:02 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 05:07 PM*) |
| **Subject:** | Re: Court ordered support |

Why havent you paid it then?

---

### On 05/04/2022 at 05:01 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 05:01 PM*) |
| **Subject:** | Re: Court ordered support |

Support enforcement told me to pay them the child support not to send it to you directly

---

### On 05/04/2022 at 04:27 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 05:00 PM*) |
| **Subject:** | Court ordered support |

Can you please send me the child support and child care you owe ?



Full
PLAINTIFF'S
EXHIBIT
19
6/1/22

**Message 29 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 03:06 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 03:08 PM*) |
| **Subject:** | Re: Angelina extra curricular |

I can not afford any extra expenses right now. I'm very sorry. I will look around my are to see what programs they have available that I could afford

---

**On 05/04/2022 at 02:53 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 03:05 PM*) |
| **Subject:** | Angelina extra curricular |

Good afternoon, Can we sign angelina up for soccer again? I really want her to do soccer, gymnastics, or violin lessons. Please let me know. She needs this type of enrichment and I can not afford to pay it.



 Gmail

Theodora Antar <theodoraantar@gmail.com>

---

## Screenshot (Mar 7, 2022 7:59:15 AM)
2 messages

---

**Matthew Lodice** <matthewlodice@gmail.com>                  Mon, Mar 7, 2022 at 8:03 AM
To: Theodora Antar <Theodoraantar@gmail.com>, Theodora Antar <seamlesssigningsct@gmail.com>, Theo A
<princessthea9791@gmail.com>, Theodora Antar <theodora.xo@icloud.com>

What am I supposed to tell our daughter now she's asking if we are going to yiayias and if she going to see mommy. I
have to tell her no? Her mother doesn't want to take her again? I hope you know that what you are doing only hurts
Angelina and your relationship with her. It doesn't hurt me at all. Time to grow up and do what's best for her. I will be filing
for custody and primary residency. With this inconsistency you don't deserve to have her.



**Screenshot_20220307-075915.png**
151K



Full

PLAINTIFF'S
EXHIBIT

21

6/1/22

---

**Theodora Antar** <theodoraantar@gmail.com>                  Mon, Mar 7, 2022 at 8:08 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Matthew,

Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing
to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the
week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can
survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right
thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court ordered support.

[Quoted text hidden]

*He says he can't afford $120.00 a week in child support or 50% of childcare for agreement, yet he claims that he can afford sole custody and primary residency*

7:12

**Matthew Lodice**

Feed

**Between You**

You charged **Matthew Lodice**  + $70.00
Feb 06 🔒

Childcare

He is able to pay child care and sends money on venmo every day to multiple people. Shows ability to pay.

FJil
**PLAINTIFF'S EXHIBIT**
22
6/1/22

**Matthew Lodice** paid you  + $70.00
Jan 30 🔒

Daycare 1\30\22

♡ 1   💬 1

**Matthew Lodice** paid you  + $70.00
Jan 23 🔒

Daycare week of 1/24/22

♡   💬 1

**Matthew Lodice** paid you  + $70.00
Jan 16 🔒

Daycare week of Jan 17

♡   💬

**Matthew Lodice** paid you  + $70.00
Jan 10 🔒

7:12 ⌖

**‹**      **Matthew Lodice**      ooo

Feed        ( **Between You** )

**Matthew Lodice** paid you  + $70.00
Jan 30 🔒

Daycare 1\30\22

♡ 1    💬 1

**Matthew Lodice** paid you  + $70.00
Jan 23 🔒

Daycare week of 1/24/22

♡      💬 1

**Matthew Lodice** paid you  + $70.00
Jan 16 🔒

Daycare week of Jan 17

♡      💬

**Matthew Lodice** paid you  + $70.00
Jan 10 🔒

Day care week 1/10/21

♡      💬

**Matthew Lodice** paid you  + $16.00
Oct 13, 2021 🔒

Sausage peppers

♡      💬

**Matthew Lodice** paid you  + $30.00
Oct 13, 2021 🔒

 **Gmail**        Theodora Antar <theodoraantar@gmail.com>

---

## (no subject)
5 messages

---

**Theodora Antar** <theodoraantar@gmail.com>        Mon, Mar 7, 2022 at 10:03 AM
To: matthewlodice@gmail.com

> If u want me to be your personal babysitter you can start by paying 50% court ordered childcare costs in addition child support. I appreciate you helping more by taking her with you on vacation since you havent contributed a single dollar to her care since november. Anyway I will not be replying to any more emails. If u need me u can call or text. Have a great day! Hope you show up at the ultrasound
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419

---

**Matthew Lodice** <matthewlodice@gmail.com>        Mon, Mar 7, 2022 at 10:13 AM
To: Theodora Antar <theodoraantar@gmail.com>

> Personal babysitter? I'd that the way you see being with your daughter when you're supposed to be? That's so sad. I feel so bad for her. I'm glad she has good role models on this side of things. We got her taken care of, no worries. Stay a dead beat
> [Quoted text hidden]

*ability to provide*

---

**Theodora Antar** <theodoraantar@gmail.com>        Mon, Mar 7, 2022 at 10:15 AM
To: Matthew Lodice <matthewlodice@gmail.com>

> Lmao I agreed to take her 90% of the time on the condition that you would continue to pay child support as well as childcare so that I could work and not be stuck with her every day unable to work because you won't help pay for childcare. You havent paid a penny since november and expect your girlfriend to do your part. You are the only deadbeat. Send the childcare money and ill meet you wherever you like.
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419
>
> On Mar 7, 2022, at 10:13 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>
> [Quoted text hidden]

*Full*

**PLAINTIFF'S EXHIBIT**

**23**

6/1/22

*Blatant refusal to pay*

---

**Matthew Lodice** <matthewlodice@gmail.com>        Mon, Mar 7, 2022 at 10:18 AM
To: Theodora Antar <theodoraantar@gmail.com>

> No money is coming. Since math is not your strong subject. You take her 4.5 days out of 7. That's only 64% and child support. That's only one day away from splitting down the middle. Which is what I'm requesting with no child support. So ok.. call it 90
> [Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>        Mon, Mar 7, 2022 at 10:24 AM

To: Matthew Lodice <matthewlodice@gmail.com>

I am dissapointed that despite me having her 72% of the time and you being financially stable, that you still refuse to pay court ordered support. Be a man for once. You got me pregnant now help.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 7, 2022, at 10:18 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


[Quoted text hidden]

1:27

(203) 919-9528 ›

Fri, Dec 31, 4:01 PM

Let me know if I'm picking up Angelina at Cumberland farms or not

If you don't answer I'll assume you're keeping her

Yes. Pls bring $ for next week childcare as well. And lmk if u can meet anywhere closer by chance

No I cannot meet closer

I noticed we have court for child support

I'm going to have to lower it to reflect my income

Its being raised due to your astronomical increase in income

And you havent paid child support in 4 months

You owe $1,514.47

Please be sure to bring the court ordered childcare money via check or zelle or venmo it to me prior to sunday so i can pay for our kid to go to school

iMessage

Full

PLAINTIFF'S
EXHIBIT

24

6/1/22

retaliation
and
intention
to lower
child support
as retaliation
for my
contempt
filing
in 11/2021

 Gmail

*Refusal to pay unless forced by a court*

Theodora Antar <theodoraantar@gmail.com>

**Screenshot (Mar 7, 2022 7:59:15 AM)**
15 messages

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:03 AM
To: Theodora Antar <Theodoraantar@gmail.com>, Theodora Antar <seamlesssigningsct@gmail.com>, Theo A
<princessthea9791@gmail.com>, Theodora Antar <theodora.xo@icloud.com>

> What am I supposed to tell our daughter now she's asking if we are going to yiayias and if she going to see mommy. I
> have to tell her no? Her mother doesn't want to take her again? I hope you know that what you are doing only hurts
> Angelina and your relationship with her. It doesn't hurt me at all. Time to grow up and do what's best for her. I will be filing
> for custody and primary residency. With this inconsistency you don't deserve to have her.



**Screenshot_20220307-075915.png**
151K



PLAINTIFF'S
EXHIBIT

*25*

*6/1/25*

Full

---

**Theodora Antar** <theodoraantar@gmail.com>                                   Mon, Mar 7, 2022 at 8:08 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Matthew,

Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing
to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the
week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can
survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right
thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court ordered support.

[Quoted text hidden]

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:16 AM
To: Theodora Antar <theodoraantar@gmail.com>

I am making no money and am broke. All my accounts are negative and can't afford the child support nor the extra
daycare. Whether I am paying the chd support or not doesn't mean you don't have responsibilities to our daughter. Your
constant refusal and contempt are just grounds for you to lose custody. All this will come up in court. Please have a nice
day. If you would like to talk to Angelina, please call. She would at least like to talk to you since she can't see you, again
[Quoted text hidden]

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:16 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Matthew,

I asked that you send childcare money so i could go to work this week. Please do so and I will meet you at our meeting
spot.

Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making 20,000 a month yet cant even send a single dollar toward court ordered support.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:08 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:18 AM
To: Matthew Lodice <matthewlodice@gmail.com>

That's interesting, what did you do with the $5000 deposit you made? Interesting that you just sell only cash deals now and keep money in the personal account. If you can afford to buy new boots and new underwear and send money on Venmo to people on a regular basis then you can afford to pay child support. If you can afford to send money for drug addicts who overdosed and died then you can afford to pay for daycare for the kid. See you at 9:30! Also, it would be nice if you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:16 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:22 AM
To: Theodora Antar <theodoraantar@gmail.com>

None of what you just said is factual. You do not get the makeup things and they magically become true. That's not how real life works. I already told you I've not been able to afford to child support, that's why we are going to court for that. You always say come to the ultrasound but you never tell me where and what time. You keep saying you are pregnant, but with no proof other than a screenshot or a video of a pregnancy test. If you were truly pregnant and you wanted me to be part of it and it was mine, then you would just do that and not play so many games. Time to grow up and be a parent for the children you do have let alone the imaginary one you're making up. I hope you are not pregnant because the last thing this world needs is it another child to have you as its mother.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:24 AM
To: Matthew Lodice <matthewlodice@gmail.com>

its at 12pm today at my ob

[Quoted text hidden]

**Matthew Lodice** <matthewlodice@gmail.com>                     Mon, Mar 7, 2022 at 8:26 AM
To: Theodora Antar <theodoraantar@gmail.com>

I'm sorry, but it's too last minute. You cannot tell me 3 hours before and expect me to be able to get there. I'm still also trying to figure out child care for Angelina since her deadbeat mother is refusing her again. I'm looking forward to going to court and getting all of this settled.
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                     Mon, Mar 7, 2022 at 8:27 AM
To: Matthew Lodice <matthewlodice@gmail.com>

I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                     Mon, Mar 7, 2022 at 8:28 AM
To: Matthew Lodice <matthewlodice@gmail.com>

You wouldn't need to figure out child care if you werent a deadbeat and just followed our court ordered agreement that has been in place since june 2021 which states you send me 50% of childcare costs for her so we can work. Please send it before 9:30 when i see you . thanks
[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                     Mon, Mar 7, 2022 at 8:30 AM
To: Theodora Antar <theodoraantar@gmail.com>

At that time I was saying those things. But a lot has changed since then. I have no interest in ever being with you. I have no interest in having more children with you. If you are pregnant with my child and I will raise that child as I do all my other ones and take on my full responsibility as a father. But I will have no part in dealing with you at all. I never want to see you or be with you again. You showed me something about you being pregnant from 4 months ago. But nothing in the last couple months. False positives can come up all the time, on top of the fact that a quarter of pregnancies don't even stick.
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                     Mon, Mar 7, 2022 at 8:32 AM
To: Matthew Lodice <matthewlodice@gmail.com>

well should have thought about that before you came in me on 11/13/21 when our son was conceived

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                     Mon, Mar 7, 2022 at 8:33 AM
To: Theodora Antar <theodoraantar@gmail.com>

It's real simple and real straightforward. I don't have any money to give you. I don't have any extra money. I am struggling to get by myself. I don't have gas to drive all over the place neither. I plan on meeting you at 9:30 at the meeting place. If you are not there I will just file another contempt report. Either way I'm not sending you money because I have nothing to send. I cannot afford to drive down today to Orange for your supposed ultrasound that you just told me about 10 minutes ago. If you were for real I would be willing to go with you.
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                     Mon, Mar 7, 2022 at 8:35 AM
To: Matthew Lodice <matthewlodice@gmail.com>

no lol. it was december 5th when i told you and when we. last had sex. you even called me on march 2, 2022 at 132 am trying to come over. you tried to come over again after that too. and sorry but a BLOOD TEST can NOT ever in any circumstance show a false positive lmao. and if you didnt believe me after i told you, showed u proof, blood test, piss test, everything, if u still thought i wasnt why did u cum in me again on the 5th lol. you said the same with angelina so i am not worried. i just want you to be a good dad.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                    Mon, Mar 7, 2022 at 8:36 AM
To: Matthew Lodice <matthewlodice@gmail.com>

struggling to get by but you can get your own apartment with ur girlfriend, go out every night, and afford to pay for everything? makes sense...

[Quoted text hidden]

**Lodice Account**

Heavenly Gift Childcare Center, Thomaston US-CT
Account Id: 1033

Full  6/1/25

PLAINTIFF'S
EXHIBIT

27

[ + Add Center ]

⊞ **OVERVIEW**    ▤ **TRANSACTIONS**    ▣ **PAYMENTS**    ▤ **ITEMIZED BILLS**    % **DISCOUNTS**    ⚙ **SETUP**

## Payments

[ Add Payment ]

🔍 Search Payments        Custom        📅 3/28/2022   to   📅 5/31/2022

Type ⌄   ✕

| Unsubmitted | Pending | Failed | Deposited | Flagged |
|---|---|---|---|---|
| Payment not yet submitted for processing | Initiated and in progress payments | Payments unable to be collected or returned by the processor | Payments deposited to merchant account | Payment has breached a threshold check |
| You have **0 unsubmitted** payments. | You have **0 pending** payments. | You have **0 failed** payments. | You have **5 deposited** payments. | You have **0 flagged** payments. |
| **$0.00** | **$0.00** | **$0.00** | **$246.00** | **$0.00** |

| Status ⌄ | Date ⌄ | ID ⌄ | Type ⌄ | Method ⌄ | Account ⌄ | Amount ⌄ | ⌃ |
|---|---|---|---|---|---|---|---|
| Deposited | 05-26-2022 | 5088-00002790 | Cash | Cash | Lodice | $40.00 | ⌃ |

| Transaction Description | Account Info | Created By | Submitted At |
|---|---|---|---|
| Matt came in and paid cash. | Lodice, Heavenly Gift Childcare Center | 👤 Carry Brickhouse on 05/26/2022 | |

| Deposited | 05-26-2022 | 5088-00002794 | Manual | Credit Card | Lodice | $37.08 | ⌃ |
|---|---|---|---|---|---|---|---|

| Transaction Description | Account Info | Created By | Submitted At |
|---|---|---|---|
| None | Lodice, Heavenly Gift Childcare Center | 👤 Theodora Antar on 05/26/2022 | 1:57 pm 05/26/2022 |

**Payment Method Details**
Visa ending in ****7597

| Deposited | 05-05-2022 | 5088-00002056 | Manual | Credit Card | Lodice | $78.28 | ⌃ |
|---|---|---|---|---|---|---|---|

BETA

HAVE FEEDBACK?

1/2

| Status | Date | ID | Type | Method | Account | Amount | |
|---|---|---|---|---|---|---|---|

| **Transaction Description** | **Account Info** | | **Created By** | | **Submitted At** | |
| None | Lodice, Heavenly Gift Childcare Center | | Theodora Antar on 05/05/2022 | | 7:45 am 05/05/2022 | |

**Payment Method Details**
Visa ending in ****7597

| Deposited | 04-30-2022 | 5088-00001866 | Manual | Credit Card | Lodice | $39.14 | ^ |
|---|---|---|---|---|---|---|---|

| **Transaction Description** | **Account Info** | | **Created By** | | **Submitted At** | |
| None | Lodice, Heavenly Gift Childcare Center | | Theodora Antar on 04/30/2022 | | 9:02 am 04/30/2022 | |

**Payment Method Details**
Visa ending in ****7597

| Deposited | 04-13-2022 | 5088-00001235 | Manual | Credit Card | Lodice | $51.50 | ^ |
|---|---|---|---|---|---|---|---|

| **Transaction Description** | **Account Info** | | **Created By** | | **Submitted At** | |
| None | Lodice, Heavenly Gift Childcare Center | | Theodora Antar on 04/13/2022 | | 9:11 am 04/13/2022 | |

**Payment Method Details**
Visa ending in ****7597

9:02



860-518-2388 (Matt) ›

Full
PLAINTIFF'S
EXHIBIT
28
6/1/22

\*refusal to
pay
childcare



When you bring Angelina on Monday, can you bring her black boots that she was wearing on Xmas eve when you got her from church. And both her baby sharks 😂 she keeps telling me she left the small one at your house. And of course Theo wants you to send the school money.

Today 7:53 AM

Please let Theo know that she will no longer be receiving daycare money from me since I know she had not been in daycare since December

And that she now owes me $350 in over payment

I forwarded the message

Text Message



**From: Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Mar 7, 2022 7:59:15 AM)**
  Date: **Mar 7, 2022 at 9:38:16 AM**
    To: **Theodora Antar** theodoraantar@gmail.com

I'm at the meeting place. Are you coming or no. Staying for 10 more minutes then leaving.

> On Mon, Mar 7, 2022, 9:35 AM Theodora Antar <theodoraantar@gmail.com> wrote:
> Oh ok, nvm then
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419
>
>
>> On Mar 7, 2022, at 9:33 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>>
>>
>> No
>>
>>> On Mon, Mar 7, 2022, 9:31 AM Theodora Antar <theodoraantar@gmail.com> wrote:
>>> Lmfao u are such a fucking liar. So if i answered and said come over u wouldnt have ?
>>>
>>> Sincerely,
>>>
>>> Theodora Antar
>>> (203)273-8419

On Mar 7, 2022, at 9:29 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I had a bad nightmare about Angelina and I wanted to check in with her. Was worried

On Mon, Mar 7, 2022, 9:28 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Lmao so the 130 am call was for angelina too? 🤣🤣🤣

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:19 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

Child support comes first. Not cell phones for a 15 year old, headphones, laptopss and ur gf

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:14 AM, Matthew Lodice

<matthewlodice@gmail.com> wrote:

I can afford to just get by with the essentials. I haven't had any extra money to pay you. I'm sorry. I wish I had more Theo. Believe me I do

On Mon, Mar 7, 2022, 9:13 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
By the way, our daughter, who you use as a pawn and constantly abandon says hi and she misses you

On Mon, Mar 7, 2022, 9:10 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok. Will do

On Mon, Mar 7, 2022, 9:10 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Tell her you are staying home because youre a deadbeat who has no income 🤣

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:06 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

What's sad is I can't even tell Angelina where we are going.. because I

don't want to let her down when you don't show up. Everything you are saying about girlfriends and spending all this money is not true at all. I know it's hard for your traumatized brain to grasp all this but you are creating that false narrative in your own mind. None of it is true. I'm not not paying you for any other reason other than the fact that I cannot afford it. I don't care about the court cases at all. You are the only one who has been in contempt of the court order and I have every piece of proof I need. I'm sorry I cannot afford any child support or daycare and we will decide in court what the best course of action is to rectify it. We will also be changing the child support along with how we communicate. We may also be changing custody and primary residency. Nothing you say matters to me what matters is what the court says. I will not be sending money so please stop asking. I have no money to send

On Mon, Mar 7, 2022, 8:54 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as  concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or

not. But I told you I have no money and I'm not sending anything. So whether you choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar <theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see you at 9:30. i hope you love our son and are there for him. you never even heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much better without you in it. I still don't believe you're pregnant nor do I believe it's mine if you are. I guess we will just have to wait and see if you have a baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar <theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you even called me on march 2, 2022 at 132 am trying to come over. you tried to come over again after that too. and sorry but a BLOOD TEST can NOT ever in any circumstance show a false positive lmao. and if you didnt believe me after i told you, showed u proof, blood test, piss test, everything, if u still thought i wasnt why did u cum in me again on the 5th lol. you said the same with angelina so i am not worried. i just want you to be a good dad.

**Message 10 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 08:44 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| Subject: | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

---

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| Subject: | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.



Full
PLAINTIFF'S
EXHIBIT
30
6/1/22

**Message 12 of 25**

| | |
|---|---|
| **Sent:** | 04/21/2022 at 08:49 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:49 PM*) |
| **Subject:** | Re: Court ordered support |

So I should pay you and not support enforcement?

---

### On 04/21/2022 at 08:48 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:48 PM*) |
| **Subject:** | Re: Court ordered support |

You were ordered to zelle me weekly starting 4/15/22. Please send either zelle or via this app per court order. Payment is now 7 days late. Are you refusing to do what judge ordered once again?

---

### On 04/21/2022 at 08:44 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| **Subject:** | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

---

### On 04/21/2022 at 08:43 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| **Subject:** | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.



1:38

< Back          **View Message**

Full

PLAINTIFF'S
EXHIBIT

32

6/1/22

From: **Matthew Iodice**
05/31/2022 at 6:20 PM

To: Theodora Antar
Subject: Re: Angelina sport

10 years? Lmao.. I haven't even been divorced for ten years
lmao. I only was at moms since I caught you cheating and
moved out. I can't live there anymore. I had nowhere to go. It
was either get my own place or live on the streets so I got my
own place

From: **Theodora Antar**
05/31/2022 at 5:28 PM

To: Matthew Iodice
Subject: Re: Angelina sport

You could've stayed at your moms house where you were
living for free for the last 10 years. Instead of trying to get a
new place to show off. You have money for everything except
child support. Sad. Angelina needs pants and underwear for
school. I cannot afford to get any because you have not sent
me child support in a year. Can you drop off some tomorrow
for her school?

From: **Matthew Iodice**
05/31/2022 at 8:20 AM

To: Theodora Antar
Subject: Re: Angelina sport

I spend money to have a place for us to live.. that is fair. It
would be more fair if I live on the streets and pay you child
support, than to pay to make sure we have a place to live?
What would I do the 3 days she's with me? Where would we
stay what would we eat? I'm not not paying you to be a dick I
haven't made the payments because I have no extra money.
I'm trying my best






1:38

‹ Back     **View Message**

**From: Theodora Antar**

To: Matthew Iodice                              Details

**Re: Angelina sport**
Today at 7:02 AM

So Just to confirm you are refusing to contribute to paying for a sport for angelina even though you promised you would and you are also refusing to bring her pants and underwear to her school even though the school said it is required? How can you call yourself a dad when you don't do anything at all for our child. She can't even have basic needs because you flat out refused to contribute.

From: **Matthew Iodice**
05/31/2022 at 6:20 PM

To: Theodora Antar
Subject: Re: Angelina sport

10 years? Lmao.. I haven't even been divorced for ten years lmao. I only was at moms since I caught you cheating and moved out. I can't live there anymore. I had nowhere to go. It was either get my own place or live on the streets so I got my own place

From: **Theodora Antar**
05/31/2022 at 5:28 PM

To: Matthew Iodice
Subject: Re: Angelina sport

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Screenshot (Jan 9, 2022 9:52:57 AM)**
Date: **Jan 9, 2022 at 10:22:35 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

---

I never refuse to take her I actually said I want to take her and I would love to take her at the agreed–upon time per our court order. So if you can just send the money like you promised you would today then I will make sure that either I or the babysitter is there for 930 tomorrow and if not you can just file a contempt on me for not showing up. Why would I refuse to take my kids back all I want is you to send the childcare money it's bad enough you stopped paying child support for months ago

Sincerely,



Theodora Antar
(203)273-8419

On Jan 9, 2022, at 10:21 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Actually I'm supposed to reimburse you for child care. But since you are refusing to take her you won't need child care this week. If you take her I will assume child care is needed and send you the money. Please stop asking and stop harassing us. By the way filing a false report is illegal

On Sun, Jan 9, 2022, 10:04 AM Theodora Antar <theodoraantar@gmail.com> wrote:
You are court order to do so I'm documenting that you were refusing to send me the childcare money which is due today. You're also refusing to follow through with our agreement which is to have the money sent prior to her coming home Monday. This is my last chance I'm giving you one last chance to follow the agreement or else we will never follow the agreement again.

Send me the money like you said. I will be at your house in 30 minutes in 30 minutes

Sincerely,

Theodora Antar
(203)273-8419


On Jan 9, 2022, at 9:59 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


No no don't trust you. This is the 3rd week in a row you are trying to refuse her. Tomorrow you will get the money when you take her. End of conversation. Please stop messaging me about this

On Sun, Jan 9, 2022, 9:57 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Yeah u said u would pay it today. So do that and then we will be all set.

Sincerely,

Theodora Antar
(203)273-8419


> On Jan 9, 2022, at 9:53 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>
>

From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Jan 10, 2022 at 7:48:17 AM**
To: **Theodora Antar** theodoraantar@gmail.com

Since clearly you have me blocked still. I'll email you. Please let know if I am meeting you for Angelina at the Cumberland farms in naugatuck as per agreement. You will get the money once she is picked up otherwise I will need to use it towards child care since you are refusing. If you do not take her I will be getting an ex parte with my lawyer and the court for full custody today and we can hash it out in court. I'm tired of you leaving Angelina hanging. I'm not sending you money while you are not taking her so stop trying to extort me to do so. I need the money for child care today since you are refusing her. Please let me know what the plan is

Full

PLAINTIFF'S
EXHIBIT

6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Jan 10, 2022 at 8:07:55 AM**
    To: **Theodora Antar** theodoraantar@gmail.com

I don't know her name nor address. And as I said multiple times I'm not sending you the money until she is dropped off because I will need the money for my child care since you are refusing to take her. This is the way it is. You could either take her as you're supposed to and then get the money or just keep refusing her. Lmk



Full
PLAINTIFF'S
EXHIBIT
37
6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Jan 9, 2022 9:52:57 AM)**
Date: **Jan 9, 2022 at 9:59:08 AM**
To: **Theodora Antar** theodoraantar@gmail.com

No no don't trust you. This is the 3rd week in a row you are trying to refuse her. Tomorrow you will get the money when you take her. End of conversation. Please stop messaging me about this

On Sun, Jan 9, 2022, 9:57 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Yeah u said u would pay it today. So do that and then we will be all set.

Sincerely,

Theodora Antar
(203)273-8419

> On Jan 9, 2022, at 9:53 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>
>

Full
PLAINTIFF'S
EXHIBIT
38
6/1/22

**Message 14 of 25**

| | |
|---|---|
| **Sent:** | 04/21/2022 at 08:53 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:53 PM*) |
| **Subject:** | Re: Court ordered support |

Well I'm sorry but I don't have money to send so you can stop asking. We will discuss it in court. Don't worry plenty will be changing come out next court date

---

### On 04/21/2022 at 08:51 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:52 PM*) |
| **Subject:** | Re: Court ordered support |

That would be great, and then you can show in court whatever you paid since 4/15/22 6pm to current. As of now you paid 0$. SES confirmed this. The Judge suggested zelle, however this app also allows payment and I signed up for it here if you want to send there. The app states you need to link your checking account as i did. Support enforcement confirmed that you have not paid a single dollar since November 2021 despite being ordered to make a payment of a minimum of $120 a week to meet weekly starting 4/15/22 at 6 PM at our last court date of 4/12/22. Please start doing the right thing for our child and following the orders that the judge gave you. It is very disrespectful that you did not follow any of the orders that the judge placed on 4/12/22.

---

### On 04/21/2022 at 08:49 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:49 PM*) |
| **Subject:** | Re: Court ordered support |

So I should pay you and not support enforcement?

---

### On 04/21/2022 at 08:48 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:48 PM*) |
| **Subject:** | Re: Court ordered support |

You were ordered to zelle me weekly starting 4/15/22. Please send either zelle or via this app per court order. Payment is now 7 days late. Are you refusing to do what judge ordered once again?

---

### On 04/21/2022 at 08:44 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| **Subject:** | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

---

### On 04/21/2022 at 08:43 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| **Subject:** | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.

Full

PLAINTIFF'S
EXHIBIT

3

6/1/22

< Back      **View Message**

**From: Theodora Antar**

To: Matthew Iodice                     _Full_   Details

**Re: Angelina sport**
May 28, 2022, 7:09 PM

PLAINTIFF'S EXHIBIT
43
6/1/22

That is false. She is with me 78% of the time. Regardless you have no right to go seven months without paying any money in child support just because you think that your bills and your personal needs and wants are more important than your court obligated support for our daughter. You said several times that you will only pay if the judge put you in jail. It's sad that you even have kids that you don't take care of. You are deliberately refusing to pay child support and disparaging the court. Do you have no respect for a court order whatsoever? So you're refusing to pay for child support as well as the sport? It is so sad that our daughter cannot have anything she needs because she has a father who refuses to support her financially.

From: **Matthew Iodice**
05/28/2022 at 7:00 PM

To: Theodora Antar
Subject: Re: Angelina sport

She's only with you one more day than me

From: **Theodora Antar**

Is it done
[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                    Wed, Apr 13, 2022 at 12:24 PM
To: Theodora Antar <theodoraantar@gmail.com>

I will get it done today.. tied up now
[Quoted text hidden]

**Theodora Antar** <theodoraantar@gmail.com>                     Wed, Apr 13, 2022 at 1:43 PM
To: Matthew Lodice <matthewlodice@gmail.com>

You said first thing in AM.

Sincerely,

Theodora Antar
(203)273-8419



On Apr 13, 2022, at 12:24 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                    Wed, Apr 13, 2022 at 5:18 PM
To: Theodora Antar <theodoraantar@gmail.com>

Money is very tight may not get done till end of week I thought I had more in the account
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                     Wed, Apr 13, 2022 at 5:52 PM
To: Matthew Lodice <matthewlodice@gmail.com>

You are court ordered to pay child support and sign us up for family wizard by the 15th. The judge made that clear.

Sincerely,

Theodora Antar
(203)273-8419

On Apr 13, 2022, at 5:19 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]

From: Heavenly Gift info@heavenlygiftcare.com
Subject: Angelina's care
Date: May 6, 2022 at 3:19:26 PM
To: Theodora Antar theodoraantar@gmail.com,
matthewlodice@gmail.com

Hello, I am sending this email so that we are all on the same page as far as Angelina's payments.  Mom has paid up until 5/20 through the app.  Each of you will need to start paying $19 per week on that week and every Friday until the end of May.  Starting in June your payments will go up to $49 each per week .  Please let me know if you have any questions.

--
Respectfully,
HG director

**HEAVENLY GIFT**
CHILDCARE CENTER LLC.
(860) 378- 9013
info@heavenlygiftcare.com
www.heavenlygiftcare.com

Full
PLAINTIFF'S
EXHIBIT
47
6|1|22

**Message 8 of 50**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:48 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:48 PM*) |
| Subject: | Re: Haircut |

I gave you the money so make up whatever you want.. I'm done with your greed for the night. You'll just keep going asking for more and more money. Would you rather I pay for things for Angelina? Or pay you child support. Because you keep asking for child support and then asking me to give you money to pay for everything else also. So what is the $500 a month for the extra 48 hours a month that you will be having Angelina for? The party is the only thing that needs to be discussed on here right now. Everything else is being done through the court so there's nothing else to discuss. I'm going to bed

### On 04/21/2022 at 09:43 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:45 PM*) |
| Subject: | Re: Haircut |

Actually you did not. And I have the receipt and proof of purchase to prove it. We met in Hamden that day and when it was time to pay you told the woman that I was paying for it. I have my receipt and proof of payment as well.

### On 04/21/2022 at 09:42 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:42 PM*) |
| Subject: | Re: Haircut |

Actually I paid for it

### On 04/21/2022 at 09:40 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:42 PM*)<br>Diamanto Antonellis (*First Viewed: Never*) |
| Subject: | Haircut |

Two years ago I paid for our daughter to get her first haircut. Since then she has not had a haircut in two years. My mom mentioned that her hair is unruly and asked if you would be able to pay for this haircut since I paid for the last one which was her first one. My mom stated that you did not respond when she asked if you could get her haircut. Do you think you could manage to get her haircut this weekend? I know you get your haircut every 1 to 2 weeks as your barber Jeff confirmed. Do you think you can do this for Angelina since it has been two years and you have never once paid for her to get a haircut?





**Message 12 of 50**

| | |
|---|---|
| **Sent:** | 04/22/2022 at 12:21 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/22/2022 at 01:44 PM*) |
| **Subject:** | Re: Coat |

No, she has three different coats that all fit her, every week we send her back to your house in one and every week she comes back without it. So no I'm not buying another coat

---

### On 04/22/2022 at 10:51 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/22/2022 at 12:20 PM*) |
| **Subject:** | Coat |

Can you please buy Angelina a coat? Your mom asked and I told her I am waiting for you to pay your court ordered support. Please advise.





From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Apr 4, 2022 at 9:41:11 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

Stop emailing me please. This has nothing to do with my day.

Sincerely,

Theodora Antar
(203)273-8419



On Apr 4, 2022, at 9:40 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

By the way, she is back to being fully potty trained including pooping on potty
with no accidents. Even overnight. I make sure she goes before bed and
doesn't over do it on water before. I put a liner between her sheet and
mattress just in case and she does great. I don't recommend putting her in
diapers anymore. She seems to just go in them when they are on.

On Mon, Apr 4, 2022 at 09:34 Matthew Lodice <matthewlodice@gmail.com>
wrote:
I have done everything. The only thing I haven't done right is being behind on
child support. All that will be changed once we go through court. I wasn't
going to ask for child support from you but maybe it would be in my best
interest to do so

On Mon, Apr 4, 2022 at 09:32 Theodora Antar <theodoraantar@gmail.com>
wrote:
You havent done anything lol. You are sick. Name one thing  you did 😂

Sincerely,

Theodora Antar
(203)273-8419

On Apr 4, 2022, at 9:31 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Court looks down upon not following a court order and using our daughter as a pawn in your twisted games. I've been doing everything I'm supposed to do. We are still here at the meeting place we will wait here until 10 AM and then we will leave and go to the police department to file a report

On Mon, Apr 4, 2022 at 09:29 Theodora Antar <theodoraantar@gmail.com> wrote:
You going there taking a picture and leaving and not waiting more than one minute does not constitute a refusing to pick up my daughter but go ahead and make whatever narcissistic narrative if you want to tell yourself. Keep in mind that the court looks down on people who refused to cooperate or work together with the other parent

Sincerely,

Theodora Antar
(203)273-8419

On Apr 4, 2022, at 9:22 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Definitely not refusing. We are at the court ordered meeting place. What you are documenting is your refusal to pick up our daughter

**Tap to Download**
image_123927839.JPG
3.1 MB

On Mon, Apr 4, 2022 at 09:17 Theodora Antar <theodoraantar@gmail.com> wrote:
I am just documenting that you once again are refusing to return my child to me.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

--
Matthew Lodice
Whole House Remodeling
203–919–9528

**Message 4 of 50**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:41 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:42 PM*) |
| Subject: | Re: Party change of plans |

Fine 300. I can't do anymore. Even that is a struggle. It's going to take me a little bit of time to get that money together. I really am struggling. I'm not saying that to be a dick

---

**On 04/21/2022 at 09:38 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:38 PM*) |
| Subject: | Re: Party change of plans |

The only covers 10 bouncers. I planned on inviting her friends at her new school as well so if any of them show up plus her siblings that will be at about 10 without inviting anybody else. I believe we should do the 399 package and budget $200 minimum to cover food, cake, invitations, and decorations. I know you have never planned a party before but in case you didn't realize the price of everything is double to triple of what it was a year ago.

---

**On 04/21/2022 at 09:34 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| Subject: | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

---

**On 04/21/2022 at 09:31 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| Subject: | Re: Party change of plans |
| Attachments: | img_3222_1.jpg (6 MB) |

*Full*

PLAINTIFF'S EXHIBIT
51
6/11/22

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

**On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| Subject: | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

**On 04/21/2022 at 09:24 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| Subject: | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

our family wizard

**On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:23 PM*) |
| **Subject:** | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

**On 04/21/2022 at 09:19 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:20 PM*) |
| **Subject:** | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

**On 04/21/2022 at 09:17 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:18 PM*) |
| **Subject:** | Re: Party change of plans |

I have 200 I can put in. Maybe we can do it at a park

**On 04/21/2022 at 09:15 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:17 PM*) |
| **Subject:** | Party change of plans |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year





## Message 3 of 50

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:39 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:41 PM*) |
| **Subject:** | Re: Party change of plans |

She doesn't have any friends at her new school. She doesn't start there for another 2 weeks. 5 bouncers each then if you want to add on more you can pay the difference same if I want to add on more

---

### On 04/21/2022 at 09:38 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:38 PM*) |
| **Subject:** | Re: Party change of plans |

The only covers 10 bouncers. I planned on inviting her friends at her new school as well so if any of them show up plus her siblings that will be at about 10 without inviting anybody else. I believe we should do the 399 package and budget $200 minimum to cover food, cake, invitations, and decorations. I know you have never planned a party before but in case you didn't realize the price of everything is double to triple of what it was a year ago.

---

### On 04/21/2022 at 09:34 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| **Subject:** | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

---

### On 04/21/2022 at 09:31 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| **Subject:** | Re: Party change of plans |
| **Attachments:** | img_3222_1.jpg (6 MB) |

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

### On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

### On 04/21/2022 at 09:24 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.



place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

---

**On 04/21/2022 at 09:17 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:18 PM*) |
| **Subject:** | Re: Party change of plans |

I have 200 I can put in. Maybe we can do it at a park

---

**On 04/21/2022 at 09:15 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:17 PM*) |
| **Subject:** | Party change of plans |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year





**Message 2 of 50**

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:34 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| **Subject:** | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

*Foll*

---

**On 04/21/2022 at 09:31 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| **Subject:** | Re: Party change of plans |
| **Attachments:** | img_3222_1.jpg (6 MB) |

> PLAINTIFF'S
> EXHIBIT
> **55**    6/1/22

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

**On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

**On 04/21/2022 at 09:24 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

---

**On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:23 PM*) |
| **Subject:** | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

---

**On 04/21/2022 at 09:19 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:20 PM*) |
| **Subject:** | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce



# Message Report

**Generated:** 05/20/2022 at 02:35 PM by Theodora Antar
**Number of messages:** 50
**Timezone:** America/New_York
**Parents:** Theodora Antar, Matthew Iodice
**Child(ren):** Angelina Lodice
**Third Party:** Diamanto Antonellis



OurFamilyWizard, LLC.
230 13th Avenue NE, Minneapolis, MN 55413
ourfamilywizard.com
info@ourfamilywizard.com
(866) 755-9991

---

## Message 1 of 50

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:28 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar *(First Viewed: 04/21/2022 at 09:30 PM)* |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

### On 04/21/2022 at 09:24 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice *(First Viewed: 04/21/2022 at 09:27 PM)* |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

---

### On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar *(First Viewed: 04/21/2022 at 09:23 PM)* |
| **Subject:** | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

---

### On 04/21/2022 at 09:19 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice *(First Viewed: 04/21/2022 at 09:20 PM)* |
| **Subject:** | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

Full

**PLAINTIFF'S EXHIBIT**

56

6/1/22



**On 04/21/2022 at 08:52 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:57 PM*) |
| **Subject:** | Re: Court ordered party |

Deposit to book the party.

---

**On 04/21/2022 at 08:50 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:51 PM*) |
| **Subject:** | Re: Court ordered party |

Pay half of what?

---

**On 04/21/2022 at 08:47 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:49 PM*) |
| **Subject:** | Re: Court ordered party |

You were ordered to download this app by 4/15/22. You waited until 4/21/22 to do so. Every place was booked and I chose a location which needs deposit by tomorrow. You are court ordered to pay half. Are you now refusing to do so?

---

**On 04/21/2022 at 08:46 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:46 PM*) |
| **Subject:** | Re: Court ordered party |

What party??. I have no money right now. How much, where, we never finished discussing it. I need proof. Need to talk to place

---

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:45 PM*) |
| **Subject:** | Court ordered party |

The deposit for her party is due by tomorrow. Please send me payment for 50% of deposit via this app.

Full

PLAINTIFF'S
EXHIBIT

57

6/1/22



**Message 23 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:16 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:17 PM*) |
| Subject: | Re: Court ordered party |



200

---

**On 04/21/2022 at 09:14 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:15 PM*) |
| Subject: | Re: Court ordered party |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year

**On 04/21/2022 at 09:13 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:13 PM*) |
| Subject: | Re: Court ordered party |

Half.. you know this. Make a party list and send. Then we can discuss location. Then I will pay half to the place directly..

**On 04/21/2022 at 09:03 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:12 PM*) |
| Subject: | Re: Court ordered party |

How much are you willing to spend on this party? Considering your court ordered to pay half? If the answer is zero then I will not be doing a joint party with you.

**On 04/21/2022 at 09:01 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:02 PM*) |
| Subject: | Re: Court ordered party |

Who are the ten people you have counted since you came up with that number

**On 04/21/2022 at 08:59 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:00 PM*) |
| Subject: | Re: Court ordered party |
| Attachments: | img_3222.jpg (6 MB) |

Since we have to pay per person I am thinking we should invite as little people as possible since you state you have no money to contribute. The entire party should be maybe 10 people total. See attached prices.

**On 04/21/2022 at 08:58 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:58 PM*) |
| Subject: | Re: Court ordered party |

So are you going to give me any details such as, where the party is. When it is. What time. How much. Who is going. Who is invited?



**Message 21 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:13 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:13 PM*) |
| Subject: | Re: Court ordered party |

Half.. you know this. Make a party list and send. Then we can discuss location. Then I will pay half to the place directly..

---

### On 04/21/2022 at 09:03 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:12 PM*) |
| Subject: | Re: Court ordered party |

How much are you willing to spend on this party? Considering your court ordered to pay half? If the answer is zero then I will not be doing a joint party with you.

### On 04/21/2022 at 09:01 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:02 PM*) |
| Subject: | Re: Court ordered party |

Who are the ten people you have counted since you came up with that number

*Full*

PLAINTIFF'S
EXHIBIT
*59*

*6/1/22*

### On 04/21/2022 at 08:59 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:00 PM*) |
| Subject: | Re: Court ordered party |
| Attachments: | img_3222.jpg (6 MB) |

Since we have to pay per person I am thinking we should invite as little people as possible since you state you have no money to contribute. The entire party should be maybe 10 people total. See attached prices.

### On 04/21/2022 at 08:58 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:58 PM*) |
| Subject: | Re: Court ordered party |

So are you going to give me any details such as, where the party is. When it is. What time. How much. Who is going. Who is invited?

### On 04/21/2022 at 08:52 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:57 PM*) |
| Subject: | Re: Court ordered party |

Deposit to book the party.

### On 04/21/2022 at 08:50 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:51 PM*) |
| Subject: | Re: Court ordered party |

Pay half of what?



**Message 19 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:07 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:07 PM*) |
| Subject: | Re: Court ordered party |

I will send you no money. Any money that will be sent will be to the place directly once the party is discussed between us and confirmed with the place

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:45 PM*) |
| Subject: | Court ordered party |

The deposit for her party is due by tomorrow. Please send me payment for 50% of deposit via this app.

Full

PLAINTIFF'S
EXHIBIT

60

6/1/22



**On 04/30/2022 at 06:56 AM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/30/2022 at 07:05 AM*) |
| **Subject:** | Re: Bday |

I sent you the money for the party. Set it up where you want

**On 04/30/2022 at 06:36 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/30/2022 at 06:55 AM*) |
| **Subject:** | Re: Bday |

Since you read my message and once again ignored it I am assuming that you would like to split the day in half so I will be taking angelina at 2 PM on her birthday and planning my own party since you have refused to respond to any of my messages.

**On 04/29/2022 at 08:20 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/29/2022 at 08:51 PM*) |
| **Subject:** | Bday |

Why are you ignoring my message re bday





8:25

+1 (860) 518-2388

Mon, Jan 3, 4:18 PM

*Eta?*

**For what?**

*Full*

PLAINTIFF'S EXHIBIT

*62*

*6/11/23*

**Fine, it's your responsibility to get her it's on your time. This will just be ammo for you to lose custody**

*claims he can financially take on sole custody*

**I am trying to work**

*has been working consistently*

**I'm sorry you cannot control your emotions**

**Think about what you're doing to Angelina**

**Please make the right choice for once in your life**

**Your mother takes her every Monday for you and a couple days during the week to help you out. Why are you going to try to mess that up**

**Message 22 of 50**

| | |
|---|---|
| **Sent:** | 04/26/2022 at 08:38 AM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:38 AM*) |
| **Subject:** | Re: Childcare |

As soon as I verify with them. Making sure price is accurate and see if any care for kids and such is involved

---

### On 04/26/2022 at 08:37 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:37 AM*) |
| **Subject:** | Re: Childcare |

Heavenly gift thomaston. Ask for carrie. She will verify. I need money before friday or she cant start. You have to pay me directly as they only want one parent paying. Please confirm you will send to me ASAP so our child can go.

---

### On 04/26/2022 at 08:34 AM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:36 AM*) |
| **Subject:** | Re: Childcare |

It's not so please let me know

---

### On 04/26/2022 at 08:34 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Already did. Its in our court order.

---

### On 04/26/2022 at 08:32 AM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Please send me school info, name and number. I will verify with them

---

### On 04/26/2022 at 07:45 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:18 AM*) |
| **Subject:** | Childcare |

Please send me the $70 so that Angelina can start school on Monday. I have sent you several messages requesting this and you ignored them all. It is 140 a week. She will not be able to start if that is not paid. She is very excited about school. Please do not disappoint her by not allowing her to go due to your refusal to pay for her court ordered childcare.





**Message 21 of 50**

| | |
|---|---|
| **Sent:** | 04/26/2022 at 08:34 AM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:36 AM*) |
| **Subject:** | Re: Childcare |

It's not so please let me know

---

**On 04/26/2022 at 08:34 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Already did. Its in our court order.

---

**On 04/26/2022 at 08:32 AM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Please send me school info, name and number. I will verify with them

---

**On 04/26/2022 at 07:45 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:18 AM*) |
| **Subject:** | Childcare |

Please send me the $70 so that Angelina can start school on Monday. I have sent you several messages requesting this and you ignored them all. It is 140 a week. She will not be able to start if that is not paid. She is very excited about school. Please do not disappoint her by not allowing her to go due to your refusal to pay for her court ordered childcare.

Full

PLAINTIFF'S
EXHIBIT

64

6|1|22



From: **Matthew Lodice** matthewlodice@gmail.com
Date: Jan 10, 2022 at 7:48:17 AM
To: **Theodora Antar** theodoraantar@gmail.com

Since clearly you have me blocked still. I'll email you. Please let know if I am meeting you for Angelina at the Cumberland farms in naugatuck as per agreement. You will get the money once she is picked up otherwise I will need to use it towards child care since you are refusing. If you do not take her I will be getting an ex parte with my lawyer and the court for full custody today and we can hash it out in court. I'm tired of you leaving Angelina hanging. I'm not sending you money while you are not taking her so stop trying to extort me to do so. I need the money for child care today since you are refusing her. Please let me know what the plan is

Full

PLAINTIFF'S
EXHIBIT

65

6/1/22

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: Mar 30, 2022 at 8:40:31 AM
To: **Matthew Lodice** matthewlodice@gmail.com

---

Please do not communicate that way. I was in fact there and attempted to let you know through the police that I was running late but you refused to be flexible at all and refused to meet anywhere. Now that I live an hour away from you we need to find a new meeting spot and new meeting time in new schedule that works for all of us especially considering angelina's new changes that are starting next week

Sincerely,

Theodora Antar
(203)273-8419



Fu ((
PLAINTIFF'S
EXHIBIT
67

6/1/22

On Mar 30, 2022, at 8:37 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


Unfortunately you suck as a mom and didn't show up for Angelina on Monday again. So unfortunately I'm not willing to drive all the way to you to bring her to you. Time to step up as a parent and come get our daughter. So what you are telling me is that you cannot  come get her at any point all day and all night?

On Wed, Mar 30, 2022 at 08:34 Theodora Antar <theodoraantar@gmail.com> wrote:
Unfortunately that is an hour away from where I will be tonight so again you can bring her to my moms or bring her to the babysitter or my house let me know or we can meet at Union Avenue or we can meet at Woodbridge Police or  Orange Police

Sincerely,

Theodora Antar
(203)273-8419

On Mar 30, 2022, at 8:31 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I said we will be in Waterbury all day so call me on your way and I will meet you

On Wed, Mar 30, 2022 at 08:27 Theodora Antar <theodoraantar@gmail.com> wrote:
Where will she be and with who while you are working??

Sincerely,

Theodora Antar
(203)273-8419

On Mar 30, 2022, at 8:27 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

We will be in Waterbury all day until 5

On Wed, Mar 30, 2022 at 08:26 Theodora Antar <theodoraantar@gmail.com> wrote:
Where will angelina be today while you are at work? Since you are refusing

to bring her to the sitter or me.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919–9528
--
Matthew Lodice
Whole House Remodeling
203–919–9528
--
Matthew Lodice
Whole House Remodeling
203–919–9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Angelina**
Date: **Mar 29, 2022 at 7:57:20 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

So Angelina doesnt deserve to eat 72% of the time because your new family is your priority? Wow. Let me know when you are ready to bring Angelina home. Ill be here waiting.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 29, 2022, at 7:55 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:


Ok Theo. I'm just tight on cash and can't afford to give you money. If it's a choice to feed my family or give you money it's a no brainer for me

On Tue, Mar 29, 2022, 7:54 PM Theodora Antar <theodoraantar@gmail.com> wrote:
So if your excuse for not paying child support is because you claim that you have angelina full-time what is your excuse for not paying a single dollar in the last eight months? If you can pay cash for a foreclosure you can pay child support.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:52 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

It's our child and you chose not to get her again. You can come get her whenever you want.

On Tue, Mar 29, 2022, 7:51 PM Theodora Antar <theodoraantar@gmail.com> wrote:
You do not now nor have you ever had Angelina full-time. Please refrain from lying and making things up. Please have my child call me and please bring her home to me. I really appreciate it thank you

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:50 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I should be paying you child support and have her full time? Yeah ok. No. You can meet me out here to get her or meet me in Waterbury tomorrow. It's your call

On Tue, Mar 29, 2022, 7:48 PM Theodora Antar <theodoraantar@gmail.com> wrote:
Please stop deflecting from my Request for you to bring Angelina home. The fact that you are refusing to pay child support just shows how bad of a

person you are. Only a deadbeat father would want to not pay support.
What is worse is that you have the money since you were able to pay for
food multiple cell phones a house living expenses and more yet you still
refused to pay. Please let me know if you can bring Angelina home to me. I
tried FaceTime in multiple times and you did not answer either. Please
bring her home so that she can go to her school tomorrow.
Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:45 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


So then if it's not about the money let's eliminate child support and split
the responsibility equally

On Tue, Mar 29, 2022, 7:44 PM Theodora Antar
<theodoraantar@gmail.com> wrote:
Cash? I asked you nicely to come over just now. Never once mentioned
cash. Please don't communicate that way.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:43 PM, Matthew Lodice

<matthewlodice@gmail.com> wrote:

A whole slew of reasons. Let's start with all the times you asked me to come down there then called the cops when I did. Or the times you tell me to meet you somewhere and then you're not even there. How about the fact that gas is really expensive and I'm not going to drive all the way down to Orange that's an hour away and then drive another 45 minutes home because you didn't want to come get our daughter on Monday. Or how about all the lies you keep making up about me and or my company continuously. All you keep doing is bad things to me and then you ask me to do favors? You see Angelina as a cash cow for you. Why don't you just give up your parenting rights to me completely. She would be much better off with us. So no. If you want to see Angelina then put the effort in and come get her. Show her you actually care about her

On Tue, Mar 29, 2022, 7:19 PM Theodora Antar
<theodoraantar@gmail.com> wrote:
Why?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:18 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

No

On Tue, Mar 29, 2022 at 19:18 Theodora Antar
<theodoraantar@gmail.com> wrote:
Can you come over to my house

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:06 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


We are in new Britain eating right now

On Tue, Mar 29, 2022 at 19:06 Theodora Antar
<theodoraantar@gmail.com> wrote:
Where

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 6:55 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

Sooo??

On Tue, Mar 29, 2022 at 18:39 Matthew Lodice
<matthewlodice@gmail.com> wrote:
Ok so come get her

On Tue, Mar 29, 2022 at 18:38 Theodora Antar
<theodoraantar@gmail.com> wrote:
I would like her tonight please.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 6:36 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


Ok didn't you say your meeting me tomorrow?

On Tue, Mar 29, 2022 at 18:36 Theodora Antar
<theodoraantar@gmail.com> wrote:
I would like Angelina please.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Mar 29, 2022 at 10:19:57 AM**
To: **Theodora Antar** theodoraantar@gmail.com

I'm going to wait for you to come get like you are supposed to do, or meet you at the meeting place this Monday again and see if you show up

On Tue, Mar 29, 2022 at 10:17 Theodora Antar <u>theodoraantar@gmail.com</u> wrote:
You keep saying that I am nonexistent but you keep trying to ask me daily when I am taking her. So which is it are you going to withhold her from me or you going to bring me my kid like you were supposed to yesterday

Sincerely,

Theodora Antar
<u>(203)273-8419</u>



On Mar 29, 2022, at 10:14 AM, Matthew Lodice <<u>matthewlodice@gmail.com</u>> wrote:

You constantly refuse to be there for her. You always lie and say you don't have a car. Angelina is not a cash ticket for you. There is way more to parenting than paying child support. The fact I'm behind on child support does not make it ok for you to stop being a mom for her. Do you think the judge is going to say it's ok for you to stop being a parent because he stopped paying you too? I will happily take the majority role of parenting. I won't even ask for child support from you. And you can just have her when it's convenient for you.

On Tue, Mar 29, 2022 at 10:07 Theodora Antar <<u>theodoraantar@gmail.com</u>> wrote:

If I am nonexistent why do you keep texting me and emailing me every day asking me to take Angelina? If you are a good dad why have you not paying child support in an entire year? A good dad will drop off Angelina the same way you drop off Sal and Dom and pick them up. You had no problem driving from Orange to Southington every week to get them back-and-forth to see them but when I ask you to drop off Angelina you say no. A good dad would go out of his way to bring his child home to their mother instead of withholding the kid. I don't know why you think withholding angelina and refusing to bring her home when you know I have no vehicle right now makes you a good dad.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 10:02 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I'm being the best dad possible. I am playing dad and mom because mom is nonexistent.

On Tue, Mar 29, 2022 at 09:56 Theodora Antar <theodoraantar@gmail.com> wrote:
Actually we do not. You can keep lying and pretending that we do when we do not. Meeting you and Waterbury or Bristol is not convenient and unfortunately as I told you I don't have a car so I would really appreciate it if you just brought her home like a good dad and try to do what's best for her when she would be you bring her home or bring her to her grandmas who is

waiting for her

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 9:54 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

Actually I can. We have a meeting place and time in order. You are the one
who continually chooses not to show up and abandon our daughter. I'm
not going to go out of my way to cover your incompetence as a parent.

On Tue, Mar 29, 2022 at 09:48 Theodora Antar
<theodoraantar@gmail.com> wrote:
Where is Angelina? I need her home. I cannot meet you an hour away.
Please bring her home like you have no problem doing every other time.
You cannot tell me that you will only give my child back if I meet an hour
away

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling

203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 24, 2022 at 1:22:11 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

It has been mailed to your listed address which you lied to the court and say you live at Along with certified letters of all of the outstanding childcare and child support that you owe. If you emailed me again I'm calling the police I told you wants to stop and you still emailed me this is harassment

Sincerely,

Theodora Antar
(203)273-8419



Full

PLAINTIFF'S
EXHIBIT

70

6|1|22

On Mar 24, 2022, at 1:20 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Sure please forward me your attorney's contact information

On Thu, Mar 24, 2022 at 13:19 Theodora Antar <theodoraantar@gmail.com> wrote:
I dont need to listen to anything you say. Please stop emailing me. You can contact my attorney if you have something to say. If you continue to email me, I will have the police tell you to not contact me since you are harassing me.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 1:18 PM, Matthew Lodice <matthewlodice@gmail.com>

wrote:

As long as you're providing proof of employment and proof of physical payment

On Thu, Mar 24, 2022, 1:17 PM Theodora Antar <theodoraantar@gmail.com> wrote:
You will have to pay 50% of the sitter for that then

Sincerely,

Theodora Antar
(203)273-8419


On Mar 24, 2022, at 1:16 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:


No

On Thu, Mar 24, 2022, 1:01 PM Theodora Antar <theodoraantar@gmail.com> wrote:
Can you pick her up at 4 PM

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 8:33 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


Not sure.. what do you need

On Thu, Mar 24, 2022, 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:

What time are you able to ?

Sincerely,

Theodora Antar
(203)273-8419


On Mar 24, 2022, at 8:31 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


What times?

On Thu, Mar 24, 2022, 7:30 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Would you like the right of first refusal for Angelina today/tonight?

Sincerely,

Theodora Antar

(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919–9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Jan 9, 2022 at 9:48:09 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

---

Your court ordered to pay the day care weather angelina attends or not it is do weekly. Please send me your portion and we won't h
meeting tomorrow at 9:30
Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:47 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

I told you i will take her but only if u send the money today. This is me in writing stating i will take her at 9:30 per the agreement. I a
agreement. So please do your part and send me the money I cannot risk nothing again like you did the other day please send it tod
get it

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:46 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Lol it's real simple. I don't really care what screenshots you send. Once you take Angelina tomorrow I will pay my half of the dayca
so I can't risk you not taking and paying for the daycare. If you refuse her I have to make necessary arrangements to make sure sh
no choice

On Sun, Jan 9, 2022, 9:43 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Can u send the money please like u promised u would today. I cant afford to miss more work.

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:29 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

Its due today and i dont trust you. Send today and she can be picked up at 9:30. And i never spent new years or Christmas at th

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:27 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

You have no money but can go out all night and go to the casino on Christmas and new Year's.lmao. I will send Monday after An

On Sun, Jan 9, 2022, 9:24 AM Theodora Antar <theodoraantar@gmail.com> wrote:
No. Send it now like you promised its due today. Im not going to have the babysitter get her for u to turn around and not pay. Pa
pay the child care stop being a deadbeat and pay the money please you told me you would pay it today pet please now I really
angelina I have any food in my house and I'm two months late on the electric. Send it to me now please so i can get her some fo

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:18 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I will send tomorrow at 930 after she gets picked up.

On Sun, Jan 9, 2022, 9:10 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Our agreement says you need to pay child support pay child care and medical and let me talk to her and childcare is due toda
today. Please send it so i can afford to get her a few groceries for the week. The babysitter is meeting u at 9:30.

Sincerely,

Theodora Antar
(203)273-8419

From: **Theodora Antar** seamlesssigningsct@gmail.com
Subject: **Re:**
Date: **Jan 9, 2022 at 9:01:05 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

I told you. Send and ill take her. Like i say every week

Sincerely,

Theodora Antar
Owner
Seamless Signings LLC
Seamlesssigningsct@gmail.com
(203)273-8419



On Jan 9, 2022, at 8:10 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

I can absolutely send you money for daycare. Once you take her tomorrow and
I know daycare is needed then I will pay you

On Sun, Jan 9, 2022 at 05:58 Theodora Antar
<seamlesssigningsct@gmail.com> wrote:
U got money to go out drinking til 330 am but cant send me the money for
daycare? Wow.

Sincerely,

Theodora Antar
Owner
Seamless Signings LLC
Seamlesssigningsct@gmail.com
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919–9528

**4:01** ◀



⟨ Back      **2 Messages**      ⌃  ⌄



**860-518-2388 (Matt)**      3:54 PM
To: Diamanto Antonellis ⟩

# Re: Angelina



PLAINTIFF'S EXHIBIT
74

She has shoes and a coat. I will get her new shoes but her coat still fits. It's not my fault your daughter is irresponsible and didn't bring her with them. I'm sorry but due to what's going on I'm going to stick strictly to the agreement. You and your daughter can figure out  how to get to the meeting place. I've been doing everything thing I'm supposed to. The only reason she hasn't gotten child support in a couple weeks is because I cannot afford it. Which we are going to court for. I will be at the meeting place as discussed. I'm done responding to you. Any other issues  or questions need to be taken up with Theo. I will only communicate with her from now on regarding our agreement and Angelina. Please have a good day

9:04



860-518-2388 (Matt)

Thanks

Today 6:57 AM

Can you sign up Angelina for this soccer class again?



**2022 PRE-SEASON | Everson Soccer Academy LLC**
eversonsoccer.com

Today 9:02 AM

Can u also ask if he can help getting her new shoes because her shoes dont fit and gave her blisters

Ok

I will sign her up for something near where I live in Newington

Full

PLAINTIFF'S
EXHIBIT
75
6/1/22

Text Message

9:46 ◹



860-518-2388 (Matt) ›

> today and ask if he can send the money for them

I won't send her money but I'll buy shoes

> So how are we getting the shoes today then?

> Angelina has been in private childcare since January and the babysitter is charging $135 a week for 2 days a week. Please send the $70 for this week for tues/Thursday since it is court ordered

I don't believe her and I don't have proof, I also have no communication from her. She can either send me some proof herself of this child care, or she could wait till we go back to court



Full

PLAINTIFF'S
EXHIBIT
7e

6/1/22

Text Message

 

      

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Mar 14, 2022 at 12:59:33 PM**
To: **Theodora Antar** theodoraantar@gmail.com

I need to know where the dentist appointment is. Exact location

On Mon, Mar 14, 2022 at 10:35 Matthew Lodice <matthewlodice@gmail.com>
wrote:
No, I'm sorry I won't do that. I'm not going to agree to something that's not
true. What is it that you would like to discuss that needs to be discussed.

On Mon, Mar 14, 2022, 10:33 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
We clearly remember things differently. Lets agree to disagree.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 14, 2022, at 10:31 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:


I have consistently followed the agreement all the way through. I only fell
behind on the monetary end. All of this will be discussed in court in front of
the judge. The only person who has ever been in contempt of our agreement
has been you. It will all be taken care of in due time. Please let me know what
it is you would like to discuss

On Mon, Mar 14, 2022, 10:23 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
You are in contempt on every part of our agreement and will never get sole

custody. You need to be financially stable and be able to prove that in court. Are you saying you are financially stable enough to provide for Angelina? If so, then why have you not paid any child support in seven months or childcare?

On Mon, Mar 14, 2022 at 10:17 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
You have not kept saying that at all. We can discuss whatever it is you want. Either via email or you can call and actually not hang up. I don't want her having the flu shot I know that. But if we have no other choice I cannot stop you from doing it. Everything will change once I have custody of her and we will readdress all things on our original agreement

On Mon, Mar 14, 2022 at 09:48 Theodora Antar <theodoraantar@gmail.com> wrote:
Furthermore educational decisions are supposed to also be made together along with medical. She can stay in a private home babysitter setting or go to a preschool/daycare setting but will need a flu shot by end of year or will need to be pulled out from january-march annually. Again, i keep saying to you we need to discuss childcare and education and medical issues for our child and you keep refusing.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice

|||| Whole House Remodeling
203–919-9528
--

Matthew Lodice
Whole House Remodeling
203–919-9528

**Small Town Publishing Inc.**

PO Box 3554
Milford, CT  06460 US
+1 2032738419
smalltownpublishingllc@gmail.com

## INVOICE

BILL TO
Matthew Lodice
Whole House Remodeling LLC
48 Quarry Hill Rd
Waterbury, Ct

| | | |
|---|---|---|
| INVOICE | | 1005 |
| DATE | | 09/13/2021 |
| TERMS | | Due on receipt |
| DUE DATE | | 09/13/2021 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Services | Thank you for your business! Call Theodora at (203)273-8419 with any questions. | 1 | 100.00 | 100.00 |

Thank you for your business!

| | |
|---|---|
| PAYMENT | 100.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Full

PLAINTIFF'S
EXHIBIT

78

6/1/22

**Small Town Publishing Inc.**

PO Box 3554
Milford, CT  06460 US
+1 2032738419
smalltownpublishingllc@gmail.com

# INVOICE

BILL TO
Matthew Lodice
Whole House Remodeling LLC
48 Quarry Hill Rd
Waterbury, Ct

| | | | |
|---|---|---|---|
| INVOICE | 1018 | | |
| DATE | 09/29/2021 | | |
| TERMS | Due on receipt | | |
| DUE DATE | 09/29/2021 | | |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Services | Full page ad plymouth connection october 2021 | 1 | 150.00 | 150.00 |

| | |
|---|---|
| PAYMENT | 150.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Full

PLAINTIFF'S
EXHIBIT

79

6/1/22

Page 1 of 1

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Angelina**
Date: **Mar 20, 2022 at 7:09:55 PM**
To: **Matthew Lodice** matthewlodice@gmail.com
Cc: **Protzy4@gmail.com**

You havent followed any part of any order since it was initiated. Please stop withholding Angelina out of spite. And I recorded the first face time call i attempted to her since december since you kept begging me to unblock you and face time her. Now that i finally unblocked you and did, you in the background called me ugly, said im a bad mom, and in front of both of my children insulted me multiple times. Due to your abusive nature we will no longer be communicating via phone at all. You can drop Angelina to my moms like you do every week or you can have our sitter get her from location of your choosing <u>at 7 am</u>. Please stop trying to withhold my child. I have been offering several options and you say no to all, showing you are refusing to cooperate.

Sincerely,



Theodora Antar
<u>(203)273-8419</u>

On Mar 20, 2022, at 7:02 PM, Matthew Lodice <<u>matthewlodice@gmail.com</u>> wrote:


Actually by law I can. Court orders supercede Theo imagination laws. We will follow the order. You are just looking for a reason not to take her for another week. I will be at Cumberland farms in naugatuck <u>at 930 am</u>. We will give you a 30 minute window to get there. After that we will move on with our day. Nothing you say is going to change that so please stop emailing me. Either be there for our daughter, send someone there for our daughter, or don't. All the arrangements will change once we go back to court and I am the custodial parent. Then you could make whatever time you want your visitation to be. But for now you will either follow the order or you will not. End of conversation.

Have a good rest of your night

On Sun, Mar 20, 2022, 6:49 PM Theodora Antar <theodoraantar@gmail.com> wrote:

We have not met there since september and you have had no issues bringing her to and from my moms since then. You dont get to pick and choose which parts of the order from 6/18/2021 you want to follow when it is convenient for you. We offered to pick her up as early as 7 am or dropped off early as 8 am. You are refusing once again. State police will be notified if you continue to refuse. By law you can not deny her due to pick up time or location change especially since that hasnt been followed in 7 months.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 20, 2022, at 6:37 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

It's your responsibility to be at the arranged place at the arranged time. You've been abdicating your responsibility as a mother consistently week after week. We will be there at 9:30 we will wait for you 20 minutes. There are no variations from our agreement until we settle up in court. This is per advice of counsel. So either be at the Cumberland Farms at 9:30 AM as you're supposed to, or be in contempt of court again.

On Sun, Mar 20, 2022 at 18:18 Theodora Antar

<theodoraantar@gmail.com> wrote:
Either drop off angelina at my moms any time after 8am or we can have her picked up as early as 7. What is better? Neither of us can make it at 9:30.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 13, 2022 at 8:19:19 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

You have paid 0$ in six months. You have a full time career, and have the audacity to not even pay a single dollar. You are in contempt of court and also preventing our child from accessing medical care this week. It is not YOUR job to find childcare while you work. It is your job to follow the agreement the judge stated you pay me 50% and I get the childcare. Please start following such agreement. Someone who fell behind would not go half a year without paying a single penny meanwhile living a lavish lifestyle which is heavily documented. This will be the last email I sent. Please call me when you are ready to discuss our child.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 13, 2022, at 8:17 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


$300,000, I love these made up numbers you come up with. No money will go to you at all until we settle up in court. I fell behind. I'm sorry. I'm barely making ends meet and struggling to get by on top of being a full time parent to Angelina and having to find coverage for her when I do work. Just keep me posted if you have any interest in being with our daughter

On Sun, Mar 13, 2022 at 08:13 Theodora Antar <theodoraantar@gmail.com> wrote:
I have no vehicle so unfortunately you can either drop her at the sitter at 9:30 along with the payment you owe her or we will have to create a different agreement because it is not fair or right to our child for you to refuse to pay your court ordered support because you are angry. You have the money, you

work 6-7 days a week and own a 300,000$ a year company, yet are refusing to be a dad. It is sad that you would rather hurt angelina and not provide for her than to be a dad. I am giving you 26 hours notice that my car broke down and au have no vehicle. Please let me know when you are ready to get the child care situated for this week so we can be sure the sitter takes angelina to her dentist apt.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 13, 2022, at 8:10 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


You can keep trying to extort me to get the money but I just don't have any to give. I'm sorry. If that means you choose to abandon your daughter, that's your prerogative. We will be at the meeting place at 930 if you change your mind. Have a good rest of your weekend

On Sun, Mar 13, 2022 at 08:08 Theodora Antar <theodoraantar@gmail.com> wrote:
I will once you venmo me the childcare money for the last 4 weeks per our agreement as well as last 7 months of child support so I can afford an uber to meet you there along with our sitter.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 13, 2022, at 8:07 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Well, be at the meeting place tomorrow at 930 as required by our agreement

On Sun, Mar 13, 2022 at 08:06 Theodora Antar <theodoraantar@gmail.com> wrote:

We need to have angelina in childcare this week. She also has a dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 13, 2022 at 8:53:09 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

The order states YOU have to pay child care not me. I am the primary residence and custodial parent, and not you. I have no car as I stated. This is my attempt at asking you to bring her to her caregiver for tomorrow. Are you refusing? Also, we need to discuss when you will have visitation moving forward. Please advise.

Sincerely,

Theodora Antar
(203)273-8419

*Full*

PLAINTIFF'S
EXHIBIT

*83*

*6/1/22*

On Mar 13, 2022, at 8:46 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

None of what you said in that statement is true. It has not been six months since I haven't paid anything. Let me know where and when the dentist appointment is and I will make sure Angelina is there since I now have the parenting responsibility on my own. The agreement is we split all child care regardless who's care it is. So you owe me also. My lifestyle is far from lavish. I have nothing in my accounts, I drive a car I'm belly up on and stuck with that has 250000 miles. I have just enough money to keep a roof over our head and feed and clothe us. You can say and do whatever you want but I don't have money to give you. So if that means you're going to choose to stop being a mom because of that. Then that's on you. I have no problem taking full responsibility of raising her alone. She has plenty of strong female support on our end and will be ok without you. I will go to the meeting place every Monday at 930 and hope you will be there for her. If not I will just continue to keep her and maintain being the custodial parent. All necessary paperwork has already

been filed and we can hash out the details in court. I won't even ask for child support from you. Just be there for her when she needs. I'm done playing this back and forth game with you where you use her like a pawn to get money. She's not a weapon. She our angel and needs her parents' love. Hopefully you will grow up and do the right thing before it's too late. She notices that you haven't been picking her up and only talked to her once. You only hurt her and your relationship by doing these things. Hopefully you will be at the Cumberland farms in Naugatuck tomorrow as per our agreement to take her. If not, like I said , please let me know where and when any appointments you make are for her so that she can go. Thank you and have a good rest of your day. This will be my last correspondence on the matter

On Sun, Mar 13, 2022 at 08:19 Theodora Antar <theodoraantar@gmail.com> wrote:
You have paid 0$ in six months. You have a full time career, and have the audacity to not even pay a single dollar. You are in contempt of court and also preventing our child from accessing medical care this week. It is not YOUR job to find childcare while you work. It is your job to follow the agreement the judge stated you pay me 50% and I get the childcare. Please start following such agreement. Someone who fell behind would not go half a year without paying a single penny meanwhile living a lavish lifestyle which is heavily documented. This will be the last email I sent. Please call me when you are ready to discuss our child.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 13, 2022, at 8:17 AM, Matthew Lodice <matthewlodice@gmail.com>

wrote:

$300,000, I love these made up numbers you come up with. No money will go to you at all until we settle up in court. I fell behind. I'm sorry. I'm barely making ends meet and struggling to get by on top of being a full time parent to Angelina and having to find coverage for her when I do work. Just keep me posted if you have any interest in being with our daughter

On Sun, Mar 13, 2022 at 08:13 Theodora Antar
<theodoraantar@gmail.com> wrote:
I have no vehicle so unfortunately you can either drop her at the sitter at 9:30 along with the payment you owe her or we will have to create a different agreement because it is not fair or right to our child for you to refuse to pay your court ordered support because you are angry. You have the money, you work 6-7 days a week and own a 300,000$ a year company, yet are refusing to be a dad. It is sad that you would rather hurt angelina and not provide for her than to be a dad. I am giving you 26 hours notice that my car broke down and au have no vehicle. Please let me know when you are ready to get the child care situated for this week so we can be sure the sitter takes angelina to her dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 13, 2022, at 8:10 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

You can keep trying to extort me to get the money but I just don't have any to give. I'm sorry. If that means you choose to abandon your daughter, that's your prerogative. We will be at the meeting place at 930 if you change your mind. Have a good rest of your weekend

On Sun, Mar 13, 2022 at 08:08 Theodora Antar <theodoraantar@gmail.com> wrote:
I will once you venmo me the childcare money for the last 4 weeks per our agreement as well as last 7 months of child support so I can afford an uber to meet you there along with our sitter.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 13, 2022, at 8:07 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


Well, be at the meeting place tomorrow at 930 as required by our agreement

On Sun, Mar 13, 2022 at 08:06 Theodora Antar <theodoraantar@gmail.com> wrote:
We need to have angelina in childcare this week. She also has a dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 9, 2022 at 9:39:48 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

---

You never once called her when shes been with me since november. And i didnt abandon her. We need childcare and you need to be a man and pay it. Thank u.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 9, 2022, at 9:06 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I get that you think leaving her with me hurts me and that's fine but what I don't get, is why you don't call her or talk to her. That only hurts her and your relationship with her. You should at least do that. She misses you and makes comments and asks to talk to you. She needs a mom and a dad

On Wed, Mar 9, 2022 at 18:49 Theodora Antar <theodoraantar@gmail.com> wrote:
How do you not have money if you work 7 days a week?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 9, 2022, at 6:37 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I just don't have the money right now and I have Angelina full time.

On Wed, Mar 9, 2022 at 18:03 Theodora Antar <theodoraantar@gmail.com>
wrote:
How is paying childcare and child support not an option when you are court
ordered to do so?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 9, 2022, at 5:43 PM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

Paying that is not an option right now. So you are saying you won't take her
back at all since it's not being paid? Well you should at least call and talk to
her sometimes to be part of her life

On Wed, Mar 9, 2022 at 17:42 Theodora Antar
<theodoraantar@gmail.com> wrote:
Childcare is necessary for angelina during the week and you are court
ordered to pay for half of it. I would love to take angelina 7 days a week as
long as you are paying court ordered child support and half of her child
care so i can go to work. When you are ready to pay the money for our
child to receive care so i can work like the judge ordered you to, please let
me know. I would be happy to meet you. Thanks.

Sincerely,

Theodora Antar
(203)273-8419


> On Mar 9, 2022, at 5:21 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:
>
> Are you just not going to take Angelina anymore? If you want to give up
your parenting rights to her I would understand and be happy to raise her
with you having no involvement. It would probably be best for her anyway
not to have you in and out of her life.--
> Matthew Lodice
> Whole House Remodeling
> 203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528



**MITTIMUS - FAMILY SUPPORT MATTER**
JD-FM-4   Rev. 3-19
C.G.S. §§ 18-82, 46b-215, 46b-231 (m)
P.B. §§ 23-68, 25-39

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions:** *Complete this form making sure all four copies are legible.*

| Name of case | Docket number |
|---|---|
| *[handwritten]* v. *[handwritten]* | *FA19 ... 6828* |

| Judicial District of | At *(Town)* | Address of court |
|---|---|---|
| *[handwritten]* | *New Haven* | *235 Church ... New Haven CT* |

| Name and address of obligor (person being committed to the custody of the Commissioner of Correction) | Obligor's date of birth |
|---|---|
| *Matthew Ledford* | *5/11/85* |

| Name of petitioner | Review date | Time |
|---|---|---|
| *Theodora Atte* | *6/29/22* | *10:00 A. M.* |

☐ Obligor to appear on review date, by interactive audiovisual device if still incarcerated.
*(As permitted by Sections 23-68 and 25-39 of the Connecticut Practice Book)*

## Finding and Order

WHEREAS, the above petitioner has moved this court to adjudge the above obligor in contempt for failure to comply with a support order and  *("X" one box only) .*

☒ **Contempt**

| Purge figure *(For Contempt, if applicable)* |
|---|
| $ *2160* |

WHEREAS, the obligor was found to be in arrears and was adjudged by the court to be in contempt for failure to comply with the order and was ordered by the court to be committed to the custody of the Commissioner of Correction until purged of contempt or until further order of the court in the above-named case. Unless purged of contempt, or until further order of the court, the obligor shall be brought, safely and securely, before this court at the above address on the Review Date and Time noted above, or some other Review Date and Time ordered by the court.

☐ **Failure to Post Appearance Bond**

| Amount of appearance bond *(If applicable)* | Type of bond *(If applicable)* |
|---|---|
| $ | ☐ Cash  ☐ Other *(Specify)* _____ |

WHEREAS, the obligor was cited for contempt and appeared before this court and
WHEREAS, the Family Support Magistrate required the obligor to furnish the Amount of Appearance Bond and
WHEREAS, the obligor failed to post the appearance bond, the Family Support Magistrate ordered the obligor referred to a community correctional center until the obligor has complied with the bond requirement. Unless the bond requirement is complied with, the obligor shall be brought, safely and securely, before this court at the above address on the Review Date and Time noted above, or some other Review Date and Time ordered by the court.

| **Notice to Clerk** |
|---|
| *If the obligor is being referred to a community correctional center for failure to post bond to assure his/her appearance, statute requires that the obligor be heard at the next regular session of the the Family Support Magistrate Division in the court to which the obligor was summoned. If no regular session is held within seven days of such referral, the Family Support Magistrate shall either cause a special session of the Family Support Magistrate Division to be convened, or the obligor shall be heard by a Superior Court Judge in the Judicial District. If, for any reason, the obligor is not brought to court on the Review Date listed above, the court shall issue a writ of habeas corpus ad testificandum for the new review date and time ordered by the court.* |

## Mittimus

To: Any Proper Officer

By the authority of the State of Connecticut, you are hereby commanded to take and convey the above-named obligor to the Commissioner of Correction and/or the Commissioner's authorized agent and to leave with him/her this mittimus. The Commissioner of Correction, and/or the Commissioner's authorized agent, is hereby commanded to receive and safely keep said obligor within his/her custody until purged of contempt or until the above referenced appearance bond is posted or until further order of the court in the above-named case.

| By Order of the court *(Print or type name of judge or family support magistrate)* | On *(Date)* | Signed *(Assistant Clerk)* |
|---|---|---|
| *[handwritten]* | *6/1/22* | *[handwritten]* |

## Return of Service

| Name and location of community correctional center | Date |
|---|---|
| | |

In accordance with this order, I took and conveyed the above-named obligor to the community correctional center named above and there delivered the obligor into the custody of the Commissioner of Correction and/or the Commissioner's authorized agent at the above community correctional center and left with him/her this mittimus.

| Signature of proper officer | Title | From *(City or town)* |
|---|---|---|
| | | |

**FAMILY MITTIMUS TRANSMITTAL**
JD-FM-205 Rev. 3-08

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**INSTRUCTIONS TO CLERKS AND S.E.S. OFFICES:**
*Complete this form, check the appropriate boxes*
  *in sections A and B below.*
*Be sure to include your address.*
*Attach the form to the Mittimus for D.O.C. processing.*

**INSTRUCTIONS TO D.O.C:**
*When receiving funds, follow instructions*
  *as marked in Section A.*
*When forwarding funds, follow instructions*
  *as marked in Section B.*
*Return this form along with the check payable to:*
  *"State of Connecticut".*

NNH - FA

| DOCKET NO. | 19 - 5046828 |
|---|---|

NAME OF CASE   Antar vs. Lodice

DATE OF MITTIMUS   6/1/22

## CORRECTIONAL FACILITY RESPONSIBILITIES:

A. <u>REQUIRED WHEN RECEIVING FUNDS AT A D.O.C. CORRECTIONAL FACILITY:</u>

[X]   PURGE - Do not execute Appearance Bond.

[ ]   APPEARANCE BOND -  Execute Family Appearance Bond form no. JD-FM-131.

[X]   PREPARE D.O.C. RECEIPTS.

**FORWARD THIS DOCUMENT ALONG WITH THE APPROPRIATE PAPERWORK TO**
**THE INMATE TRUST FUND, 24 WOLCOTT HILL ROAD, WETHERSFIELD, CT 06109**

## INMATE TRUST FUND RESPONSIBILITIES:

B. <u>REQUIRED WHEN FORWARDING FUNDS FROM THE INMATE TRUST FUND UNIT:</u>

**(ALL CHECKS PAYABLE TO "STATE OF CONNECTICUT")**

SEND TO: Clerk's Office, _____
                                          *(address)*

[ ]   FAMILY SUPPORT MAGISTRATE DOCKET BOND

[ ]   FAMILY DOCKET PURGE (NON-S.E.S.)

[ ]   FAMILY DOCKET BOND

SEND TO: S.E.S.,  **414 CHAPEL STREET, NEW HAVEN, CT 06511**
                                          *(address)*

[ ]   FAMILY SUPPORT MAGISTRATE DOCKET PURGE

[ ]   U.I.F.S.A. PURGE

[ ]   U.I.F.S.A. BOND

[ ]   PERFORMANCE BOND

[ ]   CASH ON DEPOSIT

[ ]   FAMILY DOCKET PURGE (S.E.S. INVOLVED)

SIGNED (Clerk/S.E.S. Office)
X  JSM Gilman                              6/1/22

TELEPHONE NO. *(with area code)*

*19-504 ᚈ*

STATE OF CONNECTICUT )
                     ) ss. New Britain           June 1, 2022
COUNTY OF HARTFORD   )

       Then and there by virtue hereof, on June 1, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew Lodice,
*3rd floor*
the within named defendant, 23 Lyman Street, New Britain, CT, a true and

attested verified copy of the original Motion for Contempt with my endorsement

thereon.

       The within and foregoing is the original Motion for ~~Modification~~ *Contempt* with my

endorsement thereon.

                                ATTEST

                                Alan F. Zaniewski
                                State Marshal
                                Hartford County

Fees:

| Pages | $ | 11.00 |
|-------|---|-------|
| Ends. | | .80 |
| Service | | 20.00 |
| Travel | | 0 |
| | | |
| Total | $ | 31.80 |

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 1 7 2022

CHIEF CLERK'S OFFICE

*163.10*

# MOTION FOR CONTEMPT/
# CONTEMPT CITATION

JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Lodice, Matthew J. | 23 Lyman St, New Britain, CT, 06053 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the ☒ Plaintiff  ☐ Defendant  ☐ Third Party  in this case.

On *(date)* 04/12/2022 the court made an order that *(name)* Matthew Lodice _____ is not following.

## Court Order and ways the Order has not been followed
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

The defendant was ordered to download the MyFamilyWizard App by 4/15/2022. He was also ordered to resume paying child support by 4/15/2022. He was also ordered to follow the agreement and orders which were ordered on 4/12/2022 stating that the drop off location for the child would be at the paternal grandmother's home on Friday's any time after 8:30AM, and that the father should bring the child to daycare every monday with the exception of 4/18, 4/25, and any other times daycare is unavailable. The order also stated that he will drop off child to maternal grandmother on days when daycare is unavailable. The order also stated that on 4/17/22 the father would drop the child off at St Barbara Greek Orthodox Church and that mother would bring SEE PAGE 2

## Claim for Relief

I ask the court to find *(name)* Matthew Lodice _____ in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 5/20/22 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| Theodora.antar@gmail.com | 2032738419 |

## Certification *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 5/20/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | Court Use Only |
|---|---|
| MATTHEW LODICE 23 LYMAN ST NEW BRITAIN, CT, 06053 | CHIEF CLERK'S OFFICE  MAY 20 2022  Judicial District of New Haven SUPERIOR COURT FILED |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | THEODORA ANTAR | 05/20/2022 |

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter? ☐ Yes  ☐ No

Page 2

…the child to the home of the paternal grandmother at 2:00PM on the same day. It also stated that

on April 24, 2022 that the father would drop the child off to the mother's home by 10:00AM and

that the child will stay with the mother. The defendant is in contempt because on April 24, 2022,

he did not show up to drop off the child at my home. I waited for 30 minutes and then had to leave.

He then showed up at my home 15 min after I had already left. I saw on the camera that he tried

ringing the doorbell numerous times. I had to call my mother to go and get the child after he also

called the police in an attempt to say that I did not show up. I have the camera footage of the

incident proving that he was not there to drop her off at 10 and did not show up until 10:45. I told

him in the app that I waited over 20 minutes and that he did not show up once again violating the

court order. I told him I was on my way to work as I had gotten called in. I asked him to please

start following the court order moving forward.

Additionally, the order from 4/12/22 also stated that the parents agreed to celebrate the

minor child's birthday with a joint birthday party to be held on May 21, 2022. The parents further

agreed to share any costs equally per the order. In addition, the order from 4/12/22 which was

ordered by The Honorable Judge Maureen Price-Boreland, further states that the court found the

agreement to be fair and equitable and in the best interest of the minor child and approved the

agreement and order. The order also stated that the parents shall schedule phone contact with each

parent when the minor child is with the other parent for 7:00PM. It was also ordered that the parties

will not engage in disparaging acts or conversations during the brief phone contact, and that the

parties would be flexible in recognizing the limitations of the child's age and appropriate attention

span.

The defendant is in contempt because he did not start paying child support or download the app by 4/15/22. He first downloaded the app on 4/21/22, 6 days after he was ordered to do it by. I repeatedly asked him to download the app from 4/12/22 on, and he refused to listen. He continued to send me many emails and continued to communicate via email despite being ordered to use the app. I was forced to ask the police to ask him not to contact me anymore outside of the app. Only then did he agree to download and pay for the app. He disparaged the court by waiting 6 days to download the app, and by not paying a penny in court ordered child support since November 2021. He asked me to acknowledge that I received his first test message on 4/21/22 at 10:17AM. I replied that I got it on 4/21/22 at 8:02 PM. Prior to this, On 4/21/22 at 7:51PM I contacted him in the app with an attached itinerary and detailed event regarding a religious obligation for our child. I said "See attached. Please confirm you will be bringing her as you are court ordered to take her to all religious events during your visitation time."

He responded at 7:52 PM, 1 minute later, and said "Yes" and confirmed that he would take her. On 4/21/22 at 7:53PM he sent another message stating "Yes she will be there Saturday, Sunday too?" and confirmed for a second time that he would be taking her to this religious event, per our court order. On 4/21/22 at 8:11PM, he messaged me in the app asking when does Angelina's new school start, despite it being on our court order. responded by telling him to please see the calendar for 4/22/22-4/29/22 for all details regarding Angelina and transitions, as I had uploaded everything into the app's calendar. I messaged him at 8:24PM asking him to confirm that he was able to follow the court ordered schedule from 4/22/22-4/29/22 that I uploaded in the app. I included the religious event on 4/23/22 in the calendar as well as details about all drop off/pick up details. He then began deleting and altering the schedule that I put in and stated at 8:12Pm that that if I did not stop changing it to what the accurate schedule was that he would continue to change it back. At 8:13PM

I stated that the schedule I uploaded was correct and reflective of our court order. I asked him to please not change it anymore and to see the court order if he is confused about our plan.

I messaged him in the app on 4/30/22 at 9:04 AM showing an attached form from Angelina's school and told him to be sure to bring all of the items needed for her first day. He replied at 6:20 AM on 5/2/22 stating "Angelina is sick today and won't be going to school." However, the night before, she did not seem sick at all when I spoke to her via phone. I asked him to take her to the doctor and he refused. He was supposed to make both educational and medical decisions with me together, yet refused. He was court ordered to take her to daycare and refused, and then withheld her from me for 24 hours after.

Our order from 6/16/21 states that I make all religious decisions for our child, and it also states that both parents are responsible for taking the child to all of her religious, educational, sporting, extracurricular, and social activities (included, but not limited to Sunday school, dance, swimming, and birthday parties) in which the child is involved that occur during their parenting time.

The defendant had already confirmed multiple times on 4/21/22 and prior to that via email that he would bring the child to the religious event at the church on 4/23/22. On 4/23/22 at 6:05 Am, he texted my mother outside of the app stating "Hey Dee, I'm sorry but I can't bring Angelina today. Theo set up in court that Angelina is getting dropped off tomorrow for church. If you or Theo want to come pick up Angelina today you are more than welcome to but I won't be able to make it down this morning. Again I'm so sorry."

He refused, less than 4 hours prior to the start time, to take her to a crucial religious event that he confirmed he would take her to multiple times. I had the New Britain Police Department perform a wellness check on my child after he did not bring her to church for 10:00AM. They

stated she was well and that the defendant was still refusing to comply with the order and stated that I should file a motion for contempt in family court and that they can not enforce civil orders.

The agreement also states that birthday and name day shall be both shared equally. It also states that if desired, the day be split in half morning 7:30AM-2:00PM OR night 2:00PM-8:30PM. The agreement states that the alternative is doing a joint party/celebration for the child and celebrating together as a family. It also states that all educational and medical decisions must be made by the parties together.

I filed another motion for contempt on 4/18/22 regarding the fact that Matthew had refused to download the app and was making it so we had no way to communicate and therefore could not plan the court ordered joint birthday party to be held on 5/21/22. I filed a caseflow request on 4/20/22 asking that the court move our 6/28/22 hearing up to a date prior to 5/21/22 so that we were able to comply with the order regarding the party and the caseflow request was denied.

When I first asked him about the birthday party in the parenting app after he finally downloaded it on 4/21/22 at 8:43PM, I asked if he could send a 50% deposit to book it and he stated that he has no money and needed to know how much, where, and wanted to discuss it and see proof and talk to the place. I explained to him that he was ordered to download the app and since he waited so long that many venues were already booked. I asked him if he is going to pay half of the booking fee and he said he needed details such as where, when, what time, how much, who is going, and who is invited. We discussed the party further and I sent him pricing options. I asked if he could send deposit via the family wizard app and he said no, stating he will only send money to the place directly and that he will never send me any money, despite being court ordered to pay half the party. He asked me to make a party list and send it, and said we could discuss location. He told me his budget was :$200 for the party, and on 4/21/22 at 9:22 PM he mentioned

that I am court ordered to do the party with him and to pay half. After several back and forth communications regarding the party, I told him that if he did not commit that I would opt into doing 2 separate parties and splitting the day equally like our agreement states. He finally on 4/21/22 at 9:34 PM stated that he wanted to do a $299 package and spend $100 non the other stuff cake decorations after I sent him an attached package from the venue. I explained that that would only cover 10 bouncers and that I wanted to invite the new friends from her new school to her party. He stated that he would do 5 bouncers each and said if we want to add on more we can pay the difference then. Eventually, at 9:41 pm he said "Fine 300. I can't do anymore." And agreed to spent $300 each as the budget for the party.  He stated that he would send me the money the following week and that he wanted to confirm with the place that I booked it at before sending me any money. He then asked me again when I was planning on having the party, despite it being the actual date of our child's birth and being a court ordered date for the party.

On 4/28/22 at 6:54 AM the defendant contacted me in the app again asking me If I had made any final decisions on where and when I wanted to do Angelina's party, and stated that he was ready to put the deposit down. At 9:36 AM he stated he was in Orange and asked if I wanted to meet him for a coffee to discuss the party details. At 12:57 PM he asked "What are we doing about Angelina's party? Are you joining us for her party or no?" I replied at 6:25 PM stating "I called everywhere and they are all booked. Urbain air has it open. Everywhere else is booked solid." I asked what package he wanted and sent the link as well as my suggestion of which one I thought we should do. He commented on the price seeming high, and we continued to discuss it. He then, for the second time, asked me what day I wanted to do it, despite it being court ordered for her actual birthday of 5/21/22. I replied that it would be the day that it stated on the court order. He asked what came with the party, and then asked if I had a list of who to invite. We continued

to discuss options back and forth. On 4/28/22 at 7:32 PM I told him I had narrowed it down to 2 options of Urban air in orange or Cheshire which would limit us to 15 people total,. I said if not we can opt into splitting the day. He stated he planned to bring 7 children.

He then stopped responding and on 4/29/22 at 8:20 PM I stated "Why are you ignoring my message regarding the birthday?" At 6:56 AM on 4/30/22, he replied stating "I sent you the money for the party. Set it up where you want." He sent me $300 via zelle. I asked him at 7:06 AM "So you are letting me make all the decisions myself? Is that all the money you are contributing? How many people are you inviting because we still need to buy food and invitations and decorations and goodie bags and stuff. How many people total are you planning to invite? How many kids and how many adults?"

At 7:08 Am, he replied stating "I gave you three hundred, you said you wanted it at urban air on Saturday the 21st" He then started saying disparaging and insulting comments to me stating "I'm sorry that you have no family or friends because you made everyone hate you but our family is very close" and "Most of my family wants nothing to do with you because of all of your issues and grief that you have caused them. So I don't know how many will come knowing you will be there."

He continued to refuse to speak to me about the party after that and I told him that after 3+ weeks of trying and his failure to work together or speak respectfully and not use abusive language toward me that I didn't feel comfortable doing the joint celebration and that I wanted to opt into splitting the day in half.

He responded at 7:37 AM stating that I am court ordered to share this birthday with him and that he sent me $300 and that I cannot steal that money. He said "I told you we can do it at urban air. It's 7 kids invited. $600 is not enough for a 3rd birthday party. I gave you 300 so we can

set up the party. I figured after the invites if everyone does come and we have to add on more we will pay for it then."

He continued to speak in a disrespectful manner to me accusing me of not being a good human and not doing what's best for our daughter. I explained there may be additional costs and he stated to use the $600 budget. At 7:56AM he stated "We only need to pay for the kids. It's a kid's party."

On 4/30/22 at 7:51AM I sent him 2 attachments showing what I was booking. I stated "I'm going to book this now and I will nneed you to send some more money to do a cake." I explained that it included 2 pizzas and he replied at 7:57 Am stating "I would change it to 4 or 5 pizzas." I asked for more money to accommodate that and he stated that the bill is 400 and if we pay half that leaves 200 left in our budget. He said "I sent you $300.00. The bill is $400 we are paying half each. How does that not cover that." On 4/30/22 at 7:52 PM I booked the party and sent documentation of the party booking info as attachments to the defendant in the app showing him all of the details.

Furthermore, he stated that he acknowledged what was included in our package as well for the $400.00. At 8:06 Am on 5/1/11 he said "Im required to pay half the party. You sent me a bill for $400.00 total. I sent you $300.00 so that covers my half up to $600.00. Stop playing games and set up the party. You are only trying to hurt her and steal from e. Focus on Angelina this is for her."

We continued to discuss whether or not we needed more money to pay for everything and he said "You can't take my money and then say you are throwing your own party. That is stealing. You need to do what's best for Angelina. Stop this already. You have $600 for the party and it costs $400.00. You can make the rest happen with $200.00. If it ends up being more in the end

because more kids showed up then expected we will address that then." He stated that there is "$200.00 of usable money, use that" On 5/2/22 at 9:50 am he stated that "Cakes are 40 and you don't need to spend $150.00 on a cake. And that still leaves $50.00"

At 4:12 Pm he said "I'm not paying for a custom cake that cost $150 that crazy. I don't have money like that I don't mind covering half the party and throwing you the extra hundred that I did for the other stuff. But I'm not giving you extra money because you want an expensive cake. You can get an Encanto cake from stop and shop for $40.00"

I asked him if he thinks that his deliberate refusal to pay his court ordered support for our child doesn't hurt her and he stated on 5/3/22 at 8:34AM that "I hope you seek out the psychological help that you desperately need. I sent you the money for the party. Please continue to set it up."

Then, on 5/6/22 at 9:50 am he messaged asking what the plan is for her party, despite us having discussed in great detail the day, time, place, and details of the event in the app. I did not respond because I was busy working and did not have time to repeat what was already discussed and acknowledged.

On 5/10/22 at 8:30 he asked again "are you going to plan Angelina's party or not? I sent you the money for the party. Everyone in my family keeps asking what we are doing this paty. You are court ordered to share this party with me."

Once again I was working and did not respond after he had acknowledged multiple times the details of the party and stated to use the leftover budget for extras.

On 5/20/22 he stated that he is doing his own party and will not allow me to see my child on her birthday. He stated if I attempt to come to get her to split the day in half that he will have me arrested for harassing him. He stated if I get the police involved that he will also have me

Once again I was working and did not respond after he had acknowledged multiple times the details of the party and stated to use the leftover budget for extras.

On 5/20/22 he stated that he is doing his own party and will not allow me to see my child on her birthday. He stated if I attempt to come to get her to split the day in half that he will have me arrested for harassing him. He stated if I get the police involved that he will also have me arrested. He stated that he has plans for the entire day for Angelina and will be out of his home for the entire day and night and is refusing to bring her to the party, despite us having paid and booked and confirmed it and 15 total guests attending.

On 5/11/22 he agreed to bring Angelina to religious event the following Sunday. He then refused on Sunday stating he can not bring her. He stated I would have to get her, despite the order stating he must bring her to the event. He is also refusing to pay %50 of court ordered child care costs.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew J. | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on *(date)* 6/22/22 at *(time)* 930 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be ☒ a hearing ☐ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | (203) 503 · 6800 |
| Court location *(Number, street and town)* | | |
| 235 Church Street, New Haven | | |

**OR**

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
• Attend this court event by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates**
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least ~~12 days~~ before the date of the court event. Proof of service must be made to this court ~~at least 6 days~~ before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least ~~12 days~~ 5 before the date of the court event, and file proof of service with this court ~~at least 6 days~~ before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew Lodice | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| (Price Boreland, J.) | | 5/20/22 |

**APPLICATION FOR WAIVER OF FEES/**
**PAYMENT OF COSTS/APPOINTMENT**
**OF COUNSEL - FAMILY**
JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew | NNH-FA19-5046828 S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St. New Haven CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora | 856 Shagbark Drive, Orange, CT 06477 | 2032738419 |

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.) (Specify):*
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):*
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED

**Grounds for Appeal**  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

MAY 20 2022

**Appointment of Counsel**  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

CHIEF CLERK'S OFFICE

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

**2. Monthly Income**

A. Gross monthly income *(before deductions)* ..................... **1200**

B. Net monthly income *(after taxes) from employment.........*

C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):*  **+**

Total Monthly Income (B+C) **1200**

**3. Monthly Expenses**

A. Rent/Mortgage ............................ **2000.00**

B. Real Estate Taxes.........................

C. Utilities *(telephone, electric, water, gas, cable, etc.)* **300.00**

D. Food, *not including SNAP (food stamps)*.. **800.00**

E. Clothing ...................................

F. Insurance Premiums *(medical/dental, auto, life, home)........*

G. Medical/Dental *(costs not covered by insurance)*............ **50.00**

H. Transportation *(bus, gasoline, etc.)........* **800.00**

I. Child Care ................................... **200.00**

J. Other *(child support, alimony, etc.) (Specify):*

Total Monthly Expenses **4150.00**

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate ........ | | | Real Estate |
| B. Motor Vehicles.... | 10,000 | 18,000 | Motor Vehicle −8000 |
| C. Other Personal Property............ *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)*........ | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* ...... | | | Checking 200.00 |
| F. Cash.......................... | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| Total Assets | | | −7800 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | $30,000 | $400.00 |
| Credit Cards | $20,000 | $800.00 |
| | | |
| | | |
| Total Liabilities | 50,000 | 1208 |

Page 1 of 3

| Name of case | *Antar, Theodora F. vs. Matthew Lodice* | Docket number *(if applicable)* |
|---|---|---|

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left Theodora Antar | Date signed 5/20/22 |
|---|---|---|
| Subscribed and sworn to before me: | On *(Date)* 5/20/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):*  ☐ Not indigent  ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State
      ☒ Costs of service of process not to exceed:  $ _State rate_
      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
      ☐ Other *(Specify):* _____

    2. The following fees are waived  ☐ Entry fee  ☒ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is  ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* Nawaz Rai. Boroland | On *(Date)* 5/20/2022 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed 5/20/2022 |
|---|---|---|---|

JD-FM-75   Rev. 12-21                                  Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
|  |  |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐  I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
|  |  |  |  |

## Order After Hearing

The Court, having found the applicant      ☐ Not indigent      ☐ Indigent and unable to pay      hereby orders the application:

☐  Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed      $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived      ☐ Entry fee      ☐ Filing fee      ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐  Denied for the following reason(s):

☐  The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
|  |  |  |  |

7a 19 5046828

STATE OF CONNECTICUT )
                     )  ss. New Britain              June 10, 2022
COUNTY OF HARTFORD   )

Then and there by virtue hereof, on June 10, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, Apt. 3, New Britain, CT, a

true and attested verified copy of the original Motion for Contempt with my

endorsement thereon.

The within and foregoing is the original Motion for Contempt with my

endorsement thereon.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

Pages       $      2.00
Ends.              .80
Service           40.00
Travel           20.88

Total       $    63.68

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

JUN 1 6 2022

**CHIEF CLERK'S OFFICE**

164.10

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

*COURT USE ONLY*

| MFCONTP | Certification has been filled out. |
|---|---|
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)  ☒ After Judgment

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Docket number **NNH-FA19-5046828-S** |
|---|---|---|
| Plaintiff's name **Theodora F. Antar** | Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** | |
| Defendant's name **Matthew J. Lodice** | Defendant's address *(Number, street, city, state, zip code)* **23 Lyman st, Apt 3, New Britain, CT, 06053** | |
| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* | |

I am the ☒ Plaintiff  ☐ Defendant  ☐ Third Party  in this case.

On *(date)* **6/18/2021** the court made an order that *(name)* **Matthew J. Lodice** is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The judge ordered that I make all religious decisions for our child. The judge also ordered that the defendant must bring the child to all religious events that occur during his visitation time. I notified him in Our Family Wizard app on 5/16/22 that our child had a religious obligation that was scheduled from 5/22/22 from 10:00AM to 12:00PM. The defendant viewed the message in the app. I also sent a reminder to him about it on 5/21/22, as well as put it in the calendar in the app. He did not bring her to the scheduled religious event, despite being court ordered to do so. He is also still refusing to pay any of his court ordered child support or child care costs.

**Claim for Relief**

I ask the court to find *(name)* **Matthew J. Lodice** in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name **Theodora Antar** | Date **05/25/2022** |
|---|---|---|
| Mailing address of self-represented party or attorney **856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address **theodoraantar@gmail.com** | Phone number *(Area code first)* **2032738419** | |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **05/25/2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
**Matthew Lodice**
**23 Lyman St, Apt #3**
**New Britain, CT, 06053**

Court Use Only

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
**MAY 2 5 2022**
CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) ▶ | Print or type name **Theodora Antar** | Date signed **05/25/2022** |
|---|---|---|

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter?  ☐ Yes  ☐ No

Page 1

| Plaintiff's name | Defendant or Obligor | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court

order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* 6|28|22 at *(time)* 9:30 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3E | (203) 503·6800 |

| Court location *(Number, street and town)* |
|---|
| 235 Church Street, New Haven |

**OR**

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;

• Attend this court event by following the instructions that are sent to your e-mail address by the court; and

• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***

*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

| By the court (Judge/Assistant clerk) | Date signed |
|---|---|
| Grossman, J. | 6|8|22 |

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**
JD-FM-75  Rev.12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant** *(person filing)*
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| **Theodora F. Antar vs. Matthew J. Lodice** | **NNH-FA19-5046828-S** |

| Judicial District | Address of court |
|---|---|
| **New Haven** | **235 Church St, New Haven, CT** |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| **Antar, Theodora F.** | **856 Shagbark Drive, Orange, CT, 06477** | **2032738419** |

## Type of proceeding  *(select all that apply)*

| | | |
|---|---|---|
| ☐ Motion to Open Judgment | ☐ Motion for Modification | ☒ Contempt |
| ☐ Application for Custody | ☐ Dissolution of Marriage/Civil Union (Divorce) | ☐ Parentage |
| ☐ Application or Petition for Visitation | ☐ Appellate Matter (Supreme or Appellate Court) | ☐ Cross Complaint |
| ☒ Other *(ex parte custody, etc.)* (Specify): | *Application for subpoenas cost of service for all* | |

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

☐ Entry fee *(fee to file a new case)*
☐ Filing fee(s) *(fee to file motion, etc.)*
☐ Appellate filing fee (Supreme or Appellate Court)
☐ Other *(certified copy of judgment, etc.) (Specify):*

☒ Costs of service of process *(delivery of papers by state marshal or other officer)*
☐ Costs for participating in parenting education under C.G.S. § 46b-69b
☐ Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED

MAY 2 5 2022

CHIEF CLERK'S OFFICE

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are:_____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

☐ I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)* | **2**

### 2. *Monthly* Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | **$1,200.00** |
| B. Net monthly income *(after taxes)* from employment......... | **$1,200.00** |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* (Specify which one(s) here): | + **$0.00** |
| Total Monthly Income (B+C) | = **$1,200.00** |

### 3. *Monthly* Expenses

| | |
|---|---|
| A. Rent/Mortgage ............................ | **$2,000.00** |
| B. Real Estate Taxes........................... | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | **$300.00** |
| D. Food, *not including SNAP (food stamps)*.. | **$800.00** |
| E. Clothing ...................................... | |
| F. Insurance Premiums *(medical/dental, auto, life, home)*........ | |
| G. Medical/Dental *(costs not covered by insurance)*............ | **$50.00** |
| H. Transportation *(bus, gasoline, etc.)*....... | **$800.00** |
| I. Child Care .................................. | **$200.00** |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | **$4,150.00** |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate........ | | | Real Estate |
| B. Motor Vehicles.... | **$10,000.00** | **$18,000.00** | Motor Vehicle **-$8,000.00** |
| C. Other Personal Property............ *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)*........ | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* ...... | | | Checking **$200.00** |
| F. Cash............................. | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | **-$7,800.00** |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc.
Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | **$30,000.00** | **$400.00** |
| credit cards | **$20,000.00** | **$800.00** |
| | | |
| | | |
| | | |
| **Total Liabilities** | **$50,000.00** | **$1,200.00** |

| Name of case | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | **Theodora Antar** | 05/25/2022 |

| Subscribed and sworn to before me: | On (Date) 5/25/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order**  *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent  ☒ Indigent **and unable to pay**

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

   1. The following costs are ordered paid by the State
      ☒ Costs of service of process not to exceed:  $ *State Limit*
      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
      ☐ Other *(Specify):* _____

   2. The following fees are waived  ☐ Entry fee  ☒ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

   3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

   4. Counsel is  ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Donald R. Green, FSM | 5/26/22 | FSM | 5/26/22 |

JD-FM-75  Rev. 12-21 | Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:
☐ Granted as follows:
   ☐ 1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed   $ _____
      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
      ☐ Other *(Specify):* _____
   ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|