```
NNH-FA19-5046828-S                :  SUPERIOR COURT

THEODORA F. ANTAR                 :  JUDICIAL DISTRICT
                                     OF NEW HAVEN

v.                                :  AT NEW HAVEN, CONNECTICUT

MATTHEW J. LODICE                 :  MARCH 9, 2022
```

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JENNIFER S. AGUILAR,
FAMILY SUPPORT MAGISTRATE

A P P E A R A N C E S :

   Representing the Plaintiff:

      THEODORA F. ANTAR
      Self-Represented Party

   Representing the Defendant:

      MATTHEW J. LODICE
      Self-Represented Party

A L S O   P R E S E N T:

      THONGSABAI BIRTHWRIGHT
      Support Enforcement Services

Recorded and Transcribed By:
Alexis Shevchenko
Court Recording Monitor
235 Church Street
New Haven, CT 0651

```
 1            (Whereupon Mr. Lodice was present and Ms. Antar
 2       was not present for the following proceedings.)
 3            THE COURT:  What's that gentleman's name?
 4            Sir, your name?
 5            MR. LODICE:  Mine?
 6            THE COURT:  Yes.
 7            MR. LODICE:  Matthew Lodice.
 8            THE MARSHAL:  You guys are…
 9            THE COURT:  Number six.
10            THE MARSHAL:  Come up, sir.
11            THE COURT:  If you'll come up, sir.
12            MR. LODICE:  What's that?
13            THE COURT:  You can come on up.
14            (Whereupon there was a pause in the
15       proceedings.)
16            THE CLERK:  Do you want his kid here?
17            THE COURT:  We're gonna start and see where we
18       go from there.
19            THE CLERK:  Please raise your right hand.
20            Do you solemnly swear or solemnly and sincerely
21       affirm, as the case may be, the evidence you're about
22       to give concerning this case shall be the truth, the
23       whole truth, and nothing but the truth so help you
24       God or upon penalty of perjury?
25            MR. LODICE:  I do.
26            THE CLERK:  Please state your --
27            MS. BIRTHWRIGHT:  I do.
```

```
 1              THE CLERK:  -- name and address.
 2              MR. LODICE:  Matthew Lodice.  48 Quarry Hill
 3     Road, Waterbury, Connecticut, 06706.
 4              THE CLERK:  And Support Enforcement.
 5              MS. BIRTHWRIGHT:  Thongsabai Birthwright.  New
 6     Haven Support Enforcement officer.
 7              THE COURT:  This contempt is not properly before
 8     this Court.  It's a contempt about visitation.  So --
 9              THE CLERK:  Is --
10              THE COURT:  -- have you seen Miss Antar here?
11              MR. LODICE:  I have not.
12              THE COURT:  All right.  Even --
13              THE CLERK:  Let me --
14              THE COURT:  -- though it's not properly before
15     me --
16              THE CLERK:  -- let me --
17              THE COURT:  -- can I dismiss it for her not --
18              THE CLERK:  -- let me --
19              THE COURT:  -- being here?
20              THE CLERK:  -- let me take a -- a -- one second.
21              THE COURT:  I'm not even sure it was served.
22              THE CLERK:  No, no, no.  Ours is one -- ours is
23     136 --
24              THE COURT:  Ours is 136?
25              THE CLERK:  -- not 137.
26              THE COURT:  Oh, I'm sorry.
27              THE CLERK:  Yeah.
```

```
1            THE COURT:  Thank you.
2            Who is -- who is the custodial party?
3            MR. LODICE:  Well -- what do you mean?  Oh, her
4       mom technically but her mom just doesn't take her
5       really so --
6            THE COURT:  Okay.
7            MR. LODICE:  -- it's kinda one of the things I
8       have to address when we're here.
9            THE COURT:  Okay.
10           MR. LODICE:  'Cause, like, she's supposed to be
11      with her mom all week and, again, her mom didn't pick
12      her up again so.
13           THE COURT:  Okay.
14           MR. LODICE:  I'm having a lot of issues with
15      this.
16           THE COURT:  So you have -- mom has a contempt in
17      family court saying that you're not giving her the
18      child.  I'm not -- I -- I'm not gonna get into that
19      because --
20           MR. LODICE:  Okay.
21           THE COURT:  -- that's not my -- but do you have
22      a mod pending?  Do you have something pending to
23      change custody so that you are --
24           MR. LODICE:  Not yet.  I have to --
25           THE COURT:  -- the custodial party?
26           MR. LODICE:  -- still -- still file the
27      paperwork.
```

1     THE COURT: Okay. So this is what we're gonna
2  do. You need to do that today.
3     MR. LODICE: Okay.
4     THE COURT: Okay. You're gonna -- you and your
5  daughter are gonna go first floor and you're --
6     MR. LODICE: Okay.
7     THE COURT: -- gonna fill out the paperwork
8  because this is why. If she's in your house full-
9  time, it makes absolutely no sense that you're paying
10 another house.
11    MR. LODICE: Yeah.
12    THE COURT: Okay. But, nonetheless, you're
13 still under a Court order --
14    MR. LODICE: Okay.
15    THE COURT: -- so you can't just not pay.
16    MR. LODICE: No. I know.
17    THE COURT: The minute a Judge says that you are
18 the custodian, the party, the order turns off
19 automatically. You don't have to file a second
20 motion.
21    MR. LODICE: Okay.
22    THE COURT: Okay. So is it your intention that
23 you file something so that you're the full-time
24 custodian?
25    MR. LODICE: So is that -- is -- I don't know
26 what to file. Like, what do I file?
27    THE COURT: Do you want her to stay in your

```
 1              house full-time?
 2                   MR. LODICE:  Yes.
 3                   THE COURT:  Okay.  So go downstairs to the
 4              first floor.
 5                   MR. LODICE:  Okay.
 6                   THE COURT:  It's court service center.  They
 7              help people without attorneys fill out their
 8              paperwork.
 9                   MR. LODICE:  Okay.
10                   THE COURT:  Since you're here, since she's
11              here --
12                   MR. LODICE:  Second floor?
13                   THE COURT:  First floor.
14                   THE MARSHAL:  First.
15                   MR. LODICE:  First floor.
16                   THE COURT:  They're gonna then send you to the
17              second floor.  Okay.
18                   MR. LODICE:  Okay.
19                   THE COURT:  But get the paperwork in.
20                   MR. LODICE:  Okay.
21                   THE COURT:  I'm gonna continue this contempt for
22              a couple weeks --
23                   MR. LODICE:  Okay.
24                   THE COURT:  -- give you time to get that pending
25              because, if you're the custodial party, I don't wanna
26              hold you in contempt for not paying your child
27              support but, nonetheless, right now you're under an
```

```
 1          order and you have to be doing it.
 2              MR. LODICE:  Okay.
 3              THE COURT:  Okay.  So I think I'm gonna continue
 4          this out to June 1st at 10:00 a.m.  That gives you
 5          ample opportunity to get all your ducks in a row --
 6              MR. LODICE:  Yeah.
 7              THE COURT:  -- so the next time we see each
 8          other hopefully all of your custody issues are -- are
 9          worked out.  Okay.
10              MR. LODICE:  Okay.
11              THE COURT:  All right.
12              MR. LODICE:  Thank you, your Honor.
13              THE COURT:  You're welcome.
14              (Whereupon the intervening proceedings are not
15          included in transcript.)
16              (Whereupon Ms. Antar is present and Mr. Lodice
17          is not present during the following proceedings.)
18              THE COURT:  She can actually come right up --
19              THE MARSHAL:  Go straight --
20              THE COURT:  -- marshal.
21              THE MARSHAL:  -- to the mic.  Come on up.
22          Antar.
23              THE COURT:  Ma'am, we continued your matter to
24          June 1st.  Your contempt for your visitation issues is
25          on the family side so if you go down to the second
26          floor they'll talk to you about the visitation
27          contempt and I don't know when that's --
```

```
1            THE CLERK:  That's --
2            THE COURT:  -- docketed.
3            THE CLERK:  -- that's scheduled for April 12th.
4            THE COURT:  Okay.  But, in terms of your child
5       support contempt, it's continued to June 1st.
6            MS. ANTAR:  And why'd it get continued?
7            THE COURT:  'Cause you weren't here when the
8       case was called.
9            MS. ANTAR:  Okay.  I was trying to find --
10           THE COURT:  That --
11           MS. ANTAR:  -- parking.  So --
12           THE COURT:  Court starts at ten.
13           MS. ANTAR:  So, in that case, that -- just -- I
14      have to come back on June 1st and that'll be just for
15      child support?
16           THE COURT:  Yes.
17           MS. ANTAR:  But there's nothing else being heard
18      today, right?
19           THE COURT:  No.
20           MS. ANTAR:  Okay.
21           THE COURT:  I -- I -- I didn't realize your --
22           THE CLERK:  The -- the -- the custody/visitation
23      part of things is dealt with on the other side of the
24      hall and, again, that's on April 12th.  Your child
25      support is separate and held here.
26           MS. ANTAR:  Okay.
27           THE COURT:  All right.  Thank you.
```

```
1                MS. ANTAR:  All right then.  Thank you.
2                THE COURT:  We are adjourned for the day.  Thank
3       you, everybody.
4                THE MARSHAL:  All rise.  Court will stand in
5       adjournment.
6                (Whereupon court was adjourned.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

| | | |
|---|---|---|
| NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA F. ANTAR | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MATTHEW J. LODICE | : | MARCH 9, 2022 |

C E R T I F I C A T I O N

    I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jennifer S. Aguilar, Family Support Magistrate, on the 9th day of March, 2022.

    Dated this 10th day of August, 2022 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor
6/26/2023

| | | |
|---|---|---|
| NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA F. ANTAR | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MATTHEW J. LODICE | : | MARCH 9, 2022 |

<u>E L E C T R O N I C</u>

<u>C E R T I F I C A T I O N</u>

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jennifer S. Aguilar, Family Support Magistrate, on the 9th day of March, 2022.

    Dated this 26th day of June, 2023 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor