```
NNH-FA19-5046828-S              :  SUPERIOR COURT

THEODORA ANTAR                  :  JUDICIAL DISTRICT
                                   OF NEW HAVEN

v.                              :  AT NEW HAVEN, CONNECTICUT

MATHEW LODICE                   :  JUNE 29, 2022
```

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE DONALD R. GREEN, FAMILY SUPPORT MAGISTRATE

A P P E A R A N C E S :

  Representing the State of Connecticut:

  NOT PRESENT

  Representing the Petitioner:

  MS. THEODORA ANTAR -- Ordering Party
  SELF-REPRESENTED PARTY
  856 SHAGBARK DRIVE
  ORANGE, CT 06477

  Representing the Respondent:

  NOT PRESENT

  Also Present:

  DAWN MORROW
  SUPPORT ENFORCEMENT OFFICER

Recorded and Transcribed by:

Meghan Gleason
Court Recording Monitor
235 Church Street
New Haven, CT  06510

```
1        MS. MORROW:  Your Honor, the next matter is
2   number seven, the matter of Theodora Antar with
3   Mathew Lodice.
4        THE CLERK:  Please raise your right hand, ma'am.
5   Do you solemnly swear or solemnly and sincerely
6   affirm as the case may be the evidence you're about
7   to give concerning this case should be the truth, the
8   whole truth, and nothing but the truth so help you
9   God or upon penalty of perjury?
10       MS. MORROW:  I do.
11       MS. ANTAR:  Yes.
12       THE CLERK:  Please state your name and address.
13       MS. ANTAR:  Theodora Antar, 856 Shagbark Drive,
14  Orange, Connecticut.
15       THE CLERK:  Thank you.  Support enforcement.
16       MS. MORROW:  Dawn Morrow, support enforcement
17  officer, New Haven, Connecticut.
18       THE COURT:  One moment, Miss Morrow.
19       MS. MORROW:  Yes.
20       (Whereupon, there was a pause in the
21  proceedings.)
22       THE COURT:  All right.
23       MS. MORROW:  So, your Honor, we were last here
24  on June 1st; that was a motion to modify as well as
25  the contempt.  Mr. Lodice was found in contempt and
26  incarcerated with a purge; that purge has been paid.
27  So, the next continuance for the motion to modify is
```

```
1        July 11th at 2 p.m. and I believe Miss Antar wanted to
2        address the Court in regards to that court date.
3             THE COURT:  Do you mean July 11th?
4             MS. MORROW:  Correct, July --
5             THE COURT:  It --
6             MS. MORROW:  -- 11th for a special hearing at 2
7        p.m.
8             THE COURT:  And the -- you said the purge was
9        paid?
10            MS. MORROW:  The purge was paid, correct.
11            THE COURT:  And what was the amount of the
12       purge?
13            MS. MORROW:  The purge was $2,160.
14            THE COURT:  Two -- 2,160, okay.
15            MS. MORROW:  Correct.
16            THE COURT:  All right.  And you said there's a
17       motion to modify that was --
18            MS. MORROW:  There were multiple motions --
19            THE CLERK:  To the --
20            MS. MORROW:  -- your Honor, that were filed.
21            THE CLERK:  Currently, the one that's pending,
22       your Honor, is motion 148.  There are family matters
23       addressed as well but, for our purposes, it's down
24       for a special hearing on Monday, July 11th at 2 p.m.
25       They have the entire the afternoon.
26            THE COURT:  148?
27            THE CLERK:  Yes, your Honor.
```

```
1          THE COURT:  All right.  I see that here.  All
2     right.  All right.  Good morning, Miss Antar.
3          MS. ANTAR:  Good morning.
4          THE COURT:  With regard to the contempt first,
5     it -- it looks like Mr. Lodice has paid the purge
6     balance and, therefore, the Court is prepared to
7     conclude that contempt.  Would you like to comment on
8     this?
9          MS. ANTAR:  I would.  I would like to say that
10    Mr. Lodice only paid that amount after he was
11    incarcerated.  He stated on June 1st to the Judge that
12    he would start making the weekly -- he promised that
13    he would start making the weekly payments including
14    the arrearage that the Judge said to start paying on
15    June 1st.  He said I'll -- I'm -- I have the money
16    now; I'll start paying it.  The Judge ordered the
17    purge.  He then said he didn't have the money and he
18    -- he was able to pay it the very next day and got
19    out in less than twenty-four hours.
20         Since then, he has not paid a single dollar to
21    support enforcement at all.  I have not received any
22    of the money that he paid from the purge 'cause he
23    didn't pay it until he was already in the Department
24    of Corrections.  I haven't received any child support
25    at all since December of 2021 and prior to that the
26    only money he was paying was coming out of his
27    Unemployment.  Once the Unemployment stopped, he
```

1    didn't pay a single dime.  He said he will not pay
2    anything unless a Judge forces him to do so.  He says
3    he would only -- the only reason he paid was to get
4    out of jail not because he wanted to pay the child
5    support.  He says he has no intention of paying at
6    all unless ordered and forced by the Court.
7         So, I just think that it's really, you know,
8    upsetting to see that that's -- this is the only way
9    to get him to pay, especially after he was -- he was
10   also told on April 12th by Judge Price-Boreland in
11   family court to start paying -- to continue to pay
12   the child support by June -- by April 15th, 2022 at --
13   at 6 p.m.  He never paid, that was brought up on the
14   1st, and now he still has not made any payments.  And
15   we went to court yesterday in family court as well
16   and he stated that he was going to try to make
17   payments but he told me afterwards that he has no
18   intention of paying unless he is locked up again.
19        THE COURT:  Okay.  Well, Miss Antar, the -- once
20   a purge is set in these contempt matters and it's
21   paid, then the Court has no other option but to
22   conclude that contempt.  So, the Court is going to
23   conclude this contempt today but that doesn't stop
24   you from filing another motion if he's not paying.
25   And -- and what -- the -- the claims that you just
26   made before the Court today should be brought up when
27   the contempt comes in again.  And, you know, the

```
1      magistrates have different options that they can
2      pursue to make sure he continues to pay on a weekly
3      basis.
4           MS. ANTAR:  Okay.  And then as far as the
5      modification, on June 1st, we requested the date to be
6      July 11th because we were going to wait until the June
7      28th hearing --
8           THE COURT:  Okay.
9           MS. ANTAR:  -- in front of family court
10     regarding the discovery, and yesterday there was no
11     resolution or order regarding the discovery.  We were
12     actually sent to family relations and -- and then at
13     the end of the day, they said they were going to
14     schedule us again for a mediation and then another
15     court date in August.
16          THE COURT:  Mm-hmm.
17          MS. ANTAR:  So, I was seeing if we could
18     potentially move that modification date to maybe
19     possibly September once we're able to clear things up
20     with the family --
21          THE COURT:  Sure.  Yeah, that's not -- not --
22          THE CLERK:  Your -- your --
23          THE COURT:  -- a problem.
24          THE CLERK:  -- Honor, just to clarify that, did
25     you go down to the clerk's office to speak to anybody
26     about what happened yesterday?
27          MS. ANTAR:  I called the clerk's office this
```

```
1          morning and I --
2              THE CLERK:  I --
3              MS. ANTAR:  -- spoke to them about it.
4              THE CLERK:  I spoke to you.
5              MS. ANTAR:  Yeah.
6              THE CLERK:  But I told you to go to the clerk's
7          office.  Did you check to see what the actual order
8          was?
9              MS. ANTAR:  No, I just came straight here.
10             THE CLERK:  Okay.  Your Honor, if -- if you want
11         to pass it briefly, I can see if there's even going
12         to be a family court date in the future.  I would
13         have to talk to Nancy.  I don't know if anything's
14         been processed yet from yesterday.
15             THE COURT:  All right.  But that still wouldn't
16         not prevent this Court to continue this matter out.
17             THE CLERK:  Right, but what I'm saying is the --
18         the reason she's asking for the continuance, I
19         believe, is to see if anything happens in family
20         court that would affect this court.  If there's not
21         gonna be a family court date in the future, then it's
22         moot.
23             THE COURT:  All right.
24             MS. ANTAR:  Well, I'm --
25             THE COURT:  What is --
26             MS. ANTAR:  -- saying --
27             THE COURT:  -- your --
```

1          MS. ANTAR: -- because of the discovery. So,
2     the whole thing, it's not about the other custody
3     issues. It's about the motion for financial
4     discovery, which this will determine whether or not
5     there should be modifying the child support and that
6     was not decided on yesterday like it was supposed to
7     be. So, since then, that's why I'm asking if we can
8     push this out. By then, I believe that we should
9     have some, you know, and give the defendant a chance
10    to actually provide the documents we're asking for
11    and have a chance to go over it.
12         THE COURT: Okay. All right. I mean, the Court
13    -- the Court will pass it but I don't think it has
14    any bearing.
15         THE CLERK: I -- the -- the only reason I
16    brought that up, your Honor, is I don't see a
17    continuance date in family yet so --
18         THE COURT: In family. The --
19         THE CLERK: Yeah, so I --
20         THE COURT: Is there anything going on currently
21    in family court, Miss Antar?
22         MS. ANTAR: So, when we left off yesterday, it
23    was almost 5 o'clock, the Judge had left, the family
24    relations worker who we were with stated that she was
25    going to contact us within 28 days to schedule us for
26    a mediation with me, the defendant, and her.
27         THE COURT: Mm-hmm.

```
1              MS. ANTAR:  And then after that, we would have a
2        court date in August to make whatever we decide in
3        the mediation --
4              THE COURT:  Okay.
5              MS. ANTAR:  -- final.
6              THE COURT:  All right.
7              THE CLERK:  Okay.  So, yeah --
8              THE COURT:  Yeah, so that's --
9              THE CLERK:  -- in --
10             THE COURT:  -- helpful.
11             THE CLERK:  -- in that case, I wouldn't see it.
12       Yeah so.
13             THE COURT:   Yeah.  Why don't we just go in mid-
14       September sometime.
15             THE CLERK:  And still a special hearing, your
16       Honor, for that 'cause it's --
17             THE COURT:  Yeah, it --
18             THE CLERK:  -- it's down --
19             THE COURT:  -- sounds like --
20             THE CLERK:  -- right now --
21             THE COURT:  -- it's going to need a special
22       hearing.
23             THE CLERK:  Okay.  So, mid-September you said?
24             THE COURT:  Yeah.
25             THE CLERK:  All right. Let's see.  We can do
26       September 12th, your Honor.  If there's -- the whole
27       day is open.  So, if they want the full morning block
```

```
1         or the full afternoon block, whatever's easier. So,
2         that --
3              THE COURT:  Then --
4              THE CLERK:  -- would be at 10 a.m. or 2 p.m.
5              THE COURT:  September 12th?
6              MS. ANTAR:  September 12th?  Yeah, let's do 2
7         p.m.
8              THE COURT:  All right.  So --
9              THE CLERK:  And we're --
10             THE COURT:  -- so, the motion to modify is
11        continued to September 12th at 2 p.m.
12             MS. ANTAR:  Okay.
13             THE COURT:  I'm going to ask that notice be sent
14        to the defendant.
15             THE CLERK:  And we're vacating the July 11th
16        date?
17             THE COURT:  The -- yes, the July 11th date is
18        vacated.  The Court for -- with regards to the
19        contempt, the motion, the Court finds that the
20        defendant is in compliance as he paid the full
21        balance of the purge and the contempt is concluded.
22        The motion --
23             THE CLERK:  If you --
24             THE COURT:  -- to modify is continued to
25        September 12th at 2 p.m.
26             THE CLERK:  If you file a new contempt, I'll put
27        it on the same day.
```

```
1            MS. ANTAR:  Okay, perfect.  Thank you so much.
2            THE COURT:  Any other questions, Miss Antar?
3    Anything else?
4            MS. ANTAR:  That's all.  Thank you --
5            THE COURT:  All right.
6            MS. ANTAR:  -- your Honor.
7            THE COURT:  You're excused, ma'am.  Enjoy the
8    rest of your day.
9            MS. ANTAR:  You too.  Thank you.
10                         --0--
```

| | | |
|---|---|---|
| NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MATHEW LODICE | : | JUNE 29, 2022 |

C E R T I F I C A T I O N

    I, Meghan Gleason, hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, Connecticut, before the Honorable Donald R. Green, Magistrate, on the 29th day of June, 2022.

    Dated this 5th day of August, 2022 in New Haven, Connecticut.

*Meghan Gleason 6/26/23*

_____
Meghan Gleason
Court Recording Monitor

| | | |
|---|---|---|
| NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MATHEW LODICE | : | JUNE 29, 2022 |

E L E C T R O N I C

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, Connecticut, before the Honorable Donald R. Green, Magistrate, on the 29th day of June, 2022.

    Dated this 26th day of June, 2023 in New Haven, Connecticut.

*Meghan Gleason*
_____
Meghan Gleason
Court Recording Monitor