| | | |
|---|---|---|
| NNH-FA16-4068691-S | : | SUPERIOR COURT |
| THEODORA F. ANTAR | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| GERALD VIGLIONE, JR | : | OCTOBER 11, 2022 |

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JANE K. GROSSMAN, JUDGE

A P P E A R A N C E S :

   Representing the Plaintiff:

      THEODORA F. ANTAR
      Self-Represented Party

   Representing the Defendant:

      GERALD VIGLIONE, JR
      Self-Represented Party

Recorded and Transcribed By:
Alexis Shevchenko
Court Recording Monitor
235 Church Street
New Haven, CT 06510

|    |    |
|---:|----|
| 1  | THE CLERK:  Antar versus Viglione. |
| 2  | It's number three on the docket, your Honor. |
| 3  | THE COURT:  Okay.  This is probably also a paper |
| 4  | file. |
| 5  | THE CLERK:  Uh-huh.  I have it. |
| 6  | THE COURT:  Thank you. |
| 7  | THE CLERK:  Mm-hmm. |
| 8  | THE COURT:  All right.  Good morning, ladies and |
| 9  | gentlemen. |
| 10 | MR. VIGLIONE:  Good morning. |
| 11 | THE COURT:  All right.  What's your name for the |
| 12 | record, ma'am? |
| 13 | MS. ANTAR:  Theodora Antar. |
| 14 | THE COURT:  And sir. |
| 15 | MR. VIGLIONE:  Gerald Viglione. |
| 16 | THE COURT:  Okay.  So this is a post-judgment |
| 17 | motion. |
| 18 | Looks like it was filed by you, sir.  Is that |
| 19 | right? |
| 20 | MR. VIGLIONE:  Yes, it is. |
| 21 | THE COURT:  And I have a note from family |
| 22 | relations indicating that they -- there was a request |
| 23 | for a continuance.  Who is requesting -- |
| 24 | Is that you, ma'am? |
| 25 | MS. ANTAR:  Yeah.  I was requesting the |
| 26 | opportunity to speak with counsel and try to get an |
| 27 | attorney in this matter. |

```
1          THE COURT:  Well, Ms. Antar, you're welcome to
2     do that but I don't think I can put the case off for
3     you to do that unless you two agree about that.
4          MR. VIGLIONE:  No.
5          THE COURT:  So I see that you made a request for
6     a continuance.  I -- and, unfortunately, I can't
7     grant those continuances when someone's served with a
8     court date because what you got was an order to show
9     cause to appear on this date which is not something I
10    can really continue unless people agree and I -- I
11    see there's not a lot of agreement on the
12    continuances.
13         So it looks to me like you were served with this
14    paperwork about a month ago.  Is there some reason
15    why you couldn't obtain counsel between then and now?
16         MS. ANTAR:  Well, Mr. Viglione said that he
17    wanted to try to work this out without having to go
18    to court so I was thinking we were gonna just work it
19    out.  And then now, since today, our meeting with the
20    family relations, it's clear that there's some more
21    issues and so I'd like to get legal counsel before I
22    say or do anything further.
23         THE COURT:  Okay.  So were you able to have a
24    conversation with family relations this morning or
25    not?
26         MR. VIGLIONE:  Yes, we did.
27         THE COURT:  All right.
```

```
1         MR. VIGLIONE:  It didn't go as well as it
2    should've went.
3         And it was discussed on the phone that I was
4    gonna try to work it out with her but soon as I got
5    to the first thing that I wanted to talk about it was
6    automatically refused and it was pointless to even
7    try without having, you know, it brought here.
8         THE COURT:  Okay.  Well, I -- I think -- I think
9    I would -- we can probably accommodate both your
10   requests in some ways.  We -- we have to let family
11   relations get started on their work with your family.
12   So it sounds to me like you left it with them that
13   you weren't gonna do much today because you were
14   requesting a continuance.  Is that right?
15        MS. ANTAR:  There was just no agreement.  So
16   that's why we said --
17        THE COURT:  Okay.
18        MR. VIGLIONE:  To any of my things.  There was
19   no agreement to any of them.
20        THE COURT:  All right.  Well, I -- look, that's
21   -- that's why we have family court.  People disagree.
22   That's fine.  But I want family relations to at least
23   decide today what they might need to do to help you
24   resolve these disputes.  So I wanna make good use of
25   today.  You both missed school and work to be here so
26   we might as well make good use of the day.
27        However, we won't make any decisions about --
```

|     |     |
| --- | --- |
| 1   | we're not having a hearing today, Miss Antar.  So |
| 2   | you're not going to be forced to make any decisions |
| 3   | or have a trial today.  I'll give you a future date. |
| 4   | In between now and then if you hire a lawyer that's |
| 5   | fine. |
| 6   | But I do want you to meet with family relations, |
| 7   | and I appreciate there's no agreement, gets -- you |
| 8   | know, at least let them screen you for what services |
| 9   | might be a -- as -- helpful to get the case moving |
| 10  | along. |
| 11  | So I'll try and accommodate both your requests. |
| 12  | I'm gonna -- |
| 13  | MR. VIGLIONE:  The problem is is we need |
| 14  | somebody to just decide because there is not gonna be |
| 15  | any agreement to them.  There's only three things, |
| 16  | literally three things. |
| 17  | And also I wanted to see if I could drag the |
| 18  | Friday court date, which is for child support, into |
| 19  | today to get that over and done with so I don't miss |
| 20  | another day at work. |
| 21  | THE COURT:  Oh, do you have a date on -- |
| 22  | MR. VIGLIONE:  Yeah. |
| 23  | THE COURT:  -- Friday? |
| 24  | MR. VIGLIONE:  She served me with those papers |
| 25  | to come on the 14th for child support which I'm okay |
| 26  | with.  You can renew my financial affidavits which I |
| 27  | have right here and we can just have it all settled |

|    |   |
|----|---|
| 1  | today. |
| 2  | MS. ANTAR: I'm gonna object to that because we |
| 3  | specifically are doing it in front of the magistrate |
| 4  | court 'cause it's a support enforcement case and |
| 5  | there's state assistance involved. So that's why |
| 6  | we're doing it in magistrate on Friday. |
| 7  | THE COURT: Okay. I -- well, that's true. In |
| 8  | order for us to hear a -- that motion, I need support |
| 9  | enforcement here. |
| 10 | However, I -- I mean, I can try and consolidate |
| 11 | your court dates so that you're not coming twice. So |
| 12 | we could push off the Friday date to a day when I can |
| 13 | see you again on this issue and you can also see |
| 14 | magistrate on the same day or I can do it 'cause I'll |
| 15 | have support enforcement here. So I can try and |
| 16 | consolidate your court dates as long as it's -- it |
| 17 | won't be on Friday, I can't do it Friday, but we |
| 18 | could do it a -- you know, in a couple weeks. Would |
| 19 | that work for everyone? |
| 20 | MR. VIGLIONE: So nothing's gonna get discussed |
| 21 | today at all? |
| 22 | THE COURT: No -- well, some things are gonna |
| 23 | get discussed. But -- |
| 24 | MR. VIGLIONE: Okay. |
| 25 | THE COURT: -- here's what I'm proposing. I |
| 26 | want you to talk to family -- go back to see family |
| 27 | relations, I don't know who you talked to, and tell |

1       them I want the case screened for services.  Then
2       you'll come back and see me, we'll pick a new date,
3       and on that date we'll try and make it a date that we
4       can address the custody issues and the child support
5       issues so that you don't have two court dates.  Would
6       that work for everyone?
7              MS. ANTAR:  I would prefer not to do that 'cause
8       I specifically asked that it get switched over to the
9       magistrate court and they did.  It was originally
10      scheduled for this court and I asked it to go to
11      magistrate 'cause they've been handling this case for
12      over six years.  They have all of his records of his
13      income, they withhold his income, so I really would
14      feel -- feel more comfortable and I made arrangements
15      to be there for Friday.  That was already pushed back
16      from September.  I don't wanna keep moving it.
17             MR. VIGLIONE:  That's fine.
18             MS. ANTAR:  I -- I'm --
19             MR. VIGLIONE:  I'm -- I'm okay --
20             MS. ANTAR:  -- prepared for --
21             MR. VIGLIONE:  -- with it.
22             MS. ANTAR:  -- to do Friday and I'd like to move
23      forward as it's scheduled.
24             THE COURT:  Okay.  So let me just be clear about
25      what I'm suggesting, Miss Antar.  I -- I'm just
26      saying that you could have your court dates on the
27      same day.  It doesn't -- you can keep it in

1    magistrate court if you want to but I'd make your
2    custody case at -- in the morning and your magistrate
3    case in the afternoon or, you know, this one at 9:30
4    and that one at 11:00.  So you can keep your case in
5    magistrate court if that's what you want to do but
6    just on the same day so that I don't have you guys
7    coming here multiple times a month.
8         MS. ANTAR:  I would prefer not to continue the
9    scheduled hearing for Friday and I'd -- I'd like to
10   keep it as is and I believe he just said it's fine.
11        THE COURT:  Okay.  Well, I am trying to
12   accommodate all of your schedules.  I've got a flurry
13   of motions for continuance saying that everybody
14   needs to be at work and school and with their kids.
15   So I'm just trying to accommodate that.  So give it
16   some thought.  Maybe we can move it to a day that's
17   not so far out.  You know, maybe not Friday but maybe
18   two weeks or something so it's not too far out.  But,
19   okay, let's do one thing at a time.
20        MS. ANTAR:  Your Honor, may I just make a
21   comment about that?  I just wanna say too, like, I
22   went -- I did make arrangements to be here Friday and
23   my schedule's a little bit complicated so it's gonna
24   be more stressful for me to try to then reschedule it
25   and I would really like to move forward with Friday
26   since I never filed a continuance for that and I
27   don't want to continue it.  I'd like to come on

1  Friday and I set my schedule open so that I can be
2  here Friday.
3      THE COURT:  Okay.  If there's no agreement, I
4  won't change it, all right, but, Ms. Antar, I think
5  you have more than one case here, right?  Like, you
6  -- don't you have two case -- two custody cases here
7  and also two magistrate cases here?  I get a lot of
8  continuance requests from you.  I'm just trying to --
9  to get the cases consolidated a little so that you
10 don't have so many court dates.  I'm not trying to do
11 anything nefarious, okay.  I'm just trying to get
12 your dates on the same day.
13     So, if you don't -- if there's no agreement,
14 I'll keep it on Friday.  Fine.  But -- but you can't
15 complain to me that you have too many court dates and
16 you can't be here if I'm trying when you're in front
17 of me to -- to schedule things a little more
18 consolidated, okay.  So just give it some thought.
19     It can stay with the magistrate.  The custody
20 case can -- can stay here.  The financial case can
21 stay with the magistrate.  We will do it on a day
22 when support enforcement is here so they have the --
23 all those records but it doesn't have to be different
24 days.  It could be the same day because I have the
25 ability to schedule things for the magistrates.  So
26 that's all I'm saying.
27     So you don't have to make a decision.  I'm gonna

1        give you this --
2             Marshal, this goes back to one of the parties.
3             I want you to go back and see family, I want the
4        -- the custody case screened for services, and then I
5        want you to come back and see me.  And, if there's
6        any movement about moving Friday, I'll hear you out
7        and, if there's not, then it'll stay on Friday, okay.
8        All right.
9             MR. VIGLIONE:  Thank you.
10            THE COURT:  Thank you.  Back to family.  I'll
11       see you before you leave today.
12            That matter's passed.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

```
NNH-FA16-4068691-S              :   SUPERIOR COURT

THEODORA F. ANTAR               :   JUDICIAL DISTRICT
                                    OF NEW HAVEN

v.                              :   AT NEW HAVEN, CONNECTICUT

GERALD VIGLIONE, JR             :   OCTOBER 11, 2022
```

E L E C T R O N I C

C E R T I F I C A T I O N

      I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jane K. Grossman, Judge, on the 11th day of October, 2022.

      Dated this 5th day of June, 2023 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor
07/03/2023

```
NNH-FA16-4068691-S           :    SUPERIOR COURT

THEODORA F. ANTAR            :    JUDICIAL DISTRICT
                                  OF NEW HAVEN

v.                           :    AT NEW HAVEN, CONNECTICUT

GERALD VIGLIONE, JR          :    OCTOBER 11, 2022
```

C E R T I F I C A T I O N

    I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jane K. Grossman, Judge, on the 11th day of October, 2022.

    Dated this 3rd day of July, 2023 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor