HIC # 0662092



# WHOLE HOUSE

## REMODELING

# 203.919.9528

| Siding | Roofing |
|--------|---------|
| Flooring | Decking |
| Painting | Gutters |
| Bath | Kitchen |

## LICENSED AND FULLY INSURED



**203.919.9528**

## WHOLE HOUSE REMODELING

# Now's The Time to Remodel!



## LICENSED AND FULLY INSURED

# $500 OFF
## Projects Over $3000

 **SECRETARY OF THE STATE OF CONNECTICUT**

## CERTIFICATE OF ORGANIZATION
LIMITED LIABILITY COMPANY - DOMESTIC

**FILING PARTY** (CONFIRMATION WILL BE SENT TO THIS ADDRESS)

| | | |
|---|---|---|
| **Name:** | WHOLE HOUSE REMODELING | |
| **Mailing Address:** | 48 QUARRY HILL ROAD | |
| **City:** | WATERBURY | |
| **State:** | CT | **Zip:** 06706 |
| **Country:** | USA | |

```
FILING #0007301853 PG 1 OF 2
       VOL E-00154 PAGE 1827
   FILED ON 04/16/2021 04:57 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**1. NAME OF LIMITED LIABILITY COMPANY - REQUIRED:** (MUST INCLUDE BUSINESS DESIGNATION I.E LLC, L.L.C. ETC.)

WHOLE HOUSE REMODELING LLC

**2. LLC'S PRINCIPAL OFFICE ADDRESS - REQUIRED:** (NO P.O. BOX) PROVIDE FULL ADDRESS.

| | | |
|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | |
| **City:** | WATERBURY | |
| **State:** | CT | **Zip:** 06706 |
| **Country:** | USA | |

**3. MAILING ADDRESS, REQUIRED -** PROVIDE FULL ADDRESS. (P.O.BOX IS ACCEPTABLE)

| | | |
|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | |
| **City:** | WATERBURY | |
| **State:** | CT | **Zip:** 06706 |
| **Country:** | USA | |

**4. NAICS CODE**

23 (Construction)

**NAICS SUB CODE**

236118 (Residential Remodelers)

**5. APPOINTMENT OF REGISTERED AGENT - REQUIRED:** (COMPLETE A OR B NOT BOTH)

■ **A. IF AGENT IS AN INDIVIDUAL.**

**PRINT OR TYPE FULL LEGAL NAME:**

MATTHEW LODICE

**CT BUSINESS ADDRESS**
(P.O. BOX NOT ACCEPTABLE) IF NONE, MUST STATE "NONE"

**CONNECTICUT RESIDENCE ADDRESS (REQUIRED)**
(P.O. BOX NOT ACCEPTABLE)

| | | | | |
|---|---|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | **Street:** | 48 QUARRY HILL ROAD | |
| **City:** | WATERBURY | **City:** | WATERBURY | |
| **State:** | CT   **Zip:** 06706 | **State:** | CT   **Zip:** 06706 | |
| **Country:** | USA | **Country:** | USA | |

**CONNECTICUT MAILING ADDRESS (REQUIRED)** (P.O. BOX ACCEPTABLE)

| | | |
|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | |
| **City:** | WATERBURY | |
| **State:** | CT | **Zip:** 06706 |
| **Country:** | USA | |

Full
PLAINTIFF'S EXHIBIT
2
6/1/22

```
FILING #0007301853 PG 2 OF 2
VOL E-00154 PAGE 1828
FILED ON 04/16/2021 04:57 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**SIGNATURE ACCEPTING APPOINTMENT:** [This document has been executed and filed electronically]

MATTHEW LODICE

☐ **B. IF AGENT IS A BUSINESS:**

**PRINT OR TYPE NAME OF BUSINESS AS IT APPEARS ON OUR RECORDS:**

| **CT BUSINESS ADDRESS** (P.O. BOX NOT ACCEPTABLE) | | **CT MAILING ADDRESS** (P.O. BOX ACCEPTABLE) | |
|---|---|---|---|
| **Street:** | NONE | **Street:** | NONE |
| **City:** | | **City:** | |
| **State:** | **Zip:** | **State:** | **Zip:** |
| **Country:** | | **Country:** | |

**SIGNATURE ACCEPTING APPOINTMENT ON BEHALF OF AGENT:** [This document has been executed and filed electronically]

**PRINT NAME & TITLE OF PERSON SIGNING:**

**6. MANAGER OR MEMBER INFORMATION - REQUIRED:** (MUST LIST ATLEAST ONE MANAGER OR MEMBER OF THE LLC.)

**NAME / TITLE :** MATTHEW LODICE / MANAGER

| **BUSINESS ADDRESS** | | **RESIDENCE ADDRESS** | |
|---|---|---|---|
| **Street:** | 48 QUARRY HILL ROAD | **Street:** | 48 QUARRY HILL ROAD |
| **City:** | WATERBURY | **City:** | WATERBURY |
| **State:** | CT | **Zip:** 06706 | **State:** | CT | **Zip:** 06706 |
| **Country:** | USA | **Country:** | USA |

**7. ENTITY EMAIL ADDRESS-REQUIRED:** (IF NONE, MUST STATE "NONE.")

WHOLEHOUSEREMODELING@GMAIL.COM

**8 . EXECUTION - REQUIRED:** (SUBJECT TO PENALTY OF FALSE STATEMENT) [This document has been executed and filed electronically]

**Date: (MM/DD/YYYY)** 04/16/2021

| **NAME OF ORGANIZER** (print/type) | **SIGNATURE** (required) |
|---|---|
| MATTHEW LODICE | MATTHEW LODICE |

I asked my mother to ask
Matthew to purcha...
underwear for Angelina
on 3/6/22, this package
was delivered. He ordered it.
Refuses to pay
due to "no money"
yet can buy on amazon

requesting
we
subpoena—
- amazon
  prime
- venmo
- zelle
- TD Bank
- Webank



how2recycle.in

PAPER

E12

A-30.1E

LAS2     0.4 Lbs     03/06     DCY9

Angelina Lodice
856 SHAGBARK DR
06477 – 1422 ORANGE , CT United States

PLAINTIFF'S EXHIBIT

TBA015373110204     CYCLE 1

DCY9

PHL7 & CY9

HFD5 D CY9

M2



This pad was taken off the market on 12/30/21.
**Explore listings in the same area.**

**$950**                                    No longer available

🛏 1 bed   🛁 1 bath   600 sqft

23 Lyman St #3                              🏢 Condo
New Britain, CT 06053

⌃ **Find similar homes**



| This listing | 52 Lawlor St #1N | 30 Gillett St | 603 Fairvio |

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: Re: Screenshot (Mar 7, 2022 7:59:15 AM)
   Date: Mar 7, 2022 at 9:06:15 AM
    To: Theodora Antar theodoraantar@gmail.com



What's sad is I can't even tell Angelina where we are going.. because I don't want to let her down when you don't show up. Everything you are saying about girlfriends and spending all this money is not true at all. I know it's hard for your traumatized brain to grasp all this but you are creating that false narrative in your own mind. None of it is true. I'm not not paying you for any other reason other than the fact that I cannot afford it. I don't care about the court cases at all. You are the only one who has been in contempt of the court order and I have every piece of proof I need. I'm sorry I cannot afford any child support or daycare and we will decide in court what the best course of action is to rectify it. We will also be changing the child support along with how we communicate. We may also be changing custody and primary residency. Nothing you say matters to me what matters is what the court says. I will not be sending money so please stop asking. I have no money to send

On Mon, Mar 7, 2022, 8:54 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or not. But I told you I have no money and I'm not sending anything. So whether you

choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see
you at 9:30. i hope you love our son and are there for him. you never even
heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much
better without you in it. I still don't believe you're pregnant nor do I believe
it's mine if you are. I guess we will just have to wait and see if you have a
baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you
even called me on march 2, 2022 at 132 am trying to come over. you tried
to come over again after that too. and sorry but a BLOOD TEST can NOT
ever in any circumstance show a false positive lmao. and if you
didnt believe me after i told you, showed u proof, blood test, piss test,
everything, if u still thought i wasnt why did u cum in me again on the 5th
lol. you said the same with angelina so i am not worried. i just want you to
be a good dad.

On Mon, Mar 7, 2022 at 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
well should have thought about that before you came in me on 11/13/21
when our son was conceived

On Mon, Mar 7, 2022 at 8:31 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
At that time I was saying those things. But a lot has changed since then. I have no interest in ever being with you. I have no interest in having more children with you. If you are pregnant with my child and I will raise that child as I do all my other ones and take on my full responsibility as a father. But I will have no part in dealing with you at all. I never want to see you or be with you again. You showed me something about you being pregnant from 4 months ago. But nothing in the last couple months. False positives can come up all the time, on top of the fact that a quarter of pregnancies don't even stick.

On Mon, Mar 7, 2022, 8:27 AM Theodora Antar <theodoraantar@gmail.com> wrote:
I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,


On Mon, Mar 7, 2022 at 8:24 AM Theodora Antar

<theodoraantar@gmail.com> wrote:
its at 12pm today at my ob

On Mon, Mar 7, 2022 at 8:22 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
None of what you just said is factual. You do not get the makeup
things and they magically become true. That's not how real life works. I
already told you I've not been able to afford to child support, that's
why we are going to court for that. You always say come to the
ultrasound but you never tell me where and what time. You keep
saying you are pregnant, but with no proof other than a screenshot or
a video of a pregnancy test. If you were truly pregnant and you wanted
me to be part of it and it was mine, then you would just do that and not
play so many games. Time to grow up and be a parent for the children
you do have let alone the imaginary one you're making up. I hope you
are not pregnant because the last thing this world needs is it another
child to have you as its mother.

On Mon, Mar 7, 2022, 8:18 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
That's interesting, what did you do with the $5000 deposit you made?
Interesting that you just sell only cash deals now and keep money in
the personal account. If you can afford to buy new boots and new
underwear and send money on Venmo to people on a regular basis
then you can afford to pay child support. If you can afford to send
money for drug addicts who overdosed and died then you can afford
to pay for daycare for the kid. See you at 9:30! Also, it would be nice if
you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:16 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

I am making no money and am broke. All my accounts are negative
and can't afford the child support nor the extra daycare. Whether I
am paying the chd support or not doesn't mean you don't have
responsibilities to our daughter. Your constant refusal and contempt
are just grounds for you to lose custody. All this will come up in court.
Please have a nice day. If you would like to talk to Angelina, please
call. She would at least like to talk to you since she can't see you,
again

On Mon, Mar 7, 2022, 8:08 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Matthew,

Please send me your court ordered child care and child support
money. I don't understand why you are blatantly refusing to pay the
court ordered child support and child care for our child. If you want
me to be your personal babysitter during the week and take her 5/7
days a week, then you need to pay for half the sitter so i can work
and child support so we can survive. gas is 5 a gallon and babysitter
is expensive and not to mention food prices have increased. Please,
do the right thing and send me the money. We are just trying to
survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court

ordered support.


On Mon, Mar 7, 2022 at 8:03 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
What am I supposed to tell our daughter now she's asking if we are
going to yiayias and if she going to see mommy. I have to tell her
no? Her mother doesn't want to take her again? I hope you know
that what you are doing only hurts Angelina and your relationship
with her. It doesn't hurt me at all. Time to grow up and do what's
best for her. I will be filing for custody and primary residency. With
this inconsistency you don't deserve to have her.

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Mar 7, 2022 7:59:15 AM)**
Date: **Mar 7, 2022 at 8:54:38 AM**
To: **Theodora Antar** theodoraantar@gmail.com

Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or not. But I told you I have no money and I'm not sending anything. So whether you choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar <theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see you at 9:30. i hope you love our son and are there for him. you never even heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much better without you in it. I still don't believe you're pregnant nor do I believe it's mine if you are. I guess we will just have to wait and see if you have a baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you
even called me on march 2, 2022 at 132 am trying to come over. you tried
to come over again after that too. and sorry but a BLOOD TEST can NOT
ever in any circumstance show a false positive lmao. and if you
didnt believe me after i told you, showed u proof, blood test, piss test,
everything, if u still thought i wasnt why did u cum in me again on the 5th
lol. you said the same with angelina so i am not worried. i just want you to
be a good dad.

On Mon, Mar 7, 2022 at 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
well should have thought about that before you came in me on 11/13/21
when our son was conceived

On Mon, Mar 7, 2022 at 8:31 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
At that time I was saying those things. But a lot has changed since then. I
have no interest in ever being with you. I have no interest in having more
children with you. If you are pregnant with my child and I will raise that
child as I do all my other ones and take on my full responsibility as a
father. But I will have no part in dealing with you at all. I never want to see
you or be with you again. You showed me something about you being
pregnant from 4 months ago. But nothing in the last couple months. False
positives can come up all the time, on top of the fact that a quarter of
pregnancies don't even stick.

On Mon, Mar 7, 2022, 8:27 AM Theodora Antar
<theodoraantar@gmail.com> wrote:

I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,


On Mon, Mar 7, 2022 at 8:24 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
its at 12pm today at my ob

On Mon, Mar 7, 2022 at 8:22 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
None of what you just said is factual. You do not get the makeup things and they magically become true. That's not how real life works. I already told you I've not been able to afford to child support, that's why we are going to court for that. You always say come to the ultrasound but you never tell me where and what time. You keep saying you are pregnant, but with no proof other than a screenshot or a video of a pregnancy test. If you were truly pregnant and you wanted me to be part of it and it was mine, then you would just do that and not play so many games. Time to grow up and be a parent for the children you do have let alone the imaginary one you're making up. I hope you are not pregnant because the last thing this world needs is it another child to

have you as its mother.

On Mon, Mar 7, 2022, 8:18 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
That's interesting, what did you do with the $5000 deposit you made?
Interesting that you just sell only cash deals now and keep money in
the personal account. If you can afford to buy new boots and new
underwear and send money on Venmo to people on a regular basis
then you can afford to pay child support. If you can afford to send
money for drug addicts who overdosed and died then you can afford
to pay for daycare for the kid. See you at 9:30! Also, it would be nice if
you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:16 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

I am making no money and am broke. All my accounts are negative
and can't afford the child support nor the extra daycare. Whether I am
paying the chd support or not doesn't mean you don't have
responsibilities to our daughter. Your constant refusal and contempt
are just grounds for you to lose custody. All this will come up in court.
Please have a nice day. If you would like to talk to Angelina, please
call. She would at least like to talk to you since she can't see you,
again

On Mon, Mar 7, 2022, 8:08 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Matthew,

Please send me your court ordered child care and child support
money. I don't understand why you are blatantly refusing to pay the
court ordered child support and child care for our child. If you want
me to be your personal babysitter during the week and take her 5/7
days a week, then you need to pay for half the sitter so i can work
and child support so we can survive. gas is 5 a gallon and babysitter
is expensive and not to mention food prices have increased. Please,
do the right thing and send me the money. We are just trying to
survive. It is not fair that you are working 7 days a week making
20,000 a month yet cant even send a single dollar toward court
ordered support.


On Mon, Mar 7, 2022 at 8:03 AM Matthew Lodice
<matthewlodice@gmail.com> wrote:
What am I supposed to tell our daughter now she's asking if we are
going to yiayias and if she going to see mommy. I have to tell her no?
Her mother doesn't want to take her again? I hope you know that
what you are doing only hurts Angelina and your relationship with
her. It doesn't hurt me at all. Time to grow up and do what's best for
her. I will be filing for custody and primary residency. With this
inconsistency you don't deserve to have her.



**WHOLE HOUSE REMODELING LLC**
48 QUARRY HILL RD
WATERBURY, CT 06706          06-21

1029

51-309/111
523

PAY TO THE
ORDER OF _Theodora anfar_                    DATE _11/2/21_

_Two hundred seventy_                         $ _276.00_

**TD Bank**
America's Most Convenient Bank®              DOLLARS

FOR _Ad Plymouth november_

⑈0010 29⑈ ⑈0111030 93⑈ 4394435436⑈

Full

PLAINTIFF'S
EXHIBIT

7

6/1/22

money paid from
his business account
for advertising of his
new company.

He took out multiple
advertisements.

9:13

← **Payment**

 **Matthew Lodice paid Samantha D'Occhio**

Jan 9, 2022 at 1:28 AM 🌐 Public

**The pot**

♡  Be the first person to like this.

 You
57s
How about you pay child support or child care for our kid instead you deadbeat piece of shit

 You
1s
Got money for whores, gambling, alcohol, etc but cant pay child care or child support ? What a fucking deadbeat

Full

PLAINTIFF'S EXHIBIT

8

6/1/22

Sending money to friends for recreational purposes, while refusing to contribute to child support or childcare

Write a comment

☺                                    Send

9:13

🔍 ⬆️ ☰ gofundme.com ↻

AA 🔒 gofundme.com ↻

gofundme



## Help Jason get laid to rest

## $12,365 raised

*Full*

**PLAINTIFF'S EXHIBIT**

**9**

*6/1/22*

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

*Matthew donated to this*

Erica Sagnella is organizing this fundraiser.

Created December 8, 2021

🏷️ Funerals & Memorials

## Organizer

< > ⬆️ 📖 ⧉





9:15



SUPERMATT_
**Posts**

 **supermatt_**
Queens, New York

· · ·





Full

PLAINTIFF'S
EXHIBIT

11

6/1/22

♡  ◯  ◁

**19 likes**

**supermatt_** Tool concert with my boy

February 23

← attended an
expensive
Concert In
ny
on
2/23/22



supermatt_ · 3w
Bobby Darin - Splish Splash

        

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Jan 16, 2022 at 1:25:09 AM**
To: **Theodora Antar** theodoraantar@gmail.com

---

I hate you so much. Everything about you. I hate how you ruin my life and still make my life difficult even after we haven't been together in so long. You are a bad human. I hope you find misery with someone else so bad

> On Sun, Jan 9, 2022, 8:36 PM Theodora Antar <theodoraantar@gmail.com> wrote:
> Why do you need to plan your day? I know youre lying cuz ur not even able to write me a check. So thanks for the lie. Lmk when u send the zelle. Im at lonsdale st
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419

*Full*

**PLAINTIFF'S EXHIBIT**
*12*

*6/1/22*

> On Jan 9, 2022, at 8:29 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

*N ability to pay*

> What is going on for tomorrow, are you taking Angelina or not. You can get a check when you get her tomorrow. I need to know if you are meeting me for her at 930 or not. I need to plan my day and next move. I'm going to bed now so let me know ASAP

>> On Sun, Jan 9, 2022 at 20:26 Theodora Antar <theodoraantar@gmail.com> wrote:
>> I am pregnant, my friend invited me to watch football. I didnt spend any money. And unfortunately i cant do that because you will just turn around and not pay. Im not dumb. Come outside in 10.

From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Apr 10, 2022 at 10:21:52 PM**
To: **Theodora Antar** theodoraantar@gmail.com

I was thinking about asking you if you wanted to come up for dinner one night
this week?--
Matthew Lodice
Whole House Remodeling
203–919–9528

*Full*

PLAINTIFF'S
EXHIBIT

13

6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Apr 17, 2022 at 9:06:17 PM**
To: **Theodora Antar** theodoraantar@gmail.com

---

Do you want to set something up?

On Sun, Apr 17, 2022 at 17:12 Matthew Lodice <<u>matthewlodice@gmail.com</u>>
wrote:
We ate at moms for dinner** we are home now

On Sun, Apr 17, 2022 at 17:12 Matthew Lodice <<u>matthewlodice@gmail.com</u>>
wrote:
Ok. I didn't make dinner. We are at moms for Easter . What time would you like
to come over?

On Sun, Apr 17, 2022 at 17:11 Theodora Antar <<u>theodoraantar@gmail.com</u>>
wrote:
Right now

Sincerely,

Theodora Antar
<u>(203)273-8419</u>



On Apr 17, 2022, <u>at 5:10 PM</u>, Matthew Lodice <<u>matthewlodice@gmail.com</u>>
wrote:


When ever is good for you! When are you free?

On Sun, Apr 17, 2022 <u>at 16:54</u> Theodora Antar
<<u>theodoraantar@gmail.com</u>> wrote:
So when are you having me over for dinner like you said ??

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: Mar 7, 2022 at 10:18:44 AM
To: Theodora Antar theodoraantar@gmail.com

No money is coming. Since math is not your strong subject. You take her 4.5 days out of 7. That's only 64% and child support. That's only one day away from splitting down the middle. Which is what I'm requesting with no child support. So ok.. call it 90

On Mon, Mar 7, 2022, 10:15 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Lmao I agreed to take her 90% of the time on the condition that you would continue to pay child support as well as childcare so that I could work and not be stuck with her every day unable to work because you won't help pay for childcare. You havent paid a penny since november and expect your girlfriend to do your part. You are the only deadbeat. Send the childcare money and ill meet you wherever you like.

Sincerely,

Theodora Antar
(203)273-8419



Full
PLAINTIFF'S
EXHIBIT
15
6/1/22

On Mar 7, 2022, at 10:13 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Personal babysitter? I'd that the way you see being with your daughter when you're supposed to be? That's so sad. I feel so bad for her. I'm glad she has good role models on this side of things. We got her taken care of, no worries. Stay a dead beat

On Mon, Mar 7, 2022, 10:03 AM Theodora Antar

<theodoraantar@gmail.com> wrote:
If u want me to be your personal babysitter you can start by paying 50%
court ordered childcare costs in addition child support. I appreciate you
helping more by taking her with you on vacation since you havent
contributed a single dollar to her care since november. Anyway I will not be
replying to any more emails. If u need me u can call or text. Have a great day!
Hope you show up at the ultrasound

Sincerely,

Theodora Antar
(203)273-8419

 **Gmail**

Theodora Antar <theodoraantar@gmail.com>

---

## (no subject)
1 message

---

**Matthew Lodice** <matthewlodice@gmail.com>　　　　　　　　　Wed, Feb 24, 2021 at 8:42 AM
To: Theodora Antar <Theodoraantar@gmail.com>

Can you take Angelina back today so I can work for at least 2 days. I need money to be able to pay you



**Message 46 of 50**

| | |
|---|---|
| **Sent:** | 05/11/2022 at 10:06 AM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/11/2022 at 10:18 AM*) |
| **Subject:** | Re: R.o.f.r |

Who is the sitter and I'll need proof of the babysitting and a receipt from the sitter for tax purposes

---

**On 05/11/2022 at 09:48 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/11/2022 at 10:05 AM*) |
| **Subject:** | R.o.f.r |

I'm working today until 10 PM. Would you like to have a angelina from 7:30 PM to 10 PM? If not I will have to have the sitter take her and send you a bill. Please let me know ASAP.



Full

PLAINTIFF'S
EXHIBIT

17

6|1|22



**Message 26 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 02:23 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 02:23 PM*) |
| **Subject:** | Re: Childcare |

Are you being honest or trying to steal from me?

---

### On 05/04/2022 at 02:21 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 02:22 PM*) |
| **Subject:** | Re: Childcare |

70 per week. If you go under expenses in our family wizard you will see that I have an open ticket you can pay through there or zelle me.

---

### On 05/04/2022 at 12:26 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 02:21 PM*) |
| **Subject:** | Re: Childcare |

How much do I owe?

---

### On 05/04/2022 at 11:14 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 12:26 PM*) |
| **Subject:** | Childcare |

Please send the money its due friday.



Full

PLAINTIFF'S
EXHIBIT

18

6/1/22



**Message 31 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 05:08 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 05:21 PM*) |
| **Subject:** | Re: Court ordered support |

I'm waiting for something. I'm going to be doing my taxes this week so they will give what is owed from that and then I'll be caught up. Then I'll start paying until I have custody of Angelina. Then you'll pay me

---

### On 05/04/2022 at 05:02 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 05:07 PM*) |
| **Subject:** | Re: Court ordered support |

Why havent you paid it then?

---

### On 05/04/2022 at 05:01 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 05:01 PM*) |
| **Subject:** | Re: Court ordered support |

Support enforcement told me to pay them the child support not to send it to you directly

---

### On 05/04/2022 at 04:27 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 05:00 PM*) |
| **Subject:** | Court ordered support |

Can you please send me the child support and child care you owe ?



Full

PLAINTIFF'S
EXHIBIT

19

6/1/22

**Message 29 of 50**

| | |
|---|---|
| **Sent:** | 05/04/2022 at 03:06 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 05/04/2022 at 03:08 PM*) |
| **Subject:** | Re: Angelina extra curricular |

I can not afford any extra expenses right now. I'm very sorry. I will look around my are to see what programs they have available that I could afford

---

**On 05/04/2022 at 02:53 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 05/04/2022 at 03:05 PM*) |
| **Subject:** | Angelina extra curricular |

Good afternoon, Can we sign angelina up for soccer again? I really want her to do soccer, gymnastics, or violin lessons. Please let me know. She needs this type of enrichment and I can not afford to pay it.



tull

PLAINTIFF'S
EXHIBIT

20

6/1/22



 Gmail

**Theodora Antar <theodoraantar@gmail.com>**

---

## Screenshot (Mar 7, 2022 7:59:15 AM)

2 messages

---

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:03 AM
To: Theodora Antar <Theodoraantar@gmail.com>, Theodora Antar <seamlesssigningsct@gmail.com>, Theo A
<princessthea9791@gmail.com>, Theodora Antar <theodora.xo@icloud.com>

What am I supposed to tell our daughter now she's asking if we are going to yiayias and if she going to see mommy. I have to tell her no? Her mother doesn't want to take her again? I hope you know that what you are doing only hurts Angelina and your relationship with her. It doesn't hurt me at all. Time to grow up and do what's best for her. I will be filing for custody and primary residency. With this inconsistency you don't deserve to have her.



**Screenshot_20220307-075915.png**
151K



Full

PLAINTIFF'S EXHIBIT

21

6/1/22

---

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:08 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Matthew,

Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making 20,000 a month yet cant even send a single dollar toward court ordered support.

[Quoted text hidden]

*He says he can't afford $120.00 a week in child support or 50% of childcare per agreement, yet he claims that he can afford sole custody and primary residency*

7:12

**Matthew Lodice**

Feed                    **Between You**

You charged **Matthew Lodice**  + $70.00
Feb 06 🔒

Childcare



♡        💬

He is able to pay child care and sends money on venmo every day to multiple people. Shows ability to pay.

**Matthew Lodice** paid you  + $70.00
Jan 30 🔒

Daycare 1\30\22

♡ 1      💬 1

**Matthew Lodice** paid you  + $70.00
Jan 23 🔒

Daycare week of 1/24/22

♡        💬 1

**Matthew Lodice** paid you  + $70.00
Jan 16 🔒

Daycare week of Jan 17

♡        💬

**Matthew Lodice** paid you  + $70.00
Jan 10 🔒

Full
PLAINTIFF'S EXHIBIT
22
6/1/22

7:12 ◀

< **Matthew Lodice** ooo

Feed    ( **Between You** )

 **Matthew Lodice** paid you  + $70.00
Jan 30 🔒

Daycare 1\30\22

♡ 1    💬 1

 **Matthew Lodice** paid you  + $70.00
Jan 23 🔒

Daycare week of 1/24/22

♡    💬 1

 **Matthew Lodice** paid you  + $70.00
Jan 16 🔒

Daycare week of Jan 17

♡    💬

 **Matthew Lodice** paid you  + $70.00
Jan 10 🔒

Day care week 1/10/21

♡    💬

 **Matthew Lodice** paid you  + $16.00
Oct 13, 2021 🔒

Sausage peppers

♡    💬

 **Matthew Lodice** paid you  + $30.00
Oct 13, 2021 🔒

 **Gmail**                                                    Theodora Antar <theodoraantar@gmail.com>

## (no subject)
5 messages

---

**Theodora Antar** <theodoraantar@gmail.com>                        Mon, Mar 7, 2022 at 10:03 AM
To: matthewlodice@gmail.com

If u want me to be your personal babysitter you can start by paying 50% court ordered childcare costs in addition child support. I appreciate you helping more by taking her with you on vacation since you havent contributed a single dollar to her care since november. Anyway I will not be replying to any more emails. If u need me u can call or text. Have a great day! Hope you show up at the ultrasound

Sincerely,

Theodora Antar
(203)273-8419

---

**Matthew Lodice** <matthewlodice@gmail.com>                        Mon, Mar 7, 2022 at 10:13 AM
To: Theodora Antar <theodoraantar@gmail.com>

Personal babysitter? I'd that the way you see being with your daughter when you're supposed to be? That's so sad. I feel so bad for her. I'm glad she has good role models on this side of things. We got her taken care of, no worries. Stay a dead beat
[Quoted text hidden]

*ability to provide*

---

**Theodora Antar** <theodoraantar@gmail.com>                        Mon, Mar 7, 2022 at 10:15 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Lmao I agreed to take her 90% of the time on the condition that you would continue to pay child support as well as childcare so that I could work and not be stuck with her every day unable to work because you won't help pay for childcare. You havent paid a penny since november and expect your girlfriend to do your part. You are the only deadbeat. Send the childcare money and ill meet you wherever you like.

Sincerely,

Theodora Antar
(203)273-8419

*Full*

PLAINTIFF'S
EXHIBIT

**23**

6/1/22

On Mar 7, 2022, at 10:13 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]                    *Blatant refusal to pay*

---

**Matthew Lodice** <matthewlodice@gmail.com>                        Mon, Mar 7, 2022 at 10:18 AM
To: Theodora Antar <theodoraantar@gmail.com>

No money is coming. Since math is not your strong subject. You take her 4.5 days out of 7. That's only 64% and child support. That's only one day away from splitting down the middle. Which is what I'm requesting with no child support. So ok.. call it 90
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                        Mon, Mar 7, 2022 at 10:24 AM

To: Matthew Lodice <matthewlodice@gmail.com>

I am dissapointed that despite me having her 72% of the time and you being financially stable, that you still refuse to pay court ordered support. Be a man for once. You got me pregnant now help.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 10:18 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]

1:27

(203) 919-9528 >

Fri, Dec 31, 4:01 PM

Let me know if I'm picking up Angelina at Cumberland farms or not

If you don't answer I'll assume you're keeping her

Yes. Pls bring $ for next week childcare as well. And lmk if u can meet anywhere closer by chance

No I cannot meet closer

I noticed we have court for child support

I'm going to have to lower it to reflect my income

Its being raised due to your astronomical increase in income

And you havent paid child support in 4 months

You owe $1,514.47

Please be sure to bring the court ordered childcare money via check or zelle or venmo it to me prior to sunday so i can pay for our kid to go to school

iMessage

Full

PLAINTIFF'S EXHIBIT

24

6/1/22

retaliation and intention to lower child support as retaliation for my contempt filing in 11/2021

M Gmail

*Refusal to pay unless forced by a court*

Theodora Antar <theodoraantar@gmail.com>

**Screenshot (Mar 7, 2022 7:59:15 AM)**
15 messages

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:03 AM
To: Theodora Antar <Theodoraantar@gmail.com>, Theodora Antar <seamlesssigningsct@gmail.com>, Theo A
<princessthea9791@gmail.com>, Theodora Antar <theodora.xo@icloud.com>

  What am I supposed to tell our daughter now she's asking if we are going to yiayias and if she going to see mommy. I
  have to tell her no? Her mother doesn't want to take her again? I hope you know that what you are doing only hurts
  Angelina and your relationship with her. It doesn't hurt me at all. Time to grow up and do what's best for her. I will be filing
  for custody and primary residency. With this inconsistency you don't deserve to have her.

  

  **Screenshot_20220307-075915.png**
  151K



PLAINTIFF'S
EXHIBIT

**25**

6/1/23

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:08 AM
To: Matthew Lodice <matthewlodice@gmail.com>

  Matthew,

  Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing
  to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the
  week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can
  survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right
  thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making
  20,000 a month yet cant even send a single dollar toward court ordered support.

  [Quoted text hidden]

**Matthew Lodice** <matthewlodice@gmail.com>                                    Mon, Mar 7, 2022 at 8:16 AM
To: Theodora Antar <theodoraantar@gmail.com>

  I am making no money and am broke. All my accounts are negative and can't afford the child support nor the extra
  daycare. Whether I am paying the chd support or not doesn't mean you don't have responsibilities to our daughter. Your
  constant refusal and contempt are just grounds for you to lose custody. All this will come up in court. Please have a nice
  day. If you would like to talk to Angelina, please call. She would at least like to talk to you since she can't see you, again
  [Quoted text hidden]

**Theodora Antar** <theodoraantar@gmail.com>                                    Mon, Mar 7, 2022 at 8:16 AM
To: Matthew Lodice <matthewlodice@gmail.com>

  Matthew,

  I asked that you send childcare money so i could go to work this week. Please do so and I will meet you at our meeting
  spot.

Please send me your court ordered child care and child support money. I don't understand why you are blatantly refusing to pay the court ordered child support and child care for our child. If you want me to be your personal babysitter during the week and take her 5/7 days a week, then you need to pay for half the sitter so i can work and child support so we can survive. gas is 5 a gallon and babysitter is expensive and not to mention food prices have increased. Please, do the right thing and send me the money. We are just trying to survive. It is not fair that you are working 7 days a week making 20,000 a month yet cant even send a single dollar toward court ordered support.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:08 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                                          Mon, Mar 7, 2022 at 8:18 AM
To: Matthew Lodice <matthewlodice@gmail.com>

That's interesting, what did you do with the $5000 deposit you made? Interesting that you just sell only cash deals now and keep money in the personal account. If you can afford to buy new boots and new underwear and send money on Venmo to people on a regular basis then you can afford to pay child support. If you can afford to send money for drug addicts who overdosed and died then you can afford to pay for daycare for the kid. See you at 9:30! Also, it would be nice if you 2 came to the ultrasound at 12 since you arent working

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 8:16 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                                          Mon, Mar 7, 2022 at 8:22 AM
To: Theodora Antar <theodoraantar@gmail.com>

None of what you just said is factual. You do not get the makeup things and they magically become true. That's not how real life works. I already told you I've not been able to afford to child support, that's why we are going to court for that. You always say come to the ultrasound but you never tell me where and what time. You keep saying you are pregnant, but with no proof other than a screenshot or a video of a pregnancy test. If you were truly pregnant and you wanted me to be part of it and it was mine, then you would just do that and not play so many games. Time to grow up and be a parent for the children you do have let alone the imaginary one you're making up. I hope you are not pregnant because the last thing this world needs is it another child to have you as its mother.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                                          Mon, Mar 7, 2022 at 8:24 AM
To: Matthew Lodice <matthewlodice@gmail.com>

its at 12pm today at my ob

[Quoted text hidden]

**Matthew Lodice** <matthewlodice@gmail.com>      Mon, Mar 7, 2022 at 8:26 AM
To: Theodora Antar <theodoraantar@gmail.com>

I'm sorry, but it's too last minute. You cannot tell me 3 hours before and expect me to be able to get there. I'm still also trying to figure out child care for Angelina since her deadbeat mother is refusing her again. I'm looking forward to going to court and getting all of this settled.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>      Mon, Mar 7, 2022 at 8:27 AM
To: Matthew Lodice <matthewlodice@gmail.com>

I sent you a screen recorded video of my www.myquest.com account showing the pregnancy blood test showing i was pregnant, along with a video of me pissing in a cup and it being positive, i came to ur house in tears the second i found out at 4 am and we had sex and you told me you loved me and wanted to move back in and raise this child together. you said that was what you wanted. if you want, i can send you all of the emails and txts and voicemails of you telling me how bad you wanted another baby. you said u wanted 2 more with me. so please stop. just send the babysitter money so we can both go to work. you knew i was ovulated and came in me, said u prayed for a baby. maybe try being nice for once and u might get what u truly need
Sincerely,

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>      Mon, Mar 7, 2022 at 8:28 AM
To: Matthew Lodice <matthewlodice@gmail.com>

You wouldn't need to figure out child care if you werent a deadbeat and just followed our court ordered agreement that has been in place since june 2021 which states you send me 50% of childcare costs for her so we can work. Please send it before 9:30 when i see you . thanks

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>      Mon, Mar 7, 2022 at 8:30 AM
To: Theodora Antar <theodoraantar@gmail.com>

At that time I was saying those things. But a lot has changed since then. I have no interest in ever being with you. I have no interest in having more children with you. If you are pregnant with my child and I will raise that child as I do all my other ones and take on my full responsibility as a father. But I will have no part in dealing with you at all. I never want to see you or be with you again. You showed me something about you being pregnant from 4 months ago. But nothing in the last couple months. False positives can come up all the time, on top of the fact that a quarter of pregnancies don't even stick.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>      Mon, Mar 7, 2022 at 8:32 AM
To: Matthew Lodice <matthewlodice@gmail.com>

well should have thought about that before you came in me on 11/13/21 when our son was conceived

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>      Mon, Mar 7, 2022 at 8:33 AM
To: Theodora Antar <theodoraantar@gmail.com>

It's real simple and real straightforward. I don't have any money to give you. I don't have any extra money. I am struggling to get by myself. I don't have gas to drive all over the place neither. I plan on meeting you at 9:30 at the meeting place. If you are not there I will just file another contempt report. Either way I'm not sending you money because I have nothing to send. I cannot afford to drive down today to Orange for your supposed ultrasound that you just told me about 10 minutes ago. If you were for real I would be willing to go with you.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>      Mon, Mar 7, 2022 at 8:35 AM
To: Matthew Lodice <matthewlodice@gmail.com>

no lol. it was december 5th when i told you and when we. last had sex. you even called me on march 2, 2022 at 132 am trying to come over. you tried to come over again after that too. and sorry but a BLOOD TEST can NOT ever in any circumstance show a false positive lmao. and if you didnt believe me after i told you, showed u proof, blood test, piss test, everything, if u still thought i wasnt why did u cum in me again on the 5th lol. you said the same with angelina so i am not worried. i just want you to be a good dad.

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                    Mon, Mar 7, 2022 at 8:36 AM
To: Matthew Lodice <matthewlodice@gmail.com>

struggling to get by but you can get your own apartment with ur girlfriend, go out every night, and afford to pay for everything? makes sense...

[Quoted text hidden]

# Lodice Account

Heavenly Gift Childcare Center, Thomaston US-CT
Account Id: 1033

**PLAINTIFF'S EXHIBIT 27** Full 6/1/25

**+ Add Center**

| OVERVIEW | TRANSACTIONS | PAYMENTS | ITEMIZED BILLS | DISCOUNTS | SETUP |

## Payments

**Add Payment**

🔍 Search Payments | Custom | 📅 3/28/2022 to 📅 5/31/2022

Type ⌄    ✕

**Unsubmitted**
Payment not yet submitted for processing
You have **0 unsubmitted** payments.
## $0.00

**Pending**
Initiated and in progress payments
You have **0 pending** payments.
## $0.00

**Failed**
Payments unable to be collected or returned by the processor
You have **0 failed** payments.
## $0.00

**Deposited**
Payments deposited to merchant account
You have **5 deposited** payments.
## $246.00

**Flagged**
Payment has breached a threshold check
You have **0 flagged** payments.
## $0.00

| Status ⌄ | Date ⌄ | ID ⌄ | Type ⌄ | Method ⌄ | Account ⌄ | Amount ⌄ | ⌃ |
|---|---|---|---|---|---|---|---|
| Deposited | 05-26-2022 | 5088-00002790 | Cash | Cash | Lodice | $40.00 | ⌃ |

| Transaction Description | Account Info | Created By | Submitted At |
|---|---|---|---|
| Matt came in and paid cash. | Lodice, Heavenly Gift Childcare Center | Carry Brickhouse on 05/26/2022 | |

| Deposited | 05-26-2022 | 5088-00002794 | Manual | Credit Card | Lodice | $37.08 | ⌃ |
|---|---|---|---|---|---|---|---|

| Transaction Description | Account Info | Created By | Submitted At |
|---|---|---|---|
| None | Lodice, Heavenly Gift Childcare Center | Theodora Antar on 05/26/2022 | 1:57 pm 05/26/2022 |

**Payment Method Details**
Visa ending in ****7597

| Deposited | 05-05-2022 | 5088-00002056 | Manual | Credit Card | Lodice | $78.28 | ⌃ |
|---|---|---|---|---|---|---|---|

BETA

HAVE FEEDBACK?

1/3

| Status | Date | ID | Type | Method | Account | Amount | |
|--------|------|-----|------|--------|---------|--------|---|

**Transaction Description**
None

**Account Info**
Lodice, Heavenly Gift Childcare Center

**Created By**
Theodora Antar on 05/05/2022

**Submitted At**
7:45 am 05/05/2022

**Payment Method Details**
Visa ending in ****7597

| | Deposited | 04-30-2022 | 5088-00001866 | Manual | Credit Card | Lodice | $39.14 | ^ |
|---|-----------|------------|---------------|--------|-------------|--------|--------|---|

**Transaction Description**
None

**Account Info**
Lodice, Heavenly Gift Childcare Center

**Created By**
Theodora Antar on 04/30/2022

**Submitted At**
9:02 am 04/30/2022

**Payment Method Details**
Visa ending in ****7597

| | Deposited | 04-13-2022 | 5088-00001235 | Manual | Credit Card | Lodice | $51.50 | ^ |
|---|-----------|------------|---------------|--------|-------------|--------|--------|---|

**Transaction Description**
None

**Account Info**
Lodice, Heavenly Gift Childcare Center

**Created By**
Theodora Antar on 04/13/2022

**Submitted At**
9:11 am 04/13/2022

**Payment Method Details**
Visa ending in ****7597

BETA

HAVE FEEDBACK?

9:02



860-518-2388 (Matt) >



*refusal to pay childcare*



When you bring Angelina on Monday, can you bring her black boots that she was wearing on Xmas eve when you got her from church. And both her baby sharks 😂 she keeps telling me she left the small one at your house. And of course Theo wants you to send the school money.

Today 7:53 AM

Please let Theo know that she will no longer be receiving daycare money from me since I know she had not been in daycare since December

And that she now owes me $350 in over payment

I forwarded the message

Text Message

Full
PLAINTIFF'S EXHIBIT
28
6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Mar 7, 2022 7:59:15 AM)**
Date: **Mar 7, 2022 at 9:38:16 AM**
To: **Theodora Antar** theodoraantar@gmail.com



I'm at the meeting place. Are you coming or no. Staying for 10 more minutes then leaving.

> On Mon, Mar 7, 2022, 9:35 AM Theodora Antar <theodoraantar@gmail.com> wrote:
> Oh ok, nvm then
>
> Sincerely,
>
> Theodora Antar
> (203)273-8419
>
>
> > On Mar 7, 2022, at 9:33 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
> >
> >
> > No
> >
> > > On Mon, Mar 7, 2022, 9:31 AM Theodora Antar <theodoraantar@gmail.com> wrote:
> > > Lmfao u are such a fucking liar. So if i answered and said come over u wouldnt have ?
> > >
> > > Sincerely,
> > >
> > > Theodora Antar
> > > (203)273-8419

On Mar 7, 2022, at 9:29 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I had a bad nightmare about Angelina and I wanted to check in with her. Was worried

On Mon, Mar 7, 2022, 9:28 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Lmao so the 130 am call was for angelina too? 😂😂😂

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:19 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

Child support comes first. Not cell phones for a 15 year old, headphones, laptopss and ur gf

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:14 AM, Matthew Lodice

<matthewlodice@gmail.com> wrote:

I can afford to just get by with the essentials. I haven't had any extra money to pay you. I'm sorry. I wish I had more Theo. Believe me I do

On Mon, Mar 7, 2022, 9:13 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
By the way, our daughter, who you use as a pawn and constantly abandon says hi and she misses you

On Mon, Mar 7, 2022, 9:10 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok. Will do

On Mon, Mar 7, 2022, 9:10 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Tell her you are staying home because youre a deadbeat who has no income 😂

Sincerely,

Theodora Antar
(203)273-8419

On Mar 7, 2022, at 9:06 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

What's sad is I can't even tell Angelina where we are going.. because I

don't want to let her down when you don't show up. Everything you are saying about girlfriends and spending all this money is not true at all. I know it's hard for your traumatized brain to grasp all this but you are creating that false narrative in your own mind. None of it is true. I'm not not paying you for any other reason other than the fact that I cannot afford it. I don't care about the court cases at all. You are the only one who has been in contempt of the court order and I have every piece of proof I need. I'm sorry I cannot afford any child support or daycare and we will decide in court what the best course of action is to rectify it. We will also be changing the child support along with how we communicate. We may also be changing custody and primary residency. Nothing you say matters to me what matters is what the court says. I will not be sending money so please stop asking. I have no money to send

On Mon, Mar 7, 2022, 8:54 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
Ok as I said multiple times. No money will be sent. Another dollar will not be received until we settle it with court.

On Mon, Mar 7, 2022, 8:44 AM Theodora Antar <theodoraantar@gmail.com> wrote:
The babysitter will be there at 9:30 for Angelina however she needs the money for gas. Please send it before 9 so i can send to her. im sure you can afford it since you purchased underwear and shoes for her recently as well as  concert tickets, a new apartment, and consistent haircuts. thanks!

On Mon, Mar 7, 2022 at 8:42 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I'm not sure if your psychosis is making you have trouble reading or

not. But I told you I have no money and I'm not sending anything. So whether you choose to meet me for Angelina or not is your prerogative.

On Mon, Mar 7, 2022, 8:38 AM Theodora Antar <theodoraantar@gmail.com> wrote:
then send the daycare money so we can go to work this week before i see you at 9:30. i hope you love our son and are there for him. you never even heard his heartbeat.

On Mon, Mar 7, 2022 at 8:37 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
I will always be a good dad to All My children. Our lives have been so much better without you in it. I still don't believe you're pregnant nor do I believe it's mine if you are. I guess we will just have to wait and see if you have a baby and what the paternity test results show

On Mon, Mar 7, 2022, 8:35 AM Theodora Antar <theodoraantar@gmail.com> wrote:
no lol. it was december 5th when i told you and when we. last had sex. you even called me on march 2, 2022 at 132 am trying to come over. you tried to come over again after that too. and sorry but a BLOOD TEST can NOT ever in any circumstance show a false positive lmao. and if you didnt believe me after i told you, showed u proof, blood test, piss test, everything, if u still thought i wasnt why did u cum in me again on the 5th lol. you said the same with angelina so i am not worried. i just want you to be a good dad.

**Message 10 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 08:44 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| Subject: | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| Subject: | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.

Full

PLAINTIFF'S
EXHIBIT
30

6|1|22



**Message 12 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 08:49 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:49 PM*) |
| Subject: | Re: Court ordered support |

So I should pay you and not support enforcement?

---

### On 04/21/2022 at 08:48 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:48 PM*) |
| Subject: | Re: Court ordered support |

You were ordered to zelle me weekly starting 4/15/22. Please send either zelle or via this app per court order. Payment is now 7 days late. Are you refusing to do what judge ordered once again?

---

### On 04/21/2022 at 08:44 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| Subject: | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

---

### On 04/21/2022 at 08:43 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| Subject: | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.



Full

PLAINTIFF'S
EXHIBIT
31

6/1/22

1:38

## View Message

‹ Back

Full

PLAINTIFF'S
EXHIBIT

32

6/1/22

From: **Matthew Iodice**
05/31/2022 at 6:20 PM

To: Theodora Antar
Subject: Re: Angelina sport

10 years? Lmao.. I haven't even been divorced for ten years
lmao. I only was at moms since I caught you cheating and
moved out. I can't live there anymore. I had nowhere to go. It
was either get my own place or live on the streets so I got my
own place

From: **Theodora Antar**
05/31/2022 at 5:28 PM

To: Matthew Iodice
Subject: Re: Angelina sport

You could've stayed at your moms house where you were
living for free for the last 10 years. Instead of trying to get a
new place to show off. You have money for everything except
child support. Sad. Angelina needs pants and underwear for
school. I cannot afford to get any because you have not sent
me child support in a year. Can you drop off some tomorrow
for her school?

From: **Matthew Iodice**
05/31/2022 at 8:20 AM

To: Theodora Antar
Subject: Re: Angelina sport

I spend money to have a place for us to live.. that is fair. It
would be more fair if I live on the streets and pay you child
support, than to pay to make sure we have a place to live?
What would I do the 3 days she's with me? Where would we
stay what would we eat? I'm not not paying you to be a dick I
haven't made the payments because I have no extra money.
I'm trying my best

 



1:38

**< Back**   **View Message**

**From: Theodora Antar**

To: Matthew Iodice                    Details

**Re: Angelina sport**
Today at 7:02 AM

So Just to confirm you are refusing to contribute to
paying for a sport for angelina even though you
promised you would and you are also refusing to bring
her pants and underwear to her school even though
the school said it is required? How can you call yourself
a dad when you don't do anything at all for our child.
She can't even have basic needs because you flat out
refused to contribute.

From: **Matthew Iodice**
05/31/2022 at 6:20 PM

To: Theodora Antar
Subject: Re: Angelina sport

10 years? Lmao.. I haven't even been divorced for ten years
lmao. I only was at moms since I caught you cheating and
moved out. I can't live there anymore. I had nowhere to go. It
was either get my own place or live on the streets so I got my
own place

From: **Theodora Antar**
05/31/2022 at 5:28 PM

To: Matthew Iodice
Subject: Re: Angelina sport

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Screenshot (Jan 9, 2022 9:52:57 AM)**
Date: Jan 9, 2022 at 10:22:35 AM
To: **Matthew Lodice** matthewlodice@gmail.com

---

I never refuse to take her I actually said I want to take her and I would love to take her at the agreed-upon time per our court order. So if you can just send the money like you promised you would today then I will make sure that either I or the babysitter is there for 930 tomorrow and if not you can just file a contempt on me for not showing up. Why would I refuse to take my kids back all I want is you to send the childcare money it's bad enough you stopped paying child support for months ago

Sincerely,

Theodora Antar
(203)273-8419



On Jan 9, 2022, at 10:21 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Actually I'm supposed to reimburse you for child care. But since you are refusing to take her you won't need child care this week. If you take her I will assume child care is needed and send you the money. Please stop asking and stop harassing us. By the way filing a false report is illegal

On Sun, Jan 9, 2022, 10:04 AM Theodora Antar <theodoraantar@gmail.com> wrote:
You are court order to do so I'm documenting that you were refusing to send me the childcare money which is due today. You're also refusing to follow through with our agreement which is to have the money sent prior to her coming home Monday. This is my last chance I'm giving you one last chance to follow the agreement or else we will never follow the agreement again.

Send me the money like you said. I will be at your house in 30 minutes in 30 minutes

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:59 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

No no don't trust you. This is the 3rd week in a row you are trying to refuse her. Tomorrow you will get the money when you take her. End of conversation. Please stop messaging me about this

On Sun, Jan 9, 2022, 9:57 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Yeah u said u would pay it today. So do that and then we will be all set.

Sincerely,

Theodora Antar
(203)273-8419

> On Jan 9, 2022, at 9:53 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>
>

From: **Matthew Lodice** matthewlodice@gmail.com
Date: Jan 10, 2022 at 7:48:17 AM
    To: **Theodora Antar** theodoraantar@gmail.com

Since clearly you have me blocked still. I'll email you. Please let know if I am meeting you for Angelina at the Cumberland farms in naugatuck as per agreement. You will get the money once she is picked up otherwise I will need to use it towards child care since you are refusing. If you do not take her I will be getting an ex parte with my lawyer and the court for full custody today and we can hash it out in court. I'm tired of you leaving Angelina hanging. I'm not sending you money while you are not taking her so stop trying to extort me to do so. I need the money for child care today since you are refusing her. Please let me know what the plan is

Full
PLAINTIFF'S
EXHIBIT
6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Jan 10, 2022 at 8:07:55 AM**
To: **Theodora Antar** theodoraantar@gmail.com

I don't know her name nor address. And as I said multiple times I'm not sending
you the money until she is dropped off because I will need the money for my
child care since you are refusing to take her. This is the way it is. You could
either take her as you're supposed to and then get the money or just keep
refusing her. Lmk



Full
PLAINTIFF'S
EXHIBIT
37
6/1/22

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re: Screenshot (Jan 9, 2022 9:52:57 AM)**
Date: **Jan 9, 2022 at 9:59:08 AM**
To: **Theodora Antar** theodoraantar@gmail.com

No no don't trust you. This is the 3rd week in a row you are trying to refuse her. Tomorrow you will get the money when you take her. End of conversation. Please stop messaging me about this

On Sun, Jan 9, 2022, 9:57 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Yeah u said u would pay it today. So do that and then we will be all set.

Sincerely,

Theodora Antar
(203)273-8419

> On Jan 9, 2022, at 9:53 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:
>
>

**Message 14 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 08:53 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:53 PM*) |
| Subject: | Re: Court ordered support |

Well I'm sorry but I don't have money to send so you can stop asking. We will discuss it in court. Don't worry plenty will be changing come out next court date

---

### On 04/21/2022 at 08:51 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:52 PM*) |
| Subject: | Re: Court ordered support |

That would be great, and then you can show in court whatever you paid since 4/15/22 6pm to current. As of now you paid 0$. SES confirmed this. The Judge suggested zelle, however this app also allows payment and I signed up for it here if you want to send there. The app states you need to link your checking account as i did. Support enforcement confirmed that you have not paid a single dollar since November 2021 despite being ordered to make a payment of a minimum of $120 a week to meet weekly starting 4/15/22 at 6 PM at our last court date of 4/12/22. Please start doing the right thing for our child and following the orders that the judge gave you. It is very disrespectful that you did not follow any of the orders that the judge placed on 4/12/22.

---

### On 04/21/2022 at 08:49 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:49 PM*) |
| Subject: | Re: Court ordered support |

So I should pay you and not support enforcement?

---

### On 04/21/2022 at 08:48 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:48 PM*) |
| Subject: | Re: Court ordered support |

You were ordered to zelle me weekly starting 4/15/22. Please send either zelle or via this app per court order. Payment is now 7 days late. Are you refusing to do what judge ordered once again?

---

### On 04/21/2022 at 08:44 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:47 PM*) |
| Subject: | Re: Court ordered support |

So you're telling me to pay you through the app and not to pay support enforcement?

---

### On 04/21/2022 at 08:43 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:43 PM*) |
| Subject: | Court ordered support |

The judge ordered you to make payment by 4/15/22 at 6 pm. As of today 4/21/22 you have paid 0$. Please send payment tonight via our family wizard payment. I registered for payments and the app instructs me to ask you to sign up too so you can pay me through this court monitored app.

Full

PLAINTIFF'S
EXHIBIT

3

6/1/22

‹ Back          **View Message**

**From: Theodora Antar**

To: Matthew Iodice                    _Full_   Details

**Re: Angelina sport**
May 28, 2022, 7:09 PM

PLAINTIFF'S
EXHIBIT

43

6/1/22

That is false. She is with me 78% of the time.
Regardless you have no right to go seven months
without paying any money in child support just
because you think that your bills and your personal
needs and wants are more important than your court
obligated support for our daughter. You said several
times that you will only pay if the judge put you in jail.
It's sad that you even have kids that you don't take
care of. You are deliberately refusing to pay child
support and disparaging the court. Do you have no
respect for a court order whatsoever? So you're
refusing to pay for child support as well as the sport? It
is so sad that our daughter cannot have anything she
needs because she has a father who refuses to support
her financially.

From: Matthew Iodice
05/28/2022 at 7:00 PM

To: Theodora Antar
Subject: Re: Angelina sport

She's only with you one more day than me

From: Theodora Antar

Is it done
[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                    Wed, Apr 13, 2022 at 12:24 PM
To: Theodora Antar <theodoraantar@gmail.com>

I will get it done today.. tied up now
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                    Wed, Apr 13, 2022 at 1:43 PM
To: Matthew Lodice <matthewlodice@gmail.com>

You said first thing in AM.

Sincerely,

Theodora Antar
(203)273-8419



_Full_
PLAINTIFF'S
EXHIBIT
_44_
_6|1|22_

          On Apr 13, 2022, at 12:24 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

          [Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com>                    Wed, Apr 13, 2022 at 5:18 PM
To: Theodora Antar <theodoraantar@gmail.com>

Money is very tight may not get done till end of week I thought I had more in the account
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com>                    Wed, Apr 13, 2022 at 5:52 PM
To: Matthew Lodice <matthewlodice@gmail.com>

You are court ordered to pay child support and sign us up for family wizard by the 15th. The judge made that clear.

Sincerely,

Theodora Antar
(203)273-8419

          On Apr 13, 2022, at 5:19 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

          [Quoted text hidden]

From: Heavenly Gift info@heavenlygiftcare.com
Subject: Angelina's care
Date: May 6, 2022 at 3:19:26 PM
To: Theodora Antar theodoraantar@gmail.com,
matthewlodice@gmail.com

Hello, I am sending this email so that we are all on the same page as far as Angelina's payments.  Mom has paid up until 5/20 through the app.  Each of you will need to start paying $19 per week on that week and every Friday until the end of May.  Starting in June your payments will go up to $49 each per week .  Please let me know if you have any questions.

--
Respectfully,
HG director

# HEAVENLY GIFT
CHILDCARE CENTER LLC.
(860) 378- 9013
info@heavenlygiftcare.com
www.heavenlygiftcare.com

Full

PLAINTIFF'S
EXHIBIT

47

6/1/22

**Message 8 of 50**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:48 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:48 PM*) |
| Subject: | Re: Haircut |

I gave you the money so make up whatever you want.. I'm done with your greed for the night. You'll just keep going asking for more and more money. Would you rather I pay for things for Angelina? Or pay you child support. Because you keep asking for child support and then asking me to give you money to pay for everything else also. So what is the $500 a month for the extra 48 hours a month that you will be having Angelina for? The party is the only thing that needs to be discussed on here right now. Everything else is being done through the court so there's nothing else to discuss. I'm going to bed

---

**On 04/21/2022 at 09:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:45 PM*) |
| Subject: | Re: Haircut |

Actually you did not. And I have the receipt and proof of purchase to prove it. We met in Hamden that day and when it was time to pay you told the woman that I was paying for it. I have my receipt and proof of payment as well.

---

**On 04/21/2022 at 09:42 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:42 PM*) |
| Subject: | Re: Haircut |

Actually I paid for it

---

**On 04/21/2022 at 09:40 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:42 PM*) |
| | Diamanto Antonellis (*First Viewed: Never*) |
| Subject: | Haircut |

Two years ago I paid for our daughter to get her first haircut. Since then she has not had a haircut in two years. My mom mentioned that her hair is unruly and asked if you would be able to pay for this haircut since I paid for the last one which was her first one. My mom stated that you did not respond when she asked if you could get her haircut. Do you think you could manage to get her haircut this weekend? I know you get your haircut every 1 to 2 weeks as your barber Jeff confirmed. Do you think you can do this for Angelina since it has been two years and you have never once paid for her to get a haircut?



Full

PLAINTIFF'S
EXHIBIT

48

6|1|22



**Message 12 of 50**

| | |
|---|---|
| **Sent:** | 04/22/2022 at 12:21 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/22/2022 at 01:44 PM*) |
| **Subject:** | Re: Coat |

No, she has three different coats that all fit her, every week we send her back to your house in one and every week she comes back without it. So no I'm not buying another coat

---

**On 04/22/2022 at 10:51 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/22/2022 at 12:20 PM*) |
| **Subject:** | Coat |

Can you please buy Angelina a coat? Your mom asked and I told her I am waiting for you to pay your court ordered support. Please advise.





From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Apr 4, 2022 at 9:41:11 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

Stop emailing me please. This has nothing to do with my day.

Sincerely,



PLAINTIFF'S
EXHIBIT
Full
50
6/1/22

Theodora Antar
(203)273-8419

On Apr 4, 2022, at 9:40 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

By the way, she is back to being fully potty trained including pooping on potty
with no accidents. Even overnight. I make sure she goes before bed and
doesn't over do it on water before. I put a liner between her sheet and
mattress just in case and she does great. I don't recommend putting her in
diapers anymore. She seems to just go in them when they are on.

On Mon, Apr 4, 2022 at 09:34 Matthew Lodice <matthewlodice@gmail.com>
wrote:
I have done everything. The only thing I haven't done right is being behind on
child support. All that will be changed once we go through court. I wasn't
going to ask for child support from you but maybe it would be in my best
interest to do so

On Mon, Apr 4, 2022 at 09:32 Theodora Antar <theodoraantar@gmail.com>
wrote:
You havent done anything lol. You are sick. Name one thing  you did 🤣

Sincerely,

Theodora Antar
(203)273-8419

On Apr 4, 2022, at 9:31 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Court looks down upon not following a court order and using our daughter as a pawn in your twisted games. I've been doing everything I'm supposed to do. We are still here at the meeting place we will wait here until 10 AM and then we will leave and go to the police department to file a report

On Mon, Apr 4, 2022 at 09:29 Theodora Antar <theodoraantar@gmail.com> wrote:
You going there taking a picture and leaving and not waiting more than one minute does not constitute a refusing to pick up my daughter but go ahead and make whatever narcissistic narrative if you want to tell yourself. Keep in mind that the court looks down on people who refused to cooperate or work together with the other parent

Sincerely,

Theodora Antar
(203)273-8419

On Apr 4, 2022, at 9:22 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Definitely not refusing. We are at the court ordered meeting place. What you are documenting is your refusal to pick up our daughter

**Tap to Download**
image_123927839.JPG
3.1 MB

On Mon, Apr 4, 2022 at 09:17 Theodora Antar
<theodoraantar@gmail.com> wrote:
I am just documenting that you once again are refusing to return my child to me.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

--
Matthew Lodice
Whole House Remodeling
203–919–9528

**Message 4 of 50**

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:41 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:42 PM*) |
| **Subject:** | Re: Party change of plans |

Fine 300. I can't do anymore. Even that is a struggle. It's going to take me a little bit of time to get that money together. I really am struggling. I'm not saying that to be a dick

---

**On 04/21/2022 at 09:38 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:38 PM*) |
| **Subject:** | Re: Party change of plans |

The only covers 10 bouncers. I planned on inviting her friends at her new school as well so if any of them show up plus her siblings that will be at about 10 without inviting anybody else. I believe we should do the 399 package and budget $200 minimum to cover food, cake, invitations, and decorations. I know you have never planned a party before but in case you didn't realize the price of everything is double to triple of what it was a year ago.

---

**On 04/21/2022 at 09:34 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| **Subject:** | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

---

**On 04/21/2022 at 09:31 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| **Subject:** | Re: Party change of plans |
| **Attachments:** | img_3222_1.jpg (6 MB) |

*Full*

PLAINTIFF'S
EXHIBIT
51    6/11/22

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

**On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

**On 04/21/2022 at 09:24 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

**On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:23 PM*) |
| **Subject:** | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

**On 04/21/2022 at 09:19 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:20 PM*) |
| **Subject:** | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

**On 04/21/2022 at 09:17 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:18 PM*) |
| **Subject:** | Re: Party change of plans |

I have 200 I can put in. Maybe we can do it at a park

**On 04/21/2022 at 09:15 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:17 PM*) |
| **Subject:** | Party change of plans |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year





**Message 3 of 50**

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:39 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:41 PM*) |
| **Subject:** | Re: Party change of plans |

She doesn't have any friends at her new school. She doesn't start there for another 2 weeks. 5 bouncers each then if you want to add on more you can pay the difference same if I want to add on more

---

**On 04/21/2022 at 09:38 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:38 PM*) |
| **Subject:** | Re: Party change of plans |

The only covers 10 bouncers. I planned on inviting her friends at her new school as well so if any of them show up plus her siblings that will be at about 10 without inviting anybody else. I believe we should do the 399 package and budget $200 minimum to cover food, cake, invitations, and decorations. I know you have never planned a party before but in case you didn't realize the price of everything is double to triple of what it was a year ago.

---

**On 04/21/2022 at 09:34 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| **Subject:** | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

---

**On 04/21/2022 at 09:31 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| **Subject:** | Re: Party change of plans |
| **Attachments:** | img_3222_1.jpg (6 MB) |

*Full*

*PLAINTIFF'S EXHIBIT*

*53*

*6|1|22*

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

**On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

**On 04/21/2022 at 09:24 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.



place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

---

**On 04/21/2022 at 09:17 PM, Matthew Iodice wrote:**

| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:18 PM*) |
| Subject: | Re: Party change of plans |

I have 200 I can put in. Maybe we can do it at a park

---

**On 04/21/2022 at 09:15 PM, Theodora Antar wrote:**

| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:17 PM*) |
| Subject: | Party change of plans |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year

Full

PLAINTIFF'S
EXHIBIT

54

6/1/22



**Message 2 of 50**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:34 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:36 PM*) |
| Subject: | Re: Party change of plans |

Why don't we do the 299 one and then spend 100 on the other stuff cake decorations

---

**On 04/21/2022 at 09:31 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:32 PM*) |
| Subject: | Re: Party change of plans |
| Attachments: | img_3222_1.jpg (6 MB) |

PLAINTIFF'S EXHIBIT
55

See attached. Keep in mind that does not include the cost of invitations, decorations, food, drinks, or cake. Ballpark estimate for an entire party based on what I usually pay for my children is between $800-$1000 total. It is once a year and if you care about our child it is worth the money. This is the first year that she is actually aware of her birthday and I want to make it special for her. I understand that she is not your priority but perhaps you can make an exception this once and do this for her. I can list 10 to 12 items of value that you possessed that you could sell to raise the funds or perhaps considered doing a GoFundMe we're asking family to help since you seem to be unstable and unable to do half let alone all of it.

---

**On 04/21/2022 at 09:28 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| Subject: | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

**On 04/21/2022 at 09:24 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| Subject: | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

---

**On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:23 PM*) |
| Subject: | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

---

**On 04/21/2022 at 09:19 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:20 PM*) |
| Subject: | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce



# Message Report

**Generated:** 05/20/2022 at 02:35 PM by Theodora Antar
**Number of messages:** 50
**Timezone:** America/New_York
**Parents:** Theodora Antar, Matthew Iodice
**Child(ren):** Angelina Lodice
**Third Party:** Diamanto Antonellis



OurFamilyWizard, LLC.
230 13th Avenue NE, Minneapolis, MN 55413
ourfamilywizard.com
info@ourfamilywizard.com
(866) 755-9991

---

## Message 1 of 50

| | |
|---|---|
| **Sent:** | 04/21/2022 at 09:28 PM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:30 PM*) |
| **Subject:** | Re: Party change of plans |

How about instead of you just throwing numbers out there that you make up you show me what you mean.. where and when and how much

---

### On 04/21/2022 at 09:24 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:27 PM*) |
| **Subject:** | Re: Party change of plans |

You are also court ordered to pay child support and pay half the party and you are refusing to do so. The party will cost at least $300 apiece. If that is something you are not able to afford or are unwilling to pay then I am going to be doing the party myself. The judge will understand when she sees your refusal to contribute financially to our daughter.

---

### On 04/21/2022 at 09:22 PM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 09:23 PM*) |
| **Subject:** | Re: Party change of plans |

Again. Not on drugs.. not drinking alcohol. Not sending Monica money. You sent me the bounce house prices.. I told you I can give 200. All you are doing is playing games and beating around the bush. You are court ordered to do the party with me and pay half. Time to grow up and be a parent.

---

### On 04/21/2022 at 09:19 PM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 09:20 PM*) |
| **Subject:** | Re: Party change of plans |

I'm sorry but our daughter requested that we do it out of bounds place and I am not going to disappoint her and break her heart because you want to be cheap. Maybe you could stop paying for Dominic cell phone and tablet and laptop and use the money so Angelina can have a party. You also Venmo MonicA money to babysit our daughter and father refused to follow the right of first refusal so either we have it at the bounce place together and you pay at least 300 total or I will be doing my own party I'm not going to let my daughter get heartbroken because you are selfish and want more money for your drugs.

Full

PLAINTIFF'S
EXHIBIT

56

6/1/22



**On 04/21/2022 at 08:52 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:57 PM*) |
| **Subject:** | Re: Court ordered party |

Deposit to book the party.

---

**On 04/21/2022 at 08:50 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:51 PM*) |
| **Subject:** | Re: Court ordered party |

Pay half of what?

---

**On 04/21/2022 at 08:47 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:49 PM*) |
| **Subject:** | Re: Court ordered party |

You were ordered to download this app by 4/15/22. You waited until 4/21/22 to do so. Every place was booked and I chose a location which needs deposit by tomorrow. You are court ordered to pay half. Are you now refusing to do so?

---

**On 04/21/2022 at 08:46 PM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/21/2022 at 08:46 PM*) |
| **Subject:** | Re: Court ordered party |

What party??. I have no money right now. How much, where, we never finished discussing it. I need proof. Need to talk to place

---

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/21/2022 at 08:45 PM*) |
| **Subject:** | Court ordered party |

The deposit for her party is due by tomorrow. Please send me payment for 50% of deposit via this app.

Full

PLAINTIFF'S
EXHIBIT

57

6/1/22



**Message 23 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:16 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:17 PM*) |
| Subject: | Re: Court ordered party |



200

---

**On 04/21/2022 at 09:14 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:15 PM*) |
| Subject: | Re: Court ordered party |

Again like I stated if you do not tell me a dollar amount in terms of budget for all of the items I listed above then I will be doing a party without you. Please let me know a dollar amount so I know what we can afford so I can properly plan. If I do not have a dollar amount budget number sent to me by 6 PM tomorrow I will assume that you were paying nothing and I am going to be having my own party and keeping her that weekend like I did last year

**On 04/21/2022 at 09:13 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:13 PM*) |
| Subject: | Re: Court ordered party |

Half.. you know this. Make a party list and send. Then we can discuss location. Then I will pay half to the place directly..

**On 04/21/2022 at 09:03 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:12 PM*) |
| Subject: | Re: Court ordered party |

How much are you willing to spend on this party? Considering your court ordered to pay half? If the answer is zero then I will not be doing a joint party with you.

**On 04/21/2022 at 09:01 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:02 PM*) |
| Subject: | Re: Court ordered party |

Who are the ten people you have counted since you came up with that number

**On 04/21/2022 at 08:59 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:00 PM*) |
| Subject: | Re: Court ordered party |
| Attachments: | img_3222.jpg (6 MB) |

Since we have to pay per person I am thinking we should invite as little people as possible since you state you have no money to contribute. The entire party should be maybe 10 people total. See attached prices.

**On 04/21/2022 at 08:58 PM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:58 PM*) |
| Subject: | Re: Court ordered party |

So are you going to give me any details such as, where the party is. When it is. What time. How much. Who is going. Who is invited?



**Message 21 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:13 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:13 PM*) |
| Subject: | Re: Court ordered party |

Half.. you know this. Make a party list and send. Then we can discuss location. Then I will pay half to the place directly..

---

### On 04/21/2022 at 09:03 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:12 PM*) |
| Subject: | Re: Court ordered party |

How much are you willing to spend on this party? Considering your court ordered to pay half? If the answer is zero then I will not be doing a joint party with you.

### On 04/21/2022 at 09:01 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:02 PM*) |
| Subject: | Re: Court ordered party |

Who are the ten people you have counted since you came up with that number

*Handwritten: Full*

*PLAINTIFF'S EXHIBIT*

*59*

*6/1/22*

### On 04/21/2022 at 08:59 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 09:00 PM*) |
| Subject: | Re: Court ordered party |
| Attachments: | img_3222.jpg (6 MB) |

Since we have to pay per person I am thinking we should invite as little people as possible since you state you have no money to contribute. The entire party should be maybe 10 people total. See attached prices.

### On 04/21/2022 at 08:58 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:58 PM*) |
| Subject: | Re: Court ordered party |

So are you going to give me any details such as, where the party is. When it is. What time. How much. Who is going. Who is invited?

### On 04/21/2022 at 08:52 PM, Theodora Antar wrote:

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:57 PM*) |
| Subject: | Re: Court ordered party |

Deposit to book the party.

### On 04/21/2022 at 08:50 PM, Matthew Iodice wrote:

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 08:51 PM*) |
| Subject: | Re: Court ordered party |

Pay half of what?



**Message 19 of 25**

| | |
|---|---|
| Sent: | 04/21/2022 at 09:07 PM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/21/2022 at 09:07 PM*) |
| Subject: | Re: Court ordered party |

I will send you no money. Any money that will be sent will be to the place directly once the party is discussed between us and confirmed with the place

**On 04/21/2022 at 08:43 PM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/21/2022 at 08:45 PM*) |
| Subject: | Court ordered party |

The deposit for her party is due by tomorrow. Please send me payment for 50% of deposit via this app.

Full

PLAINTIFF'S
EXHIBIT

60

6/1/22



**On 04/30/2022 at 06:56 AM, Matthew Iodice wrote:**

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/30/2022 at 07:05 AM*) |
| **Subject:** | Re: Bday |

I sent you the money for the party. Set it up where you want

---

**On 04/30/2022 at 06:36 AM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/30/2022 at 06:55 AM*) |
| **Subject:** | Re: Bday |

Since you read my message and once again ignored it I am assuming that you would like to split the day in half so I will be taking angelina at 2 PM on her birthday and planning my own party since you have refused to respond to any of my messages.

---

**On 04/29/2022 at 08:20 PM, Theodora Antar wrote:**

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/29/2022 at 08:51 PM*) |
| **Subject:** | Bday |

Why are you ignoring my message re bday





8:25 ◁

+1 (860) 518-2388 ›

Mon, Jan 3, 4:18 PM

*Full*

PLAINTIFF'S
EXHIBIT
*62*
*6/11/23*

Eta?

For what?

Fine, it's your responsibility to get her it's on your time. This will just be ammo for you to lose custody

*claims he can financially take on sole custody*

I am trying to work

*has been working consistently*

I'm sorry you cannot control your emotions

Think about what you're doing to Angelina

Please make the right choice for once in your life

Your mother takes her every Monday for you and a couple days during the week to help you out. Why are you going to try to mess that up

**Message 22 of 50**

| | |
|---|---|
| Sent: | 04/26/2022 at 08:38 AM |
| From: | Matthew Iodice |
| To: | Theodora Antar (*First Viewed: 04/26/2022 at 08:38 AM*) |
| Subject: | Re: Childcare |

As soon as I verify with them. Making sure price is accurate and see if any care for kids and such is involved

---

**On 04/26/2022 at 08:37 AM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/26/2022 at 08:37 AM*) |
| Subject: | Re: Childcare |

Heavenly gift thomaston. Ask for carrie. She will verify. I need money before friday or she cant start. You have to pay me directly as they only want one parent paying. Please confirm you will send to me ASAP so our child can go.

---

**On 04/26/2022 at 08:34 AM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/26/2022 at 08:36 AM*) |
| Subject: | Re: Childcare |

It's not so please let me know

---

**On 04/26/2022 at 08:34 AM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/26/2022 at 08:34 AM*) |
| Subject: | Re: Childcare |

Already did. Its in our court order.

---

**On 04/26/2022 at 08:32 AM, Matthew Iodice wrote:**

| | |
|---|---|
| To: | Theodora Antar (*First Viewed: 04/26/2022 at 08:34 AM*) |
| Subject: | Re: Childcare |

Please send me school info, name and number. I will verify with them

---

**On 04/26/2022 at 07:45 AM, Theodora Antar wrote:**

| | |
|---|---|
| To: | Matthew Iodice (*First Viewed: 04/26/2022 at 08:18 AM*) |
| Subject: | Childcare |

Please send me the $70 so that Angelina can start school on Monday. I have sent you several messages requesting this and you ignored them all. It is 140 a week. She will not be able to start if that is not paid. She is very excited about school. Please do not disappoint her by not allowing her to go due to your refusal to pay for her court ordered childcare.





**Message 21 of 50**

| | |
|---|---|
| **Sent:** | 04/26/2022 at 08:34 AM |
| **From:** | Matthew Iodice |
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:36 AM*) |
| **Subject:** | Re: Childcare |

It's not so please let me know

---

### On 04/26/2022 at 08:34 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Already did. Its in our court order.

---

### On 04/26/2022 at 08:32 AM, Matthew Iodice wrote:

| | |
|---|---|
| **To:** | Theodora Antar (*First Viewed: 04/26/2022 at 08:34 AM*) |
| **Subject:** | Re: Childcare |

Please send me school info, name and number. I will verify with them

---

### On 04/26/2022 at 07:45 AM, Theodora Antar wrote:

| | |
|---|---|
| **To:** | Matthew Iodice (*First Viewed: 04/26/2022 at 08:18 AM*) |
| **Subject:** | Childcare |

Please send me the $70 so that Angelina can start school on Monday. I have sent you several messages requesting this and you ignored them all. It is 140 a week. She will not be able to start if that is not paid. She is very excited about school. Please do not disappoint her by not allowing her to go due to your refusal to pay for her court ordered childcare.

Full

PLAINTIFF'S EXHIBIT

64

6|1|22



From: **Matthew Lodice** matthewlodice@gmail.com
Date: **Jan 10, 2022 at 7:48:17 AM**
To: **Theodora Antar** theodoraantar@gmail.com

Since clearly you have me blocked still. I'll email you. Please let know if I am meeting you for Angelina at the Cumberland farms in naugatuck as per agreement. You will get the money once she is picked up otherwise I will need to use it towards child care since you are refusing. If you do not take her I will be getting an ex parte with my lawyer and the court for full custody today and we can hash it out in court. I'm tired of you leaving Angelina hanging. I'm not sending you money while you are not taking her so stop trying to extort me to do so. I need the money for child care today since you are refusing her. Please let me know what the plan is

Full

PLAINTIFF'S
EXHIBIT

65

6/1/22

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: Mar 30, 2022 at 8:40:31 AM
To: Matthew Lodice matthewlodice@gmail.com

Please do not communicate that way. I was in fact there and attempted to let you know through the police that I was running late but you refused to be flexible at all and refused to meet anywhere. Now that I live an hour away from you we need to find a new meeting spot and new meeting time in new schedule that works for all of us especially considering angelina's new changes that are starting next week

Sincerely,

Theodora Antar
(203)273-8419



On Mar 30, 2022, at 8:37 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Unfortunately you suck as a mom and didn't show up for Angelina on Monday again. So unfortunately I'm not willing to drive all the way to you to bring her to you. Time to step up as a parent and come get our daughter. So what you are telling me is that you cannot  come get her at any point all day and all night?

On Wed, Mar 30, 2022 at 08:34 Theodora Antar <theodoraantar@gmail.com> wrote:
Unfortunately that is an hour away from where I will be tonight so again you can bring her to my moms or bring her to the babysitter or my house let me know or we can meet at Union Avenue or we can meet at Woodbridge Police or  Orange Police

Sincerely,

Theodora Antar
(203)273-8419

On Mar 30, 2022, at 8:31 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I said we will be in Waterbury all day so call me on your way and I will meet you

On Wed, Mar 30, 2022 at 08:27 Theodora Antar <theodoraantar@gmail.com> wrote:
Where will she be and with who while you are working??

Sincerely,

Theodora Antar
(203)273-8419

On Mar 30, 2022, at 8:27 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

We will be in Waterbury all day until 5

On Wed, Mar 30, 2022 at 08:26 Theodora Antar <theodoraantar@gmail.com> wrote:
Where will angelina be today while you are at work? Since you are refusing

to bring her to the sitter or me.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Angelina**
Date: **Mar 29, 2022 at 7:57:20 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

So Angelina doesnt deserve to eat 72% of the time because your new family is your priority? Wow. Let me know when you are ready to bring Angelina home. Ill be here waiting.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 29, 2022, at 7:55 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:


Ok Theo. I'm just tight on cash and can't afford to give you money. If it's a choice to feed my family or give you money it's a no brainer for me

On Tue, Mar 29, 2022, 7:54 PM Theodora Antar <theodoraantar@gmail.com> wrote:
So if your excuse for not paying child support is because you claim that you have angelina full-time what is your excuse for not paying a single dollar in the last eight months? If you can pay cash for a foreclosure you can pay child support.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:52 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

It's our child and you chose not to get her again. You can come get her whenever you want.

On Tue, Mar 29, 2022, 7:51 PM Theodora Antar <theodoraantar@gmail.com> wrote:
You do not now nor have you ever had Angelina full-time. Please refrain from lying and making things up. Please have my child call me and please bring her home to me. I really appreciate it thank you

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:50 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I should be paying you child support and have her full time? Yeah ok. No. You can meet me out here to get her or meet me in Waterbury tomorrow. It's your call

On Tue, Mar 29, 2022, 7:48 PM Theodora Antar <theodoraantar@gmail.com> wrote:
Please stop deflecting from my Request for you to bring Angelina home. The fact that you are refusing to pay child support just shows how bad of a

person you are. Only a deadbeat father would want to not pay support.
What is worse is that you have the money since you were able to pay for
food multiple cell phones a house living expenses and more yet you still
refused to pay. Please let me know if you can bring Angelina home to me. I
tried FaceTime in multiple times and you did not answer either. Please
bring her home so that she can go to her school tomorrow.
Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:45 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


So then if it's not about the money let's eliminate child support and split
the responsibility equally

On Tue, Mar 29, 2022, 7:44 PM Theodora Antar
<theodoraantar@gmail.com> wrote:
Cash? I asked you nicely to come over just now. Never once mentioned
cash. Please don't communicate that way.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:43 PM, Matthew Lodice

<matthewlodice@gmail.com> wrote:

A whole slew of reasons. Let's start with all the times you asked me to come down there then called the cops when I did. Or the times you tell me to meet you somewhere and then you're not even there. How about the fact that gas is really expensive and I'm not going to drive all the way down to Orange that's an hour away and then drive another 45 minutes home because you didn't want to come get our daughter on Monday. Or how about all the lies you keep making up about me and or my company continuously. All you keep doing is bad things to me and then you ask me to do favors? You see Angelina as a cash cow for you. Why don't you just give up your parenting rights to me completely. She would be much better off with us. So no. If you want to see Angelina then put the effort in and come get her. Show her you actually care about her

On Tue, Mar 29, 2022, 7:19 PM Theodora Antar
<theodoraantar@gmail.com> wrote:
Why?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 7:18 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

No

On Tue, Mar 29, 2022 at 19:18 Theodora Antar
<theodoraantar@gmail.com> wrote:
Can you come over to my house

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 7:06 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


We are in new Britain eating right now

On Tue, Mar 29, 2022 at 19:06 Theodora Antar
<theodoraantar@gmail.com> wrote:
Where

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 6:55 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

Sooo??

On Tue, Mar 29, 2022 at 18:39 Matthew Lodice
<matthewlodice@gmail.com> wrote:
Ok so come get her

On Tue, Mar 29, 2022 at 18:38 Theodora Antar
<theodoraantar@gmail.com> wrote:
I would like her tonight please.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 29, 2022, at 6:36 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:


Ok didn't you say your meeting me tomorrow?

On Tue, Mar 29, 2022 at 18:36 Theodora Antar
<theodoraantar@gmail.com> wrote:
I would like Angelina please.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Mar 29, 2022 at 10:19:57 AM**
To: **Theodora Antar** theodoraantar@gmail.com

I'm going to wait for you to come get like you are supposed to do, or meet you at the meeting place this Monday again and see if you show up

On Tue, Mar 29, 2022 at 10:17 Theodora Antar <theodoraantar@gmail.com> wrote:
You keep saying that I am nonexistent but you keep trying to ask me daily when I am taking her. So which is it are you going to withhold her from me or you going to bring me my kid like you were supposed to yesterday

Sincerely,

Theodora Antar
(203)273-8419



On Mar 29, 2022, at 10:14 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

You constantly refuse to be there for her. You always lie and say you don't have a car. Angelina is not a cash ticket for you. There is way more to parenting than paying child support. The fact I'm behind on child support does not make it ok for you to stop being a mom for her. Do you think the judge is going to say it's ok for you to stop being a parent because he stopped paying you too? I will happily take the majority role of parenting. I won't even ask for child support from you. And you can just have her when it's convenient for you.

On Tue, Mar 29, 2022 at 10:07 Theodora Antar <theodoraantar@gmail.com> wrote:

If I am nonexistent why do you keep texting me and emailing me every day asking me to take Angelina? If you are a good dad why have you not paying child support in an entire year? A good dad will drop off Angelina the same way you drop off Sal and Dom and pick them up. You had no problem driving from Orange to Southington every week to get them back-and-forth to see them but when I ask you to drop off Angelina you say no. A good dad would go out of his way to bring his child home to their mother instead of withholding the kid. I don't know why you think withholding angelina and refusing to bring her home when you know I have no vehicle right now makes you a good dad.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 10:02 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I'm being the best dad possible. I am playing dad and mom because mom is nonexistent.

On Tue, Mar 29, 2022 at 09:56 Theodora Antar <theodoraantar@gmail.com> wrote:
Actually we do not. You can keep lying and pretending that we do when we do not. Meeting you and Waterbury or Bristol is not convenient and unfortunately as I told you I don't have a car so I would really appreciate it if you just brought her home like a good dad and try to do what's best for her when she would be you bring her home or bring her to her grandmas who is

waiting for her

Sincerely,

Theodora Antar
(203)273-8419

On Mar 29, 2022, at 9:54 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

Actually I can. We have a meeting place and time in order. You are the one who continually chooses not to show up and abandon our daughter. I'm not going to go out of my way to cover your incompetence as a parent.

On Tue, Mar 29, 2022 at 09:48 Theodora Antar
<theodoraantar@gmail.com> wrote:
Where is Angelina? I need her home. I cannot meet you an hour away. Please bring her home like you have no problem doing every other time. You cannot tell me that you will only give my child back if I meet an hour away

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling

203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 24, 2022 at 1:22:11 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

It has been mailed to your listed address which you lied to the court and say
you live at Along with certified letters of all of the outstanding childcare and
child support that you owe. If you emailed me again I'm calling the police I told
you wants to stop and you still emailed me this is harassment

Sincerely,

Theodora Antar
(203)273-8419



Full

PLAINTIFF'S
EXHIBIT

70

6|1|22

On Mar 24, 2022, at 1:20 PM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

Sure please forward me your attorney's contact information

On Thu, Mar 24, 2022 at 13:19 Theodora Antar <theodoraantar@gmail.com>
wrote:
I dont need to listen to anything you say. Please stop emailing me. You can
contact my attorney if you have something to say. If you continue to email me,
I will have the police tell you to not contact me since you are harassing me.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 1:18 PM, Matthew Lodice <matthewlodice@gmail.com>

wrote:

As long as you're providing proof of employment and proof of physical payment

On Thu, Mar 24, 2022, 1:17 PM Theodora Antar <theodoraantar@gmail.com> wrote:
You will have to pay 50% of the sitter for that then

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 1:16 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

No

On Thu, Mar 24, 2022, 1:01 PM Theodora Antar <theodoraantar@gmail.com> wrote:
Can you pick her up at 4 PM

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 8:33 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

Not sure.. what do you need

On Thu, Mar 24, 2022, 8:32 AM Theodora Antar
<theodoraantar@gmail.com> wrote:

What time are you able to ?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 24, 2022, at 8:31 AM, Matthew Lodice
<matthewlodice@gmail.com> wrote:

What times?

On Thu, Mar 24, 2022, 7:30 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
Would you like the right of first refusal for Angelina today/tonight?

Sincerely,

Theodora Antar

(203)273-8419

--

Matthew Lodice
Whole House Remodeling
203–919–9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
  Date: **Jan 9, 2022 at 9:48:09 AM**
     To: **Matthew Lodice** matthewlodice@gmail.com

Your court ordered to pay the day care weather angelina attends or not it is do weekly. Please send me your portion and we won't ha
meeting tomorrow at 9:30
Sincerely,

Theodora Antar
(203)273-8419


On Jan 9, 2022, at 9:47 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

I told you i will take her but only if u send the money today. This is me in writing stating i will take her at 9:30 per the agreement. I a
agreement. So please do your part and send me the money I cannot risk nothing again like you did the other day please send it tod
get it

Sincerely,

Theodora Antar
(203)273-8419

PLAINTIFF'S
EXHIBIT
72
Full
6/1/22

On Jan 9, 2022, at 9:46 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


Lol it's real simple. I don't really care what screenshots you send. Once you take Angelina tomorrow I will pay my half of the dayca
so I can't risk you not taking and paying for the daycare. If you refuse her I have to make necessary arrangements to make sure sh
no choice

On Sun, Jan 9, 2022, 9:43 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Can u send the money please like u promised u would today. I cant afford to miss more work.

Sincerely,

Theodora Antar
(203)273-8419


On Jan 9, 2022, at 9:29 AM, Theodora Antar <theodoraantar@gmail.com> wrote:

Its due today and i dont trust you. Send today and she can be picked up at 9:30. And i never spent new years or Christmas at th

Sincerely,

Theodora Antar
(203)273-8419


On Jan 9, 2022, at 9:27 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

You have no money but can go out all night and go to the casino on Christmas and new Year's.lmao. I will send Monday after An

On Sun, Jan 9, 2022, 9:24 AM Theodora Antar <theodoraantar@gmail.com> wrote:
No. Send it now like you promised its due today. Im not going to have the babysitter get her for u to turn around and not pay. Pa
pay the child care stop being a deadbeat and pay the money please you told me you would pay it today pet please now I really
angelina I have any food in my house and I'm two months late on the electric. Send it to me now please so i can get her some fc

Sincerely,

Theodora Antar
(203)273-8419

On Jan 9, 2022, at 9:18 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I will send tomorrow at 930 after she gets picked up.

On Sun, Jan 9, 2022, 9:10 AM Theodora Antar <theodoraantar@gmail.com> wrote:
Our agreement says you need to pay child support pay child care and medical and let me talk to her and childcare is due toda
today. Please send it so i can afford to get her a few groceries for the week. The babysitter is meeting u at 9:30.

Sincerely,

Theodora Antar
(203)273-8419

From: **Theodora Antar** seamlesssigningsct@gmail.com
Subject: **Re:**
Date: **Jan 9, 2022 at 9:01:05 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

I told you. Send and ill take her. Like i say every week

Sincerely,

Theodora Antar
Owner
Seamless Signings LLC
Seamlesssigningsct@gmail.com
(203)273-8419



On Jan 9, 2022, at 8:10 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

I can absolutely send you money for daycare. Once you take her tomorrow and
I know daycare is needed then I will pay you

On Sun, Jan 9, 2022 at 05:58 Theodora Antar
<seamlesssigningsct@gmail.com> wrote:
U got money to go out drinking til 330 am but cant send me the money for
daycare? Wow.

Sincerely,

Theodora Antar
Owner
Seamless Signings LLC
Seamlesssigningsct@gmail.com
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919–9528

‹ Back  **2 Messages**  ∧ ∨

 **860-518-2388 (Matt)**   3:54 PM
To: Diamanto Antonellis ›

# Re: Angelina



PLAINTIFF'S EXHIBIT

74

She has shoes and a coat. I will get her new shoes but her coat still fits. It's not my fault your daughter is irresponsible and didn't bring her with them. I'm sorry but due to what's going on I'm going to stick strictly to the agreement. You and your daughter can figure out  how to get to the meeting place. I've been doing everything thing I'm supposed to. The only reason she hasn't gotten child support in a couple weeks is because I cannot afford it. Which we are going to court for. I will be at the meeting place as discussed. I'm done responding to you. Any other issues  or questions need to be taken up with Theo. I will only communicate with her from now on regarding our agreement and Angelina. Please have a good day

9:04



860-518-2388 (Matt)

Thanks

Today 6:57 AM

Can you sign up Angelina for this soccer class again?

**2022 PRE-SEASON | Everson Soccer Academy LLC**
eversonsoccer.com


Today 9:02 AM

Can u also ask if he can help getting her new shoes because her shoes dont fit and gave her blisters

Ok

I will sign her up for something near where I live in Newington

Full

PLAINTIFF'S
EXHIBIT
75

6/1/22

Text Message

9:46



860-518-2388 (Matt)

today and ask if he can send the money for them

I won't send her money but I'll buy shoes

So how are we getting the shoes today then?

Angelina has been in private childcare since January and the babysitter is charging $135 a week for 2 days a week. Please send the $70 for this week for tues/Thursday since it is court ordered"

I don't believe her and I don't have proof, I also have no communication from her. She can either send me some proof herself of this child care, or she could wait till we go back to court

Full

PLAINTIFF'S EXHIBIT

76

6/1/22

Text Message









From: **Matthew Lodice** matthewlodice@gmail.com
Subject: **Re:**
Date: **Mar 14, 2022 at 12:59:33 PM**
To: **Theodora Antar** theodoraantar@gmail.com

I need to know where the dentist appointment is. Exact location

On Mon, Mar 14, 2022 at 10:35 Matthew Lodice <matthewlodice@gmail.com>
wrote:
No, I'm sorry I won't do that. I'm not going to agree to something that's not
true. What is it that you would like to discuss that needs to be discussed.

On Mon, Mar 14, 2022, 10:33 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
We clearly remember things differently. Lets agree to disagree.

Sincerely,



PLAINTIFF'S
EXHIBIT

77

6/1/22

Theodora Antar
(203)273-8419

On Mar 14, 2022, at 10:31 AM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

I have consistently followed the agreement all the way through. I only fell
behind on the monetary end. All of this will be discussed in court in front of
the judge. The only person who has ever been in contempt of our agreement
has been you. It will all be taken care of in due time. Please let me know what
it is you would like to discuss

On Mon, Mar 14, 2022, 10:23 AM Theodora Antar
<theodoraantar@gmail.com> wrote:
You are in contempt on every part of our agreement and will never get sole

custody. You need to be financially stable and be able to prove that in court. Are you saying you are financially stable enough to provide for Angelina? If so, then why have you not paid any child support in seven months or childcare?

On Mon, Mar 14, 2022 at 10:17 AM Matthew Lodice <matthewlodice@gmail.com> wrote:
You have not kept saying that at all. We can discuss whatever it is you want. Either via email or you can call and actually not hang up. I don't want her having the flu shot I know that. But if we have no other choice I cannot stop you from doing it. Everything will change once I have custody of her and we will readdress all things on our original agreement

On Mon, Mar 14, 2022 at 09:48 Theodora Antar <theodoraantar@gmail.com> wrote:
Furthermore educational decisions are supposed to also be made together along with medical. She can stay in a private home babysitter setting or go to a preschool/daycare setting but will need a flu shot by end of year or will need to be pulled out from january-march annually. Again, i keep saying to you we need to discuss childcare and education and medical issues for our child and you keep refusing.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice

||||| Whole House Remodeling
203–919-9528

--

Matthew Lodice
Whole House Remodeling
203–919-9528

**Small Town Publishing Inc.**

PO Box 3554
Milford, CT  06460 US
+1 2032738419
smalltownpublishingllc@gmail.com

# INVOICE

| BILL TO | INVOICE | 1005 |
| --- | --- | --- |
| Matthew Lodice | DATE | 09/13/2021 |
| Whole House Remodeling LLC | TERMS | Due on receipt |
| 48 Quarry Hill Rd | DUE DATE | 09/13/2021 |
| Waterbury, Ct | | |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Services | Thank you for your business! Call Theodora at (203)273-8419 with any questions. | 1 | 100.00 | 100.00 |

Thank you for your business!

| | PAYMENT | 100.00 |
| --- | --- | --- |
| | BALANCE DUE | **$0.00** |
| | | **PAID** |

Full

PLAINTIFF'S
EXHIBIT

78

6/1/22

**Small Town Publishing Inc.**

PO Box 3554
Milford, CT  06460 US
+1 2032738419
smalltownpublishingllc@gmail.com

# INVOICE

BILL TO
Matthew Lodice
Whole House Remodeling LLC
48 Quarry Hill Rd
Waterbury, Ct

INVOICE       1018
DATE          09/29/2021
TERMS         Due on receipt
DUE DATE      09/29/2021

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
|  | Services | Full page ad plymouth connection october 2021 | 1 | 150.00 | 150.00 |

|  |  |
|--|--|
| PAYMENT | 150.00 |
| BALANCE DUE | **$0.00** |
|  | **PAID** |



From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re: Angelina**
Date: **Mar 20, 2022 at 7:09:55 PM**
To: **Matthew Lodice** matthewlodice@gmail.com
Cc: **Protzy4@gmail.com**

You havent followed any part of any order since it was initiated. Please stop withholding Angelina out of spite. And I recorded the first face time call i attempted to her since december since you kept begging me to unblock you and face time her. Now that i finally unblocked you and did, you in the background called me ugly, said im a bad mom, and in front of both of my children insulted me multiple times. Due to your abusive nature we will no longer be communicating via phone at all. You can drop Angelina to my moms like you do every week or you can have our sitter get her from location of your choosing at 7 am. Please stop trying to withhold my child. I have been offering several options and you say no to all, showing you are refusing to cooperate.

Sincerely,



Theodora Antar
(203)273-8419

On Mar 20, 2022, at 7:02 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Actually by law I can. Court orders supercede Theo imagination laws. We will follow the order. You are just looking for a reason not to take her for another week. I will be at Cumberland farms in naugatuck at 930 am. We will give you a 30 minute window to get there. After that we will move on with our day. Nothing you say is going to change that so please stop emailing me. Either be there for our daughter, send someone there for our daughter, or don't. All the arrangements will change once we go back to court and I am the custodial parent. Then you could make whatever time you want your visitation to be. But for now you will either follow the order or you will not. End of conversation.

Have a good rest of your night

On Sun, Mar 20, 2022, 6:49 PM Theodora Antar <theodoraantar@gmail.com> wrote:

We have not met there since september and you have had no issues bringing her to and from my moms since then. You dont get to pick and choose which parts of the order from 6/18/2021 you want to follow when it is convenient for you. We offered to pick her up as early as 7 am or dropped off early as 8 am. You are refusing once again. State police will be notified if you continue to refuse. By law you can not deny her due to pick up time or location change especially since that hasnt been followed in 7 months.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 20, 2022, at 6:37 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

It's your responsibility to be at the arranged place at the arranged time. You've been abdicating your responsibility as a mother consistently week after week. We will be there at 9:30 we will wait for you 20 minutes. There are no variations from our agreement until we settle up in court. This is per advice of counsel. So either be at the Cumberland Farms at 9:30 AM as you're supposed to, or be in contempt of court again.

On Sun, Mar 20, 2022 at 18:18 Theodora Antar

<theodoraantar@gmail.com> wrote:
Either drop off angelina at my moms any time after 8am or we can have her picked up as early as 7. What is better? Neither of us can make it at 9:30.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 13, 2022 at 8:19:19 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

You have paid 0$ in six months. You have a full time career, and have the audacity to not even pay a single dollar. You are in contempt of court and also preventing our child from accessing medical care this week. It is not YOUR job to find childcare while you work. It is your job to follow the agreement the judge stated you pay me 50% and I get the childcare. Please start following such agreement. Someone who fell behind would not go half a year without paying a single penny meanwhile living a lavish lifestyle which is heavily documented. This will be the last email I sent. Please call me when you are ready to discuss our child.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 13, 2022, at 8:17 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


$300,000, I love these made up numbers you come up with. No money will go to you at all until we settle up in court. I fell behind. I'm sorry. I'm barely making ends meet and struggling to get by on top of being a full time parent to Angelina and having to find coverage for her when I do work. Just keep me posted if you have any interest in being with our daughter

On Sun, Mar 13, 2022 at 08:13 Theodora Antar <theodoraantar@gmail.com> wrote:
I have no vehicle so unfortunately you can either drop her at the sitter at 9:30 along with the payment you owe her or we will have to create a different agreement because it is not fair or right to our child for you to refuse to pay your court ordered support because you are angry. You have the money, you

work 6-7 days a week and own a 300,000$ a year company, yet are refusing to be a dad. It is sad that you would rather hurt angelina and not provide for her than to be a dad. I am giving you 26 hours notice that my car broke down and au have no vehicle. Please let me know when you are ready to get the child care situated for this week so we can be sure the sitter takes angelina to her dentist apt.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 13, 2022, at 8:10 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:


You can keep trying to extort me to get the money but I just don't have any to give. I'm sorry. If that means you choose to abandon your daughter, that's your prerogative. We will be at the meeting place at 930 if you change your mind. Have a good rest of your weekend

On Sun, Mar 13, 2022 at 08:08 Theodora Antar <theodoraantar@gmail.com> wrote:
I will once you venmo me the childcare money for the last 4 weeks per our agreement as well as last 7 months of child support so I can afford an uber to meet you there along with our sitter.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 13, 2022, at 8:07 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Well, be at the meeting place tomorrow at 930 as required by our agreement

On Sun, Mar 13, 2022 at 08:06 Theodora Antar <theodoraantar@gmail.com> wrote:
We need to have angelina in childcare this week. She also has a dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 13, 2022 at 8:53:09 AM**
To: **Matthew Lodice** matthewlodice@gmail.com

---

The order states YOU have to pay child care not me. I am the primary residence and custodial parent, and not you. I have no car as I stated. This is my attempt at asking you to bring her to her caregiver for tomorrow. Are you refusing? Also, we need to discuss when you will have visitation moving forward. Please advise.

Sincerely,

Theodora Antar
(203)273-8419

*Full*

PLAINTIFF'S
EXHIBIT

*83*

*6/1/22*

On Mar 13, 2022, at 8:46 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

None of what you said in that statement is true. It has not been six months since I haven't paid anything. Let me know where and when the dentist appointment is and I will make sure Angelina is there since I now have the parenting responsibility on my own. The agreement is we split all child care regardless who's care it is. So you owe me also. My lifestyle is far from lavish. I have nothing in my accounts, I drive a car I'm belly up on and stuck with that has 250000 miles. I have just enough money to keep a roof over our head and feed and clothe us. You can say and do whatever you want but I don't have money to give you. So if that means you're going to choose to stop being a mom because of that. Then that's on you. I have no problem taking full responsibility of raising her alone. She has plenty of strong female support on our end and will be ok without you. I will go to the meeting place every Monday at 930 and hope you will be there for her. If not I will just continue to keep her and maintain being the custodial parent. All necessary paperwork has already

been filed and we can hash out the details in court. I won't even ask for child support from you. Just be there for her when she needs. I'm done playing this back and forth game with you where you use her like a pawn to get money. She's not a weapon. She our angel and needs her parents' love. Hopefully you will grow up and do the right thing before it's too late. She notices that you haven't been picking her up and only talked to her once. You only hurt her and your relationship by doing these things. Hopefully you will be at the Cumberland farms in Naugatuck tomorrow as per our agreement to take her. If not, like I said , please let me know where and when any appointments you make are for her so that she can go. Thank you and have a good rest of your day. This will be my last correspondence on the matter

On Sun, Mar 13, 2022 at 08:19 Theodora Antar <theodoraantar@gmail.com> wrote:
You have paid 0$ in six months. You have a full time career, and have the audacity to not even pay a single dollar. You are in contempt of court and also preventing our child from accessing medical care this week. It is not YOUR job to find childcare while you work. It is your job to follow the agreement the judge stated you pay me 50% and I get the childcare. Please start following such agreement. Someone who fell behind would not go half a year without paying a single penny meanwhile living a lavish lifestyle which is heavily documented. This will be the last email I sent. Please call me when you are ready to discuss our child.

Sincerely,

Theodora Antar
(203)273-8419


On Mar 13, 2022, at 8:17 AM, Matthew Lodice <matthewlodice@gmail.com>

wrote:

$300,000, I love these made up numbers you come up with. No money will go to you at all until we settle up in court. I fell behind. I'm sorry. I'm barely making ends meet and struggling to get by on top of being a full time parent to Angelina and having to find coverage for her when I do work. Just keep me posted if you have any interest in being with our daughter

On Sun, Mar 13, 2022 at 08:13 Theodora Antar <theodoraantar@gmail.com> wrote:
I have no vehicle so unfortunately you can either drop her at the sitter at 9:30 along with the payment you owe her or we will have to create a different agreement because it is not fair or right to our child for you to refuse to pay your court ordered support because you are angry. You have the money, you work 6-7 days a week and own a 300,000$ a year company, yet are refusing to be a dad. It is sad that you would rather hurt angelina and not provide for her than to be a dad. I am giving you 26 hours notice that my car broke down and au have no vehicle. Please let me know when you are ready to get the child care situated for this week so we can be sure the sitter takes angelina to her dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 13, 2022, at 8:10 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

You can keep trying to extort me to get the money but I just don't have any to give. I'm sorry. If that means you choose to abandon your daughter, that's your prerogative. We will be at the meeting place at 930 if you change your mind. Have a good rest of your weekend

On Sun, Mar 13, 2022 at 08:08 Theodora Antar <theodoraantar@gmail.com> wrote:
I will once you venmo me the childcare money for the last 4 weeks per our agreement as well as last 7 months of child support so I can afford an uber to meet you there along with our sitter.

Sincerely,

Theodora Antar
(203)273-8419

On Mar 13, 2022, at 8:07 AM, Matthew Lodice <matthewlodice@gmail.com> wrote:

Well, be at the meeting place tomorrow at 930 as required by our agreement

On Sun, Mar 13, 2022 at 08:06 Theodora Antar <theodoraantar@gmail.com> wrote:
We need to have angelina in childcare this week. She also has a dentist apt.

Sincerely,

Theodora Antar
(203)273-8419

--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528

From: **Theodora Antar** theodoraantar@gmail.com
Subject: **Re:**
Date: **Mar 9, 2022 at 9:39:48 PM**
To: **Matthew Lodice** matthewlodice@gmail.com

You never once called her when shes been with me since november. And i didnt abandon her. We need childcare and you need to be a man and pay it. Thank u.

Sincerely,

Theodora Antar
(203)273-8419



On Mar 9, 2022, at 9:06 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I get that you think leaving her with me hurts me and that's fine but what I don't get, is why you don't call her or talk to her. That only hurts her and your relationship with her. You should at least do that. She misses you and makes comments and asks to talk to you. She needs a mom and a dad

On Wed, Mar 9, 2022 at 18:49 Theodora Antar <theodoraantar@gmail.com> wrote:
How do you not have money if you work 7 days a week?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 9, 2022, at 6:37 PM, Matthew Lodice <matthewlodice@gmail.com> wrote:

I just don't have the money right now and I have Angelina full time.

On Wed, Mar 9, 2022 at 18:03 Theodora Antar <theodoraantar@gmail.com>
wrote:
How is paying childcare and child support not an option when you are court ordered to do so?

Sincerely,

Theodora Antar
(203)273-8419

On Mar 9, 2022, at 5:43 PM, Matthew Lodice <matthewlodice@gmail.com>
wrote:

Paying that is not an option right now. So you are saying you won't take her back at all since it's not being paid? Well you should at least call and talk to her sometimes to be part of her life

On Wed, Mar 9, 2022 at 17:42 Theodora Antar
<theodoraantar@gmail.com> wrote:
Childcare is necessary for angelina during the week and you are court ordered to pay for half of it. I would love to take angelina 7 days a week as long as you are paying court ordered child support and half of her child care so i can go to work. When you are ready to pay the money for our child to receive care so i can work like the judge ordered you to, please let me know. I would be happy to meet you. Thanks.

Sincerely,

Theodora Antar
(203)273-8419


> On Mar 9, 2022, at 5:21 PM, Matthew Lodice
<matthewlodice@gmail.com> wrote:
>
> Are you just not going to take Angelina anymore? If you want to give up
your parenting rights to her I would understand and be happy to raise her
with you having no involvement. It would probably be best for her anyway
not to have you in and out of her life.--
> Matthew Lodice
> Whole House Remodeling
> 203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528
--
Matthew Lodice
Whole House Remodeling
203–919-9528



**MITTIMUS - FAMILY SUPPORT MATTER**
JD-FM-4   Rev. 3-19
C.G.S. §§ 18-82, 46b-215, 46b-231 (m)
P.B. §§ 23-68, 25-39

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions:** *Complete this form making sure all four copies are legible.*

| Name of case | Docket number |
|---|---|
| *[handwritten]* | *FA19504 6828* |

| Judicial District of | At (Town) | Address of court |
|---|---|---|
| *[handwritten]* | *[handwritten]* | *255 Church St New Haven CT* |

| Name and address of obligor (person being committed to the custody of the Commissioner of Correction) | Obligor's date of birth |
|---|---|
| *[handwritten]* | *5/11/83* |

| Name of petitioner | Review date | Time |
|---|---|---|
| *[handwritten]* | *6/29/22* | *10:00 A.M.* ☐ P.M. |

☐ Obligor to appear on review date, by interactive audiovisual device if still incarcerated.
*(As permitted by Sections 23-68 and 25-39 of the Connecticut Practice Book)*

## Finding and Order

WHEREAS, the above petitioner has moved this court to adjudge the above obligor in contempt for failure to comply with a support order and  *("X" one box only) .*

☒ **Contempt**

| Purge figure (For Contempt, if applicable) |
|---|
| *2 160* |

WHEREAS, the obligor was found to be in arrears and was adjudged by the court to be in contempt for failure to comply with the order and was ordered by the court to be committed to the custody of the Commissioner of Correction until purged of contempt or until further order of the court in the above-named case. Unless purged of contempt, or until further order of the court, the obligor shall be brought, safely and securely, before this court at the above address on the Review Date and Time noted above, or some other Review Date and Time ordered by the court.

☐ **Failure to Post Appearance Bond**

| Amount of appearance bond (If applicable) | Type of bond (If applicable) |
|---|---|
| $ | ☐ Cash  ☐ Other (Specify) _____ |

WHEREAS, the obligor was cited for contempt and appeared before this court and
WHEREAS, the Family Support Magistrate required the obligor to furnish the Amount of Appearance Bond and
WHEREAS, the obligor failed to post the appearance bond, the Family Support Magistrate ordered the obligor referred to a community correctional center until the obligor has complied with the bond requirement. Unless the bond requirement is complied with, the obligor shall be brought, safely and securely, before this court at the above address on the Review Date and Time noted above, or some other Review Date and Time ordered by the court.

| **Notice to Clerk** |
|---|
| *If the obligor is being referred to a community correctional center for failure to post bond to assure his/her appearance, statute requires that the obligor be heard at the next regular session of the the Family Support Magistrate Division in the court to which the obligor was summoned. If no regular session is held within seven days of such referral, the Family Support Magistrate shall either cause a special session of the Family Support Magistrate Division to be convened, or the obligor shall be heard by a Superior Court Judge in the Judicial District. If, for any reason, the obligor is not brought to court on the Review Date listed above, the court shall issue a writ of habeas corpus ad testificandum for the new review date and time ordered by the court.* |

## Mittimus

To: Any Proper Officer

By the authority of the State of Connecticut, you are hereby commanded to take and convey the above-named obligor to the Commissioner of Correction and/or the Commissioner's authorized agent and to leave with him/her this mittimus. The Commissioner of Correction, and/or the Commissioner's authorized agent, is hereby commanded to receive and safely keep said obligor within his/her custody until purged of contempt or until the above referenced appearance bond is posted or until further order of the court in the above-named case.

| By Order of the court (Print or type name of judge or family support magistrate) | On (Date) | Signed (Assistant Clerk) |
|---|---|---|
| *[handwritten]* | *6/1/22* | *[handwritten]* |

## Return of Service

| Name and location of community correctional center | Date |
|---|---|
| | |

In accordance with this order, I took and conveyed the above-named obligor to the community correctional center named above and there delivered the obligor into the custody of the Commissioner of Correction and/or the Commissioner's authorized agent at the above community correctional center and left with him/her this mittimus.

| Signature of proper officer | Title | From (City or town) |
|---|---|---|
| | | |

**FAMILY MITTIMUS TRANSMITTAL**
JD-FM-205 Rev. 3-08

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**INSTRUCTIONS TO CLERKS AND S.E.S. OFFICES:**
*Complete this form, check the appropriate boxes*
  *in sections A and B below.*
*Be sure to include your address.*
*Attach the form to the Mittimus for D.O.C. processing.*

**INSTRUCTIONS TO D.O.C:**
*When receiving funds, follow instructions*
  *as marked in Section A.*
*When forwarding funds, follow instructions*
  *as marked in Section B.*
*Return this form along with the check payable to:*
  *"State of Connecticut".*

NNH - FA

| DOCKET NO. |
| 19 - 5046828 |

| NAME OF CASE | Antar vs. Lodice | DATE OF MITTIMUS 6/1/22 |

**CORRECTIONAL FACILITY RESPONSIBILITIES:**

A. <u>REQUIRED WHEN RECEIVING FUNDS AT A D.O.C. CORRECTIONAL FACILITY:</u>

[X] PURGE - Do not execute Appearance Bond.

[ ] APPEARANCE BOND - Execute Family Appearance Bond form no. JD-FM-131.

[X] PREPARE D.O.C. RECEIPTS.

**FORWARD THIS DOCUMENT ALONG WITH THE APPROPRIATE PAPERWORK TO
THE INMATE TRUST FUND, 24 WOLCOTT HILL ROAD, WETHERSFIELD, CT 06109**

**INMATE TRUST FUND RESPONSIBILITIES:**

B. <u>REQUIRED WHEN FORWARDING FUNDS FROM THE INMATE TRUST FUND UNIT:</u>

**(ALL CHECKS PAYABLE TO "STATE OF CONNECTICUT")**

SEND TO: Clerk's Office, _____
*(address)*

[ ] FAMILY SUPPORT MAGISTRATE DOCKET BOND

[ ] FAMILY DOCKET PURGE (NON-S.E.S.)

[ ] FAMILY DOCKET BOND

SEND TO: S.E.S., 414 CHAPEL STREET, NEW HAVEN, CT 06511
*(address)*

[ ] FAMILY SUPPORT MAGISTRATE DOCKET PURGE

[ ] U.I.F.S.A. PURGE

[ ] U.I.F.S.A. BOND

[ ] PERFORMANCE BOND

[ ] CASH ON DEPOSIT

[ ] FAMILY DOCKET PURGE (S.E.S. INVOLVED)

| SIGNED (Clerk/S.E.S. Office) X  FSM Gilman | TELEPHONE NO. (with area code) |

**APPLICATION FOR WAIVER OF FEES/**
**PAYMENT OF COSTS/APPOINTMENT**
**OF COUNSEL - FAMILY**
JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, upon request, schedule a hearing.

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

**Type of proceeding**  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): application for subpoenas cost of service for all
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee (fee to file a new case)
- [ ] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by state marshal or other officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED
MAY 2 5 2022
CHIEF CLERK'S OFFICE

**Grounds for Appeal**  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

**Appointment of Counsel**  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | $1,200.00 |
| B. Net monthly income *(after taxes)* from employment | $1,200.00 |
| | + |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):* | $0.00 |
| | = |
| **Total Monthly Income (B+C)** | $1,200.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | $2,000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $300.00 |
| D. Food, not including SNAP (food stamps) | $800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | $50.00 |
| H. Transportation *(bus, gasoline, etc.)* | $800.00 |
| I. Child Care | $200.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | $4,150.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $10,000.00 | $18,000.00 | Motor Vehicle -$8,000.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking $200.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | -$7,800.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $30,000.00 | $400.00 |
| credit cards | $20,000.00 | $800.00 |
| | | |
| | | |
| **Total Liabilities** | $50,000.00 | $1,200.00 |

Page 1 of 3

| Name of case | | Docket number *(If applicable)* |
|---|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | | NNH-FA19-5046828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____
_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| | **Theodora Antar** | 05/25/2022 |

| Subscribed and sworn to before me: | On *(Date)* 5/25/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*: ☐ Not indigent   ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

  1. The following costs are ordered paid by the State
     ☒ Costs of service of process not to exceed:   $ *State Limit*
     ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
     ☐ Other *(Specify)*: _____

  2. The following fees are waived   ☐ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
     ☐ Other *(Specify)*: _____

  3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  4. Counsel is   ☐ Appointed *(Name)*: _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Donald R. Green, FSM | 5/26/22 | *[signature]* FSM | 5/26/22 |

JD-FM-75   Rev. 12-21

| Name of case | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                                     Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed      $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173 Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| | *COURT USE ONLY* |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite) ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew J. Lodice | 23 Lyman st, Apt 3, New Britain, CT, 06053 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|

I am the ☒ Plaintiff ☐ Defendant ☐ Third Party in this case.

On *(date)* 6/18/2021 the court made an order that *(name)* Matthew J. Lodice is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The judge ordered that I make all religious decisions for our child. The judge also ordered that the defendant must bring the child to all religious events that occur during his visitation time. I notified him in Our Family Wizard app on 5/16/22 that our child had a religious obligation that was scheduled from 5/22/22 from 10:00AM to 12:00PM. The defendant viewed the message in the app. I also sent a reminder to him about it on 5/21/22, as well as put it in the calendar in the app. He did not bring her to the scheduled religious event, despite being court ordered to do so. He also is still refusing to pay any of his court ordered child support or child care costs.

**Claim for Relief**

I ask the court to find *(name)* Matthew J. Lodice in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 05/25/2022 |
| Mailing address of self-represented party or attorney | | |
| 856 Shagbark Drive, Orange, CT, 06477 | | |
| E-mail address | Phone number *(Area code first)* | |
| theodoraantar@gmail.com | 2032738419 | |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 05/25/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew Lodice
23 Lyman St, Apt #3
New Britain, CT, 06053

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 05/25/2022 |

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

*Court Use Only*
Judicial District of New Haven
SUPERIOR COURT
FILED
MAY 2 5 2022
CHIEF CLERK'S OFFICE

Is this a family support magistrate (IV-D) matter? ☐ Yes ☐ No

| Plaintiff's name | Defendant's or other name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court

order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* 6 28 22 at *(time)* 9³⁰ Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3E | (203) 503-6800 |
| Court location *(Number, street and town)* | | |
| 235 Church Street, New Haven | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;

• Attend this court event by following the instructions that are sent to your e-mail address by the court; and

• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Matthew Lodice | | |
| By the court (Judge/Assistant clerk) | | Date signed |
| Grossman, J. | | 6 8 22 |

Page 2

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/28/2022

## ORDER

ORDER REGARDING:
05/25/2022 180.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

06/26/2022 07:03 PM FAX                                                          ☑0001/0001

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

| ADA NOTICE |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| **MFCSE** |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

| Docket number |
| --- |
| NNH-FA19-5046828-S |

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
Antar, Theodora F. vs Lodice, Matthew J.

| ☒ Judicial District | ☐ Housing Session | ☐ Geographical Area Number | Address of Court *(Number, street, town and zip code)* 235 Church St, New Haven, CT |
| --- | --- | --- | --- |

| Date of Motion 06/26/2022 | Sequence Number on Short Calendar *(if applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(if applicable)* |
| --- | --- | --- |

| Date of Scheduled Event 06/28/2022 | Person Making Motion is: ☐ Plaintiff's Attorney   ☒ Plaintiff   ☐ Defendant's Attorney   ☐ Defendant   ☐ Other |
| --- | --- |

| Firm Name, if Applicable | Address 856 Shagbark Drive, Orange, CT, 06477 | Phone Number (with area code) 2032738419 |
| --- | --- | --- |

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

| | | |
| --- | --- | --- |
| ☐ Arbitration | ☐ Early Intervention Conference | ☐ Pretrial |
| ☐ Administrative Appeal Hearing | ☐ Fact-Finding | ☐ Status Conference |
| ☐ Attorney Trial Referee Proceeding | ☐ Foreclosure Mediation | ☐ Trial Management Conference |
| ☐ Court Trial | ☐ Jury Trial | ☒ Other  hearing |
| ☐ Judicial-Alternative Dispute Resolution (J-ADR) | ☐ Hearing In Damages | |

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

| | |
| --- | --- |
| ☐ Counsel not ready | ☒ Discovery not complete |
| ☐ Lay witness not available *(Name of witness)* | |
| ☐ Counsel not available | ☒ Other  transcripts are not complete |
| ☒ Party not available *(Name of party)* Theodora Antar | |
| ☐ Expert witness not available *(Name of witness)* | |

*Continue explanation, if necessary:*
I need additional time to obtain the transcripts from all of the prior hearings that I have attended with the defendant. They will not be ready in time. In addition to this, I am asking for additional time to be able to obtain funds so that I can hire proper counsel.

For the above reason(s), I request this case be continued to (date):  06/09/2022      or  ☐ at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
☐ Consent   ☐ Do Not Consent   ☒ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)*   06/26/2022   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
23 Lyman st, Apt 2
New Britain, CT

| Signed *(Signature of filer)* ▶ *Theodora F. Antar* | Print or type name of person signing Theodora Antar | Date signed 06/26/2022 |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* 856 Shagbark Drive, Orange, CT, 06477 | | Telephone number 2032738419 |

| **Order** | Motion For Continuance is: ☐ Granted   ☐ Denied | Matter Continued To: | Signed *(Judge)* | Date 6/7/22 |
| --- | --- | --- | --- | --- |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

[ Print Form ]                    (Grossman, J)                    [ Reset Form ]

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/27/2022

<u>ORDER</u>

ORDER REGARDING:
06/27/2022 181.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR REFERRAL
BY FAMILY SERVICES**
JD-FM-230   Rev. 3-21

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to Family Relations Counselor/Supervisor:**
*1. Request to be filled out by the Family Relations Counselor/Supervisor.*
*2. Check the applicable boxes in the request.*
*3. Indicate the length of time requested to complete the referral.*
*4. Submit completed request to the court at the time of referral.*

**Instruction to Clerk:**
*Retain original in court file and provide a copy to the Family Services Office.*

| Court Use Only |
| --- |
| **REQREF** |

| Name of case | Docket number |
| --- | --- |
| **Antar, Theodora, F vs Lodice, Matthew, J** | **NNH FA195046828S** |

| Judicial District of | Address of court |
| --- | --- |
| **New Haven** | **235 Church Street, New Haven, CT 06510** |

## Family Services Request for Referral

Family Services has screened the above matter and is recommending the following:

☐ Case Management _____

☒ Mediation

☐ Conflict Resolution Conference

☐ Issue Focused Evaluation

☐ Comprehensive Evaluation

☐ Family Relations Pretrial

☐ Access to prior sealed CSSD-Family Services reports

Referral will address the following issues:
**parenting**

Requested time to complete referral   **60 days** _____

| Requested by *(Name of Family Relations Counselor/Supervisor)* | Date signed |
| --- | --- |
| **Lisa Zappone** | **6/28/2022** |

## Order of Court

The court has reviewed the above request for referral by Family Services and the request is hereby:

☐ Granted

☐ Granted, with the following changes:

_____

☐ Denied

| By the court | On *(date)* | Signed *(Judge/Assistant Clerk)* | Date signed |
| --- | --- | --- | --- |
| | | | |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

6/29/2022

ORDER

ORDER REGARDING:
06/29/2022 182.00 REQUEST FOR REFERRAL BY CSSD FAMILY SERVICES (FORM JD-FM-230)

The foregoing, having been considered by the Court, is hereby:

ORDER: APPROVED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

COURT ORDER –
FAMILY SUPPORT MAGISTRATE
JD-FM-170 Rev. 1-22

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |

| ADA NOTICE |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA* |

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | | **NNHFA195046828S** |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| --- | --- | --- | --- |
| | **No** | **Yes** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **Yes** | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **MATTHEW J LODICE** | **No** | | | |

| Case Description | Case type | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- |
| | **Custody** | **136 contempt and 148 modification** | |
| | Type of Judgment | Type of service | |

| Children *(if parentage action, fill in date of birth)* | Name | D.O.B. *(If parentage action)* | Name | D.O.B. *(If parentage action)* |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| Order | |
| --- | --- |
| Contempt | Contempt concluded; purge paid |
| Additional Orders | The Court vacates the 7/11/2022 date. |
| Continuance | CONTINUED TO 9/12/2022 2:00pm special hearing |
| | Modification only |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **DONALD RENE GREEN, F.S.M.** | **Dylan Wingard (By the Clerk 089998)** | **6/29/2022** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/28/2022

<u>ORDER</u>

The following order is entered in the above matter:

ORDER:

The parties appeared before the court on multiple post judgment motions. After receiving testimony and evidence from both parties the court orders as follows.

The plaintiff mother's request to modify the custody and access order (#165) is referred to Family Relations for screening as services as recommended.

The court declines to hold the father in contempt for issues regarding Our Family Wizard (OFW). The record indicates he downloaded the OFW app and paid the costs for both parties. He did do so several days after the court order, however, the court credits his testimony that the costs were higher then he initially planned for.

The court declines to hold the father in contempt for issues regarding the child's birthday party. The evidence indicates the mother told the father the party was cancelled on OFW messages three weeks prior to the party date.

Temporary orders regarding the custody and access of the minor child are ordered as follows:

The court reiterates that under the existing orders the father is required to bring the child to special religious events and Sunday school but not weekly Sunday church services. Motion #180 is denied.

The parties are ordered to respond to Our Family Wizard messages within 24 hours.

The nightly phone calls the child makes to the parent they are not with may occur at any time between 7:00 to 7:15.Neither party is permitted to record the child's phone calls with the other party.

The mother will bring the child to the home of the paternal grandmother on Fridays between 9:00 and noon.

The father will bring the child to day care on Mondays at any time consistent with the day care policies.

Motion #163 is denied.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# LIST OF EXHIBITS

JD-CL-28   Rev. 2-21

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

LISTEXH

| | |
|---|---|
| Type of Proceeding: **Motions** | Date(s) of Proceeding: **06/28/2022** |

☐ All Exhibits are electronic   ☐ Exhibits are both electronic and physical   ☒ All Exhibits are physical

| Court | ☐ Geographic Area number | ☒ Judicial District of: **New Haven** | ☐ Housing Session | At (Town) **New Haven** |
|---|---|---|---|---|

| Name of Case | Name(s) of Clerk(s) |
|---|---|
| **ANTAR, THEODORA, F V. LODICE, MATTHEW, J** | **H. Murray** |

| Name of Judge | Name(s) of Court Reporter(s) | Docket Number |
|---|---|---|
| **Hon. J. Grossman** | **M. Labasi** | **NNHFA195046828** |

| | Plaintiff's Exhibits | | Entered as Full or ID | | | Defendant's Exhibits | | Entered as Full or ID |
|---|---|---|---|---|---|---|---|---|
| ☐ ID ☒ Full | 1. | OFW messages 4/26/22 | ☐ Electronic ☒ Physical | 06/28/2022 | ☐ ID ☒ Full | A. | OFW messages btwn parties 5/3/22 | ☐ Electronic ☒ Physical | 06/28/2022 |
| ☐ ID ☒ Full | 2. | OFW messages 4/30/22 | ☐ Electronic ☒ Physical | 06/28/2022 | ☐ ID ☒ Full | B. | Letter from child's daycare | ☐ Electronic ☒ Physical | 06/28/2022 |
| ☐ ID ☒ Full | 3. | OFW messages 4/30/22 | ☐ Electronic ☒ Physical | 06/28/2022 | ☐ ID ☐ Full | C. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 4. | OFW messages 4/30/22 | ☐ Electronic ☒ Physical | 06/28/2022 | ☐ ID ☐ Full | D. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 5. | OFW messages 5/2/22 | ☐ Electronic ☒ Physical | 06/28/2022 | ☐ ID ☐ Full | E. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 6. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | F. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 7. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | G. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 8. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | H. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 9. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | I. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 10. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | J. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 11. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | K. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 12. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | L. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 13. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | M. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 14. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | N. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 15. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | O. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 16. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | P. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 17. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | Q. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 18. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | R. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 19. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | S. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 20. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | T. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 21. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | U. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 22. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | V. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 23. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | W. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 24. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | X. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 25. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | Y. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☐ Full | 26. | | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | Z. | | ☐ Electronic ☐ Physical | |

| Plaintiff's physical exhibits returned to | Date | Defendant's physical exhibits returned to | Date |
|---|---|---|---|
| | | | |

| Receipt acknowledged (Attorney for Plaintiff) | Date | Receipt acknowledged (Attorney for Defendant) | Date |
|---|---|---|---|
| | | | |

| State's Exhibits | | Entered as Full or ID | Court's Exhibits | | Entered as Full or ID |
|---|---|---|---|---|---|
| ☐ ID ☐ Full | 1. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | A. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 2. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | B. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 3. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | C. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 4. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | D. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 5. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | E. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 6. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | F. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 7. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | G. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 8. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | H. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 9. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | I. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 10. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | J. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 11. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | K. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 12. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | L. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 13. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | M. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 14. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | N. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 15. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | O. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 16. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | P. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 17. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Q. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 18. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | R. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 19. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | S. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 20. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | T. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 21. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | U. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 22. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | V. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 23. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | W. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 24. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | X. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 25. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Y. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 26. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Z. | ☐ Electronic ☐ Physical |

| State's physical exhibits returned to | Date |
|---|---|
| Receipt Acknowledged | Date |

DOCKET No.: NNH-FA19-5046828-S

SUPERIOR COURT

Theodora F. Antar

PLAINTIFF

J.D. of NEW HAVEN

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 29 2022

AT NEW HAVEN

V.

Matthew J. Lodice

DEFFENDANT

CHIEF CLERK'S OFFICE

DATE 6/29/2022

MOTION FOR  Request for Recusal of Judge

I am requesting that Judge Jane Grossman recuse herself from my case. She has shown severe bias against me. She has used negative body language, appears smug, smirks, laughs, and ridiculed me in court. She refused to let me speak. I asked multiple times for an attorney and she denied me that right. She allowed the defendant to make defamatory and malicious statements about me and allowed him to speak uninterrupted, and took his testimony as fact without giving me a fair hearing or the ability to counter his claims. She did not allow me to speak my testimony and denied my claims with no legal right to do so. I believe I am being treated unfairly and am asking that Judge Price-Boreland handle this case as she entered the most recent orders.

THE PLAINTIFF/DEFENDANT

BY:
Name, Pro se: Theodora Antar, Pro se
Address: 856 Shagbark Lane, Orange, CT, 06477
Phone No.: 2032738419

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:  GRANTED/DENIED.

THE COURT

BY: _____

Judge/Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on (date) 012922 to all attorneys and self –represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew Lodice
53 Lyman St, Apt #2
New Britain, CT

_____
(Name), self-represented party
Theodora Antar.

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

ORDER

ORDER REGARDING:
06/29/2022 186.00 MOTION FOR ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**

JD-FM-173 Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*COURT USE ONLY*

| | |
|---|---|
| MFCONTP | Certification has been filled out. |
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

(Select one) ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 8856 Snagpark drive, Orange, CT |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew J. Lodice | 23 Lyman St New Britain, CT |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the ☑ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* 6/1/22 the court made an order that *(name)* Matthew Lodice is not following.

**Court Order and ways the Order has not been followed**
(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)

Mr. Lodice was ordered to pay his $120/week in child support along with $24/week in arrears on 6/1/22 He was incarcerated and paid a purge. He stated he will not pay anything unless it is a purge. He has paid $0 since 11/20/20 with the exception of the purge. He is refusing to pay his weekly payments and arrear

**Claim for Relief**

I ask the court to find *(name)* Matthew Lodice in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☑ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 6/29/22 |

| Mailing address of self-represented party or attorney |
|---|
| 8856 Snagpark drive, Orange, CT, 06477 |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| Theodora.antar@gmail.com | 2032738419 |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 6/29/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | Court Use Only |
|---|---|
| Matthew Lodice 23 Lyman St New Britain, CT | Judicial District of New Haven **SUPERIOR COURT** **FILED** JUN 29 2022 **CHIEF CLERK'S OFFICE** |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 6/29/22 |

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter? ☑ Yes  ☐ No

[ Print Form ]   Page 1   [ Reset Form ]

| Plaintiff's name | | Defendant's name | | Docket number |
|---|---|---|---|---|

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

(date) ___9/12/22___ at (time) ___2:00 pm___ and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☒ a hearing ☐ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| New Haven | 3A | 203 503 6800 |
| Court location (Number, street and town) | | |
| 235 church St New Haven CT | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;

• Attend this court event by following the instructions that are sent to your e-mail address by the court; and

• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

### *About Resolution Plan Dates

*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the court (Judge/Assistant clerk) | Date signed |
| | 6/29/22 |

| Print Form | Page 2 | Reset Form |
|---|---|---|

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

ORDER

ORDER REGARDING:
06/29/2022 187.00 MOTION FOR CONTEMPT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST TO BRING ITEMS
INTO THE COURTHOUSE**

JD-CL-90   Rev. 9-18
P.B. § 1-10

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the
Americans with Disabilities Act (ADA). If you need a reasonable
accommodation in accordance with the ADA, contact a court
clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**COURT USE ONLY**
**AVREQ**

**Instructions to the party making the request:**
*Print or type all information requested and file with the Clerk's Office. If granted, present
signed request to the Marshal at the courthouse entrance on the date(s) of the hearing or trial.
Do not use this form for requests for an accommodation under the Americans with Disabilities
Act (ADA), as the contents of this form are not confidential. For ADA accommodations, please
use the Request For Accommodation By Persons With Disabilities, form number JD-ES-264.*

**Instructions to the Clerk:**
*After the request is reviewed by the judge or
magistrate, ensure that the original is coded, if
applicable, and placed in the court file. Provide a copy
to the party making the request and, if granted, a copy
to the Chief Judicial Marshal or his or her designee.*

## Case Information

Name of case *(First-named plaintiff v. First-named defendant)*
Theodora F. Antar vs Matthew Lodice

Docket number
NNH-FA19-5046828-S

Address of court *(No., Street and Town)*
235 Church St, New Haven, CT

Name of Judge or Magistrate presiding over trial or hearing
Jude Donald Pere Green

Date(s) of trial or hearing
9/12/2022

## Request  I am the:

☑ Plaintiff  ☐ Defendant  ☐ Attorney for plaintiff/State  ☐ Attorney for defendant  ☐ Other *(Specify):* _____

**I request permission to bring the following item(s) into the courthouse for the hearing or trial indicated above:**

☑ Audio/visual equipment *(Specify):*  ☐ Large and/or unusual exhibits *(Specify):*  ☐ Other *(Specify):*
laptop, Speakers,
projector, projector
screen

**I need to bring the item(s) for this hearing/trial for the following reasons:**
to play audio and video recordings to prove
that the defendant has substantial income he is underreporting.

Signed *(Party making request)*

Name of attorney or self-represented party *(Print)*
Theodora Antar

Address of party making request
856 Shagbark drive, Orange, CT, 06477

Telephone number
2032738419

Firm name *(If applicable)*

Juris Number of attorney or law firm *(If applicable)*

Date of request
7/5/2022

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date) 7/5/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was
received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice, 23 Lyman St, Apt #2, New Britain, CT

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

Signed *(Signature of filer)*

Print or type name of person signing
Theodora Antar

Date signed
7/5/22

Mailing address *(Number, street, town, state and zip code)*
856 Shagbark drive, Orange, CT, 06477

Telephone number
2032738419

## Order

The request to bring the item(s) listed above into the courthouse above having been considered, it is hereby ordered:
Granted

Name of Judge/Magistrate *(Print)*
FERGUSON

Signature

Date of Order
7/7/22

[ Print Form ]   [ Reset Form ]

Docket #: NNH-FA19-5046828-S

Antar, Theodora F.

Vs. Lodice, Matthew J.

Superior Court

Judicial District of New Haven

at New Haven
Date:      July 5th, 2022

## Motion For Financial Discovery

The plaintiff Theodora F. Antar moves that the court orders the defendant to produce any and all

tax returns, personal and business bank account statements, credit card statements, Venmo

records, Cash App records, Zelle Records, Robinhood account statements, webull statements, TD

Bank Business Checking and Savings account information, People's bank account statements,

Wells Fargo Account Statements, and any and all other financial records including business

records for Whole House Remodeling Company LLC. I want to see all federal and state income

tax returns, IRS forms w-2, 1099 and k-1 up until the date that the last child support order was

ordered which is 11/07/2019 until now. I am also asking for all pay stubs, statements for all

acconts, statements showing interest in retirement accounts, life insurance statements, and a

written appraisal concerning any asset owner by Matthew John Lodice or his single-member

LLC Whole House Remodeling LLC. A special hearing date was set by Donald Rene Green,

F.S.M. for 9/12/22 pending the results of this motion for financial discovery.

BY: _____

Name, Pro se: Theodora Antar Pro se

Address 856 Shagbark dr. Orange, CT. 06477

Phone Number: 2032738419

189

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:  GRANTED/DENIED.

THE COURT

BY: _____

Judge/Assistant Clerk

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/5/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

Theodora Antar, Self-represented party.

CLERK, SUPERIOR COURT                          THEODORA F ANTAR
JUDICIAL DISTRICT OF NEW HAVEN                  856 SHAGBARK DRIVE
235 CHURCH STREET                              ORANGE, CT 06477
NEW HAVEN, CT 06510


Docket Number: **NNH-FA-19-5046828-S**     Notice Issued: 06/29/2022
Case Caption: **ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

                        JDNO NOTICE                    Sequence #: 2

09/12/2022 AT 2:00PM
A hearing on a motion for modification has been scheduled for the date and
time above. Attendance at this hearing is MANDATORY.
Any person who is served with a motion for modification must appear on the
date designated unless excused by the Family Support Magistrate. Failure
to be present in court when summoned to appear may result in the issuance
of a capias for the arrest of that individual.
All pleadings shall be filed in accordance with Chapter 25a of the
Connecticut Practice Book.
Each party shall prepare a financial affidavit.
Financial affidavit forms can be found here,
https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

All requests for continuance must be in writing and filed with the court at
least 3 days in advance of your scheduled hearing to be considered.
Questions should be directed to:
Dylan Wingard
203-503-6800
Dylan.Wingard@jud.ct.gov

COURT ORDER –
FAMILY SUPPORT MAGISTRATE
JD-FM-170 Rev. 1-22

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| Court Use Only |
|---|
| JDFM170 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | Docket number |
|---|---|---|
| New Haven | 235 Church Street New Haven, CT | NNHFA195046828S |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
|---|---|---|---|
| | No | Yes | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
|---|---|---|---|---|
| THEODORA F ANTAR | Yes | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
|---|---|---|---|---|
| MATTHEW J LODICE | No | | | |

| Case Description | Case type | | Type of Motion | Entry Number(s) |
|---|---|---|---|---|
| | Custody | | 136 contempt and 148 modification | |
| | Type of Judgment | | Type of service | |

| Children *(if parentage action, fill in date of birth)* | Name | D.O.B. *(If parentage action)* | Name | D.O.B. *(If parentage action)* |
|---|---|---|---|---|
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

**Order**

| Contempt | Contempt concluded; purge paid |
|---|---|
| Additional Orders | The Court vacates the 7/11/2022 date. |
| Continuance | CONTINUED TO 9/12/2022 2:00pm special hearing |
| | Modification only |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
|---|---|---|
| DONALD RENE GREEN, F.S.M. | Dylan Wingard (By the Clerk 089998) | 6/29/2022 |

This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov

Docket #: NNH-FA19-5046828-S                               Superior Court

Antar, Theodora F.                                Judicial District of New Haven

Vs. Lodice, Matthew J.                                      at New Haven
                                                  Date:      July 5th , 2022


## Motion To Dismiss-Insufficiency of Process and Service of Process

The plaintiff Theodora F. Antar moves that the court dismiss the defendant's motion #142.00

filed on 3/10/2022 by the defendant Matthew John Lodice for a POST-JUDGMENT MOTION

FOR MODIFICATION-CUSTODY, VISITATION because:


The writ, summons and complaint was not returned to the clerk, as of record appears. Plaintiff

was never served with this motion.


I am requesting that motion #142.00 filed by the defendant be dismissed due to insufficiency of

process or insufficiency in the service of process. I requested that this motion be dismissed in

court as well on 6/28/22. I was never served and therefore by law the plaintiff's motion for

modification must be dismissed due to lack of service and no return of service or proof of

service.


Wherefore the plaintiff prays judgment dismissing this action.


BY:

Name, Pro se: _Theodora Antar, pro se_

Address _856 Shagbark drive, Orange, CT, 06477_

Phone Number: _2032738419_

ORDER

The foregoing motion having been heard, it is hereby ORDERED:  GRANTED/DENIED.

THE COURT

BY: _____

Judge/Assistant Clerk

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/5/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

Theodora Antar, self-represented party.

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 07 2022

CHIEF CLERK'S OFFICE

Docket #: NNH-FA19-5046828-S

Antar, Theodora F.

Vs. Lodice, Matthew J.

Superior Court

Judicial District of New Haven

at New Haven

Date:      July 5th, 2022

## Motion For Financial Discovery

The plaintiff Theodora F. Antar moves that the court orders the defendant to produce any and all

tax returns, personal and business bank account statements, credit card statements, Venmo

records, Cash App records, Zelle Records, Robinhood account statements, webull statements, TD

Bank Business Checking and Savings account information, People's bank account statements,

Wells Fargo Account Statements, and any and all other financial records including business

records for Whole House Remodeling Company LLC. I want to see all federal and state income

tax returns, IRS forms w-2, 1099 and k-1 up until the date that the last child support order was

ordered which is 11/07/2019 until now. I am also asking for all pay stubs, statements for all

acconts, statements showing interest in retirement accounts, life insurance statements, and a

written appraisal concerning any asset owner by Matthew John Lodice or his single-member

LLC Whole House Remodeling LLC. A special hearing date was set by Donald Rene Green,

F.S.M. for 9/12/22 pending the results of this motion for financial discovery.

BY: _____

Name, Pro se: _Theodora Antar Pro se_

Address _856 Shagbark dr. Orange, CT. 06477_

Phone Number: _2032738419_

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:  GRANTED/DENIED.

THE COURT

BY: _____

      Judge/Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/5/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

Theodora Antar, Self-represented
Party.

```
CLERK, SUPERIOR COURT                      THEODORA F ANTAR
JUDICIAL DISTRICT OF NEW HAVEN             856 SHAGBARK DRIVE
235 CHURCH STREET                          ORANGE, CT 06477
NEW HAVEN, CT 06510
```

Docket Number: NNH-FA-19-5046828-S    Notice Issued: 06/29/2022
Case Caption: ANTAR, THEODORA, F  v. LODICE, MATTHEW, J

<div align="center">JDNO NOTICE                          Sequence #: 2</div>

09/12/2022 AT 2:00PM
A hearing on a motion for modification has been scheduled for the date and
time above. Attendance at this hearing is MANDATORY.
Any person who is served with a motion for modification must appear on the
date designated unless excused by the Family Support Magistrate. Failure
to be present in court when summoned to appear may result in the issuance
of a capias for the arrest of that individual.
All pleadings shall be filed in accordance with Chapter 25a of the
Connecticut Practice Book.
Each party shall prepare a financial affidavit.
Financial affidavit forms can be found here,
https://www.jud.ct.gov/webforms/default.aspx?load_catg=Family#searchTable.

All requests for continuance must be in writing and filed with the court at
least 3 days in advance of your scheduled hearing to be considered.
Questions should be directed to:
Dylan Wingard
203-503-6800
Dylan.Wingard@jud.ct.gov

COURT ORDER –
FAMILY SUPPORT MAGISTRATE
JD-FM-170 Rev. 1-22

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| Court Use Only |
| --- |
| JDFM170 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location (Number, street and town) | | Docket number | |
| --- | --- | --- | --- | --- |
| New Haven | 235 Church Street New Haven, CT | | NNHFA195046828S | |
| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: | |
| | No | Yes | | |
| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney (Name if applicable) | Present? |
| THEODORA F ANTAR | Yes | | | |
| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney (Name if applicable) | Present? |
| MATTHEW J LODICE | No | | | |

| Case Description | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | Custody | | 136 contempt and 148 modification | |
| | Type of Judgment | | Type of service | |

| Children (if parentage action, fill in date of birth) | Name | D.O.B. (If parentage action) | Name | D.O.B. (If parentage action) |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

**Order**

| Contempt | Contempt concluded; purge paid |
| --- | --- |
| Additional Orders | The Court vacates the 7/11/2022 date. |
| Continuance | CONTINUED TO 9/12/2022 2:00pm special hearing |
| | Modification only |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| DONALD RENE GREEN, F.S.M. | Dylan Wingard (By the Clerk 089998) | 6/29/2022 |

This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/11/2022

ORDER

ORDER REGARDING:
07/07/2022 191.00 MOTION FOR ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

This identical motion was ruled on previously: See Motion #189.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

Docket #: NNH-FA19-5046828-S                              Superior Court

Antar, Theodora F.                              Judicial District of New Haven

Vs. Lodice, Matthew J.                                      at New Haven
                                            Date:        July 14th, 2022

## Motion For Financial Discovery

The plaintiff Theodora F. Antar moves that the court orders the defendant to produce any and all
tax returns, personal and business bank account statements, credit card statements, Venmo
records, Cash App records, Zelle Records, Robinhood account statements, webull statements, TD
Bank Business Checking and Savings account information, People's bank account statements,
Wells Fargo Account Statements, and any and all other financial records including business
records for Whole House Remodeling Company LLC. I want to see all federal and state income
tax returns, IRS forms w-2, 1099 and k-1 from the last three years. I am also asking for all pay
stubs, statements for all acconts, statements showing interest in retirement accounts, life
insurance statements, and a written appraisal concerning any asset owner by Matthew John
Lodice or his single-member LLC Whole House Remodeling LLC. A special hearing date was
set by Donald Rene Green, F.S.M. for 9/12/22 pending the results of this motion for financial
discovery. the CT Legal Handbook that:

"Unless otherwise ordered by the judicial authority for good cause shown, upon request by a party involved in an
action for dissolution of marriage or civil union, legal separation, annulment or support, or a postjudgment motion for
modification of alimony or support, opposing parties shall exchange the following documents within sixty days of such
request:  (1)  all federal and state income tax returns filed within the last three years, including personal returns and
returns filed on behalf of any partnership or closely-held corporation of which a party is a partner or shareholder;  (2)
IRS forms W-2, 1099 and K-1 within the last three years including those for the past year if the income tax returns for
that year have not been prepared;  (3)  copies of all pay stubs or other evidence of income for the current year and
the last pay stub from the past year;  (4)  statements for all accounts maintained with any financial institution,
including banks, brokers and financial managers, for the past 24 months;  (5)  the most recent statement showing
any interest in any Keogh, IRA, profit sharing plan, deferred compensation plan, pension plan, or retirement account;
(6)  the most recent statement regarding any insurance on the life of any party;  (7)  a summary furnished by the
employer of the party's medical insurance policy, coverage, cost of coverage, spousal benefits, and COBRA costs
following dissolution;  (8)  any written appraisal concerning any asset owned by either party  (b)  Such duty to
disclose shall continue during the pendency of the action should a party appear. This section shall not preclude
discovery under any other provisions of these rules."

BY:

Name, Pro se: _Theodora Antar, pro se_

Address _856 Snagbark drive, Orange, CT 06477_

Phone Number: _2032738419_

**Judicial District of New Haven
SUPERIOR COURT
FILED**

**JUL 1 8 2022**

**CHIEF CLERK'S OFFICE**

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/14/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

Theodora Antar                                    7/14/2022

STATE OF CONNECTICUT

**NOTICE TO COURT**
**FAMILY SERVICES UNIT**
JD-FM-223  New 8-14

**SUPERIOR COURT- FAMILY DIVISION**
Family Services Notice to Court

Court Use Only

**FSNOTIC**



| Judicial District | Docket Number | CMIS number |
|---|---|---|
| New Haven | NNH FA195046828S | RF20221790116 |

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* |
|---|---|
| Antar, Theodora, F | Lodice, Matthew, J |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Self-Represented | Self-Represented |

| Intervenor's Name *(Last, first, middle initial)*, if applicable | |
|---|---|

| Attorney for Intervenor, if applicable | Attorney for Minor Child/GAL, if applicable |
|---|---|

This matter was referred to Family Services by Judge   HON. JANE GROSSMAN

for   Court Ordered Mediation                    on   6/28/2022               .

At this time Family Services is informing the court that:

☐ The service has been completed and the parties intend to submit an agreement to the court.

☐ The service has been completed and a report has been submitted to the court.

☒ The matter is being returned to court for further direction.

☐ An extension is being requested to complete the court ordered service. Please extend the date to _____ .

Note to Clerk:

☐ This matter should be placed on a court calendar.

| Submitted By | Date |
|---|---|
| Lisa Zappone | 7/21/2022 |

The parties were referred to Family Relations on June 28, 2022 for a mediation regarding custody and access of their minor child, post judgment.  Ms. Antar was the only party to attend the first scheduled mediation and reported that she no longer wished to participate in the mediation process and would like further direction from the Court.

Respectfully submitted,

Lisa Zappone
Family Relations Counselor

Christopher Colonnese
Family Relations Counselor

**REQUEST FOR REFERRAL
BY FAMILY SERVICES**
JD-FM-230   Rev. 3-21

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to Family Relations Counselor/Supervisor:**
*1. Request to be filled out by the Family Relations Counselor/Supervisor.*
*2. Check the applicable boxes in the request.*
*3. Indicate the length of time requested to complete the referral.*
*4. Submit completed request to the court at the time of referral.*

**Instruction to Clerk:**
*Retain original in court file and provide a copy to the Family Services Office.*

| Court Use Only |
| --- |
| **REQREF** |

| Name of case | Docket number |
| --- | --- |
| **ANTAR, THEODORA, F vs LODICE, MATTHEW, J** | **NNH FA195046828S** |

| Judicial District of | Address of court |
| --- | --- |
| **New Haven** | **235 Church Street, New Haven, CT 06510** |

## Family Services Request for Referral

Family Services has screened the above matter and is recommending the following:

☐ Case Management _____

☐ Mediation

☐ Conflict Resolution Conference

☐ Issue Focused Evaluation

☒ Comprehensive Evaluation

☐ Family Relations Pretrial

☒ Access to prior sealed CSSD-Family Services reports

Referral will address the following issues:
**Custody and Access of the minor child**

Requested time to complete referral   **120 days**

| Requested by (Name of Family Relations Counselor/Supervisor) | Date signed |
| --- | --- |
| **Lisa Zappone** | **7/21/2022** |

## Order of Court

The court has reviewed the above request for referral by Family Services and the request is hereby:

☐ Granted

☐ Granted, with the following changes:

_____

☐ Denied

| By the court | On (date) | Signed (Judge/Assistant Clerk) | Date signed |
| --- | --- | --- | --- |
| | | | |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/22/2022

## ORDER

ORDER REGARDING:
07/21/2022 194.00 REQUEST FOR REFERRAL BY CSSD FAMILY SERVICES (FORM JD-FM-230)

The foregoing, having been considered by the Court, is hereby:

ORDER: APPROVED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
| --- | --- |
| **MFCONTP** | *Certification has been filled out.* |
| **CONTCPL** | *Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2.* |
| **CONTCIT** | *Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2.* |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

(Select one)  ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At (Town) | |
| --- | --- | --- |
| **New Haven** | **New Haven** | Docket number **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) |
| --- | --- |
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address (Number, street, city, state, zip code) |
| --- | --- |
| **Matthew J. Lodice** | **23 Lyman st, Apt 2, New Britain, CT, 06053** |

| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) |
| --- | --- |

I am the  ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On (date) **4/12/2022** the court made an order that (name) **Matthew J. Lodice** is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The defendant was notified in the parenting app OurFamilyWizard that Angelina Lodice was obligated to attend a religious service in which she was scheduled to receive Holy Communion on 6/12/22. The defendant refused to bring the child to the scheduled religious service. On 6/27/22 the defendant did not bring the child to daycare by 9:00AM. I was forced to call the police because he did not respond to any messages in the parenting app either. After the police contacted him, he showed up with the child at 10:00AM. He failed to bring the child to daycare by 9:00 AM on four different occasions since it was ordered that he bring her. On 6/26/22, he refused to let me speak to the child. I tried calling over twelve times after 7:00Pm and he refused to answer. See page 2

**Claim for Relief**
I ask the court to find (name) **Matthew J. Lodice** in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)*  ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name **Theodora Antar** | Date **07/05/2022** |
| --- | --- | --- |
| Mailing address of self-represented party or attorney **856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address **theodoraantar@gmail.com** | | Phone number (Area code first) **2032738419** |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **07/05/2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
**Matthew Lodice**
**23 Lyman St, Apt #2**
**New Britain, CT, 06053**

Judicial District of New Haven
SUPERIOR COURT
**FILED**

JUL 06 2022

**CHIEF CLERK'S OFFICE**

*If necessary, attach additional sheet or sheets with name and address that copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) ▶ | Print or type name **Theodora Antar** | Date signed **07/05/2022** |
| --- | --- | --- |

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

Is this a family support magistrate (IV-D) matter?  ☐ Yes   ☐ No

Page 1

Continued from page 1.

On 5/27/22, he made disparaging comments to me during the phone conversation that I had with my daughter. He called me "fucking stupid" and kept trying to talk to me during the call. He also made extremely disrespectful and disparaging comments to me during the birthday party on 5/21/2022. Furthermore, I notified the defendant that our daughter was scheduled to receive Holy Communion at our church on 5/29/22, and he refused to bring her for this. On 5/28/22 he hung up in my face when I was trying to speak to my daughter to say goodnight. He subsequently refused to answer or let me speak to her. During the brief contact, he also spoke over me the entire time and refused to give the child the phone. On 5/27/22 the defendant was yelling at me on the phone and continued to make disparaging comments when I attempted to call to speak to my daughter. I notified the defendant that the child was scheduled to receive Holy Communion on 6/5/2022 and he refused to bring her for this religious obligation. On 6/18/22 I attempted to speak to my daughter to say goodnight and the defendant was trying to speak to me the entire time, screaming at me, and making disparaging comments toward me in the presence of my child. Furthermore, the defendant has been ignoring several messages on OurFamilyWizard and refusing to read or acknowledge them, despite being ordered to reply within 24 hours. He intentionally ignores any messages regarding religion, as well. On 6/3/22 I called to say goodnight to my daughter and the defendant refused to let me speak to her. On 6/19/22 I tried to call to say goodnight to my daughter and the defendant was making fun of me, making disparaging comments, and trying to talk to me during the entire conversation. The defendant refused to return to child to me on 7/4/22 and I was forced to call the police to have them convince him to drop her off to avoid being held in contempt once again. Only after the police asked him to drop her off did he do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on *(date)* 9/8/22 at *(time)* 9:00 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| | Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|---|
| | New Haven | 3C | 203-503-6800 |
| | Court location *(Number, street and town)* 235 Church St. New Haven, CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

## Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party to **give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

| By the court (Judge/Assistant clerk) | Date signed |
|---|---|
| Grossman J. | 7/20/22 |

Page 2

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

5/30/2023

ORDER

ORDER REGARDING:
07/06/2022 195.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The plaintiff failed to prove, by clear and convincing evidence, that the defendant violated court orders.

The motion is denied.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER    435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

## ORDER

ORDER REGARDING:
07/06/2022 195.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| **New Haven** | **235 Church St, New Haven, CT** |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| **Antar, Theodora F.** | **856 Shagbark Drive, Orange, CT, 06477** | **2032738419** |

## Type of proceeding  (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): **cost of all transcripts being requested and 2 contempt motion service fees**
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [x] Other (certified copy of judgment, etc.) (Specify): **cost of all transcripts being requested and 2 contempt motion service fees**
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [x] Cost of the transcript for appeal

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*  [ 2 ]

**2. *Monthly* Income**

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | $1,200.00 |
| B. Net monthly income *(after taxes) from employment* | $1,200.00 |
| | + |
| C. Other income *(TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):* | $0.00 |
| | = |
| **Total Monthly Income (B+C)** | $1,200.00 |

**3. *Monthly* Expenses**

| | |
|---|---|
| A. Rent/Mortgage | $2,000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $300.00 |
| D. Food, *not including SNAP (food stamps)* | $800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | $50.00 |
| H. Transportation *(bus, gasoline, etc.)* | $800.00 |
| I. Child Care | $200.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | $4,150.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $10,000.00 | $17,352.00 | Motor Vehicle -$7,352.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking $200.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | -$7,152.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgages and loan fees that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $29,765.00 | $400.00 |
| credit cards | $18,736.00 | $776.00 |
| | | |
| **Total Liabilities** | **$48,501.00** | **$1,176.00** |

FILED
Judicial District of New Haven
SUPERIOR COURT

JUL 06 2022

CHIEF CLERK'S OFFICE

Page 1 of 3

| Name of case | Docket number *(if applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____
_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) *Theodora F. Antar* | Print name of person signing at left Theodora Antar | Date signed 06/26/2022 |
|---|---|---|
| Subscribed and sworn to before me: | On (Date) *6/26/2022* | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

**JAMES A JOHNSON**
**Notary Public**
**Connecticut**
**My Comm. Expires July 31, 2023**

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*:  ☐ Not indigent   ☒ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

  1. The following costs are ordered paid by the State
    ☒ Costs of service of process not to exceed:   $ _Statutory Max._
    ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
    ☐ Other *(Specify)*: _____

  2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
    ☐ Other *(Specify)*: _____

  3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  4. Counsel is   ☐ Appointed *(Name)*: _____

☒ Denied. If denied only in part, specify: _As to transcript and appeal fees, without prejudice._

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) *Griffin* | On (Date) *7/07/22* | Signed (Judge/Fam. Assistant Clerk) | Date signed *7/07/22* |
|---|---|---|---|

JD-FM-75  Rev. 12-21   [Print Form]   Page 2 of 3   [Reset Form]

| Name of case | Docket number *(if applicable)* |
|---|---|
| **Theodora F. Antar vs. Matthew J. Lodice** | **NNH-FA19-5046828-S** |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶

| Signed *(Applicant)* | Date signed |
|---|---|

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant  ☐ Not indigent  ☐ Indigent and unable to pay  hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed    $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|

**APPEAL FROM FAMILY**
**SUPPORT MAGISTRATE**
JD-FM-111  Rev. 2-20
C.G.S. § 46b-231(n), P.B. §§ 25a-5, 25a-29

| COURT USE ONLY |
| --- |
| APFFSM |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to person appealing the decision (Appellant)**
1. Type or print this form neatly and sign the certification section below.
2. Give the reasons for the appeal on this form and, if necessary, on a separate piece of paper with the title of *Petition* and attach that petition to this form.
3. Mail or deliver a copy of this form and **all sheets that are attached**, if any, to each party in the case, and mail one copy, by certified mail, to the following address: OFFICE OF ATTORNEY GENERAL, CHILD SUPPORT DEPARTMENT, 165 CAPITOL AVENUE, HARTFORD, CT 06106.
4. Give this form, **and all sheets that are attached**, if any, to the clerk of the court for the Judicial District where the magistrate's decision was made WITHIN 14 DAYS OF:
    a. the date the final decision of the magistrate was given to the clerk, **or**
    b. if a rehearing was asked for, and a decision was made on that request, the date the notice of the decision on the request was given to the clerk, **whichever is later.**

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

**Instructions to Clerk**
1. Provide a copy of the filed appeal form and all sheets that are attached, if any, to the Family Support Magistrate whose decision is being appealed.
2. Provide a copy of the Superior Court Judge's verbal or written decision on the appeal to the Family Support Magistrate.
3. Code this appeal into the court file using the docket legend above. If this appeal is from a Uniform Interstate Child Support Act (UIFSA) matter and the file is maintained by Support Enforcement Services, create a Judicial District court file using the F87 case type.

| Name of case | Docket number |
| --- | --- |
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

| Name and address of Court | Name of magistrate who made decision |
| --- | --- |
| 235 Church st, New Haven CT | MICHAEL FERGUSON, FSM |

| Date magistrate's decision was filed with *(given to)* the Court | Date decision on request for rehearing was filed with the Court *(If a request was filed)* |
| --- | --- |
| 07/07/2022 | |

**Attorneys or self-represented (pro se) party or parties at magistrate hearing** ▶

| Attorney for plaintiff *(Include Juris number)* or name of self-represented party | Attorney for respondent *(Include Juris number)* or name of self-represented party |
| --- | --- |
| Theodora F. Antar | |

| Transcript | Explain why a transcript is not necessary *(if applicable):* |
| --- | --- |
| [X] Has been ordered   [ ] Not necessary | |

Additional evidence requested  [X] No   [ ] Yes - If yes, attach statement pursuant to section 46b-231(n)(5) of the Connecticut General Statutes

## Notice

When a Family Support Magistrate decision is appealed, the support order remains in effect until the appeal is decided. When the appeal is decided, the decision may change the original support order or the original support order may remain in effect without any changes. Any order made by the court as a result of this appeal may be made effective beginning on the date the original order was made.

## Petition

The reasons for this appeal are:*

On 6/29/22 I appeared in front of DONALD GREEN, FSM regarding an upcoming hearing on my motion for modification of child support. The defendant is self employed and has been since 2018. DONALD GREEN, FSM stated that *See page 2*

*If necessary, attach additional sheet(s).

| Signed *(Attorney or self-represented party)* Appeal by: | Telephone number | Juris number of attorney |
| --- | --- | --- |
| | 2032738419 | |

| Name of person signing above | Mailing address | Judicial District of New Haven |
| --- | --- | --- |
| Theodora Antar | 856 Shagbark Drive, Orange, CT, 06477 | SUPERIOR COURT FILED JUL 21 2022 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **07/13/2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

**CHIEF CLERK'S OFFICE**

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice
23 Lyman st, Apt #2, New Britain, CT

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Mailing address *(Number, street, town, state and zip code)* | Judicial District of New Haven SUPERIOR COURT FILED 2032738419 |
| --- | --- |
| 856 shagbark drive, orange, ct, 06477 | |

| Signed *(Attorney or self-represented party)* ▶ | File date | Court Use Only |
| --- | --- | --- |
| Print or type name and mailing address of person signing Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477 | JUL 18 2022 | |

**CHIEF CLERK'S OFFICE**

I further certify that a copy was mailed, by certified mail, to the Office of the Attorney General, Child Support Department, 165 Capitol Avenue, Hartford, CT 06106.

He would continue the date from 7/11/22 to 9/12/22 to give time for my Motion for Financial Discovery to be ordered. The discovery is crucial in determining the accurate amount of money that the defendant is and has been making, and will substantially change the amount of child support, as a result. I originally filed the Motion for Financial Discovery on 3/30/2022 and during my hearing on 4/12/2022 with Judge Maureen Price-Boreland, it was stated that the motion would be ruled on at the 6/1/2022 hearing in front of FSM.

On the 6/1/2022 hearing, FREDERIC GILMAN, FSM stated that the motion would be ruled on at the 6/28/22 hearing. He continued the hearing date of the motion for modification to 7/11/22 to give us time for the motion for financial discovery to be ordered through family court.

On the 6/28/22 hearing, Judge Jane Grossman did not make any ruling on my motion for financial discovery, stating that she had to check to see if I had the legal right to financial discovery, despite it being in the CT Legal Handbook that:

"Unless otherwise ordered by the judicial authority for good cause shown, upon request by a party involved in an action for dissolution of marriage or civil union, legal separation, annulment or support, or a postjudgment motion for modification of alimony or support, opposing parties shall exchange the following documents within sixty days of such request:  (1)  all federal and state income tax returns filed within the last three years, including personal returns and returns filed on behalf of any partnership or closely-held corporation of which a party is a partner or shareholder;  (2) IRS forms W-2, 1099 and K-1 within the last three years including those for the past year if the income tax returns for that year have not been prepared;  (3)  copies of all pay stubs or other evidence of income for the current year and the last pay stub from the past year;  (4)  statements for all accounts maintained with any financial institution, including banks, brokers and financial managers, for the past 24 months;  (5)  the most recent statement showing any interest in any Keogh, IRA, profit sharing plan, deferred compensation plan, pension plan, or retirement account; (6)  the most recent statement regarding any insurance on the life of any party;  (7)  a summary furnished by the employer of the party's medical insurance policy, coverage, cost of coverage, spousal benefits, and COBRA costs following dissolution;  (8)  any written appraisal concerning any asset owned by either party  (b)   Such duty to disclose shall continue during the pendency of the action should a party appear. This section shall not preclude discovery under any other provisions of these rules."

Discovery was never done on our case since it was first initiated almost three years ago. This is crucial to the court to see the full amount of substantial income that the defendant is now making. The defendant is making more money now than he has ever made in his life, and is making far more than he was in 2019, and the discovery will prove that. This is imperative so that we can get a clear idea of how much support he needs to pay for our minor child.

On 6/29/22, when I appeared in front of DONALD GREEN, FSM, he stated that since the Motion for Financial Discovery was not ruled on at all on 6/28/22, and since the motion for modification of child support hearing was scheduled for 7/11/22, that he would postpone the hearing to 9/12/22 to give us time to receive the discovery order, and give the parties time to come up with the discovery documents.

On 7/1/22, I received notice from the court that my motion for financial discovery was subsequently denied by Judge Jane Grossman, and that her explanation was that she was denying it "in light of the fact that the 7/11/22 hearing was moved to 9/12/22 at the 6/29/22 hearing in front of DONALD GREEN, FSM"

I was then told by the clerk's office that I had the option of refiling the motion for financial discovery, especially since there is not a lot of time left until the court date for the motion for modification.

I filed a new motion for financial discovery on 7/7/2022 which was subsequently denied by MICHAEL FERGUSON, FSM with no explanation as to why it was denied.

I am respectfully asking that my motion for financial discovery be granted so that I, and the courts, can accurately calculate the correct amount of child support for my minor child that I share with the defendant in this case.

**APPEAL FROM FAMILY
SUPPORT MAGISTRATE**

JD-FM-111   Rev. 2-20
C.G.S. § 46b-231(n), P.B. §§ 25a-5, 25a-29

| COURT USE ONLY |
| --- |
| APFFSM |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions to person appealing the decision (Appellant)**
1. Type or print this form neatly and sign the certification section below.
2. Give the reasons for the appeal on this form and, if necessary, on a separate piece of paper with the title of *Petition* and attach that petition to this form.
3. Mail or deliver a copy of this form **and all sheets that are attached**, if any, to each party in the case, and mail one copy, by certified mail, to the following address: OFFICE OF ATTORNEY GENERAL, CHILD SUPPORT DEPARTMENT, 165 CAPITOL AVENUE, HARTFORD, CT 06106.
4. Give this form, **and all sheets that are attached**, if any, to the clerk of the court for the Judicial District where the magistrate's decision was made WITHIN 14 DAYS OF:
   a. the date the final decision of the magistrate was given to the clerk, **or**
   b. if a rehearing was asked for, and a decision was made on that request, the date the notice of the decision on the request was given to the clerk, **whichever is later.**

**For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.**

**Instructions to Clerk**
1. Provide a copy of the filed appeal form and all sheets that are attached, if any, to the Family Support Magistrate whose decision is being appealed.
2. Provide a copy of the Superior Court Judge's verbal or written decision on the appeal to the Family Support Magistrate.
3. Code this appeal into the court file using the docket legend above. If this appeal is from a Uniform Interstate Child Support Act (UIFSA) matter and the file is maintained by Support Enforcement Services, create a Judicial District court file using the F87 case type.

| Name of case | Docket number |
| --- | --- |
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

| Name and address of Court | Name of magistrate who made decision |
| --- | --- |
| 235 Church st, New Haven CT | Jane Grossman |

| Date magistrate's decision was filed with *(given to)* the Court | Date decision on request for rehearing was filed with the Court *(if a request was filed)* |
| --- | --- |
| 07/11/2022 | |

| *Attorneys or self-represented (pro se) party or parties at magistrate hearing* ▶ | Attorney for plaintiff *(Include Juris number)* or name of self-represented party<br>**Theodora F. Antar** | Attorney for respondent *(Include Juris number)* or name of self-represented party |
| --- | --- | --- |

| Transcript | |
| --- | --- |
| [X] Has been ordered   [ ] Not necessary | Explain why a transcript is not necessary *(if applicable):* |

Additional evidence requested   [X] No   [ ] Yes - If yes, attach statement pursuant to section 46b-231(n)(5) of the Connecticut General Statutes

## Notice
When a Family Support Magistrate decision is appealed, the support order remains in effect until the appeal is decided. When the appeal is decided, the decision may change the original support order or the original support order may remain in effect without any changes. Any order made by the court as a result of this appeal may be made effective beginning on the date the original order was made.

## Petition
The reasons for this appeal are:*

On 6/29/22 I appeared in front of DONALD GREEN, FSM regarding an upcoming hearing on my motion for modification of child support. The defendant is self employed and has been since 2018. DONALD GREEN, FSM stated that *See page 2*

*If necessary, attach additional sheet(s).

| Signed (Attorney or self-represented party)<br>Appeal by: | Telephone number<br>2032738419 | Juris number of attorney |
| --- | --- | --- |
| Name of person signing above<br>Theodora Antar | Mailing address<br>856 Shagbark Drive, Orange, CT, 06477 | |

**Judicial District of New Haven
SUPERIOR COURT
FILED**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date) ___07/13/2022___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

**CHIEF CLERK'S OFFICE**

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice
23 Lyman st, Apt #2, New Britain, CT

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Mailing address (Number, street, town, state and zip code)<br>856 shagbark drive, orange, ct, 06477 | Telephone number<br>2032738419 |
| --- | --- |
| Signed (Attorney or self-represented party) ▶ | **Judicial District of New Haven<br>SUPERIOR COURT<br>FILED** |
| Print or type name and mailing address of person signing<br>Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477 | File date<br>JUL 18 2022 |

I further certify that a copy was mailed, by certified mail, to the Office of the Attorney General, Child Support Department, 165 Capitol Avenue, Hartford, CT 06106.

**CHIEF CLERK'S OFFICE**

He would continue the date from 7/11/22 to 9/12/22 to give time for my Motion for Financial Discovery to be ordered. The discovery is crucial in determining the accurate amount of money that the defendant is and has been making, and will substantially change the amount of child support, as a result. I originally filed the Motion for Financial Discovery on 3/30/2022 and during my hearing on 4/12/2022 with Judge Maureen Price-Boreland, it was stated that the motion would be ruled on at the 6/1/2022 hearing in front of FSM.

On the 6/1/2022 hearing, FREDERIC GILMAN, FSM stated that the motion would be ruled on at the 6/28/22 hearing. He continued the hearing date of the motion for modification to 7/11/22 to give us time for the motion for financial discovery to be ordered through family court.

On the 6/28/22 hearing, Judge Jane Grossman did not make any ruling on my motion for financial discovery, stating that she had to check to see if I had the legal right to financial discovery, despite it being in the CT Legal Handbook that:

"Unless otherwise ordered by the judicial authority for good cause shown, upon request by a party involved in an action for dissolution of marriage or civil union, legal separation, annulment or support, or a postjudgment motion for modification of alimony or support, opposing parties shall exchange the following documents within sixty days of such request:  (1)  all federal and state income tax returns filed within the last three years, including personal returns and returns filed on behalf of any partnership or closely-held corporation of which a party is a partner or shareholder;  (2) IRS forms W-2, 1099 and K-1 within the last three years including those for the past year if the income tax returns for that year have not been prepared;  (3)  copies of all pay stubs or other evidence of income for the current year and the last pay stub from the past year;  (4)  statements for all accounts maintained with any financial institution, including banks, brokers and financial managers, for the past 24 months;  (5)  the most recent statement showing any interest in any Keogh, IRA, profit sharing plan, deferred compensation plan, pension plan, or retirement account; (6)  the most recent statement regarding any insurance on the life of any party;  (7)  a summary furnished by the employer of the party's medical insurance policy, coverage, cost of coverage, spousal benefits, and COBRA costs following dissolution;  (8)  any written appraisal concerning any asset owned by either party  (b)   Such duty to disclose shall continue during the pendency of the action should a party appear. This section shall not preclude discovery under any other provisions of these rules."

Discovery was never done on our case since it was first initiated almost three years ago. This is crucial to the court to see the full amount of substantial income that the defendant is now making. The defendant is making more money now than he has ever made in his life, and is making far more than he was in 2019, and the discovery will prove that. This is imperative so that we can get a clear idea of how much support he needs to pay for our minor child.

On 6/29/22, when I appeared in front of DONALD GREEN, FSM, he stated that since the Motion for Financial Discovery was not ruled on at all on 6/28/22, and since the motion for modification of child support hearing was scheduled for 7/11/22, that he would postpone the hearing to 9/12/22 to give us time to receive the discovery order, and give the parties time to come up with the discovery documents.

On 7/1/22, I received notice from the court that my motion for financial discovery was subsequently denied by Judge Jane Grossman, and that her explanation was that she was denying it "in light of the fact that the 7/11/22 hearing was moved to 9/12/22 at the 6/29/22 hearing in front of DONALD GREEN, FSM"

I was then told by the clerk's office that I had the option of refiling the motion for financial discovery, especially since there is not a lot of time left until the court date for the motion for modification.

I filed a new motion for financial discovery on 7/7/2022 which was subsequently denied by MICHAEL FERGUSON, FSM with no explanation as to why it was denied.

I was then advised by the clerk's office to file another motion for financial discovery and told that the reason it was denied was likely because they wanted it ruled on by a family judge, rather than FSM.

I filed a new motion for financial discovery on 7/7/22 and asked that the clerk specifically give it to the family judge, so that it could be properly ordered in our case and give parties enough time to come up with the requested discovery documents.

Then, on 7/11/22, Judge Jane Grossman denied my motion for financially discovery for the second time, despite it being my legal right to obtain this discovery in order to properly be able to calculate the income and earning potential of the defendant in this case prior to our next hearing on 9/12/22. It is impossible to know how to modify child support unless discovery is done in this case. I have substantial evidence that the defendant is making substantially more income now than he was in 2019, and under Connecticut State Law, I am entitled to the last three years of financial discovery in this case.

I am respectfully asking that my motion for financial discovery be granted so that I, and the courts, can accurately calculate the correct amount of child support for my minor child that I share with the defendant in this case.

**APPEAL FROM FAMILY
SUPPORT MAGISTRATE**

JD-FM-111   Rev. 2-20
C.G.S. § 46b-231(n), P.B. §§ 25a-5, 25a-29

| COURT USE ONLY |
| --- |
| APPFSM |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to person appealing the decision (Appellant)**
1. Type or print this form neatly and sign the certification section below.
2. Give the reasons for the appeal on this form and, if necessary, on a separate piece of paper with the title of *Petition* and attach that petition to this form.
3. Mail or deliver a copy of this form and all sheets that are *attached*, if any, to each party in the case, and mail one copy, by certified mail, to the following address: OFFICE OF ATTORNEY GENERAL, CHILD SUPPORT DEPARTMENT, 165 CAPITOL AVENUE, HARTFORD, CT 06106.
4. Give this form, and all sheets that are attached, if any, to the clerk of the court for the Judicial District where the magistrate's decision was made WITHIN 14 DAYS OF:
   a. the date the final decision of the magistrate was given to the clerk, or
   b. if a rehearing was asked for, and a decision was made on that request, the date the notice of the decision on the request was given to the clerk, whichever is later.

**For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.***

**Instructions to Clerk**
1. Provide a copy of the filed appeal form and all sheets that are attached, if any, to the Family Support Magistrate whose decision is being appealed.
2. Provide a copy of the Superior Court Judge's verbal or written decision on the appeal to the Family Support Magistrate.
3. Code this appeal into the court file using the docket legend above. If this appeal is from a Uniform Interstate Child Support Act (UIFSA) matter and the file is maintained by Support Enforcement Services, create a Judicial District court file using the F87 case type.

| Name of case | Docket number |
| --- | --- |
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

| Name and address of Court | Name of magistrate who made decision |
| --- | --- |
| 235 Church st, New Haven CT | Jane Grossman |

| Date magistrate's decision was filed with (given to) the Court | Date decision on request for rehearing was filed with the Court (if a request was filed) |
| --- | --- |
| 06/28/2022 | 07/22/2022 |

| Attorneys or self-represented (pro se) party or parties at magistrate hearing ▶ | Attorney for plaintiff (include Juris number) or name of self-represented party<br>**Theodora F. Antar** | Attorney for respondent (include Juris number) or name of self-represented party |
| --- | --- | --- |

| Transcript |
| --- |
| [X] Has been ordered  [ ] Not necessary   Explain why a transcript is not necessary (if applicable): |

| Additional evidence requested [X] No  [ ] Yes - If yes, attach statement pursuant to section 46b-231(n)(5) of the Connecticut General Statutes |
| --- |

**Notice**
When a Family Support Magistrate decision is appealed, the support order remains in effect until the appeal is decided. When the appeal is decided, the decision may change the original support order or the original support order may remain in effect without any changes. Any order made by the court as a result of this appeal may be made effective beginning on the date the original order was made.

**Petition**
The reasons for this appeal are:*

**There was no legal basis for this contempt motion to be denied. I have documented proof of the defendant violating the court order which clearly gives me the right to make religious decisions for the child. Judge can not legally interpret my religion.**

*If necessary, attach additional sheet(s).

| Signed (Attorney or self-represented party)<br>Appeal by: | Telephone number<br>2032738419 | Juris number of attorney |
| --- | --- | --- |

| Name of person signing above<br>**Theodora Antar** | Mailing address<br>**856 Shagbark Drive, Orange, CT, 06477** |
| --- | --- |

**Certification**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___07/22/2022___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Matthew Lodice
23 Lyman st, Apt #2, New Britain, CT**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Mailing address (Number, street, town, state and zip code)<br>856 shagbark drive, orange, ct, 06477 | Telephone number<br>2032738419 |
| --- | --- |

Signed (Attorney or self-represented party)
▶

Print or type name and mailing address of person signing
Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477

I further certify that a copy was mailed, by certified mail, to the Office of the Attorney General, Child Support Department, 165 Capitol Avenue, Hartford, CT 06106.

Judicial District of New Haven
SUPERIOR COURT
Court Use Only
**FILED**

| File date |
| --- |
| JUL 25 2022 |

CHIEF CLERK'S OFFICE

191

Docket #: NNH-FA19-5046828-S                          Superior Court

Antar, Theodora F.                            Judicial District of New Haven

Vs. Lodice, Matthew J.                                 at New Haven
                                            Date:      July 21st,  2022

## Motion To Transfer

Pursuant to § 24-21 of the Conn. Rules of Practice the plaintiff Theodora F. Antar hereby moves to transfer the above referenced matter to Milford Superior Court due to the fact that neither party resides within the jurisdiction of the New Haven Superior Court, nor have they ever since this minor child has been born. Traveling back and forth each month to New Haven Superior Court, which is outside of the jurisdiction of where I reside, is causing a large financial burden on me. The cost of transportation to New Haven, as well as the cost of parking in the city which requires paid parking on the street or in a garage, has been adding up significantly. Furthermore, it is within my right to have my case heard in the proper jurisdiction. I reside in Orange, CT and the defendant resides in New Britain, CT. Since I am the plaintiff in this case, I am asking that it be transferred to Milford Superior Court so that they can properly handle the case in that jurisdiction. The Milford Superior Court is extremely efficient in handling civil and family matters, and is extremely not overwhelmed with cases as is the case in New Haven. Since my family and I live in the jurisdiction of the Milford Court, I am requesting that this case be transferred to Milford so that it gets handled properly according to that jurisdiction.

BY: _____

Name, Pro se: _Theodora Antar_

Address _856 Shagpark drive, Orange,_

Phone Number: _2032738419 9, 06477_

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 2 5 2022

CHIEF CLERK'S OFFICE

CERTIFICATION

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/21/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

By: _[signature]_

Theodora Antar, Pro se
856 Shagbark drive
Orange, CT, 06477
203-273-8419

Docket #: NNH-FA19-5046828-S                    Superior Court

Antar, Theodora F.                    Judicial District of New Haven

Vs. Lodice, Matthew J.                              at New Haven
                                        Date:       July 22nd, 2022

## Motion for appointment of Guardian ad Litem

The plaintiff Theodora F. Antar is requesting that a Guardian ad Litem be appointed in this case
for the minor child Angelina Maria Lodice. Given the complexity of this case, I feel that it is
necessary that a Guardian ad Litem be appointed in order to help facilitate the process of the
custody dispute.

BY: _____

Name, Pro se: _Theodora Antar, Pro se_

Address _856 Mohawk drive, Orange, CT 06477_

Phone Number: _2032738419_

Judicial District of New Haven
SUPERIOR COURT
FILED

**JUL 25 2022**

**CHIEF CLERK'S OFFICE**

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/22/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

BY: _____

Name, Pro se: Theodore Antar, Pro Se

Address 856 Shagbark drive, Orange, CT

Phone Number: 2032738419   06477

Docket #: NNH-FA19-5046828-S

Antar, Theodora F.

Vs. Lodice, Matthew J.

Superior Court

Judicial District of New Haven

at New Haven

Date:      July 22nd, 2022

## Motion for order of psychological examination

The plaintiff Theodora F. Antar is requesting that a full psychological examination be ordered to be performed on the defendant Matthew J. Lodice. Matthew J. Lodice has substantial mental health issues that are currently being left untreated, in addition to significant alcohol and substance abuse issues. He has refused to get therapy and refused to get help for his mental health issues. I am asking that the court order a full psychological examination and a full drug test to be performed on the defendant to evaluate his fitness to continue to have unsupervised visitation with the child and to continue to take her for weekends at a time.

BY: _____

Name, Pro se: _____Theodora Antar, Pro Se_____

Address_____856 Shagbark Drive, Orange, CT, 06477___

Phone Number:_____2032738419_____

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 2 5 2022

CHIEF CLERK'S OFFICE

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or delivered electronically or non-electronically on 7/22/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*<u>(List the name and mailing address of each party and attorney that a copy was mailed or delivered to)</u>*

Matthew J. Lodice
23 Lyman St, Apt # 2
New Britain, CT, 06053

BY: _____

Name, Pro se: _____Theodora Antar, Pro Se_____

Address_____856 Shagbark Drive, Orange, CT, 06477___

Phone Number:_____2032738419_____

| APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY | **This form is available in other language(s).** | For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA.** | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|---|---|

JD-FM-222  Rev. 12-21
C.G.S. § 46b-56f; P.A. 21-15

<div style="float:right">

**Court Use Only**

**EXPCUS**

</div>

***Instructions***
*1. Complete this form, including the affidavit on page 2.*
*2. Attach an Affidavit Concerning Children, form JD-FM-164.*
*3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).*
*4. Bring the original and a copy of this form to the court clerk's office.*
*5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.*
*6. Make sure the originals are returned to court after service.*

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Return date *(If applicable)* | Docket number **NNH-FA19-5046828-S** |
|---|---|---|---|

Name of case *(Plaintiff v. Defendant)*
**Antar, Theodora F. vs. Lodice, Matthew J.**

1. I, *(Name and address)* **Theodora F. Antar**

   am the Applicant for this emergency ex parte order of custody, and I am the [x] Parent   [ ] Legal Guardian   of the following child or children for whom I am seeking this order *(attach additional sheets if necessary)*:

| Child's Name *(First, Middle Initial, Last)* | Date of birth *(Month, day, year)* |
|---|---|
| **Angelina M. Lodice** | **05/21/2019** |
| | |
| | |

2. The Respondent *(Name and address)* **Matthew J. Lodice, 23 Lyman st, Apt #2, New Britain, CT**

   is the [x] Parent   [ ] Legal Guardian   of the child or children named above.

3. I am filing or there is already a pending matter in which I am a party for:

   [ ] divorce *(dissolution of marriage).*       [ ] legal separation.

   [ ] annulment.                                   [ ] custody of the child or children named above.

   [x] post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

## I ask the Court to enter the following ex parte orders:

[ ] Temporary legal and physical custody to _____

[ ] Visitation as follows: _____

[ ] No visitation.

[ ] Respondent may not remove the child or children from the State of Connecticut.

[x] Respondent may not interfere with Applicant's custody of the child or children.

[x] Respondent may not interfere with the educational program of the child or children.

[ ] Other *(specify):*

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 25 2022

CHIEF CLERK'S OFFICE

| Signed *(Attorney or self-represented party)* | Printed name of person signing **Theodora Antar** | Date signed **07/22/2022** |
|---|---|---|
| Address *(Number, street, town or city, state, zip code)* **856 Shagbark drive, Orange, CT, 06477** | | Telephone number **( 203 ) 273 - 8419** |

203

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Affidavit

I, (Name)  **Theodora F. Antar**  , am the Applicant in this matter and swear to the following

*(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children):*

1. An emergency ex parte order is required because *(attach additional sheets if necessary):*

The defendant is currently putting our three year old daughter at risk of both physical and psychological harm. He has stated in writing in our court ordered parenting app multiple times that he is currently unemployed and that he has not worked in over four weeks. He stated that he does not have any income or money, and can not afford food, rent, utilities, gas,car payment, cell phone, insurance, or any other basic necessities. He stated his car is broken down and that he has to turn it on and off repeatedly while driving because of it intermittently shutting off while he drives it. The car has severe mechanical damage to it and he continues to drive the child in this dangerous vehicle. He stated that when the car shut down, that this happened on the highway on several occasions, as well. He continues to pick up our daughter and transport her in the broken down unsafe vehicle that he continues to drive. He dropped the child off at school on Monday 7/18/22 with barely any food for lunch, no blanket, and none of the items she needs for the day. He stated on 7/22/22 that he can no longer afford to give her the items she needs for school, and that if I want our child to have necessities such as a blanket and sheet to sleep on, water, a lunch bag, and a pillow case, that I would have to either purchase them myself or bring them myself, and that he would not bring her the required items for her school day any longer. The school requires these items to be provided daily, and the bedding must be brought on Mondays. He currently drops her off on Mondays, and stated he is planning to 1. not pay the bill which will get her kicked out of the daycare and 2. not send her with the required items she needs for her school day, which may also result in her getting kicked out for the day. This is interfering with both the custody order which says he has to pay 50%, as well as interfering with her education by putting her at risk of expulsion from the center. He stated that he is not currently working in his home remodeling business that he owns. He stated he plans to intentionally bankrupt the company and that he is looking for a regular w2 job, but that he has not been hired and is falling deeper and deeper into financial ruin, at risk of losing his rented home, and everything he owns. He has also refused to pay his court ordered child care to the daycare, and they stated in order for our child to continue to attend and receive care, that he would need to pay his bill no later than 7/25/22. Since he can barely afford food, a functioning car, or his bills, I feel it is a huge risk for our child.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. (Select one) I [x] have [ ] have not been a party or a witness or participated in any other capacity in cases in Connecticut or in any other state concerning custody or any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

**NNH-FA19-5046828-S**

4. (Select one)

[ ] I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is):*

[x] No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

The defendant has shown no regard for any court orders that have been imposed on him. He is refusing to follow child support and child care orders, as well as refusing to follow the custody and visitation orders. He stated multiple times that nothing will happen to him and that there is no consequence for violating a court order. He is putting our child in both psychological and physical danger by being unable to give her safe vehicle, housing, food, etc.

| I certify that the statements above are true to the best of my knowledge and belief | Signed (Affiant) | Print name of person signing Theodora Antar |
|---|---|---|
| Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public) | | Date signed 07/22/2022 |

JAMES A JOHNSON
Notary Public
Connecticut
My Comm. Expires July 31, 2023

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Antar, Theodora F. vs. Lodice, Matthew J. | NNH-FA19-5046828-S |

## Order *(To be completed by the court)*

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☐ Other: _____

_____
_____
_____

☒ This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).

| By the Court *(Judge)* | Date ordered |
|---|---|
| Grossman J | 7-25-22 |

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* ___9/8___ at *(time)* ___9:00___.

This hearing will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | 203-543-6800 |

Court location *(Number, street and town)*
235 Church St New Haven, CT 06510

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
- Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least **5 days** before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

| By the Court | Assistant Clerk | Date signed |
|---|---|---|
| Grossman J | | 7/25/22 |

Page 3 of 3

*fa* 19504 6828

STATE OF CONNECTICUT )
                    ) ss. New Britain          August 4, 2022
COUNTY OF HARTFORD )

       Then and there by virtue hereof, on August 4, 2022, in the Town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, Apt. #2, New Britain, CT,

a true and attested verified copy of the original Application for Emergency Ex

Parte Order of Custody, Affidavit and Order for Hearing and Summons with my

endorsement thereon.

       The within and foregoing is the original Application for Emergency Ex

Parte Order of Custody, Affidavit and Order for Hearing and Summons with my

doings hereon endorsed.

                                 ATTEST

                                   Alan F. Zaniewski
                                   State Marshal
                                   Hartford County

Fees:

| Pages | $ | 3.00 |
| Ends. | | 1.20 |
| Service | | 40.00 |
| Miles Travel | | 20.88 |
| Total | $ | 65.08 |

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 1 8 2022

CHIEF CLERK'S OFFICE

*203.10*

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
| --- |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ **Before judgment**   ☒ **After judgment**   *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
| --- | --- | --- |
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
| --- | --- |
| Matthew J. Lodice | 23 Lyman st, apt 2, New Britain, CT, 06053 |

Type of Motion to Modify
☐ Child Support    ☐ Alimony    ☐ Custody    ☒ Visitation    ☐ Other *(Specify):* _____

I, **Theodora Antar** _____ , ☒ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **6 29 22** directing **Matthew J. Lodice** _____ , residing at
*(Name)*

**23 Lyman st, apt 2, New Britain, CT, 06053** _____ , to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
| --- | --- |
| $ 120     every (per) **week** | $     every (per) |

| Pay arrearages as follows: |
| --- |
| $ 24     every (per) **week**    on the total arrearage owed of  $ **4000**     as of *(date)*  **7/22/22** |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
| --- | --- | --- |
| ☒ Joint legal custody   ☐ Sole custody | **see agreement** | **mother** |

| Provide health insurance coverage | | Provide HUSKY/cash medical |
| --- | --- | --- |
| ☒ No   ☐ Yes | Pay  **50**  % of unreimbursed medical expenses | $     every (per) |

| Contribute to child care | Other *(Specify):* |
| --- | --- |
| **50**  % or $ | |

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*

**JUL 25 2022**

**CHIEF CLERK'S OFFICE**

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

   **mother's schedule changed and the visitation details need to be altered to accommodate schedule obligations of mother**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

_____

_____

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

_____

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.  ☒ Yes   ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes  ☐ No
     If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support            ☐ Find arrearage and order payment      ☐ Order immediate income withholding
☐ Increase current support         ☐ Provide HUSKY/cash medical            ☐ Provide health insurance coverage
☐ Decrease current support         ☐ Contribute to child care              ☐ Other _____

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify custody as follows:

*(Continued on page 2)*        Select appropriate court: ☐ Superior Court      ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

change schedule so mother drops off child at daycare on Fridays during hours that daycare is available.

## e. Other [ ]
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 07/22/2022 |

| Address (Number, street, city, state, zip code) | Phone number |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 07/22/2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**Matthew J. Lodice**
**23 Lyman st, apt 2, New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 07/22/2022 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Hav | Date 9/8/22 |
|---|---|---|

| Court Address 235 Church St, New Hav, CT  06510 | Room Number 3C | Time 9:00 Am |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Matthew Lodice | Address |
|---|---|
| By the Court (Grosnier  J) | Assistant Clerk/Support Enforcement Officer | Date signed 7/25/8+ |

## Order   The court has heard this motion and orders it

[ ] Granted     [ ] Denied   **and**   [ ] Further orders (if applicable):

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [✓] Waived

JD-FM-174 (Page 2)  Rev. 3-20

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| | |
|---|---|
| **For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.** | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |



☐ **Before judgment**   ☒ **After judgment** *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **23 Lyman st, apt 2, New Britain, CT, 06053** |

Type of Motion to Modify
☐ Child Support   ☐ Alimony   ☐ Custody   ☒ Visitation   ☐ Other *(Specify):* _____

I, **Theodora Antar** _____, ☒ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **6/29/22** directing **Matthew J. Lodice** _____, residing at
*(Name)*

**23 Lyman st, apt 2, New Britain, CT, 06053** _____, to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 120   every (per) week | $   every (per) |

Pay arrearages as follows:
| $ 24   every (per) week | on the total arrearage owed of **$ 4000** | as of *(date)* 7/22/22 |
|---|---|---|

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☒ Joint legal custody   ☐ Sole custody | see agreement | **mother** |

| Provide health insurance coverage | | Provide HUSKY/cash medical |
|---|---|---|
| ☒ No   ☐ Yes | Pay **50** % of unreimbursed medical expenses | $   every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| **50** % or $ | |

*[stamp:]* Judicial District of New Haven SUPERIOR COURT FILED JUL 25 2022 CHIEF CLERK'S OFFICE

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

    **mother's schedule  changed and the visitation details need to be altered to accommodate schedule obligations of mother**

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

3. The ☐ plaintiff   ☐ defendant   is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes   ☐ No

4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes   ☐ No

If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support        ☐ Find arrearage and order payment        ☐ Order immediate income withholding
☐ Increase current support     ☐ Provide HUSKY/cash medical             ☐ Provide health insurance coverage
☐ Decrease current support     ☐ Contribute to child care               ☐ Other _____

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☐ Modify custody as follows:

*(Continued on page 2)*        Select appropriate court: ☐ Superior Court        ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

change schedule so mother drops off child at daycare on Fridays during hours that daycare is available.

## e. Other [ ]
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (If applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 07/22/2022 |
| Address (Number, street, city, state, zip code) | | | Phone number |
| 856 Shagbark Drive, Orange, CT, 06477 | | | 2032738419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___07/22/2022___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**Matthew J. Lodice**
**23 Lyman st, apt 2, New Britain, CT, 06053**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 07/22/2022 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[x] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of New Hav | Date 9/8/22 |
|---|---|---|
| | Court Address 235 Church St, New Hav, CT   08J10 | Room Number 3C   Time 9:00 Am |

## TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served Matthew Lodice | Address |
|---|---|
| By the Court (Grossmon, J) | Assistant Clerk/Support Enforcement Officer   Date signed 7/25/2+ |

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   **and**   [ ] Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [✓] Waived

JD-FM-174 (Page 2)   Rev. 3-20

*fa 19 504 6828*

STATE OF CONNECTICUT )
                     ) ss. New Britain          August 4, 2022
COUNTY OF HARTFORD   )

     Then and there by virtue hereof, on August 4, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, Apt. #2, New Britain, CT,

a true and attested verified copy of the original Motion for Modification with my

endorsement thereon.

     The within and foregoing is the original Motion for Modification with my

endorsement thereon.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 2.00 |
| Ends. | | .80 |
| Service | | 20.00 |
| Travel | | 0 |
| | | |
| Total | $ | 22.80 |

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 1 8 2022

CHIEF CLERK'S OFFICE

*205.10*

ORDER   435701

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
    V.                                   AT NEW HAVEN
LODICE, MATTHEW, J
                                              5/31/2023


<u>ORDER</u>


ORDER REGARDING:
07/25/2022 205.00 POST-JUDGMENT MOTION FOR MODIFICATION - VISITATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# MOTION FOR CONTEMPT / CONTEMPT CITATION

JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| | | |
|---|---|---|
| **MFCONTP** | | Certification has been filled out. |
| **CONTCPL** | | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

COURT USE ONLY

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

(Select one) ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) |
|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address (Number, street, city, state, zip code) |
|---|---|
| Lodice, Matthew J. | 23 Lyman St, Apt 2, New Britain, CT, 06053 |

| Third Party's name (If applicable) | Third Party's address (Number, street, city, state, zip code) |
|---|---|
| | |

I am the ☒ Plaintiff  ☐ Defendant  ☐ Third Party  in this case.

On (date) 06/29/2022 the court made an order that (name) Matthew Lodice is not following.

**Court Order and ways the Order has not been followed**
(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)

Defendant was ordered to pay 50% of child care costs. He is now refusing to pay any of the court ordered child care, and owes a substantial amount of child care to both myself & the preschool which our child is attending. I have sent him certified mail with all of the amounts, as well. He was ordered to reply to messages in OFW app within 24 hours. I messaged him on 7/13/22 twice, asking about his work schedule and about calls and he never responded. I messaged him on 7/19/22 as well asking about an activity for our daughter, and he never responded. He was ordered to bring child to major religious holidays and events. I notified him that 7/24/22 was a major religious holiday and event and that our child had a religious obligation and was scheduled SEE PG2

**Claim for Relief**

I ask the court to find (name) Matthew Lodice in contempt and to enter any other orders the court finds appropriate. (Select only if this applies) ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name | Date |
|---|---|---|
| | **Theodora Antar** | **07/24/2022** |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number (Area code first) |
|---|---|
| theodoraantar@gmail.com | 2032738419 |

**Certification** (Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 7/24/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
MATTHEW LODICE
23 LYMAN ST , apt 2
NEW BRITAIN, CT, 06053

Court Use Only
**Judicial District of New Haven**
**SUPERIOR COURT**
**FILED**

**JUL 25 2022**

**CHIEF CLERK'S OFFICE**

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name | Date signed |
|---|---|---|
| ▶ | **THEODORA ANTAR** | **07/24/2022** |

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter?  ☐ Yes  ☐ No

Page 1

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Antar, Theodora F. | Lodice, Matthew J. | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court orders you, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* 9/8/22 at *(time)* 9:00 AM and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other:

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(If known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | 203-563-6800 |
| Court location *(Number, street and town)* | | |
| 235 Church St New HED CT 0651 | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the court (Judge/Assistant clerk) | Date signed |
| | 7/25/8 |

To receive Holy Communion by Archbishop Elpidophoros of America on this date. I notified him of the event in OFW, and he acknowledged the message, but when I messaged him again stating that she needed to be there no later than 9:30 AM, he stopped responding. He did not bring her to the event, despite being court ordered that mother makes all religious decisions and that he must bring her to any religious events that she is involved in during his parenting time.

On 7/19/22, he called me over 30 times in a row, after our child told him that she did not want to speak to him and became extremely upset by his attempt to call.

Also on 7/19/22, I sent him a message in OFW asking him a question about childcare, and he never responded to the message.

On 7/20/22, I sent him a message in OFW asking him if he could pick up our child from school, and he never responded to the message.

I also messaged him on 7/14/2022, in OFW, asking him a question about our child doing gymnastics, and he never responded to that message.

On 7/21/22, I sent him two messages in OFW asking him about work and his schedule, and he never responded to those messages.

On 7/21/22, I sent him another message in OFW informing him again about the religious event, and he never responded to that message.

On 7/21/22, I sent him another message in OFW asking him about the unsafe situation that he was placing our child in and he never responded to that message.

*Ja 19504 6828*

STATE OF CONNECTICUT )
                                          ) ss. New Britain          August 4, 2022
COUNTY OF HARTFORD   )

   Then and there by virtue hereof, on August 4, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, Apt. #2, New Britain, CT,

a true and attested verified copy of the original Motion for Contempt with my

endorsement thereon.

   The within and foregoing is the original Motion for Contempt with my

endorsement thereon.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 3.00 |
| Ends. | | 1.20 |
| Service | | 20.00 |
| Travel | | 0 |
| | | |
| Total | $ | 24.20 |

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 18 2022

CHIEF CLERK'S OFFICE

*206.10*

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant (person filing)**
1. *Print or type all information requested.*
2. *Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.*
3. *Bring this form to the superior court where your case will be filed or is/was pending.*
4. *If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.*

**Instructions to Clerk**
1. *Bring to a judge or family support magistrate, if able.*
2. *If granted, notify the applicant and counsel, if appointed.*
3. *If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.*

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other *(ex parte custody, etc.) (Specify):* **ex parte motion for custody**
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):*
- [x] Costs of service of process *(delivery of papers to court or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. 46b-69b
- [ ] Cost of the transcript for appeal

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*JUL 25 2022*

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the purpose of a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

*CHIEF CLERK'S OFFICE*

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

### 2. *Monthly* Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | $1,200.00 |
| B. Net monthly income *(after taxes) from employment* | $1,200.00 |
| C. Other income *(TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):* | + $0.00 |
| **Total Monthly Income (B+C)** | = $1,200.00 |

### 3. *Monthly* Expenses

| | |
|---|---|
| A. Rent/Mortgage | $2,000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $300.00 |
| D. Food, *not including SNAP (food stamps)* | $800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | $50.00 |
| H. Transportation *(bus, gasoline, etc.)* | $800.00 |
| I. Child Care | $200.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | $4,150.00 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $10,000.00 | $17,352.00 | Motor Vehicle -$7,352.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking $200.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | **Total Assets** | -$7,152.00 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $29,565.00 | $400.00 |
| credit cards | $18,736.00 | $776.00 |
| | | |
| **Total Liabilities** | $48,301.00 | $1,176.00 |

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*JUL 25 2022*
*CHIEF CLERK'S OFFICE*

Page 1 of 3



| Name of case | Docket number (if applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| *[signature]* | Theodora Antar | 07/22/2022 |

| Subscribed and sworn to before me: | On (Date) 07/22/22 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) *James A Johnson* |
|---|---|---|

> JAMES A JOHNSON
> Notary Public
> Connecticut
> My Comm. Expires July 31, 2023

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*    *See next page*

The Court, having found the applicant *(Select all that apply):*  ☐ Not indigent    ☐ Indigent and unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☐ Granted as follows:

　　1. The following costs are ordered paid by the State
　　　　☐ Costs of service of process not to exceed:　$ _____
　　　　☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
　　　　☐ Other *(Specify):* _____

　　2. The following fees are waived　　☐ Entry fee　　☐ Filing fee　　☐ Appellate filing fee (Supreme or Appellate Court)
　　　　☐ Other *(Specify):* _____

　　3. ☐All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S.
　　　　§ 46b-69b, because the applicant is found indigent or unable to pay.

　　4. Counsel is　☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| | | | |

| Name of case | Docket number *(if applicable)* |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____    _____
Signed *(Applicant)*                                              Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant    ☐ Not indigent    ☐ Indigent and unable to pay    hereby orders the application:

☒ Granted as follows:

   ☒ 1. The following costs are ordered paid by the State

      ☐ Costs of service of process not to exceed    $ ~~Statutory amt~~

      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

      ☐ Other *(Specify):* _____

   ☐ 2. The following fees are waived    ☒ Entry fee    ☒ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| (Grossman  J) | 7/25/22 | | 7-25-22 |

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**COURT USE ONLY**
**MFCSE**

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number: NNH-FA19-5046828-S

Name of case (Full name of Plaintiff v. Full name of Defendant): Antar, Theodora F. vs. Lodice, Matthew J

☑ Judicial District   ☐ Housing Session   ☐ Geographical Area Number

Address of Court (Number, street, town and zip code): 235 Church St, New Haven, CT, 06510

Date of Motion: 7/25/22

Sequence Number on Short Calendar (If applicable):

Name of Judge Who Scheduled the Event this Continuance is Requested for (If applicable): Jane Grossman

Date of Scheduled Event:

Person Making Motion is:
☐ Plaintiff's Attorney   ☑ Plaintiff   ☐ Defendant's Attorney   ☐ Defendant   ☐ Other

Firm Name, if applicable: N/a

Address: 856 Shadybark drive, Orange, CT

Phone Number (with area code): 2032738419

**Event For Which Continuance Is Requested:** ("X" applicable box(es) and explain below)

☐ Arbitration
☐ Administrative Appeal Hearing
☐ Attorney Trial Referee Proceeding
☐ Court Trial
☐ Judicial-Alternative Dispute Resolution (J-ADR)
☐ Early Intervention Conference
☐ Fact-Finding
☐ Foreclosure Mediation
☐ Jury Trial
☐ Hearing In Damages
☐ Pretrial
☐ Status Conference
☐ Trial Management Conference
☑ Other resolution plan date

**Reason(s) For Continuance Request:** ("X" reason(s) and provide an explanation)

☐ Counsel not ready
☐ Lay witness not available (Name of witness)
☐ Counsel not available
☑ Party not available (Name of party) Theodora Antar
☐ Expert witness not available (Name of witness)

☐ Discovery not complete
☐ Other

Continue explanation, if necessary: I have another case scheduled for same date/time/location

For the above reason(s), I request this case be continued to (date): 9/21/22   or  ☐ at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
☐ Consent   ☐ Do Not Consent   ☑ Have not responded to the above motion for continuance and requested continuance date.
Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Judicial District of New Haven
SUPERIOR COURT
FILED
JUL 28 2022
CHIEF CLERK'S OFFICE

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Lodice
23 Wyman St, apt2, New Britain, CT

Signed (Signature of filer): [signature]

Print or type name of person signing: Theodora Antar

Date signed: 7/25/22

Mailing Address (Number, street, town, state and zip code): 856 Shadybark Drive, Orange, CT 06477

Telephone number: 2032738419

**Order**   Motion For Continuance is:  ☑ Granted   ☐ Denied

Matter Continued to:

Signed (Judge): (Grossman.)

Date: 7-25-22

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

[Print Form]   [Reset Form]

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/29/2022

<u>ORDER</u>

ORDER REGARDING:
07/28/2022 208.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

| MOTION FOR CONTINUANCE<br>JD-CV-21 Rev 9-15<br>C.G.S. § 52-195<br>P.B. §§ 14-02, 14-24 | ADA NOTICE<br>The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | COURT USE ONLY<br>MFCSE |
|---|---|---|---|

**Instructions To Person Making Motion**
Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.

| Name of case (Name of Plaintiff v. Full name of Defendant) | Docket number |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046826-S |

| ☒ Judicial District/Housing Session | Geographical Area Number | Address of Court (Number, street, town and zip code) |
|---|---|---|
| | | 235 Church St, New Haven, CT, 06510 |

| Judicial Notice | Sequence Number on Short Calendar (if applicable) | Name of Judge Who Scheduled the Event this Continuance is Requested for (if applicable) |
|---|---|---|
| 07/11/2022 | | Jane Grossman |

| Date of scheduled event | Person Making Motion is: | | Address | Phone Number (with area code) |
|---|---|---|---|---|
| 09/08/2022 | ☐ Plaintiff's Attorney ☒ Plaintiff ☐ Defendant's Attorney ☐ Defendant ☐ Other | | 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

| Bar Number (if applicable) | | | | |
|---|---|---|---|---|
| n/a | | | | |

### Event For Which Continuance Is Requested: ("X" applicable box(es) and explain below)

☐ Arbitration
☐ Administrative Appeal Hearing
☐ Attorney Trial Referee Proceeding
☐ Court Trial
☐ Judicial Alternative Dispute Resolution (J-ADR)

☐ Early Intervention Conference
☐ Fact-Finding
☐ Foreclosure Mediation
☐ Jury Trial
☐ Hearing In Damages

☐ Pretrial
☐ Status Conference
☐ Trial Management Conference
☒ Other   **resolution plan date**

### Reason(s) For Continuance Request: ("X" reason(s) and provide an explanation)

☐ Counsel not ready
☐ Lay witness not available (Name of witness)
☐ Counsel not available
☒ Party not available (Name of party) Theodora Antar
☐ Expert witness not available (Name of witness)

☒ Discovery not complete

☐ Other

*Further explanation if necessary*

I have another court case that is being heard at the exact same date and time as this one. I am also currently waiting for transcripts, as well as several police reports, and other evidence which will not be ready in time.

For the above reason(s), I request this case be continued to (date):   **09/14/22**   or ☐ at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
☐ Consent ☐ Do Not Consent ☒ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

### Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) **07/11/2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.
*Name and address of each party and attorney that copy was mailed or delivered to*

Matthew J. Lodice
23 Lyman st, apt 2, New Britain, CT.

| Signing (Signature of filer) | Print or type name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 07/11/2022 |
| Mailing Address (Number, street, town, state and zip code) | | Telephone number |
| 856 Shagbark Drive, Orange, CT, 06477 | | 2032738419 |

| **Order** | ☐ Motion For Continuance is: ☐ Granted ☐ Denied | Date/Time Continued to | Signed (Judge) | Date |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.*

*(handwritten, bottom)* No action. See MFC dated 7/28/22.

*(stamp, diagonal)* Judicial District of New Haven SUPERIOR COURT FILED AUG 02 2022 CHIEF CLERK'S OFFICE

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**

JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| MFCONTP | Certification has been filled out. |
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew J. Lodice | 23 Lyman st, Apt 2, New Britain, CT, 06053 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the  ☒ Plaintiff   ☐ Defendant   ☐ Third Party  in this case.

On *(date)* 06/28/2022   the court made an order that *(name)* Matthew J. Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The judge ordered that on Fridays beginning 7/1/22, that I was to drop off child to paternal grandmother's home between hours of 9am-12pm. I arrived at 11:45AM on 7/8/22 , and nobody was there. I knocked on the door, called, left message, and saw that nobody was home and no car was in the driveway. I then called the Waterbury Police Department to make a report that nobody was at the location for the court ordered drop off of my child. The case number is 22-66374. When I contacted the defendant to ask him why nobody was there to retrieve the child, he stated that he forgot that it was his court ordered visitation day and that he forgot that his mother was going to be out of the state for over a week and that nobody would be there for the child.

**Claim for Relief**

I ask the court to find *(name)* Matthew J. Lodice   in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 07/11/2022 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Shagbark Drive, Orange, CT, 06477 |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| theodoraantar@gmail.com | 2032738419 |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 07/11/2022   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to | Court Use Only |
|---|---|
| Matthew Lodice<br>23 Lyman St, Apt #2<br>New Britain, CT, 06053 | Judicial District of New Haven<br>SUPERIOR COURT<br>**FILED**<br>JUL 11 2022<br>CHIEF CLERK'S OFFICE |

Judicial District of New Haven
SUPERIOR COURT
**FILED**
JUL 11 2022
CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 07/11/2022 |

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter?  ☐ Yes  ☐ No

Page 1

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

Case 3:23-cv-00985-JAM   Document 16   Filed 08/04/23   Page 219 of 253

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on

(date) 9/8/22 at (time) 9:00 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| New Haven | 3C | 203-503-6FW |
| Court location (Number, street and town) | | |
| 235 Church St. New Haven CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

### *About Resolution Plan Dates
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

### Order to Give Notice

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the court (Judge/Assistant clerk) | Date signed |
| Grossman J. | 8/3/22 |

19-30196828

STATE OF CONNECTICUT )
                           ) ss. New Britain          August 11, 2022
COUNTY OF HARTFORD   )

      Then and there by virtue hereof, on August 11, 2022, in the town of New Britain, County of Hartford, I left at the usual place of abode of Matthew J. Lodice, the within named defendant, 23 Lyman Street, Apt. 2, New Britain, CT, a true and attested verified copy of the original Motion for Contempt with my endorsement thereon.

      The within and foregoing is the original Motion for Contempt with my endorsement thereon.

                                    ATTEST,

                                      Alan F. Zaniewski
                                    State Marshal
                                    Hartford County

Fees:

| Pages | $ | 2.00 |
| Ends. | | .80 |
| Service | | 40.00 |
| Travel | | 18.95 |
| Total | $ | 61.75 |

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 18 2022

CHIEF CLERK'S OFFICE

210.10

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173 Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

**COURT USE ONLY**

| | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Docket number **NNH-FA19-5046828-S** |
|---|---|---|
| Plaintiff's name **Theodora F. Antar** | Plaintiff's address *(Number, street, city, state, zip code)* **856 Shagbark Drive, Orange, CT, 06477** | |
| Defendant's name **Matthew J. Lodice** | Defendant's address *(Number, street, city, state, zip code)* **23 Lyman st, Apt 2, New Britain, CT, 06053** | |
| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* | |

I am the ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* **06/28/2022**   the court made an order that *(name)* **Matthew J. Lodice**   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The judge ordered that on Fridays beginning 7/1/22, that I was to drop off child to paternal grandmother's home between hours of 9am-12pm. I arrived at 11:45AM on 7/8/22, and nobody was there. I knocked on the door, called, left message, and saw that nobody was home and no car was in the driveway. I then called the Waterbury Police Department to make a report that nobody was at the location for the court ordered drop off of my child. The case number is 22-66374. When I contacted the defendant to ask him why nobody was there to retrieve the child, he stated that he forgot that it was his court ordered visitation day and that he forgot that his mother was going to be out of the state for over a week and that nobody would be there for the child.

**Claim for Relief**

I ask the court to find *(name)* **Matthew J. Lodice**   in contempt and to enter any other orders the court finds appropriate.   *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name **Theodora Antar** | Date **07/11/2022** |
|---|---|---|
| Mailing address of self-represented party or attorney **856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address **theodoraantar@gmail.com** | Phone number *(Area code first)* **2032738419** | |

**Certification**   *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **07/11/2022**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to | Court Use Only |
|---|---|
| **Matthew J. Lodice**<br>**23 Lyman St, Apt #2**<br>**New Britain, CT, 06053** | Judicial District of New Haven<br>SUPERIOR COURT<br>FILED<br><br>JUL 11 2022<br><br>CHIEF CLERK'S OFFICE |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name **Theodora Antar** | Date signed **07/11/2022** |
|---|---|---|

▶

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

Is this a family support magistrate (IV-D) matter?   ☐ Yes   ☐ No

Page 1

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☑ Defendant ☐ Third Party **to attend** a court event on *(date)* 9/8/22 at *(time)* 9:00 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

• issue a civil arrest order (capias) against you;

• enter orders that affect you, without your participation; and/or

• schedule additional court events.

This court event will be ☐ a hearing ☑ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | 203-503-6FW |
| Court location *(Number, street and town)* | | |
| 235 Church St. New Haven CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
• Attend this court event by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

---

### Order to Give Notice

The court orders the ☑ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the court (Judge/Assistant clerk) | Date signed |
| (Grossman J.) | 8/3/22 |

Page 2

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**Instructions to person (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs or service of process is denied, you may ask for a hearing.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

**To: The Superior Court**

| | |
|---|---|
| Name of case *(Name of plaintiff v. Name of defendant)* Antar Theodora F. vs Matthew J. Lodice | Docket number *(If applicable)* NNH-FA19-5046828-S |
| Judicial District New Haven | Address of court 235 Church St, New Haven, CT |
| Name of applicant *(Last, first, middle initial)* Antar, Theodora F. | Address of applicant *(Number, street, town, state and zip code)* 8856 Shagbark drive, Orange, CT 06477 | Phone number 2032738419 |

## Type of proceeding *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)* (Specify): _____
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify): _____
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

**Grounds for Appeal** *(Complete if requesting waiver of Appellate filing fee/payment of costs or transcript for appeal.)*
The grounds on which I propose to appeal are: _____

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 11 2022

CHIEF CLERK'S OFFICE

**Appointment of Counsel** *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)* [2]

### 2. *Monthly* Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 1200.00 |
| B. Net monthly income *(after taxes) from employment* | 1200.00 |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):* | + ____ |
| | = |
| **Total Monthly Income (B+C)** | 1200.00 |

### 3. *Monthly* Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 300.00 |
| D. Food, *not including SNAP (food stamps)* | 800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | 50.00 |
| H. Transportation *(bus, gasoline, etc.)* | 800.00 |
| I. Child Care | 200.00 |
| J. Other *(child support, alimony, etc.)* (Specify): | |
| **Total Monthly Expenses** | 4150.00 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 10,000 | 17352 | Motor Vehicle -7,352.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 250 |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| | | **Total Assets** | -7102 |

### 5. Liabilities/Debts *(for example, credit card balances, loans etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 29765 | 400 |
| Credit cards | 18736 | 776 |
| | | |
| | | |
| **Total Liabilities** | 48501 | 1176 |

| Name of case | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. vs. Louzio, Matthew | NNH-FA19-5046828-S |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:†

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
|  | Theodora Antar | 7/11/2022 |
| Subscribed and sworn to before me: | On *(Date)* 7/11/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*: ☐ Not indigent   ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

    1. The following costs are ordered paid by the State

        ☒ Costs of service of process not to exceed:   $ State rates

        ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

        ☐ Other *(Specify):* _____

    2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Kenefick | 7/13/22 | JKenefick | 7/13/22 |

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                          Date signed

| **Hearing to be held at the Court location shown on page 1 on the date and time shown below:** | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed   $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/30/2023

## ORDER

ORDER REGARDING:
07/11/2022 210.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The plaintiff failed to prove, by clear and convincing evidence, that the defendant violated court orders.

The motion for contempt is denied.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER    435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

## ORDER

ORDER REGARDING:
07/11/2022 210.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.



**APPLICATION FOR WAIVER OF FEES/**
**PAYMENT OF COSTS/APPOINTMENT**
**OF COUNSEL - FAMILY**
JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6
*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to applicant** *(person filing)*
1. *Print or type all information requested.*
2. *Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.*
3. *Bring this form to the superior court where your case will be filed or is/was pending.*
4. *If your application for waiver of fees payable to the court or for payment of costs or service of process is denied, you may ask for a hearing.*

**Instructions to Clerk**
1. *Bring to a judge or family support magistrate, if applicable.*
2. *If granted, notify the applicant and counsel, if appointed.*
3. *If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.*

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Antan Theodora F.  vs  Matthew J. Lodice | NNH-FA19-6046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark drive, Orange, CT 06477 | 2032738419 |

## Type of proceeding *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Other *(ex parte custody, etc.)* (Specify): _____
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [✓] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify): _____
- [✓] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal   *(Complete if requesting waiver of Appellate filing fee/payment of the cost of the transcript for appeal.)*

The grounds on which I propose to appeal are: _____

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
JUL 11 2022
**CHIEF CLERK'S OFFICE**

## Appointment of Counsel   *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)* [ 2 ]

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | 1200.00 |
| B. Net monthly income *(after taxes)* from employment | 1200.00 + |
| C. Other income *(TFA, Social Security, child support, alimony, etc.)* (Specify which one(s) here): | = |
| **Total Monthly Income (B+C)** | 1200.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 300.00 |
| D. Food, not including SNAP *(food stamps)* | 800.00 |
| E. Clothing | |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | |
| G. Medical/Dental *(costs not covered by insurance)* | 50.00 |
| H. Transportation *(bus, gasoline, etc.)* | 800.00 |
| I. Child Care | 200.00 |
| J. Other *(child support, alimony, etc.)* (Specify): | |
| **Total Monthly Expenses** | 4150.00 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | 10,000 | 17352 | Motor Vehicle -7,352.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 250 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| **Total Assets** | | | -7102 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 29765 | 400 |
| Credit cards | 18736 | 776 |
| | | |
| | | |
| **Total Liabilities** | 48501 | 1176 |

Page 1 of 3

Name of case: _Antar, Theodora F. vs. Lottie Mathew_  Docket Number _(if applicable)_ NNH-FA19-5046828-S

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 7/11/2022 |
| Subscribed and sworn to before me: | On *(Date)* 7/11/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order**  *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*:  ☐ Not indigent   ☒ Indigent **and** unable to pay

☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

　　1. The following costs are ordered paid by the State
　　　☒ Costs of service of process not to exceed:  $ _State rates_
　　　☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
　　　☐ Other *(Specify)*: _____

　　2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
　　　☐ Other *(Specify)*: _____

　　3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

　　4. Counsel is  ☐ Appointed *(Name)*: _____

☐ Denied. If denied only in part, specify:

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| Kennefick | 7/13/22 | _signature_ | 7/13/22 |

JD-FM-75  Rev. 12-21 | Page 2 of 3

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____   _____
Signed *(Applicant)*                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay        hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed   $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**MOTION FOR CONTEMPT/
CONTEMPT CITATION**
JD-FM-173  Rev 7-21
C G S §§ 46b-87  46b-87a  46b-220  51-33
P B § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| MFCONTP | Certification has been filled out |
| CONTCPL | Motion is "Before Judgment " but no certification has been filled out Fill out and attach Page 2 |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out Fill out and attach Page 2 |

*Instructions to filer*
1 Fill out Page 1 of this form
2 Keep a copy of the completed form for your records
3 File the completed form with the court clerk's office

(Select one) [ ] Before Judgment (pendente lite)   [x] After Judgment

| Judicial District of **New Haven** | At (Town) **New Haven** | Docket number **NNH-FA19-5046828-S** |
|---|---|---|

| Plaintiff's name **Theodora F. Antar** | Plaintiff's address (Number, street, city, state, zip code) **856 Shagbark Drive, Orange, CT, 06477** |
|---|---|
| Defendant's name **Matthew J. Lodice** | Defendant's address (Number, street, city, state, zip code) **23 Lyman st, Apt 2, New Britain, CT, 06053** |
| Third Party's name (if applicable) | Third Party's address (Number street city, state, zip code) |

I am the [x] Plaintiff   [ ] Defendant   [ ] Third Party  in this case.

On (date) **06/28/2022**   the court made an order that (name) **Matthew J. Lodice**   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed  You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The judge ordered that on Fridays beginning 7/1/22, that I was to drop off child to paternal grandmother's home between hours of 9am-12pm. I arrived at 11:45AM on 7/8/22 , and nobody was there. I knocked on the door, called, left message, and saw that nobody was home and no car was in the driveway. I then called the Waterbury Police Department to make a report that nobody was at the location for the court ordered drop off of my child. The case number is 22-68374. When I contacted the defendant to ask him why nobody was there to retrieve the child, he stated that he forgot that it was his court ordered visitation day and that he forgot that his mother was going to be out of the state for over a week and that nobody would be there for the child.

**Claim for Relief**

I ask the court to find (name) **Matthew J. Lodice**   in contempt and to enter any other orders the court
finds appropriate.  (Select only if this applies) [x] I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name **Theodora Antar** | Date **07/11/2022** |
|---|---|---|
| Mailing address of self-represented party or attorney **856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address **theodoraantar@gmail.com** | Phone number (Area code first) **2032738419** |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically
on (date) **07/11/2022**   to all attorneys and self-represented parties of record and that written consent for electronic delivery
was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* **Matthew Lodice 23 Lyman St, Apt #2 New Britain, CT, 06053** | Court Use Only *Judicial District of New Haven* **SUPERIOR COURT FILED AUG 0 1 2022 CHIEF CLERK'S OFFICE** |
|---|---|

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signature (Self-represented party or attorney) ► | Print or type name **Theodora Antar** | Date signed **07/11/2022** |
|---|---|---|

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter? [ ] Yes   [ ] No

Page 1



| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court orders you, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on *(date)* **9/8/22** at *(time)* **9:00 Am** and to be ready to show why you are not in contempt.

If you do not obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at

| Superior Court, Judicial District of | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | 203-503-6800 |

Court location *(Number, street and town)*
235 Church St. New Haven CT 06510

OR

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

*Note:* If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

**To Any Proper Officer:** By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |

By the court *(Judge/Assistant clerk)*
(Grodman T.S.D.

Date signed 8/3/22

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/30/2023

## ORDER

ORDER REGARDING:
08/01/2022 212.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The plaintiff filed to prove, by clear and convincing evidence, that the defendant violated court orders.

The motion for contempt is denied.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER    435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

5/31/2023

<u>ORDER</u>

ORDER REGARDING:
08/01/2022 212.00 CONTEMPT CITATION ISSUED POST JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER:

See Orders of the court re: Post Judgment Motions dated 5/31/2023

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTINUANCE**
JD-CV-71  Rev. 1-15
C.G.S. § 52-198
P.B. §§ 14-23, 14-24

| | ADA NOTICE | STATE OF CONNECTICUT | COURT USE ONLY |
|---|---|---|---|
| | The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA | SUPERIOR COURT www.jud.ct.gov | **MFCSE**  |

**Instructions To Person Making Motion**
Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.

| Name of case (full name of Plaintiff vs. full name of Defendant) | Docket number |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| ☒ Judicial District | ☐ Housing Session | Geographical Area Number | Address of Court (Number, street, town and zip code) 235 Church St, New Haven, CT, 06510 |
|---|---|---|---|

| Date of Motion 08/01/2022 | Sequence Number on Short Calendar (if applicable) | Name of Judge Who Scheduled the Event this Continuance is Requested for (if applicable) |
|---|---|---|

| Date of scheduled Event 09/02/2022 | Person Making Motion is | ☐ Plaintiff's Attorney | ☒ Plaintiff | ☐ Defendant's Attorney | ☐ Defendant | ☐ Other |
|---|---|---|---|---|---|---|

| Firm Name (if applicable) n/a | Address 856 Shagbark Drive, Orange, CT, 06477 | Phone Number (with area code) 2032738419 |
|---|---|---|

**Event For Which Continuance Is Requested:** *("X" applicable box(es) and explain below)*

☐ Arbitration
☐ Administrative Appeal Hearing
☐ Attorney Trial Referee Proceeding
☐ Court Trial
☐ Judicial Alternative Dispute Resolution (J-ADR)

☐ Early Intervention Conference
☐ Fact-Finding
☐ Foreclosure Mediation
☐ Jury Trial
☐ Hearing In Damages

☐ Pretrial
☐ Status Conference
☐ Trial Management Conference
☒ Other    hearing on motion for recusal of judge

**Reason(s) For Continuance Request:** *("X" reason(s) and provide an explanation)*

☐ Counsel not ready
☐ Lay witness not available *(Name of witness)*
☐ Counsel not available
☐ Party not available *(Name of party)*
☐ Expert witness not available *(Name of witness)*

☒ Discovery not complete
☐ Other

*Continue explanation if necessary*

The transcripts required to show my case will not be ready in time. I am requesting more time so that the transcripts can come in and so that I can have an opportunity to review them.

For the above reason(s), I request this case be continued to (date):    9/30/22    or ☐ at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
☐ Consent  ☐ Do Not Consent  ☒ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date)    08/01/2022    to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

*Name and address of each party and attorney that copy was mailed or delivered to*

Matthew J. Lodice
23 Lyman st, apt 2, New Britain, CT.

| Signed (Signature of filer) | Print or type name of person signing Theodora Antar | Date signed 08/01/2022 |
|---|---|---|
| Name and address of self-represented party (Number, street, town, state and zip code) 856 Shagbark Drive, Orange, CT, 06477 | | Telephone number 2032738419 |

**Order**  ☐ Granted  ☒ Denied    *TBD*    | Name of Assistant Clerk, Judge Trial Referee, Signed (Judge) | Date 8/4/2022

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to*

(Price Burland, J)

ORDER    439610

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/4/2022

ORDER

ORDER REGARDING:
08/02/2022 213.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

439610

Judge: MAUREEN PRICE-BORELAND
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

STATE OF CONNECTICUT )
                     ) ss. New Britain          July 30, 2022
COUNTY OF HARTFORD   )

Then and there by virtue hereof, on July 30, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, New Britain, CT, a true

and attested verified copy of the original Motion for Contempt with my

endorsement thereon.

The within and foregoing is the original Motion for Contempt with my

endorsement thereon.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

Pages       $      3.00
Ends.              1.20
Service           20.00
Travel               0

Total       $     24.20

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 0 4 2022

CHIEF CLERK'S OFFICE

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. §§ 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is 'Before Judgment,' but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is 'After Judgment,' but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

(Select one) ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-5046828-S |

| Plaintiff's name | Plaintiff's address (Number, street, city, state, zip code) |
|---|---|
| Theodora F. Antar | 856 Snug Dock drive, Orange, CT |

| Defendant's name | Defendant's address (Number, street, city, state, zip code) |
|---|---|
| Matthew J. Lodice | 23 Lyman St, New Britain, CT |

| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) |
|---|---|

I am the ☑ Plaintiff  ☐ Defendant  ☐ Third Party in this case.

On (date) 6/1/22 the court made an order that (name) Matthew Lodice is not following.

**Court Order and ways the Order has not been followed**
(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)

Mr. Lodice was ordered to pay his $120/week in child support along with $24/week in arrears on 6/1/22. He was incarcerated and paid a purge. He stated he will not pay anything unless it is a purge. He has paid $0 since 11/20/2021 with the exception of the purge. He is refusing to pay his weekly payments and arrears.

**Claim for Relief**
I ask the court to find (name) Matthew Lodice in contempt and to enter any other orders the court finds appropriate. (Select only if this applies) ☑ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney) | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 6/29/22 |

| Mailing address of self-represented party or attorney |
|---|
| 856 Snug dock drive, Orange, CT, 06477 |

| E-mail address | Phone number (Area code first) |
|---|---|
| theodora.antar@gmail.com | 2032738419 |

**Certification** (Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)

I certify that a copy of this document was or will immediately be delivered electronically or non-electronically on (date) 6/29/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice
23 Lyman St
New Britain, CT

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 04 2022

CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name | Date signed |
|---|---|---|
| ▶ | Theodora Antar | 6/29/22 |

**Court Use Only**

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 29 2022

CHIEF CLERK'S OFFICE

For information on ADA accommodations,
contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter? ☑ Yes  ☐ No

☐ Print Form   Page 1   ☐ Reset Form

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you,** the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on

*(date)* __9/12/22__ at *(time)* __2:00 PM__ and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:

- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☒ a hearing ☐ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3A | 203 503 6800 |

| Court location *(Number, street and town)* |
|---|
| 235 church st  New Haven CT |

**OR**

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| Matthew Iodice | |

| By the court (Judge/Assistant clerk) | Date signed |
|---|---|
| | 6/29/22 |

| Print Form | Page 2 | Reset Form |

STATE OF CONNECTICUT )
                                          ) ss. New Britain                    July 30, 2022
COUNTY OF HARTFORD    )

Then and there by virtue hereof, on July 30, 2022, in the town of New

Britain, County of Hartford, I left at the usual place of abode of Matthew J.

Lodice, the within named defendant, 23 Lyman Street, New Britain, CT, a true

and attested verified copy of the original Motion for Contempt with my

endorsement thereon.

The within and foregoing is the original Motion for Contempt with my

endorsement thereon.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

Pages       $      2.00
Ends.               .80
Service            40.00
Travel             20.88

Total       $     63.68

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

AUG 04 2022

**CHIEF CLERK'S OFFICE**

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | |
| [barcode] | Certification has been filled out. |
| **CONTCPL** | |
| [barcode] | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | |
| [barcode] | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

**Instructions to filer**
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of<br>**New Haven** | At *(Town)*<br>**New Haven** | Docket number<br>**NNH-FA19-5046828-S** |
|---|---|---|
| Plaintiff's name<br>**Theodora F. Antar** | Plaintiff's address *(Number, street, city, state, zip code)*<br>**856 Shagbark Drive, Orange, CT, 06477** | |
| Defendant's name<br>**Matthew J. Lodice** | Defendant's address *(Number, street, city, state, zip code)*<br>**23 Lyman st, Apt 2, New Britain, CT, 06053** | |
| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* | |

I am the ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* 4/12/2022   the court made an order that *(name)* Matthew J. Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*
The defendant was notified in the parenting app OurFamilyWizard that Angelina Lodice was obligated to attend a religious service in which she was scheduled to receive Holy Communion on 6/12/22. The defendant refused to bring the child to the scheduled religious service. On 6/27/22 the defendant did not bring the child to daycare by 9:00AM. I was forced to call the police because he did not respond to any messages in the parenting app either. After the police contacted him, he showed up with the child at 10:00AM. He failed to bring the child to daycare by 9:00 AM on four different occasions since it was ordered that he bring her. On 6/26/22, he refused to let me speak to the child. I tried calling over twelve times after 7:00Pm and he refused to answer. See page 2

**Claim for Relief**
I ask the court to find *(name)* Matthew J. Lodice   in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☒ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)*<br>[signature] | Print or type name<br>**Theodora Antar** | Date<br>**07/05/2022** |
|---|---|---|
| Mailing address of self-represented party or attorney<br>**856 Shagbark Drive, Orange, CT, 06477** | | |
| E-mail address<br>theodoraantar@gmail.com | Phone number *(Area code first)*<br>2032738419 | |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 07/05/2022   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to*<br>**Matthew Lodice**<br>**23 Lyman St, Apt #2**<br>**New Britain, CT, 06053** | *Judicial District of New Haven*<br>**SUPERIOR COURT**<br>**FILED**<br>**JUL 06 2022**<br>**CHIEF CLERK'S OFFICE** |
|---|---|

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)*<br>► [signature] | Print or type name<br>**Theodora Antar** | Date signed<br>**07/05/2022** |
|---|---|---|

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

Is this a family support magistrate (IV-D) matter? ☐ Yes   ☐ No

Page 1

Continued from page 1.

On 5/27/22, he made disparaging comments to me during the phone conversation that I had with my daughter. He called me "fucking stupid" and kept trying to talk to me during the call. He also made extremely disrespectful and disparaging comments to me during the birthday party on 5/21/2022. Furthermore, I notified the defendant that our daughter was scheduled to receive Holy Communion at our church on 5/29/22, and he refused to bring her for this. On 5/28/22 he hung up in my face when I was trying to speak to my daughter to say goodnight. He subsequently refused to answer or let me speak to her. During the brief contact, he also spoke over me the entire time and refused to give the child the phone. On 5/27/22 the defendant was yelling at me on the phone and continued to make disparaging comments when I attempted to call to speak to my daughter. I notified the defendant that the child was scheduled to receive Holy Communion on 6/5/22 and he refused to bring her for this religious obligation. On 6/18/22 I attempted to speak to my daughter to say goodnight and the defendant was trying to speak to me the entire time, screaming at me, and making disparaging comments toward me in the presence of my child. Furthermore, the defendant has been ignoring several messages on OurFamilyWizard and refusing to read or acknowledge them, despite being ordered to reply within 24 hours. He intentionally ignores any messages regarding religion, as well. On 6/3/22 I called to say goodnight and the defendant refused to let me speak to her. On 6/19/22 I tried to call to say goodnight to my daughter and the defendant was making fun of me, making disparaging comments, and trying to talk to me during the entire conversation. The defendant refused to return to child to me on 7/4/22 and I was forced to call the police to have them convince him to drop her off to avoid being held in contempt once again. Only after the police asked him to drop her off did he do so.

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-5046828-S |

### Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff ☒ Defendant ☐ Third Party **to attend** a court event on *(date)* 9/8/22 at *(time)* 9:00 Am and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be ☐ a hearing. ☒ a Resolution Plan Date* ☐ a Case Date ☐ Other: _____

This court event will be held ☒ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| New Haven | 3C | 203-503-6800 |
| Court location *(Number, street and town)* | | |
| 235 Church St. New Haven, CT 06510 | | |

OR

☐ remotely (online by video). You are ordered to:
- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so.
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

### Order to Give Notice

The court orders the ☒ Plaintiff ☐ Defendant ☐ Third Party **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the date of the court event.

| Person to be served | Address |
|---|---|
| Matthew Lodice | |
| By the Court (Judge/Assistant clerk) | Date signed |
| Grossman J | 7/20/22 |

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-169(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was received.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora F. | 856 Shagbark Drive, Orange, CT, 06477 | 2032738419 |

## Type of proceeding  (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): **cost of all transcripts being requested and 2 contempt motion service fees**
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below.  (select all that apply)

- [ ] Entry fee (fee to file a new case)
- [ ] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [x] Other (certified copy of judgment, etc.) (Specify): **cost of all transcripts being requested and 2 contempt motion service fees**
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [x] Cost of the transcript for appeal

## Grounds for Appeal  (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)

The grounds on which I propose to appeal are: _____

## Appointment of Counsel  (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** (people supported by you)

Total number of dependents (not including yourself) **2**

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income (before deductions) | $1,200.00 |
| B. Net monthly income (after taxes) from employment | $1,200.00 |
| | + |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): | $0.00 |
| | = |
| **Total Monthly Income (B+C)** | $1,200.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | $2,000.00 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | $300.00 |
| D. Food, not including SNAP (food stamps) | $800.00 |
| E. Clothing | |
| F. Insurance Premiums (medical/dental, auto, life, home) | |
| G. Medical/Dental (costs not covered by insurance) | $50.00 |
| H. Transportation (bus, gasoline, etc.) | $800.00 |
| I. Child Care | $200.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| **Total Monthly Expenses** | $4,150.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate |
| B. Motor Vehicles | $10,000.00 | $17,352.00 | Motor Vehicle -$7,352.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking $200.00 |
| F. Cash | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| **Total Assets** | | | -$7,152.00 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $29,765.00 | $400.00 |
| credit cards | $18,736.00 | $776.00 |
| **Total Liabilities** | $48,501.00 | $1,176.00 |

Judicial District of New Haven
SUPERIOR COURT
FILED

JUL 0 6 2022

CHIEF CLERK'S OFFICE

Page 1 of 3

| Name of case | Docket number (if applicable) |
|---|---|
| Theodora F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

_____
_____
_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) *Theodora F. Antar* | Print name of person signing at left Theodora Antar | Date signed 06/26/2022 |
|---|---|---|
| Subscribed and sworn to before me: | On (Date) 6/26/2022 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

**JAMES A JOHNSON**
**Notary Public**
**Connecticut**
**My Comm. Expires July 31, 2023**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent  ☒ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

1. The following costs are ordered paid by the State
   ☒ Costs of service of process not to exceed: $ _Statutory Max._
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):* _____

2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):* _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is  ☐ Appointed *(Name):* _____

☒ Denied. If denied only in part, specify: _As to transcript and appeal fees, without prejudice._

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Griffin | On (Date) 7/07/22 | Signed (Judge/Fam. Assistant Clerk) | Date signed 7/07/22 |
|---|---|---|---|

JD-FM-75  Rev. 12-21    [Print Form]      Page 2 of 3      [Reset Form]

| Name of case | Docket number *(if applicable)* |
|---|---|
| Theodore F. Antar vs. Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                          Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:
- ☐ 1. The following costs are ordered paid by the State
  - ☐ Costs of service of process not to exceed   $ _____
  - ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
  - ☐ Other *(Specify):* _____
- ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
  - ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|

**REQUEST TO BRING ITEMS
INTO THE COURTHOUSE**

JD-CL-90   Rev. 9-18

P.B. § 1-10

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the Americans with Disabilities Act (ADA), contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

| COURT USE ONLY |
|---|
| **AVREQ** |

**Instructions to the party making the request:**
*Print or type all information requested and file with the **Clerk's Office**. If granted, present signed request to the Marshal at the courthouse entrance on the date(s) of the hearing or trial.*
*Do **not** use this form for requests for an accommodation under the Americans with Disabilities Act (ADA), as the contents of this form are not confidential.  For ADA accommodations, please use the Request For Accommodation By Persons With Disabilities, form number JD-ES-264.*

**Instructions to the Clerk:**
*After the request is reviewed by the judge or magistrate, ensure that the original is coded, if applicable, and placed in the case file. Provide a copy to the party making the request and, if granted, a copy to the Chief Judicial Marshal or his or her designee.*

## Case Information

**Name of case** *(First-named plaintiff v. First-named defendant)*
Antar, Theodora F. vs Lodice, Matthew J

**Docket number**
NNH-FA19-5046828-S

**Address of court** *(No., Street and Town)*
235 Church St, New Haven, CT

**Name of Judge or Magistrate presiding over trial or hearing**
Unknown

**Date(s) of trial or hearing**
9/8/2022

## Request   I am the:

☑ Plaintiff   ☐ Defendant   ☐ Attorney for plaintiff/State   ☐ Attorney for defendant   ☐ Other *(Specify):* _____

**I request permission to bring the following item(s) into the courthouse for the hearing or trial indicated above:**

☑ Audio/visual equipment *(Specify):*   ☐ Large and/or unusual exhibits *(Specify):*   ☐ Other *(Specify):*

laptop, speaker, phone, portable projector screen, projector, remote

**I need to bring the item(s) for this hearing/trial for the following reasons:**

to show video/audio evidence pertaining to my case

**Signed** *(Party making request)*

**Name of attorney or self-represented party** *(Print)*
Theodora Antar

**Address of party making request**
856 Shagbark Dove, Orange, CT, 06477

**Telephone number**
2032738419

**Firm name** *(If applicable)*

**Juris Number of attorney or law firm** *(If applicable)*

**Date of request**
7/25/22

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 7/25/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
Matthew Lodice
28 Lyman St, Apt 2, New Britain, CT

*If necessary attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

**Signed** *(Signature of filer)*

**Print or type name of person signing**
Theodora Antar

**Mailing address** *(Number, street, town, state and zip code)*
856 Shagbark Dove, Orange, CT, 06477

**Date signed**
5/22

**Telephone number**
2032738419

Judicial District of New Haven
SUPERIOR COURT
FILED

AUG 04 2022

CHIEF CLERK'S OFFICE

## Order

The request to bring the item(s) listed above into the courthouse above having been considered, it is hereby ordered:

| Name of Judge/Magistrate *(Print)* | Signature | Date of Order |
|---|---|---|
|  |  |  |

[ Print Form ]                [ Reset Form ]

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- |

## Dispositive (Complete) Withdrawal

*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ]  A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal

**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| --- | --- | --- | --- |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)  [ ]  Plaintiff(s): _____

(WOAAD)  [ ]  Complaint against defendant(s): _____
_____ only without costs

(WOM)  [X]  Motion: **186.00 Motion for Request for Recusal of Judge**
[ ]  Other: _____
_____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **ZINGARO & CRETELLA LLC** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| ***Name & Address of Filer(s):*** ▶ | **DONALD J CRETELLA JR** **681 State Street, New Haven, CT 06511** |
| --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Aug-8-2022**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

| | *For Court Use Only* |
| --- | --- |
| **SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511** | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)* ▶  **417831** | Print or type name of person signing **DONALD J CRETELLA JR** | Date signed **Aug-8-2022** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **681 STATE STREET NEW HAVEN, CT 06511** | | Telephone number **203-777-7755** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By ZINGARO & CRETELLA LLC (419037)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41   Rev. 1-18

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | |
|---|---|---|
| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal

*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)    [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal

**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)    [ ] Plaintiff(s): _____

(WOAAD)    [ ] Complaint against defendant(s): _____
_____ only without costs

(WOM)    [X] Motion: **196.00 Motion for Waiver** _____
    [ ] Other: _____
_____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **ZINGARO & CRETELLA LLC** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| **Name & Address of Filer(s):** ▶ | **DONALD J CRETELLA JR** |
|---|---|
| | **681 State Street, New Haven, CT 06511** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____**Aug-8-2022**_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received and will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to* | For Court Use Only

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **417831** | Print or type name of person signing **DONALD J CRETELLA JR** | Date signed **Aug-8-2022** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **681 STATE STREET, NEW HAVEN, CT 06511** | | Telephone number **203-777-7755** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By ZINGARO & CRETELLA LLC (419037)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**CASEFLOW REQUEST**
JD-FM-292   Rev. 7-22

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.
If you need to request a continuance of a scheduled court date, do not use this form.  Please use form JD-CV-21, Motion for
Continuance, for all continuance requests.*

*Note:*
*If the request is granted, the court will schedule the event for the requested date, if that date is available.
If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
| --- |
| FACFREQ |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)*   Name of Judge who scheduled the event *(if applicable)* | Docket number |
| --- | --- | --- |
| **New Haven** | **08/15/2022 and 09/02/2022** | **NNH FA 19-5046828** - S |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____
☐ Pretrial on or about: *(date)* _____
☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be
scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☒ Other: <u>Mark off the hearing for 08/15/2022 and 09/02/2022</u>

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
| --- | --- | --- |
| | | **Hearing 08/15/22, Hearing 09/02/22** |

**Reason(s) for request** *(must be completed for all requests of any type)*:

The above referenced matter is scheduled for a hearing on 08/15/2022 in regards to Entry#: 196.00 Motion for Waiver and a
hearing on 09/02/2022 in regards to Entry #186.00 Motion for Request for Recusal of Judge. At this time we request both
hearings be marked off as the undersigned has filed a withdraw of motion for both Entry #196.00 and Entry #186.00.

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or
denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I
would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐ Consent          ☐ Do not consent to the action requested above

| Signed *(Person making request)* | Name of attorney and juris number or self-represented party *(Print or type)* |
| --- | --- |
| | **Donald J. Cretella, Esq** |

The person requesting the action is the:

☐ Plaintiff          ☐ Defendant          ☒ Attorney for Plaintiff          ☐ Attorney for Defendant

| Firm name *(if applicable)* | Address | Telephone number *(with area code)* |
| --- | --- | --- |
| **Zingaro & Cretella, LLC** | **681 State Street, New Haven, CT 06511** | **203-777-7755** |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A
sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* | Date |
| --- | --- |
| | **08/08/2022** |

| Print Form | Page 1 of 2 | Reset Form |
| --- | --- | --- |

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH FA 19-5046828      - S |

## Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

JD-FM-292   Rev. 7-22

Print Form                    Page 2 of 2                    Reset Form