```
NNH-FA23-5056534-S              :   SUPERIOR COURT

MARK WACHTER                    :   JUDICIAL DISTRICT
                                    OF NEW HAVEN

v.                              :   AT NEW HAVEN, CONNECTICUT

THEODORA ANTAR                  :   APRIL 24, 2023
```

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JANE K. GROSSMAN, JUDGE

A P P E A R A N C E S :

   Representing the Defendant:

      THEODORA F. ANTAR
      Self-Represented Party

Recorded and Transcribed By:
Alexis Shevchenko
Court Recording Monitor
235 Church Street
New Haven, CT 06510

| | |
|---|---|
| 1 | THE CLERK: Wachter versus Antar. Number two. |
| 2 | THE COURT: Mark Wachter and Theodora Antar. |
| 3 | All right. I have Miss Antar present. Is -- is |
| 4 | Mark Wachter present? |
| 5 | MS. ANTAR: I haven't seen him. |
| 6 | THE CLERK: He didn't check in with me this |
| 7 | morning, your Honor. |
| 8 | THE COURT: All right. Well, even I was late |
| 9 | for work this morning because of the traffic. So |
| 10 | we'll give everybody a few minutes. |
| 11 | Miss Antar, I'll call this case again at 10:30. |
| 12 | If he's here, we'll go forward. If he's not here |
| 13 | then I'll probably dismiss it, okay. |
| 14 | All right. Thank you. We'll pass that. |
| 15 | (Whereupon the intervening proceedings are not |
| 16 | included in transcript.) |
| 17 | THE COURT: Mark Wachter and Theodora Antar. |
| 18 | All right, marshal. Would you just give a shout |
| 19 | out in the hallway for Mark Wachter. |
| 20 | All right. I have Miss Antar here who's the |
| 21 | respondent on this restraining order. I'm just |
| 22 | checking to see if the plaintiff is here and, if not, |
| 23 | the action will be dismissed. |
| 24 | (Whereupon the intervening proceedings are not |
| 25 | included in transcript.) |
| 26 | THE COURT: No? All right. |
| 27 | So on -- returning to the case of Mark Wachter |

```
1        versus Theodora Antar, the respondent [sic] Mark
2        Wachter's not here.  I had the marshal check the
3        hallway.  The case was marked for 9:30.  It's now
4        10:50.  In light of that, the action is dismissed
5        and, Ms. Antar, you're free to go.
6             MS. ANTAR:  Thank you --
7             THE COURT:  All right.
8             MS. ANTAR:  -- your Honor.
9             THE COURT:  Thank you.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

| | | |
|---|---|---|
| NNH-FA23-5056534-S | : | SUPERIOR COURT |
| MARK WACHTER | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| THEODORA ANTAR | : | APRIL 24, 2023 |

## E L E C T R O N I C   C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jane K. Grossman, Judge, on the 24th day of April, 2023.

    Dated this 12th day of June, 2023 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor
07/03/2023

| | | |
|---|---|---|
| NNH-FA23-5056534-S | : | SUPERIOR COURT |
| MARK WACHTER | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| THEODORA ANTAR | : | APRIL 24, 2023 |

C E R T I F I C A T I O N

    I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Jane K. Grossman, Judge, on the 24th day of April, 2023.

    Dated this 3rd day of July, 2023 in New Haven, Connecticut.

_____
Alexis Shevchenko
Court Recording Monitor