| | | |
|---|---|---|
| : NNH-FA21-5049981-S | : | SUPERIOR COURT |
| ANTAR, THEODORA | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| LODICE, MATTHEW | : | MARCH 8, 2021 |

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MAUREEN PRICE-BORELAND, JUDGE

A P P E A R A N C E S:

Representing the Plaintiff:
Pro se appearance

Representing the Defendant:
Pro se appearance

Recorded By:
Kimberly Korwek
Transcribed By:
Jacquelyn Pennacchini
Court Recording Monitor

1                      **(OPEN COURT)**

2          THE COURT:  Good morning.  Antar versus Lodice.

3     After having been duly sworn; was examined and

4     testified as follows:

5          THE CLERK:  If the parties could please raise

6     your right hand.

7          Do you solemnly swear or solemnly and sincerely

8     affirm as the case may be that the evidence you shall

9     give concerning this case shall be the truth, the

10    whole truth and nothing but the truth so help you God

11    or upon penalty of perjury?

12         MS. ANTAR:  Yes.

13         MR. LODICE:  Yes.

14         THE CLERK:  One at a time, please state your

15    name and address for the record.

16         **THEODORA ANTAR, 856 Shagbark Drive, Orange,**

17    **Connecticut 06477.**

18         THE CLERK:  Thank you, ma'am.  Please be seated.

19    Sir?

20         **MATTHEW LODICE, 48 Quarry Hill Road, Waterbury,**

21    **Connecticut 06706.**

22         THE CLERK:  Thank you, sir.  Please be seated.

23         THE COURT:  Good morning.

24         MS. ANTAR:  Morning.

25         THE COURT:  So, the Court granted your

26    application in part even though we were unable to

27    read what was written there, but then just saw a few

1     key words at the bottom that raised enough concern to

2     be able to say, let's take a look and see what's

3     going on, but candidly, I don't know if you've had a

4     chance to look at what was submitted, but this is

5     what it looks like.

6         MS. ANTAR:  Yeah, I did notice that after, I

7     think because it was faxed it might have been a bad

8     fax.  When they sent me the copy, I saw it was like

9     that though.

10        THE COURT:  All right.  So, I'm gonna go through

11    the process, and the process is that I listen to her

12    first and then I turn to you for your side of the

13    story, okay?

14        MR. LODICE:  Okay.

15        THE COURT:  And just as a reminder, the standard

16    for the Court issuing a restraining order is that it

17    needs to find that there was a continuous threat of

18    physical pain, physical injury, stalking or a pattern

19    of threatening.  That's the standard that we use to

20    evaluate what you are presenting to us, okay?

21        All right.  With that said, your relationship is

22    what?

23        MS. ANTAR:  That's my child's father.

24        THE COURT:  Okay.  And how old is the child?

25        MS. ANTAR:  She's 22 months.

26        THE COURT:  And did you two live together?

27        MS. ANTAR:  At one point we did.

1          THE COURT:  Okay.  And -- all right.  So,

2     describe what caused you to put the application in.

3          MS. ANTAR:  So, him and I have been split since

4     last summer, and things have kind of gotten

5     progressively worse since then, and this is my second

6     time filing for a restraining order, because the last

7     time I did was in December of 2020, and they granted

8     it on a temporary basis and then we did a hearing,

9     which I had to do that hearing over the phone, and I

10    didn't have an opportunity to bring any paperwork or

11    anything in prior.

12          He told his side of the story, and they ended up

13    dropping the restraining order.  Since then, he's

14    again begun to do the same thing where he's stalking

15    me, driving by my house, calling me hundreds of times

16    from different numbers, I blocked his number, he

17    called me from fake numbers, leaves voicemails,

18    emails, he was making threats saying that he was

19    gonna have me clipped, saying that he was gonna have

20    me jumped, saying that the girls that live across the

21    street from his mother's house, he would send girls

22    after me, he said that even though he was told to

23    turn in all of his guns when he was placed on

24    probation, he said that he still has guns and that he

25    know that he doesn't have licenses for it, but he

26    says he guns, he says he has friends he'll put after

27    me.  Threatened me multiple times --

1          THE COURT:  So, let's slow down a little bit.

2     So, do you guys have a custody agreement?

3          MS. ANTAR:  Well, we have an order from 2019,

4     which states that we were supposed to work out

5     visitation on a week-by-week basis and it states that

6     primary residency is with me; however, now he has

7     filed motions to modify that, because, you know,

8     since then things have gotten so bad where now he's

9     refusing to see the baby.

10          We had an agreement where I said to him, you

11     know, I'll bring her to you every Thursday evening

12     and I'll pick her back up every Monday morning, so

13     you'll have her every weekend plus Thursday and he

14     agreed to that in emails, he stated multiple times he

15     was gonna agree to that until we go back to Court,

16     and then he was angry not this past weekend, the

17     weekend before, he became very angry because he saw a

18     car in my driveway, and so when I went to go pick up

19     my daughter that Monday he says to me, oh, by the

20     way, I'm not taking her on Thursday, I'm not taking

21     her anymore, and he shows me a picture of the care

22     that was in my driveway, which he, obviously, took

23     the photograph driving by my house, stalking my house

24     again and I have --

25          THE COURT:  Okay.  All right.  So, slow down.

26          MS. ANTAR:  Okay.

27          THE COURT:  Because, you know, it's important

1      that I just be able to guide you through what is

2      important for me to hear, okay?

3          MS. ANTAR:  Yes.

4          THE COURT:  So, all right.  You have the custody

5      issue that you're going -- so, when did you

6      officially break up?

7          MS. ANTAR:  It was Father's Day of last year

8      when we officially broke up.

9          THE COURT:  So, that's June of 2020?

10         MS. ANTAR:  2020.  Yeah.

11         THE COURT:  So, then you came up with your

12     custody agreement and you filed it with this Court?

13         MS. ANTAR:  Well, we had broken up, I took him

14     to Court, we did custody and child support here in

15     this Court and then that was in 2019, then we got

16     back together, we stayed together throughout the

17     pandemic, we quarantined together, and then after

18     that in summer things started to go south.  We split

19     up; he moved out after Father's Day.

20         THE COURT:  Okay.  So, then you indicate on the

21     document, now that I have something that I can read a

22     little bit better, that somewhere around November

23     2019 -- no, this must be your agreement.

24         THE CLERK:  Yes, your Honor.

25         THE COURT: Okay.  I thought what you had was --

26     oh -- do you have a copy of what you really tried to

27     file?

1          MS. ANTAR:  Yes, I do.  Right here.

2          THE COURT:  Okay.

3          MR. LODICE:  Your Honor, can you read that or so

4     I can see it after too, because when I got my copy, I

5     couldn't read a thing on it.

6          THE COURT:  Okay.  So, you basically indicated

7     that you had the police tell him to stay away from

8     your home --

9          MS. ANTAR:  Yes, and they did --

10         THE COURT:  Wait.  Wait.  So, then he left you

11    several harassing emails, texts and voicemails, he

12    also came to your house and drove by on multiple

13    occasion and is threatening you because he's angry

14    and jealous that you have a new boyfriend.

15       He told me he will come to your house and damage

16    your property and cars and threaten to try to fight

17    with your boyfriend out of jealousy.  He called you

18    36 times in 24 hours.  After I blocked his number, he

19    continued to call, repeatedly called, block and

20    called from the fake numbers.  He continues to stalk

21    and harass me and drive by your house and harass you

22    having company over he told you he has guns in his

23    house and said his friends will have you killed or

24    seriously injured and you're fearful for your life

25    and your children, and you feel that he's gone into a

26    narcissistic rage out of anger towards you; does that

27    summarize what was basically here?

1           MS. ANTAR:  Yes.  Yes.

2           THE COURT:  All right.  So, you broke up in

3      June, and then when do you think the harassing kind

4      of behavior started?

5           MS. ANTAR:  Well, after we broke up, you know,

6      we kind of were still, there was a period where we

7      were still kind of somewhat seeing each other here

8      and there, trying to work it out and going back and

9      forth and then, you know, after October, November, he

10     started having a relationship with our daughter's

11     teacher at daycare who was also our babysitter, so

12     that caused a lot of issues, and then after that we

13     just kind of really were on bad terms.  We were

14     barely speaking; we were only communicating through a

15     parenting app, and then it wasn't until he came into

16     my house in the window in the middle of the night

17     when I had --

18          THE COURT:  What date is that?

19          MS. ANTAR:  This was in December.  This was when

20     I filed for the restraining order, January with this

21     Court back in December, and I believe it was around,

22     I want to say it was like a week or two -- when I

23     filed it was around Christmas time and New Years when

24     --

25          THE COURT:  So, you said he entered your house

26     through the window?

27          MS. ANTAR:  Yeah, this was actually, it was like

1    the second week of December.

2         THE COURT:  Yeah.

3         MS. ANTAR:  It was the middle of the night

4    around 3:30 in morning.  I had just installed

5    multiple ring cameras, a floodlight camera and a ring

6    doorbell camera and a security system, because I felt

7    unsafe.  I changed all my locks, because he has made

8    multiple copies of keys to the locks in my home.

9         THE COURT:  Yeah.

10        MS. ANTAR:  There was times when I changed the

11   locks, and he still found a way to get in and showed

12   up drunk in my house.  I then got the cameras, and he

13   says oh, I don't care, you think I will still not

14   find a way to get in.  I'll still get in.  I know how

15   to work around it.  And he showed up, I saw in the

16   camera he came around 3:30 in the morning, he tried

17   ringing the doorbell a hundred times, he tried

18   opening the windows, he went back and forth, back and

19   forth trying to get in, trying to get in --

20        THE COURT:  So, were you in the house --

21        MS. ANTAR:  I was sleeping at this point, so I

22   didn't like to hear anything.  My phone was on

23   silent, so it wasn't giving me the alerts and I was

24   sleeping, then around 4:15 in the morning I hear

25   noise of somebody in my house.  I hear my baby crying

26   and I hear footsteps, and so I'm all nervous like

27   somebody broke in.  I open the door; he's standing

1       there completely intoxicated --

2           THE COURT:  So, okay.  Describe your place to

3       me; is this a house or is it an apartment?

4           MS. ANTAR:  Single family home.

5           THE COURT:  It's a family home, and so when you

6       said you opened the door; is this the bedroom door?

7           MS. ANTAR:  Yes, my bedroom.

8           THE COURT:  And he's already in the house?

9           MS. ANTAR:  He was in my home.  Standing out by

10      my bedroom.

11          THE COURT:  Okay.  So, basically, he got in --

12          MS. ANTAR:  He broke in through a window.

13          THE COURT:  Okay.

14          MS. ANTAR:  And Then, you know, he starts saying

15      oh, you know, please I want to be together and this

16      and that, telling me all these things which he does

17      in this cycle of abuse, which I've gone through with

18      him, and then I went to the police a couple days

19      later and I told them what happened, and he said to

20      the police well, you know, we still have sexual

21      relations and I come there all hours of the night and

22      I come there frequently, all this stuff, even though

23      that wasn't true.  We were only communicating in a

24      parenting app.  We were not on good terms at all, you

25      know --

26          THE COURT:  So, this happened you said in

27      December --

1          MS. ANTAR:  Yes, I have a copy of the police

2      report.

3          THE COURT:  Miss, Miss, just let me finish.

4          MS. ANTAR:  Okay.

5          THE COURT:  You got to listen to me.  December

6      of 2020, right?

7          MS. ANTAR:  Yes.  It was --

8          THE COURT:  Close to Christmastime?

9          MS. ANTAR:  Yeah, it was like December 13th.

10         THE COURT:  Okay.  All right.  So, you went to

11     the police and what did they do?

12         MS. ANTAR:  The police told him not to contact

13     me anymore other than being in the app, the parenting

14     app we were using and told him if he contacted me

15     outside of that he might be arrested.  They also told

16     him do not come to my house anymore.

17         THE COURT:  How do you know they told him this?

18         MS. ANTAR:  They called him.  I was there.  They

19     called him and they told me.  So, he said -- he said

20     to him don't come to my house anymore either or you

21     may be arrested and he also -- the police also

22     advised me to get a civil restraining order, which is

23     when I then filed for it here in this Court, which

24     was granted and then when we had the hearing they

25     dropped it, but this is the police --

26         THE COURT:  Because you weren't here, you were

27     on the phone.

1      MS. ANTAR:  Right.  And this is a copy if you

2    want to the police report.

3      THE COURT:  Okay.  All right.  Let me hear some

4    more of the story and then I'll decide what I'm gonna

5    ask for.  Okay.

6      MS. ANTAR:  Okay.  So, you know, I took

7    screenshots of all of the phone numbers that I --

8    because every time he calls me from a fake number, I

9    save the number, and this way I know not to answer

10   next time.

11     THE COURT:  All right.  So, stop.  So, December

12   this incident happened.

13     MS. ANTAR:  Right.

14     THE COURT:  And then subsequent to that he

15   continued to call you.

16     MS. ANTAR:  So, subsequent to that, you know,

17   when we had that restraining order he was not really

18   contacted me, he was only just staying in the app, he

19   wasn't really bothering me, then after they dropped

20   that restraining order, you know, once January rolled

21   around he started with where, you know, he would

22   leave me voicemails or he was texting, you know, in

23   other manners, saying like, I would call to talk to

24   my daughter and he would start screaming, raging,

25   calling me all these names, like, right in front of

26   my daughter too and you know, just --

27     THE COURT:  So, what was being said on the

1    voicemails?

2         MS. ANTAR:  So, he would say like in the

3    voicemails oh, you know, you're with that F boy, you

4    know, oh things are gonna change now, like stuff like

5    that, and he would also like call me from the

6    voicemails and be like, oh, it's me, can you unblock

7    my number, can you unblock my number, and like trying

8    to call me from fake numbers and just trying to get

9    my attention.

10        THE COURT:  So, even though there were fake

11   numbers, it went through to your phone and then you

12   would hear his voice leaving you a message?

13        MS. ANTAR:  Well, my phone has -- when you got

14   to the voicemail you can see blocked messages; so, if

15   you block somebody you can see, you can read or hear

16   the voicemail afterwards.

17        I also downloaded an app, which unblocks the

18   number; so, it shows you who called from blocked, and

19   it was saying Matthew Lodice.  It showed his number.

20        THE COURT:  So, wait.  So, this app basically

21   allows you to see messages that come in from a number

22   that you have blocked?

23        MS. ANTAR:  it allows you -- it unblocks the

24   blocked call.  So, if the call says no caller I.D.,

25   then it tells you who was actually behind that.

26        THE COURT:  Okay.  All right.

27        MS. ANTAR:  And it was him.

```
1              THE COURT:  All right.  So, then you said at one
2         point he called you 36 times in 24 hours.
3              MS. ANTAR:  Yup, and I took screenshots of the
4         calls, also like what I was saying about the blocked
5         voicemails, you can see like over the course of the
6         months like it's always like Matthew, Matthew fake
7         number, Matthew, Mathew, Matthew like --
8              THE COURT:  Okay.  All right.  So, slow down.
9         So, let's go back to the police report.  You have
10        their what, a police report that basically covers
11        what?
12             MS. ANTAR:  It talks about the incident where he
13        came into my house in the middle of the night and I
14        went to the police, I reported it and, you know, it
15        says like his side of the story, which like I said,
16        he's trying to paint the picture like we were still
17        together, but we weren't.  Our daughter was pulled
18        out of the daycare because of his affair with the
19        teacher and things were very bad.
20             THE COURT:  Okay.  All right.  Okay.  So, stop.
21        So, I'm getting ready to look at the police report,
22        Mr. Lodice, you got a problem with that?
23             MR. LODICE:  You can look at it.
24             THE COURT:  It's okay?
25             MR. LODICE:  Of course.
26             THE COURT:  All right.  Lodice.
27             THE CLERK:  Plaintiff's 1, your Honor.
```

```
1        THE COURT:  Okay.  So, the police report
2    basically indicated that it was 12/16 of 2020, that
3    they met with you reporting an incident occurred on
4    12/13, and that there's a debate between whether you
5    two are having consensual sex or not. But at some
6    point, you told the police officers you didn't want
7    him to be there anymore, and they then in turn
8    advised him that he was not to make contact with you
9    accordingly and that he was required to, in essence,
10   comply with your request to only communicate through
11   the parental app.
12       Okay. All right. So, the next thing you talked
13   about was the frequency of the calls that you had
14   received from him, and you were going to show what?
15       MS. ANTAR:  So, I was just showing here a screen
16   shot of my voicemail. The one on top is the voicemail
17   showing the blocked voicemails that came in. And then
18   the other ones are screenshots of the missed calls.
19       THE COURT:  Is there a particular date?
20       MS. ANTAR:  I'm sorry.
21       THE COURT:  Is it a particular date?
22       MS. ANTAR:  The dates are shown.
23       THE COURT:  So, it was over what period of time?
24       MS. ANTAR:  So, it's showing from February 10th
25   until the Saturday, which was not this Saturday, the
26   last Saturday.
27       THE COURT:  Okay. And then how about that date
```

1          that you talk about getting calls?

2              MS. ANTAR:  That's what I'm showing here where

3          it says Friday, Friday, Saturday, Saturday, Sunday,

4          that's the weekend it's showing is --

5              THE COURT:  And what date is that?

6              MS. ANTAR:  It would have been this past

7          Saturday was the 6th, so it was the Friday and

8          Saturday before that, which would have been the 27th.

9              THE COURT:  Okay. And how do I know that it's

10         his number and your number?

11             MS. ANTAR:  I can show you. I actually took

12         screenshots of all of the -- what the numbers are and

13         then what it's in their as, as well.

14             THE COURT:  What the numbers are meaning what?

15             MS. ANTAR:  Like, where it says Matthew work,

16         another fake Matt number. I took a screenshot of the

17         number and what it's listed as in the phone. I also

18         have the phone, as well, if you want to see that.

19             THE COURT:  Okay. So, this is a number that you

20         frequently had -- before you unblocked it. This is a

21         number that you frequently had communicated with him

22         on, and you know it to be his number, correct?

23             MR. ANTAR:  It's a number that I had gotten

24         calls or texts from in the past, and then when I call

25         back or text it back, I realized it was him, and then

26         I blocked that number and saved it in the phone as

27         one of his fake numbers, which he has several which

1    this is all them. So, then when my phone showed me

2    like you know, no caller ID., No caller ID. Those

3    were all showing that it was Matthew's real number

4    calling and sometimes the fake numbers calling. And

5    he has two phones, so he was calling from both his

6    phones, block numbers and fake numbers.

7        THE COURT:  These numbers frequently just

8    repeated themselves.

9        MR. ANTAR:  Yeah, but he could make unlimited

10   new ones. So, every time he would make a new one, I

11   would just save it again, which is what I took

12   pictures of them here so you could see each and every

13   one that I've saved just to show how many there are.

14       THE COURT:  Okay.  All right. So, you're

15   offering that as evidence to the Court?

16       MS. ANTAR:  Yeah, as well as this showing all

17   the missed calls like that night where you called 21

18   times in a row, 3,4,5,6. It's all from him.

19       THE COURT:  Okay.  All right, so again, the

20   Court is seeking to take that into evidence. Do you

21   have an objection?

22       MR. LODICE:  No.  That's fine.

23       THE COURT:  Okay.

24       MS. ANTAR:  And also, I have emails as well of

25   him, you know, when I was trying to e-mail him about

26   --

27       THE COURT:  So, listen, I know you have a lot to

1    say, but you've got to slow down.

2         MS. ANTAR:  Okay.

3         THE COURT:  In other words, for me to be able to

4    absorb this information, it's important that I take

5    it in sequence, and I take it in a way that I can be

6    able to sort it out and ask you questions, so I can

7    get full clarity. And I know that it's, you know, but

8    you got to slow down just a minute. So, let me deal

9    with what you just passed me so I can look at that,

10   and then I'll turn to you again, Okay?

11        MS. ANTAR:  Okay.

12        THE CLERK:  Your Honor, what appears to be the

13   blocked call log is going to be Plaintiff's 2; what

14   is titled Matt fake number 2, is Plaintiff's 3.

15        THE COURT:  Okay.  So, you know on here it would

16   say Friday, but it doesn't really say the date.

17        MS. ANTAR:  Right. Like I said, when I took it,

18   it was so soon after it happened that it didn't say

19   the date yet, but it was that Friday, which was not

20   March 5th, but the Friday prior, which was I have

21   here Friday, February 26th was the date.

22        THE COURT:  Okay.

23        MS. ANTAR:  Because he also emailed as well.

24        THE COURT:  So, how do you label these as fake

25   numbers in your phone?

26        MS. ANTAR:  I just save it as a contact.

27        THE COURT:  Okay.

1        MS. ANTAR:  So that next time around when I get

2    a call from that number I know not to answer.

3        THE COURT:  And part of why you know it's him

4    that's calling you is that he leaves you a message

5    that you then recognize his voice.

6        MS. ANTAR:  Yeah, or answer the phone, because I

7    also answer the phones for work, and they get

8    forwarded. So, I usually answer every single number.

9        THE COURT:  Yeah.

10       MS. ANTAR:  And he knows that. So, he'll call me

11   from a fake number, I'll answer, and then he'll start

12   talking and then I know it's him and I'll hang up.

13       THE COURT:  And then you label it as a fake

14   number.

15       MS. ANTAR:  Label it, yes.

16       THE COURT:  Okay.  Okay.  All right. What else

17   did you want to share with me?

18       MS. ANTAR:  I just wanted to also share so, you

19   know, like after the other restraining order was

20   dropped and everything, I was telling him, you know,

21   because the police said, you know, without a

22   restraining order, even though we tell him don't talk

23   to him outside of the app, you know, if you call him

24   then he won't be in trouble, you know, if you

25   initiate contact with him again. So, I was saying to

26   him well, I would like it if we could, you know, call

27   each other to speak to our daughter, to do a FaceTime

```
 1        call with the baby and stuff. So, we started opening
 2        up lines of communication again, because of me saying
 3        I want to do Facetimes when she's with me and you and
 4        vice versa.
 5             So, things were okay for a little bit. We were
 6        kind of following a pattern with dropping her off and
 7        picking her up. And I said to him a couple times,
 8        okay, you know, I know that they said, you know, not
 9        to come to my house, but can you just drop her off to
10        my house? I'll come outside and grab her. He did that
11        a couple times. Things were okay.
12             THE COURT:  So, round about what time frame is
13        this?
14             MS. ANTAR:  This is probably like in mid-
15        January.
16             THE COURT:  Okay.
17             MS. ANTAR:  And so then after that, things
18        started to again, you know, once the lines of
19        communication were back opened up, he was going back
20        to texting me, insulting mean things, calling me a
21        lot, you know, bothering me. Like if I wasn't
22        answering, he would start saying, oh, like, on
23        Valentine's Day he was calling me a bunch of times
24        saying, Oh yeah, you're out with some guy, you're on
25        a date, this and that, like just that kind of stuff.
26        And so, I just --
27             THE COURT:  All right.  So, stop.  So, then you
```

1    then indicated that he has driven by your house, and

2    then there was this incident that you talked about

3    the gun and when did that happen?

4         MS. ANTAR:  So, he said he's been talking about

5    that for years now. And like the other day when I

6    went to go drop off the baby to him, he's like, oh, I

7    hope your car blows up and he's like, I'll have

8    somebody go to your house and key your car.

9         THE COURT:  And when is this?

10        MS. ANTAR:  This was like probably a couple

11   weeks, a few weeks ago. But --

12        THE COURT:  Before you filed, right? So, tell me

13   about the gun incident.

14        MS. ANTAR:  So, he has said on several occasions

15   that he had guns that he said that he had without a

16   permit, he said that he had them in his home and that

17   he said he was told when he was on probation, he had

18   to turn all his weapons in, but that he still kept

19   some. And he said he also has friends that he would

20   have clip me, he said.

21        THE COURT:  How recent was that?

22        MS. ANTAR:  I'm sorry?

23        THE COURT:  How recent was that when he said

24   that?

25        MS. ANTAR:  Like a few weeks ago. And he said it

26   several times to intimidate me over the years. But

27   what I wanted to say about also is I had to call the

1    police again in the end of January, because he

2    started saying, well, I'm coming to your house now to

3    drop off the baby. And, you know, I was like, I don't

4    want you at my house. I don't feel comfortable with

5    you coming to my house, you know, please don't. And

6    he says, oh, I don't care, I'm gonna show up at your

7    house with a police escort. So, I called the police

8    again and I said listen --

9          THE COURT:  Okay.  What date was that?

10         MS. ANTAR:  This was like. The last weekend of

11   January, I think it was like January 25th or

12   something like that.

13         THE COURT:  Okay.

14         MS. ANTAR:  Give or take. And so, I said to

15   them, I already told you guys before, I wanted him

16   not to come to my house, and, you know, he dropped

17   her off twice since then. But now I really don't feel

18   comfortable with it anymore.  Can you please just

19   call him and tell him I don't want him coming to my

20   house, we can meet somewhere else to get the baby

21   like the police station or somewhere else.

22         So, the police called them again. They told him

23   that, which made him even more angry after that, and

24   which is why I'm saying he wants to be able to come

25   there anytime he wants and show up there. And you

26   know, it's all about control with him.

27         THE COURT:  Okay.  Okay.  All right.

1    MS. ANTAR:  Since then, it's been like that.

2    THE COURT:  Okay.  All right.  So, anything

3    else?

4    MS. ANTAR:  Yeah, so I, you know, like on the

5    Friday, February 26th, I was out with a couple of

6    friends, and I began getting all of those calls from

7    blocked. Then he emails me saying I heard that. I'm

8    glad you're happy. You know, then March 1st, he says

9    to me you know you spent the weekend with him. You

10   know --

11   THE COURT:  These are through texts?

12   MS. ANTAR:  These Our emails.

13   THE COURT:  Emails.

14   MS. ANTAR:  And then he says like, you know,

15   you're gross, you're a slut. I'm never touching you

16   again. And then he goes, you don't think I know who

17   drives that smashed up black Lexus. You did this.

18   THE COURT:  Okay.

19   MS. ANTAR:  And so, then when I went to go --

20   THE COURT:  Slow down.

21   MS. ANTAR:  Okay.

22   THE COURT:  You just gave me a mouthful there.

23   So, are you seeking to have that entered as evidence?

24   MS. ANTAR:  Yes.

25   THE COURT:  Okay, so that's a series of emails.

26   And tell me the dates on those emails.

27   MS. ANTAR:  Starting from Friday, February 26th,

1    and then the last one is on Monday, March 1st. And I

2    just only showing the ones where he was saying things

3    referencing that he was driving by and saw people and

4    cars in my driveway, and I underlined the statements

5    that I read here.

6         THE COURT:  Okay.  All right.  Did you want to

7    see these or --

8         MR. LODICE:  No, I have the emails.

9         THE COURT:  Okay.  So, you are okay with the

10   Court taking them?

11        MR. LODICE:  Well, can I --I would like to see

12   them, because a lot of times is what she'll do is

13   she'll show only parts of the e-mail so you're not

14   getting the whole story, so like it will be taken out

15   of context. She'll show you like one quote, not

16   showing you the other quote.

17        THE COURT:  Okay.  So, you can look at them.

18        MS. ANTAR:  Like I said, I underlined the parts

19   that were relevant because a lot of it was going back

20   and forth about the visitation with the daughter,

21   which has nothing to do with this.

22        THE COURT:  All right.  So, stop right now,

23   Okay?

24        MR. LODICE:  Like this one, it just says, all it

25   says is LMAO I heard that. Glad you're happy, but

26   what is that in regards to?

27        MS. ANTAR:  That was after he called me 500

1      times from blocked when I was out with friends, and

2      he claims he heard something.

3            MR. LODICE:  You can have this. I'll speak my

4      part when it's my turn.

5            THE CLERK:  Plaintiff's 3.

6            THE COURT:  She said Plaintiff's 3, I think.

7      That's what you said, Bel?

8            THE CLERK:  Yes, your Honor.

9      Actually, the monitor here is right, your honor. It

10     should be 4.

11           THE COURT:  Oh, is that what you were telling

12     her, it should be four?  Okay, here you go. You can

13     change it.

14           So, you two have kind of gone back with a little

15     bit of a yin and yang with your relationship, and if

16     you were to probably characterize for me at what

17     point you're thinking to yourself, this is absolutely

18     over, and this behavior is no longer acceptable and

19     what aspect of it really puts you at a fear and

20     concern for your safety summarize that for me.

21           MS. ANTAR:  I think when I realized the level of

22     emotional abuse he was putting me through after going

23     to therapy for months and working through this and

24     seeing that, you know, his behavior is scary.

25     Sometimes I thought, oh, you know, he's jealous of

26     this, he's jealous of that, you know, but it's

27     frightening when somebody breaks into your house and

1    the police say they can't do anything. It's
2    frightening when somebody tells you I'm not scared of
3    the cops, I'm not scared of your cameras. It's
4    frightening when somebody is telling me that they
5    have weapons and people they are gonna send against
6    me and that they have connections with powerful
7    people and making those kind of subtle threats. And
8    the fact that he also then gets so angry goes into
9    this rage that he takes it out by telling me, well,
10   now I'm not seeing the baby anymore. Now I'm not
11   paying you child support anymore. You did this, like
12   only referencing that there was a car in my driveway
13   where he tells me I want nothing to do with you.
14   Calls me every name in the book, but then he tells
15   me, oh, I love you. I'll do anything to take you
16   back. Please be with me, and it's just back and forth
17   where I have. I fell into it. I took him back. Every
18   time, and every time he'd get worse, the emotional
19   abuse was just taking such a big toll on me. And
20   honestly, I said to family relations in the hallway,
21   I said, I'm asking for them to simply keep their
22   restraining order in effect for a longer period of
23   time so this behavior stops, and also to limit the
24   communication to being only through emails only
25   regarding our daughter, which there shouldn't be any
26   other communication other than that at this point. I
27   also said I wanted him not to come to my home and

1    he's saying he won't agree to that, which if he has

2    no problem with me moving on and only wants to talk

3    about the child, he should have no problem agreeing

4    to that, where there's no reason to come to my home,

5    there's no reason to harass me and stalk me and

6    follow me and contact me outside of e-mail.

7         THE COURT:  Okay.  I got it.  And so, the last

8    visitation was--

9         MS. ANTAR:  I picked her up last Monday, and

10   prior to that I emailed him saying, you know, are you

11   going to get her on Thursday? He said yes, our

12   schedule is going to be Thursday to Monday moving

13   forward; as soon as he put her in my arms, he goes,

14   oh, by the way, I'm not taking her on Thursday. And

15   shows me a photo of the guy's car on my driveway

16   saying oh, what were you guys doing playing checkers?

17   And then he walks away, and I said, so you're not

18   gonna take the baby? And he just walked away. Then he

19   emailed me saying, oh sorry, I'm not taking her or

20   paying you child support until we handle it in Court.

21   I said, you know, this could take months. I wasn't

22   even served yet. We don't even have a court date.

23   You're not planning to pay or see her until then,

24   even though you're already court ordered to do so?

25   And he says, oh, we'll handle this in court, we'll

26   handle this in court.

27         THE COURT:  All right.  Okay.  All right.  So,

1    I'm going to turn to him now, Okay?

2         MS. ANTAR:  Okay.

3         THE COURT:  And you can't. You gotta -- unless I

4    ask you something, Okay.

5         MS. ANTAR:  Okay.

6         THE COURT:  All right.  Okay.

7         MR. LODICE:  Morning, your Honor. A lot to go

8    over and touch base on.

9         THE COURT:  Good morning.

10        MR. LODICE:  First, I want to start off and

11   touch base on when she's talking about the first time

12   she filed the restraining order and called the cops.

13   She actually invited me in and that's why the cops

14   didn't arrest me. She left the back door open for me,

15   which she regularly does, because we were seeing each

16   other all the time then at that time, and then I

17   stayed over, we had sex. She didn't call the cops

18   till three days later, because after that, that was

19   on a Sunday and then on that Monday I told her like

20   we can't see each other anymore, because she was

21   getting the wrong idea. I was more seeing it as,

22   excuse my language, as us like sleeping with each

23   other, while she was more seeing it from an emotional

24   standpoint. So, I wanted to cut it off. And then from

25   me cutting it off, and I have a copy of our e-mail

26   from that Tuesday, the day before she called the cops

27   that say that I broke into her house, showing that

1    she's purposely going to try to get me in trouble

2    with the cops because she's mad at me. And this is

3    what I showed the Judge last time, and this is why

4    the Judge was realizing that it was not accurate what

5    she was saying.

6         THE COURT:  So, does it state that?

7         MR. LODICE:  It does.

8         THE COURT:  And that is what?

9         MR. LODICE:  This is -- what do you mean?

10        THE COURT:  You gotta set it up for me.

11        MR. LODICE:  It's a copy of a text message. It's

12   a screenshot and it has her number in it.

13        THE COURT:  And what's the date on it?

14        MR. LODICE:  The dates are Tuesday, December

15   15th to yes, all that Tuesday, December 15th.

16        THE COURT:  And this is a couple days after the

17   incident on December the 13th?

18        MR. LODICE:  Yup.  This is two days after the

19   incident on a Sunday, because it was Saturday night

20   into Sunday that I stayed over there.

21        THE COURT:  Okay. And you're telling me that

22   it's gonna show me what?

23        MR. LODICE:  It's going to show you that it's

24   her asking me to come plough her driveway that day

25   and I said no, I can't. And then she's like, I'm just

26   so annoyed, blah, blah, blah, that you're messing

27   with somebody else, blah, blah, blah. And then it's

1    like, oh why because you're back with your whore,

2    blah, blah, blah. And then she says --

3         THE COURT:  And this is December 15th?

4         MR. LODICE:  Yeah.  And then all of a sudden

5    then she switches to do you think you're hot shit

6    because you do some nasty P word yesterday and you

7    want to treat me like dirt --

8         THE COURT:  Okay.

9         MR. LODICE: You promised me on Sunday you would

10   do this all for me and do my driveway.

11        THE COURT:  All right.  So, stop.  So, are you

12   entering it into evidence?

13        MR. LODICE:  Yes, please.

14        THE COURT:  All right.  So, let me have them.

15        MR. LODICE:  She does this every time that she

16   gets mad at me. She tries to retaliate using  --

17   weaponizing the police and then the courts. This has

18   happened multiple times.

19        THE CLERK:  Excuse me.  Your honor, is this

20   going to be a full exhibit?

21        THE COURT:  Yes.

22        THE CLERK:  Okay, it's going to be Defendants A.

23        THE COURT:  All right.  So, I'm going to take it

24   as evidence. Do you have an issue with the Court

25   looking at it?

26        MS. ANTAR:  Well, I do have an issue because

27   he's not -- he has a habit of either photoshopping

1      things or only showing partial, which is why I said

2      we wanted to do e-mail communication only, because

3      he'll only show bits and pieces and delete certain

4      responses, and everything he's saying is absolutely

5      false. I never invited him over. He came in through a

6      window.

7           THE COURT:  Do you want to look at it before I

8      look at it?

9           MS. ANTAR:  Yeah, I do.

10          MR. LODICE:  I want to reminder that she is

11     under --

12          MS. ANTAR:  Where is the text of me inviting you

13     over?

14          MR. LODICE:  She is under oath and the last time

15     we talked to the judge she did admit that those were

16     her messages.

17          THE COURT:  Okay.  And there's a record of that?

18          MR. LODICE:  There is a record of that on file.

19          MS. ANTAR:  That's not true at all. That's not

20     true. I never invited him over, which is why there is

21     no message of me inviting him over.

22          THE COURT:  Are those messages dated?

23          MR. LODICE:  Yes.

24          MS. ANTAR:  See, you can clearly see that these

25     ones are manipulated.

26          MR. LODICE:  They are not.

27          THE COURT:  What can you see that they're

1    manipulated?

2         MS. ANTAR:  I mean you can see like at the

3    bottom it looks like even little more screenshots.

4    Are all over it. You can't even see what was said

5    here.

6         THE COURT:  So, let me ask you something, as you

7    read them, they don't reflect what you said?

8         MS. ANTAR:  Yeah, I mean, this was our

9    conversation. I'm just saying, I don't know if he

10   deleted some of the things I said or what, because

11   this is from three months ago and like I said, this

12   was prior to --

13        THE COURT:  But you're looking at it. So, if you

14   said something contrary or responded in a way that

15   was not consistent with what's there, what are you

16   telling me?

17        MS. ANTAR:  I just. -- I don't like how you

18   can't see What he said here, you know, he posts what

19   I said, but then he covers up what his response was.

20        MR. LODICE:  If you look at the next page you

21   should be able to.

22        MS. ANTAR:  No, it doesn't show that. You said

23   no, not helping because, and then there was nothing

24   and then you just skipped to the next one where you

25   can't see your response. So, if you're going to show

26   something as evidence, it should be the whole

27   complete Context.

```
1              THE COURT:  Wait.  Wait. Wait.  So, my curiosity
2         is primarily what you said in this instance. So, are
3         you saying that what was on there is not things that
4         you said?
5              MS. ANTAR:  No, I'm saying that that's what I
6         was saying, but I'm saying he's trying to make it
7         look like it's a certain way when it's not.
8              THE COURT:  Okay, so I want you to look at it.
9         So, if there's if you have a counter argument to it,
10        you need to let me know what that is, but if what
11        you've said is what you've said, then it's there.
12             MS. ANTAR:  So, these are on two different days.
13        This one says December 15, 2020, and then the
14        conversation here ends at 7:56 a.m. This one's on
15        another day that's not dated, which says at the top
16        7:44 a.m. So, he tried to put two different
17        conversations together. This one is referencing where
18        he says I said to him on Sunday, you said you don't
19        want to sleep with anyone but me. You said I'm the
20        only one you want to sleep with. And you promised me
21        this over and over. I told you that's BS and you're
22        not going to, and he says -- I said, so what is the
23        deal? You told me you weren't going to sleep with
24        anyone else but me, he said. I haven't; so, that's
25        him saying -- not saying -- not telling me he doesn't
26        want to be with me, not telling me any of that.
27             Then this is a separate conversation which
```

1    starts here where he cut off the beginning part,

2    which I'm not sure what the beginning part was, but

3    here he's saying -- I need his help, because I was

4    asking him to help me with installing something with

5    a toy for the baby, as well as, the driveway because

6    we had a huge snowstorm and he was doing a ploughing

7    business. And he said to me don't worry, I'll plough

8    your driveway for you. I'll take care of it. I'll

9    take care of you. Of course, you're my child's

10   mother. So, I'm asking him, like, you know, when can

11   you come? He says, Oh, an hour. Like this is all

12   going about that. And then--

13        MR. LODICE:  This is after I allegedly broke in.

14   But he's inviting me over still.

15        MS. ANTAR:  He came in through a window. I asked

16   him to then come help me. We have a child together,

17   he said. If it's a snowstorm and my child's father

18   has a plough company, I don't think it's

19   inappropriate for me to ask him to plough the

20   driveway if he said he was going to do it for free.

21        MR. LODICE:  Or come over and help build toys

22   inside the house.

23        THE COURT:  Here's what's confusing right? And

24   I'm not knocking you for it. As you said, you have a

25   kid together and maybe there's some back and forth.

26   What's really relevant though for me though, is that

27   you said that he broke into your house on the 13th.

1          MS. ANTAR:  Yes.

2          THE COURT:  And do you stand by that as a break

3     in, or did you to agree to meet up and have

4     consensual sex?

5          MS. ANTAR:  No.  On the night of the 13th, I

6     went out with a friend of mine. We went, you know, we

7     went to Buffalo Wild Wings. We had dinner. Then I

8     dropped her off. I went home. I had my daughter that

9     weekend.

10         THE COURT:  So, did you have sex on the night of

11    the 13th?

12         MS. ANTAR:  The next day we did, because he kept

13    begging and begging and begging.

14         THE COURT:  So, he stayed in your house when he

15    came in on the 13th.

16         MS. ANTAR:  When he came in on the 13th, the

17    only reason I let him stay was because it was 4

18    o'clock in the morning. I was completely exhausted

19    because my daughter, who I had all weekend, was

20    giving me a hard time about sleeping and she wanted

21    me to sleep next to her. So, every time I tried to

22    leave the room, she would wake up and cry. So, I got

23    like a couple hours of sleep broken up. I was finally

24    able to go into my bedroom to try and lay down. It

25    was like 2 in the morning by the time I finally got

26    her to sleep. Then I get woken up at 4 in the morning

27    two hours later with the baby screaming again and

1    it's him there. And he's all drunk. So, I was like,

2    what are you doing here? How did you get in this and

3    that and I was like, you know what go and handle her

4    like, you know, you did this. You woke her up. You're

5    interrupting my sleep like just go take care of the

6    baby. And I just went back in my room and locked the

7    door.

8         Then in the morning when I woke up around 8-9,

9    he was still there and he kept saying oh come on,

10   like trying to beg me to sleep with him and

11   everything. And I kept telling him like I have to

12   leave, I have things to do today, I said I have to go

13   see my godmother and he said, well, I'll come have

14   lunch with you guys too. We can spend the day

15   together, you know. Da, da, da, da, da. Just trying

16   to beg me to spend time with him. And then I told him

17   like, no, you know, and I didn't want like him to get

18   angry. So, you know, after I finally convinced him to

19   leave, then I had him blocked. And then he started

20   messaging me again and saying, oh, I'm blocked again,

21   I'm blocked again. And that made him even more angry.

22   And then, like I said, you know, you can see here

23   again, I haven't been with anybody else? I told you I

24   haven't. Don't keep asking me. And then here I'm

25   saying to him, okay, you know, you told me the other

26   day you're gonna do this favor for me. Can you still

27   do it? You know, and he says--

1        THE COURT:  So, you can see how it brings me to

2    a little bit of confusion in that you guys are having

3    this little yin and yang where it's like a pull tug

4    including almost like, you know, at that late phase,

5    now you're discussing whether he's sleeping with

6    somebody else or not. This is after the whole

7    incident.

8        MS. ANTAR:  Well, like I said, this is all from

9    December. This was before then. Since then, we've had

10   the police tell him again to stay away from my house.

11   He's introducing this to try to say doubt and the

12   fact that I invited him over. I never invited him

13   over. I never ever did. I told you, he came in

14   through a window and you could see on the ring

15   camera, if I invited him over, why did he knock on

16   the door, and I recorded it all on the ring. I showed

17   the officer.  Why did he have to continuously bang on

18   the door, continuously ring the doorbell for over an

19   hour. If I invited him there and he came in through a

20   back door, why did he spend 45 minutes in the front

21   of the house doing that? And, you know, what I mean

22   like he was clearly trying to get in through windows,

23   trying to get in. He got in through one window in the

24   back, which I left unlocked.

25       THE COURT:  All right.  Okay.  So, stop.  So,

26   listen, I am going to look at that, Okay?

27       MS. ANTAR:  Okay.

```
1          THE COURT:  So, pass it up to the clerk, please.
2          MS. ANTAR:  Okay.
3          THE COURT:  All right.
4          THE CLERK:  Your honor, she handed in additional
5     papers.
6          MS. ANTAR:  Well, no.  I ripped off the first one
7     because he tried to play it off like it was one
8     conversation, when it was two separate conversations.
9          MR. LODICE:  It was one conversation.
10          MS. ANTAR:  The second one is not dated.  Then
11     why does it go from 7:55 to 7:44?
12          The times are shown there, you can clearly see
13     it's not the same conversation.
14          THE COURT:  All right.  So, Continue.
15          MR. LODICE:  Okay, I don't have any guns, she
16     always says this.  I have guns.  I don't have any
17     firearms at all.  So that's just --
18          THE COURT:  Did you have firearms at one point?
19          MR. LODICE:  Yeah, years ago.  And I haven't in
20     the last 10 years.
21          THE COURT:  Did you turn them in when you went
22     on probation?
23          MR. LODICE:  Yeah.  I lost my guns in 2013,
24     2012.
25          THE COURT:  And you turn them into probation
26     back then?
27          MR. LODICE:  I turned them into the Bristol
```

1          Police when I was living in Bristol.

2                THE COURT:  Okay.

3                MR. LODICE:  And I've never gotten them back.

4                THE COURT:  And so, do you continue to be on

5          probation at this time?

6                MR. LODICE:  No.

7                THE COURT:  Okay. And so, were you able to get

8          your guns back?

9                MR. LODICE:  No, I was too late. And they were

10         destroyed. So, after like --

11               THE COURT:  Let me finish.  You have a record

12         that would preclude you from holding guns?

13               MR. LODICE:  No.  I'm not sure to be honest with

14         you.

15               THE COURT:  Okay.

16               MR. LODICE:  I have not applied for a gun or

17         anything since then. I know the ones that I did have

18         got destroyed, because I was on a five-year

19         protective order back then.  So, they -- after like a

20         year the Police Department doesn't hold them.  They

21         will destroy them after a year.

22               THE COURT:  Okay.

23               MR. LODICE:  So, they've been since destroyed. I

24         never applied for new ones or got new ones or

25         anything like that.

26               THE COURT:  All right. So, continue.

27               MR. LODICE:  I never drove by her house. I have

1    not driven by her house at all; since I got that call
2    because I was -- So, she was supposed to take our
3    daughter that day and she was like, I'm not taking
4    her. I was like, well, then I'm just going to bring
5    her to the house and drop her off. She's like, you
6    can't come to my house and drop her off. I'm like I'm
7    gonna drop her off. I was like, I'll call the police
8    and have the police meet me there, I'll get a police
9    escort this way there won't be any trouble and you
10   can take our daughter and she's like, no. And that's
11   when I got the call from the cops saying I had to
12   stay away from her house, and then she never took our
13   daughter that weekend.

14        All this that's happening this week was so she
15   was supposed to come pick up our daughter from me on
16   Monday. This is last Monday and last Monday she was
17   calling, saying, oh, I can't come get her, I'm not
18   gonna come get her.  First, she said. Oh, I can't
19   come get her because, John, which was our mutual boss
20   said you never sent him a copy of your COVID report
21   so I can't come get her which I messaged John asked
22   him. He said no, I never said that. And then she
23   changed it to I'm only going to come get her if you
24   promise not to go to court. If you're going to court,
25   no, I'm not getting her. If you're not gonna go to
26   court, then I'll come get her. And I have this in the
27   e-mail. This conversation, and then she said I need

1        to see that your friend is negative, because she kept

2        telling me I had someone sleep over my house that

3        night.

4                THE COURT:  And when is that dated?

5                MR. LODICE:  This is all dated from -- this is

6        Monday, March 1st. I think it's all March 1st that

7        day. Yeah, this is all Monday, March 1st.

8                THE COURT:  So, I just want to draw a

9        distinction. You guys are going to need to sort out

10       the custody issues.

11               MR. LODICE:  Yeah, so I filed --

12               THE COURT:  Let me finish. What is up with both

13       of you? I'm just sitting here.

14               MR. LODICE:  I'm very sorry.

15               THE COURT:  So, the custody issue is something

16       you need to work out as it relates to the Court

17       separately. The issue before me is trying to

18       establish if at this point, based on behaviors, it

19       has put her in a concern based on the facts provided

20       that she feels threatened or feels like there has

21       been some level of stalking. So, I hear you on that

22       issue, but only as it relates to what you're trying

23       to show me as to whether you went to her house

24       uninvited or not. That's the context in which I want

25       to know of. Do you understand?

26               MR. LODICE:  I do.

27               THE COURT:  Okay.  So go ahead.

1          MR. LODICE:  So, I get what you're saying, but

2     what I'm trying to explain is that all of this is in

3     retaliation. Whenever I don't do something that she's

4     wanting this is what she does. She'll call the cops;

5     she'll try to file a restraining order. And this is

6     what's happening this week.

7          So, when she came to pick up our daughter this

8     week, I told her don't come to my house. I don't want

9     you in my house, just the same way she doesn't want

10    me and hers. I don't want you in mind, because every

11    time she comes, she yells, she makes a scene.

12         THE COURT:  When did you tell her that?

13         MR. LODICE:  I told her that Monday before when

14    she said I'm coming to your house. I said don't come

15    to my house and she says I'm coming anyway, and then-

16    -

17         THE COURT:  So, how did you communicate that, by

18    phone?

19         MR. LODICE:  Via e-mail. It's all in the e-mail.

20         THE COURT:  You have the e-mail that shows that?

21         MR. LODICE:  I have a copy of the e-mail.  Yup.

22         THE COURT:  Okay.

23         MR. LODICE:  And then --

24         THE COURT:  And this was this past Monday?

25         MR. LODICE:  This was This past Monday. And

26    then, even though I called the cops, she still showed

27    up at my house. I parked up the road so she wouldn't

1    be in front of my house, and she drove by me. Waved

2    as she drove by me, went in front of my house, said,

3    I'm in front of your house, I'm here for 5 minutes,

4    if you don't come drop off our daughter, I'm just

5    gonna leave.

6         THE COURT:  And this was?

7         MR. LODICE:  This was all that Monday.

8         THE COURT:  Tell me the date.

9         MR. LODICE:  Monday, the 1st, March 1st.

10        THE COURT:  Okay.  All right.

11        MR. LODICE:  And then I went to the house,

12   dropped her off --

13        THE COURT:  So, at that point, isn't the

14   restraining order in effect?

15        MR. LODICE:  No, because she didn't file for the

16   restraining order until after I called the cops about

17   her not coming to my house. So, the cops called her

18   told her that she's not allowed to come to my house

19   anymore, if she does, she'll be arrested for

20   harassment. And that's when later that day, now, she

21   goes to the courthouse to file a restraining order

22   against me, trying to get me in trouble. This happens

23   to me all the time.

24        MS. ANTAR:  That's false.

25        THE COURT:  All right.  So, you're providing the

26   emails you said?

27        MR. LODICE:  I'm providing the emails from us on

1  that day.  And then even all this week, like after

2  she filed the restraining order, she's still

3  messaging me like, are you taking the baby? What's

4  going on? Like are you doing this? Just confirming

5  that blah, blah, blah, like she just keeps harassing

6  me just the same.

7      She's also harassed seven of my different

8  friends. Five of them already agreed that they would

9  come and testify on my behalf that she has been

10  harassing them. She has sent my mother pornographic

11  pictures of us. Me with other people, she has sent

12  this to my friends, and she has sent this to girls

13  who are female friends. Just two weeks ago, no, four

14  weeks ago, I went roller skating with two female

15  friends of mine, and she saw it on my social media,

16  because she stalks my social media under a different

17  name, she ends up messaging that friend, telling her,

18  oh, I'm still sleeping with Matt. He was just with me

19  the other day and I can't get copies of all this. And

20  those people will come in.

21          THE COURT:  How old are you guys?

22          MR. LODICE:  How old am I?

23          THE COURT:  Yes.

24          MR. LODICE:  I'm 37.

25          MS. ANTAR:  I'm 29, but I think it's -- I would

26  like to respond.

27          THE COURT:  No, it's not your turn.

```
1            MS. ANTAR:  Okay, but am I going to get an

2        opportunity to respond?

3            THE COURT:  No, I spent quite a lot of time with

4        you. It's not your term right now.

5            MS. ANTAR:  Okay.

6            THE COURT:  I'll come back to you, but it's not

7        your turn.

8            MS. ANTAR:  Okay.

9            MR. LODICE:  I had her blocked on everything, so

10       she can't see me on social media. She can't -- what

11       ya ma call and a lot of times she will be like, well,

12       if you unblock me then I'll do this, or if you

13       unblock me, I'll do this. So, right now I made it

14       where --

15           THE COURT:  So, let's stop. Let me see these

16       emails. Okay, so those emails are dated what time

17       period?

18           MR. LODICE:  This is all March 1st.

19           THE COURT:  Okay.

20           MS. ANTAR:  I would like to say I also have my

21       folder with a stack of this many emails from the week

22       before through March 1st and the days after, but as I

23       was going through it I realized that 90% of them were

24       talking about visitation with the child, which is why

25       I didn't include it, because like I said, it's

26       completely irrelevant; however, the reason why, like

27       I said, our court order states every week we are
```

1    supposed to arrange visitation on a week by week

2    basis. In the emails I asked him several times, I

3    said, I would just like to confirm if I'm picking her

4    up Monday, are you going to take her back Thursday?

5    I'd just like to confirm, and he's said yes.

6        THE COURT:  All right.  So, stop.  Let me read

7    the emails.

8        MS. ANTAR:  Okay.

9        THE CLERK:  Your honor, for the record, those

10   are Defendants B.

11       THE COURT:  So, this seemed primarily around

12   back and forth as your daughter. So, whether you're

13   taking your daughter or not, dropping off forms to

14   the doctor, issues with COVID test. And it's where

15   you get jealous of a girlfriend of mine that you

16   create in your head that doesn't exist. Meanwhile,

17   you spend the weekend with him, like, stop, let me go

18   and move on. Let you go. Pretty sure I wanted to be

19   civil and friends. Is that not what you want? I'm

20   outside your house. I'm not meeting on Daring Lane,

21   so you can have me jumped.

22       MR. LODICE:  At that time, she was not outside

23   my house. I have cameras there. She wasn't there yet.

24       THE COURT:  Why would I have you jumped? What

25   are you, 15? You're Angelina's mom. I just want you

26   to be a good mom and pick her up when you're supposed

27   to. Conversation keeps going in a circle, are you

```
1      coming to pick her up, yes or no. Unless the police

2      say I'm allowed there, I have every right. I'm not

3      allowed there. I'm outside of Karen's house. Who is

4      Karen?

5          MR. LODICE:  That's my mother.  I live at my

6      mother's house.

7          THE COURT:  So, this is you to her. I'm not

8      doing what we agreed, except you're not here. Just so

9      I have this clear, you're extorting me to the point

10     that I'm planning on taking you to court. You're

11     going to refuse to take your daughter.

12         Do you guys realize that this 20-year-old (sic)

13     is not a ping pong ball? And that her interest and

14     what you do as parents is really important so you

15     can't get all tied up in each other's dynamic and

16     have this child be treated in a way that is not

17     healthy and in her best interest.

18         MR. LODICE:  I agree.

19         MS. ANTAR:  Your honor, can I say something

20     about that, please?

21         THE COURT:  Let me just finish this.

22     It's almost like you guys don't let anything pass.

23     It's like just at each other constantly, even in

24     terms of your communication and you gotta stop and

25     take a breath because it's ramping up into a behavior

26     that appears almost a little bit manic on both your

27     parts.
```

1      MR. LODICE:  And that's why I filed for the

2  modification, because I want it to be --

3      MS. ANTAR:  Why is he allowed to talk? And I'm

4  waiting patiently to say something regarding the

5  child?

6      THE COURT:  Because I'm telling you, I've been

7  listening to you for quite some time and it's not

8  that I won't hear you, so don't draw that line with

9  me. I have listened to you for quite some time.

10     MS. ANTAR:  He doesn't even ask permission to

11  say something.

12     MR. LODICE:  But it's still my --

13     THE COURT:  And it's kind of like the dynamic.

14  You gotta grow up. This is just, you know, come on.

15     MS. ANTAR:  If I can just explain myself,

16  everything would make sense. But he's just feeding

17  lies and manipulation.

18     THE COURT:  But you know what, I have sat here

19  and listened to you, not because the story or part of

20  it doesn't fully go your way then it becomes that

21  it's not, because I'm reading the stuff.  I'm reading

22  some of the things that you've said here.

23     MS. ANTAR:  And I have the rest of the emails

24  that he's not showing you.

25     MR. LODICE:  We were using a parenting app that

26  we both agreed to use, but then she got mad at me

27  last time and deleted the parenting app, so I

```
 1          couldn't use it, which is why I had --
 2               MS. ANTAR:  He said he was --
 3               THE COURT:  So, let me finish with him.
 4               MS. ANTAR:  Okay.
 5               THE COURT:  Because I spent a long time with
 6          you.
 7               MR. LODICE:  Because I wanted to do it where we
 8          just strictly used --
 9               MS. ANTAR:  This isn't even about visitation.
10               THE COURT:  Stop.
11               MR. LODICE:  I wanted to do it where we strictly
12          use a parenting app and it's court monitored.  So,
13          that's one of the things when I filed for the
14          modification last week, that's going to be on there
15          that this way all this can be avoided, and the Court
16          can see all communications.
17               THE COURT:  So, are you currently employed?
18               MR. LODICE:  I just lost my job this week,
19          because she emailed the boss that same, next day
20          after all this happened, she emailed the bosses wife
21          pretending to me using a fake number saying hey, I
22          want to go on a date with you, bla, bla, bla, this is
23          Matt Lodice, and then I lost my job this week because
24          of that.
25               THE COURT:  You've got to be kidding me.
26               MR. LODICE:  I'm not.
27               MS. ANTAR:  You really believe that?  Please let
```

1       me know when it's my turn to talk.

2           THE COURT:  Okay.  So, what proof do you have of

3       that?

4           MR. LODICE:  I don't.  My boss got a random text

5       the same day that all this went down saying that I

6       want to go on a date with you.  Like would I text my

7       bosses  --

8           THE COURT:  So, did your -- was it shown to you

9       where that came from?

10          MR. LODICE:  Yeah, it was a fake number, one of

11      those dummy numbers that she uses to call me all the

12      time with.  It's constant --

13          THE COURT:  Where did you work?

14          MR. LODICE:  We worked a Casanova Remodeling.

15      She was the office manager; I was one of the sales

16      guys.

17          THE COURT:  This is what?

18          MR. LODICE:  A remodeling company, home

19      improvements.  Roofing, siding, windows, that kind of

20      stuff.

21          THE COURT:  Okay.  All right.  What else do you

22      have to share with me before I go to her?

23          MR. LODICE:  She says that I say all these

24      things, but she just told me last like she hopes I

25      die, my children dies, my mother dies, and I have all

26      this I can get printouts for from our parenting app,

27      because I archived everything.

1          She also said that like the daughter got pulled

2     out of daycare, because the teacher and I.  That's

3     not what happened.  The daughter got taken out of

4     daycare is because when she found out about this, she

5     went there and made a scene and was yelling and

6     swearing at them.

7          MS. ANTAR:  That's not true at all.  That's not

8     true.  They gave me an opportunity to have a meeting

9     and I said no, I don't want her going there anymore.

10         THE COURT:  Stop.  Stop, Stop.  Stop.  So,

11    listen --

12         MR. LODICE:  I just want us to get along.

13         THE COURT:  -- is this relationship over?

14         MR. LODICE:  This relationship is over.

15         THE COURT:  Okay.  And in your mind when was it

16    over?

17         MR. LODICE:  When was it over?  I mean, I guess

18    February last year, last month, maybe January.

19         MR. ANTAR:  Last month, but you were dating the

20    teacher in December, that makes sense.  Go ahead and

21    -- good liars got to have a good memory.

22         MR. LODICE:  We split, but I still kind of hoped

23    that maybe one day we could rekindle but --

24         MS. ANTAR:  That's a lie.

25         THE COURT:  Okay.

26         MR. LODICE:  Obviously --

27         THE COURT:  Your daughter is 22 months old?

1          MR. LODICE:  Yes.

2          THE COURT:  Okay.  And so, you currently live at

3     your mom's house?

4          MR. LODICE:  I do.

5          THE COURT:  And you two have a court order as it

6     relates to your child.

7          MR. LODICE:  We do, but our court order is very

8     vague as far as visitation.  It says parents will

9     figure out visitation at their discretion.

10          THE COURT:  All right.  So, in a modification,

11     one of the things you can do is get more specificity

12     on the ultimate order so that its prescribed what

13     time, etcetera, etcetera.

14          As it relates to the issue of child support,

15     you're continuing to pay it?

16          MR. LODICE:  I have paid it.  This is the first

17     week I have yet to give it to her, because I don't

18     have a job and I don't have any money right now.

19          I plan on paying it.  I'm gonna try to pay

20     before the end of this week, but it's the first week

21     -- I've been paying it up until our order yesterday,

22     up until yesterday.

23          THE COURT:  All right.  Anything else?

24          MR. LODICE:  I mean everything that -- I can get

25     -- like I can get printouts of all our

26     communications, because when we were using the app

27     and the emails, there's just constant ups and downs,

1    every time that she gets upset with me, it's

2    retaliation and I just -- all I want to do is just be

3    able to get along for our daughter like I said, and

4    if we have to just only communicate from email, I'm

5    fine with that.

6         THE COURT:  Which app were you using?

7         MR. LODICE:  We parent, right?  Is that what it

8    was called?

9         THE COURT:  Was it court ordered?

10        MR. LODICE:  It wasn't yet.  We were just doing

11   it because we just, obviously, are like this when we

12   are trying to talk any other way, so I thought if we

13   were doing it through the app at least there would be

14   less hostilities, because it could be seen.

15        THE COURT:  And so, then what happened with the

16   app?

17        MR. LODICE:  The problem was the app was in her

18   name, so she set it up, so that when you she got mad

19   at me, she was able to just delete me from it and

20   then I couldn't see it anymore.  And that's what

21   happened two weeks ago, and that's why I've been

22   making her email me and not call me.

23        THE COURT:  Okay.  All right.

24        MS. ANTAR:  Okay.  I would jut like to say that

25   Matthew has an extensive history of domestic abuse,

26   domestic violence, he's had several restraining

27   orders and protective orders on him in the past with

1    his ex-wife.  He's been to jail.  He has an extensive

2    record.  He has a history of lying, a history of

3    being manipulative.

4         As far as what you were saying before about our

5    daughter, we had sat down with our boss and this was

6    back in October, we sat down for a few hours for a

7    few days in a row where he was acting as the mediator

8    and he said to us, like he was gonna fire him back

9    then, and he said if we can come up with some kind of

10   schedule and everything, we'll type it out, we'll

11   sign it, we did that --

12        THE COURT:  Why was he going to fire him?

13        MS. ANTAR:  Because there was a lot of trouble

14   that was happening at work, because of everything

15   that was going on, where he was refusing to take the

16   baby and my boss was getting in the middle of it, so

17   he said to us, like, you know, if we can just kind of

18   work something out where you guys sit down, talk it

19   out, make an agreement, because like I said, you

20   know, the court order it says we're supposed to work

21   it out week by week.

22        So, we typed up an agreement where it said like,

23   you know, give me the right of first refusal --

24        THE COURT:  And your boss takes that role?

25        MS. ANTAR:  The boss just kind of brought us

26   together, and then he left and let us meet together;

27   so, we had made an agreement, which was saying it was

1   going to be a rotating schedule.  We were going by

2   that for a while, but then after the baby, which,

3   like I said, he was having an affair with the teacher

4   who was 19 years old at the school.  He was -- the

5   teacher was also taking my child out of the school

6   without the school's knowledge, which is -- goes

7   against their policies.

8        So, we had in our agreement that we signed which

9   stated that he would give me the right of first

10  refusal if it was his time with her and he couldn't

11  take her.  I then found out from the school that the

12  teacher said that Matt privately texted her and said

13  take my daughter home.  The teacher didn't tell the

14  school, she didn't tell anybody.  She just took my --

15       THE COURT:  So, like separate the child custody

16  issue --

17       MS. ANTAR:  Well, yeah, so like I said, so he's

18  saying that I got -- I flipped out.  That's not true.

19  The school then said to me we're very sorry.  We know

20  that everything was wrong.  We can have a meeting

21  with you if you want to discuss how we're gonna

22  handle things in the future, I said, no, I said I

23  don't want to meet with you guys.  You guys has

24  severe neglect for my daughter here by letting this

25  happen, so they said fine, if you don't want to meet

26  with us, we're going to dismiss her.  So, I said

27  fine, I don't want her going here anyways.

```
 1              MR. LODICE:  She then filed harassment --
 2              MS. ANTAR:  Like I said, after that at that
 3         point which was then I had the restraining order
 4         hearing with him where it didn't go through.
 5              He has a history of, you know, domestic violence
 6         and everything like that.  So, in the end of January,
 7         you know, that's when he tried coming to my house and
 8         he said I'm gonna show up with a police escort, he
 9         also called DCF, and he said that he wanted to try to
10         take custody away and everything like that --
11              THE COURT:  Okay.  All right.
12              MS. ANTAR:  -- so since then he did not see my
13         daughter for four weeks straight.
14              THE COURT:  Okay.  Stop.
15              MS. ANTAR:  He didn't see or talk to her for 4
16         weeks.
17              THE COURT:  Stop, stop, stop, stop.
18         All right.  I've made my decision.  I'm going to
19         dismiss the matter; I'm not going to extend this
20         restraining order.
21              I am going to tell both of you that you have a
22         court order as it relates to your child support and
23         your custody arrangement.  You guys need to follow
24         that, because that's the Court order.
25              If you're seeking a modification, only until the
26         modification occurs can you make any different -- a
27         different decision.
```

1          If, however, as it relates to the visitation it

2      poses an issue that ultimately raises a concern,

3      because you two operate in such a way that you can't

4      get along and whether you're concerned for your

5      wellbeing or not because of the dynamic of your

6      relationship, that's a separate thing.

7          Visitation is not -- it's really something you

8      do out of the best interest of your child.  If you

9      can't come to an agreement until you have your court

10     date on that; as it relates to the child support, you

11     have an obligation to continue to pay that and that's

12     required, but based on the evidence that have been

13     provided to me at this point, I don't find it

14     credible that there is a preponderance of the

15     evidence that there is a continuous threat of

16     physical pain, physical injury, stalking or a pattern

17     of threatening.

18         Remedially, I will say to you this though, you

19     realize that you guys have a very tense relationship,

20     and your communication matters, your presence and

21     where you are matters, what you say whether it's

22     through text or through emails matters from both of

23     you and you need to act accordingly.  Do not go to

24     her house at all, understood?

25         MR. LODICE:  Okay.

26         THE COURT:  And do not use any communication

27     that would be deemed to be threatening towards her,

1      understand?

2             MR. LODICE:  Yes.

3             THE COURT:  Okay.  And if what you have in

4      common is a 22-month-old who you're going to have in

5      common until she's 18, and she needs direction from

6      both of you and love and caring that's going to make

7      her the best young lady that she can be and that's

8      what your focus needs to be.

9             So, the relationship is over, yes?

10            MS. ANTAR:  I just -- I don't want to become

11     another statistic.  And if he says the relationship

12     is over, why are you opposed to putting in where he

13     can't stalk, harass, assault, follow me?  It showed -

14     - like if you see the full emails, you would have

15     seen where -- I said I would like to confirm until we

16     go to Court, you're insisting you want to take me to

17     court --

18            THE COURT:  If for some reason additional facts

19     come up at another point --

20            MS. ANTAR:  Like what, I become a statistic or

21     something.  Nobody takes this seriously.  They are

22     just going to listen to him.  Why can't we ban him

23     from stalking me like he did.  He said, I see the

24     Lexus in your driveway.  I see this -- showing me the

25     pictures after he said that he said I'm not taking

26     the baby anymore, I'm not paying you child support

27     anymore all because he saw a car in my driveway.

1          A week before that he was sending me money on

2     Venmo saying here's for you, make you smile and he's

3     begging me to come sleep over his house, and because

4     I turned him down, then he sees another car in my

5     driveway.  The only reason he saw that car was

6     because he drove by multiple times, and all I want

7     him to do is to not be able to stalk me anymore,

8     where if he had a restraining order then it would

9     have been an arrest and then he wouldn't do it.  He's

10    trying so hard to get it dropped, because he wants to

11    be able to just come there and hurt me and I don't

12    feel safe. I don't want to be a statistic and it's --

13    I just feel, I disagree with this, and I feel like --

14    I have another daughter who lives at my house too.

15    He's come to my house so many times unannounced.

16         I understand if you don't want to make it no

17    contact where -- that's why I asked for limited

18    contact where it's limited to email only about the

19    child.  I don't want him emailing me, sending me

20    pictures of him and the babysitter, sending me --

21    telling me all these names and harassing me.

22         THE COURT:  I just described that to him, okay?

23    And in the event --

24         MS. ANTAR:  But he's still allowed to stalk me.

25         THE COURT:  Stop.  In the event that changes,

26    you can come and apply to the Court again, but based

27    on --

1          MS. ANTAR:  This is my second time.

2          THE COURT:  Stop.  Based on the back and forth

3     that we've experienced here today, the Court finds

4     within it several instances in which I'm thinking

5     that there are things that you're saying and doing

6     that creates a little bit of culpability on your part

7     too, in terms of what's being stated in these texts

8     and these emails.

9          MR. ANTAR:  Like what?

10         THE COURT:  So, I've made my decision as it

11    relates to that.  If, however, at a later date it

12    raises to a concern for you, you're always welcome to

13    refile.

14         MS. ANTAR:  Yup.  Hopefully, we'll put on the

15    record that I said I don't want to be another

16    statistic.  I don't feel safe, so that when that does

17    happen, then maybe you guys could feel accountable.

18         THE COURT:  All right.  She's going to leave the

19    courthouse first and then you'll go.  Okay?

20         MR. LODICE:  Okay.

21              **(THE MATTER WAS CONCLUDED.)**

22

23

24

25

26

27

```
NO: NNH-FA21-5049981-S          :  SUPERIOR COURT

ANTAR, THEODORA                 :  JUDICIAL DISTRICT OF
                                   NEW HAVEN

v.                              :  AT NEW HAVEN, CONNECTICUT

LODICE, MATTHEW                 :  MARCH 8, 2021
```

C E R T I F I C A T I O N

      I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, New Haven, Connecticut, before the Honorable Maureen Price-Boreland, Judge, on the 8th day of March, 2021.

      Dated this 2nd day of June, 2023 in New Haven, Connecticut.

 

_____
Jacquelyn Pennacchini
Court Recording Monitor