```
NO: NNH-FA22-5052807-S          :  SUPERIOR COURT

ANTAR, THEODORA                 :  JUDICIAL DISTRICT OF
                                   NEW HAVEN

v.                              :  AT NEW HAVEN, CONNECTICUT

LODICE, MATTHEW                 :  FEBRUARY 28, 2022
```

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JANE GROSSMAN, JUDGE

A P P E A R A N C E S:

   Representing the Plaintiff:
   Non-appearing

   Representing the Defendant:
   Pro-se appearance

Recorded By:
Sheila Demetro
Transcribed By:
Jacquelyn Pennacchini
Court Recording Monitor

```
 1              THE COURT:  The next ready matter I have is
 2       Theodora Antar and Matthew Lodice.
 3              I don't see return of service on this --  Oh, I
 4       see.  Sir, are you Matthew Lodice?
 5              MR. LODICE:  I am.
 6              THE COURT:  Haven you seen Theodora Antar today?
 7              MR. LODICE:  I have not.
 8              THE COURT:  All right.  Well, this is a
 9       restraining order application filed by her.  It was
10       not served, and she is not here.  So, the matter is
11       dismissed, and you are free to go.
12              Thank you.
13              MR. LODICE:  Thank you, your Honor.
14              **(The matter was concluded.)**
```

| | | |
|---|---|---|
| NO: NNH-FA22-5052807-S | : | SUPERIOR COURT |
| ANTAR, THEODORA | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| LODICE, MATTHEW | : | FEBRUARY 28, 2022 |

C E R T I F I C A T I O N

    I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, New Haven, Connecticut, before the Honorable Jane Grossman, Judge, on the 28th day of February 2022.

    Dated this 5th day of June 2023 in New Haven, Connecticut.

_____
Jacquelyn Pennacchini
Court Recording Monitor

```
NO: NNH-FA22-5052807-S        :    SUPERIOR COURT

ANTAR, THEODORA               :    JUDICIAL DISTRICT OF
                                   NEW HAVEN

v.                            :    AT NEW HAVEN, CONNECTICUT

LODICE, MATTHEW               :    FEBRUARY 28, 2022
```

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, New Haven, Connecticut, before the Honorable Jane Grossman, Judge, on the 28th day of February 2022.

    Dated this 5th day of June 2023 in New Haven, Connecticut.

*[signature]*
Jacquelyn Pennacchini
Court Recording Monitor