| | |
|---|---|
| DOCKET NO: NNHFA195046828S | ORDER  435701<br>SUPERIOR COURT |
| ANTAR, THEODORA, F<br>   V.<br>LODICE, MATTHEW, J | JUDICIAL DISTRICT OF NEW HAVEN<br>   AT NEW HAVEN<br><br>8/3/2023 |

<u>ORDER</u>

ORDER REGARDING:
06/16/2023 304.00 MOTION TO TRANSFER

The foregoing, having been considered by the Court, is hereby:

ORDER: WITHDRAWN

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.