| REQUEST FOR LEAVE | | STATE OF CONNECTICUT |
|---|---|---|
| JD-FM-202 Rev. 8-07 | | SUPERIOR COURT |
| P.B. Sec. 25-26 | Instructions | www.jud.ct.gov |

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2. | 1. Send notice to all appearing parties of the court's order regarding this request. |
| 2. Have this form served with the attached motion for modification on the opposing party and return it to the court. | 2. Provide a copy to the other party and return this form to the court. | 2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |
| 3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | | |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, CT, 06510 | NNH-FA-504-6828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the  [X] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the (Check all that apply):

   [X] Final order for custody that is dated:  05/31/2023

   [X] Final order for visitation that is dated: 05/31/2023

   FOR COURT USE ONLY

   *REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 06/05/2023 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶ 

Subscribed and sworn to before me on:  Date  6/5/23   Signed (Notary, Commissioner of Superior Court, Assistant Clerk)  *Michelle Caldera*

MICHELLE DENISE CALF[...]
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice (Check either A or B below)

[X] **A - Certification** (Check and complete if responding party has an appearance on file.)

| I certify that I mailed or delivered a copy of this request to: | Name | Date mailed/delivered |
|---|---|---|
| | Matthew J. Lodice | 06/05/2023 |

| Address (Number, street, town or city, state and zip code) * |
|---|
| 23 Lyman st, #2, New Britain, Ct, 06053 |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 06/05/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ] **B - Instruction to proper officer** (Check and complete if responding party does not have an appearance on file.)

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

Page 1 of 2

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number |
|---|---|---|
| | | NNH-FA-504-6828-S |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

_____
_____
_____
_____
_____

| By the Court | Date of Order |
|---|---|

| | | |
|---|---|---|
| DOCKET NO.: NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| MATTHEW LODICE | : | June 15, 2023 |

## Motion for change of venue

    The Plaintiff represents that the New Haven Superior Court lacks subject matter jurisdiction over the parties of this case. The Plaintiff is a resident within the Ansonia-Milford JD and the Defendant is a resident within the Waterbury JD.

    Furthermore, The matters involved in the action have been given such wide publicity in this area in a manner so derogatory to the Plaintiff and so prejudicial to her interests, that a fair trial by an impartial and unprejudiced Court cannot be had in this court.  Wherefore the Plaintiff moves that the action be transferred to the Superior Court for the judicial district of Ansonia-Milford     at 13 West River St, Milford, CT, 06460     or to the Superior Court for the judicial district of Waterbury at 300 Grand St, Waterbury, CT.

THE PLAINTIFF,

By: _____

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

1

BY THE COURT,

_____
JUDGE / CLERK

CERTIFICATION

This is to certify that on or about the above date 6/15/23 , a copy of the foregoing was delivered to:

Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT

_____
Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

2