**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**To Preparer**

1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion for modification on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

**To Responding Party**

1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

**To Clerk**

1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St. New Haven CT | NNH-FA1950683 |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora | Codice, Matthew |

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff ☐ Defendant  in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply)*:

   ☐ Final order for custody that is dated: _____

   ☐ Final order for visitation that is dated: _____

**FOR COURT USE ONLY**
*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 6/9/23 |
| Address (Number, street, town or city, state and zip code) | | Telephone number (Area code first) |
| 86 Shagnani Dr Oxville, CT | | 2032738419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶

| Subscribed and sworn to before me on: | Date | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) |
|---|---|---|
| | 6/9/2023 | Michelle Caldron |

MICHELLE DENISE CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice (Check either A or B below)

☑ **A - Certification** (Check and complete if responding party has an appearance on file.)

| I certify that I mailed or delivered a copy of this request to: | Name | Date mailed/delivered |
|---|---|---|
| | Matthew Codice | 6/9/23 |
| Address (Number, street, town or city, state and zip code) | | |
| 48 Quarry Hill Rd Waterbury, CT 06706 | | |
| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
| | Theodora Antar | 6/9/23 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** (Check and complete if responding party does not have an appearance on file.)

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address | |
|---|---|---|
| | | |
| Signed (Assistant Clerk, Commissioner of the Superior Court) | | Date signed |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

Print Form

Reset Form

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number |
|---|---|---|

## Section IV — Objection And Appearance By Responding Party

☐ **I hereby object to the filing of the attached motion for modification for the following reason(s):**

FOR COURT USE ONLY

*O B J E C T*

☐ **Enter the appearance of:**

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed  *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby Ordered that:

---------------------------------------------------------

---------------------------------------------------------

---------------------------------------------------------

---------------------------------------------------------

---------------------------------------------------------

| By the Court | Date of Order |
|---|---|

**VERIFIED PETITION FOR VISITATION -**
**GRANDPARENTS & THIRD PARTIES**
JD-FM-221   Rev. 12-21
C.G.S. §§ 46b-56, 46b-59; P.A. 21-15; P.B. §§ 25-4, 25-5

| COURT USE ONLY |
| --- |
| PETVIS |
|  |



STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions:**
*Attach Order to Show Cause and Notice to the Respondent (JD-FM-162), and Affidavit Concerning Children (JD-FM-164).*
*If you are a parent of the child or children, use the Custody/Visitation Application - Parent (JD-FM-161).*

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*.

| Docket number |
| --- |
| **NNH-FA-19-5046828S** |

| Judicial District of | At *(Town)* |
| --- | --- |
| **New Haven** | **New Haven** |
| Petitioner's name *(Last, first, middle initial)* | Respondent's name *(Last, first, middle initial)* |
| **Antonellis, Diamanto** | **Lodice, Matthew, J.** |
| Additional respondent's name *(If applicable)* | |

1. I am the child(ren)'s:  [x] Grandparent   [ ] Other: *(Specify)* _____

2. The respondent(s) is/are the:  [x] Parent   [ ] Grandparent   [ ] Other: _____

3. I want visitation rights with the child(ren) listed below:

| Child's name *(First, middle, last)* | Date of birth | Name(s) of parent(s) or guardian(s) *(First, middle initial, last)* |
| --- | --- | --- |
| Angelina Maria Lodice | 05/21/2019 | Matthew J. Lodice |
| | | |
| | | |
| | | |
| | | |
| | | |

*(Attach additional sheets if necessary)*

4. Connecticut has the authority to decide this case and should decide this case because: *(Select all that apply)*

   a. [x] Connecticut is the home state of the child(ren) at the time of the filing of this case.

   b. [x] The child(ren) has or have lived in Connecticut for the past 6 months, or from birth if the child(ren) is or are younger than 6 months old.

   c. [ ] The child(ren) lived in Connecticut for at least 6 months but was or were taken from Connecticut less than 6 months ago by a person claiming custody, and a parent or guardian continues to live here.

   d. [x] The child(ren) and at least 1 parent have a significant connection to Connecticut and there is substantial evidence in Connecticut concerning the child(ren)'s present or future care, protection, training and personal relationships.

   e. [x] The child(ren) is or are in Connecticut now and has or have been abandoned or there is an emergency affecting the child(ren)'s well-being.

   f. [x] No other state has an interest in hearing this case and it is in the best interest of the child(ren) for a Connecticut court to hear the case.

JD-FM-221  Rev. 12-21  *(Page 1 of 2)*                          *(Continued on Page 2)*

**Important Note:**
**Your answers to questions 5 and 6 will determine whether you are eligible to make your request for visitation.**
**If you need more space, add additional sheets.**

5. [x] I have a relationship with the child(ren) that is parent-like. *(Explain **in detail** how your relationship is parent-like):*

I am Angelina's grandmother and godmother. I have been in her life and taken care of her and helped raise her for four years. I have helped babysit her for years, have helped by providing her with a religious life and teachings, and have prepared meals for her, take her out for shopping and outings, help with bathing, take her to doctor's appointments, and have done everything required to take care of her needs as a parent would do. We have an extremely strong bond and she is very attached to me. I love her very much.

6. [x] Denial of visitation will cause real and significant harm to the child(ren).
*(Explain **in detail** what harm would be caused to the child(ren) by a denial of visitation):*

Angelina has special needs and has a diagnosis of adjustment disorder. She has been unable to see me due to her father denying visitation. In the past month, I have only been allowed to see her for a total of one hour. Angelina has been begging to see me and spend time with me and her father is denying her that right. He is isolating Angelina from me and my family and Angelina has been asking for us every day. Her father refuses to facilitate any visits and has offered only one hour to me in the last month, despite the child begging for more time. Her therapist has stated that this will continue to cause harm if she continues to be separated from our family and me.

## Claim for Relief

The Petitioner asks the Court for:

[x] Visitation as follows:

Visitation with the child during the week Monday-Friday while father works.

Upon motion, the court may order the payment of fees for another party, the attorney for the minor child, the guardian ad litem, or any expert by any party in accordance with such party's financial ability.

| Signature of Petitioner *Diamanto Antonellis* | Print name of person signing at left **Diamanto Antonellis** | Date signed **06/16/2023** |
|---|---|---|
| Address **21 Burma Rd, Woodbridge, CT, 06525** | | Telephone *(Area code first)* **2036101001** |

## Verification

I declare under penalty of perjury that this Petition for Visitation is true and correct.

| Signed *(Petitioner)* | Subscribed and sworn to before me: | Signed *(Clerk, Notary, Commissioner of Superior Court)* | Date signed |
|---|---|---|---|
| JD-FM-221   Rev. 12-21   *(Page 2 of 2)* | | | |

**ORDER TO SHOW CAUSE AND
NOTICE TO THE RESPONDENT**
JD-FM-162   Rev. 10-21
C.G.S. §§ 46b-59, 46b-61
P.B. §§ 25-3, 25-4

**This form is available
in other language(s).**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. *Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
2. *Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).*
3. *Submit both completed forms along with an Appearance, form JD-CL-12 that includes a current, valid e-mail address, and the proper fee to the Court Clerk's Office.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Address of court *(Number, street, city)* | | |
|---|---|---|
| **235 Church st, New Haven, CT** | | |

| Applicant's or Petitioner's name *(Last, first, middle initial)* | Address *(Number, street, town, zip code)* |
|---|---|
| **Antonellis, Diamanto** | **21 Burma Rd, Woodbridge, CT, 06525** |

| Applicant's or Petitioner's E-mail address |
|---|
| **antonellisd5@gmail.com** |

| Respondent's name *(Last, first, middle initial)* | Address *(Number, street, town, zip code)* |
|---|---|
| **Lodice, Matthew, J.** | **48 Quarry Hill Rd, Waterbury, CT** |

## Order to Show Cause and Notice to the Respondent  *(Read this carefully!)*

The attached Application or Petition asks for custody of or visitation with a child or children.

In order to decide whether to grant the Application or Petition, the Court orders you to participate in a **Resolution Plan Date** on the date and at the time and location listed below. At the Resolution Plan Date, you will talk to Family Services about this case and explain why the Court should not grant the relief that the Applicant or Petitioner has requested. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. A Judge will then hold a hearing to consider any agreement that Family Services helps you reach with the Applicant or Petitioner in this case or will issue scheduling or other appropriate orders.

| Date of Resolution Plan Date | Time of Resolution Plan Date | Address of court *(Number, street, city)* | |
|---|---|---|---|
| Signed *(Assistant Clerk)* | | | Date signed |

## Order for Applicant/Petitioner to Give Notice

The Court also orders the Applicant/Petitioner to **give notice to the Respondent of the Application/Petition and of the date and time of the Resolution Plan Date** by having a true and attested copy of the Application/Petition and any attachments, the Notice of Automatic Orders, and this Order to Show Cause served on the Respondent by any proper officer at least **12 days** before the date of the Resolution Plan Date. Proof of service must be made to this court at least **6 days** before the date of the Resolution Plan Date.

## TO ANY PROPER OFFICER:

**By Authority of the State of Connecticut**, you must serve a true and attested copy of this Order to Show Cause, the Application or Petition, and the Notice of Automatic Court Orders on the respondent at least **12 days** before the scheduled hearing date listed above and file proof of service with this Court at least **6 days** before the scheduled Resolution Plan Date.

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Show Cause

☐ personally with the respondent.

☐ at the current home of the respondent at (Number, street, town or city):

_____

The original Application or Petition and Notice of Automatic Court Orders are attached.

| | Fees |
|---|---|
| | Copy |
| | Endorsement |
| | Service |
| Signed *(State Marshal, proper officer)* | Title of signer | Travel |
| County | Date of service | Total |

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
|---|

| Court Use Only |
|---|
| **AFFACUS** |

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
*www.jud.ct.gov*

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of **New Haven** | At *(Town)* **New Haven** | Probate District name and number | Docket number **NNH-FA-19-5046828-S** |
|---|---|---|---|

| Plaintiff/Applicant's name *(Last, first, middle initial)* **Antonellis, Diamanto** | Defendant/Respondent's name *(Last, first, middle initial)* **Lodice, Matthew, J.** |
|---|---|

You must provide information about the past five years for each child affected by this case. Provide the information below. If you need more space, use form JD-FM-164A.

**Child's name** *(First, middle, last)*
**Angelina Maria Lodice**

**Date of birth** *(Month, day, year)*
**05/21/2019**

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From **06/05/2023** *(date)* To **The present** | 48 Quarry Hill Rd, Waterbury, CT | Roy Bowers Karen Bowers Matthew Lodice | no relation grandmother father |
| From **05/25/2023** *(date)* To **06/05/2023** *(date)* | 23 Lyman st, #2, New Britain, CT, 06053 | Matthew Lodice | father |
| From **05/21/2019** *(date)* To **05/25/2023** *(date)* | 856 Shagbark Drive, Orange, CT, 06477 | Theodora Antar Julianna Viglione | mother sister |
| From _____ *(date)* To _____ *(date)* | | | |
| From _____ *(date)* To _____ *(date)* | | | |

**Child's name** *(First, middle, last)*

**Date of birth** *(Month, day, year)*

☐ Residence information is same as for child above. *(If not same, provide information)*

| Date(s) of residence | Place of residence *(Town or city, and state, unless confidential by court order)* | Name(s) and present address(es) of person(s) child lived with *(unless confidential)* | Relationship to child |
|---|---|---|---|
| From _____ *(date)* To **The present** | | | |
| From _____ *(date)* To _____ *(date)* | | | |
| From _____ *(date)* To _____ *(date)* | | | |
| From _____ *(date)* To _____ *(date)* | | | |
| From _____ *(date)* To _____ *(date)* | | | |

☐ Select here if additional children are listed on JD-FM-164A.

*Page 1 of 2*

1. *(Select one)*   ☐ I have   ☒ I have not   been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

*(Select item 2 or 3 below)*

2. ☐   I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☒   I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| **State V Lodice** | **A05DCR230190622S** | **DERBY CT** |
| Nature of proceeding | | |

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| | | |
| Nature of proceeding | | |

4. *(Select one)*   ☒ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

**Name:** _____

**Address:** _____

*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes   ☒ No   ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes   ☒ No   ☐ Do not know   If yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

| Signature | Print name of person signing | |
|---|---|---|
| | Antonelli J | |

Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)*

Date signed: 6/16/23

JD-FM-164   Rev. 1-22

*Page 2 of 2*

THEODORA ANTAR
NOTARY PUBLIC
MY COMM. EXP. 04/30/2024
CONNECTICUT

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

ORDER   089998

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/16/2023

<u>ORDER</u>

ORDER REGARDING:
06/16/2023 306.00 MOTION FOR VISITATION

The foregoing, having been considered by the clerk, is hereby:

ORDER: REJECTED

The Plaintiff cannot file a Verified Petition for Visitation on behalf of another party. The third party seeking visitation must initiate their own matter with the court and pay the appropriate filing fee.

Judicial Notice (JDNO) was sent regarding this order.

089998
_____

BY THE CLERK
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**NOTICE TO COURT**
**FAMILY SERVICES UNIT**
JD-FM-223 New 8-14

STATE OF CONNECTICUT
**SUPERIOR COURT- FAMILY DIVISION**
Family Services Notice to Court

Court Use Only
**FSNOTIC**



| Judicial District | Docket Number | CMIS number |
|---|---|---|
| New Haven | NNH FA195046828S | RF20231510108 |

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* |
|---|---|
| Antar, Theodora, F | Lodice, Matthew, J |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Self-Represented | Self-Represented |

Intervenor's Name *(Last, first, middle initial)*, if applicable

| Attorney for Intervenor, if applicable | Attorney for Minor Child/GAL, if applicable |
|---|---|

This matter was referred to Family Services by Judge   HON. JANE GROSSMAN

for   General Case Management   on   5/31/2023

At this time Family Services is informing the court that:

☐ The service has been completed and the parties intend to submit an agreement to the court.

☐ The service has been completed and a report has been submitted to the court.

☒ The matter is being returned to court for further direction.

☐ An extension is being requested to complete the court ordered service. Please extend the date to _____.

Note to Clerk:

☐ This matter should be placed on a court calendar.

| Submitted By | Date |
|---|---|
| Annamaria Baranowski | 6/16/2023 |

On May, 31, 2023, the Court ordered a General Case Management as follows: Family Relations will report to the court regarding the mother's statement that additional complaints of sexual abuse were initiated by her in May of 2023. Family Relations will attempt to speak with any person or provider familiar with this new complaint, including DCF, any police departments, and any medical providers including Hartford Hospital. The information gathered was presented to the Court on June 15, 2023, in which Family Services was subsequently relieved of services.

Respectfully submitted,

Annamaria Baranowski, M.S.
Family Relations Counselor II

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT   Rev. 2-16
P.B. §§ 25-30, 25a-15

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
|---|
| **FINAFFS** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

Docket number
- FA -    -    - S

## Instructions

*Use this short version if your gross annual income is less than $75,000 (see Section I. Income) and your total net assets are less than $75,000 (see Section IV. Assets). Otherwise, use the long version, form JD-FM-6-LONG.*

For the Judicial District of  New Haven

At *(Address of Court)*  Church St  New Haven, CT 19504 6828

Name of case  Antar VS Lodice

Name of affiant *(Person submitting this form)*  Matthew  Lodice

☐ Plaintiff   ☑ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information will subject me to sanctions and may result in criminal charges being filed against me.**

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 15 2023

CHIEF CLERK'S OFFICE

## I. Income

### 1) Gross Weekly Income/Monies and Benefits From All Sources

Computed based on year-to-date, but no less than the last 13 weeks.  If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain:

Paid:  ☑ Weekly   ☐ Bi-weekly   ☐ Monthly   ☐ Semi-monthly   ☐ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

(a)

| | Employer | Address | | | Base Pay: |
|---|---|---|---|---|---|
| Job 1 | Self employed | 48 Quarry Hill Rd Woodbury CT 06100 | ☐ Salary ☐ Wages | $ | 400 |
| Job 2 | | | ☐ Salary ☐ Wages | $ | |
| Job 3 | | | ☐ Salary ☐ Wages | $ | |

**Total of base pay from salary and wages of all jobs** .......................................................... $

| | | | | | | |
|---|---|---|---|---|---|---|
| (b) Overtime | $ | | (j) | Child Support *(Actually received)* | $ | |
| (c) Self-employment | $ | | (k) | Alimony *(Actually received)* | $ | |
| (d) Tips | $ | | (*l*) | Rental and income producing property | $ | |
| (e) Social Security | $ | | (m) | Contributions from household member(s) | $ | |
| (f) Disability | $ | | (n) | Cash income | $ | |
| (g) Unemployment | $ | | (o) | Veterans Benefits | $ | |
| (h) Worker's compensation | $ | | (p) | Other: | $ | |
| (i) Public Assistance *(Welfare, TFA payments)* | $ | | | | | |

**(q) Total Gross Weekly Income/Monies and Benefits From All Sources** *(Add items a through p)* $

Hours worked per week  Varies

Gross yearly income from prior tax year. Provide amount of income, not copies of forms ............................... $

List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

**2) Mandatory Deductions**  *(If consistent deductions don't occur every pay check **provide average amounts**.)*

|  | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ____ exemptions)* | $ | $ | $ | $ |
| (2) Social Security or Mandatory Retirement | $ | $ | $ | $ |
| (3) State income tax deductions *(claiming ____ exemptions)* | $ | $ | $ | $ |
| (4) Medicare | $ | $ | $ | $ |
| (5) Health insurance | $ | $ | $ | $ |
| (6) Union dues | $ | $ | $ | $ |
| (7) Prior court order — child support or alimony | $ | $ | $ | $ |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $ | $ | $ | $ |

**3) Net Weekly Income**.................................................................................................. $ _____

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

Home:

| | | | |
|---|---|---|---|
| Rent or Mortgage *(Principal, Interest — Real Estate Taxes and Insurance if escrowed)* | ☐ $ _100_ | Property taxes and assessments ........... | ☐ $ _____ |

Utilities:

| | | | |
|---|---|---|---|
| Oil ......................................................... | ☐ $ _____ | Telephone/Cell/Internet............................ | ☐ $ _____ |
| Electricity ............................................. | ☐ $ _____ | Trash Collection ........................................ | ☐ $ _____ |
| Gas ...................................................... | ☐ $ _____ | T.V./Internet .............................................. | ☐ $ _____ |
| Water and Sewer.................................. | ☐ $ _____ | | |

Groceries  *(after food stamps):* Including household supplies, formula, diapers ........................................... ☐ $ _100_

Transportation:

| | | | |
|---|---|---|---|
| Gas/Oil ................................................. | ☐ $ _____ | Auto Loan or Lease ................................. | ☐ $ _____ |
| Repairs/Maintenance ............................. | ☐ $ _____ | Public Transportation............................... | ☐ $ _____ |
| Automobile Insurance/Tax/Registration ... | ☐ $ _____ | | |

Insurance Premiums:

| | | | |
|---|---|---|---|
| Medical/Dental  *(Out-of-pocket expense after Health Savings Account/Plan)*....... | ☐ $ _____ | Life ............................................................. | ☐ $ _____ |

Uninsured Medical/Dental not paid by insurance  ......................................................................... ☐ $ _____

Clothing ..................................................................................................................................... ☐ $ _____

Child(ren):

| | | | |
|---|---|---|---|
| Child Support of this case ..................... | ☐ $ _____ | Child Care Expense  *(after deductions, credits and subsidies)*............................. | ☐ $ _____ |
| Child Support of other children other than this case  *(attach a copy of the order)* ... | ☐ $ _145_ | Child(ren)'s activities *(e.g., lessons, sports, etc.)* | ☐ $ _____ |
| Alimony: Payable to this spouse ............... | ☐ $ _____ | Alimony: Payable to another spouse ....... | ☐ $ _____ |

Extraordinary travel expenses for visitation with child(ren) ............................................................. ☐ $ _____

Other  *(Specify):* _____ ☐ $ _____

**Total Weekly Expenses Not Deducted From Pay** ............................................................... $ _345_

## III. Liabilities  *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred / Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
|  | ☐ Sole  ☐ Joint | $ | | $ |
|  | ☐ Sole  ☐ Joint | $ | | $ |

| | | | | |
|---|---|---|---|---|
| ☐ Sole ☐ Joint | $ | | $ | |
| ☐ Sole ☐ Joint | $ | | $ | |
| ☐ Sole ☐ Joint | $ | | $ | |

**(A). Total Liabilities**  *(Total Balance Due on Debts)* .................................. $ 

**(B). Total Weekly Liabilities Expense**  ....................................................................... $ 

## IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

### A. Real Estate *(including time share)*

| Address | Ownership S | JTS | JTO | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity (d = a minus (b + c)) | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| Home | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| Other | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |

**Total Net Value of Real Estate:** $ 

### B. Motor Vehicles

| Year | Make | Model | Ownership S | JTS | JTO | a. Value | b. Loan Balance | c. Equity (c = a minus b) | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |
| 2: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |

**Total Net Value of Motor Vehicles:** $ 

### C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| Institution | Account Number *(last 4 numbers only)* | Ownership S | JTS | JTO | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|
| Checking  TD bank | | ☐ | ☐ | ☐ | $ 2 0 0 | $ ~~2~~ |
| Savings | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| Other | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |

**Total Net Value of Bank Accounts:** $ 

### D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ |
| | | | $ |

**Total Net Value of Stocks, Bonds, Mutual Funds:** $ 

### E. Insurance  *(exclude children) D = Disability     L = Life*

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |

**Total Net Value of Insurance:** $ 

### F. Retirement Plans  *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | Current Balance/ Value |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | $ |
| | | | | ☐ Yes ☐ No | $ |

**Total Net Value of Retirement Plans:** $ 

### G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | Value |
|---|---|---|
| | % | $ |

**Total Net Value of Business Interest/Self-Employment:** $

## H. Other Assets

| Name of Asset | Current Balance/ Value | Name of Asset | Current Balance/ Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | Total Net Value of Other Assets: | $ |

**I. Total Net Value All Assets** *(add items A through H)*:................................................................ $

# V. Child(ren)'s Assets

*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number *(last 4 numbers only)* | Listed Beneficiary | Person Who Controls the Account *(Fiduciary)* | Current Balance/ Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | Total Net Value of Child(ren)'s Assets: | $ |

# VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| | |
| | |

Do you or any member of your family have HUSKY Health Insurance Coverage? ☐ Yes ☐ No ☐ I Don't Know
If Yes, whom?

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

# Summary *(Use the amounts shown in Sections I. through IV.)*

**Total Net Weekly Income** *(See Section I. 3)* .................................................................................. $ *400*

**Total Weekly Expenses and Liabilities** *(Total From Section II. + III.(B))* ...................................... $ *345*

**Total Cash Value of Assets** *(See Section IV. I.)* ........................................................................... $

**Total Liabilities** *(Total Balance Due on Debts) (See Section III. (A))*............................................. $

# Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**
I, _Martha Lodici_ the ☐ Plaintiff ☒ Defendant herein, residing at _116 Quarry Mill Road Waterbury, CT 06706_ , telephone number _860 518 2280_ , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed (Affiant) | | Date signed 6/15/23 |
|---|---|---|
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes) | Print name and title of person signing at left | Date signed |

Judicial District of New Haven
SUPERIOR COURT
FILED

JUN 2 2 2023

CHIEF CLERK'S OFFICE

DO. NO NNH FA 19 5046828

THEODORA ANTAR

V

MATTHEW LODICE

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN

AT NEW HAVEN

JUNE 22, 2023

ADDITIONAL FINDINGS AND ORDERS

RE: MEMORANDUM OF MAY 31, 2023.

In its' written orders of May 31, 2023 the court indicated four issues that would be addressed on June 15, 2023. They were (1) the mother's representation that a fourth complaint was made by her that the child was abused in the home of the father (2) the court's reservation to modify the mother's access schedule with the child (3) the establishment of child support paid by the mother to the father and (4) the scheduling of the remaining financial motions. (See sections i, j, k, m and n of the May 31, 2023 orders.)

Between May 31, 2023 and June 15, 2023 the mother filed five emergency motions alleging the same facts considered on the prior hearing dates and/or scheduled for additional evidence on June 15, 2023. One motion was filed in this action (#262). Two were filed in Milford and two were filed in New Britain. All were denied on the papers, transferred to New Haven and scheduled with this proceeding on June 15, 2023.[1]

---

[1] They are: Antar v Lodice NNHFA235057106 (transferred from Ansonia/Milford); Antar v Lodice NNHFA235057121 (transferred from Ansonia/Milford); Antar v Lodice NNHFA235057154 (transferred from New Britian) and Antar v Lodice NNHFA235057155 (transferred from New Britian). These files are Applications for Relief from Abuse. The mother signed all four applications under oath. However, she failed to list this custody action and the protective orders issued from the Derby Court on her applications (form JD-FM-137). On the Affidavit Concerning Children (form JD-FM-164) she included this custody action and the criminal case against the father but failed to list the Derby Court criminal case against her for the filing of a false statement and disorderly conduct. She also omitted the Restraining Order applications she filed in Milford and New Britain.

1

The parties were self-represented. The mother's appearance and demeanor were, as was the case on May 31, 2023, remarkable. She was disheveled and unorganized. She repeatedly interrupted witnesses and the court. Her commentary towards the other party, the witnesses and the court was combative. She threatened witnesses with future legal action. She challenged the legitimacy of the court, made personal comments about the court and threatened the court with additional legal proceedings. This behavior was consistent with the mother's behavior on earlier dates. However, on this occasion she was more confrontational and threatening. After two-and one-half hours the hearing was terminated because she would not stop shouting, making it impossible to conduct orderly proceedings.

Unfortunately, the court has no indication of what might be causing the mother to engage in this dramatic fashion. She represents that she has legal custody of her oldest child, supports herself through employment, that she recently completed her first year at UCONN law school and is an intern with a law office for the summer. The court has no reason to doubt these representations, but the level of organization and personal discipline necessary for those commitments is inconsistent with the evidence and the observations of the court.

The father appeared prepared to answer the court's questions and with proposals regarding the remining issues.

Regarding the first issue, the mother's representation that a fourth complaint was made by her that the child was abused in the home of the father, this representation was accurate. The court received a General Case Management report from Family Relations, testimony from a DCF worker, LaRae Plumber, and testimony from New Britain Police Detective Steeves on this subject.

Regarding the second issue, the court's reservation to modify the mother's access schedule with the child, the court received some input from the parties. The father was amendable to having the maternal grandmother and the maternal aunt serve as supervisors for the mother and he was amendable to a fixed schedule. The mother did not cooperate in this discussion.

Regarding the third issue, the establishment of child support paid by the mother to the father, the parties were ordered to file financial affidavits in advance of this hearing. The father brought his affidavit to court, the mother did not file an affidavit. Child support has been calculated by the court using the affidavit provided by the father and the affidavit of the mother filed April 5, 2023 (#253). The child support guidelines worksheet is attached to this decision.

Regarding the fourth issue, the scheduling of the remaining financial motions, the court will assign a future date for this hearing. They are: #146.10 #157, #187, #227 and #243.

Regarding the five emergency motions filed by the mother, the court finds the subject matter of these motions is the same as the subject matter of the hearings conducted on this date and prior dates. That is, the basis for the restraining orders is the claim that the child is sexually abused at the home of the father. The court has previously found, and maintains here, that the mother's testimony on this subject is not credible. The objective witnesses who did testify about these issues (the DCF worker, the Family Relations Counselor, and the New Britain Police Detective) were credible and their testimony did not support the granting of these motions. Finally, the court has previously found, and maintains here, that the father is a good custodian who keeps the child safe. There is no credible evidence that he allows the child to be sexually abused in his home. Applying these findings to the criteria in CGS §4b6-15 the court concludes there is no basis upon which to grant any of the restraining order applications.

### ORDERS

Based on the evidence received the court makes the following additional findings:

    a.  The mother initiated a fourth sexual abuse complaint regarding the child. The allegations in this complaint were identical to the three prior complaints (initiated by her in October 2022, February 2023, March 2023 and May 2023). However, this allegation included additional claims that events occurred in the home of the father on a specific date and time. The allegations, as reported by the mother, were graphic and detailed.

3

    b.   The mother subjected the child to a third forensic interview, including an invasive physical exam. This occurred at Hartford Hospital. The initial reports from this physical examination are negative. The only test results not yet available were DNA testing.

    c.   The New Britain police department determined the alleged events could not have occurred as alleged by the mother because the people she accused of abusing the child were not in the home of the father on the date in question.

    d.   The statements made by the child in person and via video (that the mother recorded) were coached and encouraged by the mother.

    e.   The child was engaged with a therapist consistently from March to May, 2023. The child made no disclosures of abuse. The therapists concerns for the child were related to stress, parental conflict and separation.

    f.   The allegations made by the mother that the child is sexually abused in the home of the father are false.

    g.   The court cannot determine if the mother's pursuit of these false allegations is a deliberate attempt to interfere with the father/child relationship or if they are sincerely rooted in her own misguided fears for the child. A thorough psychological evaluation by a PhD level professional with experience in family conflict would be necessary to resolve this question.

2.   The mother's access with the child remains as stated in the May 31, 2023 orders.

3.   The mother will pay child support to the father in the amount of $77 per week. Child support is effective May 25, 2023 and payable by immediate wage withholding. The parties will share equally work-related day care and unreimbursed medical expenses.

4.   These are final orders on all motions regarding custody and access of the parties' minor child.

By The Court,

4

(Grossman, J.)

Judgment entered_____ 20____
Counsel/self-rep. Ind. notified _____ 20____
By ☐ JENO ☑ copy of memo ☐ Other
     ☑ Copy to Reporter of Judicial Decisions

mailed to:

π SRPT. Antar
Δ SRP M. Codice
   by Nsasr tast Clul

6/21/2023

CCSG-1 Rev. 7-15
C.G.S. §§46b-215a
§46b-215a-6, Regulations of
Connecticut State Agencies

STATE OF CONNECTICUT
**COMMISSION FOR CHILD SUPPORT GUIDELINES**
WORKSHEET for the Connecticut Child Support and Arrearage Guidelines



| THEODORA | MATTHEW | CUSTODIAN | | | | |
|---|---|---|---|---|---|---|
| Theodora Antar | Matthew Lodice | ☐ THEODORA ☒ MATTHEW ☐ OTHER: | | | | |
| COURT | | D.N./CASE NO. | | | NUMBER OF CHILDREN 1 | |
| CHILD'S NAME | DATE OF BIRTH | CHILD'S NAME | DATE OF BIRTH | CHILD'S NAME | | DATE OF BIRTH |
| Angelina | 1/1/2019 | | | | | |

*All money amounts in this worksheet may be rounded to the nearest dollar*

| | I. NET INCOME (Weekly amounts) | | | | | THEODORA | | MATTHEW | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gross income (attach verification) | | | | | $ | 465 | $ | 400 |
| | 1a. | Number of hours used in calculation | THEODORA | MATTHEW | | | | | |
| 2. | Federal income tax (excluding Self Employment Tax and Earned Income Credit) | | | | | $ | 9 | $ | (29) |
| 3. | Social security tax or mandatory retirement | | | | | $ | 29 | $ | 57 |
| 4. | Medicare tax | | | | | $ | 7 | $ | 0 |
| 5. | State and local income tax (based on all allowable exemptions, deductions and credits) | | | | | $ | 3 | $ | 0 |
| 6. | Medical/hospital/dental insurance premiums (including Husky) for parent and all legal dependents | | | | | $ | 0 | $ | 0 |
| 7. | Court-ordered life insurance for benefit of child | | | | | $ | 0 | $ | 0 |
| 8. | Court-ordered disability insurance | | | | | $ | | $ | |
| 9. | Mandatory union dues or fees (only if deducted by employer) | | | | | $ | | $ | |
| 10. | Mandatory uniforms and tools (only if deducted by employer) | | | | | $ | | $ | |
| 11. | Non-arrearage payments on court ordered alimony and child support awards (for other than parent/child(ren) of this order) | | | | | $ | 0 | $ | 0 |
| 12. | Amount reserved to support qualified child(ren) (line 12f times line 12a) | | | | | $ | 106 | $ | 102 |
| | Qualified Child Deduction Section: | | THEODORA | MATTHEW | | | | | |
| | 12a. | Number of qualified children | $ 1 | $ 2 | | | | | |
| | 12b. | Total # children for qualified child calculation Number of children on this order + line 12a = | $ 1 | $ 3 | | | | | |
| | 12c. | Sum of lines 2-11 | $ 48 | $ 28 | | | | | |
| | 12d. | Line 1 - line 12c = | $ 417 | $ 372 | | | | | |
| | 12e. | Amount from schedule based on the parent's line 12d income and total # of children (line 12b) | $ 106 | $ 153 | | | | | |
| | 12f. | Line 12e / line 12b = | $ 106 | $ 51 | | | | | |
| 13. | Add lines 2 through 12 and enter amount here | | | | | $ | 154 | $ | 130 |
| 14. | Net weekly income (line 1 - line 13 =) | | | | | $ | 311 | $ | 270 |
| | II. CURRENT SUPPORT | | | | | | | | |
| 15. | Combined net weekly income (Add both parents' line 14 income. Round to the nearest $10) | | | | | $ | | 580 | |
| 16. | Basic child support obligation (from Schedule of Basic Child Support Obligations) | | | | | $ | | 144 | |
| 17. | Each parent's percentage share of line 15 (line 14 for each parent / line 15) | | | | | 53.62 % | | 46.38 % | |
| | (If noncustodial parent is a low-income obligor, skip this line and enter line 16 amount in noncustodial parent's column on ln 18.) | | | | | | | | |
| 18. | Each parent's share of the basic child support obligation (line 17 x line 16 for each parent) | | | | | $ | 77 | $ | 67 |
| 19. | Social security dependency benefits adjustment | | | | | $ | 0 | $ | |
| 20. | Presumptive current support amount (line 18 - line 19 =) (Rounded to the nearest dollar) (Enter noncustodial parent's amount on line 30.) | | | | | $ | 77 | $ | 67 |

## III. NET DISPOSABLE INCOME

| | | | THEODORA | | MATTHEW |
|---|---|---|---|---|---|
| 21. | Line 14 + line 30 (for custodial parent); line 14 - line 30 (for noncustodial parent) | $ | 234 | $ | 347 |
| 22. | Noncustodial parent's line 19 amount (social security dependency benefits for child) | $ | | 0 | |
| 23. | Line 21 + line 22 (for custodial parent); line 21 - line 22 (for noncustodial parent) | $ | 234 | $ | 347 |

## IV. UNREIMBURSED MEDICAL EXPENSE

| | | | |
|---|---|---|---|
| 24. | Add both parents' line 23 amounts and enter it here: (combined net disposable income) | | 581 |
| 25. | Each parent's percentage share of combined net disposable income | 40 % | 60 % |
| | (Line 23 for each parent / line 24; then x 100 and round to the nearest whole %) | | |
| | *If the noncustodial parent is a low-income obligor (based on line 14 Net Weekly Income), go to line 26.* | | |
| | *If the noncustodial parent is not a low-income obligor (based on line 14 Net Weekly Income), enter these percentages on line 33b.* | | |
| 26. | Compare the noncustodial parent's line 25 amount to 50%. Enter the lower percentage on line 33b for the noncustodial parent. | | |
| | Then take 100 - line 33b for the noncustodial parent and enter the amount on line 33b for the custodial parent. | | |

## V. CHILD CARE CONTRIBUTION

| | |
|---|---|
| 27. | Does the noncustodial parent's line 23 amount fall within the shaded area of the schedule? If yes, go to line 28. |
| | If no, skip line 28 and enter the noncustodial parent's line 25 percentage on line 34b. |
| 28. | Does the custodial parent's line 23 amount fall within the shaded area of the schedule? |
| | If no, enter 20% on line 34b as the noncustodial parent's child care contribution. |
| | If yes, compare the line 25 amount for the noncustodial parent to 50% and enter the lower amount on line 34b. |

## VI. ARREARAGE PAYMENT

| | | | |
|---|---|---|---|
| 29. | Line 30 * .20 =   $           OR amount determined in A, B, C or D, below (check box that applies): | | $ |
| | ☐ A. If noncustodial parent is a low-income obligor, enter the greater of 10% of line 30 or $1 per week, unless paragraph B below applies. | | |
| | ☐ B. If the child is living with the obligor, enter: (1) $1 per week if the obligor's gross income is less than or equal to 250% of poverty level, OR (2) 20% | | |
| | of an imputed support obligation for the child if the obligor's gross income is greater than 250% of poverty level. | | |
| | ☐ C. If there is no current support order and paragraph B above does not apply, enter: (1) 20% of an imputed support obligation if the parents have a present | | |
| | duty to provide support for the child, OR (2) 100% of an imputed support obligation if the parents have no present duty to provide support for the | | |
| | individual. | | |
| | ☐ D. If paragraphs A, B and C above, do not apply and the sum of the current support and arrearage payments would exceed 55% of the noncustodial | | |
| | parentâ€™s line 14 amount, enter 55% of the noncustodial parent's line 14 amount - line 30 amount. | | |

## VII. SUMMARY OF WORKSHEET

| | | | | |
|---|---|---|---|---|
| 30. | Presumptive current support (from line 20): $            77 | **Total Child Support Award Calculation** | | |
| 31. | Arrearage payment (from line 29): $ | Line 30 Amount: | $ | 77 |
| 32. | Total arrearage: $ ·        *(broken down as noted below)* | Line 31 Amount: | $ | |
| 33 | State arrearage: $        Family arrearage: $ | Line 33a Amount: | $ | 0 |
| | a. Cash medical:      $        0 | Line 34 Amounts: | | |
| | b. Unreimbursed medical expenses: THEODORA    40 % / MATTHEW    60 % | a Cash Child Care Amt: | $ | |
| 34 | a. Child Care Contribution:      $ | b Equivalent of percent: | $ | ( |
| | b. Child Care Contribution: THEODORA        20 % | **Total Child Support Award** | $ | 77 |
| | | (enter this amount on line 35a.) | | |
| 35 | a. Total child support award (excluding % amounts for unknown costs): $        77 | | | |
| | b. Total child support award as a % of the obligor's net income: $    24.76  % (line 35a / line 14 of the obligor; then x 100) | | | |

## VIII. DEVIATION CRITERIA *(Attach additional sheet if necessary.)*

| | |
|---|---|
| 36. | Reason(s) for deviation from presumptive support amounts: (Check all boxes that apply.)        ☐ Check here if deviating by agreement. |

| *Parent's other financial resources* | *Extraordinary parental expenses* | *Coordination of total family support* |
|---|---|---|
| ☐ substantial assets | ☐ significant visitation expenses | ☐ division of assets and liabilities |
| ☐ parent's earning capacity | ☐ unreimbursed employment expenses | ☐ provision of alimony |
| ☐ parental support provided to a minor obligor | ☐ unreimbursed medical/disability expenses | ☐ tax planning considerations |
| ☐ recurring gifts of spouse or domestic partner | *Needs of parent's other dependents* | *Special circumstances* |
| ☐ employment over 45 hours per week | ☐ resources available to qualified child | ☐ shared physical custody |
| *Extraordinary expenses for child* | ☐ child care expenses for qualified child | ☐ extraordinary disparity in parental income |
| ☐ education expenses | ☐ verified support for non-resident child | ☐ best interests of the child |
| ☐ unreimbursable medical expenses | ☐ significant and essential needs of a spouse | ☐ total award exceeds 55% of obligor's net |
| ☐ special needs | | ☐ other equitable factors (explain) |

| PREPARED BY | TITLE | DATE |
|---|---|---|
| | | 06/21/2023 |

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form.  Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

***Note:***
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
| FACFREQ |



Name of case *(Plaintiff v. Defendant)*

| Judicial District of | Date of scheduled event *(if applicable)*    Name of Judge who scheduled the event *(if applicable)* | Docket number |
| | | FA                        - S |

## I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

☐  A Status Conference on or about: *(date)* _____

☐  Pretrial on or about: *(date)* _____

☐  That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be
scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☐  Other: _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
| | | |

**Reason(s) for request *(must be completed for all requests of any type):***




I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or
denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I
would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐  Consent          ☐  Do not consent to the action requested above

| Signed *(Person making request)*   *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* |

The person requesting the action is the:

☐  Plaintiff          ☐  Defendant          ☐  Attorney for Plaintiff          ☐  Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A
sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)*   *Theodora Antar* | Date |

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | FA                          - S |

## Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

JD-FM-292   Rev. 7-22

ORDER    435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/29/2023

ORDER

ORDER REGARDING:
06/29/2023 310.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Plaintiff's motions #283 and #284 are scheduled for a hearing on July 3, 2023.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form.  Please use form JD-CV-21, Motion for*
*Continuance, for all continuance requests.*

***Note:***
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

COURT USE ONLY
FACFREQ



Name of case *(Plaintiff v. Defendant)*

| Judicial District of | Date of scheduled event *(if applicable)*   Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|
| | | FA                          - S |

## I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be
   scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☐ Other: _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | | |

**Reason(s) for request** *(must be completed for all requests of any type)*:




I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or
denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I
would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐ Consent          ☐ Do not consent to the action requested above

| Signed *(Person making request)*    *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|

The person requesting the action is the:

☐ Plaintiff     ☐ Defendant     ☐ Attorney for Plaintiff     ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A
sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)*    *Theodora Antar* | Date |
|---|---|

Page 1 of 2

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | **FA**              **- S** |

## Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

JD-FM-292   Rev. 7-22

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

6/29/2023

<u>ORDER</u>

ORDER REGARDING:
06/29/2023 311.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served with the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At  (Address of court) | Docket number |
|---|---|---|
| **New Haven** | **235 Church St, New Haven, CT, 06510** | **NNH-FA-504-6828-S** |

| Plaintiff's name  (Last, first, middle initial) | Defendant's name  (Last, first, middle initial) |
|---|---|
| **Antar, Theodora, F.** | **Lodice, Matthew, J.** |

## Section I — Request For Leave (Permission) To File

1. I am the  [X] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the  *(Check all that apply):*

[X]  Final order for custody that is dated:   **05/31/2023**

[X]  Final order for visitation that is dated:   **05/31/2023**

FOR COURT USE ONLY

*REQMOD*

| Signed  (Attorney or pro se party)<br>*Theodora Antar* | Type or print name of person signing<br>**Theodora Antar** | Date signed<br>**06/05/2023** |
|---|---|---|
| Address  (Number, street, town or city, state and zip code)<br>**856 Shagbark Drive, Orange, CT, 06477** | | Telephone number  (Area code first)<br>**203-273-8419** |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)

▶

| Subscribed and sworn to before me on: | Date<br>6/5/23 | Signed  (Notary, Commissioner of Superior Court, Assistant Clerk)<br>Michelle Caldora |
|---|---|---|

MICHELLE DENISE CALD...
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice *(Check either A or B below)*

[X]  **A - Certification**  *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name<br>**Matthew J. Lodice** | Date mailed/delivered<br>**06/05/2023** |
|---|---|---|
| Address  (Number, street, town or city, state and zip code) *<br>**23 Lyman st, #2, New Britain, Ct, 06053** | | |
| Signed,  (Attorney or pro se party)<br>*Theodora Antar* | Type or print name of person signing<br>**Theodora Antar** | Date signed<br>**06/05/2023** |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ]  **B - Instruction to proper officer**  *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |
| Signed  (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing.  To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period.  If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| Docket number |
| --- |
| **NNH-FA-504-6828-S** |

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |
| --- | --- |
| ' | |

## Section IV — Objection And Appearance By Responding Party

**FOR COURT USE ONLY**

▯ I hereby object to the filing of the attached motion for modification for the following reason(s):

‖‖‖‖‖‖‖‖‖‖‖‖
*O B J E C T*

▯ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
| --- | --- |
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
| --- | --- | --- |

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
| --- | --- | --- |

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

▯ The request for leave is **Granted.**

▯ The request for leave is **Denied.**

▯ It is hereby **Ordered that:**

| By the Court | Date of Order |
| --- | --- |

JD-FM-202 (back/page 2) Rev. 8-07

NNH-FA19-5046828S                          SUPERIOR COURT

                                           NEW HAVEN

THEODORA F.  ANTAR

PLAINTIFF                    :             CONNECTICUT

VS.                          :

MATTHEW LODICE

DEFENDANT                    :             JULY 2, 2023


## MOTION FOR STAY OF TRIAL COURT ORDERS


The Plaintiff-Appellant in this action respectfully moves that the trial court orders in this action be stayed and vacated. In accordance with Practice Book section 66-2, the following is for consideration of the court pursuant to this motion:


I.      BRIEF HISTORY OF THE CASE

Plaintiff initiated a court action in September of 2019 in New Haven Superior Court to obtain court ordered child support payments, legal custody, and a visitation schedule for Angelina. The parties attended hearings on 11/5/2019 and 11/7/2019 and a final judgment was subsequently entered which ordered Mr. Lodice to pay 50% of all childcare and medical payments, and $120.00 per week in child support to Ms. Antar. The court ordered joint custody between the parties and primary residency with Ms. Antar. Visitation was ordered to be worked out between the parties on a week-by-week basis, and Mr.

1

Lodice was also ordered to allow Ms. Antar to obtain a passport for Angelina. The parties then entered into an agreement without court appearance on 6/18/2021 and modified the visitation schedule to set a specific schedule for the Defendant and specify parenting arrangements regarding holidays and other special events.

In November of 2021, Ms. Antar filed a motion for contempt for Mr. Lodice's nonpayment of child support and a motion for modification to increase the child support amount as Mr. Lodice was making substantially more income at the time. In March of 2022, both parties filed post-judgment motions for modification of custody/visitation/access as well as contempt motions. Most of these motions were resolved by agreement in April of 2022, however subsequently several other contempt and modifications were filed by both of the parties. A 2-hour hearing took place on 4/5/23 and another 2-hour hearing took place on 5/25/23 regarding some, but not all, of the post-judgment motions that were pending at the time.

At the end of the 5/25/23 hearing, a "temporary" order was put in place that was said to give the Defendant sole legal and sole physical custody of the minor child and stated that the Plaintiff-Appellant was to be "supervised under conditions as determined by the father" and a court date was set for 6/15/23. Between 5/25/23 to 6/15/23, Ms. Antar this appeal, a motion for disqualification of judicial authority, and several post-judgment motions, including an emergency ex-parte motion for custody of the minor child, motion for modification, motion for contempt, and several emergency applications for relief from abuse. All those motions were set to be heard on 6/15/23 at 2:00PM.

On 6/15/23, none of the aforementioned motions were heard. The only thing that took place was the testimony of two witnesses who were subpoenaed sua sponte by the court.

## II.     SPECIFIC FACTS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

Ms. Antar, The Plaintiff-Appellant relies on the fact that Judge Jane Grossman denied her the right to due process and the right to a fair hearing. Judge Jane Grossman's biased and prejudiced decision to make a drastic court order sua sponte that forced a 4-year-old young girl to leave the only home she ever knew with her mother and older sister where she lived as her primary residence for four years and go to live with her father who has a long history of violence, criminal history, and substantiations of neglect and abuse with DCF for neglecting his other children.

Mr. Lodice failed to comply with several court orders, such as: refusing to pay child support, refusing to pay for court-order childcare and medical costs, refusing to comply with court orders to attend mediations for a custody evaluation, refusing to sign releases for prior mental health providers to access mental health information for a custody evaluation, refusals to comply with court ordered discovery and mandatory disclosure, refusals to comply with orders to produce previously ordered discovery and disclosure, and continuing to harass and psychologically abuse the Plaintiff-Appellant throughout the process of litigation abuse as a form of coercive control in violation of statutory laws set forth in Public Act 21-78, The Best Interest of the Child Standard, and

other statutes regarding custody, visitation, and the modification of existing orders without agreement of the parties.

Judge Jane Grossman ignored all 17 factors of the "Best Interest of the Child Standard" and made her decision to give Ms. Antar supervised visitation of her child with no set schedule and leave it up to the entire discretion of an individual who she is the protected party of a protective order with based solely on her bias, prejudice, and dislike of Ms. Antar.

### III.    LEGAL GROUNDS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

In accordance with both state, federal, and constitutional laws, the Plaintiff-Appellant relies on the fact that her constitutional rights were violated, and the Superior Court New Haven and in particular all orders entered into by the Honorable Jane Kupson Grossman were in violation of constitutional and statutory provisions, in excess of the statutory authority, made upon unlawful procedure, affected by other error of law, clearly erroneous in view of reliable, probative, and substantial evidence on the whole record, and/or arbitrary or capricious or characterized by abuse of discretion, bias, or clearly unwarranted exercise of discretion.

4

THE PLAINTIFF,

_____

By:

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

BY THE COURT,

_____

JUDGE  /  CLERK

<u>CERTIFICATION</u>

 This is to certify that on or about the above date 7/2/23, a copy of the foregoing was

delivered to:

Matthew Lodice

matthewlodice@gmail.com

48 Quarry Hill Rd

Waterbury, CT

_____

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

7/5/2023

## ORDER

ORDER REGARDING:
07/03/2023 312.00 MOTION FOR STAY

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**CASEFLOW REQUEST**
JD-FM-292   Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA**. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request. If you need to request a continuance of a scheduled court date, do not use this form. Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

***Note:***
*If the request is granted, the court will schedule the event for the requested date, if that date is available. If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
|---|
| FACFREQ |



Name of case *(Plaintiff v. Defendant)*

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| | | | FA          - S |

## I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

    1. Motion # _____ entitled _____

    2. Motion # _____ entitled _____

    3. Motion # _____ entitled _____

    4. Motion # _____ entitled _____

    5. Motion # _____ entitled _____

☐ Other: _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | | |

**Reason(s) for request *(must be completed for all requests of any type)*:**

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action. **All Counsel and Self-represented Parties:**

☐ Consent    ☐ Do not consent to the action requested above

| Signed *(Person making request)*    *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|

The person requesting the action is the:

☐ Plaintiff    ☐ Defendant    ☐ Attorney for Plaintiff    ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|
| | | |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)*    *Theodora Antar* | Date |
|---|---|

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | **FA**                    **- S** |

## Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served on the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At  (Address of court) | Docket number |
|---|---|---|
| **New Haven** | **235 Church St, New Haven, CT, 06510** | **NNH-FA-504-6828-S** |

| Plaintiff's name  (Last, first, middle initial) | Defendant's name  (Last, first, middle initial) |
|---|---|
| **Antar, Theodora, F.** | **Lodice, Matthew, J.** |

## Section I — Request For Leave (Permission) To File

1. I am the   [X] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the  *(Check all that apply)*:

[X] Final order for custody that is dated:   **05/31/2023**

[X] Final order for visitation that is dated:   **05/31/2023**

FOR COURT USE ONLY

*REQMOD*

| Signed  (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | **Theodora Antar** | **06/05/2023** |

| Address  (Number, street, town or city, state and zip code) | Telephone number  (Area code first) |
|---|---|
| **856 Shagbark Drive, Orange, CT, 06477** | **203-273-8419** |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)

▶

| Subscribed and sworn to before me on: | Date 6/5/23 | Signed  (Notary, Commissioner of Superior Court, Assistant Clerk)  Michelle Caldia |
|---|---|---|

MICHELLE DENISE CALD···
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice *(Check either A or B below)*

[X] **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name<br>**Matthew J. Lodice** | Date mailed/delivered<br>**06/05/2023** |
|---|---|---|

| Address  (Number, street, town or city, state and zip code) * |
|---|
| **23 Lyman st, #2, New Britain, Ct, 06053** |

| Signed,  (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | **Theodora Antar** | **06/05/2023** |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.*

[ ] **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed  (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing.  To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period.  If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| | Docket number |
| --- | --- |
| | **NNH-FA-504-6828-S** |

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |
| --- | --- |
| ' | |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
| --- | --- |
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
| --- | --- | --- |

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
| --- | --- | --- |

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted**.

☐ The request for leave is **Denied**.

☐ It is hereby **Ordered that:**

| By the Court | Date of Order |
| --- | --- |

JD-FM-202 (back/page 2) Rev. 8-07

**MOTION FOR CONTINUANCE**
JD-CV-21   Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**COURT USE ONLY**
**MFCSE**

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number

Name of case *(Full name of Plaintiff v. Full name of Defendant)*

| ☐ Judicial District | ☐ Housing Session | ☐ Geographical Area Number | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|

| Date of Motion | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
|---|---|---|

Date of Scheduled Event

Person Making Motion is:
☐ Plaintiff's Attorney   ☐ Plaintiff   ☐ Defendant's Attorney   ☐ Defendant   ☐ Other

| Firm Name, if Applicable | Address | Phone Number (with area code) |
|---|---|---|

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

☐ Arbitration
☐ Administrative Appeal Hearing
☐ Attorney Trial Referee Proceeding
☐ Court Trial
☐ Judicial-Alternative Dispute Resolution (J-ADR)

☐ Early Intervention Conference
☐ Fact-Finding
☐ Foreclosure Mediation
☐ Jury Trial
☐ Hearing In Damages

☐ Pretrial
☐ Status Conference
☐ Trial Management Conference
☐ Other

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

☐ Counsel not ready
☐ Lay witness not available *(Name of witness)*
☐ Counsel not available
☐ Party not available *(Name of party)*
☐ Expert witness not available *(Name of witness)*

☐ Discovery not complete

☐ Other

*Continue explanation, if necessary:*

**For the above reason(s), I request this case be continued to (date):** _____ **or** ☐ **at the court's discretion.**

**I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:**

☐ Consent   ☐ Do Not Consent   ☐ Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
**I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ *Theodora Antar* | | |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |

| **Order** | Motion For Continuance is: ☐ Granted  ☐ Denied | Matter Continued To: | Signed *(Judge)* | Date |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

ORDER   435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

7/5/2023

## ORDER

ORDER REGARDING:
07/03/2023 314.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER: NO ACTION NECESSARY

See order #315.10 granting Plaintiff's Motion for Continuance.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTINUANCE**
JD-CV-21  Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

| ADA NOTICE |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*. |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| **MFCSE** |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number
**NNH-FA-19-5046828-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number ____ | Address of Court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- | --- |

| Date of Motion **Jul-3-2023** | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
| --- | --- | --- |

| Date of Scheduled Event **Jul-3-2023** | Person Making Motion is: [ ] Plaintiff's Attorney  [X] Plaintiff  [ ] Defendant's Attorney  [ ] Defendant  [ ] Other |
| --- | --- |

| Firm Name, if Applicable | Address **856 SHAGBARK DRIVE ORANGE, CT 06477** | Phone Number (with area code) **203-273-8419** |
| --- | --- | --- |

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

| | | |
| --- | --- | --- |
| [ ] Arbitration | [ ] Early Intervention Conference | [ ] Pretrial |
| [ ] Administrative Appeal Hearing | [ ] Fact-Finding | [ ] Status Conference |
| [ ] Attorney Trial Referee Proceeding | [ ] Foreclosure Mediation | [ ] Trial Management Conference |
| [X] Court Trial | [ ] Jury Trial | [ ] Other _____ |
| [ ] Judicial-Alternative Dispute Resolution (J-ADR) | [ ] Hearing In Damages | |

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

| | |
| --- | --- |
| [ ] Counsel not ready | [X] Discovery not complete _____ |
| [ ] Lay witness not available *(Name of witness)* _____ | |
| [ ] Counsel not available _____ | [X] Other  **out of town** _____ |
| [X] Party not available *(Name of party)* _____ | |
| [ ] Expert witness not available *(Name of witness)* _____ | |

*Continue explanation, if necessary:*

**Out of town and unable to attend. Was not given adequate time to prepare for this hearing and was only notified on 6/29/23 that this would be set for trial today.**

For the above reason(s), I request this case be continued to (date): __Aug-7-2023__  or  [ ] at the court's discretion.

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:

[ ] Consent   [ ] Do Not Consent   [X] Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*

I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* __Jul-3-2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-3-2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **203-273-8419** |

| **Order** | Motion For Continuance is: [ ] Granted   [ ] Denied | Matter Continued To: | Signed *(Judge)* | Date |
| --- | --- | --- | --- | --- |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

**Continuation of JDCV21 Motion For Continuance Form for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV21)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

ORDER    428422

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/3/2023

<u>ORDER</u>

ORDER REGARDING:
07/03/2023 315.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Judicial Notice (JDNO) was sent regarding this order.

428422

Judge: MARK T GOULD

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served with the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| **New Haven** | **235 Church St, New Haven, CT, 06510** | **NNH-FA-504-6828-S** |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| **Antar, Theodora, F.** | **Lodice, Matthew, J.** |

## Section I — Request For Leave (Permission) To File

1. I am the  [x] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the  (Check all that apply):

   [x] Final order for custody that is dated:   **05/31/2023**

   [x] Final order for visitation that is dated:   **05/31/2023**

FOR COURT USE ONLY

*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | **Theodora Antar** | **06/05/2023** |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| **856 Shagbark Drive, Orange, CT, 06477** | **203-273-8419** |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶

| Subscribed and sworn to before me on: | Date 6/5/23 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) Michelle Caldia | MICHELLE DENISE CALF... |
|---|---|---|---|

NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice (Check either A or B below)

[x]  **A - Certification**  (Check and complete if responding party has an appearance on file.)

| I certify that I mailed or delivered a copy of this request to: | Name **Matthew J. Lodice** | Date mailed/delivered **06/05/2023** |
|---|---|---|
| Address (Number, street, town or city, state and zip code) *<br>**23 Lyman st, #2, New Britain, Ct, 06053** | | |
| Signed (Attorney or pro se party) *Theodora Antar* | Type or print name of person signing **Theodora Antar** | Date signed **06/05/2023** |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ]  **B - Instruction to proper officer**  (Check and complete if responding party does not have an appearance on file.)

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

---

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| | Docket number |
|---|---|
| | **NNH-FA-504-6828-S** |
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | | Date mailed/delivered |
|---|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

| By the Court | Date of Order |
|---|---|

**NNH-FA19-5046828S**                                                  **SUPERIOR COURT**

                                                                                       **NEW HAVEN**

**THEODORA F. ANTAR**

**PLAINTIFF**                                        :                          **CONNECTICUT**

**VS.**                                                      :

**MATTHEW LODICE**

**DEFENDANT**                                     :                          **JULY 3, 2023**

### MOTION TO REARGUE/RECONSIDER

        The Plaintiff in this action respectfully moves to reargue motion #293 filed on 6/15/23 Motion for Contempt. The Plaintiff was never given a hearing for this motion, nor was this motion ever heard or argued by the Plaintiff. Plaintiff is respectfully requesting that the denial of this motion that was put in on 6/30/23 be reconsidered and that Plaintiff be given opportunity to reargue, since this motion was never heard or argued before the court ever before, and no proceeding took place regarding this motion as of 7/3/23.

THE PLAINTIFF,



By:

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

1

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

_____

JUDGE / CLERK

2

## CERTIFICATION

This is to certify that on or about the above date 7/3/23, a copy of the foregoing was delivered to:

Matthew Lodice

matthewlodice@gmail.com

48 Quarry Hill Rd

Waterbury, CT



Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

3

ORDER    435701

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
    V.                                              AT NEW HAVEN
LODICE, MATTHEW, J
                                              7/5/2023

<u>ORDER</u>

ORDER REGARDING:
07/03/2023 316.00 MOTION TO REARGUE/RECONSIDER

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The date of signature and certification on the Request for Leave does not comport with the date on the appended Proposed Motion.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions

*To Preparer*

1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion for modification on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III B.

*To Responding Party*

1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

*To Clerk*

1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, CT, 06510 | NNH-FA-504-6828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the [X] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

FOR COURT USE ONLY

[X] Final order for custody that is dated: 05/31/2023

*REQMOD*

[X] Final order for visitation that is dated: 05/31/2023

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 06/05/2023 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)

▶

| Subscribed and sworn to before me on: | Date 6/5/23 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldia* |
|---|---|---|

MICHELLE DENISE CALF...
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice (Check either A or B below)

[X] **A - Certification** (Check and complete if responding party has an appearance on file.)

| I certify that I mailed or delivered a copy of this request to: | Name | Date mailed/delivered |
|---|---|---|
| | Matthew J. Lodice | 06/05/2023 |

| Address (Number, street, town or city, state and zip code) * |
|---|
| 23 Lyman st, #2, New Britain, Ct, 06053 |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 06/05/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ] **B - Instruction to proper officer** (Check and complete if responding party does not have an appearance on file.)

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| | Docket number |
| --- | --- |
| | **NNH-FA-504-6828-S** |
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
| --- | --- |
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
| --- | --- | --- |
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
| --- | --- | --- |

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

| By the Court | Date of Order |
| --- | --- |

JD-FM-202 (back/page 2) Rev. 8-07

| DOCKET NO.:NNH-FA19-5046828-S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| MATTHEW LODICE | : | JUNE 22, 2023 |

### PLAINTIFF'S MOTION TO COMPEL

Pursuant to Practice Book §25-32A, the Plaintiff, THEODORA ANTAR, hereby moves that the

Defendant, be compelled to provide compliance in response to Plaintiff's Request for Mandatory

Disclosure and Production of Documents, dated September 12, 2022. In support thereof, the Plaintiff

represents as follows:

1.   On September 12, 2022, the Plaintiff served on the Defendant a Request for Mandatory
     Disclosure and Production of Documents;

2.   The Defendant did NOT file for an Extension of Time to reply to the Plaintiff's Request;

3.   The Defendant did NOT file an objection to the Plaintiff's Request;

4.   The Defendant's deposition with schedule A was noticed for November 4, 2022.  The
     Schedule A asked for production of documents that nearly mirrors the Standard Requests
     for Production;

**ORAL ARGUMENT REQUESTED/
TESTIMONY REQUIRED**

5.      To date, the Defendant has failed to comply with a majority of the Requests contained in

the Plaintiff's Request for Production.

6.      The Plaintiff is separately filing a Memorandum in Support of this Motion as required by

Practice Book §25-32A detailing the Defendant's missing discovery.

**WHEREFORE**, the Plaintiff respectfully requests the following relief:

1.   The Defendant be ordered to fully comply with the Plaintiff's discovery requests;

2.   The Defendant be ordered to pay Plaintiff's counsel fees and costs incurred in connection

with this motion;

3.   The Court order such other and further relief as is deemed appropriate;

THE PLAINTIFF,

BY *Theodora Antar*

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

**ORAL ARGUMENT REQUESTED/
TESTIMONY REQUIRED**

## **ORDER**

The foregoing motion, having been heard, is hereby:

GRANTED    /    DENIED.

_____
JUDGE/CLERK

## **CERTIFICATION**

This is to certify that on the above date, a copy of the foregoing was mailed, postage prepaid, to

the following on 6/22/23 :

MATTHEWLODICE
48 Quarry Hill Rd
Waterbury, CT, 06706

THE PLAINTIFF,

BY *Theodora Antar*

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

**ORAL ARGUMENT REQUESTED/
TESTIMONY REQUIRED**

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/5/2023

<u>ORDER</u>

ORDER REGARDING:
07/05/2023 317.00 MOTION TO COMPEL

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The date of signature and certification on the Request for Leave does not comport with the date on the appended Proposed Motion.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**LIST OF EXHIBITS** *(Continued)*

JD-CL-28A   Rev. 2-21

LISTEXH

Name of case
**Theodora F. Antar v. Matthew J. Lodice**

Docket number
**NNH-FA-19-5046828-S**

| | | Plaintiff's Exhibits Continued | | Entered as Full or ID | | | Plaintiff's Exhibits Continued | | Entered as Full or ID |
|---|---|---|---|---|---|---|---|---|---|
| ☐ ID ☒ Full | 27 | Police Report 4/27/21 | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 53 | emails from 4/11/22 | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 28 | 5/1/23 hearing | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 54 | Matt admitting incompetent | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 29 | Lodice v Lodice financials | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 55 | Matt 2019 emails | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 30 | Monica ex-parte app | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 56 | Matt insisting court 2019 | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 31 | 4/14/23 hearing transcript | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 57 | 2019 emails mistreatment | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 32 | contempt instructions | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 58 | 11/18/2020 email threat | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 33 | state fee waiver info | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 59 | 12/10/2020 fake emergency | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 34 | NBPD report 11/12/22 | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 60 | The truth about WCC | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 35 | child lawyer state info | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 61 | WCC safety concerns | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 36 | Matthew background info | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 70 | 4/8/22 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 37 | Matthew photographer info | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 71 | 6/28/22 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 38 | Coercive control chart | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 72 | 12/1/22 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 39 | refusal to bring religion | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 73 | NBPD report about Dom | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 40 | Diamanto letter religion | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 74 | 3/27/23 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 41 | TRO transcript march 2021 | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | 75 | follow up email from SCAN | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 42 | TRO transcript nov 2022 | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | 76 | 12/29/20 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 43 | Irene letter religion | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | 77 | post-termination email | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 44 | Matt income illustration | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | 78 | 4/5/23 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 45 | messages with pete jones | ☐ Electronic ☐ Physical | | ☐ ID ☐ Full | 79 | 5/25/23 hearing transcript | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 46 | Grossman JRB complaint | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 80 | Matt contradicting himself | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 47 | 3/9/22 transcript | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 81 | Matt sex offender radius | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 48 | refusal church birthday | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 82 | Matt insisting on calling | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 49 | email Luedeman hospital | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 83 | victim statement re: matt | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 50 | failure comply OFW | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 84 | OPD statement 4/7/23 | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 51 | 4/12/22 emails from matt | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 85 | Matthew deposition 3/21/23 | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 52 | hope you're happy emails | ☐ Electronic ☐ Physical | | ☐ ID ☒ Full | 86 | Stephanie Janes report | ☐ Electronic ☐ Physical | |

*Page 1 of 2*

| Name of case | | Docket number |
|---|---|---|
| Theodora F. Antar v. Matthew J. Lodice | | NNH-FA-19-5046828-S |

| Plaintiff's exhibits continued | | | Entered as Full or ID | Plaintiff's exhibits continued | | | Entered as Full or ID |
|---|---|---|---|---|---|---|---|
| ☐ ID ☒ Full | 87 | Matt withholding child | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 113, Matt alcoholism | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 88 | 6/4/09 hearing transcript | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 114, Matt depo 11422 | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 89 | Julianna letter to judge | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 115, Sunday school grad | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 90 | 10/22/22 hospital records | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 116, 61123 church bulletin | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 91 | Matt inability to provide | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 117, Matt failure religion | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 92 | Cherish Sheehan alcohol | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 118, refusal pay passport | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 93 | Matt court order Monica | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 119, Dennis reilly letter | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 94 | 3/1/23 hearing transcript | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 120, Angelina bday emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 95 | Archbishop visit email | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 121, confirming event | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 96 | emails begging after TRO | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 122, refusal sign up OFW | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 97 | verbally abusive texts | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 123, ROFR denial | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 98 | coercive control texts | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 124, harassing emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | 99 | coercive control document | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 125, Katagis pardon | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 100, sunday school reg | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 126, 6/15/23 transcript | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 101, 4/12/22 transcript | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 127, abandonment email | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 102, 4/9/23 email church | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 128, feb 2021 emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 103, matt begging 4/11/22 | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 129, abusive emails 2021 | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 104, march 2021 inconsist | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 130, legal abuse emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 105, matt begging in OFW | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 131, hostile communicatios | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 106, 31621 abusive emails | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 132, intimidation 2021 | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 107, more abuse 31621 | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 133, matt ultimatum emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 108, begging 41122 | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 134, love bombing | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 109, porn emails 62421 | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 135, 2021 cs emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 110, abusive emails 22821 | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 136, Matt coercion emails | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 111, OFW 82822 messages | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 137, Matt begging 2021 | ☐ Electronic ☐ Physical |
| ☐ ID ☒ Full | | 112, accusations via OFW | ☐ Electronic ☐ Physical | ☐ ID ☒ Full | | 138, matt relentlessly begs | ☐ Electronic ☐ Physical |

*Page 2 of 2*

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served with the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At *(Address of court)* | Docket number |
|---|---|---|
| **New Haven** | **235 Church St, New Haven, CT, 06510** | **NNH-FA-504-6828-S** |

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |
|---|---|
| **Antar, Theodora, F.** | **Lodice, Matthew, J.** |

## Section I — Request For Leave (Permission) To File

1. I am the  [X] Plaintiff   [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

FOR COURT USE ONLY

[X] Final order for custody that is dated:   **05/31/2023**

[X] Final order for visitation that is dated:   **05/31/2023**

*REQMOD*

| Signed *(Attorney or pro se party)*<br>*Theodora Antar* | Type or print name of person signing<br>**Theodora Antar** | Date signed<br>**06/05/2023** |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)*<br>**856 Shagbark Drive, Orange, CT, 06477** | | Telephone number *(Area code first)*<br>**203-273-8419** |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed *(Moving party or other person having personal knowledge of the facts recited in the motion for modification)*
▶

| Subscribed and sworn to before me on: | Date<br>6/5/23 | Signed *(Notary, Commissioner of Superior Court, Assistant Clerk)*<br>*Michelle Caldra* | MICHELLE DENISE CALD...<br>NOTARY PUBLIC<br>State of Connecticut<br>My Commission Expires<br>January 31, 2027 |
|---|---|---|---|

## Section III — Notice *(Check either A or B below)*

[X]  **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name<br>**Matthew J. Lodice** | Date mailed/delivered<br>**06/05/2023** |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* *<br>**23 Lyman st, #2, New Britain, Ct, 06053** | | |
| Signed *(Attorney or pro se party)*<br>*Theodora Antar* | Type or print name of person signing<br>**Theodora Antar** | Date signed<br>**06/05/2023** |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ]  **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed *(Assistant Clerk, Commissioner of the Superior Court)* | Date signed |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number<br>**NNH-FA-504-6828-S** |
|---|---|---|
| ' | | |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

‖‖‖‖‖‖‖‖‖‖
*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

| By the Court | Date of Order |
|---|---|

NNH-FA19-5046828S                              SUPERIOR COURT

                                               NEW HAVEN

THEODORA F.  ANTAR

PLAINTIFF                        :             CONNECTICUT

VS.                              :

MATTHEW LODICE

DEFENDANT                        :             JULY 2, 2023


## MOTION FOR STAY OF TRIAL COURT ORDERS


The Plaintiff-Appellant in this action respectfully moves that the trial court orders in this action be stayed and vacated. In accordance with Practice Book section 66-2, the following is for consideration of the court pursuant to this motion:


I.       **BRIEF HISTORY OF THE CASE**

Plaintiff initiated a court action in September of 2019 in New Haven Superior Court to obtain court ordered child support payments, legal custody, and a visitation schedule for Angelina. The parties attended hearings on 11/5/2019 and 11/7/2019 and a final judgment was subsequently entered which ordered Mr. Lodice to pay 50% of all childcare and medical payments, and $120.00 per week in child support to Ms. Antar. The court ordered joint custody between the parties and primary residency with Ms. Antar. Visitation was ordered to be worked out between the parties on a week-by-week basis, and Mr.

Lodice was also ordered to allow Ms. Antar to obtain a passport for Angelina. The parties then entered into an agreement without court appearance on 6/18/2021 and modified the visitation schedule to set a specific schedule for the Defendant and specify parenting arrangements regarding holidays and other special events.

In November of 2021, Ms. Antar filed a motion for contempt for Mr. Lodice's nonpayment of child support and a motion for modification to increase the child support amount as Mr. Lodice was making substantially more income at the time. In March of 2022, both parties filed post-judgment motions for modification of custody/visitation/access as well as contempt motions. Most of these motions were resolved by agreement in April of 2022, however subsequently several other contempt and modifications were filed by both of the parties. A 2-hour hearing took place on 4/5/23 and another 2-hour hearing took place on 5/25/23 regarding some, but not all, of the post-judgment motions that were pending at the time.

At the end of the 5/25/23 hearing, a "temporary" order was put in place that was said to give the Defendant sole legal and sole physical custody of the minor child and stated that the Plaintiff-Appellant was to be "supervised under conditions as determined by the father" and a court date was set for 6/15/23. Between 5/25/23 to 6/15/23, Ms. Antar this appeal, a motion for disqualification of judicial authority, and several post-judgment motions, including an emergency ex-parte motion for custody of the minor child, motion for modification, motion for contempt, and several emergency applications for relief from abuse. All those motions were set to be heard on 6/15/23 at 2:00PM.

On 6/15/23, none of the aforementioned motions were heard. The only thing that took place was the testimony of two witnesses who were subpoenaed sua sponte by the court.

## II.     SPECIFIC FACTS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

Ms. Antar, The Plaintiff-Appellant relies on the fact that Judge Jane Grossman denied her the right to due process and the right to a fair hearing. Judge Jane Grossman's biased and prejudiced decision to make a drastic court order sua sponte that forced a 4-year-old young girl to leave the only home she ever knew with her mother and older sister where she lived as her primary residence for four years and go to live with her father who has a long history of violence, criminal history, and substantiations of neglect and abuse with DCF for neglecting his other children.

Mr. Lodice failed to comply with several court orders, such as: refusing to pay child support, refusing to pay for court-order childcare and medical costs, refusing to comply with court orders to attend mediations for a custody evaluation, refusing to sign releases for prior mental health providers to access mental health information for a custody evaluation, refusals to comply with court ordered discovery and mandatory disclosure, refusals to comply with orders to produce previously ordered discovery and disclosure, and continuing to harass and psychologically abuse the Plaintiff-Appellant throughout the process of litigation abuse as a form of coercive control in violation of statutory laws set forth in Public Act 21-78, The Best Interest of the Child Standard, and

other statutes regarding custody, visitation, and the modification of existing orders without agreement of the parties.

Judge Jane Grossman ignored all 17 factors of the "Best Interest of the Child Standard" and made her decision to give Ms. Antar supervised visitation of her child with no set schedule and leave it up to the entire discretion of an individual who she is the protected party of a protective order with based solely on her bias, prejudice, and dislike of Ms. Antar.

### III.    LEGAL GROUNDS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

In accordance with both state, federal, and constitutional laws, the Plaintiff-Appellant relies on the fact that her constitutional rights were violated, and the Superior Court New Haven and in particular all orders entered into by the Honorable Jane Kupson Grossman were in violation of constitutional and statutory provisions, in excess of the statutory authority, made upon unlawful procedure, affected by other error of law, clearly erroneous in view of reliable, probative, and substantial evidence on the whole record, and/or arbitrary or capricious or characterized by abuse of discretion, bias, or clearly unwarranted exercise of discretion.

THE PLAINTIFF,


*Theodora Antar*
_____

By:

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477


ORDER


The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

BY THE COURT,

_____

JUDGE  /  CLERK

<u>CERTIFICATION</u>

 This is to certify that on or about the above date 7/2/23, a copy of the foregoing was

delivered to:


Matthew Lodice

matthewlodice@gmail.com

48 Quarry Hill Rd

Waterbury, CT



*Theodora Antar*

_____

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/5/2023

<u>ORDER</u>

ORDER REGARDING:
07/05/2023 321.00 MOTION FOR STAY

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The date of signature and certification on the Request for Leave does not comport with the date on the appended Proposed Motion.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served with the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At  (Address of court) | Docket number |
|---|---|---|
| **New Haven** | **235 Church St, New Haven, CT, 06510** | **NNH-FA-504-6828-S** |

| Plaintiff's name  *(Last, first, middle initial)* | Defendant's name  *(Last, first, middle initial)* |
|---|---|
| **Antar, Theodora, F.** | **Lodice, Matthew, J.** |

## Section I — Request For Leave (Permission) To File

1. I am the   [X] Plaintiff      [ ] Defendant      in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the  *(Check all that apply)*:

**FOR COURT USE ONLY**

[X]  Final order for custody that is dated:        **05/31/2023**

[X]  Final order for visitation that is dated:        **05/31/2023**

*REQMOD*

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | **Theodora Antar** | **06/05/2023** |

| Address *(Number, street, town or city, state and zip code)* | Telephone number  *(Area code first)* |
|---|---|
| **856 Shagbark Drive, Orange, CT, 06477** | **203-273-8419** |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed *(Moving party or other person having personal knowledge of the facts recited in the motion for modification)*
▶

| Subscribed and sworn to before me on: | Date  6/5/23 | Signed *(Notary, Commissioner of Superior Court, Assistant Clerk)* *Michelle Caldra* |
|---|---|---|

MICHELLE DENISE CALD...
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## Section III — Notice *(Check either A or B below)*

[X]  **A - Certification**  *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name<br>**Matthew J. Lodice** | Date mailed/delivered<br>**06/05/2023** |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* *<br>**23 Lyman st, #2, New Britain, Ct, 06053** | | |
| Signed, *(Attorney or pro se party)*<br>*Theodora Antar* | Type or print name of person signing<br>**Theodora Antar** | Date signed<br>**06/05/2023** |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

[ ]  **B - Instruction to proper officer**  *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |
| Signed  *(Assistant Clerk, Commissioner of the Superior Court)* | Date signed |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing.  To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period.  If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number |
| --- | --- | --- |
| ' | | **NNH-FA-504-6828-S** |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
| --- | --- |
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
| --- | --- | --- |

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
| --- | --- | --- |

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

_____

_____

_____

_____

| By the Court | Date of Order |
| --- | --- |

DOCKET NO.: NNH-FA19-5046828-S    :                SUPERIOR COURT

THEODORA ANTAR                    :                J.D. OF NEW HAVEN

VS.                               :                AT NEW HAVEN

MATTHEW LODICE                    :                  JULY 5, 2023


### MOTION TO REARGUE/RECONSIDER PURSUANT TO P.B. § 11-11


Pursuant to Connecticut Practice Book § 11-11, the Plaintiff-Appellant Theodora F. Antar respectfully moves this Court for an order permitting argument on the decision rendered by the Court in the above-captioned case on May 31, 2023, wherein the Court entered in orders that resolved "all pending motions" in favor of the defendant Matthew J. Lodice and granted judgment in favor of the defendant and against the plaintiff on the plaintiff's motion #202 which was filed on 7/25/22.

The specific ground upon which this motion is predicated is that the plaintiff-appellant was never given any opportunity for this motion to be heard.  In support of this motion the plaintiff-appellant more specifically represents as follows:

The Plaintiff-Appellant filed a motion for mental or physical exam (entry#202) on 7/25/22 in New Haven Superior Court. The motion stated that "The Plaintiff Theodora F. Antar is requesting that a full psychological examination be ordered to be performed on the defendant Matthew J. Lodice. Matthew J. Lodice has substantial mental health issues that are currently being left untreated, in addition to significant alcohol and substance abuse issues. He has refused to get therapy and refused to get help for his mental health issues. I am asking that the court order a full psychological examination and a full drug

1

test to be performed on the defendant to evaluate his fitness to continue to have unsupervised visitation with the child and to continue to take her for weekends at a time."

A hearing was never scheduled for this motion to be heard, and as a result, the motion was never heard.

As such, reargument is appropriate pursuant to Connecticut Practice Book § 11-11, and the plaintiff-appellant respectfully requests that the Court grant reargument, reverse its bench decision, and enter judgment in favor of the plaintiff-appellant.

THE PLAINTIFF,

*Theodora Antar*

By:

Theodora Antar

856 Shagbark Drive, Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

2

BY THE COURT,

_____

JUDGE  /  CLERK

<u>CERTIFICATION</u>

 This is to certify that on or about the above date, a copy of the foregoing was delivered

to:

Matthew Lodice

48 Quarry Hill Rd

Waterbury, CT, 06706

Appearance for: IV-D Child Support Only
 Office of Child Support Services
Office of Child Support Services A (104016)
Dept of Social Services, 50 Humphrey Street New Haven, CT, 06513

SUPPORT ENFORCEMENT (FAMILY) Juris: 104033
SES-NEW HAVEN, 414-A CHAPEL STREET 2ND FLOOR, NEW HAVEN, CT 06511

Attorney General (Family) 46b-55(a)
AAG Gail M. Lawrence (401580)
AG-Collections/Child Sup
165 Capitol Ave, 4th Floor, Hartford, CT, 06106

By, The Plaintiff,

_Theodora Antar_
_____

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/5/2023

<u>ORDER</u>

ORDER REGARDING:
07/05/2023 322.00 MOTION TO REARGUE/RECONSIDER

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The date of signature and certification on the Request for Leave does not comport with the date on the appended Proposed Motion.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**APPLICATION FOR CONTEMPT ORDER, INCOME WITHHOLDING, AND/OR OTHER RELIEF**
JD-FM-15  Rev. 3-17
C.G.S. §§ 46b-215, 46b-220, 46b-231, 52-362;
45 CFR 303.6

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

731274*2

| Court Use Only |
| --- |
| **CITWFRD** |

**Instructions**

**To Support Enforcement Officer**
1. Complete "Application" and "Order and Summons."
2. Forward to proper officer for service.
3. Keep a copy for your files.
4. Return original to clerk after service.

**To Clerk**
1. Check all information for accuracy.
2. Sign the "Order" and "Summons."
3. Return original to preparer.
**To Proper Officer**
See instructions on back/page 2.

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Application

This Application is against *(Give name and address of respondent)* Matthew J. Lodice, 23 LYMAN ST APT 2, NEW BRITAIN, CT

and is for: "x" all that apply
[X] A Contempt Order
[X] An Income Withholding
[X] A Plan to pay past-due support
[X] An Order to participate in work activities

| Name of case *(Plaintiff vs. Defendant)* | Docket number |
| --- | --- |
| Theodora F. Antar vs. Matthew J. Lodice | NNHFA195046828S |

| Judicial District | Address of Court *(Number, street, and town)* |
| --- | --- |
| NEW HAVEN | 235 CHURCH STREET, NEW HAVEN, CT 06510 |

| Name of applicant *(Support Enforcement Officer making application)* | Address of applicant *(Number, street, and town)* |
| --- | --- |
| Olha Lisowitch | SES, 414-A CHAPEL ST., NEW HAVEN, CT |

| Date of judgment or agreement | Amount of Order | Total balance owed | Delinquency *(Amount overdue)* | As of *(Date)* |
| --- | --- | --- | --- | --- |
| 06/01/22 | $ 24/WK | $ 5,511.13 | $ 3,549.00 | 06/08/23 |

Health insurance ordered
[ ] Not made available     [ ] Not maintained

Contributions not made
[X] Child care     [ ] Unreimbursed medical expenses

*I certify that the information given above is true to the best of my knowledge and belief:*

| Signed | Title *(If applicable)* | Date signed |
| --- | --- | --- |
| *Lisowitch* | S. E. O. | 06/08/23 |

| Name of person signing | Address *(Number, street, and town)* | Telephone number |
| --- | --- | --- |
| Olha Lisowitch | 414-A CHAPEL ST., NEW HAVEN, CT | (203) 789-7485 |

## Order And Summons

The respondent named above is ordered to come to the Superior Court/Family Support Magistrate Division at:

| Address of Superior Court/Family Support Magistrate Division | On *(Day of week)* | Date *(Month, day, year)* | Time *(A.M./P.M.)* |
| --- | --- | --- | --- |
| 235 CHURCH STREET, NEW HAVEN, CT | WED | 8/2/23 | 9:00 AM |

to: "x" all that apply
1. [X] Give the reason or reasons why he or she should not be found to be in contempt of court for:
   [X] not paying support,
   [X] not paying child care,
   [ ] not paying unreimbursed medical expense contributions,
   [ ] not providing or maintaining health insurance as ordered by the Court or by the Family Support Magistrate.
2. [X] Give the reason or reasons why:
   [X] an income withholding should not be ordered against the respondent,
   [ ] a license suspension should not be ordered against the respondent,
   [X] an order for a plan to pay any past-due support should not be ordered against the respondent,
   [X] an order to participate in work activities should not be ordered against the respondent.

**To: Any Proper Officer**
**By Authority of the State of Connecticut,** you are commanded to serve and make return of service of this application and order on the respondent named above according to law at least 12 days, inclusive, before the court appearance "Date" indicated above.

| By the Court/Family Support Magistrate Division | | Signed *(Assistant Clerk, Support Enforcement Officer)* | Date signed |
| --- | --- | --- | --- |
| Green | [ ] J. [X] F.S.M | | 6/12/23 |

**Notice To Respondent** *(To be completed by proper officer)*

1. **You have been ordered to be in court at:**

| Address of Superior Court/Family Support Magistrate Division | On *(Day of week)* | Date *(Month, day, year)* | Time *(A.M./P.M.)* |
| --- | --- | --- | --- |
| 235 CHURCH STREET, NEW HAVEN, CT | WED | 8/2/23 | 9:00 AM |

2. **If you do not come to court on the court date and time shown above, a capias may be issued** *(ordered)* **for your arrest and an income withholding may be ordered against your income.**

3. **Your ability to pay is the most important thing that the court will look at when deciding whether you are in contempt (have failed to follow the court order) and what the consequences will be for that contempt.**

4. **In certain situations, the Court or Family Support Magistrate may order that your motor vehicle driver's license, commercial driver's license, or your professional, occupational, or recreational license (if you have one) is suspended if you have failed to follow the support order. The Court or Family Support Magistrate may also order a plan for payment of any past-due support and require you to take part in work activities so that you can follow the support order.**

*(Page 1 of 2)*     **CONTEMPT ORDER/INCOME WITHHOLDING**

**Order** *(For use by Court/Family Support Magistrate Division only)*

This application has been heard and it is found that the Respondent is in arrears as of *(date)* _____ in the

amount of $_____. It is **ordered**:

| By the Court/Family Support Magistrate Division | J. ☐ F.S.M. | Signed *(Assistant Clerk)* | Date of Order |
|---|---|---|---|
| | | | |

**Instructions To Proper Officer**

*1. If applicable, fill in information required in the "Order and Summons" section and the "Notice to Respondent" section on front before making service.*
*2. Serve the copy on the respondent.*
*3. Complete the "Return of Service" section below and return.*

## Return of Service

Then and there by virtue of the original application, and by order of the Court or Family Support Magistrate Division,
I served the Respondent with a true and attested copy of the original application, order and summons by *(specify
method of service)* _____ Served on the _____

The within and foregoing is the original application, order and summons with my doings thereon endorsed.

| Signed *(State Marshal, Support Enforcement Off., Proper Officer)* | Print name and title of signer | Date served |
|---|---|---|
| | SSI    Jose Tulin | 6/28/23 |

COPY  _____

ENDORSEMENT  _____

SERVICE  _____

TRAVEL  _____

TOTAL  _____

A TRUE AND ATTESTED COPY, ATTEST: _____

*(State Marshal or proper officer)*

JD-FM-15 (back/page 2)  Rev. 3-17

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

7/5/2023

<u>ORDER</u>

The following order is entered in the above matter:

ORDER:

The Magistrate hearing date on this matter NNH FA19-5046828 for 8/2/2023 and NNH FA19-6096801 for 7/14/2023 shall be continued to a date to be scheduled by Caseflow. Both cases shall be scheduled and heard on the same date and time. All parties, counsel and Support Enforcement Services are ordered to appear.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.



## STATE OF CONNECTICUT

### SUPREME COURT
### APPELLATE COURT

CARL D. CICCHETTI
CHIEF CLERK

231 CAPITOL AVENUE
HARTFORD, CT 06106

RENÉ L. ROBERTSON
DEPUTY CHIEF CLERK

TEL. (860) 757-2200

July 6, 2023

**RE: A.C. 46588,** *Theodora F. Antar* v. *Matthew J. Lodice*

Dear Counsel of Record:

Please be advised that as of this date, the name of the above-captioned appeal has been changed to **AC 46588,** *T.A.* v. *M.L.* See the federal Violence Against Women Act Reauthorization Act of 2022. **Please use the new case caption on all future filings with this court.**

Your cooperation is appreciated.

Very truly yours,

_____/s/_____
Sarah Hanna
Assistant Clerk, Appellate

cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNH-FA19-5046828-S

371037APPEAL-SC-20851 7/5/2023 10:11:49 PM

| [x] **APPEAL** | [ ] **JOINT APPEAL** | [ ] **CROSS APPEAL** | [ ] **AMENDED APPEAL** | [ ] **CORRECTED FORM** |

JD-SC-33   Rev. 11-21
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

| [x] **To Supreme Court** | [ ] **To Appellate Court** |

Name of case *(State full name of case)*
**ANTAR, THEODORA, F v. LODICE, MATTHEW, J**

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*
**Appeal**

| | | |
|---|---|---|
| **Trial Court History** | Tried to<br>**Court** | Trial court location<br>**235 CHURCH STREET  New Haven CT 06510** |
| | Trial court judges being appealed<br>**HON JANE K GROSSMAN** | List all trial court docket numbers, including location prefixes<br>**NNH-FA-19-5046828-S**<br>**Continued** |
| | All other trial court judges who were involved with the case<br>**HON. ERIKA M. TINDILL**<br>**Continued** | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* |
| | Date of judgment(s) or decision(s) being appealed<br>**06/29/2023 Continued** | Date of issuance of notice on any order on any motion that would render judgment ineffective | Date for filing appeal extended to |
| | Case type<br>**Family** | For Juvenile Cases<br>[ ] Termination of Parental Rights  [ ] Order of Temporary Custody |
| | For Civil/Family Case Types, Major/Minor code:<br>**F71** | [ ] Other |

| | |
|---|---|
| **Appeal** | Appeal filed by *(Party name(s))*<br>**Theodora Antar** |
| | From *(the action that constitutes the appealable judgment or decision)*<br>**Custody/Visitation/Child Support action** |
| | If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order |
| | Statutory Basis for Appeal to Supreme Court<br>**no adequate remedy at law, clear right to relief, violation of rights** |

| By *(Signature of counsel of record)*<br>▶ **lookittstheo** | Telephone number<br>**203-273-8419** | Fax number | Juris number *(If applicable)* |

| | |
|---|---|
| **Appearance** | Type name and address of counsel of record filing this appellate matter<br>*(This is your appearance; see Practice Book Section 62-8)*<br>Theodora  Antar  856 shagbark drive  orange CT 06477 | E-mail address<br>**theodoraantar@gmail.com** |

"X" one if applicable
[ ] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.

| [ ] Counsel or self-represented party who files this appeal is appearing **in place of:** | Name of counsel of record | Juris number *(If applicable)* |

| | |
|---|---|
| **Certification** | I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3. |

| Date to be delivered<br>**07/05/2023** | If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered |
| *If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, and telephone number of each counsel of record and the address where the copy was delivered.* | Signed *(Counsel of record)*<br>▶ **lookittstheo** | Date signed<br>**07/05/2023** |

| | |
|---|---|
| **Required Documents** | To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.<br>1. Preliminary Statement of the Issues<br>2. Designation of the Proposed Contents of the Clerk Appendix<br>3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary<br>4. Docketing Statement<br>5. Statement for Preargument Conference (form JD-SC-28A)<br>6. Constitutionality Notice<br>7. Sealing Order form, if any |

| [x] Entry Fee Paid   [ ] No Fees Required   [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)* | *Court Use Only*<br>Date and time filed |

| Judge | Date waived | |

# Appeal Form (continued)

**CASE NAME:**
ANTAR, THEODORA, F v. LODICE, MATTHEW, J

**OTHER TRIAL COURT JUDGES**
HON. ERIKA M. TINDILL
HON. JENNIFER S. AGUILAR
DANIEL KLAU
HON. MARK T GOULD
HON. MAUREEN PRICE-BORELAND
Christopher Griffin
HON. MARGARET M. MURPHY
HON. KAREN A. GOODROW
HON. JAMES G. KENEFICK
donald green
HON. SUSAN A. CONNORS
HON. MICHAEL L. FERGUSON

**JUDGMENT DATES**
06/29/2023
06/22/2023
06/21/2023
06/19/2023
06/30/2023
06/16/2023
06/14/2023
06/15/2023
06/11/2023
06/08/2023
06/08/2023
06/13/2023
06/09/2023
05/31/2023
05/30/2023
05/25/2023
05/23/2023
05/22/2023
07/05/2023
07/03/2023

# Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

Theodora Antar
Self Rep: Theodora Antar
856 shagbark drive
orange, CT 06477
Phone: (203) 273-8419   Fax:
Email: theodoraantar@gmail.com

**ALL OTHER PARTIES AND APPEARANCES**

THEODORA F ANTAR
Self Rep: THEODORA F ANTAR

## Appeal Form (continued)

MATTHEW J LODICE
    Self Rep: MATTHEW J LODICE
        Revised Information: 48 Quarry Hill Rd, Waterbury, CT, 06706

SUPPORT ENFORCEMENT (FAMILY)
    Juris: 104033 SES-NEW HAVEN
        414-A CHAPEL STREET
        2ND FLOOR
        NEW HAVEN, CT 06511
        Phone:  Fax:
        Email:

MOTION TO INTERVENE
    Self Rep: MOTION TO INTERVENE

AAG Gail M Lawrence (401580)  - Manually Added Party
    Revised Information: AG-Collections/Child Sup 165 Capitol Ave, 4th Floor, Hartford, CT, 06106

Office of Child Support Services  - Manually Added Party
    Revised Information: Dept of Social Services, 50 Humphrey St, New Haven, CT, 06513

## Additional Trial Court Docket Numbers Appealed

NNH-FA-19-6096801-S
Theodora F. Antar v. Matthew J. Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON. JANE K GROSSMAN, HON. FREDERIC GILMAN, HON. JENNIFER S. AGUILAR, HON. DANIEL R GREEN
Judgment Date(s): 07/05/2023, 06/21/2023, 06/22/2023

AAN-FA-23-5023487-S
Angelina Lodice PPA Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON. ERIKA M. TINDILL, HON JANE K GROSSMAN
Judgment Date(s): 06/06/2023

HHB-FA-23-5033889-S
Angelina Lodice PPA Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN, HON. TAMMY D. GEATHERS
Judgment Date(s): 06/09/2023, 06/15/2023, 06/22/2023, 05/25/2023, 05/31/2023

NNH-FA-23-5057106-S
Theodora F. Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023

NNH-FA-23-5057154-S
Theodora Antar v. Matthew J. Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023

## Appeal Form (continued)

NNH-FA-23-5057121-S
Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023



# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

CARL D. CICCHETTI
CHIEF CLERK

231 CAPITOL AVENUE
HARTFORD, CT 06106

RENÉ L. ROBERTSON
DEPUTY CHIEF CLERK

TEL. (860) 757-2200

July 6, 2023

RE: SC 20851, *T. A. v. M. L.*

Dear Counsel of Record:

It appears from a review of the file in the above-captioned matter, that the appeal was not filed to the proper court. The appeal is transferred to the Appellate Court pursuant to Connecticut Practice Book § 65-4 and is assigned docket number *AC 46666*. Use only the Appellate Court number on all future filings.

The clerk assigned to your case is Attorney Sarah Hanna. If you have questions concerning this matter, your case manager may be reached at 860-757-2225.

Very truly yours,

_____/s/_____
Carl D. Cicchetti
Chief Clerk

cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNHFA195046828S



# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

CARL D. CICCHETTI
CHIEF CLERK

RENÉ L. ROBERTSON
DEPUTY CHIEF CLERK

231 CAPITOL AVENUE
HARTFORD, CT 06106

TEL. (860) 757-2200

July 7, 2023

RE:  **S.C. 20851**, *Theodora F. Antar* v. *Matthew J. Lodice*, transferred to
**AC 46666**, *Theodora F. Antar* v. *Matthew J. Lodice*

Dear Counsel of Record:

Please be advised that as of this date, the name of the above-captioned appeal has been changed to **AC 46666**, *T.A.* v. *M.L.*  See the federal Violence Against Women Act Reauthorization Act of 2022.  **Please use the new case caption on all future filings with this court.**

Your cooperation is appreciated.

Very truly yours,

_____/s/_____
Sarah Hanna
Assistant Clerk, Appellate

cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNH-FA19-5046828-S

**WITHDRAWAL**
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
NNH-FA19504682S

Return date *(For Civil and Housing cases only)*

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
Antar, Theodora F. V. Lodie, Matthew J.

☑ Judicial District    ☐ Housing Session    Address of court *(Number, street, town and zip code)* 235 Church St New Haven, CT

**Dispositive (Complete) Withdrawal**
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   ☐ The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   ☐ A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial Withdrawal**
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | |
|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☒ Intervening Complaint |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☒ Third Party Complaint |
| (WDCOUNT) | ☐ Counts of the complaint: | | |

(WOAAP)   ☐ Plaintiff(s): _____

(WOAAD)   ☐ Complaint against defendant(s): _____
                                                                            only without costs

(WOM)   ☒ Motion: 267, 267-1, 267.11,

           ☐ Other: _____

**Signature of Filer(s)**
Party [signature] ; By  Diamond Antonellis   Attorney or Self-represented party
Party _____ ; By _____   Attorney or Self-represented party
Party _____ ; By _____   Attorney or Self-represented party
Party _____ ; By _____   Attorney or Self-represented party

Name & Address of Filer(s): ▶ Diamond Antonellis
21 Bilma Rd Woodbridge, CT

**Certification**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 7/11/23 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.
Name and address of each party and attorney that copy was or will be mailed or delivered to
Matthew Lodie 48 Quarry Hill Rd Watrbury CT

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ [signature] | Print or type name of person signing Diamond Antonellis | Date signed 7/11/23 |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* 21 Bilma Rd, Woodbridge, CT 06525 | | Telephone number 203-[illegible] |

[Print Form]        [Reset Form]

329
WOM

CHIEF CLERK'S OFFICE

Judicial District of New Haven SUPERIOR COURT FILED JUL 07 2023

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form. <br> 2. Have this form served with the attached motion for modification on the opposing party and return it to the court. <br> 3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2. <br> 2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request. <br> 2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06511 | NNH-FA19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff   ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply)*:

☑ Final order for custody that is dated: 6/22/2023

☑ Final order for visitation that is dated: 06/22/2023

FOR COURT USE ONLY

*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶

| Subscribed and sworn to before me on: | Date 07/06/2023 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldron* | MICHELLE DENISE CALDRO... NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |
|---|---|---|---|

## Section III — Notice *(Check either A or B below)*

☑ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/06/2023 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) * |
|---|
| 48 Quarry Hill Rd, Waterbury, CT, 06706 |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| | Docket number |
|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

| By the Court | Date of Order |
|---|---|

Print Form          Page 2 of 2          Reset Form

DOCKET NO.: NNH-FA19-5046828-S    :         SUPERIOR COURT

THEODORA ANTAR    :         J.D. OF NEW HAVEN

VS.    :         AT NEW HAVEN

MATTHEW LODICE    :         JULY 5, 2023

## **MOTION TO REARGUE/RECONSIDER PURSUANT TO P.B. § 11-11**

Pursuant to Connecticut Practice Book § 11-11, the Plaintiff-Appellant Theodora F. Antar respectfully moves this Court for an order permitting argument on the decision rendered by the Court in the above-captioned case on May 31, 2023, wherein the Court entered in orders that resolved "all pending motions" in favor of the defendant Matthew J. Lodice and granted judgment in favor of the defendant and against the plaintiff on the plaintiff's motions #130 and motions #131 which were filed on 11/29/21 and 11/30/21, respectfully.

The specific ground upon which this motion is predicated is that the plaintiff-appellant was never given any opportunity for either of these motions to be heard. In support of this motion the plaintiff-appellant more specifically represents as follows:

The Plaintiff-Appellant filed a motion for contempt (entry#130) on 11/29/21 in New Haven Superior Court. The motion stated that "Matthew was ordered to pay child support, childcare, and medical costs. He is refusing to pay and owes $1200.00 in unpaid child support and $221.00 in unpaid childcare. He also hasn't been giving me right of first refusal.

1

A hearing was scheduled for this motion to be heard by Judge Jane Kupson Grossman on 12/13/21, in which she set it for a hearing date on 2/10/22 at 2:00PM. The hearing was subsequently marked off and the motion was never heard.

Furthermore, the plaintiff-appellant also filed motions #131&132 which were keyed in as Order to show cause and Post-Judgment Motion for Modification- Child support, custody. In these motions, the plaintiff-appellant stated that she was seeking a modification because "Matthew makes substantially more money and has not been consistent with visitation."

The plaintiff-appellant asked that the court order current support, increase current support, contribute to child care, and immediate income withholding. The motion also requested that custody be modified to "change drop off/pick up location" A hearing was scheduled for this motion to be heard by Judge Jane Kupson Grossman on 12/13/21, in which she set it for a hearing date on 2/10/22 at 2:00PM. The hearing was subsequently marked off and the motion was never heard.

As such, reargument is appropriate pursuant to Connecticut Practice Book § 11-11, and the defendants respectfully request that the Court grant reargument, reverse its bench decision, and enter judgment in favor of the defendants on their defense and counterclaim.

THE PLAINTIFF,

By: _____

Theodora Antar

856 Shagbark Drive, Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

_____

JUDGE / CLERK

3

## CERTIFICATION

This is to certify that on or about the above date, a copy of the foregoing was delivered
to: *on 7/10/20*

Matthew Lodice

48 Quarry Hill Rd

Waterbury, CT, 06706

Appearance for: IV-D Child Support Only
 Office of Child Support Services
Office of Child Support Services A (104016)
Dept of Social Services, 50 Humphrey Street New Haven, CT, 06513

SUPPORT ENFORCEMENT (FAMILY) Juris: 104033
SES-NEW HAVEN, 414-A CHAPEL STREET 2ND FLOOR, NEW HAVEN, CT 06511

Attorney General (Family) 46b-55(a)
AAG Gail M. Lawrence (401580)
AG-Collections/Child Sup
165 Capitol Ave, 4th Floor, Hartford, CT, 06106

By, The Plaintiff,

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

4

ORDER   435701

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
    V.                                      AT NEW HAVEN
LODICE, MATTHEW, J
                                              8/2/2023


<u>ORDER</u>


ORDER REGARDING:
07/07/2023 330.00 MOTION TO REARGUE/RECONSIDER

The foregoing, having been considered by the Court, is hereby:

ORDER:

The request for leave is granted.

Having reviewed the motion for reconsideration, the motion is denied.

Judicial Notice (JDNO) was sent regarding this order.

                               435701
                 _____

                 Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.



# APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters. For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court for payment of costs of service of process is denied, and upon request, schedule a hearing.

**Name of case** *(Name of plaintiff v. Name of defendant)*
THEODORA ANTAR V MATTHEW LODICE

**Docket number** *(if applicable)*
NNHFA195046828S

**Judicial District**
NEW HAVEN

**Address of court**
235 CHURCH ST NEW HAVEN CT 06511

**Name of applicant** *(Last, first, middle initial)*
ANTAR, THEODORA, F

**Address of applicant** *(Number, street, town, state and zip code)*
856 SHAGBARK DRIVE, ORANGE, CT, 06477

**Phone number**
2032738419

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [X] Other *(ex parte custody, etc.)* (Specify): EMERGENCY EX-PARTE MOTION OF CUSTODY
- [X] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [X] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*
- [ ] Entry fee *(fee to file a new case)*
- [X] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.)* (Specify): _____
- [X] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*
The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*
- [X] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** *(people supported by you)*
Total number of dependents *(not including yourself)* [ 2 ]

**2. Monthly Income**
A. Gross monthly income *(before deductions)* .................
B. Net monthly income *(after taxes)* from employment.........  +
C. Other income *(TFA, Social Security, child support, alimony, etc.)* *(Specify which one(s) here):*  637.00
=
**Total Monthly Income (B+C)**  $ 0.00 637.00

**3. Monthly Expenses**
A. Rent/Mortgage .....................  1650
B. Real Estate Taxes.....................
C. Utilities *(telephone, electric, water, gas, cable, etc.)*  350
D. Food, *not including SNAP (food stamps)*..  950
E. Clothing .....................  20
F. Insurance Premiums *(medical/dental, auto, life, home)*........  280
G. Medical/Dental *(costs not covered by insurance)*...........  378
H. Transportation *(bus, gasoline, etc.)*.......  300
I. Child Care .....................  354
J. Other *(child support, alimony, etc.) (Specify):*

**Total Monthly Expenses**  $ 0.00

Judicial District of New Haven
SUPERIOR COURT
FILED
JUL 10 2023
CHIEF CLERK'S OFFICE

**4. Assets**

| | Estimated Current Value or Balance | Equity |
|---|---|---|
| A. Real Estate ........ | | Real Estate $ 0.00 |
| B. Motor Vehicles.... | | Motor Vehicle $ 0.00 |
| C. Other Personal Property *(for example, jewelry)* | | Other Property $ 0.00 |
| D. Savings Account Balance *(Total of all accounts)*........ | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | Checking |
| F. Cash........ | | Cash |
| G. Other Assets *(Specify):* | | Other Assets |
| | **Total Assets** | $ 0.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | 56,000 | 400 |
| credit cards | 32,000 | 1000 |
| | | |
| | | |
| | | |
| **Total Liabilities** | $ 0.00 | $ 0.00 |

331

| Name of case | | Docket number *(if applicable)* |
|---|---|---|

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | | Print name of person signing at left | Date signed |
|---|---|---|---|
| | | Theodora Anton | 7/6/23 |
| Subscribed and sworn to before me: | On *(Date)* 7/6/23 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* Michelle Caldron | MICHELLE DENISE CALDRON NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent    ☐ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☐ Granted as follows:

1. The following costs are ordered paid by the State
   ☐ Costs of service of process not to exceed:    $ _____
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):* _____

2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):* _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is    ☐ Appointed *(Name):* Application is

☒ Denied. If denied only in part, specify: Not consistent with File

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* Grossman, J | On *(Date)* 7/10/23 | Signed *(Judge, FSM, Assistant Clerk)* | Date signed 7-10-23 |
|---|---|---|---|

JD-FM-75  Rev. 12-21    [ Print Form ]    Page 2 of 3    [ Reset Form ]

| Name of case | | Docket number *(if applicable)* |
|---|---|---|
| | | |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay      hereby orders the application:
☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed    $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
  AT NEW HAVEN

7/10/2023

<u>ORDER</u>

ORDER REGARDING:
07/10/2023 331.00 MOTION FOR WAIVER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Application is not consistent with the file.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Gina Kilian

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
      V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
      AT NEW HAVEN

7/10/2023

ORDER

ORDER REGARDING:
07/10/2023 331.00 MOTION FOR WAIVER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Application is not consistent with the file.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Gina Kilian

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# REQUEST FOR LEAVE

JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2. | 1. Send notice to all appearing parties of the court's order regarding this request. |
| 2. Have this form served with the attached motion for modification on the opposing party and return it to the court. | 2. Provide a copy to the other party and return this form to the court. | 2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |
| 3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | | |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06511 | NNH-FA19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff ☐ Defendant In this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply)*:

☑ Final order for custody that is dated: 6/22/2023

☑ Final order for visitation that is dated: 06/22/2023

*Judicial District of New Haven*
*SUPERIOR COURT*
*FILED*
*JUL 10 2023*
*CHIEF CLERK'S OFFICE*

FOR COURT USE ONLY

*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

| Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification) | |
|---|---|
| ► | MICHELLE DENISE CALDRO |
| Subscribed and sworn to before me on: Date 07/06/2023 | NOTARY PUBLIC State of Connecticut |
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldor* | My Commission Expires January 31, 2027 |

## Section III — Notice *(Check either A or B below)*

☑ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/06/2023 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) * |
|---|
| 48 Quarry Hill Rd, Waterbury, CT, 06706 |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

Print Form     Page 1 of 2     Reset Form



| | | Docket number |
|---|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*O B J E C T*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is Granted.

☐ The request for leave is Denied.

☐ It is hereby Ordered that:

_____

_____

_____

_____

_____

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 6-07

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions**

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2. | 1. Send notice to all appearing parties of the court's order regarding this request. |
| 2. Have this form served with the attached motion for modification on the opposing party and return it to the court. | 2. Provide a copy to the other party and return this form to the court. | 2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |
| 3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | | |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06511 | NNH-FA19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff   ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

| | FOR COURT USE ONLY |
|---|---|
| ☑ Final order for custody that is dated: 6/22/2023 | *REQMOD* |
| ☑ Final order for visitation that is dated: 06/22/2023 | |

| Signed (Attorney or pro se party) *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/06/2023 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) 856 Shagbark Drive, Orange, CT, 06477 | Telephone number (Area code first) 203-273-8419 |
|---|---|

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

| Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification) ▶ | MICHELLE DENISE CALDRO NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |
|---|---|
| Subscribed and sworn to before me on: | Date 07/06/2023 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldron* | |

## Section III — Notice *(Check either A or B below)*

☑ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/06/2023 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) 48 Quarry Hill Rd, Waterbury, CT, 06706 | | |
| Signed (Attorney or pro se party) *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/06/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*
**TO ANY PROPER OFFICER:**
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

*(stamp: JUDICIAL DISTRICT OF NEW HAVEN SUPERIOR COURT FILED JUL 10 2023 CHIEF CLERK'S OFFICE)*

---

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

---

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

| | Docket number |
|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**
☐ The request for leave is **Denied.**
☐ It is hereby Ordered that:

_____
_____
_____
_____

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 8-07

[ Print Form ]    [ Reset Form ]

# MOTION FOR MODIFICATION

JD-FM-174    Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 26-67, 25a-16, 25a-30
*(Select one)*



STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| For information on ADA accommodations, contact a court clerk or go to: **www.jud.ct.gov/ADA**. |

[ ] **Before judgment**    [X] **After judgment**    *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **23 Lyman St, #2, New Britain, CT, 06053** |

Type of Motion to Modify
[ ] Child Support    [ ] Alimony    [X] Custody    [X] Visitation    [ ] Other *(Specify):*

I, **Theodora Antar** *(Name)*, [X] the Plaintiff   [ ] the Defendant   [ ] a Support Enforcement Officer, state that:

1. This Court issued an order dated **05/31/2023** directing **Matthew J. Lodice** *(Name)*, residing at

**23 Lyman st, #2, New Britain, CT, 06053** *(Number, street, city, state, zip code)*    to: *(Complete the boxes that apply to your motion)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 0        every (per) | $ 0        every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ 0    every (per) | on the total arrearage owed of  $ | as of *(date)* |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| [ ] Joint legal custody  [X] Sole custody | **supervised visitation under father's sole discretion** | **father** |

| Provide health insurance coverage | Pay   **0**  % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| [X] No  [ ] Yes | | $ **0**      every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| **0**  % or $ | **mother's access determined by father in presence of third party designated by the father** |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

[X] Since the date of the order, the circumstances in this case have changed substantially, as follows:

**Matthew has completely alienated and isolated Angelina from me and my family, denied her access to school/medical care**

[X] The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

**father makes exponentially more money than mother based on clear and convincing evidence and proof via discovery**

3. The [ ] plaintiff  [ ] defendant   is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.    [X] Yes   [ ] No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past.  [X] Yes  [ ] No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General,
165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

| [ ] Order current support | [X] Find arrearage and order payment | [X] Order immediate income withholding |
|---|---|---|
| [ ] Increase current support | [X] Provide HUSKY/cash medical | [X] Provide health insurance coverage |
| [ ] Decrease current support | [ ] Contribute to child care | [ ] Other |

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

[ ] Increase   [ ] Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify custody as follows:
**sole legal and physical custody to mother**

*(Continued on page 2)*    Select appropriate court:    [ ] Superior Court    [ ] Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA-19-5046828-S |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

**no visitation for father**

## e. Other [ ]
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (if applicable) | Date signed |
|---|---|---|---|
| *Theodora Antar* | **Theodora Antar** | | **07/06/2023** |

| Address (Number, street, city, state, zip code) | | Phone number |
|---|---|---|
| **856 Shagbark Drive, Orange, CT, 06477** | | **203-2738419** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___07/06/2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**Matthew Lodice, 48 Quarry Hill Rd, Waterbury, CT, 06706**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ *Theodora Antar* | **Theodora Antar** | **7/6/23** |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of | Date |
|---|---|---|
| | Court Address | Room Number | Time |

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |

## Order   The court has heard this motion and orders it

[ ] Granted     [ ] Denied   and   [ ] Further orders (if applicable):

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid     [ ] Waived

JD-FM-174 (Page 2)   Rev. 3-20

**APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**
JD-FM-222  Rev. 11-22
C.G.S. § 46b-56f; P.A. 21-15

| This form is available in other language(s). |
| --- |

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.ct.gov

| Court Use Only |
| --- |
| EXPCUS |

*Instructions*
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is no court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

| Judicial District of | At (Town) | Return date (if applicable) | Docket number |
| --- | --- | --- | --- |
| New Haven | New Haven | | NNH-FA19-5046828-S |

**Name of case (Plaintiff v. Defendant)**
Antar, Theodora F. v. Lodice, Matthew J.

1. I, *(Name and address)*  Theodora F. Antar

am the Applicant for this emergency ex parte order of custody, and I am the ☒ Parent  ☐ Legal Guardian  of the following child or children for whom I am seeking this order *(attach additional sheets if necessary)*:

| Child's Name (First, Middle Initial, Last) | Date of birth (Month, day, year) |
| --- | --- |
| Angelina Maria Lodice | 05/21/2019 |
| | |
| | |

2. The Respondent *(Name and address)*  Matthew John Lodice, 48 Quarry Hill Rd, Waterbury, CT, 06706

is the ☒ Parent  ☐ Legal Guardian  of the child or children named above.

3. I am filing or there is already a pending matter in which I am a party for:

☐ divorce *(dissolution of marriage)*.          ☐ legal separation.

☐ annulment.          ☐ custody of the child or children named above.

☒ post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

**I ask the Court to enter the following ex parte orders:**

☒ Temporary legal and physical custody to  Theodora F. Antar

☐ Visitation as follows:

☒ No visitation.

☒ Respondent may not remove the child or children from the State of Connecticut.

☒ Respondent may not interfere with Applicant's custody of the child or children.

☒ Respondent may not interfere with the educational program of the child or children.

☐ Other *(specify)*:

| Signed (Attorney or self-represented party)  *Theodora Antar* | Printed name of person signing  Theodora Antar | Date signed  07/06/2023 |
| --- | --- | --- |
| Address (Number, street, town or city, state, zip code)  856 Shagbark Drive, Orange, CT, 06477 | | Telephone number  (203)273 -8419 |

Print Form          Page 1 of 3          Reset Form

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH-FA19-5046828-S |

**Affidavit**

I, (Name) <u>Theodora F. Antar</u>, am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children):*

1. An emergency ex parte order is required because *(attach additional sheets if necessary):*

   See attached.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I ☐ have ☒ have not been a party or a witness or participated in any other capacity in any other proceeding in Connecticut or in any other state concerning custody of or visitation with any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

4. *(Select one)*

   ☒ I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is):*

   I notified the respondent in the OurFamilyWizard app that I would be filing the application.

   ☒ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

   The child is at an extreme risk of psychological harm and physical danger.

| I certify that the statements above are true to the best of my knowledge and belief | Signed (Affiant) | Print name of person signing | Theodora Antry |
|---|---|---|---|
| Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public) | | | Date signed 7/6/23 |

MICHELLE DENISEY CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

[ Print Form ]                    [ Reset Form ]

The Plaintiff Theodora F. Antar is filing this application for emergency ex-parte order of custody of her minor daughter Angelina Maria Lodice (05/21/2019), pursuant to C.G.S.§46b-56f, P.A.21-78, and P.A. 21-15 because she sincerely believes and has substantial and concrete evidence in the form of documentation, pictures, videos, witness, and expert-witness testimony to demonstrate and prove that there is an immediate and present risk of physical danger or psychological harm to Angelina that currently exists.

My name is Theodora Antar and I am the Plaintiff in this case and the mother of Angelina Maria Lodice (D.O.B. 05/21/2019) and Julianna Rose Viglione (D.O.B. 09/23/2014). At this time, there is an extreme and immediate risk of psychological harm and physical danger that presently exists regarding my minor child Angelina Maria Lodice. An emergency ex parte order is required because:

## Conditions requiring an emergency ex parte order of custody

1) There are multiple present conditions that require the granting of an emergency ex parte order of custody of the minor child Angelina.

    a) **The Defendant Matthew Lodice has been neglecting Angelina's medical care.**

        i) Matthew Lodice has withdrawn Angelina from her psychologist's office at the Yale Child Study Center. Angelina suffers from a diagnosis of adjustment disorder. Her mental health has been suffering since Matthew has removed her from therapy services. He has refused to allow her to attend therapy. Angelina has not received any of her medically necessary mental health treatment services in more than 2 months. Matthew has not enrolled Angelina in any alternate mental health treatment services either.

1

ii)  Matthew Lodice has withdrawn Angelina from her pediatrician's office at Preferred Pediatrics in Milford, CT. Angelina has not been able to attend a post-ER follow up medical appointment that was ordered for her on 5/23/23. It has been 38 days since the follow up appointment was due, and Matthew has canceled the appointment, a subsequent appointment, and told the provider that Angelina would no longer be coming to the practice. Angelina is now past due for a dentist appointment, her four-year-old annual physical appointment, and her post-ER follow up appointment. Matthew has refused to bring Angelina to any doctor, pediatrician, or dentist. He has withdrawn her from each of her providers and has not enrolled her in any alternative providers to date.

iii) Matthew has caused Angelina to lose her Husky Insurance and she currently does not have medical insurance. She has no pediatrician, no therapist, and no ability to be seen by a doctor due to not having insurance. He has not enrolled her in any alternative health insurance policy to date.

iv) Matthew has stated that he will not provide Angelina with any of these medical needs under any circumstances and that he feels it is in her best interest not to be seen or evaluated by any doctors or providers for any reason.

v) Matthew is actively and aggressively neglecting Angelina's physical, emotional, and medical needs by refusing to allow her access to essential doctors and treatment providers.

**b)      The Defendant Matthew Lodice has been exposing Angelina to an ongoing risk of sexual abuse.**

2

i)   Angelina reported that she was being sexually abused by her almost 17-year-old half-brother/primary caregiver and has made repeated allegations of said abuse over the last 9 months.

ii)  There is currently an active and open investigation regarding allegations of neglect and abuse with Waterbury DCF

iii) There is currently an active and open investigation regarding the allegations of sexual abuse with the New Britain Police Department (Case #23-014734) and results of a DNA collection kit have not been returned yet

iv)  Angelina has been sent to visits with her mother without any underwear and has been making sexual comments and repeatedly saying words related to genital areas and private parts and continuing to show signs of being sexually abused.

v)   Angelina has never denied any of the allegations of abuse and has never been asked or answered whether or not she was abused by anyone from the police, DCF, or the child abuse clinic.

c)   **The Defendant Matthew Lodice is on the DCF abuse and neglect registry for abusing and neglecting his older children and has an extensive history of convictions of violent crimes.**

i)   Matthew Lodice is registered with the Department of Children and Families in their registry of individuals who have been found to have substantiated abuse and neglect against their children.

ii)  Matthew Lodice has convictions of several violent crimes, and has been arrested on 2 counts of Risk of Injury to a minor and subsequently convicted of reckless endangerment.

3

iii) Matthew Lodice currently has an open criminal case for extensive harassment, including sexual harassment in the presence of Angelina in which I am the protected party and victim in the case, which is being prosecuted in Derby CT.

**d)** **The Defendant Matthew Lodice has been using psychological abuse and coercive control to mentally and psychologically abuse the minor child Angelina**

i) Matthew Lodice has been telling Angelina daily that she is "never allowed to go to mommy's house again.

ii) Matthew Lodice has told Angelina daily that she can not see mommy because "mommy doesn't follow the rules"

iii) Matthew Lodice has told Angelina on multiple occasions that "mommy can see you anytime that she wants" while simultaneously refusing to allow me to see Angelina, despite my relentless attempts to access her through visitation and telephone/FaceTime contact.

iv) Angelina has asked repeatedly to see me on a daily basis, and has stated to me on multiple occasions that she has repeatedly begged Matthew to allow her access with me and Matthew refuses

v) Matthew's actions constitute parental alienation as defined by the law.

vi) In accordance with the law, it is stated in P.A. 21-15 that "(b) A parent of the child may use evidence of duress, coercion or threat of harm to contest an allegation that the parent fostered or supported a bonded and dependent relationship as described in subdivision (6) of subsection (a) of this section.

Such evidence may include:

4

(1) Whether within a ten-year period preceding the date of the proceeding, the person

seeking to be adjudicated a de facto parent:

(A) Has been convicted of domestic assault, sexual assault or sexual exploitation

of the child or a parent of the child;

(B) has been convicted of a family violence crime, as defined in section 46b-38a

of the general statutes;

(C) is or has been subject to an order of protection pursuant to sections 46b-15,

46b-16a, 46b-38c, or 54-1k of the general statutes;

(D) was found to have committed abuse against the child or a parent of the child;

or

(E) was substantiated for abuse against the child or a parent of the child;

(2) a sworn affidavit from a domestic violence counselor or sexual assault

counselor, as defined in section 52-146k of the general statutes, provided the

person who had confidential communications with the domestic violence

counselor or sexual assault counselor has waived the privilege, in which case

disclosure shall be made pursuant to section 52-146k of the general statutes;

or

(3) other credible evidence of abuse against the parent of the child or the

child, including, but not Substitute House Bill No. 6321  Public Act No. 21-15

27 of 128  limited to, the parent's or child's sworn affidavit or an affidavit

from a social service provider, health care provider, clergy person, attorney, or

other professional from whom the parent or child sought assistance regarding

the abuse.

5

vi) Matthew is actively trying to cloud and misrepresent Angelina's preferences through the use of parental manipulation that some claim is akin to brainwashing.

Matthew also abuses me and Angelina through alienation by the misuse of other factors such as his behaviors and statements regarding me that he says and does when in Angelina's presence of the child. This is an abusive tactic that he utilizes to try to further isolate and alienate Angelina and myself from each other. See Grabowski v. Grabowski-Clark, 2013 WL 593920 (unpublished 2013).

In 2011, a Connecticut court concluded (despite finding alienation), "it is likely that the alienation in this family would exist without the plaintiff intentionally creating such a result," noting the child's "high levels of anxiety" well before the motion to modify custody. See Walsh v. Walsh, 2011 WL 8199263 (unpublished 2011).

However, in this case, Angelina has been desperately begging on a daily basis to return to me, as I am the preferred parent. Angelina's father Matthew Lodice has been actively trying to isolate and alienate her as much as possible to try to brainwash her into rejecting me as a parent. Unlike Walsh, in my case the alienation never had, and never would have occurred had it not been for the defendant intentionally creating such a result.

**e. Matthew Lodice has substantial issues regarding severe alcoholism, substance abuse, and tobacco usage.**

i. It would be in the best interest of Angelina for the judge to order Mr. Lodice to participate in both counseling and drug or alcohol screening pursuant to the law.

ii. It would be in the best interest of Angelina for Mr. Lodice to participate in a hair follicle test and/or toenail clipping test in order to test for the substance of alcohol, drugs, and other substances.

6

iii. Mr. Lodice has been smoking cigars regularly in the presence of Angelina as well as parenting her while under the influence of drugs and alcohol

iv. Roy Bowers who is a lifelong alcoholic is living at the home at 48 Quarry hill road and oftentimes will be left alone with Angelina

v. Scott Lodice who is a lifelong alcoholic and suffers from severe drug addiction and has previously overdosed in the presence of his daughter, is frequently at the home of 48 Quarry Hill rd and is sometimes left alone with Angelina

**f. Matthew has been physically abusive on Angelina and has used force and restraint against her and has been physically abusive toward her during phone calls and FaceTimes that I witnessed**

i. On several occasions, Matthew has been physically abusive to Angelina during the FaceTime and phone calls by physically and forcibly restraining her. Recently, he restrained her using force and refused to allow her to get up to turn on the light so that she could have a FaceTime call with me without the screen being black and her face not being visible.

ii. On several occasions, Matthew has been physically abusive and grabbed Angelina's arm and twisted it and hurt her in which she stated on many occasions during the call that he was hurting her and to let go of her.

iii. On several occasions, Matthew has been physically abusive to Angelina and has hit her as a punishment for not wanting to go to bed, not wanting to stop playing, not wanting to listen to him, and other reasons.

iv. On several occasions, Matthew has been physically abusive with Angelina while also manipulating, threatening, or intimidating her.

7

v. Matthew has used coercive control and force on Angelina on numerous instances, and has told her she has to listen to him irregardless of what he tells her to do.

## Evidence that the emergency ex parte order is in the best interests of the child

(2) There is clear and convincing evidence to a substantial degree that an emergency ex parte order is currently in the best interests of the child for several reasons.

   **a.** **There are multiple statutory factors in Connecticut which are relevant in discerning the impact of parental alienation on Angelina.**

      i. Perhaps the most crucial factors are a parent's manipulation to draw the child into parental disputes and parental ability to facilitate a relationship between the child and their other parent. Eisenlohr v. Eisenlohr, 135 Conn.App 337 (2012) (Noting that Connecticut courts have seen cases where the alienated parent "presented an abundance of evidence pertaining to specific acts of coercion and manipulation [by the other party] ... that the court, as the finder of fact, credited.")

      ii. In this case, I have an overabundance of evidence pertaining to specific acts of coercion and manipulation by Matthew Lodice. He has consistently and relentlessly manipulated Angelina in order to draw her into the parental and custody dispute. He has made no effort and shown no ability or willingness to facilitate a relationship between Angelina and myself.

      iii. Matthew has been particularly antagonistic and difficult and has adamantly attempted to alienate me from Angelina.

      iv. It is widely accepted that it is usually in the child's best interest to have ongoing relationships with both parents. This may not be true when a parent has a history

8

of criminal behavior, substance abuse or serious emotional or mental challenges.
Even then, sometimes contact with that parent is possible with a safety plan, such
as third-party supervision during visitation.

v.  I do not have a history of criminal behavior, and any arrests or charges that have
been brought upon me have been dismissed or not prosecuted. Matthew on the
other hand has an extensive criminal record.

vi.  I do not have a history of substance abuse, and do not take any non-prescription
medications or substances. Matthew has a strong history of substance abuse and
alcoholism, and takes several non-prescription medications and substances daily.

vii.  I do not have a history of serious emotional or mental challenges. I have been able
to show that I have strong character qualities, including the ability to maintain a
stable living situation and owning my own single-family home in a nice
well-sought after area that I have resided in for almost 7 years. I have been in
therapy consistently and have maintained consistent attendance with my therapist.
I recently went back on medication for ADHD due to being in law school and
have been doing better with focus, concentration, and organization since being on
the medication. Matthew has a strong history of emotional and mental challenges
and has refused to seek treatment.

viii.  Matthew has not tried to make any effort to allow me regular access to Angelina,
and has completely restricted her from seeing me for more than 1-2 days per
month.

ix.  Angelina was living with me from the date of her birth full time and just recently
was visiting Matthew on the weekends. She has lived with me and my daughter

9

Julianna who is 8 years old who I have sole legal and sole physical custody of for the past four consecutive years.

x.    Angelina went from seeing me 6 days a week and spending approximately 140 hours per week with me to spending approximately an average of 5 hours per week with me under strict supervision

xi.    Matthew has refused to provide any visitation schedule or give any consistency for either myself or Angelina

xii.    Matthew has repeatedly told Angelina that she will not be able to see mommy again for a "very long time" and has said that mommy is "the worst" and that "mommy doesn't know how to follow my rules and listen to me so now you won't be seeing her anymore"

xiii.    Matthew's actions and statements have been extremely harmful to Angelina and her psychological well-being.

### Actions taken to inform respondent/reasons for ex parte consideration

(3) There have been numerous actions taken to inform Matthew of this request for emergency custody orders regarding Angelina Lodice.

    **a.** **I notified Matthew Lodice via the OurFamilyWizard app that I would filing for emergency ex-parte relief due to his consistent abuse, neglect, and parental alienation of Angelina.**

(4) There are several reasons why the court should consider this application on an ex parte basis.

    **a.** **If prompt action is not taken, Angelina will be exposed to a high risk of continued psychological abuse and harm.**

i. Connecticut statute requires the court to make all custody and visitation decisions based on the child's best interests. The court looks at each parent's rights and responsibilities as well as whether it is in the child's best interests for both parents to be actively involved. In the best-interest analysis, the judge may consider any of 17 factors listed in statute and any other relevant factors. CT Gen. Stat. 46b-56. The listed factors include:

- Child's "physical and emotional safety"

- Child's "temperament and developmental needs"

- Parents' ability and willingness to "understand and meet" the child's needs

- Child's "informed preferences" and "relevant and material information" received from the child

- Parents' wishes

- Child's relationship with each parent, siblings and other important persons

- Parents' ability and willingness to facilitate an appropriate parent-child relationship with the other parent

- Parental coercion to involve child in parental disputes

- Parental ability to be involved with child

- Child's adjustment to home, school and community

- Length of time child has lived in a "stable and satisfactory" environment and whether continuing this is desirable

- Stability of current and proposed residences

- Everyone's mental and physical health

- Child's cultural background

11

- Effect on child of domestic abuse between the parents or between a parent and the child or another person

- Abuse or neglect of the child or their sibling

- Parents' participation in parenting education classes

i. Based on the analysis of the above factors, the scales are tipping in favor of Angelina remaining with me to an extreme degree. Matthew does not meet any of the statutory requirements to be considered as the sole legal guardian of Angelina and to make all decisions regarding her current and future life.

b. **If prompt action is not taken, Angelina will be exposed to high risk of continued physical abuse and harm.**

c. **If prompt action is not taken, Angelina will be exposed to a high risk of continued sexual abuse and harm.**

d. **If prompt action is not taken, Angelina will continue to be alienated and isolated further from her mother, sister, grandparents, aunts, uncles, clergy members, providers, and other members of her support system.**

e. **If prompt action is not taken, Angelina will likely suffer from extreme psychological trauma that will have life-lasting effects**

i. Matthew has continued to engage in "parental alienation" and has consistently acted against Angelina's best interest.

ii. Matthew consistently and aggressively persuades and manipulates Angelina to try to coerce her and encourage her to unjustifiably reject and even hate or fear me.

iii. Matthew has continued to consistently exhibit many different alienating behaviors such as telling Angelina untrue, negative stories and statements about me

iv. Matthew has continued to insist on alienating and isolating me from Angelina by refusing to allow visits or communication between Angelina and myself, and expressing repeated hostile comments about me to her and to others in front of her.

v. Matthew's actions are harmful toward Angelina and will cause life-lasting damage. Matthew's actions are evidence that he only wants to hurt me – and getting Angelina to turn against me may be his goal.

vi. Matthew is attempting to inflict the ultimate injury of loss of a parent-child relationship and trying to destroy any chance of Angelina maintaining a relationship with me or having an active mother figure in her life, which to me would be devastating.

vii. Matthew is attempting to eliminate any chance of Angelina having a relationship with other members of her family including her sibling, and extended family, friends, and other support sources.

viii. Matthew has been using excessive verbal criticism of me in the presence of Angelina and has made negative comments both directly to her and to others while in her presence in order to further alienate her from me as her mother. One Connecticut case describes parental alienation as potentially including verbal criticism of the other parent in the presence of the child or "[c]oercive or manipulative acts designed to alienate … and interfere …" with their relationship. Dufresne v. Dufresne, 191 Conn.App. 532 (2019).

ix. Angelina is at an increased risk of continuing to be subjected to further psychological and emotional abuse if Matthew's behaviors continue. A psychotherapist in a recent Psychology Today article describes parental alienation as a type of domestic abuse in which one parent "weaponizes" the child against the other parent, hurting both the child

13·

and the targeted parent. Potential harm to the child is both immediate and can last long into adulthood and includes several potential issues such as:

- Trauma
- Loss of "social power and autonomy"
- Self-doubt in decision making
- Separation anxiety when away from the preferred parent
- Difficulties with relationships and social connections
- (Uncertainty about their memories
- Loss of a sense of family, self, community and place
- Loss of relationship with extended family
- Mental health problems
- And others

x. Professionals in the field have referred repeatedly to parental alienation as child abuse, emotional abuse and psychological abuse.

xi. The damage and harm that the parental alienation is causing to Angelina due to Matthew's underlying parental behavior is detrimental to her wellbeing and mental health. the harm to the child from the underlying parental behavior.

xii. Angelina is now likely suffering from "Child Affected by Parental Alienation Distress" and would likely fit the requirements for that diagnosis as written in the DSM.

xiii. Matthew's behaviors constitute "Child Psychological Abuse" and as the alienating parent he would likely fit the requirements for that diagnosis as written in the DSM.

xiv. Parental alienation is relevant in an initial custody decision and can serve as the basis for custody modification. A recent article in Divorce Magazine elaborated on this issue.

xv. I can clearly show that there has been a substantial or material change in circumstances since the court issued the custody orders on 5/25/23 that gave Matthew sole legal and physical custody of Angelina and order me to only have supervised access with her under the complete control and discretion of Mr. Lodice.

xvi. I am petitioning the court to modify the current custody/visitation/access orders regarding Angelina due to Matthew's consistent attempts to further alienate Angelina from me being a large part of the material change that would suffice in justifying a change in custody or visitation in Angelina's best interest. See Dufresne. It is necessary that Matthew must partake in mental health evaluations. He was exempt from having to sign releases for each of his past mental health treatment providers and was not penalized for refusing to comply with Judge Grossman's orders to do so from 12/1/22. Several expert witness opinions and third-party witnesses to parental behavior are ready to testify to the continued abuse that Angelina has been subjected to by Matthew.


## Issue re: abuse of power, abuse of judicial discretion, lack of jurisdiction, repeated denial of due process, and refusals of Judge Jane Grossman to allow any other judge to hear any matter regarding the plaintiff across the state

I am respectfully asking that this motion be ruled on by a judge other than Judge Jane Kupson Grossman. There is currently an appeal and a mandamus action pending in regard to the ongoing pattern of Judge Jane Kupson Grossman abusing her power in order to prevent me from filing any emergency ex-parte relief in the form of an emergency ex-parte custody orders or for an application for relief from abuse.

I have filed an appeal, a mandamus, a motion for disqualification of judicial authority, and have filed several motions asking that this matter be transferred to the proper jurisdiction due to the IV-D involvement in magistrate court and due to the fact that the New Haven JD lacks jurisdiction over the parties. The proper JD for this matter is either Waterbury JD where the father resides or Milford-Ansonia JD where I reside.

In accordance with PA 21-15, Sec. 9. (NEW) (Effective January 1, 2022) the law states the following:

(a) Except as provided in subsections (b) to (d), inclusive, of this section, venue for a proceeding is in the judicial district in which:

(1) The child resides; or In IV-D cases, as defined in section 46b-231 of the general statutes, as amended by this act, and in petitions brought under sections 46b-301 to 46b-425, inclusive, of the general statutes, venue for a proceeding is in the Family Support Magistrate Division serving the judicial district where the parent who gave birth or the alleged parent resides.

My matter is a IV-D case and by law must be heard within the judicial district where either parent resides. The only two judicial districts in the state that can legally have jurisdiction of the case at this point in time are either the Ansonia-Milford JD or the Waterbury JD. I have filed motions multiple times requesting that the case be transferred. Judge Grossman either ignored, denied, or refused to acknowledge every motion that I have filed in the last 65 weeks since she first encountered me.

I have also repeatedly tried to request emergency applications for custody as well as temporary restraining orders and have been blocked by Judge Grossman. She has done all of this in the face of 2 appellate matters and pending transfer and recusal motions. She has instructed

16

the New Haven Superior Court that no member of the Family Relations division may speak to any litigant in writing and that everything must be on the phone and that nothing can be recorded.

When asked to have things in writing for documentation purposes, Family Relations division employees state specific instructions from Judge Grossman that no conversations can be recorded or in writing and that Family Relations can not accept, consider, relay, or otherwise have any involvement with any information that a party wishes to provide or share, unless it has been specifically and previously requested by Judge Grossman and part of an official court order.

Family Relations will not take in any evidence, documentation, or even include any of the information that a litigant shares with them as part of the file unless the specific information was already previously chosen, requested, and ordered by Judge Grossman. If additional information becomes available after Judge Grossman orders it, Family Relations is barred from accepting it, even if it was information that was part of the original order, to Judge Grossman giving stringent time frames and windows for the information to be dispensed.

The law says that if an emergency ex-parte custody application is denied, it must be scheduled for a hearing within 14 days. When I tried to file one in 2022, Judge Grossman scheduled it for a hearing that was several months away, despite the statute stating that all hearings must be scheduled within 14 days or less pursuant to CGS§46b-56f(c).

I tried to file for another emergency ex-parte custody application on 5/26/23, which she denied and then scheduled the hearing for 3 weeks away, in violation of CGS§46b-56f(c).

When the date of the hearings took place, Judge Grossman did not allow any evidence, testimony, or argument on the motion. She stated that she "read the motion" and said that she would not listen to anything unless it was related to subjects that were not in the motion.

17

On 12/1/22, Judge Grossman went on the record during a court proceeding and threatened to make it so I could "never file a TRO again," and since then, every time that I have tried to file a TRO in my district of Milford Superior Court or in the defendant's district of New Britain Superior Court or Waterbury Superior Court, she has immediately forced and directed the courts to transfer the TRO to her in New Haven. None of us live in her JD and she has no jurisdiction over hearing any cases in her court regarding myself or the other parties.

PA 21-78 gives individuals the right to seek relief from abuse, and to not be abused by judicial abuse of power while attempting to seek emergency relief for our children in emergencies.

Judge Grossman has exhibited intimidation, bias, and abuse of discretion, power, and control over me and has made it clear that not only has she eliminated my ability or right to seek any ex-parte or emergency relief, but she has shown that she can and will actually pull all of my cases from other districts, send them to hers, and then schedule them to be heard in front of her to then deny me the right to offer evidence testimony or speak about the motion and then just deny it.

Milford Superior Court granted two ex parte TROs that I applied for in June, and Milford is my proper JD. Judge Grossman forced Judge Erika Tindill from Milford Superior Court to vacate the two TRO's that she had granted and instructed her to send them to New Haven to be heard by her.

She scheduled 5-6 different emergency hearings for the same date and time when another custody proceeding of mine was also already scheduled. She gave only 2.5 hours total for a hearing involving 6 separate docket numbers, and heard testimony and accepted evidence from me regarding 0 of them.

After insisting that all of my emergency motions be heard only by her, Judge Grossman then did not allow any of my applications to be heard at all. Nothing in any of my prior applications is frivolous by any means. My applications are all regarding serious psychological, mental, financial, physical, and sexual abuse.

There are currently active police and DCF investigations pending and Judge Grossman has been actively accusing me verbally, on the record, and in writing, of being a liar and saying that I have mental health issues for lying about allegations of abuse. She has ignored almost 200 exhibits which have been entered in the case file through e-services to date.

As a woman and mother who has worked tirelessly and selflessly my entire life to provide my children with a good life and stable home, I should never have to suffer from this type of abuse and should never be denied the due process and right to even seek relief and have a fair hearing.

Judge Grossman has violated P.A. 21-78, The Federal Violence Against Women Act, The United States Constitution Bill of Rights, and many other state and federal statutes relevant to her powers as a judicial authority handling post-judgment family matters in New Haven Superior Court.

I am terrified and feel that despite reaching out to state reps, state senators, DCF, police, and multiple attorneys, the fact that I have repeatedly been told that the ONLY thing I can legally do at this time is to go back to family court is concerning since Judge Jane Kupson Grossman has made it clear that, even if I appeal, even if I file complaints, even if I file motions for recusal and even if I make it known that she has been violating my rights and showing prejudice and bias and abuse of power, Judge Grossman has refused to recuse herself from the case.

She has taken another step and made it so that she has reserved a designation for herself as the sole judge in the State of Connecticut for hearing any matters related to me. I do not live in the JD of New Haven where Judge Grossman is located. However, in spite of this, Judge Grossman has been aggressively and forcibly insisting on taking over any and all matters that are attached to my name. She has even forcibly transferred matters to her that were regarding individuals who are not parties to the custody action such as family members of the defendant.

In accordance with Connecticut State laws, PA 21-78 allows for victims of abuse to seek relief through temporary restraining order applications and emergency custody actions. I have tried to do so within my rights per the law for several months now, and Judge Grossman blocks each and every attempt that I make and has instructed all of the superior courts in the state of Connecticut that any and all of my emergency applications must be transferred solely to her to be heard solely by her in New Haven JD. Neither myself, nor my child, nor the defendant reside now nor have we ever resided in New Haven since the child was born.

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH-FA19-5046828S |

## Order *(To be completed by the court)*

☐ The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☐ Other:

☐ This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).

| By the Court *(Judge)* | Date ordered |
|---|---|

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* _____ at *(time)* _____

This hearing will be held   ☐ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| Court location *(Number, street and town)* | | |

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
- Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least 5 days before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address |
|---|---|
| By the Court | Assistant Clerk | Date signed |

Page 3 of 3

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). | Court Use Only |
|---|---|
| | **APFACUS** |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**COURT OF PROBATE**
www.jud.ct.gov

**Instructions:**
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of | At (Town) | Probate District name and number | Docket number |
|---|---|---|---|
| New Haven | New Haven | | NNH-FA-19-5046828-5 |

| Plaintiff/Applicant's name (Last, first, middle initial) | Defendant/Respondent's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodice, Matthew J |

**You must provide information about the past five years for each child affected by this case. Provide the information below.**
**If you need more space, use form JD-FM-164A.**

| Child's name (first, middle, last) | Date of birth (Month, day, year) |
|---|---|
| Angelina Maria Lodice | 05/21/2019 |

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From 06/20/23 To The present | 48 Quarry Hill Rd Waterbury, CT 06706 | Roy Bower, Karen Bower, Matthew Lodice | Step-Grandfather, Grandma, dad |
| From 5/25/23 To 6/20/23 | 23 Lyman St, New Britain, CT | Matthew Lodice | dad |
| From 5/21/19 To 5/25/23 | 856 Snagbark dr Orange Ct 06477 | Theodora Antar, Julianna Viglione | mom, sister |
| From ____ (date) To ____ (date) | | | |
| From ____ (date) To ____ (date) | | | |

| Child's name (First, middle, last) | Date of birth (Month, day, year) | ☐ Residence information is same as for child above. (If not same, provide information) |
|---|---|---|

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From ____ (date) To The present | | | |
| From ____ (date) To ____ (date) | | | |
| From ____ (date) To ____ (date) | | | |
| From ____ (date) To ____ (date) | | | |
| From ____ (date) To ____ (date) | | | |

☐ Select here if additional children are listed on JD-FM-164A.

*Page 1 of 2*

Print Form     Reset Form

1. (Select one)   ☐ I have   ☐ I have not   been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

(Select item 2 or 3 below)

2. ☐ I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☑ I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location (including state) |
|---|---|---|
| State v Antar; State v Lodico | | Derby GA |
| Nature of proceeding<br>Criminal Cases on both | | |
| Case name | Docket number | Court location (including state) |
| | | |
| Nature of proceeding<br>A05DCR230190622S & A05CR230191150S | | |

4. (Select one)   ☑ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

Name: _____

Address: _____
(unless confidential)

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes   ☑ No   ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes   ☑ No   ☐ Do not know   If yes, fill in the following:

| Child's name | Date of birth (Month, day, year) |
|---|---|
| | |

| Signature | Print name of person signing<br>Theodora Antar | |
|---|---|---|
| Sworn to before me (Assistant Clerk/Commissioner of Superior Court/Notary Public)<br>Michelle Caldron | | Date signed<br>7/6/23 |

JD-FM-164   Rev. 1-22

MICHELLE DENISE CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

Page 2 of 2

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

[ Print Form ]

[ Reset Form ]