ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

7/10/2023

## ORDER

ORDER REGARDING:
07/10/2023 332.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

This form must be served with the attached motions on the opposing party and returned to court with the return of service.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Gina Kilian

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT  Rev. 2-16
P.B. §§ 25-30, 25a-15

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Court Use Only |
| --- |
| **FINAFFS** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

Docket number
**NNH - FA - 19 - 5046828 - S**

## Instructions

*Use this short version if your gross annual income is less than $75,000 (see Section I. Income) and your total net assets are less than $75,000 (see Section IV. Assets). Otherwise, use the long version, form JD-FM-6-LONG.*

| For the Judicial District of | At (Address of Court) |
| --- | --- |
| New Haven | 235 Church st, New Haven, CT, 06510 |

Name of case
**Theodora F. Antar v. Matthew J. Lodice**

Name of affiant *(Person submitting this form)*
**Theodora F. Antar**                          ☒ Plaintiff  ☐ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

## I. Income

**1) Gross Weekly Income/Monies and Benefits From All Sources**

Computed based on year-to-date, but no less than the last 13 weeks.  If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain:

$147

Paid:  ☒ Weekly  ☐ Bi-weekly  ☐ Monthly  ☐ Semi-monthly  ☐ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
| --- | --- |
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

(a)         Employer                    Address                    Base Pay:

| | Employer | Address | | | Base Pay |
| --- | --- | --- | --- | --- | --- |
| Job 1 | | | ☐ Salary ☐ Wages | $ | |
| Job 2 | | | ☐ Salary ☐ Wages | $ | |
| Job 3 | | | ☐ Salary ☐ Wages | $ | |

| | | |
| --- | --- | --- |
| Total of base pay from salary and wages of all jobs | $ | 0.00 |
| (b) Overtime | $ | |
| (c) Self-employment | $ | |
| (d) Tips | $ | |
| (e) Social Security | $ | |
| (f) Disability | $ | |
| (g) Unemployment | $ | |
| (h) Worker's compensation | $ | |
| (i) Public Assistance (Welfare, TFA payments) | $ | |
| (j) Child Support (Actually received) | $ | 147.00 |
| (k) Alimony (Actually received) | $ | |
| (l) Rental and income producing property | $ | |
| (m) Contributions from household member(s) | $ | |
| (n) Cash income | $ | |
| (o) Veterans Benefits | $ | |
| (p) Other: | $ | |

**(q) Total Gross Weekly Income/Monies and Benefits From All Sources** *(Add items a through p)*  $ 147.00

Hours worked per week  0

Gross yearly income from prior tax year. Provide amount of income, not copies of forms  $ 10,952.00

List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

(Page 1 of 4)

**2) Mandatory Deductions**  *(If consistent deductions don't occur every pay check provide average amounts.)*

|  | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ____ exemptions)* | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (2) Social Security or Mandatory Retirement | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (3) State income tax deductions *(claiming ____ exemptions)* | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (4) Medicare | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (5) Health insurance | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (6) Union dues | $ _____ | $ _____ | $ _____ | $ 0.00 |
| (7) Prior court order — child support or alimony | $ _____ | $ _____ | $ _____ | $ 0.00 |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**3) Net Weekly Income** ............................................................................................................. $ 147.00

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

Home:

| | | | | |
|---|---|---|---|---|
| Rent or Mortgage *(Principal, Interest — Real Estate Taxes and Insurance if escrowed)* | [x] $ 380.77 | Property taxes and assessments ........... | [ ] $ _____ | |

Utilities:

| | | | |
|---|---|---|---|
| Oil ...................................................... [x] $ 57.70 | Telephone/Cell/Internet............................ [x] $ 20.77 |
| Electricity ........................................... [x] $ 80.79 | Trash Collection ..................................... [x] $ 26.31 |
| Gas ...................................................... [ ] $ _____ | T.V./Internet........................................... [x] $ 8.07 |
| Water and Sewer.................................. [x] $ 34.62 | |

Groceries *(after food stamps)*: Including household supplies, formula, diapers ......................... [x] $ 250.00

Transportation:

| | | |
|---|---|---|
| Gas/Oil .................................................. [x] $ 150.00 | Auto Loan or Lease ................................ [ ] $ _____ |
| Repairs/Maintenance ........................... [x] $ 13.07 | Public Transportation.............................. [ ] $ _____ |
| Automobile Insurance/Tax/Registration ... [x] $ 80.71 | |

Insurance Premiums:

| | | |
|---|---|---|
| Medical/Dental *(Out-of-pocket expense after Health Savings Account/Plan)*....... [x] $ 180.00 | Life ......................................................... [x] $ 144.23 |

Uninsured Medical/Dental not paid by insurance ................................................................. [x] $ 125.00

Clothing ................................................................................................................................ [x] $ 19.23

Child(ren):

| | | |
|---|---|---|
| Child Support of this case ..................... [x] $ 77.00 | Child Care Expense *(after deductions, credits and subsidies)*......................... [x] $ 18.25 |
| Child Support of other children than this case *(attach a copy of the order)* ... [ ] $ _____ | Child(ren)'s activities *(e.g., lessons, sports, etc.)* ......................................... [x] $ 16.30 |

Alimony: Payable to this spouse ........... [ ] $ _____   Alimony: Payable to another spouse ....... [ ] $ _____

Extraordinary travel expenses for visitation with child(ren) ................................................. [x] $ 250.00

Other *(Specify):* _____ [ ] $ _____

**Total Weekly Expenses Not Deducted From Pay** .............................................................. $ 1,932.82

## III. Liabilities *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred/ Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
| Student Loans | [x] Sole  [ ] Joint | $ 50,740.02 | revolving | $ _____ |
| Credit Cards | [x] Sole  [ ] Joint | $ 35,725.00 | revolving | $ 200.00 |

(Page 2 of 4)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ Sole | ☐ Joint | $ | | | $ |
| | | ☐ Sole | ☐ Joint | $ | | | $ |
| | | ☐ Sole | ☐ Joint | $ | | | $ |

**(A). Total Liabilities** *(Total Balance Due on Debts)*.................................. $ 86,465.02
**(B). Total Weekly Liabilities Expense** ........................................................ $ 200.00

## IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

### A. Real Estate *(including time share)*

| Address | Ownership | | | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity (d = a minus (b + c)) | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| | S | JTS | JTO | | | | | |
| Home | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| Other | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ 0.00 | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ 0.00 | $ |
| | | | | | | **Total Net Value of Real Estate:** | | $ 0.00 |

### B. Motor Vehicles

| Year | Make | Model | Ownership | | | a. Value | b. Loan Balance | c. Equity (c = a minus b) | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| | | | S | JTS | JTO | | | | |
| 1: | | | ☐ | ☐ | ☐ | $ | $ | $ 0.00 | $ |
| 2: | | | ☐ | ☐ | ☐ | $ | $ | $ 0.00 | $ |
| | | | | | | | **Total Net Value of Motor Vehicles:** | | $ 0.00 |

### C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| Institution | Account Number *(last 4 numbers only)* | Ownership | | | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|
| | | S | JTS | JTO | | |
| Checking | | | | | | |
| | | ☒ | ☐ | ☐ | $ 200.00 | $ 200.00 |
| Savings | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| Other | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| | | | | | **Total Net Value of Bank Accounts:** | $ 200.00 |

### D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | **Total Net Value of Stocks, Bonds, Mutual Funds:** | $ 0.00 |

### E. Insurance *(exclude children)* D = Disability   L = Life

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |
| | | | | | **Total Net Value of Insurance:** | $ 0.00 |

### F. Retirement Plans *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | ☐ Yes | ☐ No | $ |
| | | | | ☐ Yes | ☐ No | $ |
| | | | **Total Net Value of Retirement Plans:** | | | $ 0.00 |

### G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | | Value |
|---|---|---|---|
| Small Town Publishing Inc. | 100.00 % | | $ 0.00 |
| **Total Net Value of Business Interest/Self-Employment:** | | | $ 0.00 |

## H. Other Assets

| Name of Asset | Current Balance/Value | Name of Asset | Current Balance/Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | Total Net Value of Other Assets: $ | 0.00 |

**I. Total Net Value All Assets** *(add items A through H)* .............................................................. $ 200.00

## V. Child(ren)'s Assets
*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number (last 4 numbers only) | Listed Beneficiary | Person Who Controls the Account (Fiduciary) | Current Balance/Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | Total Net Value of Child(ren)'s Assets: $ | | 0.00 |

## VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| | |
| | |

Do you or any member of your family have HUSKY Health Insurance Coverage? [X] Yes [ ] No [ ] I Don't Know
If Yes, whom?

**Myself, My 8.5 year old daughter Julianna**

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

## Summary *(Use the amounts shown in Sections I. through IV.)*

Total Net Weekly Income *(See Section I. 3)* ............................................................. $ 147.00
Total Weekly Expenses and Liabilities *(Total From Section II. + III.(B))* .................... $ 2,132.82
Total Cash Value of Assets *(See Section IV. I.)* ...................................................... $ 200.00
Total Liabilities *(Total Balance Due on Debts) (See Section III. (A))* ...................... $ 86,465.02

## Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.
I, **Theodora Antar** the [X] Plaintiff [ ] Defendant herein, residing at
**856 Shagbark Drive** , telephone number **203-273-8419** , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed (Affiant) *Theodora Antar* | | Date signed 07/10/2023 |
|---|---|---|
| Signed (Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes) **See Attached Certificate** | Print name and title of person signing at left **Trent Lavell Foreman Jr.** | Date signed 07/10/2023 |

**VIRGINIA ACKNOWLEDGMENT**

State of Virginia                                    )
                                                     )
County of __Chesapeake__                             )

On __07/10/2023__ before me, __Trent Lavell Foreman Jr.__ ,
     *Date*                                 *Notary Name*

                          Theodora Antar
personally appeared _____
                                       *Name(s) of Signer(s)*

❑   personally known to me  -- OR --

❑   proved to me on the basis of the oath of _____ -- OR --
                                *Name of Credible Witness*

☑   proved to me on the basis of satisfactory evidence: _____ Driver's License
                                           *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument  for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: _~Trent Lavell Foreman Jr.~_

Notary Commission Number: __7953665__

Notary Commission Expires: __04/30/2025__

*Notarized online using audio-video communication*

[Notary seal: Trent Lavell Foreman Jr. / REGISTRATION NUMBER 7953665 / COMMISSION EXPIRES April 30, 2025]

See Attached Certificate

---

## DESCRIPTION OF ATTACHED DOCUMENT

                                 Court Document
Title or Type of Document: _____

                    07/10/2023
Document Date: _____ Number of Pages (w/ certificate): __5__

                                        N/A
Signer(s) Other Than Named Above: _____

| **Capacity(ies) Claimed by Signer(s)** | **Capacity(ies) Claimed by Signer(s)** |
|---|---|
| Signer's Name: _Theodora Antar_ | Signer's Name: _N/A_ |
| ❑ Corporate Officer  Title: _____ | ❑ Corporate Officer  Title: _____ |
| ❑ Partner – ❑ Limited ❑ General | ❑ Partner – ❑ Limited ❑ General |
| ☑ Individual ❑ Attorney in Fact | ❑ Individual ❑ Attorney in Fact |
| ❑ Trustee ❑ Guardian of Conservator | ❑ Trustee ❑ Guardian of Conservator |
| ❑ Other: _____ | ❑ Other: _____ |
| Signer Is Representing: _Self_ | Signer Is Representing: _____ |

(   5   )

**APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY**
JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 6-2, 25-63, 63-6
*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**To: The Superior Court**

| | STATE OF CONNECTICUT |
|---|---|
| | **SUPERIOR COURT** |
| | www.jud.ct.gov |

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, upon request, schedule a hearing.

**Name of case** (Name of plaintiff v. Name of defendant): Antal, Theodora, F. v Lodge, Matthew J.

**Docket number** (If applicable): NNHFA195046828 S

**Judicial District:** New Haven

**Address of court:** 235 Church St, New Haven, CT, 0651

**Name of applicant** (Last, first, middle initial): Antal, Theodora, F.

**Address of applicant** (Number, street, town, state and zip code): 856 Shagbark Drive, Orange, 06477

**Phone number:** 203-273-8419

**Type of proceeding** *(select all that apply)*
- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): ex-parte custody motion temporary mandamus
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*
- [ ] Entry fee (fee to file a new case)
- [x] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [ ] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

**Grounds for Appeal** (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are:

**Appointment of Counsel** (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)
- [x] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** (people supported by you)
Total number of dependents (not including yourself) [2]

**2. Monthly Income**
A. Gross monthly income (before deductions) ...................
B. Net monthly income (after taxes) from employment.........
C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): 637.00 +
**Total Monthly Income (B+C)** 637.00

**3. Monthly Expenses**
A. Rent/Mortgage ............................. 1650
B. Real Estate Taxes............................
C. Utilities (telephone, electric, water, gas, cable, etc.).. 989.13
D. Food, not including SNAP (food stamps).. 1083.33
E. Clothing ...................................... 83.33
F. Insurance Premiums (medical/dental, auto, life, home)........ 1,404.99
G. Medical/Dental (costs not covered by insurance)............ 780.00
H. Transportation (bus, gasoline, etc.)...... 1056.38
I. Child Care ................................... 19.08
J. Other (child support, alimony, etc.) (Specify): 333.67
**Total Monthly Expenses** $0.00

Page 1 of 3   7,459.91

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate ........ | — | — | Real Estate $ 0.00 |
| B. Motor Vehicles.... | — | — | Motor Vehicle $ 0.00 |
| C. Other Personal Property............ (for example, jewelry, furniture, etc.) | — | — | Other Property $ 0.00 |
| D. Savings Account Balance (Total of all accounts)........ | | | Savings |
| E. Checking Account Balance (Total of all accounts) ...... | | | Checking 200.00 |
| F. Cash ..................................... | | | Cash |
| G. Other Assets (Specify): | | | Other Assets |
| | | **Total Assets** | 1500.0 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 50,740.02 | |
| | | |
| | | |
| | | |
| **Total Liabilities** | $ 0.00 | $ 0.00 |

| Name of case | | Docket number *(if applicable)* |
|---|---|---|

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed 07/10/2023 |
|---|---|---|
| Subscribed and sworn to before me: | On (Date) 07/10/2023 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) | MICHELLE DENISE CALDRON NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* ☐ Not indigent   ☐ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☐ Granted as follows:

1. The following costs are ordered paid by the State
   ☐ Costs of service of process not to exceed:   $ _____
   ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
   ☐ Other *(Specify):* _____

2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other *(Specify):* _____

3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

4. Counsel is   ☐ Appointed *(Name):* _____

☐ Denied. If denied only in part, specify: _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|

| Name of case | Docket number *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____

| Signed *(Applicant)* | Date signed |
|---|---|

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant    ☐ Not indigent    ☐ Indigent and unable to pay    hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed    $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.<br>2. Have this form served with the attached motion for modification on the opposing party and return it to the court.<br>3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.<br>2. Provide a copy to the other party and return this form to the court. | 1. Send notice to all appearing parties of the court's order regarding this request.<br>2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06511 | NNH-FA19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff ☐ Defendant    in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply)*:

☑ Final order for custody that is dated: 6/22/2023

☑ Final order for visitation that is dated: 06/22/2023

FOR COURT USE ONLY
*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶

MICHELLE DENISE CALDRO
NOTARY PUBLIC
State of Connecticut

| Subscribed and sworn to before me on: | Date 07/06/2023 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldro* | My Commission Expires January 31, 2027 |
|---|---|---|---|

## Section III — Notice (Check either A or B below)

☑ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/06/2023 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) * | | |
|---|---|---|
| 48 Quarry Hill Rd, Waterbury, CT, 06706 | | |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/06/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | | Date signed |
|---|---|---|
| | | |

---

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

Print Form    Page 1 of 2    Reset Form

| Plaintiff's name  *(Last, first, middle initial)* | Defendant's name  *(Last, first, middle initial)* | Docket number |
|---|---|---|

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed  *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

_____

_____

_____

_____

_____

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 8-07

Page 2 of 2

**APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**
JD-FM-222  Rev. 11-22
C.G.S. § 46b-56f; P.A. 21-15

| *This form is available in other language(s).* | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|---|

*Instructions*
*1. Complete this form, including the affidavit on page 2.*
*2. Attach an Affidavit Concerning Children, form JD-FM-164.*
*3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).*
*4. Bring the original and a copy of this form to the court clerk's office.*
*5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.*
*6. Make sure the originals are returned to court after service.*

| | | | Court Use Only |
|---|---|---|---|
| | | | **EXPCUS** |

| Judicial District of | At (Town) | Return date (if applicable) | Docket number |
|---|---|---|---|
| New Haven | New Haven | | NNH-FA19-5046828-S |

Name of case *(Plaintiff v. Defendant)*
Antar, Theodora F. v. Lodice, Matthew J.

1. I, *(Name and address)*  Theodora F. Antar

am the Applicant for this emergency ex parte order of custody, and I am the ☒ **Parent**    ☐ **Legal Guardian**    of the following child or children for whom I am seeking this order *(attach additional sheets if necessary)*:

| Child's Name *(First, Middle Initial, Last)* | Date of birth *(Month, day, year)* |
|---|---|
| Angelina Maria Lodice | 05/21/2019 |
| | |
| | |

2. The Respondent *(Name and address)*  Matthew John Lodice, 48 Quarry Hill Rd, Waterbury, CT, 06706

is the ☒ **Parent**    ☐ **Legal Guardian**    of the child or children named above.

3. I am filing or there is already a pending matter in which I am a party for:

☐ divorce *(dissolution of marriage).*    ☐ legal separation.
☐ annulment.    ☐ custody of the child or children named above.
☒ post-judgment modification of custody.

4. I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

## I ask the Court to enter the following ex parte orders:

☒ Temporary legal and physical custody to  Theodora F. Antar
☐ Visitation as follows: _____
☒ No visitation.
☒ Respondent may not remove the child or children from the State of Connecticut.
☒ Respondent may not interfere with Applicant's custody of the child or children.
☒ Respondent may not interfere with the educational program of the child or children.
☐ Other *(specify):*

| Signed (Attorney or self-represented party) *Theodora Antar* | Printed name of person signing Theodora Antar | Date signed 07/06/2023 |
|---|---|---|
| Address (Number, street, town or city, state, zip code) 856 Shagbark Drive, Orange, CT, 06477 | | Telephone number (203)273  -8419 |

Print Form    Page 1 of 3    Reset Form

| Name of case (Plaintiff v. Defendant) | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH-FA19-5046828-S |

**Affidavit**

I, (Name)  Theodora F. Antar          , am the Applicant in this matter and swear to the following
*(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children):*

   1. An emergency ex parte order is required because *(attach additional sheets if necessary)*:

    See attached.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I ☐ have ☒ have not   been a party or a witness or participated in any other capacity in any other proceeding in Connecticut or in any other state concerning custody of or visitation with any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

4. *(Select one)*

   ☒ I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is)*:

   I notified the respondent in the OurFamilyWizard app that I would be filing the application.

   ☒ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

   The child is at an extreme risk of psychological harm and physical danger.

| I certify that the statements above are true to the best of my knowledge and belief | Signed (Affiant) | Print name of person signing | |
|---|---|---|---|
| Subscribed and sworn to before me (Assistant Clerk, Commissioner of the Superior Court) | MICHELLE QUENSEY CALDRON NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 | Theodora Antar | Date signed 7/6/23 |

[Print Form]   [Reset Form]

The Plaintiff Theodora F. Antar is filing this application for emergency ex-parte order of custody of her minor daughter Angelina Maria Lodice (05/21/2019), pursuant to C.G.S.§46b-56f, P.A.21-78, and P.A. 21-15 because she sincerely believes and has substantial and concrete evidence in the form of documentation, pictures, videos, witness, and expert-witness testimony to demonstrate and prove that there is an immediate and present risk of physical danger or psychological harm to Angelina that currently exists.

My name is Theodora Antar and I am the Plaintiff in this case and the mother of Angelina Maria Lodice (D.O.B. 05/21/2019) and Julianna Rose Viglione (D.O.B. 09/23/2014). At this time, there is an extreme and immediate risk of psychological harm and physical danger that presently exists regarding my minor child Angelina Maria Lodice. An emergency ex parte order is required because:

## Conditions requiring an emergency ex parte order of custody

1) There are multiple present conditions that require the granting of an emergency ex parte order of custody of the minor child Angelina.

   a) **The Defendant Matthew Lodice has been neglecting Angelina's medical care.**

      i) Matthew Lodice has withdrawn Angelina from her psychologist's office at the Yale Child Study Center. Angelina suffers from a diagnosis of adjustment disorder. Her mental health has been suffering since Matthew has removed her from therapy services. He has refused to allow her to attend therapy. Angelina has not received any of her medically necessary mental health treatment services in more than 2 months. Matthew has not enrolled Angelina in any alternate mental health treatment services either.

1

ii) Matthew Lodice has withdrawn Angelina from her pediatrician's office at Preferred Pediatrics in Milford, CT. Angelina has not been able to attend a post-ER follow up medical appointment that was ordered for her on 5/23/23. It has been 38 days since the follow up appointment was due, and Matthew has canceled the appointment, a subsequent appointment, and told the provider that Angelina would no longer be coming to the practice. Angelina is now past due for a dentist appointment, her four-year-old annual physical appointment, and her post-ER follow up appointment. Matthew has refused to bring Angelina to any doctor, pediatrician, or dentist. He has withdrawn her from each of her providers and has not enrolled her in any alternative providers to date.

iii) Matthew has caused Angelina to lose her Husky Insurance and she currently does not have medical insurance. She has no pediatrician, no therapist, and no ability to be seen by a doctor due to not having insurance. He has not enrolled her in any alternative health insurance policy to date.

iv) Matthew has stated that he will not provide Angelina with any of these medical needs under any circumstances and that he feels it is in her best interest not to be seen or evaluated by any doctors or providers for any reason.

v) Matthew is actively and aggressively neglecting Angelina's physical, emotional, and medical needs by refusing to allow her access to essential doctors and treatment providers.

**b)      The Defendant Matthew Lodice has been exposing Angelina to an ongoing risk of sexual abuse.**

2

i)   Angelina reported that she was being sexually abused by her almost 17-year-old half-brother/primary caregiver and has made repeated allegations of said abuse over the last 9 months.

ii)  There is currently an active and open investigation regarding allegations of neglect and abuse with Waterbury DCF

iii) There is currently an active and open investigation regarding the allegations of sexual abuse with the New Britain Police Department (Case #23-014734) and results of a DNA collection kit have not been returned yet

iv)  Angelina has been sent to visits with her mother without any underwear and has been making sexual comments and repeatedly saying words related to genital areas and private parts and continuing to show signs of being sexually abused.

v)  Angelina has never denied any of the allegations of abuse and has never been asked or answered whether or not she was abused by anyone from the police, DCF, or the child abuse clinic.

c)      **The Defendant Matthew Lodice is on the DCF abuse and neglect registry for abusing and neglecting his older children and has an extensive history of convictions of violent crimes.**

i)   Matthew Lodice is registered with the Department of Children and Families in their registry of individuals who have been found to have substantiated abuse and neglect against their children.

ii)  Matthew Lodice has convictions of several violent crimes, and has been arrested on 2 counts of Risk of Injury to a minor and subsequently convicted of reckless endangerment.

3

iii) Matthew Lodice currently has an open criminal case for extensive harassment, including sexual harassment in the presence of Angelina in which I am the protected party and victim in the case, which is being prosecuted in Derby CT.

**d)** **The Defendant Matthew Lodice has been using psychological abuse and coercive control to mentally and psychologically abuse the minor child Angelina**

i) Matthew Lodice has been telling Angelina daily that she is "never allowed to go to mommy's house again.

ii) Matthew Lodice has told Angelina daily that she can not see mommy because "mommy doesn't follow the rules"

iii) Matthew Lodice has told Angelina on multiple occasions that "mommy can see you anytime that she wants" while simultaneously refusing to allow me to see Angelina, despite my relentless attempts to access her through visitation and telephone/FaceTime contact.

iv) Angelina has asked repeatedly to see me on a daily basis, and has stated to me on multiple occasions that she has repeatedly begged Matthew to allow her access with me and Matthew refuses

v) Matthew's actions constitute parental alienation as defined by the law.

vi) In accordance with the law, it is stated in P.A. 21-15 that "(b) A parent of the child may use evidence of duress, coercion or threat of harm to contest an allegation that the parent fostered or supported a bonded and dependent relationship as described in subdivision (6) of subsection (a) of this section.

Such evidence may include:

4

(1) Whether within a ten-year period preceding the date of the proceeding, the person seeking to be adjudicated a de facto parent:

(A) Has been convicted of domestic assault, sexual assault or sexual exploitation of the child or a parent of the child;

(B) has been convicted of a family violence crime, as defined in section 46b-38a of the general statutes;

(C) is or has been subject to an order of protection pursuant to sections 46b-15, 46b-16a, 46b-38c, or 54-1k of the general statutes;

(D) was found to have committed abuse against the child or a parent of the child; or

(E) was substantiated for abuse against the child or a parent of the child;

(2) a sworn affidavit from a domestic violence counselor or sexual assault counselor, as defined in section 52-146k of the general statutes, provided the person who had confidential communications with the domestic violence counselor or sexual assault counselor has waived the privilege, in which case disclosure shall be made pursuant to section 52-146k of the general statutes; or

(3) other credible evidence of abuse against the parent of the child or the child, including, but not Substitute House Bill No. 6321  Public Act No. 21-15 27 of 128  limited to, the parent's or child's sworn affidavit or an affidavit from a social service provider, health care provider, clergy person, attorney, or other professional from whom the parent or child sought assistance regarding the abuse.

5

vi) Matthew is actively trying to cloud and misrepresent Angelina's preferences through the use of parental manipulation that some claim is akin to brainwashing.

Matthew also abuses me and Angelina through alienation by the misuse of other factors such as his behaviors and statements regarding me that he says and does when in Angelina's presence of the child. This is an abusive tactic that he utilizes to try to further isolate and alienate Angelina and myself from each other. See Grabowski v. Grabowski-Clark, 2013 WL 593920 (unpublished 2013).

In 2011, a Connecticut court concluded (despite finding alienation), "it is likely that the alienation in this family would exist without the plaintiff intentionally creating such a result," noting the child's "high levels of anxiety" well before the motion to modify custody. See Walsh v. Walsh, 2011 WL 8199263 (unpublished 2011).

However, in this case, Angelina has been desperately begging on a daily basis to return to me, as I am the preferred parent. Angelina's father Matthew Lodice has been actively trying to isolate and alienate her as much as possible to try to brainwash her into rejecting me as a parent. Unlike Walsh, in my case the alienation never had, and never would have occurred had it not been for the defendant intentionally creating such a result.

**e. Matthew Lodice has substantial issues regarding severe alcoholism, substance abuse, and tobacco usage.**

i. It would be in the best interest of Angelina for the judge to order Mr. Lodice to participate in both counseling and drug or alcohol screening pursuant to the law.

ii. It would be in the best interest of Angelina for Mr. Lodice to participate in a hair follicle test and/or toenail clipping test in order to test for the substance of alcohol, drugs, and other substances.

6

iii. Mr. Lodice has been smoking cigars regularly in the presence of Angelina as well as parenting her while under the influence of drugs and alcohol

iv. Roy Bowers who is a lifelong alcoholic is living at the home at 48 Quarry hill road and oftentimes will be left alone with Angelina

v. Scott Lodice who is a lifelong alcoholic and suffers from severe drug addiction and has previously overdosed in the presence of his daughter, is frequently at the home of 48 Quarry Hill rd and is sometimes left alone with Angelina

**f. Matthew has been physically abusive on Angelina and has used force and restraint against her and has been physically abusive toward her during phone calls and FaceTimes that I witnessed**

i. On several occasions, Matthew has been physically abusive to Angelina during the FaceTime and phone calls by physically and forcibly restraining her. Recently, he restrained her using force and refused to allow her to get up to turn on the light so that she could have a FaceTime call with me without the screen being black and her face not being visible.

ii. On several occasions, Matthew has been physically abusive and grabbed Angelina's arm and twisted it and hurt her in which she stated on many occasions during the call that he was hurting her and to let go of her.

iii. On several occasions, Matthew has been physically abusive to Angelina and has hit her as a punishment for not wanting to go to bed, not wanting to stop playing, not wanting to listen to him, and other reasons.

iv. On several occasions, Matthew has been physically abusive with Angelina while also manipulating, threatening, or intimidating her.

7

v. Matthew has used coercive control and force on Angelina on numerous instances, and has told her she has to listen to him irregardless of what he tells her to do.

## **Evidence that the emergency ex parte order is in the best interests of the child**

(2) There is clear and convincing evidence to a substantial degree that an emergency ex parte order is currently in the best interests of the child for several reasons.

   a. **There are multiple statutory factors in Connecticut which are relevant in discerning the impact of parental alienation on Angelina.**

   i.  Perhaps the most crucial factors are a parent's manipulation to draw the child into parental disputes and parental ability to facilitate a relationship between the child and their other parent. Eisenlohr v. Eisenlohr, 135 Conn.App 337 (2012) (Noting that Connecticut courts have seen cases where the alienated parent "presented an abundance of evidence pertaining to specific acts of coercion and manipulation [by the other party] … that the court, as the finder of fact, credited.")

   ii. In this case, I have an overabundance of evidence pertaining to specific acts of coercion and manipulation by Matthew Lodice. He has consistently and relentlessly manipulated Angelina in order to draw her into the parental and custody dispute. He has made no effort and shown no ability or willingness to facilitate a relationship between Angelina and myself.

   iii. Matthew has been particularly antagonistic and difficult and has adamantly attempted to alienate me from Angelina.

   iv. It is widely accepted that it is usually in the child's best interest to have ongoing relationships with both parents. This may not be true when a parent has a history

8

of criminal behavior, substance abuse or serious emotional or mental challenges. Even then, sometimes contact with that parent is possible with a safety plan, such as third-party supervision during visitation.

v.     I do not have a history of criminal behavior, and any arrests or charges that have been brought upon me have been dismissed or not prosecuted. Matthew on the other hand has an extensive criminal record.

vi.    I do not have a history of substance abuse, and do not take any non-prescription medications or substances. Matthew has a strong history of substance abuse and alcoholism, and takes several non-prescription medications and substances daily.

vii.   I do not have a history of serious emotional or mental challenges. I have been able to show that I have strong character qualities, including the ability to maintain a stable living situation and owning my own single-family home in a nice well-sought after area that I have resided in for almost 7 years. I have been in therapy consistently and have maintained consistent attendance with my therapist. I recently went back on medication for ADHD due to being in law school and have been doing better with focus, concentration, and organization since being on the medication. Matthew has a strong history of emotional and mental challenges and has refused to seek treatment.

viii.  Matthew has not tried to make any effort to allow me regular access to Angelina, and has completely restricted her from seeing me for more than 1-2 days per month.

ix.    Angelina was living with me from the date of her birth full time and just recently was visiting Matthew on the weekends. She has lived with me and my daughter

Julianna who is 8 years old who I have sole legal and sole physical custody of for the past four consecutive years.

x.   Angelina went from seeing me 6 days a week and spending approximately 140 hours per week with me to spending approximately an average of 5 hours per week with me under strict supervision

xi.   Matthew has refused to provide any visitation schedule or give any consistency for either myself or Angelina

xii.   Matthew has repeatedly told Angelina that she will not be able to see mommy again for a "very long time" and has said that mommy is "the worst" and that "mommy doesn't know how to follow my rules and listen to me so now you won't be seeing her anymore"

xiii.   Matthew's actions and statements have been extremely harmful to Angelina and her psychological well-being.

## Actions taken to inform respondent/reasons for ex parte consideration

(3) There have been numerous actions taken to inform Matthew of this request for emergency custody orders regarding Angelina Lodice.

a.   **I notified Matthew Lodice via the OurFamilyWizard app that I would filing for emergency ex-parte relief due to his consistent abuse, neglect, and parental alienation of Angelina.**

(4) There are several reasons why the court should consider this application on an ex parte basis.

a.   **If prompt action is not taken, Angelina will be exposed to a high risk of continued psychological abuse and harm.**

10

i. Connecticut statute requires the court to make all custody and visitation decisions based on the child's best interests. The court looks at each parent's rights and responsibilities as well as whether it is in the child's best interests for both parents to be actively involved. In the best-interest analysis, the judge may consider any of 17 factors listed in statute and any other relevant factors. CT Gen. Stat. 46b-56. The listed factors include:

- Child's "physical and emotional safety"
- Child's "temperament and developmental needs"
- Parents' ability and willingness to "understand and meet" the child's needs
- Child's "informed preferences" and "relevant and material information" received from the child
- Parents' wishes
- Child's relationship with each parent, siblings and other important persons
- Parents' ability and willingness to facilitate an appropriate parent-child relationship with the other parent
- Parental coercion to involve child in parental disputes
- Parental ability to be involved with child
- Child's adjustment to home, school and community
- Length of time child has lived in a "stable and satisfactory" environment and whether continuing this is desirable
- Stability of current and proposed residences
- Everyone's mental and physical health
- Child's cultural background

- Effect on child of domestic abuse between the parents or between a parent and the child or another person

- Abuse or neglect of the child or their sibling

- Parents' participation in parenting education classes

i. Based on the analysis of the above factors, the scales are tipping in favor of Angelina remaining with me to an extreme degree. Matthew does not meet any of the statutory requirements to be considered as the sole legal guardian of Angelina and to make all decisions regarding her current and future life.

**b. If prompt action is not taken, Angelina will be exposed to high risk of continued physical abuse and harm.**

**c. If prompt action is not taken, Angelina will be exposed to a high risk of continued sexual abuse and harm.**

**d. If prompt action is not taken, Angelina will continue to be alienated and isolated further from her mother, sister, grandparents, aunts, uncles, clergy members, providers, and other members of her support system.**

**e. If prompt action is not taken, Angelina will likely suffer from extreme psychological trauma that will have life-lasting effects**

i. Matthew has continued to engage in "parental alienation" and has consistently acted against Angelina's best interest.

ii. Matthew consistently and aggressively persuades and manipulates Angelina to try to coerce her and encourage her to unjustifiably reject and even hate or fear me.

iii. Matthew has continued to consistently exhibit many different alienating behaviors such as telling Angelina untrue, negative stories and statements about me

iv. Matthew has continued to insist on alienating and isolating me from Angelina by refusing to allow visits or communication between Angelina and myself, and expressing repeated hostile comments about me to her and to others in front of her.

v. Matthew's actions are harmful toward Angelina and will cause life-lasting damage. Matthew's actions are evidence that he only wants to hurt me – and getting Angelina to turn against me may be his goal.

vi. Matthew is attempting to inflict the ultimate injury of loss of a parent-child relationship and trying to destroy any chance of Angelina maintaining a relationship with me or having an active mother figure in her life, which to me would be devastating.

vii. Matthew is attempting to eliminate any chance of Angelina having a relationship with other members of her family including her sibling, and extended family, friends, and other support sources.

viii. Matthew has been using excessive verbal criticism of me in the presence of Angelina and has made negative comments both directly to her and to others while in her presence in order to further alienate her from me as her mother. One Connecticut case describes parental alienation as potentially including verbal criticism of the other parent in the presence of the child or "[c]oercive or manipulative acts designed to alienate … and interfere …" with their relationship. Dufresne v. Dufresne, 191 Conn.App. 532 (2019).

ix. Angelina is at an increased risk of continuing to be subjected to further psychological and emotional abuse if Matthew's behaviors continue. A psychotherapist in a recent Psychology Today article describes parental alienation as a type of domestic abuse in which one parent "weaponizes" the child against the other parent, hurting both the child

and the targeted parent. Potential harm to the child is both immediate and can last long
into adulthood and includes several potential issues such as:

- Trauma

- Loss of "social power and autonomy"

- Self-doubt in decision making

- Separation anxiety when away from the preferred parent

- Difficulties with relationships and social connections

- Uncertainty about their memories

- Loss of a sense of family, self, community and place

- Loss of relationship with extended family

- Mental health problems

- And others

x. Professionals in the field have referred repeatedly to parental alienation as child abuse,
emotional abuse and psychological abuse.

xi. The damage and harm that the parental alienation is causing to Angelina due to
Matthew's underlying parental behavior is detrimental to her wellbeing and mental
health. the harm to the child from the underlying parental behavior.

xii. Angelina is now likely suffering from "Child Affected by Parental Alienation
Distress" and would likely fit the requirements for that diagnosis as written in the DSM.

xiii. Matthew's behaviors constitute "Child Psychological Abuse" and as the alienating
parent he would likely fit the requirements for that diagnosis as written in the DSM.

xiv. Parental alienation is relevant in an initial custody decision and can serve as the basis
for custody modification. A recent article in Divorce Magazine elaborated on this issue.

14

xv. I can clearly show that there has been a substantial or material change in circumstances since the court issued the custody orders on 5/25/23 that gave Matthew sole legal and physical custody of Angelina and order me to only have supervised access with her under the complete control and discretion of Mr. Lodice.

xvi. I am petitioning the court to modify the current custody/visitation/access orders regarding Angelina due to Matthew's consistent attempts to further alienate Angelina from me being a large part of the material change that would suffice in justifying a change in custody or visitation in Angelina's best interest. See Dufresne. It is necessary that Matthew must partake in mental health evaluations. He was exempt from having to sign releases for each of his past mental health treatment providers and was not penalized for refusing to comply with Judge Grossman's orders to do so from 12/1/22. Several expert witness opinions and third-party witnesses to parental behavior are ready to testify to the continued abuse that Angelina has been subjected to by Matthew.

**Issue re: abuse of power, abuse of judicial discretion, lack of jurisdiction, repeated denial of due process, and refusals of Judge Jane Grossman to allow any other judge to hear any matter regarding the plaintiff across the state**

I am respectfully asking that this motion be ruled on by a judge other than Judge Jane Kupson Grossman. There is currently an appeal and a mandamus action pending in regard to the ongoing pattern of Judge Jane Kupson Grossman abusing her power in order to prevent me from filing any emergency ex-parte relief in the form of an emergency ex-parte custody orders or for an application for relief from abuse.

I have filed an appeal, a mandamus, a motion for disqualification of judicial authority, and have filed several motions asking that this matter be transferred to the proper jurisdiction due to the IV-D involvement in magistrate court and due to the fact that the New Haven JD lacks jurisdiction over the parties. The proper JD for this matter is either Waterbury JD where the father resides or Milford-Ansonia JD where I reside.

In accordance with PA 21-15, Sec. 9. (NEW) (Effective January 1, 2022) the law states the following:

*(a) Except as provided in subsections (b) to (d), inclusive, of this section, venue for a proceeding is in the judicial district in which:*

*(1) The child resides; or In IV-D cases, as defined in section 46b-231 of the general statutes, as amended by this act, and in petitions brought under sections 46b-301 to 46b-425, inclusive, of the general statutes, venue for a proceeding is in the Family Support Magistrate Division serving the judicial district where the parent who gave birth or the alleged parent resides.*

My matter is a IV-D case and by law must be heard within the judicial district where either parent resides. The only two judicial districts in the state that can legally have jurisdiction of the case at this point in time are either the Ansonia-Milford JD or the Waterbury JD. I have filed motions multiple times requesting that the case be transferred. Judge Grossman either ignored, denied, or refused to acknowledge every motion that I have filed in the last 65 weeks since she first encountered me.

I have also repeatedly tried to request emergency applications for custody as well as temporary restraining orders and have been blocked by Judge Grossman. She has done all of this in the face of 2 appellate matters and pending transfer and recusal motions. She has instructed

the New Haven Superior Court that no member of the Family Relations division may speak to any litigant in writing and that everything must be on the phone and that nothing can be recorded.

When asked to have things in writing for documentation purposes, Family Relations division employees state specific instructions from Judge Grossman that no conversations can be recorded or in writing and that Family Relations can not accept, consider, relay, or otherwise have any involvement with any information that a party wishes to provide or share, unless it has been specifically and previously requested by Judge Grossman and part of an official court order.

Family Relations will not take in any evidence, documentation, or even include any of the information that a litigant shares with them as part of the file unless the specific information was already previously chosen, requested, and ordered by Judge Grossman. If additional information becomes available after Judge Grossman orders it, Family Relations is barred from accepting it, even if it was information that was part of the original order, to Judge Grossman giving stringent time frames and windows for the information to be dispensed.

The law says that if an emergency ex-parte custody application is denied, it must be scheduled for a hearing within 14 days. When I tried to file one in 2022, Judge Grossman scheduled it for a hearing that was several months away, despite the statute stating that all hearings must be scheduled within 14 days or less pursuant to CGS§46b-56f(c).

I tried to file for another emergency ex-parte custody application on 5/26/23, which she denied and then scheduled the hearing for 3 weeks away, in violation of CGS§46b-56f(c).

When the date of the hearings took place, Judge Grossman did not allow any evidence, testimony, or argument on the motion. She stated that she "read the motion" and said that she would not listen to anything unless it was related to subjects that were not in the motion.

17

On 12/1/22, Judge Grossman went on the record during a court proceeding and threatened to make it so I could "never file a TRO again," and since then, every time that I have tried to file a TRO in my district of Milford Superior Court or in the defendant's district of New Britain Superior Court or Waterbury Superior Court, she has immediately forced and directed the courts to transfer the TRO to her in New Haven. None of us live in her JD and she has no jurisdiction over hearing any cases in her court regarding myself or the other parties.

PA 21-78 gives individuals the right to seek relief from abuse, and to not be abused by judicial abuse of power while attempting to seek emergency relief for our children in emergencies.

Judge Grossman has exhibited intimidation, bias, and abuse of discretion, power, and control over me and has made it clear that not only has she eliminated my ability or right to seek any ex-parte or emergency relief, but she has shown that she can and will actually pull all of my cases from other districts, send them to hers, and then schedule them to be heard in front of her to then deny me the right to offer evidence testimony or speak about the motion and then just deny it.

Milford Superior Court granted two ex parte TROs that I applied for in June, and Milford is my proper JD. Judge Grossman forced Judge Erika Tindill from Milford Superior Court to vacate the two TRO's that she had granted and instructed her to send them to New Haven to be heard by her.

She scheduled 5-6 different emergency hearings for the same date and time when another custody proceeding of mine was also already scheduled. She gave only 2.5 hours total for a hearing involving 6 separate docket numbers, and heard testimony and accepted evidence from me regarding 0 of them.

18

After insisting that all of my emergency motions be heard only by her, Judge Grossman then did not allow any of my applications to be heard at all. Nothing in any of my prior applications is frivolous by any means. My applications are all regarding serious psychological, mental, financial, physical, and sexual abuse.

There are currently active police and DCF investigations pending and Judge Grossman has been actively accusing me verbally, on the record, and in writing, of being a liar and saying that I have mental health issues for lying about allegations of abuse. She has ignored almost 200 exhibits which have been entered in the case file through e-services to date.

As a woman and mother who has worked tirelessly and selflessly my entire life to provide my children with a good life and stable home, I should never have to suffer from this type of abuse and should never be denied the due process and right to even seek relief and have a fair hearing.

Judge Grossman has violated P.A. 21-78, The Federal Violence Against Women Act, The United States Constitution Bill of Rights, and many other state and federal statutes relevant to her powers as a judicial authority handling post-judgment family matters in New Haven Superior Court.

I am terrified and feel that despite reaching out to state reps, state senators, DCF, police, and multiple attorneys, the fact that I have repeatedly been told that the ONLY thing I can legally do at this time is to go back to family court is concerning since Judge Jane Kupson Grossman has made it clear that, even if I appeal, even if I file complaints, even if I file motions for recusal and even if I make it known that she has been violating my rights and showing prejudice and bias and abuse of power, Judge Grossman has refused to recuse herself from the case.

She has taken another step and made it so that she has reserved a designation for herself as the sole judge in the State of Connecticut for hearing any matters related to me. I do not live in the JD of New Haven where Judge Grossman is located. However, in spite of this, Judge Grossman has been aggressively and forcibly insisting on taking over any and all matters that are attached to my name. She has even forcibly transferred matters to her that were regarding individuals who are not parties to the custody action such as family members of the defendant.

In accordance with Connecticut State laws, PA 21-78 allows for victims of abuse to seek relief through temporary restraining order applications and emergency custody actions. I have tried to do so within my rights per the law for several months now, and Judge Grossman blocks each and every attempt that I make and has instructed all of the superior courts in the state of Connecticut that any and all of my emergency applications must be transferred solely to her to be heard solely by her in New Haven JD. Neither myself, nor my child, nor the defendant reside now nor have we ever resided in New Haven since the child was born.

20

| Name of case *(Plaintiff v. Defendant)*<br>Theodora F. Antar v. Matthew J. Lodice | Docket number<br>NNH-FA19-5046828S |
|---|---|

## Order *(To be completed by the court)*

☐ **The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.**

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☐ Other:

☐ **This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).**

| By the Court *(Judge)* | Date ordered |
|---|---|

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* _____ at *(time)* _____.

This hearing will be held ☐ In person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| Court location *(Number, street and town)* | | |

☐ remotely (online by video). You are ordered to:

- File an Appearance form with a valid e-mail address at least 5 days before this hearing, unless you have already done so;
- Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least 5 days before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address | |
|---|---|---|
| By the Court | Assistant Clerk | Date signed |

**AFFIDAVIT CONCERNING CHILDREN**
JD-FM-164   Rev. 1-22
C.G.S. § 46b-115s; P.A. 21-15; P.B. § 25-57

| This form is available in other language(s). |
|---|

Court Use Only
**AFFACUS**

STATE OF CONNECTICUT
**SUPERIOR COURT**
**COURT OF PROBATE**
www.jud.ct.gov

*Instructions:*
Fill out this form completely.
You must swear that your statements are true and sign this form in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit.

| Judicial District of New Haven | At (Town) New Haven | Probate District name and number | Docket number NNH-FA-19-5046828-S |
|---|---|---|---|

| Plaintiff/Applicant's name (Last, first, middle initial) Antar, Theodora, F. | Defendant/Respondent's name (Last, first, middle initial) Lodice, Matthew J |
|---|---|

You must provide information about the past five years for each child affected by this case. Provide the information below.
If you need more space, use form JD-FM-164A.

| Child's name (First, middle, last) Angelina Maria Lodice | | | Date of birth (Month, day, year) 05 21 2019 |
|---|---|---|---|

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From 06 20 23 To The present | 48 Quam hill rd Waterbury, CT, 06706 | Roy Bower, Karen Bower, Matthew Lodice | step-grandfather grandma dad |
| From 5 25 23 To 6 20 23 | 23 Lyman St, New Britain, CT | Matthew Lodice | dad |
| From 5 21 19 To 5 25 23 | 856 Snagpunt dr Orange CT 06477 | Theodora Antar, Julianna Vigliote | mom sister |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

| Child's name (First, middle, last) | | Date of birth (Month, day, year) | ☐ Residence information is same as for child above. (If not same, provide information) |
|---|---|---|---|

| Date(s) of residence | Place of residence (Town or city, and state, unless confidential by court order) | Name(s) and present address(es) of person(s) child lived with (unless confidential) | Relationship to child |
|---|---|---|---|
| From ___ To The present | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |
| From ___ To ___ | | | |

☐ Select here if additional children are listed on JD-FM-164A.

Page 1 of 2

Print Form          Reset Form

1. *(Select one)*   ☐ I have   ☑ I have not       been involved as a party or a witness or in any other capacity in a case or cases in Connecticut or in another state concerning custody of or visitation with any child listed in this affidavit. If you selected "I have," give the name of the court, the court case number and the date of the decision in the case or cases:

*(Select item 2 or 3 below)*

2. ☐   I do not know of other civil or criminal cases in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

3. ☑   I know of the following civil or criminal cases, in Connecticut or another state, now or in the past, that could affect the current case, including enforcement cases and family violence, protective order, termination of parental rights and adoption cases.

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| State v Antar; State v Lodicco | | Derby CGA |
| Nature of proceeding | | |
| Criminal cases on both | | |

| Case name | Docket number | Court location *(Including state)* |
|---|---|---|
| Nature of proceeding | | |
| | A05DCR230190622S & A05CR230191150S | |

4. *(Select one)*   ☑ No one except the plaintiff/applicant and defendant/respondent has physical custody or claims to have custody or visitation rights regarding any child listed here.

☐ The following person(s) has physical custody or claims to have custody or visitation rights regarding any child listed here:

**Name:** _____

**Address:** _____
*(unless confidential)*

5. The parent of the child(ren) named in the Complaint or Application is pregnant.

☐ Yes       ☑ No       ☐ Do not know

6. A child has been born to the parent named in the Complaint or Application after the filing of the Complaint or Application.

☐ Yes       ☑ No       ☐ Do not know       If yes, fill in the following:

| Child's name | Date of birth *(Month, day, year)* |
|---|---|
| | |

| Signature | Print name of person signing |
|---|---|
| | Theodosa Antar |

| Sworn to before me *(Assistant Clerk/Commissioner of Superior Court/Notary Public)* | Date signed |
|---|---|
| Michelle Caldron | 7/6/23 |

MICHELLE DENISE CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

JD-FM-164   Rev. 1-22                                               Page 2 of 2

---

**You must tell the court about any case in Connecticut or another state that could affect this case, if you learn about it during this case.**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

[ Print Form ]                                       [ Reset Form ]

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

Instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*To Preparer*
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion for modification on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

*To Responding Party*
1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

*To Clerk*
1. Send notice to all appearing parties of the court's decision regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of New Haven | At (Address of court) 235 Church st, New Haven, CT, 06511 | Docket number NNH-FA19-5046828-S |
|---|---|---|

| Plaintiff's name (Last, first, middle initial) Antar, Theodora F. | Defendant's name (Last, first, middle initial) Lodice, Matthew, J. |
|---|---|

## Section I — Request For Leave (Permission) To File

1. I am the ☑ Plaintiff  ☐ Defendant  in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

☑ Final order for custody that is dated: 6/22/2023

☑ Final order for visitation that is dated: 06/22/2023

FOR COURT USE ONLY
*REQMOD*

| Signed (Attorney or pro se party) *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/06/2023 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) 856 Shagbark Drive, Orange, CT, 06477 | | Telephone number (Area code first) 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

| Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification) ► | | MICHELLE DENISE CALDRO NOTARY PUBLIC |
|---|---|---|
| Subscribed and sworn to before me on: | Date 07/06/2023 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldron* | State of Connecticut My Commission Expires January 31, 2027 |

## Section III — Notice (Check either A or B below)

☑ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/06/2023 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) * 48 Quarry Hill Rd, Waterbury, CT, 06706 | | |
| Signed (Attorney or pro se party) *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/06/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**
If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

Print Form

Page 1 of 2

Reset Form

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number |
|---|---|---|
| | | |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|

Address *(Number, street, town or city, state and zip code)*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby Ordered that:

_____

_____

_____

_____

_____

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 8-07          **Page 2 of 2**          Reset Form

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-28, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| ☐ **Before judgment** | ☒ **After judgment** | *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.* |

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **23 Lyman St, #2, New Britain, CT, 06053** |

Type of Motion to Modify
☐ Child Support   ☐ Alimony   ☒ Custody   ☒ Visitation   ☐ Other *(Specify):*

I, **Theodora Antar** _____, ☒ the Plaintiff ☐ the Defendant ☐ a Support Enforcement Officer, state that:
*(Name)*

1. This Court issued an order dated **05/31/2023** directing **Matthew J. Lodice** _____, residing at
*(Name)*

**23 Lyman st, #2, New Britain, CT, 06053** _____ to: *(Complete the boxes that apply to your motion)*
*(Number, street, city, state, zip code)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $ 0   every (per) | $ 0   every (per) |

Pay arrearages as follows:
$ 0   every (per)   on the total arrearage owed of $ ____ as of (date) ____

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☐ Joint legal custody ☒ Sole custody | **supervised visitation under father's sole discretion** | **father** |

| Provide health insurance coverage | Pay 0 % of unreimbursed medical expenses | Provide HUSKY/cash medical |
|---|---|---|
| ☒ No ☐ Yes | | $ 0   every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| 0 % or $ | **mother's access determined by father in presence of third party designated by the father** |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

**Matthew has completely alienated and isolated Angelina from me and my family, denied her access to school/medical care**

☒ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

**father makes exponentially more money than mother based on clear and convincing evidence and proof via discovery**

3. The ☐ plaintiff ☐ defendant is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past. ☒ Yes ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☒ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

## I ask the Court to modify (change) the existing order or orders as follows: *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

| ☐ Order current support | ☒ Find arrearage and order payment | ☒ Order immediate income withholding |
| ☐ Increase current support | ☒ Provide HUSKY/cash medical | ☒ Provide health insurance coverage |
| ☐ Decrease current support | ☒ Contribute to child care | ☒ Other |

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify custody as follows:
**sole legal and physical custody to mother**

*(Continued on page 2)*   Select appropriate court: ☐ Superior Court   ☐ Family Support Magistrate Division

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA-19-5046828-S |

## d. Visitation/Parenting Time

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

**no visitation for father**

## e. Other [ ]
*(Please be specific)*

| Signature *(Self-represented party or attorney)* | Print name | Title *(if applicable)* | Date signed |
|---|---|---|---|
| *Theodora Antar* | **Theodora Antar** | | **07/06/2023** |
| Address *(Number, street, city, state, zip code)* | | | Phone number |
| **856 Shagbark Drive, Orange, CT, 06477** | | | **203-2738419** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___07/06/2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**Matthew Lodice, 48 Quarry Hill Rd, Waterbury, CT, 06706**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ *Theodora Antar* | **Theodora Antar** | **7/6/23** |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of | | Date | |
|---|---|---|---|---|
| | Court Address | | Room Number | Time |

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |

## Order   The court has heard this motion and orders it

[ ] Granted       [ ] Denied       and       [ ] Further orders *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

| For Court Use Only |
|---|
| Fee for Motion to Modify:   [ ] Paid       [ ] Waived |

JD-FM-174 (Page 2)   Rev. 3-20

ORDER   435701

DOCKET NO: NNHFA195046828S

SUPERIOR COURT

ANTAR, THEODORA, F
      V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

7/11/2023

## ORDER

ORDER REGARDING:
07/11/2023 334.00 MOTION FOR ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

Although this filing is presented as a motion for order, the content consists of two requests for leave to file the accompanying motions along with a fee waiver application. A request for leave must be served with the attached motions on the opposing party and returned to court with return of service.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Gina Kilian

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-150(d), 46b-231, 52-259b;
P.A. 21-18; P.B. §§ 8-2, 25-63, 63-6

Use only for family/family support magistrate matters. For civil, housing and small claims, use form JD-CV-120.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.ct.gov

### Instructions to applicant (person filing)
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to this court or for payment of costs of service of process is denied, you may ask for a hearing.

### Instructions to Clerk
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if applicable.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, upon request, schedule a hearing.

**To: The Superior Court**

Name of case (Name of plaintiff v. Name of defendant): THEODORA ANTAR V MATTHEW LODICE

Docket number (if applicable): NNHFA195046828S

Judicial District: NEW HAVEN   Address of court: 235 CHURCH ST NEW HAVEN CT 06511

Name of applicant (Last, first, middle initial): ANTAR, THEODORA, F

Address of applicant (Number, street, town, state and zip code): 856 SHAGBARK DRIVE, ORANGE, CT, 06477

Phone number: 2032738419

## Type of proceeding (select all that apply)
- [ ] Motion to Open Judgment
- [x] Motion for Modification
- [ ] Application for Custody
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Application or Petition for Visitation
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Other (ex parte custody, etc.) (Specify): EMERGENCY EX-PARTE MOTION OF CUSTODY
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs
I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. (select all that apply)
- [ ] Entry fee (fee to file a new case)
- [x] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

## Grounds for Appeal (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are:

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)
- [x] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents (people supported by you)**
Total number of dependents (not including yourself): 2

**2. Monthly Income**
| | |
|---|---|
| A. Gross monthly income (before deductions) | |
| B. Net monthly income (after taxes) from employment | |
| C. Other Income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): | 637.00 |
| Total Monthly Income (B+C) | $ 0.00  637.00 |

**3. Monthly Expenses**
| | |
|---|---|
| A. Rent/Mortgage | 1650 |
| B. Real Estate Taxes | |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | 350 |
| D. Food, not including SNAP (food stamps) | 950 |
| E. Clothing | 20 |
| F. Insurance Premiums (medical/dental, auto, life, home) | 280 |
| G. Medical/Dental (costs not covered by insurance) | 378 |
| H. Transportation (bus, gasoline, etc.) | 300 |
| I. Child Care | 354 |
| J. Other (child support, alimony, etc.) (Specify): | |
| Total Monthly Expenses | $ 0.00 |

**4. Assets** — Estimated current value / Balance / Equity

| | Balance | Equity |
|---|---|---|
| A. Real Estate | | Real Estate $ 0.00 |
| B. Motor Vehicles | | Motor Vehicle $ 0.00 |
| C. Other Personal Property (for example, jewelry) | | Other Property $ 0.00 |
| D. Savings Account Balance (Total of all accounts) | | Savings |
| E. Checking Account Balance (Total of all accounts) | | Checking |
| F. Cash | | Cash |
| G. Other Assets (Specify): | | Other Assets |
| Total Assets | | $ 0.00 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | 56,000 | 400 |
| credit cards | 32,000 | 1000 |
| | | |
| Total Liabilities | $ 0.00 | $ 0.00 |

Judicial District of New Haven SUPERIOR COURT FILED JUL 10 2023 CHIEF CLERK'S OFFICE

Page 1 of 3

331

| Name of case | | Docket number (if applicable) |
|---|---|---|
| | | |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | THEODORA ANTA | 7/6/23 |
| Subscribed and sworn to before me | Of (Date) 7/6/23 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) Michelle Caldron | MICHELLE DENISE CALDRON NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Order** *(To be completed by the Court)*
The Court, having found the applicant *(Select all that apply)*: ☐ Not indigent    ☐ Indigent and unable to pay
☐ Indigent or unable to pay *for parenting education program under C.G.S. § 46b-69b,* hereby orders the application:
☐ Granted as follows:
     1. The following costs are ordered paid by the State
       ☐ Costs of service of process not to exceed: $ _____
       ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
       ☐ Other *(Specify):* _____
     2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
       ☐ Other *(Specify):* _____
     3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.
     4. Counsel is   ☐ Appointed *(Name):*   Application is
☐ **Denied.** If denied only in part, specify:   Not consistent with File
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.
☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Grossman J. | On (Date) 7/10/23 | Signed (Judge, FSM, Assistant Clerk) | Date signed 7-10-23 |
|---|---|---|---|

JD-FM-75   Rev. 12-21            Print Form            Page 2 of 3            Reset Form

| Name of case | Docket number *(if applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☒ I request a court hearing on the application.

▶ _Theodora Antar_                                    07/10/2023
Signed *(Applicant)*                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant ☐ Not indigent ☐ Indigent and unable to pay    hereby orders the application:

☐ Granted as follows:
  ☐ 1. The following costs are ordered paid by the State
    ☐ Costs of service of process not to exceed    $ _____
    ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
    ☐ Other *(Specify)*: _____
  ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
    ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
       V.
LODICE, MATTHEW, J

ORDER   435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/2/2023

## ORDER

ORDER REGARDING:
07/11/2023 335.00 REQUEST

The foregoing, having been considered by the Court, is hereby:

ORDER:

This request for fee waiver appeal is moot: the fees were paid for the motion for which the waiver was sought and the court previously acted on and resolved that motion.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



COURT USE ONLY
FACFREQ



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request. If you need to request a continuance of a scheduled court date, do not use this form. Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

**Note:**
*If the request is granted, the court will schedule the event for the requested date, if that date is available. If that date is not available, the court will schedule the event for the next available date.*

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| **New Haven** | **8/7/2023** | **Honorable Judge Mark T Gould** | **NNH FA 195046828** - S |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____
☐ Pretrial on or about: *(date)* _____
☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☒ Other: **Requesting confirmation that** _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | **8/7/23** | |

**Reason(s) for request** *(must be completed for all requests of any type)*:

I filed a caseflow request on 6/29/23 asking that the 7/3/23 hearing be marked off. This hearing was scheduled for "Plaintiff's motions #283 and #284 are scheduled for a hearing on July 3, 2023." On 7/3/23, I filed a motion for continuance requesting that the hearing be moved to 8/7/23. This continuance was granted on 7/3/23. I am filing this caseflow request to confirm that the Motion for disqualification of judicial authority regarding my motion to recuse Judge Jane Grossman from any and all of my matters moving forward will be heard on 8/7/23 per the granted motion for continuance. I also wanted to again ask that, as I asked via caseflow on 7/3/23, that the hearing also be scheduled for a full day hearing and that it be heard by a different judge other than Judge Grossman, as she can not be the judge presiding over the hearing for her own recusal. Please confirm that the trial for motions 283 and 284 are indeed set for 8/7/23 and that it will be a full day hearing and not a 2 hour hearing.

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action. **All Counsel and Self-represented Parties:**

☒ Consent    ☐ Do not consent to the action requested above

| Signed *(Person making request)*  *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* **Theodora Antar** |
|---|---|

The person requesting the action is the:

☒ Plaintiff    ☐ Defendant    ☐ Attorney for Plaintiff    ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address **856 Shagbark Drive, Orange, CT, 06477** | Telephone number *(with area code)* **203-273-8419** |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)*  *Theodora Antar* | Date **07/12/2023** |
|---|---|

| Name of case *(Plaintiff v. Defendant)*<br>**Theodora F. Antar v. Matthew J. Lodice** | | Docket number<br>**NNH FA 195046828** | **- S** |
|---|---|---|---|

## Order

**Request is**

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

JD-FM-292   Rev. 7-22

ORDER   428422

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

7/12/2023

## ORDER

ORDER REGARDING:
07/12/2023 336.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The hearing on 7/3/23 was continued for the Plaintiff per Plaintiff's granted Motion for Continuance (#315.00). The date provided by Plaintiff on the previously filed Motion for Continuance is not guaranteed to be given as a date by the court. The pending Motions for Disqualification (#283.00 and #284.00) are set down for a one hour hearing on 8/14/23 at 3:30 PM.

Judicial Notice (JDNO) was sent regarding this order.

428422
_____

Judge: MARK T GOULD
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*To Preparer*
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion for modification on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

*To Responding Party*
1. If you choose to object to this Request for Leave, complete Secti onsIV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

*To Clerk*
1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave i sgranted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of | At *(Address of court)* | Docket number |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06511 | NNH-FA19-5046828-S |

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |
|---|---|
| Antar, Theodora, F. | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the  ☒ Plaintiff   ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

☒ Final order for custody that is dated: 07/18/2023

☒ Final order for visitation that is dated: 07/18/2023

FOR COURT USE ONLY

*REQMOD*

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/18/2023 |

| Address *(Number, street, town or city, state and zip code)* | Telephone number *(Area code first)* |
|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

| Signed *(Moving party or other person having personal knowledge of the facts recited in the motion for modification)* ► | | MICHELLE DENISE CALDRO |
|---|---|---|
| Subscribed and sworn to before me on: | Date 07/18/2023 | Signed *(Notary, Commissioner of Superior Court, Assistant Clerk)* *Michelle Caldron* | NOTARY PUBLIC State of Connecticut My Commission Expires January 31, 2027 |

## Section III — Notice *(Check either A or B below)*

☒ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew J. Lodice | Date mailed/delivered 07/18/2023 |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* * 856 Shagbark Drive, Orange, CT, 06477 | | |
| Signed *(Attorney or pro se party)* *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/18/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed *(Assistant Clerk, Commissioner of the Superior Court)* | Date signed |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

Docket number

Plaintiff's name  *(Last, first, middle initial)*

Defendant's name  *(Last, first, middle initial)*

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number  *(Area code first)* |
| Signed  *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is Granted.

☐ The request for leave is Denied.

☐ It is hereby Ordered that:

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 8-07

Page 2 of 2

NNH-FA-19-5046828-S                    :                    **NEW HAVEN**

**THEODORA F. ANTAR**

**PLAINTIFF**                          :                    **CONNECTICUT**

**VS.**                                :

**MATTHEW LODICE**

**DEFENDANT**                          :                    **JULY 18, 2023**


## MOTION FOR TEMPORARY ORDER OF MANDAMUS

### IN AID OF A PENDING ACTION

In Re Theodora F. Antar

---

Theodora F. Antar, *Petitioner,*

v.

Honorable Judge Jane Kupson Grossman, *1st Respondent*

Matthew John Lodice, *2nd Respondent*

---

### DOCKET NO.: NNH-FA19-5046828-S

The Plaintiff-Appellant in this action respectfully moves that the Court grant an order of temporary mandamus in this action effective immediately. In accordance with Practice Book section 66-2, the following is for consideration of the court pursuant to this motion:

## I.   BRIEF HISTORY OF THE CASE

Plaintiff initiated a court action in September of 2019 in New Haven Superior Court to obtain court ordered child support payments, legal custody, and a visitation schedule for Angelina. The parties attended hearings on 11/5/2019 and 11/7/2019 and a final judgment was subsequently entered which ordered Mr. Lodice to pay 50% of all childcare and medical payments, and $120.00 per week in child support to Ms. Antar. The court ordered joint custody between the parties and primary residency with Ms. Antar. Visitation was ordered to be worked out between the parties on a week-by-week basis, and Mr. Lodice was also ordered to allow Ms. Antar to obtain a passport for Angelina. The parties then entered into an agreement without court appearance on 6/18/2021 and modified the visitation schedule to set a specific schedule for the Defendant and specify parenting arrangements regarding holidays and other special events.

In November of 2021, Ms. Antar filed a motion for contempt for Mr. Lodice's nonpayment of child support and a motion for modification to increase the child support amount as Mr. Lodice was making substantially more income at the time. In March of 2022, both parties filed post-judgment motions for modification of custody/visitation/access as well as contempt motions. Most of these motions were resolved by agreement in April of 2022, however subsequently several other contempt and modifications were filed by both of the parties. A 2-hour hearing took place on 4/5/23 and another 2-hour hearing took place on 5/25/23 regarding some, but not all, of the post-judgment motions that were pending at the time.

At the end of the 5/25/23 hearing, a "temporary" order was put in place that was said to give the Defendant sole legal and sole physical custody of the minor child and stated that

the Plaintiff-Appellant was to be "supervised under conditions as determined by the father" and a court date was set for 6/15/23. Between 5/25/23 to 6/15/23, Ms. Antar this appeal, a motion for disqualification of judicial authority, and several post-judgment motions, including an emergency ex-parte motion for custody of the minor child, motion for modification, motion for contempt, and several emergency applications for relief from abuse. All those motions were set to be heard on 6/15/23 at 2:00PM.

On 6/15/23, none of the aforementioned motions were heard. The only thing that took place was the testimony of two witnesses who were subpoenaed sua sponte by the court.

## II.    SPECIFIC FACTS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

Ms. Antar, The Plaintiff-Appellant relies on the fact that Judge Jane Grossman denied her the right to due process and the right to a fair hearing. Judge Jane Grossman's biased and prejudiced decision to make a drastic court order sua sponte that forced a 4-year-old young girl to leave the only home she ever knew with her mother and older sister where she lived as her primary residence for four years and go to live with her father who has a long history of violence, criminal history, and substantiations of neglect and abuse with DCF for neglecting his other children.

Mr. Lodice failed to comply with several court orders, such as: refusing to pay child support, refusing to pay for court-order childcare and medical costs, refusing to comply with court orders to attend mediations for a custody evaluation, refusing to sign releases for prior mental health providers to access mental health information for a custody evaluation, refusals to comply with court ordered discovery and mandatory disclosure, refusals to comply with orders to produce previously ordered discovery and disclosure, and continuing

to harass and psychologically abuse the Plaintiff-Appellant throughout the process of
litigation abuse as a form of coercive control in violation of statutory laws set forth in Public
Act 21-78, The Best Interest of the Child Standard, and other statutes regarding custody,
visitation, and the modification of existing orders without agreement of the parties.
Judge Jane Grossman ignored all 17 factors of the "Best Interest of the Child Standard"
and made her decision to give Ms. Antar supervised visitation of her child with no set
schedule and leave it up to the entire discretion of an individual who she is the protected
party of a protective order with based solely on her bias, prejudice, and dislike of Ms. Antar.


### III.   LEGAL GROUNDS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

In accordance with both state, federal, and constitutional laws, the Plaintiff-Appellant relies
on the fact that her constitutional rights were violated, and the Superior Court New Haven
and in particular all orders entered into by the Honorable Jane Kupson Grossman were in
violation of constitutional and statutory provisions, in excess of the statutory authority,
made upon unlawful procedure, affected by other error of law, clearly erroneous in view of
reliable, probative, and substantial evidence on the whole record, and/or arbitrary or
capricious or characterized by abuse of discretion, bias, or clearly unwarranted exercise of
discretion.


**RELIEF SOUGHT**

The Plaintiff-Appellant is asking for relief because there is no adequate remedy at law and
Plaintiff and her minor daughter will continue to suffer irreparable harm if relief is not
granted on an ex-parte urgent and emergency basis. Relief sought includes an immediate

reversal of all trial court orders entered in by Judge Jane Kupson Grossman; an immediate hearing in front of The Supreme Court of Connecticut; immediate stay of all trial court orders and proceedings; all trial court orders to be reversed back to where they were on 5/24/23 until proceedings are complete.

July 18, 2023 Respectfully submitted,

_____ /s/ Theodora F. Antar

Petitioner, Pro Se

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com (203)273-8419

_Theodora Antar_

7/18/2023

This certificate is attached to a __5__ page document dealing with/entitled _Motion for temporary_ and dated _7/18/23_
# of pages                                                                                       _Mandamus_

## JURAT/AFFIDAVIT CERTIFICATE

STATE OF _Connecticut_

COUNTY OF _New Haven County_

This _18th_ day of _July_ 20 _23_

before me, the undersigned notary public, personally appeared _Theodora Antar_
Name of Person Acknowledging

proved to me through satisfactory evidence of identification, which was _Drivers License_
Type of identification

to be the person whose name is signed on the preceding or attached document who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_Michelle Caldron_
Signature of Notary Public

_January 31st, 2027_
Commission Expiration Date of Notary Public

(sig.)

MICHELLE DENISE CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

## **Identity of Parties and Counsel**

The following is a list of all parties and all counsel in this matter:

Petitioner in this matter is Theodora F. Antar

Respondent in this matter is the Honorable Judge Jane Kupson Grossman of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT

The real parties in interest in this case are identified below, and are represented by counsel as indicated:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Theodora F. Antar Pro, Se (Plaintiff in underlying action)

856 Shagbark Drive, Orange, CT, 06477

(203) 273-8419

theodoraantar@gmail.com

Support Enforcement Services (Juris 104033)

SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513

## CERTIFICATION OF SERVICE

I hereby certify that on July 18, 2023, I served a copy of the foregoing Petition for a Writ of Mandamus and Motion for temporary Mandamus to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action/Respondent #2)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT

Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513

July 18, 2023 Respectfully submitted,

_____ /s/ Theodora F. Antar

Petitioner, Pro Se

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

**ORDER TO SHOW CAUSE AND
NOTICE TO THE RESPONDENT**
JD-FM-162   Rev. 10-21
C.G.S. §§ 46b-59, 46b-61
P.B. §§ 25-3, 25-4

| This form is available
in other language(s). |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



| For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

*Instructions to the Applicant/Petitioner (the person starting this case):*
*1. Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
*2. Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).*
*3. Submit both completed forms along with an Appearance, form JD-CL-12 that includes a current, valid e-mail address, and the proper fee to the Court Clerk's Office.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Address of court (Number, street, city) |
|---|
| **235 Church st, New Haven, CT, 06510** |

| Applicant's or Petitioner's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Antar, Theodora, F.** | **856 Shagbark Drive, Orange, CT, 06477** |

| Applicant's or Petitioner's E-mail address |
|---|
| **theodoraantar@gmail.com** |

| Respondent's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Lodice, Matthew, J.** | **48 Quarry Hill Rd, Waterbury, CT, 06706** |

## Order to Show Cause and Notice to the Respondent *(Read this carefully!)*

The attached Application or Petition asks for custody of or visitation with a child or children.

In order to decide whether to grant the Application or Petition, the Court orders you to participate in a **Resolution Plan Date** on the date and at the time and location listed below. At the Resolution Plan Date, you will talk to Family Services about this case and explain why the Court should not grant the relief that the Applicant or Petitioner has requested. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. A Judge will then hold a hearing to consider any agreement that Family Services helps you reach with the Applicant or Petitioner in this case and will issue scheduling or other appropriate orders.

| Date of Resolution Plan Date | Time of Resolution Plan Date | Address of court (Number, street, city) | |
|---|---|---|---|
| Signed (Assistant Clerk) | | | Date signed |

## Order for Applicant/Petitioner to Give Notice

The Court also orders the Applicant/Petitioner to **give notice to the Respondent of the Application/Petition and of the date and time of the Resolution Plan Date** by having a true and attested copy of the Application/Petition and any attachments, the Notice of Automatic Orders, and this Order to Show Cause served on the Respondent by any proper officer at least **12 days** before the date of the Resolution Plan Date. Proof of service must be made to this court at least **6 days** before the date of the Resolution Plan Date.

## TO ANY PROPER OFFICER:

**By Authority of the State of Connecticut,** you must serve a true and attested copy of this Order to Show Cause, the Application or Petition, and the Notice of Automatic Court Orders on the respondent at least **12 days** before the scheduled hearing date listed above and file proof of service with this Court at least **6 days** before the scheduled Resolution Plan Date.

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Show Cause

☐ personally with the respondent.

☐ at the current home of the respondent at (Number, street, town or city):

_____

The original Application or Petition and Notice of Automatic Court Orders are attached.

| | **Fees** |
|---|---|
| | Copy |
| | Endorsement |
| | Service |

| Signed (State Marshal, proper officer) | Title of signer | Travel |
|---|---|---|
| County | Date of service | Total |

**ORDER TO SHOW CAUSE AND**
**NOTICE TO THE RESPONDENT**
JD-FM-162  Rev. 10-21
C.G.S. §§ 46b-59, 46b-61
P.B. §§ 25-3, 25-4

| This form is available |
| in other language(s). |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. *Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
2. *Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).*
3. *Submit both completed forms along with an Appearance, form JD-CL-12 that includes a current, valid e-mail address, and the proper fee to the Court Clerk's Office.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Address of court (Number, street, city) |
|---|
| **235 Church st, New Haven, CT, 06510** |

| Applicant's or Petitioner's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Antar, Theodora, F.** | **856 Shagbark Drive, Orange, CT, 06477** |

| Applicant's or Petitioner's E-mail address |
|---|
| **theodoraantar@gmail.com** |

| Respondent's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Hon. Judge Jane K. Grossman** | **235 Church st, New Haven, CT, 06510** |

## Order to Show Cause and Notice to the Respondent  *(Read this carefully!)*

The attached Application or Petition asks for custody of or visitation with a child or children.

In order to decide whether to grant the Application or Petition, the Court orders you to participate in a **Resolution Plan Date** on the date and at the time and location listed below. At the Resolution Plan Date, you will talk to Family Services about this case and explain why the Court should not grant the relief that the Applicant or Petitioner has requested. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. A Judge will then hold a hearing to consider any agreement that Family Services helps you reach with the Applicant or Petitioner in this case or will issue scheduling or other appropriate orders.

| Date of Resolution Plan Date | Time of Resolution Plan Date | Address of court (Number, street, city) | |
|---|---|---|---|
| Signed (Assistant Clerk) | | | Date signed |

## Order for Applicant/Petitioner to Give Notice

The Court also orders the Applicant/Petitioner to **give notice to the Respondent** of the Application/Petition and of the **date and time of the Resolution Plan Date** by having a true and attested copy of the Application/Petition and any attachments, the Notice of Automatic Court Orders, and this Order to Show Cause served on the Respondent by any proper officer at least **12 days** before the date of the Resolution Plan Date. Proof of service must be made to this court at least **6 days** before the date of the Resolution Plan Date.

## TO ANY PROPER OFFICER:

**By Authority of the State of Connecticut,** you must serve a true and attested copy of this Order to Show Cause, the Application or Petition, and the Notice of Automatic Court Orders on the respondent at least **12 days** before the scheduled hearing date listed above and file proof of service with this Court at least **6 days** before the scheduled Resolution Plan Date.

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Show Cause

| | |
|---|---|
| ☐ personally with the respondent. | **Fees** |
| | Copy |
| ☐ at the current home of the respondent at (Number, street, town or city): | |
| | Endorsement |

The original Application or Petition and Notice of Automatic Court Orders are attached.

| Signed (State Marshal, proper officer) | Title of signer | Travel |
|---|---|---|
| County | Date of service | Total |

| | | Service |

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

ORDER    435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/3/2023

<u>ORDER</u>

ORDER REGARDING:
07/19/2023 337.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER:

This request is moot as the related writ of mandamus was withdrawn.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

| | | |
|---|---|---|
| **NNH-FA-19-5046828-S** | : | **NEW HAVEN** |
| **THEODORA F. ANTAR** | | |
| **PLAINTIFF** | : | **CONNECTICUT** |
| **VS.** | : | |
| **MATTHEW LODICE** | | |
| **DEFENDANT** | : | **JULY 18, 2023** |

## MOTION FOR TEMPORARY ORDER OF MANDAMUS

## IN AID OF A PENDING ACTION

In Re Theodora F. Antar

---

Theodora F. Antar, *Petitioner,*

v.

Honorable Judge Jane Kupson Grossman, *1st Respondent*

Matthew John Lodice, *2nd Respondent*

---

DOCKET NO.: NNH-FA19-5046828-S

The Plaintiff-Appellant in this action respectfully moves that the Court grant an order of temporary mandamus in this action effective immediately. In accordance with Practice Book section 66-2, the following is for consideration of the court pursuant to this motion:

1| P a g e

## I.   BRIEF HISTORY OF THE CASE

Plaintiff initiated a court action in September of 2019 in New Haven Superior Court to

obtain court ordered child support payments, legal custody, and a visitation schedule for

Angelina. The parties attended hearings on 11/5/2019 and 11/7/2019 and a final judgment

was subsequently entered which ordered Mr. Lodice to pay 50% of all childcare and

medical payments, and $120.00 per week in child support to Ms. Antar. The court ordered

joint custody between the parties and primary residency with Ms. Antar. Visitation was

ordered to be worked out between the parties on a week-by-week basis, and Mr. Lodice

was also ordered to allow Ms. Antar to obtain a passport for Angelina. The parties then

entered into an agreement without court appearance on 6/18/2021 and modified the

visitation schedule to set a specific schedule for the Defendant and specify parenting

arrangements regarding holidays and other special events.

In November of 2021, Ms. Antar filed a motion for contempt for Mr. Lodice's nonpayment of

child support and a motion for modification to increase the child support amount as Mr.

Lodice was making substantially more income at the time. In March of 2022, both parties

filed post-judgment motions for modification of custody/visitation/access as well as

contempt motions. Most of these motions were resolved by agreement in April of 2022,

however subsequently several other contempt and modifications were filed by both of the

parties. A 2-hour hearing took place on 4/5/23 and another 2-hour hearing took place on

5/25/23 regarding some, but not all, of the post-judgment motions that were pending at the

time.

 At the end of the 5/25/23 hearing, a "temporary" order was put in place that was said to

give the Defendant sole legal and sole physical custody of the minor child and stated that

the Plaintiff-Appellant was to be "supervised under conditions as determined by the father" and a court date was set for 6/15/23. Between 5/25/23 to 6/15/23, Ms. Antar this appeal, a motion for disqualification of judicial authority, and several post-judgment motions, including an emergency ex-parte motion for custody of the minor child, motion for modification, motion for contempt, and several emergency applications for relief from abuse. All those motions were set to be heard on 6/15/23 at 2:00PM.

On 6/15/23, none of the aforementioned motions were heard. The only thing that took place was the testimony of two witnesses who were subpoenaed sua sponte by the court.

## II.   SPECIFIC FACTS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

Ms. Antar, The Plaintiff-Appellant relies on the fact that Judge Jane Grossman denied her the right to due process and the right to a fair hearing. Judge Jane Grossman's biased and prejudiced decision to make a drastic court order sua sponte that forced a 4-year-old young girl to leave the only home she ever knew with her mother and older sister where she lived as her primary residence for four years and go to live with her father who has a long history of violence, criminal history, and substantiations of neglect and abuse with DCF for neglecting his other children.

Mr. Lodice failed to comply with several court orders, such as: refusing to pay child support, refusing to pay for court-order childcare and medical costs, refusing to comply with court orders to attend mediations for a custody evaluation, refusing to sign releases for prior mental health providers to access mental health information for a custody evaluation, refusals to comply with court ordered discovery and mandatory disclosure, refusals to comply with orders to produce previously ordered discovery and disclosure, and continuing

to harass and psychologically abuse the Plaintiff-Appellant throughout the process of litigation abuse as a form of coercive control in violation of statutory laws set forth in Public Act 21-78, The Best Interest of the Child Standard, and other statutes regarding custody, visitation, and the modification of existing orders without agreement of the parties. Judge Jane Grossman ignored all 17 factors of the "Best Interest of the Child Standard" and made her decision to give Ms. Antar supervised visitation of her child with no set schedule and leave it up to the entire discretion of an individual who she is the protected party of a protective order with based solely on her bias, prejudice, and dislike of Ms. Antar.

### III.   LEGAL GROUNDS UPON WHICH THE PLAINTIFF-APPELLANT RELIES

In accordance with both state, federal, and constitutional laws, the Plaintiff-Appellant relies on the fact that her constitutional rights were violated, and the Superior Court New Haven and in particular all orders entered into by the Honorable Jane Kupson Grossman were in violation of constitutional and statutory provisions, in excess of the statutory authority, made upon unlawful procedure, affected by other error of law, clearly erroneous in view of reliable, probative, and substantial evidence on the whole record, and/or arbitrary or capricious or characterized by abuse of discretion, bias, or clearly unwarranted exercise of discretion.

**RELIEF SOUGHT**

The Plaintiff-Appellant is asking for relief because there is no adequate remedy at law and Plaintiff and her minor daughter will continue to suffer irreparable harm if relief is not granted on an ex-parte urgent and emergency basis. Relief sought includes an immediate

reversal of all trial court orders entered in by Judge Jane Kupson Grossman; an immediate

hearing in front of The Supreme Court of Connecticut; immediate stay of all trial court

orders and proceedings; all trial court orders to be reversed back to where they were on

5/24/23 until proceedings are complete.

July 18, 2023 Respectfully submitted,

_____    /s/ Theodora F. Antar

Petitioner, Pro Se

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com (203)273-8419

*[signature]*

7/18/2023

Theodora Antar

This certificate is attached to a __5__ page document dealing with/entitled __Motion for temporary__ and dated __7/18/23__
# of pages

**Mandamus**

## JURAT/AFFIDAVIT CERTIFICATE

STATE OF __Connecticut__

COUNTY OF __New Haven County__

This __18th__ day of __July_____ 20 __23__.

before me, the undersigned notary public, personally appeared __Theodora Antar__

_Name of Person Acknowledging_

proved to me through satisfactory evidence of identification, which was __Drivers License__

_Type of Identification_

to be the person whose name is signed on the preceding or attached document who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

__Michelle Caldron__

_Signature of Notary Public_

(Seal)

**MICHELLE DENISE CALDRON**
**NOTARY PUBLIC**
**State of Connecticut**
**My Commission Expires**
**January 31, 2027**

__January 31st, 2027__

_Commission Expiration Date of Notary Public_

Form JEP Copyright 2003 The Consumer Connection 1-800-521-5544

## **Identity of Parties and Counsel**

The following is a list of all parties and all counsel in this matter:

Petitioner in this matter is Theodora F. Antar

Respondent in this matter is the Honorable Judge Jane Kupson Grossman of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT

The real parties in interest in this case are identified below, and are represented by counsel as indicated:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Theodora F. Antar Pro, Se (Plaintiff in underlying action)

856 Shagbark Drive, Orange, CT, 06477

(203) 273-8419

theodoraantar@gmail.com

Support Enforcement Services (Juris 104033)

SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513

## CERTIFICATION OF SERVICE

I hereby certify that on July 18, 2023, I served a copy of the foregoing Petition for a Writ of
Mandamus and Motion for temporary Mandamus to all counsel and parties on record as
listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action/Respondent #2)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior

Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT

Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513

July 18, 2023 Respectfully submitted,

/s/ Theodora F. Antar

*Petitioner, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

**ORDER TO SHOW CAUSE AND**
**NOTICE TO THE RESPONDENT**
JD-FM-162   Rev. 10-21
C.G.S. §§ 46b-59, 46b-61
P.B. §§ 25-3, 25-4

| This form is available |
| in other language(s). |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| For information on ADA accommodations, |
| contact a court clerk or go to: *www.jud.ct.gov/ADA*. |

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. *Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
2. *Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).*
3. *Submit both completed forms along with an Appearance, form JD-CL-12 that includes a current, valid e-mail address, and the proper fee to the Court Clerk's Office.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046828-S** |

| Address of court *(Number, street, city)* | | |
|---|---|---|
| **235 Church st, New Haven, CT, 06510** | | |

| Applicant's or Petitioner's name *(Last, first, middle initial)* | Address *(Number, street, town, zip code)* |
|---|---|
| **Antar, Theodora, F.** | **856 Shagbark Drive, Orange, CT, 06477** |

| Applicant's or Petitioner's E-mail address |
|---|
| **theodoraantar@gmail.com** |

| Respondent's name *(Last, first, middle initial)* | Address *(Number, street, town, zip code)* |
|---|---|
| **Lodice, Matthew, J.** | **48 Quarry Hill Rd, Waterbury, CT, 06706** |

## Order to Show Cause and Notice to the Respondent *(Read this carefully!)*

The attached Application or Petition asks for custody of or visitation with a child or children.

In order to decide whether to grant the Application or Petition, the Court orders you to participate in a **Resolution Plan Date** on the date and at the time and location listed below. At the Resolution Plan Date, you will talk to Family Services about this case and explain why the Court should not grant the relief that the Applicant or Petitioner has requested. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. A Judge will then hold a hearing to consider any agreement that Family Services helps you reach with the Applicant or Petitioner in this case or will issue scheduling or other appropriate orders.

| Date of Resolution Plan Date | Time of Resolution Plan Date | Address of court *(Number, street, city)* | |
|---|---|---|---|
| Signed *(Assistant Clerk)* | | | Date signed |

## Order for Applicant/Petitioner to Give Notice

The Court also orders the Applicant/Petitioner to **give notice to the Respondent of the Application/Petition and of the date and time of the Resolution Plan Date** by having a true and attested copy of the Application/Petition and any attachments, the Notice of Automatic Orders, and this Order to Show Cause served on the Respondent by any proper officer at least **12 days** before the date of the Resolution Plan Date. Proof of service must be made to this court at least **6 days** before the date of the Resolution Plan Date.

## TO ANY PROPER OFFICER:

**By Authority of the State of Connecticut,** you must serve a true and attested copy of this Order to Show Cause, the Application or Petition, and the Notice of Automatic Court Orders on the respondent at least **12 days** before the scheduled hearing date listed above and file proof of service with this Court at least **6 days** before the scheduled Resolution Plan Date.

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Show Cause

☐ personally with the respondent.

☐ at the current home of the respondent at (Number, street, town or city):

The original Application or Petition and Notice of Automatic Court Orders are attached.

| | Fees |
|---|---|
| | Copy |
| | Endorsement |
| | Service |

| Signed *(State Marshal, proper officer)* | Title of signer | Travel |
|---|---|---|
| County | Date of service | Total |

Page 1 of 1

**ORDER TO SHOW CAUSE AND
NOTICE TO THE RESPONDENT**
JD-FM-162   Rev. 10-21
C.G.S. §§ 46b-59, 46b-61
P.B. §§ 25-3, 25-4

| This form is available
in other language(s). |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



| For information on ADA accommodations,
contact a court clerk or go to: www.jud.ct.gov/ADA. |

*Instructions to the Applicant/Petitioner (the person starting this case):*
1. *Fill out the top part of this form with the court information and the name and address information for the Applicant/Petitioner and the Respondent.*
2. *Attach this form to a completed Custody/Visitation Application – Parent (JD-FM-161) or Verified Petition for Visitation – Grandparents & Third Parties (JD-FM-221).*
3. *Submit both completed forms along with an Appearance, form JD-CL-12 that includes a current, valid e-mail address, and the proper fee to the Court Clerk's Office.*

| Judicial District of | At (Town) | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA-19-5046826-S** |

| Address of court (Number, street, city) |
|---|
| **235 Church st, New Haven, CT, 06510** |

| Applicant's or Petitioner's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Antar, Theodora, F.** | **856 Shagbark Drive, Orange, CT, 06477** |

| Applicant's or Petitioner's E-mail address |
|---|
| **theodoraantar@gmail.com** |

| Respondent's name (Last, first, middle initial) | Address (Number, street, town, zip code) |
|---|---|
| **Hon. Judge Jane K. Grossman** | **235 Church st, New Haven, CT, 06510** |

## Order to Show Cause and Notice to the Respondent *(Read this carefully!)*

The attached Application or Petition asks for custody of or visitation with a child or children.

In order to decide whether to grant the Application or Petition, the Court orders you to participate in a **Resolution Plan Date** on the date and at the time and location listed below. At the Resolution Plan Date, you will talk to Family Services about this case and explain why the Court should not grant the relief that the Applicant or Petitioner has requested. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. A Judge will then hold a hearing to consider any agreement that Family Services helps you reach with the Applicant or Petitioner in this case or will issue scheduling or other appropriate orders.

| Date of Resolution Plan Date | Time of Resolution Plan Date | Address of court (Number, street, city) | |
|---|---|---|---|
| Signed (Assistant Clerk) | | | Date signed |

## Order for Applicant/Petitioner to Give Notice

The Court also orders the Applicant/Petitioner to **give notice to the Respondent of the Application/Petition and of the date and time of the Resolution Plan Date** by having a true and attested copy of the Application/Petition and any attachments, the Notice of Automatic Orders, and this Order to Show Cause served on the Respondent by any proper officer at least **12 days** before the date of the Resolution Plan Date. Proof of service must be made to this court at least **6 days** before the date of the Resolution Plan Date.

## TO ANY PROPER OFFICER:

**By Authority of the State of Connecticut,** you must serve a true and attested copy of this Order to Show Cause, the Application or Petition, and the Notice of Automatic Court Orders on the respondent at least **12 days** before the scheduled hearing date listed above and file proof of service with this Court at least **6 days** before the scheduled Resolution Plan Date.

## Return of Service

I left a true and attested copy of the Application or Petition, Notice of Automatic Court Orders, and Order to Show Cause

☐ personally with the respondent.

☐ at the current home of the respondent at (Number, street, town or city):

_____

The original Application or Petition and Notice of Automatic Court Orders are attached.

| Signed (State Marshal, proper officer) | | Fees |
|---|---|---|
| | | Copy |
| | | Endorsement |
| | Title of signer | Service |
| County | Date of service | Travel |
| | | Total |

Page 1 of 1

ORDER    435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
07/19/2023 338.00 MOTION FOR TEMPORARY INJUNCTION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

This request is moot as the related writ of mandamus was withdrawn.

Judicial Notice (JDNO) was sent regarding this order.

435701

_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

*To Preparer*
1. *If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.*
2. *Have this form served with the attached motion for modification on the opposing party and return it to the court.*
3. *If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.*

*To Responding Party*
1. *If you choose to object to this Request for Leave, complete Secti onsIV and V on page 2.*
2. *Provide a copy to the other party and return this form to the court.*

*To Clerk*
1. *Send notice to all appearing parties of the court's order regarding this request.*
2. *If Request for Leave i sgranted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.*

| Judicial District of | At *(Address of court)* | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, CT,06511 | NNH-FA-19-5046828S |

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |
|---|---|
| Antar, Theodora, F | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the   ☒ Plaintiff   ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

☐ Final order for custody that is dated: _____

☒ Final order for visitation that is dated: 06/22/2023

FOR COURT USE ONLY

*REQMOD*

| Signed *(Attorney or pro se party)* *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/20/2023 |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* 856 shagbark drive, Orange, Ct, 06477 | | Telephone number *(Area code first)* 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed *(Moving party or other person having personal knowledge of the facts recited in the motion for modification)*
▶

MICHELLE DENISE CALDRO
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

| Subscribed and sworn to before me on: | Date 07/20/2023 | Signed *(Notary, Commissioner of Superior Court, Assistant Clerk)* *Michelle Caldor* |
|---|---|---|

## Section III — Notice *(Check either A or B below)*

☒ **A - Certification** *(Check and complete if responding party has an appearance on file.)*   O

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/20/2023 |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* 48 Quarry Hill rd, Waterbury, CT, 06706 | | |
| Signed *(Attorney or pro se party)* *Theodora Antar* | Type or print name of person signing Theodora Antar | Date signed 07/20/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed *(Assistant Clerk, Commissioner of the Superior Court)* | Date signed |

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | Docket number |
|---|---|---|

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

**FOR COURT USE ONLY**

‖‖‖‖‖‖‖‖‖‖
\*OBJECT\*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

_____
_____
_____
_____
_____

| By the Court | Date of Order |
|---|---|

JD-FM-202 (back/page 2) Rev. 8-07

Print Form    Page 2 of 2    Reset Form

| NNH-FA-19-5046828-S | : | SUPERIOR COURT |
| --- | --- | --- |
| | | NEW HAVEN |
| THEODORA F. ANTAR | | |
| PLAINTIFF | : | CONNECTICUT |
| VS. | : | |
| MATTHEW J. LODICE | : | |
| DEFENDANT | : | JULY 20, 2023 |

## MOTION FOR ORDER: CUSTODY VISITATION SCHEDULE POST JUDGEMENT

Th Plaintiff Theodora Antar, Pro Se respectfully moves this Court for a Visitation Schedule Order in respect of the minor child.  Angelina Maria Lodice

1. **Statement of Facts:**

1.1     Hon Jane Kupson Grossman granted sole custody to Defendant on June 22nd, 2023.

1.2     Although it was ordered that Defendant obtained sole legal and sole physical custody of the minor child and stated that the Plaintiff was to be "supervised under conditions as determined by the father", Defendant should provide Plaintiff with a Visitation schedule to see the parties minor child.  Defendant however abuses this discretion and withheld the parties minor child from Plaintiff.

1.3     Till date Defendant plainly refuses such visitation schedule causing Plaintiff to see the minor child for only a few hours in the past few weeks.

1.4     This behavior is not in the best interest of the parties minor child and is causing irrevocable damage t the parent child relationship and family integrity the Plaintiff are allowed to have with the minor child.

**1 | P a g e**

2.      **Visitation Schedule:**

The minor child is only 4 years old and it is in the best interest of the minor child to see and interact with her mother.  The Plaintiff requests this Court to grant an Order for Visitation as follows:

Supervised:

2.1    Monday, Tuesday, Saturday and Sunday: 09h00am till 21h00 pm

2.2    Wednesday, Thursday & Friday:  6pm till 9pm

2.3    That the Court Orders that visitation be supervised at:

2.3.1 Connecticut Counselling Centre, 420 Highland Avenue Building C, Suite 105, Cheshire 06410

2.3.2 a Professional Supervisor of the Company called Advanced Investigations can be contracted.

2.3.3 That transportation of the minor child will be the responsibility of the Defendant and Defendant will see to it that the parties minor child be promptly on time.

2.3.4 That the costs for such supervised visits be shared equally between the parties.

2.4    It is recorded that Defendant was unable to provide a Supervisor and hardly approves any of Plaintiff's suggested Supervisors and blatantly withheld the minor child unreasonably.

3. In summary, should a Visitation Schedule as set out above not be ordered by this Court it will fundamentally interfere with the child's relationship with the parent.

WHEREFORE Plaintiff moves his Court to grant the Request to file this Motion.

The Plaintiff
i/s Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 20, 2023, I served a copy of the foregoing Motion for Order

to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Respectfully submitted,
/s/ Theodora F. Antar
*Plaintiff, Pro Se*
856 Shagbark Drive, Orange, CT, 06477
theodoraantar@gmail.com (203)273-8419

**NNH-FA-19-5046828-S**                    :                    **SUPERIOR COURT**

                                                                                   **NEW HAVEN**

**THEODORA F. ANTAR**

**PLAINTIFF**                                  :                    **CONNECTICUT**

**VS.**                                             :

**MATTHEW J. LODICE** ·

**DEFENDANT**                              :                    **JULY 20, 2023**


# ORDER
## <u>Post Judgement</u>

The foregoing motion having been duly heard, it is hereby ordered:


GRANTED  /  Denied



                                                          BY THE COURT,



                                                          _____

                                                                    JUDGE  /  CLERK

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
     V.
LODICE, MATTHEW, J

ORDER   435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
07/21/2023 339.00 REQUEST

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701

_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

NNH-FA-19-5046828-S                    :              SUPERIOR COURT

                                                      NEW HAVEN

THEODORA F. ANTAR

PLAINTIFF                              :              CONNECTICUT

VS.                                    :

MATTHEW J. LODICE

DEFENDANT                              :              JULY 20, 2023

## <u>MOTION FOR ORDER: CUSTODY VISITATION SCHEDULE POST JUDGEMENT</u>

Th Plaintiff Theodora Antar, Pro Se respectfully moves this Court for a Visitation Schedule Order in respect of the minor child.  Angelina Maria Lodice

1. **Statement of Facts:**

   1.1   Hon Jane Kupson Grossman granted sole custody to Defendant on June 22nd, 2023.

   1.2   Although it was ordered that Defendant obtained sole legal and sole physical custody of the minor child and stated that the Plaintiff was to be "supervised under conditions as determined by the father", Defendant should provide Plaintiff with a Visitation schedule to see the parties minor child.  Defendant however abuses this discretion and withheld the parties minor child from Plaintiff.

   1.3   Till date Defendant plainly refuses such visitation schedule causing Plaintiff to see the minor child for only a few hours in the past few weeks.

   1.4   This behavior is not in the best interest of the parties minor child and is causing irrevocable damage t the parent child relationship and family integrity the Plaintiff are allowed to have with the minor child.

2.    **Visitation Schedule:**

The minor child is only 4 years old and it is in the best interest of the minor child to see and interact with her mother.  The Plaintiff requests this Court to grant an Order for Visitation as follows:

Supervised:

2.1   Monday, Tuesday, Saturday and Sunday: 09h00am till 21h00 pm

2.2   Wednesday, Thursday & Friday:  6pm till 9pm

2.3   That the Court Orders that visitation be supervised at:

2.3.1 Connecticut Counselling Centre, 420 Highland Avenue Building C, Suite 105, Cheshire 06410

2.3.2 a Professional Supervisor of the Company called Advanced Investigations can be contracted.

2.3.3 That transportation of the minor child will be the responsibility of the Defendant and Defendant will see to it that the parties minor child be promptly on time.

2.3.4 That the costs for such supervised visits be shared equally between the parties.

2.4   It is recorded that Defendant was unable to provide a Supervisor and hardly approves any of Plaintiff's suggested Supervisors and blatantly withheld the minor child unreasonably.

3. In summary, should a Visitation Schedule as set out above not be ordered by this Court it will fundamentally interfere with the child's relationship with the parent.

WHEREFORE Plaintiff moves his Court to grant the Request to file this Motion.

_____

The Plaintiff
i/s Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 20, 2023, I served a copy of the foregoing Motion for Order

to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Respectfully submitted,
_____/s/ Theodora F. Antar_
*Plaintiff, Pro Se*
856 Shagbark Drive, Orange, CT, 06477
theodoraantar@gmail.com (203)273-8419

| NNH-FA-19-5046828-S | : | SUPERIOR COURT |
| | | NEW HAVEN |
| THEODORA F. ANTAR | | |
| PLAINTIFF | : | CONNECTICUT |
| VS. | : | |
| MATTHEW J. LODICE | | |
| DEFENDANT | : | JULY 20, 2023 |

## ORDER
## Post Judgement

The foregoing motion having been duly heard, it is hereby ordered:


GRANTED  /  Denied



BY THE COURT,



_____

JUDGE  /  CLERK



**4** | P a g e

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA*.
.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*




**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form.  Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

***Note:***
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
|---|
| FACFREQ |

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| **New Haven** | **8/7/2023** | **Honorable Judge Mark T Gould** | **NNH FA 195046828** - S |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☒ Other: **Requesting confirmation that**

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | **8/7/23** | |

**Reason(s) for request** *(must be completed for all requests of any type)*:

I filed a caseflow request on 6/29/23 asking that the 7/3/23 hearing be marked off. This hearing was scheduled for "Plaintiff's motions #283 and #284 are scheduled for a hearing on July 3, 2023." On 7/3/23, I filed a motion for continuance requesting that the hearing be moved to 8/7/23. This continuance was granted on 7/3/23. I am filing this caseflow request to confirm that the Motion for disqualification of judicial authority regarding my motion to recuse Judge Jane Grossman from any and all of my matters moving forward will be heard on 8/7/23 per the granted motion for continuance. I also wanted to again ask that, as I asked via caseflow on 7/3/23, that the hearing also be scheduled for a full day hearing and that it be heard by a different judge other than Judge Grossman, as she can not be the judge presiding over the hearing for her own recusal. Please confirm that the trial for motions 283 and 284 are indeed set for 8/7/23 and that it will be a full day hearing and not a 2 hour hearing.

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☒ Consent          ☐ Do not consent to the action requested above

| Signed *(Person making request)* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|
| | **Theodora Antar** |

The person requesting the action is the:  .

☒ Plaintiff          ☐ Defendant          ☐ Attorney for Plaintiff          ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|
| | **856 Shagbark Drive, Orange, CT, 06477** | **203-273-8419** |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* | Date |
|---|---|
| | **07/12/2023** |

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| **Theodora F. Antar v. Matthew J. Lodice** | **NNH FA 195046828**   **- S** |

# Order

Request is

☐ Granted        ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
|  |  |

JD-FM-292   Rev. 7-22

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
07/21/2023 341.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: WITHDRAWN

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request. If you need to request a continuance of a scheduled court date, do not use this form. Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

**Note:**
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
|---|
| FACFREQ |

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number | |
|---|---|---|---|---|
| **New Haven** | **8/7/2023** | **Honorable Judge Mark T Gould** | **NNH FA** 195046828 | **- S** |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

   1. Motion # _____ entitled _____
   2. Motion # _____ entitled _____
   3. Motion # _____ entitled _____
   4. Motion # _____ entitled _____
   5. Motion # _____ entitled _____

☒ Other: __Requesting confirmation that_____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | **8/7/23** | |

**Reason(s) for request** *(must be completed for all requests of any type)*:

I filed a caseflow request on 6/29/23 asking that the 7/3/23 hearing be marked off. This hearing was scheduled for "Plaintiff's motions #283 and #284 are scheduled for a hearing on July 3, 2023." On 7/3/23, I filed a motion for continuance requesting that the hearing be moved to 8/7/23. This continuance was granted on 7/3/23. I am filing this caseflow request to confirm that the Motion for disqualification of judicial authority regarding my motion to recuse Judge Jane Grossman from any and all of my matters moving forward will be heard on 8/7/23 per the granted motion for continuance. I also wanted to again ask that, as I asked via caseflow on 7/3/23, that the hearing also be scheduled for a full day hearing and that it be heard by a different judge other than Judge Grossman, as she can not be the judge presiding over the hearing for her own recusal. Please confirm that the trial for motions 283 and 284 are indeed set for 8/7/23 and that it will be a full day hearing and not a 2 hour hearing.

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action. **All Counsel and Self-represented Parties:**

☒ Consent   ☐ Do not consent to the action requested above

| Signed *(Person making request)* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|
| *Theodora Antar* | **Theodora Antar** |

The person requesting the action is the:

☒ Plaintiff   ☐ Defendant   ☐ Attorney for Plaintiff   ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|
| | **856 Shagbark Drive, Orange, CT, 06477** | **203-273-8419** |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* | Date |
|---|---|
| *Theodora Antar* | **07/12/2023** |

| Name of case *(Plaintiff v. Defendant)*<br>**Theodora F. Antar v. Matthew J. Lodice** | Docket number<br>**NNH FA 195046828**   **- S** |
|---|---|

## Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Signed *(Judge)* | Date |
|---|---|

JD-FM-292   Rev. 7-22

DOCKET NO: NNHFA195046828S

ORDER   428422

SUPERIOR COURT

ANTAR, THEODORA, F
V.
LODICE, MATTHEW, J

JUDICIAL DISTRICT OF NEW HAVEN
AT NEW HAVEN

7/21/2023

## ORDER

ORDER REGARDING:
07/21/2023 342.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The Motion to Intervene (#268.00, #268.11) and Order to Show Cause related to it (#268.10) were withdrawn by Ms. Diamanto Antonelli via the Withdrawal (#329.00) filed on 7/7/23.

The other Motion to Intervene (#268.00, #268.11) and Order to Show Cause related to it (#268.10) filed by Ms. Irene Antar remain pending and are scheduled for a Resolution Plan Date on 7/27/23 at 9:15 AM.

This matter remains as scheduled as a Motion to Intervene remains pending.

Judicial Notice (JDNO) was sent regarding this order.

428422

Judge: MARK T GOULD
Processed by: Erin Krygier

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**

JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| To Preparer | To Responding Party | To Clerk |
|---|---|---|
| 1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form. | 1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2. | 1. Send notice to all appearing parties of the court's order regarding this request. |
| 2. Have this form served with the attached motion for modification on the opposing party and return it to the court. | 2. Provide a copy to the other party and return this form to the court. | 2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file. |
| 3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B. | | |

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, CT,06511 | NNH-FA-19-5046828S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F | Lodice, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the  ☒ Plaintiff   ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply)*:

| | FOR COURT USE ONLY |
|---|---|
| ☐ Final order for custody that is dated: _____ | ‖‖‖‖‖‖‖‖‖ *REQMOD* |
| ☒ Final order for visitation that is dated:  06/22/2023 | |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/20/2023 |

| Address (Number, street, town and zip code) | Telephone number (Area code first) |
|---|---|
| 856 shagbark drive, Orange, Ct, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)

▶ 

MICHELLE DENISE CALDRO
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

| Subscribed and sworn to before me on: | Date 07/20/2023 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) *Michelle Caldor* |
|---|---|---|

## Section III — Notice *(Check either A or B below)*

☒ **A - Certification** *(Check and complete if responding party has an appearance on file.)*            O

| I certify that I mailed or delivered a copy of this request to: | Name Matthew Lodice | Date mailed/delivered 07/20/2023 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) * |
|---|
| 48 Quarry Hill rd, Waterbury, CT, 06706 |

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 07/20/2023 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|
| | |

---

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

**If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing.** To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

---

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

| | Docket number |
|---|---|
| Plaintiff's name  *(Last, first, middle initial)* | Defendant's name  *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

FOR COURT USE ONLY

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

```
*OBJECT*
```

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number  *(Area code first)* |
| Signed  *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address  *(Number, street, town or city, state and zip code)* | | |

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered** that:

_____

_____

_____

_____

_____

| By the Court | Date of Order |
|---|---|

Print Form     Reset Form

| NNH-FA-19-5046828-S | : | SUPERIOR COURT |
| | | NEW HAVEN |

THEODORA F. ANTAR

| PLAINTIFF | : | CONNECTICUT |

| VS. | : | |

MATTHEW J. LODICE

| DEFENDANT | : | JULY 20, 2023 |

## MOTION FOR ORDER: CONTINUATION OF MENTAL HEALTH TREATMENT POST JUDGEMENT

Th Plaintiff Theodora Antar, Pro Se respectfully moves this Court for an Order of maintenance of mental health services in respect of the minor child.  Angelina Maria Lodice

1. **Statement of Facts:**

1.1   Hon Jane Kupson Grossman granted sole custody to Defendant on May 25th, 2023.

1.2   Prior to the Defendant obtaining sole legal and physical custody of the minor child, said child was engaged in mental health treatment services with Jessica Mayo, PhD, of the Yale Child Study Center, in which she was being treated for her diagnosed adjustment disorder since January 2023.

1.3    Till date Defendant plainly refuses to allow the minor child to receive mental health treatment services and has denied the child access to treatment for her adjustment disorder causing the child to experience exacerbated psychological anguish and symptoms.

1.4

It is in the best interest of the parties minor child for the child to resume treatment with her established provider for her established mental health diagnosis.

**1 | P a g e**

2.        **Therapy for the child:**

The minor child has special needs which include an established diagnosis of adjustment disorder and it is in the best interest of the minor child to continue therapy with her established provider at the Yale Child Study Center.

The Plaintiff requests this Court to grant an Order for mental health services as follows:

2.1    The minor child be allowed to resume treatment services for her documented and established mental health diagnosis at the Yale Child Study Center, New Haven, CT

2.2    The defendant father shall not interfere with the treatment.

2.3    That the Court Orders that the plaintiff be permitted to participate in the treatment of the child as she was doing prior to the 5/25/23 order.

2.3.3 That transportation of the minor child will be the responsibility of the Defendant and Defendant will see to it that the parties minor child be promptly on time.

2.4    It is recorded that Defendant was unable and unwilling to facilitate the child continuing in mental health treatment services

and that he has not allowed the minor child to receive treatment for her diagnosed mental health needs for the last 9 weeks.

3. In summary, should an order as set out above not be ordered by this Court it will fundamentally interfere with the child's mental health and psychological wellbeing.

WHEREFORE Plaintiff moves his Court to grant the Request to file this Motion.

,

The Plaintiff
i/s Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 20, 2023, I served a copy of the foregoing Motion for Order

to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Respectfully submitted,
/s/ Theodora F. Antar
*Plaintiff, Pro Se*
856 Shagbark Drive, Orange, CT, 06477
theodoraantar@gmail.com (203)273-8419

| NNH-FA-19-5046828-S | : | SUPERIOR COURT |
|---|---|---|
| | | NEW HAVEN |
| THEODORA F. ANTAR | | |
| PLAINTIFF | : | CONNECTICUT |
| VS. | : | |
| MATTHEW J. LODICE | | |
| DEFENDANT | : | JULY 20, 2023 |

## ORDER
## Post Judgement

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

_____

JUDGE / CLERK

**4 |** P a g e

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
   V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/2/2023

## ORDER

ORDER REGARDING:
07/21/2023 343.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

NNH-FA-19-5046828-S                    :               **SUPERIOR COURT**

                                                       **NEW HAVEN**

**THEODORA F. ANTAR**

**PLAINTIFF**                          :               **CONNECTICUT**

**VS.**                                :

**MATTHEW J. LODICE**

**DEFENDANT**                          :               **JULY 20, 2023**

<u>**MOTION FOR ORDER: CONTINUATION OF MENTAL HEALTH TREATMENT**</u>
<u>**POST JUDGEMENT**</u>

Th Plaintiff Theodora Antar, Pro Se respectfully moves this Court for an Order

of maintenance of mental health services in respect of the minor child.  Angelina

Maria Lodice

1. **Statement of Facts:**

1.1     Hon Jane Kupson Grossman granted sole custody to Defendant on
        May 25th, 2023.

1.2     Prior to the Defendant obtaining sole legal and physical custody of the
        minor child, said child was engaged in mental health treatment
        services with Jessica Mayo, PhD, of the Yale Child Study Center, in
        which she was being treated for her diagnosed adjustment disorder
        since January 2023.

1.3      Till date  Defendant  plainly  refuses  to allow the minor child to
        receive mental health treatment services and has denied the child
        access to treatment for her adjustment disorder causing the child to
        experience exacerbated psychological anguish and symptoms.

1.4

        It is in the best interest of the parties minor child for the child to resume
        treatment  with  her  established  provider  for  her  established  mental
        health diagnosis.

                                **1** | P a g e

2.      **Therapy for the child:**

The minor child has special needs which include an established diagnosis of adjustment disorder and it is in the best interest of the minor child to continue therapy with her established provider at the Yale Child Study Center.

The Plaintiff requests this Court to grant an Order for mental health services as follows:

2.1    The minor child be allowed to resume treatment services for her documented and established mental health diagnosis at the Yale Child Study Center, New Haven, CT

2.2    The defendant father shall not interfere with the treatment.

2.3    That the Court Orders that the plaintiff be permitted to participate in the treatment of the child as she was doing prior to the 5/25/23 order.

2.3.3 That transportation of the minor child will be the responsibility of the Defendant and Defendant will see to it that the parties minor child be promptly on time.

2.4    It is recorded that Defendant was unable and unwilling to facilitate the child continuing in mental health treatment services

and that he has not allowed the minor child to receive treatment for her diagnosed mental health needs for the last 9 weeks.

3. In summary, should an order as set out above not be ordered by this Court it will fundamentally interfere with the child's mental health and psychological wellbeing.

WHEREFORE Plaintiff moves his Court to grant the Request to file this Motion.

,

The Plaintiff
i/s Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 20, 2023, I served a copy of the foregoing Motion for Order

to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Respectfully submitted,
/s/ Theodora F. Antar
*Plaintiff, Pro Se*
856 Shagbark Drive, Orange, CT, 06477
theodoraantar@gmail.com (203)273-8419

| NNH-FA-19-5046828-S | : | SUPERIOR COURT |
| | | NEW HAVEN |
| THEODORA F. ANTAR | | |
| PLAINTIFF | : | CONNECTICUT |
| VS. | : | |
| MATTHEW J. LODICE | | |
| DEFENDANT | : | JULY 20, 2023 |

## ORDER
### Post Judgement

The foregoing motion having been duly heard, it is hereby ordered:


GRANTED / Denied



BY THE COURT,



_____

JUDGE / CLERK

**NNH-FA-19-5046828-S**                                      **NEW HAVEN**

**THEODORA F. ANTAR**

**PLAINTIFF**                          :              **CONNECTICUT**

**VS.**                                :

**MATTHEW LODICE**

**& HONORABLE JUDGE**

**JANE KUPSON GROSSMAN**

**DEFENDANTS**                         :              **JULY 22, 2023**


## ORDER TO SHOW CAUSE FOR TEMPORARY MANDAMUS


Upon (i) the affidavit of THEODORA F. ANTAR sworn to the 22nd day of July, 2023,

the annexed complaint, it is hereby

ORDERED, that the above named defendant[s] show cause before this Court as soon

thereafter as counsel may be heard, why an order should not be issued pursuant to Rule

65 of the Federal Rules of Civil Procedure enjoining the defendant[s] during the pendency

of this action for temporary mandamus; and it is further

ORDERED that, sufficient reason having been shown pending the hearing of the plaintiff's

application for a temporary mandamus, but in no event 20 days from the entry of this

order, unless extended by the Court, the defendant[s] are temporarily restrained and

enjoined from and it is further

ORDERED, that personal service of a copy of this order upon the defendant[s] or his

counsel shall be deemed good and sufficient service thereof; and it is further

ORDERED, that opposing papers, if any, shall be served upon Plaintiff no later than July

27, 2023 at 12:00PM.



DATED:          July 22, 2023          _____

                                       Connecticut APPELLATE Court Judge

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**NNH-FA-19-5046828-S**

Return date *(For Civil and Housing cases only)*
**Sep-06-2019**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)*  **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s):

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| (WDCOMP) [ ] Complaint | (WAPPCOM) [ ] Apportionment Complaint |
| (WOC) [ ] Counterclaim | (WDINTCO) [ ] Intervening Complaint |
| (WDCC) [ ] Cross Complaint (cross claim) | (WDTHPC) [ ] Third Party Complaint |
| (WDCOUNT) [ ] Counts of the complaint: | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____
only without costs

(WOM)   [X] Motion: **341**
[ ] Other: _____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

Name & Address of Filer(s): ▶ **THEODORA ANTAR**
**856 Shagbark Drive, Orange, CT, 06477**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738418** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |

Return date (*For Civil and Housing cases only*)
**Sep-06-2019**

Answer date (*For Small Claims cases only*)

Name of case (*First-named Plaintiff vs. First-named Defendant*)
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District  [ ] Housing Session

Address of court (*Number, street, town and zip code*)
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
| --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

only without costs

(WOM)  [X] Motion: 272 _____

[ ] Other: _____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶ **THEODORA ANTAR**

**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __Jul-22-2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (*Signature of filer*) | Print or type name of person signing | Date signed |
| --- | --- | --- |
| ▶ **Lookittstheo** | **THEODORA ANTAR** | **Jul-22-2023** |
| Mailing address (*Number, street, town, state and zip code*) | | Telephone number |
| **856 SHAGBARK DRIVE ORANGE, CT 06477** | | **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the Americans with Disabilities Act (ADA), contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [x] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
|---|---|---|

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):
_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____
_____ only without costs

(WOM)  [x] Motion: **270** _____
[ ] Other: _____
_____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |

| **Name & Address of Filer(s):** ▶ | **THEODORA ANTAR** **856 SHAGBARK DRIVE, Orange, CT, 06477** |
|---|---|

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Jul-22-2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | |
|---|---|---|
| ☒ Judicial District | ☐ Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |

**Dispositive (Complete) Withdrawal**
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  ☐  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  ☐  A judgment has been rendered against the following Defendant(s):

_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial Withdrawal**
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint | |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☐ Intervening Complaint | |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☐ Third Party Complaint | |
| (WDCOUNT) | ☐ Counts of the complaint: _____ | | | |

(WOAAP)  ☐ Plaintiff(s): _____

(WOAAD)  ☐ Complaint against defendant(s): _____
only without costs

(WOM)  ☒ Motion: **268.11** _____
☐ Other: _____

**Signature of Filer(s)**

| Party | | ; By | | |
|---|---|---|---|---|
| Party  **P-01 THEODORA F ANTAR** | | ; By  **THEODORA F ANTAR** | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| Name & Address of Filer(s): ► | **THEODORA ANTAR** |
|---|---|
| | **856 SHAGBARK DRIVE, Orange, CT, 06477** |

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Jul-22-2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | For Court Use Only |
|---|---|
| **SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511** | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► **Lookitstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | |
|---|---|---|
| ☒ Judicial District | ☐ Housing Session | Address of court *(Number, street, town and zip code)*  **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  ☐ The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  ☐ A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☐ Intervening Complaint |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☐ Third Party Complaint |
| (WDCOUNT) | ☐ Counts of the complaint: _____ | | |

(WOAAP)  ☐ Plaintiff(s): _____

(WOAAD)  ☐ Complaint against defendant(s): _____
                                                                        only without costs

(WOM)  ☒ Motion: **267** _____
            ☐ Other: _____

## Signature of Filer(s)

| Party | | ; By | | |
|---|---|---|---|---|
| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |

| Name & Address of Filer(s): ▶ | **THEODORA ANTAR** |
|---|---|
| | **856 SHAGBARK DRIVE, orange, ct, 06477** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____**Jul-22-2023**_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | For Court Use Only |
|---|---|
| **SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511** | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)*  ▶ **Lookittstheo** | Print or type name of person signing  **THEODORA ANTAR** | Date signed  **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)*  **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number  **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 23 LYMAN ST. NEW BRITAIN, CT 06053

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**WITHDRAWAL**
JD-CV-41  Rev. 1-18

| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
|---|
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* |
|---|---|---|
| | | **235 CHURCH STREET NEW HAVEN, CT 06510** |

**Dispositive (Complete) Withdrawal**
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ]  A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial Withdrawal**
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
|---|---|---|---|
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ]  Plaintiff(s): _____

(WOAAD)  [ ]  Complaint against defendant(s): _____

(WOM)  [X]  Motion: **268** _____ only without costs

[ ]  Other: _____

**Signature of Filer(s)**

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶  **THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __Jul-22-2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

| | For Court Use Only |
|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ **Lookittstheo** | **THEODORA ANTAR** | **Jul-22-2023** |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |
| **856 SHAGBARK DRIVE ORANGE, CT 06477** | | **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***