# WITHDRAWAL

JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**NNH-FA-19-5046828-S**

Return date *(For Civil and Housing cases only)*
**Sep-06-2019**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District      [ ] Housing Session

Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

_____ only without costs

(WOM)  [X] Motion: 267.11 _____

[ ] Other: _____

## Signature of Filer(s)

| Party | | By | | |
|---|---|---|---|---|
| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

Name & Address of Filer(s): ►
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S

Submitted By THEODORA F ANTAR (Lookittstheo)

Certification of Service (Continued from JDCV41)

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**WITHDRAWAL**
JD-CV-41  Rev. 1-18

| **ADA NOTICE** |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| --- | --- | --- | --- |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

only without costs

(WOM)  [X] Motion: **267.10** _____

[ ] Other: _____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| **Name & Address of Filer(s):** ▶ | **THEODORA ANTAR** |
| --- | --- |
| | **856 SHAGBARK DRIVE, Orange, CT, 06477** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __Jul-22-2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*If necessary, attach additional sheet or sheets with name and address with which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** | For Court Use Only |
| --- | --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** | |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |

Return date *(For Civil and Housing cases only)*
**Sep-06-2019**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District  [ ] Housing Session  | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

(WDCOMP)  [ ] Complaint                      (WAPPCOM)  [ ] Apportionment Complaint
(WOC)     [ ] Counterclaim                   (WDINTCO)  [ ] Intervening Complaint
(WDCC)    [ ] Cross Complaint (cross claim)  (WDTHPC)   [ ] Third Party Complaint
(WDCOUNT) [ ] Counts of the complaint: _____

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____

(WOM)     [X] Motion: **268.10** _____ only without costs
          [ ] Other: _____
          _____

## Signature of Filer(s)

| Party | | By | | |
| --- | --- | --- | --- | --- |
| **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | | Attorney or Self-represented party |
| | ; By | | | Attorney or Self-represented party |
| | ; By | | | Attorney or Self-represented party |
| | ; By | | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ► **THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __Jul-22-2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address with which the copy or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
| --- | --- | --- |
| ► **Lookittstheo** | **THEODORA ANTAR** | **Jul-22-2023** |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**WITHDRAWAL**
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |

Return date *(For Civil and Housing cases only)*
**Sep-06-2019**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | Address of court *(Number, street, town and zip code)* |
| --- | --- | --- |
| [X] Judicial District | [ ] Housing Session | **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)    [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | | |
| --- | --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint | |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint | |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint | |
| (WDCOUNT) | [ ] Counts of the complaint: | | | |

(WOAAP)    [ ] Plaintiff(s): _____

(WOAAD)    [ ] Complaint against defendant(s): _____

(WOM)    [X] Motion: **290** _____ only without costs

[ ] Other: _____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

| | For Court Use Only |
| --- | --- |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | Address of court *(Number, street, town and zip code)* |
|---|---|---|
| [X] Judicial District | [ ] Housing Session | **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)　　[ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)　　[ ] A judgment has been rendered against the following Defendant(s):
_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
|---|---|---|---|
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)　　[ ] Plaintiff(s): _____

(WOAAD)　　[ ] Complaint against defendant(s): _____
_____ only without costs

(WOM)　　[X] Motion: **295** _____
　　　　　 [ ] Other: _____
_____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |

| *Name & Address of Filer(s):* ▶ | **THEODORA ANTAR** |
|---|---|
| | **856 SHAGBARK DRIVE, Orange, CT, 06477** |

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Jul-22-2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| For Court Use Only |
|---|

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738418** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**WITHDRAWAL**
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |

Return date *(For Civil and Housing cases only)*
**Sep-06-2019**

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- |

**Dispositive (Complete) Withdrawal**
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial Withdrawal**
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | |
| --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

(WOM)  [X] Motion: **296** _____ only without costs
[ ] Other: _____

**Signature of Filer(s)**

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| **Name & Address of Filer(s):** ▶ | **THEODORA ANTAR** **856 SHAGBARK DRIVE, Orange, CT, 06477** |
| --- | --- |

**Certification**
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| |
|---|
| Docket number |
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
|---|---|---|

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
|---|---|---|---|
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____

(WOM)   [X] Motion: **304**                                                                  only without costs
        [ ] Other: _____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| **Name & Address of Filer(s):** ► | **THEODORA ANTAR** **856 SHAGBARK DRIVE, Orange, CT, 06477** |
|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

| | For Court Use Only |
|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District  [ ] Housing Session

Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ]  A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

only without costs

(WOM)  [X] Motion: **306** _____
[ ] Other: _____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___Jul-22-2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | Telephone number **2032738419** | |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District   [ ] Housing Session

Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

only without costs

(WOM)  [X] Motion: 316 _____
       [ ] Other: _____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___Jul-22-2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address with which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| **Docket number** | NNH-FA-19-5046828-S |
| Return date *(For Civil and Housing cases only)* | Sep-06-2019 |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
ANTAR, THEODORA, F  v. LODICE, MATTHEW, J

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* 235 CHURCH STREET NEW HAVEN, CT 06510 |
|---|---|---|

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)      [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)      [ ] A judgment has been rendered against the following Defendant(s):
_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)      [ ] Plaintiff(s): _____

(WOAAD)      [ ] Complaint against defendant(s): _____
only without costs

(WOM)      [X] Motion: 317 _____
      [ ] Other: _____
_____

## Signature of Filer(s)

| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |

| ***Name & Address of Filer(s):*** ▶ | THEODORA ANTAR |
|---|---|
| | 856 SHAGBARK DRIVE, Orange, CT, 06477 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)   Jul-22-2023   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | *For Court Use Only* |
|---|---|
| SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511 | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)* ▶ Lookittstheo | Print or type name of person signing THEODORA ANTAR | Date signed Jul-22-2023 |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* 856 SHAGBARK DRIVE ORANGE, CT 06477 | | Telephone number 2032738419 |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District   [ ] Housing Session

Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____

(WOM)   [X] Motion: 319 _____ only without costs
         [ ] Other: _____

## Signature of Filer(s)

| Party | | ; By | | |
|---|---|---|---|---|
| Party | P-01 THEODORA F ANTAR | ; By | THEODORA F ANTAR | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

Name & Address of Filer(s) ▶
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)   **Jul-22-2023**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41   Rev. 1-18

<table>
<tr><td>

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

</td></tr>
</table>

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*

**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* <br> **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

_____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
| --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____

(WOM)  [X] Motion: **320** _____ only without costs

[ ] Other: _____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |
| Party | _____ | ; By | _____ | Attorney or Self-represented party |

| *Name & Address of Filer(s):* ▶ | **THEODORA ANTAR** <br><br> **856 SHAGBARK DRIVE, Orange, CT, 06477** |
| --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____**Jul-22-2023**_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

| | For Court Use Only |
| --- | --- |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* <br> ▶ **Lookittstheo** | Print or type name of person signing <br> **THEODORA ANTAR** | Date signed <br> **Jul-22-2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* <br> **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number <br> **2032738418** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| | | |
|---|---|---|
| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)    [ ] A judgment has been rendered against the following Defendant(s):
_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)    [ ] Plaintiff(s): _____

(WOAAD)    [ ] Complaint against defendant(s): _____
         only without costs

(WOM)    [X] Motion: **321** _____

       [ ] Other: _____

## Signature of Filer(s)

| Party | | ; By | | |
|---|---|---|---|---|
| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

*Name & Address of Filer(s):* ▶   **THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Jul-22-2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

For Court Use Only

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* | |

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

[X] Judicial District   [ ] Housing Session

Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [ ]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ]  A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____

(WOM)   [X] Motion: **322** _____ only without costs
[ ] Other: _____

## Signature of Filer(s)

| Party | | ; By | | Attorney or Self-represented party |
|---|---|---|---|---|
| **P-01 THEODORA F ANTAR** | | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶
**THEODORA ANTAR**
**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul-22-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-22-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry HIll rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form. Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

**Note:**
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

| COURT USE ONLY |
| --- |
| FACFREQ |

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **8/7/2023** | **Honorable Judge Mark T Gould** | NNH **FA** 195046828      **- S** |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

☐ A Status Conference on or about: *(date)* _____

☐ Pretrial on or about: *(date)* _____

☐ That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

1. Motion # _____ entitled _____
2. Motion # _____ entitled _____
3. Motion # _____ entitled _____
4. Motion # _____ entitled _____
5. Motion # _____ entitled _____

☒ Other: <u>Requesting confirmation that</u> _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
| --- | --- | --- |
| | **8/7/23** | |

**Reason(s) for request** *(must be completed for all requests of any type):*

I filed a caseflow request on 6/29/23 asking that the 7/3/23 hearing be marked off. This hearing was scheduled for "Plaintiff's motions #283 and #284 are scheduled for a hearing on July 3, 2023." On 7/3/23, I filed a motion for continuance requesting that the hearing be moved to 8/7/23. This continuance was granted on 7/3/23. I am filing this caseflow request to confirm that the Motion for disqualification of judicial authority regarding my motion to recuse Judge Jane Grossman from any and all of my matters moving forward will be heard on 8/7/23 per the granted motion for continuance. I also wanted to again ask that, as I asked via caseflow on 7/3/23, that the hearing also be scheduled for a full day hearing and that it be heard by a different judge other than Judge Grossman, as she can not be the judge presiding over the hearing for her own recusal. Please confirm that the trial for motions 283 and 284 are indeed set for 8/7/23 and that it will be a full day hearing and not a 2 hour hearing.

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action. **All Counsel and Self-represented Parties:**

☒ Consent     ☐ Do not consent to the action requested above

| Signed *(Person making request)*  *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* **Theodora Antar** |
| --- | --- |

The person requesting the action is the:

☒ Plaintiff     ☐ Defendant     ☐ Attorney for Plaintiff     ☐ Attorney for Defendant

| Firm name *(if applicable)* | Address **856 Shagbark Drive, Orange, CT, 06477** | Telephone number *(with area code)* **203-273-8419** |
| --- | --- | --- |

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)*  *Theodora Antar* | Date **07/12/2023** |
| --- | --- |

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH FA 195046828      - S |

# Order

Request is

☐ Granted          ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
|  |  |

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
V.
LODICE, MATTHEW, J

ORDER   435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
07/24/2023 366.00 CASEFLOW REQUEST - FAMILY MATTERS (FORM JD-FM-292)

The foregoing, having been considered by the Court, is hereby:

ORDER:

Motions #283 and #284 are scheduled for a hearing on 8/14/23 at 3:30pm. Pending the outcome of that hearing the motions unresolved at the last hearing will be scheduled for continued evidence or mis tried and assigned for a new hearing. These are motions #146.10, #157, #187, #227 and #243 (See Order #266 dated 5/31/23).

Any newly filed motions will be assigned a court date after the motions listed above are resolved.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

## WITHDRAWAL

JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* |
| **Sep-06-2019** |
| Answer date *(For Small Claims cases only)* |

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**ANTAR, THEODORA, F  v. LODICE, MATTHEW, J**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
| --- | --- | --- |

### Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)    [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

### Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
| --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | |

(WOAAP)    [ ] Plaintiff(s): _____

(WOAAD)    [ ] Complaint against defendant(s): _____

(WOM)      [ ] Motion: _____ only without costs

           [ ] Other: _____

### Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| Name & Address of Filer(s): ► | **THEODORA ANTAR** **856 SHAGBARK DRIVE, Orange, CT, 06477** |
| --- | --- |

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___Jul-24-2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SES-NEW HAVEN - 414-A CHAPEL STREET/2ND FLOOR/NEW HAVEN, CT 06511**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-24-2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-5046828-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

MOTION TO INTERVENE (Self Represented) - 21 BURMA RD. WOODBRIDGE, CT 06525

MATTHEW J LODICE (Self Represented) - 48 Quarry Hill rd, Waterbury, CT, 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

DOCKET NO: NNHFA195046828S                    SUPERIOR COURT                    ORDER    435701

ANTAR, THEODORA, F                            JUDICIAL DISTRICT OF NEW HAVEN
              V.                                    AT NEW HAVEN
LODICE, MATTHEW, J
                                              8/2/2023


## ORDER

ORDER REGARDING:
07/25/2023 367.00 WITHDRAWAL OF ACTION

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The withdrawal of this action is not permitted absent leave of the court for good cause shown. (See CGS 52-80) The matter remains on the docket. All orders remain in effect.

Judicial Notice (JDNO) was sent regarding this order.

                                              435701

                                              Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

Page: 1 of 1     2023-07-25 00:51:31 GMT     12038861008     From: Theodora Anta

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | **NNH-FA-19-5046828-S** |
| Return date *(For Civil and Housing cases only)* | |
| Answer date *(For Small Claims cases only)* | |

**Instructions:**
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| [x] Judicial District | ☐ Housing Session | Address of court *(Number, street, town and zip code)* **235 Church st, New Haven, CT, 06510** |
|---|---|---|

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [x] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   ☐ A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint | |
| (WOC) | ☐ Counterclaim | (WDINTCO) | [x] Intervening Complaint | |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | [x] Third Party Complaint | |
| (WDCOUNT) | ☐ Counts of the complaint: _____ | | | |

(WOAAP)   [x] Plaintiff(s): **Irene Antar, Diamanto Antonellis**

(WOAAD)   ☐ Complaint against defendant(s): _____

(WOM)   only without costs
     [x] Motion: **268, 268.11, 286.1, 267, 267.1, 267.11**
     [x] Other: **All motions to intervene and orders to show cause and appearances for Irene Antar and Diamanto Antonellis are withdrawn in full.**

## Signature of Filer(s)

| Party | *Irene Antar* | ; By | Irene Antar | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | *Diamanto Antonellis* | ; By | Diamanto Antonellis | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| Name & Address of Filer(s): ▸ | *Irene Antar*    *Diamanto Antonellis* <br> Irene Antar, Diamanto Antonellis, 21 Burma Rd, Woodbridge, CT, 06525 |
|---|---|

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **07/24/2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
**Matthew Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706, Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▸ *Irene Antar* | Print or type name of person signing **Irene Antar** | Date signed **07/24/2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **21 Burma Rd, Woodbridge, CT, 06525** | | Telephone number **203-507-9956** |

*For Court Use Only*
CHIEF CLERK'S OFFICE
SUPERIOR COURT
FILED
JUL 25 2023
Judicial District of New Haven

o:                    Page: 1 of 1          2023-07-25 00:45:02 GMT            12038861008              From: Theodora Anta

# WITHDRAWAL
JD-CV-41 · Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| NNH-FA-19-5046828-S |
| Return date *(For Civil and Housing cases only)* |
| Answer date *(For Small Claims cases only)* |

**Instructions:**
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**Theodora F. Antar v. Matthew J. Lodice**

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* **235 Church st, New Haven, CT, 06510** |
| --- | --- | --- |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| --- | --- | --- | --- |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [X] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____

only without costs

(WOM)   [X] Motion: **268, 268.11** _____
          [ ] Other: _____

## Signature of Filer(s)

| Party | *Irene Antar* | ; By | **Irene Antar** | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

Name & Address of Filer(s): ▶ *Irene Antar*
**Irene Antar**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) __07/24/2023__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Matthew Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706, Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ *Irene Antar* | Print or type name of person signing **Irene Antar** | Date signed **07/24/2023** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **21 Burma Rd, Woodbridge, CT, 06477** | | Telephone number **203-507-9956** |

*369*



NO. NNH-FA-19-5046828-S

| Theodora F. Antar | SUPERIOR COURT |
| v. | JUDICIAL DISTRICT OF NEW HAVEN |
| Matthew J. Lodice | AT NEW HAVEN |
| | Date: JULY 24, 2023 |

## NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL

DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR,

DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:


NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24,

2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the

Clerk of the United States District Court for the District of Connecticut.

PLAINTIFF

THEODORA F. ANTAR, PRO SE


By:        *Theodora Antar*
         THEODORA F. ANTAR, PRO SE

         856 SHAGBARK DRIVE

         ORANGE, CT, 06477

         203-273-8419

         THEODORAANTAR@GMAIL.COM

2

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513

*Theodora Antar*

THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

3

JUL 24 2023 PM 1:35
FILED-USDC-CT-NEW HAVEN

NO. NNH-FA19-6096801-S

| | |
|---|---|
| Theodora F. Antar | SUPERIOR COURT |
| v. | JUDICIAL DISTRICT OF NEW HAVEN |
| Matthew J. Lodice | AT NEW HAVEN |
| | Date: JULY 24, 2023 |

**NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT**

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL

DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR,

DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24,

2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the

Clerk of the United States District Court for the District of Connecticut.

1

PLAINTIFF

THEODORA F. ANTAR, PRO SE


By:      *Theodora Antar*
         _____
         THEODORA F. ANTAR, PRO SE

         856 SHAGBARK DRIVE

         ORANGE, CT, 06477

         203-273-8419

         THEODORAANTAR@GMAIL.COM

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513

*Theodora Antar*

THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

3

**WITHDRAWAL**
JD-AC-8  Rev. 1-23
P.B. §§ 63-9, 63-10

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
www.jud.ct.gov



**Instructions for electronic filing:**
*1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).*
*2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."*
**Instructions for parties exempt from electronic filing:**
*1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).*
*2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.*

| Court | | Docket Number | Date |
|---|---|---|---|
| ☐ Supreme | ☒ Appellate | AC 46588 | 07/24/2023 |

Name of case *(First-named plaintiff v. First-named defendant)*
**Theodora F. Antar v Matthew J. Lodice**

This appeal/cross-appeal is withdrawn as to:

☒ all parties without costs.

☐ the following party or parties only, without costs.

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program (Practice Book Section 63-10).

☐ some activity BEFORE the case was assigned to the settlement program.

☐ some activity AFTER the settlement program, not related to the settlement program.

**If a preargument conference is currently scheduled in this matter, you must immediately notify the conference judge that the matter has been withdrawn.**

The following motion, application, petition or other pleading is withdrawn.

| Title of pleading | Entry number and/or date filed |
|---|---|
| | |

| Signature of counsel or self-represented party *Theodora Antar* | Name of person signing **Theodora Antar** |
|---|---|

**Certification**

I certify that a copy of the document(s) that I am filing has been delivered on ___**07/24/2023**___ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

Name, telephone, e-mail, and mailing address of each party and attorney that copy was or will be mailed or delivered to*

· Matthew J. Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706

| Signed (Signature of filer) ▶ *Theodora Antar* | Print or type name of person signing **Theodora Antar** | Date signed **07/24/2023** |
|---|---|---|

For Office Use Only Below This Line

Notice Sent: July 25, 2023
Counsel of Record
Hon. Jane K. Grossman
Clerk, Superior Court
NNH FA19 5046828 S

Reset Form

7-25-2023
WDAPP

**WITHDRAWAL**
JD-AC-8  Rev. 1-23
P.B. §§ 63-9, 63-10

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
www.jud.ct.gov



**Instructions for electronic filing:**
1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).
2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."

**Instructions for parties exempt from electronic filing:**
1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).
2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.

| Court | | Docket Number | Date |
|---|---|---|---|
| ☐ Supreme | ☒ Appellate | AC 46666 | 07/24/2023 |

Name of case (First-named plaintiff v. First-named defendant)
**Theodora F. Antar v Matthew J. Lodice**

This appeal/cross-appeal is withdrawn as to:

☒ all parties without costs.

☐ the following party or parties only, without costs.

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program (Practice Book Section 63-10).

☐ some activity BEFORE the case was assigned to the settlement program.

☐ some activity AFTER the settlement program, not related to the settlement program.

**If a preargument conference is currently scheduled in this matter, you must immediately notify the conference judge that the matter has been withdrawn.**

The following motion, application, petition or other pleading is withdrawn.

| Title of pleading | Entry number and/or date filed |
|---|---|
| | |

| Signature of counsel or self-represented party *Theodora Antar* | Name of person signing |
|---|---|
| | Theodora Antar |

**Certification**

I certify that a copy of the document(s) that I am filing has been delivered on _____07/24/2023_____ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

Name, telephone, e-mail, and mailing address of each party and attorney that copy was or will be mailed or delivered to*

Matthew J. Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706

| Signed (Signature of filer) ► *Theodora Antar* | Print or type name of person signing Theodora Antar | Date signed 07/24/2023 |
|---|---|---|

For Office Use Only Below This Line

Notice Sent: July 25, 2023
Counsel of Record
Hon. Jane K. Grossman
Clerk, Superior Court
NNH FA19 5046828 S

7-25-2023
WDAPP

**WITHDRAWAL**
JD-AC-8  Rev. 1-23
P.B. §§ 63-9, 63-10

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
www.jud.ct.gov



**Instructions for electronic filing:**
*1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).*
*2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."*

**Instructions for parties exempt from electronic filing:**
*1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).*
*2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.*

| Court | Docket Number | Date |
|---|---|---|
| ☐ Supreme   ☒ Appellate | AC 46666 | 07/24/2023 |

Name of case *(First-named plaintiff v. First-named defendant)*
**Theodora F. Antar v Matthew J. Lodice**

This appeal/cross-appeal is withdrawn as to:

☒ all parties without costs.

☐ the following party or parties only, without costs.

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program (Practice Book Section 63-10).

☐ some activity BEFORE the case was assigned to the settlement program.

☐ some activity AFTER the settlement program, not related to the settlement program.

**If a preargument conference is currently scheduled in this matter, you must immediately notify the conference judge that the matter has been withdrawn.**

The following motion, application, petition or other pleading is withdrawn.

| Title of pleading | Entry number and/or date filed |
|---|---|
| | |

| Signature of counsel or self-represented party *Theodora Antar* | Name of person signing |
|---|---|
| | **Theodora Antar** |

**Certification**

I certify that a copy of the document(s) that I am filing has been delivered on ___**07/24/2023**___ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

Name, telephone, e-mail, and mailing address of each party and attorney that copy was or will be mailed or delivered to*

**Matthew J. Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706**

| Signed (Signature of filer) ► *Theodora Antar* | Print or type name of person signing **Theodora Antar** | Date signed **07/24/2023** |
|---|---|---|

For Office Use Only Below This Line

Notice Sent: July 25, 2023
Counsel of Record
Hon. Jane K. Grossman
Clerk, Superior Court
NNH FA19 5046828 S

7-25-2023
WDAPP

o:                    Page: 3 of 3                    2023-07-25 18:39:44 GMT                    12038861008                    From: Theodora Anta

## WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**NNH-FA-19-5046828-S**

Return date (For Civil and Housing cases only)

Answer date (For Small Claims cases only)

Instructions:
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case (First-named Plaintiff vs. First-named Defendant)
Theodora F. Antar v. Matthew J. Lodice

[x] Judicial District    [ ] Housing Session    Address of court (Number, street, town and zip code)
235 Church st, New Haven, CT, 06510

### Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [x]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)    [ ]  A judgment has been rendered against the following Defendant(s):

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

### Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | |
|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [x] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)    [ ]  Plaintiff(s): _____

(WOAAD)    [ ]  Complaint against defendant(s): _____
                                                                            only without costs

(WOM)    [x]  Motion:  268, 268.11, 286.1
         [ ]  Other: _____

### Signature of Filer(s)

Party    *Irene Antar*    ; By    Irene Antar    Attorney or Self-represented party

Party    _____    ; By _____    Attorney or Self-represented party

Party    _____    ; By _____    Attorney or Self-represented party

Party    _____    ; By _____    Attorney or Self-represented party

Name & Address ▶ *Irene Antar*
of Filer(s):    Irene Antar

### Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date)___07/24/2023___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.
Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706, Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477

For Court Use Only
Judicial District of New Haven
SUPERIOR COURT
FILED
JUL 25 2023
CHIEF CLERK'S OFFICE

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered
Signed (Signature of filer)    ▶ *Irene Antar*    Print or type name of person signing    Irene Antar    Date signed    07/24/2023
Mailing address (Number, street, town, state and zip code)    21 Burma Rd, Woodbridge, CT, 06477    Telephone number    203-507-9956

374

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Docket number |
| --- |
| NNH-FA-19-5046828-S |

Return date *(For Civil and Housing cases only)*

Answer date *(For Small Claims cases only)*

**Instructions:**
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
Theodora F. Antar v. Matthew J. Lodice

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* 235 Church st, New Haven, CT, 06510 |
| --- | --- | --- |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | |
| --- | --- | --- | --- |
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [X] Intervening.Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [X] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: | | |

(WOAAP)  [X] Plaintiff(s):  Irene Antar, Diamanto Antonellis _____

(WOAAD)  [ ] Complaint against defendant(s): _____
only without costs

(WOM)  [X] Motion:  268, 268.11, 286.1, 267, 267.1, 267.11 _____
[X] Other:  All motions to intervene and orders to show cause and appearances for Irene Antar and Diamanto Antonellis are withdrawn in full.

## Signature of Filer(s)

| Party | *Irene Antar* | ; By | Irene Antar | Attorney or Self-represented party |
| --- | --- | --- | --- | --- |
| Party | *Diamanto Antonellis* | ; By | Diamanto Antonellis | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| Name & Address of Filer(s) ▶ | *Irene Antar     Diamanto Antonellis* Irene Antar, Diamanto Antonellis, 21 Burma Rd, Woodbridge, CT, 06525 |
| --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)  07/24/2023  to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706, Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ *Irene Antar* | Print or type name of person signing Irene Antar | Date signed 07/24/2023 |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* 21 Burma Rd, Woodbridge, CT, 06525 | | Telephone number 203-507-9956 |

*For Court Use Only*

*Judicial District of New Haven SUPERIOR COURT FILED JUL 25 2023 CHIEF CLERK'S OFFICE*



# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | |
| NNH-FA-19-5046828-S | |
| Return date *(For Civil and Housing cases only)* | |
| Answer date *(For Small Claims cases only)* | |

**Instructions:**
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*
Theodora F. Antar v. Matthew J. Lodice

| [X] Judicial District | [ ] Housing Session | Address of court *(Number, street, town and zip code)* 235 Church st, New Haven, CT, 06510 |
|---|---|---|

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against the following Defendant(s):

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint | |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [X] Intervening Complaint | |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [X] Third Party Complaint | |
| (WDCOUNT) | [ ] Counts of the complaint: | | | |

(WOAAP)  [X] Plaintiff(s):  Irene Antar, Diamanto Antonellis

(WOAAD)  [ ] Complaint against defendant(s):
only without costs

(WOM)  [X] Motion:  268, 268.11, 266.1, 267, 267.1, 267.11
[X] Other:   All motions to intervene and orders to show cause and appearances for Irene Antar and Diamanto Antonellis are withdrawn in full.

## Signature of Filer(s)

| Party | *Irene Antar* | ; By | Irene Antar | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | *Diamanto Antonellis* | ; By | Diamanto Antonellis | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

| Name & Address of Filer(s): ► | *Irene Antar   Diamanto Antonellis* Irene Antar, Diamanto Antonellis, 21 Burma Rd, Woodbridge, CT, 06525 |
|---|---|

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **07/24/2023**  to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be received electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Matthew Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706, Theodora Antar, 856 Shagbark Drive, Orange, CT, 06477

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ► *Irene Antar* | Print or type name of person signing Irene Antar | Date signed 07/24/2023 |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* 21 Burma Rd, Woodbridge, CT, 06525 | | Telephone number 203-507-9956 |

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15: P.B. §§ 8-2, 25-63, 63-6
*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**Instructions to applicant (person filing)**
1. *Print or type all information requested.*
2. *Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.*
3. *Bring this form to the superior court where your case will be filed or is/was pending.*
4. *If your application for waiver of fees or for payment of costs of service of process is denied, you may ask for a hearing.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions to Clerk**
1. *Bring to a judge or family support magistrate, if applicable.*
2. *If granted, notify the applicant and counsel, if appointed.*
3. *If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.*

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | | Docket number *(if applicable)* |
|---|---|---|
| Theodora F. Antar v Matthew J. Lodice | | NNH-FA19-5046828-S |

| Judicial District | Address of court | |
|---|---|---|
| New Haven | 235 Church st, New Haven, CT, 06510 | |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, state and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora, F. | 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

## Type of proceeding  *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other *(ex parte custody, etc.) (Specify):* ex parte custody
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):* _____
- [x] Costs of service of process *(delivery of papers by a proper officer)*
- [ ] Costs for participating in parenting education program
- [ ] Cost of the transcript for appeal

*Judicial District of New Haven*
**SUPERIOR COURT**
**FILED**

**AUG 0 1 2023**

**CHIEF CLERK'S OFFICE**

## Grounds for Appeal  *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*
The grounds on which I propose to appeal are: _____

## Appointment of Counsel  *(This applies only in a contempt proceeding or to the putative parent in a parentage matter.)*
- [x] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)*  **2**

### 2. *Monthly* Income

| | |
|---|---|
| A. Gross monthly income *(before deductions)* | |
| B. Net monthly income *(after taxes)* from employment | |
| C. Other income *(TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):* child support | + $ 637.00 |
| **Total Monthly Income (B+C)** | = $ 637.00 |

### 3. *Monthly* Expenses

| | |
|---|---|
| A. Rent/Mortgage | $ 1,650.00 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $ 350.00 |
| D. Food, *not including SNAP (food stamps)* | $ 800.00 |
| E. Clothing | $ 20.00 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | $ 280.00 |
| G. Medical/Dental *(costs not covered by insurance)* | $ 150.00 |
| H. Transportation *(bus, gasoline, etc.)* | |
| I. Child Care | $ 300.00 |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | $ 3,550.00 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate $ 0.00 |
| B. Motor Vehicles | | | Motor Vehicle $ 0.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property $ 0.00 |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking $ 300.00 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | **Total Assets** | $ 300.00 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $ 56,000.00 | $ 400.00 |
| credit cards | $ 36,520.00 | $ 900.00 |
| | | |
| | | |
| **Total Liabilities** | $ 92,520.00 | $ 1,300.00 |

[Print Form]   Page 1 of 3   [Reset Form]

| Name of case | Docket number *(if applicable)* |
|---|---|
| Theodora F. Antar v Matthew J. Lodice | NNH-FA19-5046828-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 8/1/2023 |
| Subscribed and sworn to before me: | On (Date) 8/1/2023 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

JOSHUA HILLMAN
Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Order** *(To be completed by the Court)*
The Court, having found the applicant *(Select all that apply):* ☒ Not indigent    ☐ Indigent and unable to pay
☐ Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:
☐ Granted as follows:
    1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed:    $ _____
      ☐ Cost of the transcript for appeal in accordance with Practice Book section 63-6.
      ☐ Other *(Specify)*: _____
    2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify)*: _____
    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.
    4. Counsel is    ☐ Appointed *(Name)*: _____
☒ Denied. If denied only in part, specify: _Affidavit is inconsistent with prior_
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources. _court testimony._
☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed 8-2-23 |
|---|---|---|---|

JD-FM-75  Rev. 12-21    [ Print Form ]    Page 2 of 3    [ Reset Form ]

| Name of case | Docket number *(if applicable)* |
|---|---|
| Theodora F. Antar v Matthew J. Lodice | NNH-FA19-5046828-S |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____     _____
Signed *(Applicant)*                                                                      Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed   $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify):* _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

ORDER   435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/2/2023

## ORDER

ORDER REGARDING:
08/01/2023 377.00 MOTION FOR WAIVER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Affidavit is inconsistent with prior court testimony.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Judicial District of New Haven**
**SUPERIOR COURT**
**FILED**

**AUG 0 1 2023**

**CHIEF CLERK'S OFFICE**

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions**

**To Preparer**
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

**To Responding Party**
1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

**To Clerk**
1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St New Haven, 06510 | UNH-FA-19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodge, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the [X] Plaintiff [ ] Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

[X] Final order for custody that is dated: 5|31|23

[X] Final order for visitation that is dated: 5|31|23

**FOR COURT USE ONLY**
*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 8|1|23 |

| Address (Number, street, town or city, state and zip code) | Telephone number (Area code first) |
|---|---|
| 856 Shagbark drive, Orange, CT, 06477 | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification) ►

JOSHUA HILLMAN
Notary Public, Connecticut
Commissioner of Superior Court/Assistant Clerk
My Commission Expires Feb. 28, 2024

| Subscribed and sworn to before me on: | Date 6|1|23 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) |
|---|---|---|

## Section III — Notice *(Check either A or B below)*

[X] **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew J Lodice | Date mailed/delivered 8|1|23 |
|---|---|---|

| Address (Number, street, town or city, state and zip code) 248 Quarry Hill Rd, Waterbury, CT, 06706 |
|---|

| Signed (Attorney or pro se party) | Type or print name of person signing Theodora Antar | Date signed 8|1|23 |
|---|---|---|

**If necessary, attach additional sheet with name of each party served and the address at which service was made.*

[ ] **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

**TO ANY PROPER OFFICER:**
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|

| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |
|---|---|

---

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

378

| | Docket number |
|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number  *(Area code first)* |
| Signed  *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed  *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☐ The request for leave is **Denied.**

☐ It is hereby **Ordered that:**

_____

_____

_____

_____

| By the Court | | Date of Order 5-3-23 |
|---|---|---|

JD-FM-202 (back/page 2) Rev. 8-07

Page 2 of 2

**APPLICATION FOR EMERGENCY
EX PARTE ORDER OF CUSTODY**
JD-FM-222  Rev. 11-22
C.G.S. § 46b-56f; P.A. 21-15

| *This form is available in other language(s).* | For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|---|

**Instructions**
1. Complete this form, including the affidavit on page 2.
2. Attach an Affidavit Concerning Children, form JD-FM-164.
3. If there is not yet a court case, or post-judgment motion to modify custody, you must file it with this application (e.g., the divorce, legal separation, annulment, custody action, or post-judgment motion to modify custody must be filed with this application).
4. Bring the original and a copy of this form to the court clerk's office.
5. After your application is processed, the clerk will give you the proper papers to have served on the respondent.
6. Make sure the originals are returned to court after service.

| | Court Use Only |
|---|---|
| | **EXPCUS** |
| | [barcode] |

| Judicial District of | At (Town) | Return date (if applicable) | Docket number |
|---|---|---|---|
| New Haven | New Haven | | NNH-FA-19-5046828-S |

Name of case (Plaintiff v. Defendant)
Theodora F. Antar v. Matthew J. Lodice

**1. I,** (Name and address)   Theodora Antar

am the Applicant for this emergency ex parte order of custody, and I am the ☒ Parent   ☒ Legal Guardian   of the following child or children for whom I am seeking this order (attach additional sheets if necessary):

| Child's Name (First, Middle Initial, Last) | Date of birth (Month, day, year) |
|---|---|
| Angelina Maria Lodice | 05/21/2019 |
| | |
| | |

**2. The Respondent** (Name and address)   Matthew J. Lodice

is the ☒ Parent   ☒ Legal Guardian   of the child or children named above.

**3.** I am filing or there is already a pending matter in which I am a party for:

☐ divorce (dissolution of marriage).            ☐ legal separation.

☐ annulment.                                   ☐ custody of the child or children named above.

☒ post-judgment modification of custody.

**4.** I believe there is an immediate and present risk of physical danger or psychological harm to the child or children listed above as further explained in the attached affidavit.

**I ask the Court to enter the following ex parte orders:**

☒ Temporary legal and physical custody to   *Theodora Antar*

☐ Visitation as follows:

☒ No visitation.

☒ Respondent may not remove the child or children from the State of Connecticut.

☒ Respondent may not interfere with Applicant's custody of the child or children.

☒ Respondent may not interfere with the educational program of the child or children.

☒ Other (specify):

*Respondent may not interfere w/ the religion or religious educational program of the child.*

| Signed (Attorney or self-represented party) | Printed name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 8/1/2023 |
| Address (Number, street, town or city, state, zip code) *856 Shagbark Drive, Orange, CT, 06477* | | Telephone number *(203) 273-8419* |

Page 1 of 3

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| Theodora F. Antar v. Matthew J. Lodice | NNH-FA-19-5046828-S |

## Affidavit

I, *(Name)* ___Theodora Antar___, am the Applicant in this matter and swear to the following *(explain the events that have occurred, when they occurred, and why you believe that there is an immediate and present risk of physical danger or psychological harm to the child or children):*

1. An emergency ex parte order is required because *(attach additional sheets if necessary):*

   See attached.

2. An emergency ex parte order is in the best interests of the child or children because there is an immediate and present risk of physical danger or psychological harm to the child or children named in this application.

3. *(Select one)* I ☐ have ☒ have not been a party or a witness or participated in any other capacity in any other proceeding in Connecticut or in any other state concerning custody of or visitation with any child listed in this application. *If you have, identify the name of any court(s), the court case number(s) and the date(s) of any order(s):*

4. *(Select one)*

   ☒ I have or another person has taken the following actions to inform the respondent of this application *(if it was another person, state who it is):*

   I informed the respondent via OurFamilyWizard written communication and he agreed and told me to file.

   ☐ No actions have been taken to inform the respondent of this application, but the court should consider this application on an ex parte basis for the following reasons:

| I certify that the statements above are true to the best of my knowledge and belief | Signed *(Affiant)* | Print name of person signing Theodora Antar |
|---|---|---|
| Subscribed and sworn to before me (Assistant Clerk, Commissioner of Superior Court, Notary Public) | | Date signed |

JOSHUA HILLMAN
Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

Page 2 of 3

The minor child Angelina Lodice has been subjected to severe psychological, emotional, and mental abuse over the past 10 weeks while under the care of the Defendant Matthew J. Lodice. The Defendant Matthew J. Lodice has completely and unreasonably and unlawfully isolated and alienated the minor child from any and all family and support networks in a strategic attempt to abuse and harass the Plaintiff Theodora Antar.

The Defendant Matthew J. Lodice has involved the minor child in the custody dispute and has been attempting to psychologically manipulate her and brainwash her by telling her things such as "mommy doesn't care about you" "mommy doesn't want to see you" "you can't see mommy unless she discusses the parameters of your visitation within the app" "mommy is sick and she can't see you until she gets better" "if mommy tells you she isn't sick, she is lying" "mommy is just trying to confuse you by saying she loves you and wants to see you" 'mommy can't follow the rules" etc.

The Defendant has not allowed the Plaintiff Theodora Antar to have any visitation with the child in 10 weeks, with the exception of a period of 1.5 days. The minor child has not been able to receive any treatment for her psychiatric disorder and has not been able to receive pediatric, dental, or medical care in almost three months due to the Defendant neglecting and withholding access to medical and mental health care.

The Plaintiff is filing this application for emergency ex-parte order of custody pursuant to C.G.S. 46b-56f, P.A.21-78, and P.A. 21-15 because there is a severe and urgent need for intervention due to the substantial and concrete evidence that the Plaintiff possesses to meet her burden of proof in the form of documentation, pictures, videos, witness testimony, and expert-witness testimony to demonstrate and prove that there is an immediate and present risk of psychological harm to Angelina that currently exists.

There is an extreme and immediate risk of psychological harm due to the fact that the Defendant has been willfully neglecting and denying the minor child access to medical care.

The Defendant has withdrawn the minor child from her psychologist's office at the Yale Child Study Center. Angelina suffers from a diagnosis of adjustment disorder, which is more severe than anxiety. Angelina's mental health has been suffering significantly as a result of the Defendant forcing her to terminate her mental health treatment. Since terminating her services, he has refused to allow her to attend therapy. Angelina has not received any of her medically necessary mental health treatment services in almost three months. Matthew has refused to enroll Angelina in any alternative mental health treatment services, as well.

The minor child's mental health has been steadily decreasing over the past 10 weeks while under the care of Matthew's family. Matthew leaves Angelina in the care of others for 16-18 hours a day while he works. She is typically left under the care and supervision of his elderly mother, elderly step-father who suffers from alcoholism, his minor children, or minor niece. Occasionally he also has her left under the care and supervision of his sexual partners and other strangers.

The child has no access to be able to FaceTime or speak to the Plaintiff each day while she is in the care of others and not under the care of the Defendant.

The Defendant has stated on numerous occasions that he can not handle the full-time responsibility of taking care of the child and has given all care, responsibility, and control of the child over to his mother Karen Bowers, who the child spends the majority of her time with.

Neither Karen Bowers nor the Defendant allow the Plaintiff to access, call, or visit the child at all.

The Defendant refuses to provide the Plaintiff with a schedule to see the child. On the rare occasions when the Defendant does allow the Plaintiff to speak to the child on the phone, the Defendant makes disparaging and inappropriate statements about the Plaintiff to the minor child, and to his other family members during the call in earshot of the minor child.

The Defendant tells the minor child that the Plaintiff is sick and that she can not see the Plaintiff for a "long time" and tells the minor child that "mommy needs to find a proper supervisor for her visit" and tells and instructs the minor child to reference things such as the "parenting app" "supervisor" and "parameters of the visit" which are all highly inappropriate for a four-year-old to be saying and involved in.

Matthew has also stated to the minor child's pediatrician on 6/9/23 that he will no longer be taking the child to that practice. The child is past due for a physical which she should have received in May of 2023. The child is past due for a post-ER medical follow-up appointment which she should have received in May of 2023.

Matthew has not enrolled the child in any alternative pediatrician office. Angelina has also lost her Husky insurance and currently does not have medical insurance due to Matthew refusing to comply with providing insurance for her. He has not enrolled her in any insurance policy to date and she is currently uninsured.

Matthew has stated on numerous occasions that he will not provide Angelina with any of her medical needs under any circumstances and states that he does not believe in medication or conventional western medicine or vaccines, and believes that a plant based vegan diet will suffice in not going to a doctor. Matthew has previously threatened doctors of his other minor children and told the doctor he would "sue them" if they continued to prescribe medication to his

children, resulting in an emergency ex-parte being granted to compel him to allow the children access to medical necessities.

Matthew is actively and aggressively neglecting Angelina's physical, emotional, and medical needs by refusing to allow her access to essential doctors and treatment providers.

The Defendant also has a long history of violence, abuse, and neglect of his other family. He has been arrested on numerous occasions for being physically violent toward his ex-wife and her fiancé. He is also registered with the Department of Children and Families in their registry of individuals who have been found to have substantiated abuse and neglect against their children.

Matthew has been convicted of several violent crimes, and has been arrested on 2 counts of Felony Risk of injury to a minor and subsequently convicted of reckless endangerment after he plead guilty to leaving his minor children alone with no supervision so he could spend the day with one of his many girlfriends.

Matthew continues to harass and sexually harass the Plaintiff on a daily basis, and has subjected both the Plaintiff and the minor child to severe emotional and psychological abuse, and has even gone so far as to create photoshopped images and send them to the Plaintiff in the parenting app to try to gaslight and make up untrue scenarios that he then passes off as truth.

Every time that the Plaintiff attempts to speak to the minor child, Matthew will interfere and make disparaging statements and if the Plaintiff tells the minor child that she misses her and loves her and is sad she isn't being allowed to see her, Matthew will then tell the child that "mommy is saying bad things" and forcibly terminates the call.

Matthew then will try to involve the child in the custody dispute and lie to the child and tell her that "mommy is sick" and that "mommy knows she is sick. Don't listen to mommy. She is lying to you to try to upset you. She knows she is sick."

He tells the child that I am sick and that I am lying to her to try to confuse her every day, which has now resulted in the child rejecting me.

The Defendant has been using psychological abuse and coercive control to mentally and psychologically abuse the minor child.

The Defendant has been telling the child daily that she is "never allowed to go to mommy's house again" and tells her that she is only allowed to see me under "strict supervision" and the child never knows if or when she will see her mother again.

The Defendant has also told the child daily that she can not see her mother because "mommy is bad" "mommy is the worst" or "mommy doesn't follow the rules" or "I control your visits not her" etc.

The Defendant has also told the child daily that "mommy can see you anytime she wants, she chooses not to" while simultaneously refusing to allow the child to see her mother, despite the Plaintiff's repeated attempts at requesting access and visitation through the OurFamilyWizard app.

The Defendant regularly denies the plaintiff access via phone/FaceTime access to the child, and on the occasions in which he does, he interferes and slanders and harasses the Plaintiff during the calls.

The minor child has repeatedly asked to see the Plaintiff and her minor sibling that lives with the Plaintiff and that the Plaintiff has sole legal and sole physical custody of.

The minor child has stated on numerous occasions that she has asked repeatedly to see the Plaintiff and her sister and every time she asks, the Defendant refuses and tells her no.

The Defendant has not allowed the child to attend church, school, therapy, doctors, dentists, or any other form of support. The Plaintiff has had no access to the minor child in over a month, and the Defendant told the minor child she will not see mommy again for a "long time"

The minor child has begged to go to church to practice her religion and was denied that right repeatedly by the Defendant, who tells her she can no longer attend church or Sunday school, and tells her she is not allowed to ever see the Plaintiff unless it is a one hour visit at a park within 5 minutes of his mother's house that has no bathroom facilities and is in a dangerous/high crime area. Said park was littered with trash and drug paraphernalia and has no bathrooms or facilities, and the minor child stated that she needed to use the bathroom during a prior visit at said park.

The Defendant states that the visits can only take place at that park, despite the minor child begging to do other things such as visit her home, church, or go to the beach or a carnival or do other things besides sit at the littered park that has no bathrooms.

Matthew actions constitute parental alienation as defined by the law.

In accordance with the law, it is stated in P.A. 21-15 that "A parents of the child may use evidence of duress, coercion or threat of harm to contest an allegation that the parent fostered or supported a bonded and dependent relationship." Such evidence may include:

(1) Whether within a ten-year period preceding the date of the proceeding, the person seeking to be adjudicated a de facto parent:

(A) Has been convicted of domestic assault, sexual assault or sexual exploitation of the child or a parent of the child;

(B) has been convicted of a family violence crime, as defined in section 46b-38a of the general statutes;

(C) is or has been subject to an order of protection pursuant to sections 46b-15, 46b-16a, 46b-38c, or 54-1k of the general statutes;

(D) was found to have committed abuse against the child or a parent of the child; or

(E) was substantiated for abuse against the child or a parent of the child;

    (2) a sworn affidavit from a domestic violence counselor or sexual assault counselor, as defined in section 52-146k of the general statutes, provided the person who had confidential communications with the domestic violence counselor or sexual assault counselor has waived the privilege, in which case disclosure shall be made pursuant to section 52-146k of the general statutes; or

    (3) other credible evidence of abuse against the parent of the child or the child, including, but not Substitute House Bill No. 6321  Public Act No. 21-15 27 of 128  limited to, the parent's or child's sworn affidavit or an affidavit from a social service provider, health care provider, clergy person, attorney, or other professional from whom the parent or child sought assistance regarding the abuse.

vi) Matthew is actively trying to cloud and misrepresent Angelina's preferences through the use of parental manipulation that some claim is akin to brainwashing.

Matthew also abuses me and Angelina through alienation by the misuse of other factors such as his behaviors and statements regarding me that he says and does when in Angelina's presence of the child. This is an abusive tactic that he utilizes to try to further isolate and alienate Angelina and myself from each other. See Grabowski v. Grabowski-Clark, 2013 WL 593920 (unpublished 2013).

In 2011, a Connecticut court concluded (despite finding alienation), "it is likely that the alienation in this family would exist without the plaintiff intentionally creating such a result," noting the child's "high levels of anxiety" well before the motion to modify custody. See Walsh v. Walsh, 2011 WL 8199263 (unpublished 2011).

However, in this case, Angelina has been desperately begging on a daily basis to return to me, as I am the preferred parent. Angelina's father Matthew Lodice has been actively trying to isolate and alienate her as much as possible to try to brainwash her into rejecting me as a parent. Unlike Walsh, in my case the alienation never had, and never would have occurred had it not been for the defendant intentionally creating such a result.

**e. Matthew Lodice has substantial issues regarding severe alcoholism, substance abuse, and tobacco usage.**

i. It would be in the best interest of Angelina for the judge to order Mr. Lodice to participate in both counseling and drug or alcohol screening pursuant to the law.

ii. It would be in the best interest of Angelina for Mr. Lodice to participate in a hair follicle test and/or toenail clipping test in order to test for the substance of alcohol, drugs, and other substances.

iii. Mr. Lodice has been smoking cigars regularly in the presence of Angelina as well as parenting her while under the influence of drugs and alcohol

iv. Roy Bowers who is a lifelong alcoholic is living at the home at 48 Quarry hill road and oftentimes will be left alone with Angelina

v. Scott Lodice who is a lifelong alcoholic and suffers from severe drug addiction and has previously overdosed in the presence of his daughter, is frequently at the home of 48 Quarry Hill rd and is sometimes left alone with Angelina

**f. Matthew has been physically abusive on Angelina and has used force and restraint against her and has been physically abusive toward her during phone calls and FaceTimes that I witnessed**

i. On several occasions, Matthew has been physically abusive to Angelina during the FaceTime and phone calls by physically and forcibly restraining her. Recently, he restrained her using force and refused to allow her to get up to turn on the light so that she could have a FaceTime call with me without the screen being black and her face not being visible.

ii. On several occasions, Matthew has been physically abusive and grabbed Angelina's arm and twisted it and hurt her in which she stated on many occasions during the call that he was hurting her and to let go of her.

iii. On several occasions, Matthew has been physically abusive to Angelina and has hit her as a punishment for not wanting to go to bed, not wanting to stop playing, not wanting to listen to him, and other reasons.

iv. On several occasions, Matthew has been physically abusive with Angelina while also manipulating, threatening, or intimidating her.



v. Matthew has used coercive control and force on Angelina on numerous instances, and has told her she has to listen to him irregardless of what he tells her to do.

### Evidence that the emergency ex parte order is in the best interests of the child

(2) There is clear and convincing evidence to a substantial degree that an emergency ex parte order is currently in the best interests of the child for several reasons.

a. **There are multiple statutory factors in Connecticut which are relevant in discerning the impact of parental alienation on Angelina.**

    i. Perhaps the most crucial factors are a parent's manipulation to draw the child into parental disputes and parental ability to facilitate a relationship between the child and their other parent. Eisenlohr v. Eisenlohr, 135 Conn.App 337 (2012) (Noting that Connecticut courts have seen cases where the alienated parent "presented an abundance of evidence pertaining to specific acts of coercion and manipulation [by the other party] … that the court, as the finder of fact, credited.")

    ii. In this case, I have an overabundance of evidence pertaining to specific acts of coercion and manipulation by Matthew Lodice. He has consistently and relentlessly manipulated Angelina in order to draw her into the parental and custody dispute. He has made no effort and shown no ability or willingness to facilitate a relationship between Angelina and myself.

    iii. Matthew has been particularly antagonistic and difficult and has adamantly attempted to alienate me from Angelina.

    iv. It is widely accepted that it is usually in the child's best interest to have ongoing relationships with both parents. This may not be true when a parent has a history



of criminal behavior, substance abuse or serious emotional or mental challenges. Even then, sometimes contact with that parent is possible with a safety plan, such as third-party supervision during visitation.

v. I do not have a history of criminal behavior, and any arrests or charges that have been brought upon me have been dismissed or not prosecuted. Matthew on the other hand has an extensive criminal record.

vi. I do not have a history of substance abuse, and do not take any non-prescription medications or substances. Matthew has a strong history of substance abuse and alcoholism, and takes several non-prescription medications and substances daily.

vii. I do not have a history of serious emotional or mental challenges. I have been able to show that I have strong character qualities, including the ability to maintain a stable living situation and owning my own single-family home in a nice well-sought after area that I have resided in for almost 7 years. I have been in therapy consistently and have maintained consistent attendance with my therapist. I recently went back on medication for ADHD due to being in law school and have been doing better with focus, concentration, and organization since being on the medication. Matthew has a strong history of emotional and mental challenges and has refused to seek treatment.

viii. Matthew has not tried to make any effort to allow me regular access to Angelina, and has completely restricted her from seeing me for more than 1-2 days per month.

ix. Angelina was living with me from the date of her birth full time and just recently was visiting Matthew on the weekends. She has lived with me and my daughter

Julianna who is 8 years old who I have sole legal and sole physical custody of for the past four consecutive years.

x. Angelina went from seeing me 6 days a week and spending approximately 140 hours per week with me to spending approximately an average of 5 hours per week with me under strict supervision

xi. Matthew has refused to provide any visitation schedule or give any consistency for either myself or Angelina

xii. Matthew has repeatedly told Angelina that she will not be able to see mommy again for a "very long time" and has said that mommy is "the worst" and that "mommy doesn't know how to follow my rules and listen to me so now you won't be seeing her anymore"

xiii. Matthew's actions and statements have been extremely harmful to Angelina and her psychological well-being.

**Actions taken to inform respondent/reasons for ex parte consideration**

(3) There have been numerous actions taken to inform Matthew of this request for emergency custody orders regarding Angelina Lodice.

a. **I notified Matthew Lodice via the OurFamilyWizard app that I would filing for emergency ex-parte relief due to his consistent abuse, neglect, and parental alienation of Angelina.**

(4) There are several reasons why the court should consider this application on an ex parte basis.

a. **If prompt action is not taken, Angelina will be exposed to a high risk of continued psychological abuse and harm.**



i. Connecticut statute requires the court to make all custody and visitation decisions based on the child's best interests. The court looks at each parent's rights and responsibilities as well as whether it is in the child's best interests for both parents to be actively involved. In the best-interest analysis, the judge may consider any of 17 factors listed in statute and any other relevant factors. CT Gen. Stat. 46b-56. The listed factors include:

- Child's "physical and emotional safety"

- Child's "temperament and developmental needs"

- Parents' ability and willingness to "understand and meet" the child's needs

- Child's "informed preferences" and "relevant and material information" received from the child

- Parents' wishes

- Child's relationship with each parent, siblings and other important persons

- Parents' ability and willingness to facilitate an appropriate parent-child relationship with the other parent

- Parental coercion to involve child in parental disputes

- Parental ability to be involved with child

- Child's adjustment to home, school and community

- Length of time child has lived in a "stable and satisfactory" environment and whether continuing this is desirable

- Stability of current and proposed residences

- Everyone's mental and physical health

- Child's cultural background

- Effect on child of domestic abuse between the parents or between a parent and the child or another person
- Abuse or neglect of the child or their sibling
- Parents' participation in parenting education classes

i. Based on the analysis of the above factors, the scales are tipping in favor of Angelina remaining with me to an extreme degree. Matthew does not meet any of the statutory requirements to be considered as the sole legal guardian of Angelina and to make all decisions regarding her current and future life.

b. **If prompt action is not taken, Angelina will be exposed to high risk of continued physical abuse and harm.**

c. **If prompt action is not taken, Angelina will be exposed to a high risk of continued sexual abuse and harm.**

d. **If prompt action is not taken, Angelina will continue to be alienated and isolated further from her mother, sister, grandparents, aunts, uncles, clergy members, providers, and other members of her support system.**

e. **If prompt action is not taken, Angelina will likely suffer from extreme psychological trauma that will have life-lasting effects**

i. Matthew has continued to engage in "parental alienation" and has consistently acted against Angelina's best interest.

ii. Matthew consistently and aggressively persuades and manipulates Angelina to try to coerce her and encourage her to unjustifiably reject and even hate or fear me.

iii. Matthew has continued to consistently exhibit many different alienating behaviors such as telling Angelina untrue, negative stories and statements about me

iv. Matthew has continued to insist on alienating and isolating me from Angelina by refusing to allow visits or communication between Angelina and myself, and expressing repeated hostile comments about me to her and to others in front of her.

v. Matthew's actions are harmful toward Angelina and will cause life-lasting damage. Matthew's actions are evidence that he only wants to hurt me – and getting Angelina to turn against me may be his goal.

vi. Matthew is attempting to inflict the ultimate injury of loss of a parent-child relationship and trying to destroy any chance of Angelina maintaining a relationship with me or having an active mother figure in her life, which to me would be devastating.

vii. Matthew is attempting to eliminate any chance of Angelina having a relationship with other members of her family including her sibling, and extended family, friends, and other support sources.

viii. Matthew has been using excessive verbal criticism of me in the presence of Angelina and has made negative comments both directly to her and to others while in her presence in order to further alienate her from me as her mother. One Connecticut case describes parental alienation as potentially including verbal criticism of the other parent in the presence of the child or "[c]oercive or manipulative acts designed to alienate … and interfere …" with their relationship. Dufresne v. Dufresne, 191 Conn.App. 532 (2019).

ix. Angelina is at an increased risk of continuing to be subjected to further psychological and emotional abuse if Matthew's behaviors continue. A psychotherapist in a recent Psychology Today article describes parental alienation as a type of domestic abuse in which one parent "weaponizes" the child against the other parent, hurting both the child and parent. Angelina deserves to see her mom and family.

78

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | 19 504 68 28 |

## Order *(To be completed by the court)*

☐ **The Court has reviewed this application and finds that an immediate and present risk of physical danger or psychological harm to the child or children exists, and in the best interests of the child or children the Court enters the below ex parte order and orders that a hearing be held no later than 14 days from the date of this order.**

☐ Temporary legal and physical custody to _____

☐ Visitation as follows: _____

☐ No visitation.

☐ Respondent may not remove the child or children named in the application from the State of Connecticut.

☐ Respondent may not interfere with Applicant's custody of the child or children named in the application.

☐ Respondent may not interfere with the educational program of the child or children named in the application.

☐ Other:

☐ **This application for ex parte orders is denied. A hearing shall be ordered on the application, pursuant to General Statutes § 46b-56f (c).**

| By the Court *(Judge)* | Date ordered |
|---|---|
| | |

## Order for Notice and Summons *(To be completed by clerk)*

The court orders that a hearing on this Application be held on *(date)* _____ at *(time)* _____ .

This hearing will be held   ☐ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| Court location *(Number, street and town)* | | |

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this hearing, unless you have already done so;
• Attend this hearing by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this hearing if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this hearing if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote hearing.

The court further orders the Applicant to give the Respondent notice of this Application, the Affidavit, any ex parte order, and this order, by having a true and attested copy served on the Respondent by any proper officer at least 5 days before the date of the hearing. Proof of service must be made to this Court.

To any proper officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the Application, Affidavit, Ex Parte Order (if any), and this order on the person named below in one of the ways required by law at least **5 days** before the date of the hearing, and file proof of service with this Court.

| Person to be served | Address |
|---|---|
| By the Court | Assistant Clerk | Date signed |

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
AUG 0 1 2023

CLERK'S OFFICE

Instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**To Preparer**
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and attach your motion for modification to this form.
2. Have this form served with the attached motion for modification on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

**To Responding Party**
1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

**To Clerk**
1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District of | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, 06510 | NNH-FA-19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodge, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the  ☒ Plaintiff   ☐ Defendant   In this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the  *(Check all that apply)*:

   ☒ Final order for custody that is dated: 5/31/23

   ☒ Final order for visitation that is dated: 5/31/23

**FOR COURT USE ONLY**
REQMOD

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 8/1/23 |
| Address (Number, street, town or city, state and zip code) | | Telephone number (Area code first) |
| 856 Shagbark drive, Orange, CT, 06477 | | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)

| Subscribed and sworn to before me on: | Date 8-1-23 | Signed (Notary, Commissioner of Superior Court, Clerk) | DAVID MAN |
|---|---|---|---|

Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

## Section III — Notice (Check either A or B below)

☒ **A - Certification** (Check and complete if responding party has an appearance on file.)

| I certify that I mailed or delivered a copy of this request to: | Name | Date mailed/delivered |
|---|---|---|
| | Matthew J Lodge | 8/1/23 |
| Address (Number, street, town or city, state and zip code) | | |
| 248 Quarry Hill Rd, Waterbury, CT, 06706 | | |
| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
| | Theodora Antar | 8/1/23 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** (Check and complete if responding party does not have an appearance on file.)

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |
| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

---

### NOTICE OF RIGHT TO OBJECT AND APPEAR

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

319

| | | Docket number |
|---|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number *(If attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☐ The request for leave is **Granted.**

☒ The request for leave is **Denied.**

☐ It is hereby **Ordered** that:

Issues are the subject of
identical, pending, motion.

| By the Court | | Date of Order |
|---|---|---|
| | *[signature]* | 8-3-23 |

JD-FM-202 (back/page 2) Rev. 8-07

Page 2 of 2

**MOTION FOR MODIFICATION**
JD-FM-174  Rev. 3-20
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
*(Select one)*

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ **Before judgment**   ☒ **After judgment**  *If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.*

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **235 Church st, New Haven, CT, 06510** | **NNH-FA-19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **48 Quarry Hill rd, Waterbury, CT, 06706** |

Type of Motion to Modify
☒ Child Support   ☐ Alimony   ☒ Custody   ☒ Visitation   ☐ Other *(Specify):*

I, **Theodora Antar** *(Name)*, ☐ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer, state that:

1. This Court issued an order dated **05/31/2023** directing **Matthew J. Lodice** *(Name)*, residing at

**48 Quarry Hill Rd, Waterbury, CT, 06706** *(Number, street, city, state, zip code)*, to: *(Complete the boxes that apply to your motion)*

| Pay current support in the amount of: | Pay alimony in the amount of: |
|---|---|
| $          every (per) | $          every (per) |

| Pay arrearages as follows: | | |
|---|---|---|
| $ **24**  every (per) **week** | on the total arrearage owed of $ **15,000**  as of *(date)* **8/1/23** | |

| Have custody of the child/children: *(Select one)* | Have visitation or parenting time as follows: | Primary residence of children with: |
|---|---|---|
| ☐ Joint legal custody  ☒ Sole custody | **allow Plaintiff visitation and phone calls with child** | **father** |

| Provide health insurance coverage | | Provide HUSKY/cash medical |
|---|---|---|
| ☒ No  ☐ Yes | Pay **50** % of unreimbursed medical expenses | $          every (per) |

| Contribute to child care | Other *(Specify):* |
|---|---|
| **50** % or $ | **allow Plaintiff a regular schedule and consistent visitation with the minor child** |

2. You must explain briefly the facts that are the reasons why you are asking for this modification.
*(Select appropriate box or boxes. Attach additional sheet or sheets, if necessary.)*

☒ Since the date of the order, the circumstances in this case have changed substantially, as follows:

**Father has terminated all visitation and access to the minor child. Father has isolated the child from Plaintiff for 10 weeks**

☒ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order, as follows:

**Defendant's income has exponentially increased. Plaintiff has no income other than child support at this time.**

3. The ☐ plaintiff   ☐ defendant   is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.   ☐ Yes   ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past. ☐ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify (change) the existing order or orders as follows:** *(Select all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date. You may also need to file an Affidavit Concerning Children (JD-FM-164) on your hearing date.)*

☐ Order current support   ☑ Find arrearage and order payment   ☒ Order immediate income withholding
☐ Increase current support   ☒ Provide HUSKY/cash medical   ☒ Provide health insurance coverage
☒ Decrease current support   ☐ Contribute to child care   ☒ Other **vacate order of Plaintiff paying support**

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*

☐ Increase   ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

☒ Modify custody as follows:
**sole legal and physical custody to the Plaintiff**

*(Continued on page 2)*

Select appropriate court:  ☒ Superior Court   ☐ Family Support Magistrate Division

Print Form     Reset Form

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA-19-5046828-S |

**d. Visitation/Parenting Time**

*(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1) on your hearing date.)*

[X] Modify visitation (parenting time) as follows:

**No visitation for the Defendant**

**e. Other** [X] **Allow minor child to practice her religion and participate in religious services and prevent further infringment**
*(Please be specific)*

| Signature (Self-represented party or attorney) | Print name | Title (if applicable) | Date signed |
|---|---|---|---|
| | Theodora Antar | | 8/1/2023 |
| Address (Number, street, city, state, zip code) | | | Phone number |
| 856 Shagbark Drive, Orange, CT, 06477 | | | 203-273-8419 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **08/01/2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Matthew J. Lodice, 48 Quarry Hill Rd, Waterbury, CT, 06706**

*If necessary, attach additional sheet or sheets with name and address that the copy was mailed or delivered to.

| Signed (Self-represented party or attorney) | Print or type name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 08/01/2023 |

## Order for Hearing and Summons *(To be completed by Clerk or Support Enforcement Officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[ ] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➜ | Superior Court, Judicial District of | | Date | |
|---|---|---|---|---|
| | Court Address | | Room Number | Time |

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address |
|---|---|
| By the Court | Assistant Clerk/Support Enforcement Officer | Date signed |

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   **and**   [ ] Further orders *(if applicable)*:

| By the Court (Judge/Family Support Magistrate/Assistant Clerk) | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Page 2)   Rev. 3-20

[Print Form]                [Reset Form]

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

ORDER    435701

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
08/01/2023 379.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Issues are the subject of identical, pending motions.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

**Judicial District of New Haven**
**SUPERIOR COURT**
**FILED**

AUG 0 1 2023

CHIEF CLERK'S OFFICE

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**To Preparer**
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion on the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

**To Responding Party**
1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

**To Clerk**
1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District New Haven | At (Address of court) 235 Church St, New Haven, 06510 | Docket number NNH-FA-19-5046828-S |
|---|---|---|

| Plaintiff's name (Last, first, middle, initial) Antar, Theodora, F. | Defendant's name (Last, first, middle, initial) Lodge, Matthew, J. |
|---|---|

## Section I — Request For Leave (Permission) To File

1. I am the ☒ Plaintiff ☐ Defendant in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

☒ Final order for custody that is dated: 5|31|23

☒ Final order for visitation that is dated: 5|31|23

**FOR COURT USE ONLY**
*REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing Theodora Antar | Date signed 8|1|23 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) 856 Shagbark drive, Orange, CT, 06477 | | Telephone number (Area code first) 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification)
▶

| Subscribed and sworn to before me on: | Date 8|1|23 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) |
|---|---|---|

JOSHUA HILLMAN
Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

## Section III — Notice *(Check either A or B below)*

☒ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew J. Lodge | Date mailed/delivered 8|1|23 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) 248 Quarry Hill Rd, Waterbury, CT, 06706 | | |
| Signed (Attorney or pro se party) | Type or print name of person signing Theodora Antar | Date signed 8|1|23 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

TO ANY PROPER OFFICER:

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

**NOTICE OF RIGHT TO OBJECT AND APPEAR**
If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

