| | | Docket number |
|---|---|---|
| Plaintiff's name  (Last, first, middle initial) | Defendant's name  (Last, first, middle initial) | |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ Enter the appearance of:

| Name of Attorney, law firm or pro se party | Juris number (If attorney or law firm) |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number  (Area code first) |
| Signed  (Attorney or pro se party) | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address  (Number, street, town or city, state and zip code) | | |

| Signed  (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.

## Section VI — Court Order

☒ The request for leave is Granted.    in part.

☐ The request for leave is Denied.

☐ It is hereby Ordered that:

Request granted only as to motion for contempt Dated 8-1-23 and only as to Financial orders. An order to show cause date will be assigned.

| By the Court | Date of Order |
|---|---|
| | 8-3-23 |

JD-FM-202 (back/page 2) Rev. 8-07          Page 2 of 2

**REQUEST FOR LEAVE**
JD-FM-202 Rev. 8-07
P.B. Sec. 25-26

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

AUG 0 1 2023

CHIEF CLERK'S OFFICE

**Instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**To Preparer**
1. If you would like to file a motion for modification and have been ordered to attach a request for leave, complete Sections I, II and III and attach your motion for modification to this form.
2. Have this form served with the attached motion to the opposing party and return it to the court.
3. If you are representing yourself and the other party does not have an appearance in this case, bring this form to court clerk's office for completion of Section III.B.

**To Responding Party**
1. If you choose to object to this Request for Leave, complete Sections IV and V on page 2.
2. Provide a copy to the other party and return this form to the court.

**To Clerk**
1. Send notice to all appearing parties of the court's order regarding this request.
2. If Request for Leave is granted, upon receipt of filing fee for the motion for modification, assign hearing date if necessary and retain a copy for court file.

| Judicial District | At (Address of court) | Docket number |
|---|---|---|
| New Haven | 235 Church St, New Haven, 06510 | NNH-FA-19-5046828-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Antar, Theodora, F. | Lodise, Matthew, J. |

## Section I — Request For Leave (Permission) To File

1. I am the ☒ Plaintiff  ☐ Defendant   in this case and I am requesting leave (permission) to file the attached motion for modification.

2. In the attached motion, I am requesting modification of the *(Check all that apply):*

☒ Final order for custody that is dated: 5|31|23

☒ Final order for visitation that is dated: 5|31|23

**FOR COURT USE ONLY**

[barcode] *REQMOD*

| Signed (Attorney or pro se party) | Type or print name of person signing | Date signed |
|---|---|---|
| | Theodora Antar | 8|1|23 |
| Address (Number, street, town or city, state and zip code) | | Telephone number (Area code first) |
| 856 Shagbark drive, Orange, CT, 06477 | | 203-273-8419 |

## Section II — Sworn Statement

I certify that the factual and legal basis for the modification is true and accurate to the best of my knowledge and belief.

| Signed (Moving party or other person having personal knowledge of the facts recited in the motion for modification) | | |
|---|---|---|
| ► | | |
| Subscribed and sworn to before me on: | Date 8|1|23 | Signed (Notary, Commissioner of Superior Court, Assistant Clerk) |

JOSHUA HILLMAN
Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

## Section III — Notice *(Check either A or B below)*

☒ **A - Certification** *(Check and complete if responding party has an appearance on file.)*

| I certify that I mailed or delivered a copy of this request to: | Name Matthew J. Lodise | Date mailed/delivered 8|1|23 |
|---|---|---|
| Address (Number, street, town or city, state and zip code) 248 Quarry Hill Rd, Waterbury, CT, 06706 | | |
| Signed (Attorney or pro se party) | Type or print name of person signing Theodora Antar | Date signed 8|1|23 |

*If necessary, attach additional sheet with name of each party served and the address at which service was made.*

☐ **B - Instruction to proper officer** *(Check and complete if responding party does not have an appearance on file.)*

**TO ANY PROPER OFFICER:**

By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Request on the below named person in one of the ways required by law and file proof of service with this court.

| Name of person to be served | Address |
|---|---|
| | |
| Signed (Assistant Clerk, Commissioner of the Superior Court) | Date signed |

---

**NOTICE OF RIGHT TO OBJECT AND APPEAR**

If you do not file an objection to this Request for Leave within ten days of the date of service of this request, the request may be determined by the court with or without hearing. To object, fill out Sections IV and V on page 2 of this form, provide a copy to any pro se party and/or attorney who has filed an appearance in this case, and return this form to the court clerk's office prior to expiration of the ten day period. If you do not file an objection or an Appearance in this case, you may not receive notice of the scheduling of a hearing, if any, and the Request for Leave may be granted.

---



| | | Docket number |
|---|---|---|
| Plaintiff's name *(Last, first, middle initial)* | Defendant's name *(Last, first, middle initial)* | |

## Section IV — Objection And Appearance By Responding Party

☐ I hereby object to the filing of the attached motion for modification for the following reason(s):

FOR COURT USE ONLY

*OBJECT*

☐ **Enter the appearance of:**

| Name of Attorney, law firm or pro se party | Juris number *(if attorney or law firm)* |
|---|---|
| Address of Attorney, law firm or pro se party | Telephone number *(Area code first)* |
| Signed *(Attorney or pro se party)* | Date signed |

## Section V — Certification By Responding Party

| I certify that I mailed or delivered a copy of this objection to: | Name | Date mailed/delivered |
|---|---|---|
| Address *(Number, street, town or city, state and zip code)* | | |

| Signed *(Attorney or pro se party)* | Type or print name of person signing | Date signed |
|---|---|---|

*If necessary, use the space below to list the name of each party served and the address at which service was made.*

## Section VI — Court Order

☑ The request for leave is **Granted.**   in part.

☐ The request for leave is **Denied.**

☐ It is hereby Ordered that:

Request granted only as
to motion for contempt
Dated 8-1-23 and only as to
Financial orders.
An order to show cause date will be assigned.

| By the Court | Date of Order |
|---|---|
| *[signature]* | 8-3-23 |

JD-FM-202 (back/page 2) Rev. 8-07                    Page 2 of 2

ORDER   435701

DOCKET NO: NNHFA195046828S

ANTAR, THEODORA, F
    V.
LODICE, MATTHEW, J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

8/3/2023

## ORDER

ORDER REGARDING:
08/01/2023 380.00 REQUEST FOR LEAVE TO FILE MOTION FOR MODIFICATION

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Granted in part.

Request granted only as to the Motion for Contempt dated 08/01/2023 and only as to Financial Orders.

An Order to Show Cause date will be assigned.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

*Instructions to filer*
*1. Fill out Page 1 of this form.*
*2. Keep a copy of the completed form for your records.*
*3. File the completed form with the court clerk's office.*

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY | |
|---|---|
| **MFCONTP** | Certification has been filled out. |
| **CONTCPL** | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| **CONTCIT** | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

*(Select one)* ☐ Before Judgment (pendente lite)     ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| **New Haven** | **New Haven** | **NNH-FA19-5046828-S** |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| **Theodora F. Antar** | **856 Shagbark Drive, Orange, CT, 06477** |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| **Matthew J. Lodice** | **48 Quarry Hill Rd, Waterbury, CT, 06706** |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the ☒ Plaintiff   ☐ Defendant   ☐ Third Party   in this case.

On *(date)* 05/31/2023   the court made an order that *(name)* Matthew Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Matthew Lodice has terminated all visitation and access to the minor child. He states that he will not allow me to access or visit with the child. I ask daily to see the child and he reads each of my messages, there is a time stamp that they are read, and then he subsequently ignores them. He does not allow me to have phone calls or FaceTimes with the child per the court order. He does not allow me to have visitation with the child per the court order. He has completely isolated and alienated the child from me and has not allowed me to see the child in over a month. In 10 weeks, he has only allowed me a total of 1.5 days of access to the child. In the past month, he has allowed me no access and no visitation whatsoever. He refuses to allow the child to visit with me, refuses to provide me with a regular schedule to see the child, and ignores every attempt I make at requesting such.

**Claim for Relief**

I ask the court to find *(name)* Matthew Lodice   in contempt and to enter any other orders the court finds appropriate. *(Select only if this applies)* ☐ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | **Theodora Antar** | **08/01/2023** |

| Mailing address of self-represented party or attorney |
|---|
| **856 Shagbark Drive, Orange, CT, 06477** |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| **theodoraantar@gmail.com** | **203-273-8419** |

**Certification** *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **08/01/2023**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | Court Use Only |
|---|---|
| **Matthew Lodice**<br>**48 Quarry Hill Rd**<br>**Waterbury, CT, 06706** | Judicial District of New Haven<br>**SUPERIOR COURT**<br>**FILED**<br><br>AUG 0 3 2023<br><br>**CHIEF CLERK'S OFFICE** |

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| ▶ | **Theodora Antar** | **08/01/2023** |

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | |
|---|---|
| ☒Print Form | Is this a family support magistrate (IV-D) matter? ☐ Yes   ☒ No |

Page 1       ☒ Reset Form

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Iodice | NNH-FA19-5046828-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you,** the ☐ Plaintiff   ☐ Defendant   ☐ Third Party   **to attend** a court event on

*(date)* _____ at *(time)* _____ and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be   ☐ a hearing   ☐ a Resolution Plan Date*   ☐ a Case Date   ☐ Other:

This court event will be held ☐ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| Court location *(Number, street and town)* | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
• Attend this court event by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

**Order to Give Notice**

The court orders the ☐ Plaintiff   ☐ Defendant   ☐ Third Party   to **give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| By the court (Judge/Assistant clerk) | Date signed |